**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00636-LTB-OES

CARLOS E. SALA, and
TINA ZANOLINI SALA,
            Plaintiffs,

v.

UNITED STATES OF AMERICA,
            Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Defendant's Motion to Extend Time to Answer or Otherwise Respond (filed June 6, 2005) is **GRANTED up to and including July 28, 2005**.

Dated:  June 7, 2005
_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CERTIFICATE OF SERVICE**

Civil Case No.  05-cv-00636-LTB-OES

The undersigned certifies that a copy of the foregoing MINUTE ORDER was served on June 7, 2005, by:

(X) delivery to:

Magistrate Judge O. Edward Schlatter


(X) depositing the same in the United States Mail, postage prepaid, addressed to:

Darrell D. Hallett, Esq.
John M. Colvin, Esq.
Chicoine & Hallett
One Waterfront Place
1011 Western Avenue, Suite 803
Seattle, WA 98104

Philip Blondin
U.S. Department of Justice
DC Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC 20044


_____
Deputy Clerk