**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:05-cv-00636-LTB

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

---

    Plaintiffs CARLOS E. SALA and TINA ZANOLINI-SALA, by and through their undersigned counsel, MOVE, pursuant to Rule 56 of the Federal Rules of Civil Procedure and District Court for the District of Colorado Local Civil Rule 56.1, for the Court to enter an order granting partial summary judgment against Defendant United States, determining that a portion of the interest assessed against and collected from Plaintiffs should be refunded pursuant to § 6404(g) of the Internal Revenue Code of 1986.  The authority and support for

Page 1
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

this Motion is set forth in the accompanying Opening Brief in Support of Plaintiffs' Motion for Partial Summary Judgment.

WHEREFORE, Plaintiffs respectfully request the Court grant Plaintiffs' Motion for Partial Summary Judgment and enter an order refunding a portion of the interest assessed against and collected from Plaintiffs.

DATED this 30th day of June, 2005.

        Attorneys for Plaintiffs Carlos E. Sala and Tina Zanolini-Sala,

s/ John M. Colvin
John M. Colvin

s/Darrell Hallett
Darrell Hallett
**Chicoine & Hallett, P.S.**
1011 Western Avenue, Suite 803
Seattle, WA  98104
Telephone (206) 223-0800
Facsimile  (206) 467-8170
Email: jcolvin@chicoine-hallett.com

**Plaintiffs' Address:**
Carlos E. Sala and Tina Zanolini-Sala
2424 Ginny Way
Lafayette, CO  80026