IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-636-LTB-OES

CARLOS E. SALA and
TINA ZANOLINI SALA,

       Plaintiffs,

  v.

UNITED STATES OF AMERICA,

       Defendant.

_____

UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND
TO MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

The United States of America, by its undersigned counsel, moves the Court to extend the time to respond to plaintiff's motion for partial summary judgment for the following reasons:

1. The United States has obtained an extension of time to answer or otherwise respond to plaintiffs' complaint until July 28, 2005.

2. Plaintiffs filed a motion for partial summary judgment on the issue of wether they are entitled to a refund of certain interest payments. This motion was filed on June 30, 2005, making the response due July 20, 2005.

3. The United States seeks an extension of time consistent with the date its answer is due so that it may review the necessary administrative files and obtain the position of the Internal Revenue Service on this issue. No other extensions to respond to the motion for partial summary judgment have been requested.

4. The undersigned counsel for the United States has conferred with John M. Colvin,

Esq., one of plaintiffs' counsel, who has indicated that he has no objection to the requested extension.

WHEREFORE the United States prays that the Court:

A.  Extend the time to respond to plaintiff's motion for partial summary judgment until July 28, 2005; and

B.  Grant such other and further relief as is just and proper.

Dated this 15th day of July, 2005.

        WILLIAM J. LEONE
        Acting United State Attorney
        MARK S. PESTAL
        Asst. U.S. Attorney

        s/ PHILIP E. BLONDIN
        PHILIP E. BLONDIN
        ANTON L. JANIK, JR.
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C. 20044-0683
        Telephone: (202) 307-6322
                      (202) 305-2558
        Facsimile:   (202) 307-0054
        Email:philip.blondin@usdoj.gov

Street Address:        Judiciary Center Building
                              555 Fourth Street, N.W.
                              Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 15, 2005, I electronically filed the foregoing MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

jcolvin@chicoine-hallett.com

philip.blondin@usdoj.gov

and I hereby certify that I have mailed or served the document to the following non CM/EFC participants in the manner (mail, hand delivery, etc.) indicated by the non-participants name:

Internal Revenue Service
Office of Associate Area Counsel
701 Market Street, Suite 2200
Philadelphia, PA 19106

                                              s/ PHILIP E. BLONDIN
                                              PHILIP E. BLONDIN
Attorney for Defendant
United States of America
Trial Attorney, Tax Division
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 307-6322
Facsimile: (202) 307-6322
Email:philip.blondin@usdoj.gov

Street Address:     Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20001