IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-OES

CARLOS E. SALA and
TINA ZANOLINI SALA,

       Plaintiffs,

  v.

UNITED STATES OF AMERICA,

       Defendant.

___

UNITED STATES' SECOND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND
TO MOTION FOR PARTIAL SUMMARY JUDGMENT
___

The United States of America, by its undersigned counsel, moves the Court to extend the time to respond to plaintiff's motion for partial summary judgment for an additional sixty days until September 26, 2005, for the following reasons:

1. Plaintiffs filed a motion for partial summary judgment on the issue of weather they are entitled to a refund of certain interest payments. Specifically, pursuant to 26 U.S.C. § 6404(g) plaintiffs seek a refund of an amount in excess of $1.5 million which represents interest paid for the period commencing 18 months after the plaintiffs tax return for the 2000 tax year was due to be filed and ending when their amended return was filed (October 17, 2002 through November 26, 2003).

2. Plaintiffs filed their motion on June 30, 2005, making the original response date July 20, 2005, but the United States requested and obtained an 8 day extension which made the response due on July 28, 2005, the same day the answer is due.

3. The trial attorneys assigned to this matter for the Department of Justice are in the

process of preparing a recommendation on action to be taken on this issue, acceptance of which by the appropriate authority at the Department of Justice will result in the complete resolution of this issue raised in the motion for partial summary judgment.[1] Due to the amount involved, the recommendation of the trial attorneys must pass through several stages of review and ultimately must be approved by the Assistant Attorney General of the Tax Division. At the time the original request for an additional 8 days was made to the Court, the trial attorneys were not aware that it would be necessary for them to make a recommendation subject to several levels of review.

    4. This motion is not being made for purposes of delay, but to obtain the necessary time to obtain the approval of a recommendation which, if accepted, would completely resolve the issue raised in plaintiffs' motion for partial summary judgment.

    5. The undersigned counsel for the United States has discussed this matter in detail with John M. Colvin, Esq., one of plaintiffs' counsel, who has indicated that he has no objection to this second requested extension.

    WHEREFORE the United States prays that the Court:

    A. Extend the time to respond to plaintiffs' motion for partial summary judgment until September 26, 2005; and

---

[1] Plaintiffs' motion for summary judgment does not mention a specific amount of interest to be recovered. A declaration submitted with the motion discusses an additional payment of $1,571,088.00. The United States' initial review of this matter reflects that the interest for the time frame at issue would be approximately $1,562,169.00, a difference of less than $9,000.00. Counsel for the United States anticipates that the parties will be able to reach agreement on the exact amount of interest and will endeavor to do so while the recommendation is being processed.

B. Grant such other and further relief as is just and proper.

Dated this 27th day of July, 2005.

          WILLIAM J. LEONE
          Acting United State Attorney
          MARK S. PESTAL
          Asst. U.S. Attorney

          s/ PHILIP E. BLONDIN
          PHILIP E. BLONDIN
          ANTON L. JANIK, JR.
          Trial Attorneys, Tax Division
          U.S. Department of Justice
          P.O. Box 683
          Ben Franklin Station
          Washington, D.C. 20044-0683
          Telephone: (202) 307-6322
                      (202) 305-2558
          Facsimile:   (202) 307-0054
          Email:philip.blondin@usdoj.gov

Street Address:          Judiciary Center Building
                                  555 Fourth Street, N.W.
                                  Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 27, 2005, I electronically filed the foregoing UNITED STATES' SECOND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com

jcolvin@chicoine-hallett.com

philip.blondin@usdoj.gov

and I hereby certify that I have mailed or served the document to the following non CM/EFC participants in the manner (mail, hand delivery, etc.) indicated by the non-participants name:

Internal Revenue Service
Office of Associate Area Counsel
701 Market Street, Suite 2200
Philadelphia, PA 19106

s/ PHILIP E. BLONDIN
PHILIP E. BLONDIN
Attorney for Defendant
United States of America
Trial Attorney, Tax Division
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 307-6322
Facsimile: (202) 307-6322
Email:philip.blondin@usdoj.gov

Street Address:        Judiciary Center Building
                       555 Fourth Street, N.W.
                       Washington, D.C. 20001