**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00636-LTB-OES

CARLOS E. SALA, and
TINA ZANOLINI SALA,
          Plaintiffs,

v.

UNITED STATES OF AMERICA,
          Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Defendant's Second Unopposed Motion to Extend Time to Respond to Motion for Partial Summary Judgment (filed July 27, 2005) is **GRANTED up to and including September 26, 2005**.

Dated:  July 28, 2005
_____