IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-OES

CARLOS E. SALA and
TINA ZANOLINI SALA,

       Plaintiffs,

  v.

UNITED STATES OF AMERICA,

       Defendant.

---

UNITED STATES' THIRD UNOPPOSED MOTION TO EXTEND TIME TO RESPOND
TO MOTION FOR PARTIAL SUMMARY JUDGMENT

---

The United States of America, by its undersigned counsel, moves the Court to extend the time to respond to plaintiff's motion for partial summary judgment for an additional seven days until October 3, 2005. In its response the United States will request, pursuant to Fed. R. Civ. P. 56(f), that it be granted until the completion of the discovery period to determine if the fraud exception to 26 U.S.C. § 6404(g)(2) applies. The reasons for the additional seven day extension are set forth below.

    1. Plaintiffs filed a motion for partial summary judgment on the issue of whether they are entitled to a refund of certain interest payments. Specifically, pursuant to 26 U.S.C. § 6404(g) plaintiffs seek a refund of an amount in excess of $1.5 million which represents interest paid for the period commencing 18 months and one day after the plaintiffs' tax return for the 2000 tax year was due to be filed and ending when their amended return was filed (October 17, 2002 through November 26, 2003).

    2. The undersigned trial attorneys assigned to this matter for the Department of Justice

prepared and submitted a recommendation on action to be taken on this issue. Due to the amount involved, the recommendation of the trial attorneys was required to pass through several stages of review. The undersigned Department of Justice attorneys have only recently learned of the position which the United States will take in this matter.

3. Upon review of the materials submitted by plaintiff and the relevant administrative files, the United States agrees that **if** the exceptions to 26 U.S.C. § 6404(g) (1) do not apply, the plaintiffs satisfy the requirements of this provision and would be entitled to a refund of interest for the period from October 17, 2002 to November 26, 2003.[1]

4. 26 U.S.C. § 6404(g)(2), however, contains an exception which provides that a refund of interest is not available "in a case involving fraud."

5. At this time it is premature to determine whether this fraud exception applies to the instant case. The undersigned trial attorneys are in the process of preparing a motion pursuant to Fed. R. Civ. P. 56(f), and materials to be submitted therewith, to support the United States' position that the Court should defer ruling on the motion for partial summary judgment until discovery has been completed. The extension sought is necessary to fully prepare that motion.

6. The undersigned counsel for the United States has discussed this matter in detail with John M. Colvin, Esq., one of plaintiffs' counsel, who has indicated that he has no objection to this request for an extension of an additional seven days to respond to the motion for partial summary judgment.

WHEREFORE the United States prays that the Court:

---

[1] Although plaintiffs do not request a specific amount in their motion, the United States' computations of the amount of interest for this period are approximately $9,000.00 different than the amount set forth in a declaration submitted by plaintiffs.

    A. Extend the time to respond to plaintiffs' motion for partial summary judgment until October 3, 2005; and

    B. Grant such other and further relief as is just and proper.

Dated this 26th day of September, 2005.

                              WILLIAM J. LEONE  
                              Acting United State Attorney  
                              MARK S. PESTAL  
                              Asst. U.S. Attorney

                              s/ PHILIP E. BLONDIN  
                              PHILIP E. BLONDIN  
                              ANTON L. JANIK, JR.  
                              Trial Attorneys, Tax Division  
                              U.S. Department of Justice  
                              P.O. Box 683  
                              Ben Franklin Station  
                              Washington, D.C. 20044-0683  
                              Telephone: (202) 307-6322  
                                                  (202) 305-2558  
                              Facsimile:   (202) 307-0054  
                              Email:philip.blondin@usdoj.gov

        Street Address:        Judiciary Center Building  
                                      555 Fourth Street, N.W.  
                                      Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 26, 2005, I electronically filed the foregoing UNITED STATES' THIRD UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com

jcolvin@chicoine-hallett.com

philip.blondin@usdoj.gov

and I hereby certify that I have mailed or served the document to the following non CM/EFC participants in the manner (mail, hand delivery, etc.) indicated by the non-participants name:

Internal Revenue Service
Office of Associate Area Counsel
701 Market Street, Suite 2200
Philadelphia, PA 19106

                                                 s/ PHILIP E. BLONDIN
PHILIP E. BLONDIN
Attorney for Defendant
United States of America
Trial Attorney, Tax Division
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 307-6322
Facsimile: (202) 307-6322
Email:philip.blondin@usdoj.gov

Street Address:        Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20001