IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 05-cv-00636-LTB-OES

CARLOS E. SALA, and
TINA ZANOLINI SALA,
          Plaintiffs,

v.

UNITED STATES OF AMERICA,
          Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Defendant's Third Unopposed Motion to Extend Time to Respond to Motion for Partial Summary Judgment (Doc 15 - filed September 26, 2005) is **GRANTED up to and including October 3, 2005**.

Dated: September 27, 2005
_____