IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and <br> TINA ZANOLINI SALA, <br> <br> Plaintiffs, <br> <br> v. <br> <br> UNITED STATES OF AMERICA, <br> <br> Defendant. | ) <br> ) <br> )   05-cv-00636-LTB-OES <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

_____

NOTICE OF ENTRY OF APPEARANCE
_____

Notification is hereby given that in addition to Philip E. Blondin, ANTON L. JANIK, JR., is also an attorney for the United States in this matter and that both attorneys should now be considered the attorneys of record for the United States. All pleadings and orders hereafter entered in this matter should be served on the undersigned counsel at the address below in addition to serving Mr. Blondin.

Dated this 3rd day of October, 2005.         WILLIAM J. LEONE
                                             Acting United States Attorney
                                             MARK S. PESTAL
                                             Assistant United States Attorney

                                             s/ Anton L. Janik, Jr.
                                             PHILIP E. BLONDIN
                                             ANTON L. JANIK, JR.  CO#35164
                                             Trial Attorneys, Tax Division
                                             U.S. Department of Justice
                                             P.O. Box 683
                                             Ben Franklin Station
                                             Washington, D.C. 20044-0683
                                             Telephone:    (202) 307-6322
                                                           (202) 305-2558
                                             Facsimile:    (202) 307-0054
                                             Email:Anton.L.Janik@usdoj.gov

             Street Address:                 Judiciary Center Building
                                             555 Fourth Street, N.W.
                                             Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 3, 2005, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com

jcolvin@chicoine-hallett.com

philip.blondin@usdoj.gov

and I hereby certify that I have mailed or served the document to the following non CM/EFC participants in the manner (mail, hand delivery, etc.) indicated by the non-participants name:

Internal Revenue Service
Office of Associate Area Counsel
701 Market Street, Suite 2200
Philadelphia, PA 19106

s/ Anton L. Janik, Jr.
ANTON L. JANIK, JR.
Attorney for Defendant
United States of America
Trial Attorney, Tax Division
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, D.C. 20044-0683
Telephone:    (202) 305-2558
Facsimile:      (202) 307-0054
Email:Anton.L.Janik@usdoj.gov

Street Address:    Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20001