IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and ) | |
| TINA ZANOLINI SALA, ) | |
| ) | 05-cv-00636-LTB-OES |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

_____

UNITED STATES' MOTION FOR RELIEF UNDER FED. R. CIV. P. 56(F) WITH RESPECT TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

Defendant, the United States of America ("United States") respectfully moves for relief under FED. R. CIV. P. 56(f) with respect to plaintiffs' motion for partial summary judgment served June 30, 2005. Specifically, defendant requests that the Court enter an order denying the motion for partial summary judgment (without prejudice to resubmit at an appropriate time) or, in the alternative, continue the proceedings with respect to the motion until after the completion of discovery, or granting such other relief as necessary to provide defendant with an adequate opportunity to respond. This motion is based upon the matters set forth in the attached memorandum and in the declaration of Anton L. Janik, Jr.

The undersigned certifies that pursuant to D.C.COLO.LCivR7.1(a), counsel for the United States attempted in good faith to reach an agreement with plaintiffs as to the matters raised in this motion, but was unable to do so.

|  |  |
|---|---|
| Dated this 3rd day of October, 2005. | WILLIAM J. LEONE |
|  | Acting United States Attorney |
|  | MARK S. PESTAL |
|  | Assistant United States Attorney |
|  |  |
|  | s/ Anton L. Janik, Jr. |
|  | PHILIP E. BLONDIN |
|  | ANTON L. JANIK, JR.  CO#35164 |
|  | Trial Attorneys, Tax Division |
|  | U.S. Department of Justice |
|  | P.O. Box 683 |
|  | Ben Franklin Station |
|  | Washington, D.C. 20044-0683 |
|  | Telephone:     (202) 307-6322 |
|  |                         (202) 305-2558 |
|  | Facsimile:      (202) 307-0054 |
|  | Email:Anton.L.Janik@usdoj.gov |
|  |  |
| Street Address: | Judiciary Center Building |
|  | 555 Fourth Street, N.W. |
|  | Washington, D.C. 20001 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on October 3, 2005, I electronically filed the foregoing UNITED STATES' MOTION FOR RELIEF UNDER FED. R. CIV. P. 56(F) WITH RESPECT TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT  with the Clerk of  Court using the EFC system which will send notification of such filing to the following e-mail addresses:

    dhallett@chicoine-hallett.com

    jcolvin@chicoine-hallett.com

    philip.blondin@usdoj.gov

and I hereby certify that I have mailed or served the document to the following non CM/EFC participants in the manner (mail, hand delivery, etc.)  indicated by the non-participants name:

    Internal Revenue Service
    Office of Associate Area Counsel
    701 Market Street, Suite 2200
    Philadelphia, PA 19106


                                              s/ Anton L. Janik, Jr.
                                              ANTON L. JANIK, JR.
                                              Attorney for Defendant
                                              United States of America
                                              Trial Attorney, Tax Division
                                              United States Department of Justice
                                              Ben Franklin Station
                                              P.O. Box 683
                                              Washington, D.C. 20044-0683
                                              Telephone:    (202) 305-2558
                                              Facsimile:    (202) 307-0054
                                              Email:Anton.L.Janik@usdoj.gov

    Street Address:             Judiciary Center Building
                                              555 Fourth Street, N.W.
                                              Washington, D.C. 20001