IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-OES

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: October 12, 2005

　　　Plaintiff shall have to and including October 17, 2005, in which to respond to United States' Motion for Relief Under Fed.R.Civ.P. 56(F) with Respect to Plaintiffs' Motion for Partial Summary Judgment [filed October 3, 2005, Document 18].