# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CARLOS E. SALA, and )
TINA ZANOLINI-SALA, )
                                          )
                                          )   Case No. 1:05-cv-00636-LTB
            Plaintiffs,           )
                                          )
v.                                         )
                                          )
UNITED STATES OF AMERICA, )
                                          )
            Defendant.         )

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO UNITED STATES' MOTION FOR RELIEF UNDER FED.R.CIV.P. 56(F) WITH RESPECT TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs CARLOS E. SALA and TINA ZANOLINI-SALA, by and through their undersigned counsel, move the Court to extend the time to respond to Defendant's Motion for Relief for the following reasons:

    1.    The Court has ordered, on two occasions, extensions of time for the United States to answer or otherwise respond to Plaintiffs' Motion for Partial Summary Judgment.

    2.    Lead counsel for Plaintiffs, Darrell D. Hallett, has been out of town and unavailable from October 3, 2005 through October 17, 2005 and will not have had sufficient time to review the pleadings and supporting documentation to prepare an adequate response by October 17, 2005.

Page 1

3.  Plaintiffs seek an extension of time to respond, until Monday, November 7, 2005 so that they may review the pleadings and supporting documentation and prepare their response.

4.  The undersigned counsel for Plaintiffs has conferred with Philip E. Blondin, Esq., one of Defendant's counsel, who has indicated that he has no objection to the requested extension.

WHEREFORE, Plaintiffs pray that the Court:

A.  Extend the time to respond to Defendant's Motion for Relief until Monday, November 7, 2005; and

B.  Grant such other and further relief as is just and proper.

DATED this 14th of October, 2005.

CHICOINE & HALLETT, P.S.

s/ John M. Colvin
John M. Colvin
Darrell D. Hallett
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
and Tina Zandolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 223-0800
Email: jcolvin@chicoine-hallett.com
Email: dhallett@chicoine-hallett.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2005, I electronically filed PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO UNITED STATES' MOTION FOR RELIEF UNDER FED.R.CIV.P. 56(F) WITH RESPECT TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT using the CM/ECF system, which will send notification to the following:

Philip Blondin:      Philip.Blondin@usdoj.gov

Anton. L. Janik, Jr.   Anton.L.Janik@usdoj.gov

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 14th of October, 2005.

                            CHICOINE & HALLETT, P.S.

                            s/ John M. Colvin
                            John M. Colvin
                            Darrell D. Hallett
                            Chicoine & Hallett, P.S.
                            Attorneys for the Plaintiffs Carlos E. Sala
                            and Tina Zandolini-Sala
                            1011 Western Ave. Suite 803
                            Seattle WA, 98104
                            Telephone: (206) 223-0800
                            Facsimile: (206) 223-0800
                            Email: jcolvin@chicoine-hallett.com
                            Email: dhallett@chicoine-hallett.com