**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:05-cv-00636-LTB

| | |
|---|---|
| CARLOS E. SALA, and<br>TINA ZANOLINI-SALA,<br><br>           Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

**PLAINTIFFS' SECOND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO UNITED STATES' MOTION FOR RELIEF UNDER FED.R.CIV.P. 56(F) WITH RESPECT TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Plaintiffs CARLOS E. SALA and TINA ZANOLINI-SALA, by and through their undersigned counsel, move the Court to extend the time to respond to Defendant's Motion for Relief for the following reasons:

1. The Court has ordered, on two occasions, extensions of time for the United States to answer or otherwise respond to Plaintiffs' Motion for Partial Summary Judgment. While the Motion for Partial Summary Judgment was filed on June 30, 2005, Defendant United States' Motion for Relief pursuant to Fed.R.Civ.P. 56(f) was filed on October 3, 2005.

Page 1

2.      The Court originally set October 17, 2005 as the due date for any Response to the Motion for Relief.  Plaintiffs requested and received (via an unopposed motion) an extension to respond until November 7, 2005.

3.      Because of previous business travel commitments and illness on the part of Plaintiffs' Counsel, Counsel for Plaintiffs will not be able to prepare a response within the allotted time period.

4.      Plaintiffs request an extension of time to respond to Defendant's Motion for Relief, until Monday, November 14, 2005 (seven days) so that they may review the pleadings and supporting documentation and prepare their response.

5.      The undersigned counsel for Plaintiffs has conferred with Philip E. Blondin, Esq., one of Defendant's counsel, who has indicated that he has no objection to the requested extension.

WHEREFORE, Plaintiffs pray that the Court:

A.      Extend the time to respond to Defendant's Motion for Relief until Monday, November 14, 2005; and

B.      Grant such other and further relief as is just and proper.

Page 2

DATED this 1st day of November, 2005.

CHICOINE & HALLETT, P.S.

s/ John M. Colvin
John M. Colvin
Darrell D. Hallett
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
           and Tina Zanolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email: jcolvin@chicoine-hallett.com
Email: dhallett@chicoine-hallett.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2005, I electronically filed PLAINTIFFS'

SECOND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO UNITED

STATES' MOTION FOR RELIEF UNDER FED.R.CIV.P. 56(F) WITH RESPECT TO

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT using the CM/ECF

system, which will send notification to the following:

Philip Blondin:          Philip.Blondin@usdoj.gov

Anton. L. Janik, Jr.     Anton.L.Janik@usdoj.gov

I declare under the penalty of perjury under the laws of the State of Washington that the

foregoing is true and correct.

DATED this 1st of November, 2005.

CHICOINE & HALLETT, P.S.

s/ John M. Colvin
John M. Colvin
Darrell D. Hallett
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
        and Tina Zanolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email: jcolvin@chicoine-hallett.com
Email: dhallett@chicoine-hallett.com