IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-OES

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: November 3, 2005

    Plaintiffs' Second Unopposed Motion to Extend Time to Respond to United States' Motion for Relief Under Fed.R.Civ.P. 56(F) with Respect to Plaintiffs' Motion for Partial Summary Judgment [filed November 1, 2005, Document 28] is GRANTED to and including November 14, 2005.