# EXHIBIT D
# TO SALA DECLARATION



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON. D.C. 20224

February 25, 2004

Carlos E. Sala & Tina Zanolini-Sala
2424 Ginny Way
Lafayette, CO  80026-9155

Dear Taxpayer:

Your Federal income tax return for the calendar year 2000 has been selected for examination. We have enclosed Forms 4564, Information Document Request that details the information that we will need to begin the examination.

**Please call me as soon as you receive this letter.**

You may have an attorney, a certified public accountant, an individual enrolled to practice before the Internal Revenue Service, or a qualified unenrolled individual represent you. If you are not present, however, your representative must have written authorization to represent you. Forms 2848, Power of Attorney and 8821, Tax Information Authorization, may be used for this purpose and if your representative does not have copies of these forms, they may be obtained from one of our offices. Also, any other individual, even though not qualified to represent you, may accompany you as a witness and assist in establishing the facts in your case.

The limitation period allowed by law for assessing additional tax on your federal tax return will expire soon. Therefore, we request that you consent to extend the period for assessment. We have enclosed copies of consent Form 872-I, which extends the statute of limitation period. Before signing this form, it is important that you understand your rights concerning consents, which are as follows:

- You have the right to refuse to extend the limitation period.
- You have the right to request the extension be limited to particular issues held open for further examination or appeal.
- You have the right to request the limitation period be limited to a specific date.

If you wish to exercise any of your rights mentioned above, please review the enclosed Publication 1035, Extending the Tax Assessment Period, for a more detailed explanation of your rights, options, and procedures.

2

Sala        5554
February 25, 2004
Appointment Letter

NOTE: You do not have to sign the consent to be considered to have cooperated with
the Internal Revenue Service for purposes of determining who has the burden of proof
in any court proceeding.

Joint Filers: As required by law, separate notices are sent to each individual filing a
joint return. If the enclosed consent is for a joint return each individual must sign. You
may each sign your individual copies of the consent or both may sign one set together.

If you agree to the terms in the enclosed consent form, please sign all copies of the
consent form and return them in the enclosed envelope within 10 days from the date
of this letter. IT IS IMPORTANT THAT YOU SIGN YOUR NAME EXACTLY AS IT
APPEARS ON FORM 872-I. Upon acceptance, we will return an approved copy for
your records.

Also enclosed is Publication 1, Your Rights as a Taxpayer. This publication advises
you of your rights under the examination process, your appeal rights, and authorized
representation. If you have any questions, please contact me (973) 921-4164 (FAX
(973) 921-4350). My mailing address is Internal Revenue Service, 955 South
Springfield Avenue, Box 12, Springfield, NJ  07081.

                                        Sincerely,


                                        Valerie Catanzaro
                                        Internal Revenue Agent
                                        Employee ID# 22-04572

Enclosures:
    Information Document Request (Form 4564),
    Notice 609
    Publication 1
    Form 872-I
    Publication 1035

3



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

LARGE AND MID SIZE
BUSINESS DIVISION

February 25, 2004

Solid Currencies, Inc.
243 W. 30th Street, Ste 501
New York, NY 10001-2812

Dear Taxpayer:

Your Federal income tax return, Form 1120S for the year 2000 has been selected for
examination. We have enclosed Forms 4564, Information Document Request that
details the information that we will need to begin the examination.

**Please call me as soon as you receive this letter.**

You may have an attorney, a certified public accountant, an individual enrolled to
practice before the Internal Revenue Service, or a qualified unenrolled individual to
represent you. If you are not present, however, your representative must have written
authorization to represent you. Forms 2848, Power of Attorney and 8821, Tax
Information Authorization, may be used for this purpose and if your representative
does not have copies of these forms, they may be obtained from one of our offices.
Also, any other individual, even though not qualified to represent you, may accompany
you as a witness and assist in establishing the facts in your case.

Also enclosed is Publication 1, Your Rights as a Taxpayer. This publication advises
you of your rights under the examination process, your appeal rights, and authorized
representation. If you have any questions, please contact me (973) 921-4164 (FAX
(973) 921-4350). My mailing address is Internal Revenue Service, 955 South
Springfield Avenue, Box 12, Springfield, NJ 07081.

Sincerely,

Valerie Catanzaro
Internal Revenue Agent
Employee ID# 22-04572

Enclosures:
 Information Document Request (Form 4564),
 Notice 609
 Publication 1

**DHSala 00001613**

# EXHIBIT E
# TO SALA DECLARATION

| Form 4564 | Department of the Treasury Internal Revenue Service Information Document Request | Request Number 01 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch) | Subject: Examination of Form 1040 | |
|---|---|---|
| Carlos E. Sala & Tina Zanolini-Sala 2424 Ginny Way Lafayette, CO 80026-9155 | **SAIN** 706 | Submitted to: Taxpayer |
| | Dates of Previous Requests: | |

**Description of Documents Requested:**

The Internal Revenue Service has identified certain transactions as "listed transactions" for purposes of § 1.6011-4T(b)(2) of the temporary Income Tax Regulations and § 1.301.6111-2T(b)(2) of the temporary Procedure and Administration Regulations. Transactions that are the same as, or substantially similar to, listed transactions have been determined by the Service to be tax avoidance transactions. *Notice 2003-76; 2003-49 IRB 1*, provides a list of transactions identified as listed transactions as of November 7, 2003. We have reproduced these transactions (and certain other transactions) and included them as an attachment to this Information Document Request ("IDR").

The purpose of this IDR is to determine whether, with respect to any returns under examination, *Solid Currencies Inc.* has entered into any transactions that are the same as, or substantially similar to, any listed transactions. Please list each transaction that *Solid Currencies Inc.* has entered into that is the same as, or substantially similar to, a listed transaction. For each transaction identified, please provide the following:

1. A description of the transaction, including all material facts.

2. A description of *Solid Currencies Inc.' s* tax treatment of the transaction, including tax benefits claimed on the return

3. Information identifying the amounts involved and the General Ledger accounts affected by any part of the transaction. Please trace all identified items and amounts as line items on the tax returns.

4. All contracts and other transactional documents, including agreements, instruments, and schedules. If such information is too voluminous, then, in the alternative, provide an index that lists and describes all such contracts and transactional documents.

5. Complete copies of all documents and other materials, including legal opinions and memoranda, provided by any party that promoted, solicited, or recommended *Solid Currencies Inc.'s* participation in the transaction.

| Information Due By | March 12, 2004 | At Next Appointment ☐ | Mail In ☒ | |
|---|---|---|---|---|

| | Name and Title of Requestor | Employee ID number | Date: | |
|---|---|---|---|---|
| **FROM** | **Valerie Catanzaro, Internal Revenue Agent** | **22-04572** | February 25, 2004 | 2 |
| | Office Location: 955 South Springfield Avenue Springfield, NJ 07081 | Phone: Voice (973) 921-4164 FAX (972) 921-4350 | Page 1 | |

Form 4564

DHSala 00000003

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br><br>01 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Carlos E. Sala & Tina Zanolini-Sala<br>2424 Ginny Way<br>Lafayette, CO 80026-9155 | Subject:<br>Examination of Form 1040 |  |
|---|---|---|
|  | SAIN<br>706 | Submitted to:<br>Taxpayer |
|  | Dates of Previous Requests: | |

**Description of Documents Requested:**

6. All internal documents used by *Solid Currencies Inc.* in its decision making process, including, if applicable, information presented to *Solid Currencies Inc.'s* Board of Directors, Audit and Finance Committee, and any other committee.

7. Complete and unredacted minutes of the Board of Directors, Audit and Finance Committee, and any other committees that related, directly or indirectly, to the transaction.

8. All legal, accounting, financial, and economic opinions and memoranda secured by or on behalf *Solid Currencies Inc.* in connection with the transaction.

9. A list of all participants and their roles in the transactions.

10. The name(s) and job titles of officers and other employees of *Solid Currencies Inc.* familiar with the transaction and who are available to meet with the audit team within two weeks of the date of this IDR.

*Privilege:*

If any documents are withheld on grounds of privilege, for each document withheld, please provide the following:

a. The name and title of the author;

b. The date of the document;

c. The names, titles, and addresses of all recipients of the documents (and copies of such documents);

d. The subject matter of the document;

e. The privilege claimed; and

| Information Due By | March 12, 2004 | At Next Appointment ☐ | Mail In ☒ |
|---|---|---|---|

| FROM | Name and Title of Requestor | Employee ID number | Date: |
|---|---|---|---|
|  | Valerie Catanzaro, Internal Revenue Agent | 22-04572 | February 25, 2004 |
|  | Office Location:<br>955 South Springfield Avenue<br>Springfield, NJ 07081 | Phone: Voice (973) 921-4164<br>FAX (972) 921-4350 | Page 2 |

Form 4564

| Form 4564 | Department of the Treasury Internal Revenue Service Information Document Request | Request Number |
|---|---|---|
| | | 01 |

| To: (Name of Taxpayer and Company, Division or Branch) | Subject: Examination of Form 1040 | |
|---|---|---|
| Carlos E. Sala & Tina Zanolini-Sala 2424 Ginny Way Lafayette, CO  80026-9155 | **SAIN** 706 | Submitted to: Taxpayer |
| | Dates of Previous Requests: | |

**Description of Documents Requested:**

f.   For any opinion or memoranda described in item 7 above, the conclusions reached in the opinion or memorandum.

_Definitions and instructions_

a)   ***Solid Currencies Inc.*** includes all entities that form a part of a consolidated group.

b)   Provide full and complete documents. Also, provide non-identical copies of all items requested in this IDR. Please note and explain any deviation or difference between the original and the copy.

c)   This request applies to the taxable years 2000, 2001, and 2002 of ***Solid Currencies Inc.***

| Information Due By | March 12, 2004 | At Next Appointment ☐ | | Mail In [X] |
|---|---|---|---|---|

| FROM | Name and Title of Requestor | Employee ID number | Date: |
|---|---|---|---|
| | **Valerie Catanzaro, Internal Revenue Agent** | 22-04572 | February 25, 2004 |
| | Office Location: 955 South Springfield Avenue Springfield, NJ  07081 | Phone: Voice (973) 921-4164 FAX (972) 921-4350 | Page 3 |

Form 4564

DHSala 00000005

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br><br>01 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Carlos E. Sala & Tina Zanolini-Sala<br>2424 Ginny Way<br>Lafayette, CO  80026-9155 | Subject:<br>Examination of  Form 1040 | |
|---|---|---|
| | **SAIN**<br>706 | Submitted to:<br>Taxpayer |
| | Dates of Previous Requests: | |

Description of Documents Requested:

1) ***Rev. Rul. 90-105, 1990-2 C.B. 69*** (transactions in which taxpayers claim deductions for contributions to a qualified cash or deferred arrangement or matching contributions to a defined contribution plan where the contributions are attributable to compensation earned by plan participants after the end of the taxable year (identified as "listed transactions" on February 28, 2000)). See also ***Rev. Rul. 2002-46, 2002-29* I.R.B. 11**7 (result is the same, and transactions are substantially similar, even though the contributions are designated as satisfying a liability established before the end of the taxable year), modified **by *Rev. Rul. 2002-73, 2002-45 I.R.B. 805,***

2) ***Notice 95-34, 1995-1 C.B. 309*** (certain trust arrangements purported to qualify as multiple employer welfare benefit funds exempt from the limits of ***sections 419*** and **419A** of the Internal Revenue Code (identified as "listed transactions" on February 28, 2000)). See also **section 1.419A(f)(6)-1** of the Income Tax Regulations (10 or more employer plans);

3) Transactions described in Part II of ***Notice 98-5, 1998-1 C.B. 334*** (transactions in which the reasonably expected economic profit is insubstantial in comparison to the value of the expected foreign tax credits (identified as "listed transactions" on February 28, 2000));

4) Transactions substantially similar to those at issue in ***ASA Investerings Partnership v. Commissioner***, 201 F.3d 505 (D.C. Cir. 2000), and ***ACM Partnership v. Commissioner***, 157 F.3d 231 (3d Cir. 1998) (transactions involving contingent installment sales of securities by partnerships in order to accelerate and allocate income to a tax-indifferent partner, such as a tax-exempt entity or foreign person, and to allocate later losses to another partner (identified as "listed transactions" on February 28, 2000));

5) ***Treas. Reg. section 1.643(a)-8*** (transactions involving distributions described in **section 1.643(a)-8** from charitable remainder trusts (identified as "listed transactions" on February 28, 2000));

6) ***Notice 99-59, 1999-2 C.B. 761*** (transactions involving the distribution of encumbered property in which taxpayers claim tax losses for capital outlays that they have in fact

| Information Due By | March 12, 2004 | At Next Appointment | ☐ | Mail In | ☒ |
|---|---|---|---|---|---|

| FROM | Name and Title of Requestor<br><br>**Valerie Catanzaro, Internal Revenue Agent** | Employee ID number<br><br>**22-04572** | Date:<br>February 25, 2004 |
|---|---|---|---|
| | Office Location:<br>955 South Springfield Avenue<br>Springfield, NJ  07081 | Phone: Voice (973) 921-4164<br>FAX (972) 921-4350 | Page 4 |

Form 4564

DHSala 00000006

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br><br>01 | |
|-----------|-------------------------------------------------------------------------------------------|---------------------------|---|
| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Carlos E. Sala & Tina Zanolini-Sala<br>2424 Ginny Way<br>Lafayette, CO 80026-9155 | | Subject:<br>Examination of Form 1040 | |
| | | SAIN<br>706 | Submitted to:<br>Taxpayer |
| | | Dates of Previous Requests: | |

**Description of Documents Requested:**

recovered (identified as "listed transactions" on February 28, 2000)). See also *Treas. Reg. section 1.301-1(g)*;

7) *Treas. Reg. section 1.7701(l)-3* (transactions involving fast-pay arrangements as defined in **section 1.7701(l)-3(b)** (identified as "listed transactions" on February 28, 2000));

8) *Rev. Rul. 2000-12, 2000-1 C.B. 744* (certain transactions involving the acquisition of two debt instruments the values of which are expected to change significantly at about the same time in opposite directions (identified as "listed transactions" on February 28, 2000));

9) *Notice 2000-44, 2000-2 C.B. 255* (transactions generating losses resulting from artificially inflating the basis of partnership interests (identified as "listed transactions" on August 11, 2000)). See also **section 1.752-6T** of the temporary Income Tax Regulations and **sections 1.752-1(a) and 1.752-7** of the proposed Income Tax Regulations;

10) *Notice 2000-60, 2000-2 C.B. 568* (transactions involving the purchase of a parent corporation's stock by a subsidiary, a subsequent transfer of the purchased parent stock from the subsidiary to the parent's employees, and the eventual liquidation or sale of the subsidiary (identified as "listed transactions" on November 16, 2000));

11) *Notice 2000-61, 2000-2 C.B. 569* (transactions purporting to apply *section 935* to Guamanian trusts (identified as "listed transactions" on November 21, 2000));

12) *Notice 2001-16, 2001-1 C.B. 730* (transactions involving the use of an intermediary to sell the assets of a corporation (identified as "listed transactions" on January 18, 2001));

13) *Notice 2001-17, 2001-1 C.B. 730* (transactions involving a loss on the sale of stock acquired in a purported *section 351* transfer of a high basis asset to a corporation and the corporation's assumption of a liability that the transferor has not yet taken into account for federal income tax purposes (identified as "listed transactions" on January 18, 2001));

Information Due By     **March 12, 2004**     At Next Appointment [ ]     Mail In [X]

| FROM | Name and Title of Requestor | Employee ID number | Date: |
|------|------------------------------|--------------------|-------|
| | **Valerie Catanzaro, Internal Revenue Agent** | 22-04572 | February 25, 2004 |
| | Office Location:<br>955 South Springfield Avenue<br>Springfield, NJ 07081 | Phone: Voice (973) 921-4164<br>FAX (972) 921-4350 | Page 5 |

Form 4564

| Form 4564 | Department of the Treasury Internal Revenue Service Information Document Request | Request Number 01 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Carlos E. Sala & Tina Zanolini-Sala<br>2424 Ginny Way<br>Lafayette, CO  80026-9155 | Subject: Examination of Form 1040 | |
| | SAIN 706 | Submitted to: Taxpayer |
| | Dates of Previous Requests: | |

**Description of Documents Requested:**

14) *Notice 2001-45, 2001-2 C.B. 129* (certain redemptions of stock in transactions not subject to U.S. tax in which the basis of the redeemed stock is purported to shift to a U.S. taxpayer (identified as "listed transactions" on July 26, 2001));

15) *Notice 2002-21, 2002-1 C.B. 730* (transactions involving the use of a loan assumption agreement to inflate basis in assets acquired from another party to claim losses (identified as "listed transactions" on March 18, 2002));

16) *Notice 2002-35, 2002-1 C.B. 992* (transactions involving the use of a notional principal contract to claim current deductions for periodic payments made by a taxpayer while disregarding the accrual of a right to receive offsetting payments in the future (identified as "listed transactions" on May 6, 2002));

17) *Notice 2002-50, 2002-2 C.B. 98* (transactions involving the use of a straddle, a tiered partnership structure, a transitory partner, and the absence of a *section 754* election to claim a permanent non-economic loss (identified as "listed transactions" on June 25, 2002)); *Notice 2002-65, 2002-2 C.B. 690* (transactions involving the use of a straddle, an S corporation or a partnership, and one or more transitory shareholders or partners to claim a loss while deferring an offsetting gain are substantially similar to transactions described in *Notice 2002-50); and Notice 2003-54, 2003-33 I.R.B. 363* (transactions involving the use of economically offsetting positions, one or more tax indifferent parties, and the common trust fund accounting rules of *section 584* to allow a taxpayer to claim a noneconomic loss are substantially similar to transactions described in *Notice 2002-50* and *Notice 2002-65*);

18) *Rev. Rul. 2002-69, 2002-2 C.B. 760,* modifying and superseding *Rev. Rul. 99-14, 1999-1 C.B. 835* (transactions in which a taxpayer purports to lease property and then purports to immediately sublease it back to the lessor (that is, lease- in/lease-out or LILO transactions) (identified as "listed transactions" on February 28, 2000));

19) *Notice 2002-70, 2002-2 C.B. 765* (transactions involving reinsurance arrangements between a taxpayer and the taxpayer's own reinsurance company that is subject to little or no federal income tax (identified as "listed transactions" on October 15, 2002));

| Information Due By | March 12, 2004 | At Next Appointment | ☐ | Mail In | ☒ |
|---|---|---|---|---|---|

| FROM | Name and Title of Requestor<br>Valerie Catanzaro, Internal Revenue Agent | Employee ID number<br>22-04572 | Date:<br>February 25, 2004 |
|---|---|---|---|
| | Office Location:<br>955 South Springfield Avenue<br>Springfield, NJ  07081 | Phone: Voice (973) 921-4164<br>FAX (972) 921-4350 | Page 6 |

Form 4564

DHSala 00000008

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br><br>01 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Carlos E. Sala & Tina Zanolini-Sala<br>2424 Ginny Way<br>Lafayette, CO  80026-9155 | Subject:<br>Examination of Form 1040 |  |
|---|---|---|
| | SAIN<br>706 | Submitted to:<br>Taxpayer |
| | Dates of Previous Requests: | |

Description of Documents Requested:

20) **Rev. Rul. 2003-6, 2003-3 I.R.B. 286** (certain arrangements involving the transfer of employee stock ownership plans (ESOPs) that hold stock in an S corporation for the purpose of claiming eligibility for the delayed effective date of **section 409(p)** (identified as "listed transactions" on December 17, 2002));

21) *Notice 2003-22, 2003-18 I.R.B. 851* (certain arrangements involving leasing companies that have been used to avoid or evade federal income and employment taxes (identified as "listed transactions" on April 4, 2003));

22) *Notice 2003-24, 2003-18 I.R.B. 853* (certain arrangements that purportedly qualify as collectively-bargained welfare benefit funds excepted from the account limits of *sections 419* **and 419A** (identified as "listed transactions" on April 11, 2003));

23) *Notice 2003-47, 2003-30 I.R.B. 132* (transactions involving compensatory stock options and related persons to avoid or evade federal income and employment taxes (identified as "listed transactions" on July 1, 2003));

24) *Notice 2003-55, 2003-34 I.R.B. 395* (transactions in which one participant claims to realize rental or other income from property or service contracts and another participant claims the deductions related to that income (often referred to as "lease strips"), modifying and superceding *Notice 95-53, 1995-2 C.B. 334* (identified as "listed transactions" on February 28, 2000));

25) **Notice 2003-77; 2003-49 I.R.B. 1** (certain transactions that use contested liability trusts improperly to attempt to accelerate deductions for contested liabilities under *section 461(f) of the Internal Revenue Code* (identified as "listed transactions" on November 19, 2003));

26) **Notice 2003-81; 2003-51 IRB 1** (transactions in which individuals or entities assign offsetting currency option contracts to charities and claim a loss on the assignment of a *section 1256 of the Internal Revenue Code* contract, but fail to report a gain on an offsetting non-*section-1256* contract (identified as "listed transactions" on December 4, 2003)); and

| Information Due By | March 12, 2004 | At Next Appointment | ☐ | Mail In | ☒ |
|---|---|---|---|---|---|

| FROM | Name and Title of Requestor<br><br>Valerie Catanzaro, Internal Revenue Agent | Employee ID number<br><br>22-04572 | Date:<br><br>February 25, 2004 |
|---|---|---|---|
| | Office Location:<br>955 South Springfield Avenue<br>Springfield, NJ  07081 | Phone: Voice (973) 921-4164<br>FAX (972) 921-4350 | Page 7 |

Form 4564

DHSala 00000009

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>01 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Carlos E. Sala & Tina Zanolini-Sala<br>2424 Ginny Way<br>Lafayette, CO  80026-9155 | Subject:<br>Examination of Form 1040 | |
|---|---|---|
| | SAIN<br>706 | Submitted to:<br>Taxpayer |
| | Dates of Previous Requests: | |

**Description of Documents Requested:**

27)    **Notice 2004-8; 2004-4 IRB 1,** (The notice describes situations where individuals shift income into their Roth IRAs by transferring property from a pre-existing business into a Roth IRA for less than fair market value to avoid the *section 408A of the Internal Revenue Code* contribution limits.)

| Information Due By | March 12, 2004 | At Next Appointment | ☐ | Mail In | ☒ |
|---|---|---|---|---|---|

| FROM | Name and Title of Requestor | Employee ID number | Date: |
|---|---|---|---|
| | Valerie Catanzaro, Internal Revenue Agent | 22-04572 | February 25, 2004 |
| | Office Location:<br>955 South Springfield Avenue<br>Springfield, NJ  07081 | Phone: Voice (973) 921-4164<br>FAX (972) 921-4350 | Page 8 |

Form 4564

DHSala 00000010

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>2 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Carlos E. Sala & Tina Zanolini-Sala<br>2424 Ginny Way<br>Lafayette, CO 80026-9155 | Subject:<br>Year 2000 Form 1040 |
|---|---|
| | SAIN Number: |
| | Dates of Previous Requests: |

**Description of Documents Requested:**

Related to your investments in Deerhurst Investors and/or Deerhurst Management and/or any other entity and Solid Currencies, Inc., (sometimes collectively referred to as the "partnership") provide the following:

1. All transactional documents, including agreements, contracts, instruments, schedules.

2. If your participation in any of the partnership transactions was promoted, solicited or recommended by any other party, provide all material received from that party or that party's advisor.

3. All internal documents or memoranda used in your decision-making process in deciding whether or not to invest in the partnership transactions.

4. All correspondence and memoranda, including but not limited to engagement letters, representation letters, confidentiality agreement, correspondence, instructions, authorizations, and withdrawal requests.

5. Documents relating to management, legal and professional fees paid by you and entities that you controlled in connection with any investment in foreign currency positions or your investment in the partnership (as defined above).

**This information is due March 12, 2004**

**If this information is not available or will not be provided, please state so in writing and provide the reason that the information is not available or will not be provided**

| FROM | Name and Title of Requestor<br><br>Valerie Catanzaro, Internal Revenue Agent       Employee ID # 22-04572 | Date:<br>February 25,<br>2004 |
|---|---|---|
| | Office Location:<br>955 South Springfield Avenue<br>Box 12<br>Springfield, NJ 07081 | E-Mail:<br>Valerie.a.catanzaro@irs.gov<br>Telephone: (973) 921-4164<br>FAX:        (973) 921-4350 |

DHSala 00000011

Form 4564

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>3 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Carlos E. Sala & Tina Zanolini-Sala<br>2424 Ginny Way<br>Lafayette, CO 80026-9155 | Subject:<br>Abusive Tax Shelter |
|---|---|
| | SAIN Number: |
| | Dates of Previous Requests: |

**Description of Documents Requested:**

Related to your investments in Deerhurst Investors and/or Deerhurst Management and/or any other entity and Solid Currencies, Inc., (sometimes collectively referred to as the "partnership") provide the following:

1. Provide a photocopy of your entire Federal income tax return **including amended returns** for the years 2000, 2001 and 2002.

2. Provide a copy of any Voluntary Tax Shelter Disclosure you made under I.R.S. Announcement 2002-2, 2002-2 I.R.B. 304.

3. Provide a copy of any Tax Shelter Registration documents you were provided or have access to with respect to investments made and transactions entered into during the year 2000.

This information is due March 12, 2004

<strong>If this information is not available or will not be provided, please state so in writing and provide the reason that the information is not available or will not be provided</strong>

| FROM | Name and Title of Requestor<br><br>Valerie Catanzaro, Internal Revenue Agent      Employee ID # 22-04572 | Date:<br>February 25, 2004 |
|---|---|---|
| | Office Location:<br>955 South Springfield Avenue<br>Box 12<br>Springfield, NJ 07081 | E-Mail:<br>Valerie.a.catanzaro@irs.gov<br>Telephone: (973) 921-4164<br>FAX:      (973) 921-4350      **DHSala 00000012** |

Form 4564

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>4 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Carlos E. Sala & Tina Zanolini-Sala<br>2424 Ginny Way<br>Lafayette, CO  80026-9155 | Subject:<br>Abusive Tax Shelter |
|---|---|
| | SAIN Number: |
| | Dates of Previous Requests: |

**Description of Documents Requested:**

Related to your investments in Deerhurst Investors and/or Deerhurst Management and/or any other entity and Solid Currencies, Inc., (sometimes collectively referred to as the "partnership") provide the following:

As used in the paragraphs below, the reference to "Currencies, Inc." means Solid Currencies, Inc.

1.  Provide documentation of the cash capital contributions you made to Currencies, Inc.

2.  Provide documentation of all non-cash capital contributions you made to Currencies, Inc.

3.  Provide documentation of all IRC §1367 adjustments to shareholder's basis in the stock of Currencies, Inc. from the date of formation to the date of its liquidation or today's date; whichever is earlier.

4.  Provide a complete copy of the Federal income tax return of Currencies, Inc, Form 1120S for the years 2000, 2001 and 2002.

## This information is due March 12, 2004

If this information is not available or will not be provided, please state so in writing and provide the reason that the information is not available or will not be provided.

| | Name and Title of Requestor<br><br>Valerie Catanzaro, Internal Revenue Agent      Employee ID # 22-04572 | Date:<br>February 25, 2004 |
|---|---|---|
| FROM | Office Location:<br>955 South Springfield Avenue<br>Box 12<br>Springfield, NJ  07081 | E-Mail:      vlerie a catanzaro@irs gov<br>Telephone:  (973) 921-4164<br>FAX:       (973) 921-4350 |

Form 4564

DHSala 00000013

| Form 4564 | Department of the Treasury Internal Revenue Service Information Document Request | Request Number 5 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch) | Subject: Tax Shelter - Form 1040 – Year 2000 |
|---|---|
| Carlos E. Sala & Tina Zanolini-Sala 2424 Ginny Way Lafayette, CO  80026-9155 | SAIN Number: |
| | Dates of Previous Requests: |

**Description of Documents Requested:**

Related to your investments in Deerhurst Investors and/or Deerhurst Management and/or any other entity and Solid Currencies, Inc., (sometimes collectively referred to as the "partnership") provide the following:

1. Provide a copy of any brochure, offering, prospectus, or other literature you received describing investments in foreign currencies, S corporations, or partnerships.

2. Provide copies of any appraisals, legal or tax opinions prepared for or provided to you regarding an investment in foreign currencies, S corporations, or partnerships.

3. Provide copies of all correspondence between you and any broker, promoter, financial advisor, attorney, or accountant (including but not limited to Michael Schwartz and/or Multi-National Strategies) concerning the investment in foreign currencies, S corporations, or partnerships.

4. Provide copies of all Investment Advisory Agreements or other contracts for services entered into between you and any other party in connection with foreign currencies, S corporations, or partnerships

5. Provide a copy of any other agreement, known by any name that you entered into with any other party (including, but not limited to your accountant, attorney, Michael Schwartz and/or Multi-National Strategies, etc.) with regard to an investment in foreign currencies, S corporations, or partnerships.

6. Provide a copy of any Confidentiality Agreement you entered into with respect to your investment in foreign currencies, S corporations, or partnerships.

**This information is Due March 12, 2004**

If this information is not available or will not be provided, please state so in writing and provide the reason that the information is not available or will not be provided.

| FROM | Name and Title of Requestor | | Date: February 25, 2004 |
|---|---|---|---|
| | Valerie Catanzaro, Internal Revenue Agent      Employee ID # 22-04572 | | |
| | Office Location: 955 South Springfield Avenue Box 12 Springfield, NJ  07081 | E-Mail:      valerie.a.catanzaro@irs.gov Telephone: (973) 921-4164 FAX:      (973) 921-4350 | |

Form 4564

DHSala 00000014

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>5 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch) | Subject:<br>Tax Shelter - Form 1040 – Year 2000 |
|---|---|
| Carlos E. Sala & Tina Zanolini-Sala<br>2424 Ginny Way<br>Lafayette, CO  80026-9155 | SAIN Number: |
| | Dates of Previous Requests: |

Description of Documents Requested:

Related to your investments in Deerhurst Investors and/or Deerhurst Management and/or any other entity  and Solid Currencies, Inc , (sometimes collectively referred to as the "partnership") provide the following:

7.    Provide a copy of the engagement letter you entered into with any party with respect to your investment in foreign currencies, S corporations, or partnerships.

8.    Provide photocopies of the entire "drop" file, history file, personal file, or any other accumulation of written notes, telephone messages, e-mails, Faxes or documents known by any other name that you received from or sent to any attorney, accountant, promoter, investment adviser, Michael Schwartz or Multi-National Strategies or any other person or entity with respect to your investment in foreign currencies, S corporations, or partnerships.

**This information is Due March 12, 2004**

14

If this information is not available or will not be provided, please state so in writing and provide the reason that the information is not available or will not be provided.

| FROM | Name and Title of Requestor<br><br>Valerie Catanzaro, Internal Revenue Agent       Employee ID # 22-04572 | Date:<br>February 25, 2004 |
|---|---|---|
| | Office Location:<br>955 South Springfield Avenue<br>Box 12<br>Springfield, NJ  07081 | E-Mail:      valerie a catanzaro@irs gov<br>Telephone:  (973) 921-4164<br>FAX:           (973) 921-4350 |

Form 4564

DHSala 00000015

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>6 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Carlos E. Sala & Tina Zanolini-Sala<br>2424 Ginny Way<br>Lafayette, CO  80026-9155 | Subject:<br>   Tax Shelter - Form 1040 – Year 2000 |
|---|---|
| | SAIN Number: |
| | Dates of Previous Requests:<br>   None |

**Description of Documents Requested:**

**Regarding Schedule E item identified as "Solid Currencies, Inc." please provide:**

1.   Documentation to substantiate your basis in the S Corp. to support the allowed loss.

2.   Documentation to substantiate the characterization of the loss as non-passive.

<u>This information is Due March 5, 2004</u>

If this information is not available or will not be provided, please state so in writing and provide the reason that the information is not available or will not be provided.

| FROM | Name and Title of Requestor<br><br>Valerie Catanzaro, Internal Revenue Agent          Employee ID # 22-04572 | Date:<br>February 18, 2004 |
|---|---|---|
| | Office Location:<br>955 South Springfield Avenue<br>Box 12<br>Springfield, NJ  07081 | E-Mail:      valerie a catanzaro@irs gov<br>Telephone: (973) 921-4164<br>FAX:         (973) 921-4350 |

Form 4564

DHSala 00000016

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>7 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Carlos E. Sala & Tina Zanolini-Sala<br>2424 Ginny Way<br>Lafayette, CO  80026-9155 | Subject:<br>  Tax Shelter - Form 1040 – Year 2000 |
|---|---|
| | SAIN Number: |
| | Dates of Previous Requests:<br>  2/25/04 |

**Description of Documents Requested:**

**Regarding Schedule E item identified as "Solid Currencies, Inc." as it appears on F1040 X please provide:**

1.  Documentation to substantiate your basis in the S Corp. to support the allowed loss of ($56,071).

2.  Documentation to substantiate the characterization of the loss as non-passive.

3.  Substantiation and/or explanation as to why taxpayers believe Solid Currencies and its transactions are subject to the provisions of Treasury Regulation 1.752-6T.

<u>This information is Due May 14, 2004</u>

If this information is not available or will not be provided, please state so in writing and provide the reason that the information is not available or will not be provided.

| FROM | Name and Title of Requestor | | Date:<br>April 22, 2004 |
|---|---|---|---|
| | Valerie Catanzaro, Internal Revenue Agent | Employee ID # 22-04572 | |
| | Office Location:<br>955 South Springfield Avenue<br>Box 12<br>Springfield, NJ  07081 | E-Mail:   valerie.a.catanzaro@irs.gov<br>Telephone: (973) 921-4164<br>FAX:      (973) 921-4350 | |

Form 4564

DHSala 00000017

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>2 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Solid Currencies, Inc.<br>243 W. 30th Street, Suite 501<br>New York, NY  10001-2812 | Subject:<br>Year 2000 Form 1120S |
|---|---|
| | SAIN Number: |
| | Dates of Previous Requests:<br>None |

**Description of Documents Requested:**

With respect to your investment in Deerhurst Investors and/or Deerhurst Management and/or any other entity provide:

1. All transactional documents, including agreements, contracts, confirmations, loan agreements, instruments, schedules and work papers.

2. Provide all correspondence and memoranda, including but not limited to engagement letters, representation letters, confidentiality agreement, correspondence, instructions, authorizations, and withdrawal requests.

3. Documents relating to transfers of assets or property by you or entities that you controlled, to Deerhurst Investors and/or Deerhurst Management and/or any other entity. These documents include, but are not limited to, cancelled checks, electronic transfers, instructions, and authorizations. These documents must; identify the date of each transfer, identify the property transferred, substantiate your cost basis in the property contributed, and substantiate the fair market value of the property on the date of the transfer.

4. Documents relating to all liabilities and loans which Deerhurst Investors and/or Deerhurst Management and/or any other entity assumed or which transferred property was subject. These documents include, but are not limited to loan, credit, pledge, security, loan assumption, collateral, loan assignment agreements, etc.

## This information is Due March 12, 2004

If this information is not available or will not be provided, please state so in writing and provide the reason that the information is not available or will not be provided.

| FROM | Name and Title of Requestor<br><br>Valerie Catanzaro, Internal Revenue Agent          Employee ID # 22-04572 | Date:<br>February 24, 2004 |
|---|---|---|
| | Office Location:<br>955 South Springfield Avenue<br>Box12<br>Springfield, NJ  07081 | Email: valerie.a.catanzaro@irs.gov<br>Telephone:  (973) 921-4164<br>Fax:  (973) 921-4350 |

Form 4564

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>2 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>**Solid Currencies, Inc.**<br>**243 W. 30th Street, Suite 501**<br>**New York, NY 10001-2812** | Subject:<br>Year 2000 Form 1120S |
|---|---|
| | SAIN Number: |
| | Dates of Previous Requests:<br>None |

**Description of Documents Requested:**

5.  Documents reflecting the repayment by Deerhurst Investors and/or Deerhurst Management and/or any other entity of all such liabilities and loans transferred (identified in #4 above).

6.  Documents and computations that reflect your tax basis in Deerhurst Investors and/or Deerhurst Management and/or any other entity.

7.  Documents relating to any distributions made to shareholders. These documents should identify the date of each distribution, identify the property distributed, document your cost basis in the property, and substantiate the fair market value of the property distributed on the date of distribution.

<u>**This information is Due March 12, 2004**</u>

If this information is not available or will not be provided, please state so in writing and provide the reason that the information is not available or will not be provided.

| FROM | Name and Title of Requestor<br><br>Valerie Catanzaro, Internal Revenue Agent   Employee ID # 22-04572 | | Date:<br>February 24, 2004 |
|---|---|---|---|
| | Office Location:<br>955 South Springfield Avenue<br>Box12<br>Springfield, NJ 07081 | Email: valerie.a.catanzaro@irs.gov<br>Telephone: (973) 921-4164<br>Fax: (973) 921-4350 | |

Form 4564

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>3 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>**Solid Currencies, Inc.**<br>**243 W. 30th Street, Suite 501**<br>**New York, NY 10001-2812** | Subject:<br>Abusive Tax Shelter |
|---|---|
| | SAIN Number: |
| | Dates of Previous Requests: |

**Description of Documents Requested:**

As used in the paragraphs below, the reference to "Currencies, Inc." means Solid Currencies, Inc.

1. Provide documentation of the cash capital contributions made by shareholders to Currencies, Inc.

2. Provide documentation of all non-cash capital contributions made by shareholders to Currencies, Inc.

3. Provide documentation of all IRC §1367 adjustments to shareholder's basis in the stock of Currencies, Inc. from the date of formation to the date of its liquidation or today's date; whichever is earlier.

4. Provide a complete copy of the Federal income tax return of Currencies, Inc., Form 1120S for the years 2000, 2001 and 2002.

**This information is due March 12, 2004**

19

If this information is not available or will not be provided, please state so in writing and provide the reason that the information is not available or will not be provided.

| FROM | Name and Title of Requestor<br><br>Valerie Catanzaro, Internal Revenue Agent    Employee ID # 22-04572 | Date:<br>February 24, 2004 |
|---|---|---|
| | Office Location:<br>955 South Springfield Avenue<br>Box12<br>Springfield, NJ 07081 | Email: valerie.a.catanzaro@irs.gov<br>Telephone: (973) 921-4164<br>Fax: (973) 921-4350 |

Form 4564

DHSala 00001616

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>4 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Solid Currencies, Inc.<br>243 W. 30th Street, Ste 501<br>New York, NY  10001-2812 | Subject:<br>Abusive Tax Shelter |
|---|---|
| | SAIN Number: |
| | Dates of Previous Requests: |

**Description of Documents Requested:**

As used in the paragraphs below, the reference to "Currencies, Inc." means Solid Currencies, Inc.

1. Regarding the formation of Currencies, Inc., provide Articles of Incorporation and By-Laws, all amendments, attachments, addendums, exhibits, acknowledgments, annexes and any other such documents.  Provide all filings made with the Secretary of State's office.

2. If Currencies, Inc. has been dissolved or liquidated provide"
   a. The Liquidation Plan;
   b. Copies of filings with the Secretary of State's Office.

3. Provide all corporate meeting minutes, memoranda, or notes of meetings.

4. Financial statements and reports, including but not limited to Income Statements, Balance Sheets, capital accounts, etc.

5 Provide all information used to prepare the federal income tax returns and all schedules that support amounts reflected on Schedule M-1 and Schedule M-2 of Form 1120S.

6. Accounting books and records for the tax year ended December 31, 2000 including, but not limited to:
   a. Chart of accounts;
   b. General ledger and all other ledgers and journals maintained;
   c. Working trial balance;
   d. Adjusting and closing journal entries; and
   e. All workpapers used to reconcile books to the return.

<u>**This information is due March 12, 2004**</u>

*20*

If this information is not available or will not be provided, please state so in writing and provide the reason that the information is not available or will not be provided.

| FROM | Name and Title of Requestor<br>Valerie Catanzaro, Internal Revenue Agent     Employee ID # 22-04572 | Date:<br>February 25, 2004 |
|---|---|---|
| | Office Location:<br>955 South Springfield Avenue<br>Box12<br>Springfield, NJ  07081 | Email: valerie.a.catanzaro@irs.gov<br>Telephone: (973) 921-4164<br>Fax: (973) 921-4350 |

Form 4564

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>4 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Solid Currencies, Inc.<br>243 W. 30th Street, Ste 501<br>New York, NY  10001-2812 | Subject:<br>Abusive Tax Shelter |
|---|---|
| | SAIN Number: |
| | Dates of Previous Requests: |

**Description of Documents Requested:**

7.  Documents relating to the deposits, withdrawals, transfers and other transactions from all financial accounts, both foreign and domestic, from January 1, 2000 through January 31, 2001.

    "Financial accounts", include, but are not limited to checking, savings, money market, mutual fund, trading, brokerage, and certificate of deposit accounts into which contributions of capital from shareholders were deposited or which were used to conduct transactions or to invest funds, whether such accounts were maintained under the name of the corporation, shareholder, investor, alter ego or nominee.

    "Documents" include, but are not limited to periodic statements, printouts, passbooks, deposit slips, deposited items, cancelled checks, wire transfer authorizations, withdrawal slips, transfer authorizations, debit and credit memos, buy/sell slips, bank reconciliations, account applications, records of purchases, trades, confirmations, trade tickets, redemptions and distributions.

<u>This information is due March 12, 2004</u>                                         21

If this information is not available or will not be provided, please state so in writing and provide the reason that the information is not available or will not be provided.

| FROM | Name and Title of Requestor<br>Valerie Catanzaro, Internal Revenue Agent     Employee ID # 22-04572 | Date:<br>February 25, 2004 |
|---|---|---|
| | Office Location:<br>955 South Springfield Avenue<br>Box12<br>Springfield, NJ  07081 | Email: valerie.a.catanzaro@irs.gov<br>Telephone:  (973) 921-4164<br>Fax:  (973) 921-4350 |

Form 4564

DHSala 00001618

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>5 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Solid Currencies, Inc.<br>243 W. 30th Street, Ste 501<br>New York, NY 10001-2812 | Subject:<br>Form 1120S – Year 2000 |
|---|---|
| | SAIN Number: |
| | Dates of Previous Requests:<br>None |

**Description of Documents Requested:**

1.  Provide a copy of any brochure, offering, prospectus, or other literature you received describing investments in foreign currencies or partnerships.

2.  Provide copies of any appraisals, legal or tax opinions prepared for or provided to you regarding an investment in foreign currencies or partnerships.

3.  Provide copies of all correspondence between you and any broker, promoter, financial advisor, attorney, or accountant (including but not limited to Michael Schwartz and/or Multi-National Strategies) concerning the investment in foreign currencies or partnerships.

4.  Provide copies of all Investment Advisory Agreements or other contracts for services entered into between you and any other party in connection with foreign currencies or partnerships

5.  Provide a copy of any other agreement, known by any name that you entered into with any other party (including, but not limited to your accountant, attorney, Michael Schwartz and/or Multi-National Strategies, etc.) with regard to an investment in foreign currencies or partnerships.

6.  Provide photocopies of the entire "drop" file, history file, personal file, or any other accumulation of written notes, telephone messages, e-mails, Faxes or documents known by any other name that you received from or sent to any attorney, accountant, promoter, investment adviser, Michael Schwartz or Multi-National Strategies or any other person or entity with respect to your investment in foreign currencies or partnerships or partnerships.

<u>**This information is Due March 12, 2004**</u>                  22

If this information is not available or will not be provided, please state so in writing and provide the reason that the information is not available or will not be provided.

| | Name and Title of Requestor<br><br>Valerie Catanzaro, Internal Revenue Agent      Employee ID # 22-04572 | Date:<br>February 24, 2004 |
|---|---|---|
| FROM | Office Location:<br>955 South Springfield Avenue<br>Box12<br>Springfield, NJ 07081 | Email: valerie.a.catanzaro@irs.gov<br>Telephone: (973) 921-4164<br>Fax: (973) 921-4350 |

Form 4564

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>6 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Solid Currencies, Inc.<br>243 W. 30th Street, Ste 501<br>New York, NY  10001-2812 | Subject:<br>Abusive Tax Shelter |
|---|---|
| | SAIN Number: |
| | Dates of Previous Requests: |

**Description of Documents Requested:**

1. Provide a copy of any Voluntary Tax Shelter Disclosure you made under I.R.S. Announcement 2002-2, 2002-2 I.R.B. 304.

2. Provide a copy of any Tax Shelter Registration documents you were provided or have access to with respect to investments made and transactions entered into during the year 2000.

<br><br>

This information is due March 12, 2004

If this information is not available or will not be provided, please state so in writing and provide the reason that the information is not available or will not be provided

*23*

| FROM | Name and Title of Requestor<br><br>Valerie Catanzaro, Internal Revenue Agent     Employee ID # 22-04572 | Date:<br>February 24, 2004 |
|---|---|---|
| | Office Location:<br>955 South Springfield Avenue<br>Box12<br>Springfield, NJ  07081 | Email:<br>valerie.a.catanzaro@irs.gov<br>Telephone:  (973) 921-4164<br>Fax:  (973) 921-4350 |

Form 4564

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>7 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Solid Currencies, Inc<br>243 West 30th Street Suite 501<br>New York, NY  10001 | Subject:<br>Year 2000 Form 1120S |
|---|---|
| | SAIN Number: |
| | Dates of Previous Requests:<br>None |

**Description of Documents Requested:**

1.  Provide the Schedule K-1 issued by Deerhurst Investors.

2.  Provide documentation in support of the following income and deductions reflected on the return.  The documentation provided must reflect the items date, the payor, the amount (your cost) and the nature of the item:

<u>Description</u>
Options Realized
Form 1065 K-1
FX Gain/Loss
Non-1256 FX
Realized
Management Fees
Incentive Fees
Interest Income
Foreign Currency
Conversion loss

<u>**This information is Due March 12, 2004**</u>

24

If this information is not available or will not be provided, please state so in writing and provide the reason that the information is not available or will not be provided.

| FROM | Name and Title of Requestor<br><br>Valerie Catanzaro, Internal Revenue Agent        Employee ID # 22-04572 | Date:<br>February 24, 2004 |
|---|---|---|
| | Office Location:<br>955 South Springfield Avenue<br>Box12<br>Springfield, NJ  07081 | Email: valerie.a.catanzaro@irs.gov<br>Telephone:  (973) 921-4164<br>Fax:  (973) 921-4350 |

Form 4564

DHSala 00001621

| Form 4564 | Department of the Treasury Internal Revenue Service Information Document Request | Request Number 7 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br><br>Solid Currencies, Inc<br>243 West 30th Street Suite 501<br>New York, NY 10001 | Subject:<br>Year 2000 Form 1120S |
|---|---|
| | SAIN Number: |
| | Dates of Previous Requests:<br>None |

**Description of Documents Requested:**

3. Provide documentation (confirmations, trade tickets, etc.) of the date acquired, date sold, sales price and cost or other basis of the following capital gains and losses reflected on Schedule D:

| Description | Amount |
|---|---|
| Short Term Capital Gain/Loss Identified as "Various" | |
| Long Term Capital Gain/Loss Identified as "Various" | |

<u>This information is Due March 12, 2004</u>

25

If this information is not available or will not be provided, please state so in writing and provide the reason that the information is not available or will not be provided.

| FROM | Name and Title of Requestor<br><br>Valerie Catanzaro, Internal Revenue Agent      Employee ID # 22-04572 | Date:<br>February 24, 2004 |
|---|---|---|
| | Office Location:<br>955 South Springfield Avenue<br>Box12<br>Springfield, NJ 07081 | Email: valerie.a.catanzaro@irs.gov<br>Telephone: (973) 921-4164<br>Fax: (973) 921-4350 |

Form 4564

DHSala 00001622