IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and <br> TINA ZANOLINI SALA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> )   05-cv-00636-LTB-OES <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

_____

NOTICE OF ENTRY OF APPEARANCE
_____

Notification is hereby given that in addition to Philip E. Blondin and Anton L. Janik, Jr., please enter the appearance of DAVID N. GEIER as lead attorney for the United States in this matter and that each attorney should now be considered the attorneys of record for the United States. All pleadings and orders hereafter entered in this matter should be served on the undersigned counsel at the address below in addition to serving Messrs. Blondin and Janik.

1435443.1

Dated this 23rd day of November, 2005.    WILLIAM J. LEONE
Acting United States Attorney
MARK S. PESTAL
Assistant United States Attorney

s/  David N. Geier
DAVID N. GEIER
ANTON L. JANIK, JR.  CO#35164
PHILIP E. BLONDIN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 616-3448
              (202) 307-6322
              (202) 305-2558
Facsimile:    (202) 307-0054
Email:David.N.Geier@usdoj.gov

Street Address:    Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20001

1435443.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 23, 2005, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com

jcolvin@chicoine-hallett.com

philip.blondin@usdoj.gov

Anton.L.Janik@usdoj.gov

 

s/ David N. Geier            .
DAVID N. GEIER
Attorney for Defendant
United States of America
Trial Attorney, Tax Division
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, D.C. 20044-0683
Telephone:    (202) 616-3448
Facsimile:     (202) 307-0054
Email:David.N.Geier@usdoj.gov

Street Address:        Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20001

1435443.1