IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and <br> TINA ZANOLINI SALA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> )   05-cv-00636-LTB-OES <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

_____

UNOPPOSED MOTION BY UNITED STATES FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' RESPONSE TO MOTION FOR RELIEF UNDER FED. R. CIV. P. 56(F) WITH RESPECT TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

The United States of America, by and through its undersigned counsel, hereby moves the Court to extend the time to reply to Plaintiffs' Response to the United States' motion for FED. R. CIV. P. 56(f) relief filed on November 14, 2005. Pursuant to D.C.Colo.LCivR 7.1(C), a reply is currently due November 29, 2005. The United States requests an additional fourteen days, until December 13, 2005, to reply.

Pursuant to D.C.Colo.LCivR 6.1(C), this is the United States first request for extension of time with respect to this Rule 56(f) motion. Pursuant to D.C.Colo.LCivR 7.1(A), the parties have conferred, and this motion proceeds unopposed.

WHEREFORE the United States prays that the Court:

A. Extend the time to reply to plaintiff's response to the United States' motion for FED. R. CIV. P. 56(f) relief; and

B. Grant such other and further relief as is just and proper.

1434860.1

| | |
|---|---|
| Dated this 23rd day of November, 2005. | WILLIAM J. LEONE |
| | Acting United States Attorney |
| | MARK S. PESTAL |
| | Assistant United States Attorney |
| | |
| | s/ Anton L. Janik, Jr. |
| | DAVID N. GEIER |
| | ANTON L. JANIK, JR.  CO#35164 |
| | PHILIP E. BLONDIN |
| | Trial Attorneys, Tax Division |
| | U.S. Department of Justice |
| | P.O. Box 683 |
| | Ben Franklin Station |
| | Washington, D.C. 20044-0683 |
| | Telephone:     (202) 307-6322 |
| | (202) 305-2558 |
| | Facsimile:       (202) 307-0054 |
| | Email:Anton.L.Janik@usdoj.gov |
| | |
| Street Address: | Judiciary Center Building |
| | 555 Fourth Street, N.W. |
| | Washington, D.C. 20001 |

1434860.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on November 23, 2005, I electronically filed the foregoing UNITED STATES' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' RESPONSE TO MOTION FOR RELIEF UNDER FED. R. CIV. P. 56(F) WITH RESPECT TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

    dhallett@chicoine-hallett.com

    jcolvin@chicoine-hallett.com

    philip.blondin@usdoj.gov

    david.n.geier@usdoj.gov

                                     s/ Anton L. Janik, Jr.
                                     ANTON L. JANIK, JR.
                                     Trial Attorney, Tax Division
                                     U.S. Department of Justice

1434860.1