**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00636-LTB-OES

CARLOS E. SALA, and
TINA ZANOLINI SALA,
      Plaintiffs,

v.

UNITED STATES OF AMERICA,
      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


     This will confirm that this matter is set for trial to the court for fifteen (15) days commencing **July 9, 2007 at 8:30 a.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado.  A final trial preparation conference is set **June 12, 2007 at 8:00 a.m.**




Dated:  December 5, 2005
_____