IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-OES

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: December 8, 2005

The Unopposed Motion by United States for Extension of Time to Reply to Plaintiffs' Response to Motion for Relief Under Fed. R. Civ.P. 56(F) with Respect to Plaintiffs' Motion for Partial Summary Judgment [filed November 23, 2005, Document 36] is GRANTED to and including December 13, 2005.