IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and ) | |
| TINA ZANOLINI SALA, ) | |
| ) | 05-cv-00636-LTB-OES |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

_____

MOTION BY UNITED STATES FOR LEAVE TO
TO AMEND ANSWER TO ASSERT ADDITIONAL DEFENSES
_____

The United States of America, by and through its undersigned counsel, hereby moves the Court to pursuant to Rules 7(b) and 15, Fed. R. Civ. P., for leave to amend its answer to assert additional defenses. This Motion is made within the time period agreed upon by the parties and approved by the Court for the amendment of pleadings, and is based upon information *not* in Government counsel's possession at the time the initial answer was filed. Moreover, this motion is being made well in advance of the October 27, 2006 deadline for conducting of discovery.

A proposed amended answer is annexed hereto as Exhibit A.

Pursuant to D.C.Colo.LCivR 7.1(A), the parties have conferred, and Plaintiffs oppose this motion.

WHEREFORE the United States prays that the Court:

    A.  Permit the filing of the Amended Answer annexed hereto; and

    B.  Grant such other and further relief as is just and proper.

Dated this 12th day of December, 2005.      WILLIAM J. LEONE

          Acting United States Attorney
          MARK S. PESTAL
          Assistant United States Attorney

          s/ David N. Geier .
          DAVID N. GEIER
          ANTON L. JANIK, JR.  CO#35164
          PHILIP E. BLONDIN
          Trial Attorneys, Tax Division
          U.S. Department of Justice
          P.O. Box 683
          Ben Franklin Station
          Washington, D.C. 20044-0683
          Telephone:     (202) 616-3448
          Facsimile:      (202) 307-0054
          Email:David.N.Geier@usdoj.gov

    Street Address:      Judiciary Center Building
          555 Fourth Street, N.W.
          Washington, D.C. 20001

1434860.2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on December 12, 2005, I electronically filed the foregoing MOTION TO AMEND ANSWER TO ASSERT ADDITIONAL DEFENSES together with a supporting MEMORANDUM OF LAW and a proposed order with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

      dhallett@chicoine-hallett.com

      jcolvin@chicoine-hallett.com

      s/ David N. Geier            .
      DAVID N. GEIER
      Trial Attorney, Tax Division
      U.S. Department of Justice

1434860.2