IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-OES

CARLOS E. SALA and
TINA ZANOLINI SALA,

       Plaintiffs,

  v.

UNITED STATES OF AMERICA,

       Defendant.

___

UNITED STATES' AMENDED ANSWER
___

The United States of America, by its undersigned counsel, answers plaintiffs' complaint as follows:

**First Defense**

To the extent that plaintiffs are determined to have overpaid interest due on their tax deficiency, the United States is entitled to setoff any amount due plaintiff against an accuracy related penalty owed, but not assessed.  *Lewis v. Reynolds,* 284 U.S. 281 (1932).

**Second Defense**

For the reasons articulated more specifically in the Government's Reply to Plaintiffs' Response to Motion for Relief Under Fed. R. Civ. P. 56(f) with Respect to Plaintiffs' Motion for Partial Summary Judgment, based upon the information available to the Government at the initial stage of this litigation, this is "a case involving fraud."  26 U.S.C. § 6404(g)(2)(B).

**Third Defense**

And in further answer to the specific numbered paragraphs of the plaintiffs' Complaint,

the United States, admits, denies and alleges as follows:

1. The United States admits the allegations contained in paragraph 1.

2. The United States admits the allegations contained in paragraph 2.

3. The United States denies that taxes were "erroneously assessed against, collected from, and paid by Plaintiffs." The United States admits the remainder of the allegations contained in paragraph 3.

4. The United States admits the allegations contained in paragraph 4.

5. The United States admits the allegations contained in paragraph 5.

6. The United States realleges paragraphs 1 through 5 in response to the allegations contained in paragraph 6.

7. The United States admits the allegations contained in paragraph 7 with the exception that the payment was applied on November 26, 2003, and the amended return was recorded by the Internal Revenue Service as having been filed on December 5, 2003.

8. The United States admits the allegations contained in paragraph 8.

9. The United States admits the allegations contained in paragraph 9.

10. The United States admits the allegations contained in paragraph 10, with the exception that the payment was applied July 6, 2004.

11. The United States admits the allegations contained in paragraph 11, with the exception that the Claim for Refund, Form 1040X was filed on September 17, 2004.

12. The allegations contained in paragraph 12 are legal conclusions to which no response is required. To the extent that the allegations contain any averments which require a response, such averments are denied.

13. The United States admits the first sentence of paragraph 13. The United States

currently lacks knowledge or information concerning the second sentence of paragraph 13.

14.  The United States admits that on December 5, 2003, it made an interest assessment against plaintiff in the amount of $3,991,881.20.   The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 14 and therefore denies those allegations.

15.  The United States denies the allegations contained in paragraph 15.

16.  The United States admits that on September 23, 2004, plaintiffs made a payment of $1,571,088.00, denies that any of this amount was for a failure to pay penalty, and currently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 16.

17.  The United States admits the allegations contained in paragraph 17.

18.  The United States denies the allegations contained in paragraph 18.

19. The allegations contained in paragraph 19 are legal conclusions to which no response is required.  To the extent that the allegations contain any averments which require a response, such averments are denied.

20.  The allegations contained in paragraph 20 are legal conclusions to which no response is required.  To the extent that the allegations contain any averments which require a response, such averments are denied.

21.  The United States admits that more than six months have elapsed since both the 1040X and the 843 Claim for Refund were filed.  The United States admits that it failed to refund any of the amounts claimed.  The United States denies that its failure to refund taxes and the interest, other than that claimed in the 843 Interest Claim for Refund, was erroneous. With respect to the allegations related to the interest on the 843 Interest Refund Claim, the United

States currently lacks sufficient knowledge or information concerning those allegations to respond and therefore denies those allegations.

22. The allegations contained in paragraph 22 fail to contain averments which require a response. To the extent that these averments require a response, they are denied.

23. The United States denies the allegations contained in paragraph 23.

24. The United States denies the allegations contained in paragraph 24.

25. The United currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 and therefore denies those allegations.

Wherefore the United States prays that the Court:

A. Dismiss the plaintiffs' complaint with prejudice;

B. Award the United States is costs; and

C. Grant such other relief as is just and proper.

Dated this 12th day of December, 2005.

        WILLIAM J. LEONE
        Acting United State Attorney
        MARK S. PESTAL
        Asst. U.S. Attorney

        s/ DAVID N. GEIER
        DAVID N. GEIER
        ANTON L. JANIK, JR.
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C. 20044-0683
        Telephone: (202) 616-3448
                     (202) 305-2558
        Facsimile:   (202) 307-0054
        Email:david.n.geier@usdoj.gov

Street Address:        Judiciary Center Building
                              555 Fourth Street, N.W.
                              Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 27, 2005, I electronically filed the foregoing UNITED STATES' ANSWER  with the Clerk of  Court using the EFC system which will send notification of such filing to the following e-mail addresses:

    dhallett@chicoine-hallett.com

    jcolvin@chicoine-hallett.com

    philip.blondin@usdoj.gov

and I hereby certify that I have mailed or served the document to the following non CM/EFC participants in the manner (mail, hand delivery, etc.)  indicated by the non-participants name:

    Internal Revenue Service
    Office of Associate Area Counsel
    701 Market Street, Suite 2200
    Philadelphia, PA 19106


                                                s/ PHILIP E. BLONDIN
                                               PHILIP E. BLONDIN
                                               Attorney for Defendant
                                               United States of America
                                               Trial Attorney, Tax Division
                                               United States Department of Justice
                                               Ben Franklin Station
                                               P.O. Box 683
                                               Washington, D.C. 20044-0683
                                               Telephone: (202) 307-6322
                                               Facsimile: (202) 307-6322
                                               Email:philip.blondin@usdoj.gov


        Street Address:                 Judiciary Center Building
                                             555 Fourth Street, N.W.
                                             Washington, D.C. 20001