IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-OES

CARLOS E. SALA and
TINA ZANOLINI SALA,

       Plaintiffs,

  v.

UNITED STATES OF AMERICA,

       Defendant.

_____

ORDER GRANTING MOTION BY THE UNITED STATES
FOR LEAVE TO AMEND ANSWER TO ASSERT ADDITIONAL DEFENSES
_____

      Upon motion of defendant United States of America, and for good cause shown, it is hereby ORDERED that:

1.    The defendant's Motion to Amend Answer is Granted;

2.    The Clerk of Court shall accept for filing the Amended Answer annexed as Ex. A to the Motion.

Dated this ____ day of _____, 200_.

                                        BY THE COURT:

                                        _____

                                        LEWIS T. BABCOCK
                                        Chief Judge

1178324.1