**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00636-LTB-OES

CARLOS E. SALA, and
TINA ZANOLINI SALA,
      Plaintiffs,

v.

UNITED STATES OF AMERICA,
      Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Defendant has filed a Motion to Amend Answer to Assert Additional Defenses (Doc 40 - filed December 12, 2005).  Plaintiffs have **up to and including December 23, 2005** to file a response.

Dated:  December 13, 2005