**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:05-cv-00636-LTB-OES

CARLOS E. SALA, and                    )
TINA ZANOLINI-SALA,                    )
                                       )
            Plaintiffs,                )
                                       )
v.                                     )
                                       )
UNITED STATES OF AMERICA,              )
                                       )
            Defendant.                 )

---

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO UNITED
STATES' MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT ADDITIONAL
DEFENSES**

Plaintiffs CARLOS E. SALA and TINA ZANOLINI-SALA, by and through their

undersigned counsel, move the Court to extend the time to respond to Defendant's Motion for

Leave to Amend Answer to Assert Additional Defenses for the following reasons:

1.      Defendant United States' Motion for Leave to Amend Answer to Assert

Additional Defenses was filed on Monday, December 12, 2005, the deadline for filing any

Joinder of Parties and Amendment of Pleadings, pursuant to the Scheduling Order filed on

October 24, 2005.

2.      While Plaintiffs' Response to Defendant's Motion for Leave to Amend to Assert

Additional Defenses would have ordinarily been due within 20 calendar days, i.e., Tuesday,

Page 1

January 3, 2006, the Court issued an Order on Tuesday, December 13, 2005 (earlier today), requiring Plaintiffs to respond to Defendant's Motion to Amend on or before Friday, December 23, 2005.

3.      Approximately 3500+ pages of documents produced by Defendant's counsel as supplemental initial disclosures were received by Plaintiffs' counsel via express delivery on the morning of Monday, December 12, 2005.  Defendant has based its request to amend its pleadings to include an affirmative defense to Plaintiffs' gap interest claim under 26 U.S.C. § 6404(g)(2)(B), i.e., that this is "a case involving fraud" in part upon information within these 3500+ pages of documents.  The Defendant has also raised an "offset" defense, which would entail attempting to establish that Plaintiffs were liable for an accuracy penalty that the IRS failed to assert.  Both of the defenses which Defendant wishes to assert involve matters outside the Plaintiffs' Complaint, and would significantly alter the conduct of discovery and trial. Plaintiffs' Counsel requires sufficient time to review these documents and will not be able to prepare a response within the allotted time period.

4.      Plaintiffs' lead attorney (Darrell D. Hallett) is out of the office on a scheduled vacation from December 19, 2005 through January 5, 2006.

5.      Plaintiffs request an extension of time to respond to Defendant's Motion for Leave to Amend Answer to Assert Additional Defenses until Tuesday, January 17, 2006, so that they may review these documents and prepare their response.  Plaintiffs have not previously requested an extension of time in which to respond to this motion.

Page 2

6.      The undersigned counsel for Plaintiffs has conferred with David N. Geier, Esq., one of Defendant's counsel, who has indicated that he has no objection to the requested extension.

WHEREFORE, Plaintiffs pray that the Court:

A.      Extend the time to respond to Defendant's Motion for Leave to Amend Answer to Assert Additional Defenses until Tuesday, January 17, 2006; and

B.      Grant such other and further relief as is just and proper.

DATED this 13th day of December, 2005.

CHICOINE & HALLETT, P.S.

s/ John M. Colvin
John M. Colvin
Darrell D. Hallett
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
        and Tina Zanolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email: jcolvin@chicoine-hallett.com
Email: dhallett@chicoine-hallett.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2005, I electronically filed PLAINTIFFS'

UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO UNITED STATES' MOTION

FOR LEAVE TO AMEND ANSWER TO ASSERT ADDITIONAL DEFENSES using the

CM/ECF system, which will send notification to the following:

Philip Blondin:          Philip.Blondin@usdoj.gov

Anton. L. Janik, Jr.:     Anton.L.Janik@usdoj.gov, western.taxcivil@usdoj.gov

David Neil Geier:        david.n.geier@usdoj.gov, western.taxcivil@usdoj.gov

I declare under the penalty of perjury under the laws of the State of Washington that the

foregoing is true and correct.

DATED this 13th day of December, 2005.

CHICOINE & HALLETT, P.S.

s/ John M. Colvin
John M. Colvin
Darrell D. Hallett
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
         and Tina Zanolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email: jcolvin@chicoine-hallett.com
Email: dhallett@chicoine-hallett.com

Page 4