# EXHIBIT

# D

Case No. 1:05-cv-00636-LTB-KLM   Document 44-6   filed 12/13/05   USDC Colorado   pg 1 of 4

# Form 1040 (2000)

**For the year Jan. 1–Dec. 31, 2000, or other tax year beginning _____, 2000 ending _____, 20__**   OMB No. 1545-0074

**Label** (See instructions on page 19)

Your first name and initial: **CARLOS E**   Last name: **SALA**
Your social security number: XXX-XX-5554

If a joint return, spouse's first name and initial: **TINA M**   Last name: **ZANOLINI-SALA**
Spouse's social security number: XXX-XX-2435

Home address (number and street): **2424 GINNY WAY**   Apt. no: ____

City, town or post office, state, and ZIP code: **LAFAYETTE   CO   80026**

**Presidential Election Campaign**: Do you, or your spouse if filing a joint return, want $3 to go to this fund? — You: [ ] Yes [X] No   Spouse: [ ] Yes [X] No

## Filing Status (Check only one box)

1. [ ] Single
2. [X] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security no. above and full name here.
4. [ ] Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here.
5. [ ] Qualifying widow(er) with dependent child (year spouse died ____). (See page 19.)

## Exemptions

- 6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
- b [X] Spouse
- c Dependents: (none listed)

No. of boxes checked on 6a and 6b: **2**
Total number of exemptions claimed: **2**

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ... SEE STATEMENT 1 | 51,748,681. |
| 8a | Taxable interest. Attach Schedule B if required | 1,837,561. |
| 8b | Tax-exempt interest. Do not include on line 8a. STMT. 1 | 16,288. |
| 9 | Ordinary dividends. Attach Schedule B if required | 410,300. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 7,846. |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. | 6,472,000. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | Total IRA distributions | |
| 15b | Taxable amount | |
| 16a | Total pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | -60,449,984. |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income. SEE STATEMENT 2 | -23. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income | 26,381. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | IRA deduction | |
| 24 | Student loan interest deduction | |
| 25 | Medical savings account deduction. Attach Form 8853 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed health insurance deduction | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN | |
| 32 | Add lines 23 through 31a | |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income | 26,381. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 56.   JSA 0A1210 1.000   Form 1040 (2000)

8341244340

Form 1040 (2000) CARMEN E. ZUNIGA & TINA T. ZUNIGA   5554 Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 34 Amount from line 33 (adjusted gross income) | 34 | 26,381. |
| | 35a Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| | b If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ 35b ☐ | | |
| **Standard Deduction for Most People** | 36 Enter your itemized deductions from Schedule A, line 28, or standard deduction shown on the left. But see page 31 to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent | 36 | 2,004,301. |
| Single: $4,400 | 37 Subtract line 36 from line 34 | 37 | -1,977,920. |
| Head of household: $6,450 | 38 If line 34 is $96,700 or less, multiply $2,800 by the total number of exemptions claimed on line 6d. If line 34 is over $96,700, see the worksheet on page 32 for the amount to enter | 38 | 5,600. |
| Married filing jointly or Qualifying widow(er): $7,350 | 39 Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | |
| | 40 Tax (see page 32). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | 40 | NONE |
| | 41 Alternative minimum tax. Attach Form 6251 | 41 | NONE |
| | 42 Add lines 40 and 41 ▶ | 42 | NONE |
| Married filing separately: $3,675 | 43 Foreign tax credit. Attach Form 1116 if required | 43 | |
| | 44 Credit for child and dependent care expenses. Attach Form 2441 | 44 | |
| | 45 Credit for the elderly or the disabled. Attach Schedule R | 45 | |
| | 46 Education credits. Attach Form 8863 | 46 | |
| | 47 Child tax credit (see page 36) | 47 | |
| | 48 Adoption credit. Attach Form 8839 | 48 | |
| | 49 Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 49 | |
| | 50 Add lines 43 through 49. These are your total credits | 50 | |
| | 51 Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- ▶ | 51 | NONE |
| **Other Taxes** | 52 Self-employment tax. Attach Schedule SE | 52 | |
| | 53 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 53 | |
| | 54 Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 54 | |
| | 55 Advance earned income credit payments from Form(s) W-2 | 55 | |
| | 56 Household employment taxes. Attach Schedule H | 56 | |
| | 57 Add lines 51 through 56. This is your total tax ▶ | 57 | NONE |
| **Payments** | 58 Federal income tax withheld from Forms W-2 and 1099   58   14,498,658. | | |
| | 59 2000 estimated tax payments and amount applied from 1999 return   59 | | |
| If you have a qualifying child, attach Schedule EIC. | 60a Earned income credit (EIC)   60a | | |
| | b Nontaxable earned income: amount ▶ _____ and type ▶ _____ | | |
| | 61 Excess social security and RRTA tax withheld (see page 50)   61 | | |
| | 62 Additional child tax credit. Attach Form 8812   62 | | |
| | 63 Amount paid with request for extension to file (see page 50)   63 | | |
| | 64 Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136   64 | | |
| | 65 Add lines 58, 59, 60a, and 61 through 64. These are your total payments ▶ | 65 | 14,498,658. |
| **Refund** | 66 If line 65 is more than line 57, subtract line 57 from line 65. This is the amount you overpaid | 66 | 14,498,658. |
| Have it directly deposited! See page 50 and fill in 67b, 67c, and 67d. | 67a Amount of line 66 you want refunded to you ▶ | 67a | 14,498,658. |
| | ▶ b Routing number _____ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d Account number _____ | | |
| | 68 Amount of line 66 you want applied to your 2001 estimated tax ▶   68 | | NONE |
| **Amount You Owe** | 69 If line 57 is more than line 65, subtract line 65 from line 57. This is the amount you owe. For details on how to pay, see page 51 ▶ | 69 | |
| | 70 Estimated tax penalty. Also include on line 69   70 | | NONE |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 19.
Keep a copy for your records.

Your signature _____ Date 4/14/01   Your occupation PRIVATE INVESTOR   Daytime phone number
Spouse's signature. If a joint return, both must sign. _____ Date 4.14.01   Spouse's occupation HOUSEWIFE   May the IRS discuss this return with the preparer shown below (see page 52)?  ☒ Yes ☐ No

**Paid Preparer's Use Only**
Preparer's signature ▶ Tracie R Henderson, CPA   Date 4-13-01   Check if self-employed ☐   Preparer's SSN or PTIN _____5207
Firm's name (or yours if self-employed), address, and ZIP code ▶ KPMG LLP   303 PEACHTREE STREET NE, SUITE 2000   ATLANTA   GA   30308
Phone no. 404-222-3000

JSA
0A1220 1.000
Form 1040 (2000)

# W-2 Federal Filing Copy

Form W-2 Wage and Tax Statement 2000       OMB No 1545-0008

Copy B to be filed with employee's FEDERAL Income Tax Return.
Department of the Treasury - Internal Revenue Service
This information is being furnished to the IRS and appropriate State officials.

| | |
|---|---|
| 1 Wages, tips, other comp<br>51748680.68 | 2 Federal income tax withheld<br>14498658.30 |
| 3 Social security wages<br>76200.00 | 4 Social security tax withheld<br>4724.40 |
| 5 Medicare wages and tips<br>51759180.68 | 6 Medicare tax withheld<br>750508.12 |

c Employer's name, address, and ZIP code

DoubleC ic. Inc.
450 West 33rd Street
New York, NY 10001

| b Employer's ID number | d Employee's SSA number |
|---|---|
| ███0996 | ███5554 |
| 7 Social Security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in Box 1 |
| 13 See Instr for Box 13<br>D   10500.00 | 14 Other |

15 Stat emp  Deceased | Pension plan | Legal rep. | Deferred comp
                            X                                        X

e Employee's name

CARLOS E SALA

424 GINNY WAY
LAFAYETTE, CO    80026

f Employee's address and ZIP code

| 16 State | Employer's State ID No. | 17 State wages, tips, etc. |
|---|---|---|
| CO | 12-46337 000 | 51748680.68 |
| 18 State income tax<br>1954127.78 | | 19 Name of locality |
| 20 Local wages, tips, etc. | | 21 Local income tax |