# EXHIBIT F

12-6-01

Napier

Carlos — He doesn't want to lose but not worth risk of linking it to last yr.

Professional fees
$113,000
- (75,000) B & W
- (25,000) KPMG
- (4,200) Holland & Hart   estate plan
- (4,000) Davis
- (3,000)
- (1,300)

≈ $200,000 Interest (fed & state) because they kept his refund of 14M for a few months.

33,401 Colorado ✓
185,468 IRS

UBS → ~~$999~~ Collar was with UBS
Freddie, New York
Gross   212-574-3260

Sheila Ingarani (sp)

KPMGZ12210152