# EXHIBIT H

Z00226340

# Taxpayer Relief Act Charitable Trust (TRACT)

Carlos Sala

October 1, 1999

TRACT-a 20391
KPMGZ12060834

# Topics

- ⌘TRACT Illustration
- ⌘TRACT Steps
- ⌘TRACT Benefits
- ⌘TRACT Risks
- ⌘Critical Issues
- ⌘KPMG Fee
- ⌘TRACT Examples

Z0022
TRACT-a 20392
KPMGZ12060835



TRACT-a 20393

KPMGZ12060836

Z00226342

# TRACT Steps

- Donor contributes appreciated stock to a short-term Charitable Remainder Annuity Trust (CRAT)
- Donor retains an annuity interest in the trust
- Trustee enters into a variable-share prepaid forward contract with a financial institution

TRACT-a 20394

KPMGZ12060837

## TRACT Steps (cont.)

- Trustee uses cash generated by prepaid forward contract to satisfy donor's annuity interest
- Assets remaining in trust upon termination are distributed to designated charity

Z0022

TRACT-a 20395

KPMGZ12060838

# TRACT Benefits

- Monetize and hedge stock
- Minimize capital gains tax on disposition of stock
- Diversification
- Charitable contribution

Z00226345

TRACT-a 20396
KPMGZ12060839

# *TRACT Risks*

- **Tax risks**
  - Sale
  - Debt
  - Self-dealing
  - Negative legislation
- **Investment risks**
  - Stock appreciates
  - Stock depreciates

TRACT-a 20397
KPMGZ12060840

# Critical Issues

- Publicly-traded stock
- Tax basis in stock
- Ability to use charitable contribution deduction
- Trust liquidity
- Independent trustee
- Representations

TRACT-a 20398
KPMGZ12060841

## KPMG Fee

- ⌘ 1.25% of gain
- ⌘ $100,000 minimum

TRACT-a 20399

KPMGZ12060842

Z00226348

# TRACT Examples

- Common assumptions
- Example 1 -- value of the stock increases 20%
- Example 2 -- value of the stock remains the same
- Example 3 -- value of the stock decreases 20%

TRACT-a 20400
KPMGZ12060843

# Common Assumptions

- Beginning Date — November 1, 1999
- FMV of stock — $20 million
- Basis of stock — $0
- Marginal OI tax rate — 42%
- Marginal CG tax rate — 24%
- Outside Income ROR — 2%
- Outside appreciation ROR — 8%
- Outside annual turnover rate — 25%
- Trust term — 27 months
- Number of months in final trust year — 1
- Annuity payout rate — 38.8%
- Timing of Payment — Beginning
- Inside income ROR (all taxable) — 5%
- Dividend yield on stock — 0%
- Charitable contribution deduction — $3,254,659
- Cash advance as % of stock's FMV — 85%
- KPMG fee — $250,000

Z00226350
TRACT-a 20401
KPMGZ12060844

# TRACT Example 1

| Year | | Outright Sale | TRACT | % Change |
|---|---|---|---|---|
| 2002 | Donor's Balance | $17,829,255 | $20,438,219 | |
| | Benefit (Detriment) of TRACT to Donor | | 2,608,964 | 14.63% |
| | Plus: Assets Passing to Charity | | 2,095,296 | 11.75% |
| | Total Benefit of TRACT | | $ 4,704,260 | 26.39% |

Z00226351

TRACT-a 20402
KPMGZ12060845

# TRACT Example 2

| Year | | Outright Sale | TRACT | % Change |
|---|---|---|---|---|
| 2002 | Donor's Balance | $17,829,255 | $20,438,219 | |
| | Benefit (Detriment) of TRACT to Donor | | 2,608,964 | 14.63% |
| | Plus: Assets Passing to Charity | | 95,296 | 0.53% |
| | Total Benefit of TRACT | | $ 2,704,260 | 15.17% |

TRACT-a 20403
KPMGZ12060846

# TRACT Example 3

| Year | | Outright Sale | TRACT | % Change |
|---|---|---|---|---|
| 2002 | Donor's Balance | $17,829,255 | $20,438,219 | |
| | Benefit (Detriment) of TRACT to Donor | | 2,608,964 | 14.63% |
| | Plus: Assets Passing to Charity | | 95,296 | 0.53% |
| | Total Benefit of TRACT | | $ 2,704,260 | 15.17% |

TRACT-a 20404

KPMGZ12060847