# EXHIBIT I

# TEAMWORK REVENUE
## CREDIT COVERSHEET
### FY00

| | |
|---|---|
| DATE: | JUNE 6, 2000 |
| ENGAGEMENT SOLD TO: | CARLOS SALA AND TONY WHITE |
| ENGAGEMENT #: | 60066022 AND 60066024 |
| BRIEF ENGAGEMENT DESCRIPTION | BLIPS TRANSACTIONS |
| CONTRACT SIGNED: | ✓Yes    ☐No (if 'No' - STOP!) |
| CONTRACT TOTAL: | $2,000,000 |
| OVER WHAT PERIOD: | FY '00 |

### REVENUE RECOGNITION ESTIMATE

FY00 REVENUE: $2,000,000
FY01 REVENUE: $
FY02 REVENUE: $
TOTALS: $2,000,000

### RULES FOR GIVING CREDIT FOR FY00

- Apportioned credit to individuals involved based on amount specified in engagement letter.
- Consider Audit/Consulting Partners. BDM members can be cited, but no credit allocated herein.
- General Rule: 25% for identifying opportunity, 25% for tracking opportunity, 25% for proposal, and 25% for final sale or other key actions.
- Provide clarifying information on back of this form, if required.

| NAME | DESCRIPTION OF CONTRIBUTION | FY00 CREDIT | FY01 CREDIT | FY02 CREDIT |
|---|---|---|---|---|
| TIM GILLIS | IDENTIFIED OPPORTUNITY AND ASSISTED WITH SALE | $2,000,000 | | |
| | | | | |
| TOTALS | | $2,000,000 | | |

### CONFIRMATION

SIGNATURE _____    DATE _____
ENGAGEMENT PARTNER

SIGNATURE _____    DATE _____
AREA MANAGING PARTNER - TAX

SIGNATURE _____    DATE _____
AREA PRODUCT LEADER

KPMGZ12060478