# EXHIBIT J

**To:** 'D. Amir Makov'
**CC:**
**BCC:**
**Date:** 02/10/2000 06:47:31 PM
**From:** Henderson, Tracie K
**Folder:** Carlos Sala
**Subject:** RE: Carlos Sala
**Attachments:**

Thanks

-----Original Message-----
**From:** D. Amir Makov [SMTP:amakov@presidioadv.com]
**Sent:** Thursday, February 10, 2000 6:35 PM
**To:** Henderson, Tracie K
**Subject:** Re: Carlos Sala

In the case of ARS a 8% devaluation. In the case of HKD a 5% devaluation
This answer assumes today's market conditions (i.e. pricing). I don't
expect prices to change much in the next several days.

Amir.


----- Original Message -----
From: "Henderson, Tracie K" <tkhenderson@kpmg.com>
To: "'Amir Makov'" <Amakov@presidioadv.com>
Sent: Thursday, February 10, 2000 3:18 PM
Subject: Carlos Sala


> Amir -
>
> Thanks for your help on Monday. It was good to see you.
>
> Carlos has a question: How much would the currency have to devalue to
> breakeven? I think you answered this question in general terms, but he is
> asking again.
>
> Thanks,
> Tracie
>
>
> ****************************************************************
>
> The information in this email is confidential and may be legally
privileged.
> It is intended solely for the addressee. Access to this email by anyone
else
> is unauthorized.
>
> If you are not the intended recipient, any disclosure, copying,
distribution

Page: 1 of 2

KPMGZ12060404