# EXHIBIT L

**To:** McGrath, Kevin J
**CC:**
**BCC:**
**Date:** 05/23/2000 06:05:18 PM
**From:** Henderson, Tracie K
**Folder:** Carlos Sala
**Subject:** FW: 584 common trust fund
**Attachments:**

Let's discuss...

-----Original Message-----
**From:** Henderson, Tracie K
**Sent:** Tuesday, May 23, 2000 5:49 PM
**To:** Henderson, Tracie K
**Subject:**

Lehman sets up common trust fund under 584
Maintained for collective investment......
Monthly valuation methodolgy
Taxable income and loss determined for each montly period and proportionate share computed accordingly.
2 LLCs in Cayman will form 2 domestic grantor trusts
$500,000 contribution
Straddle position (buy a call and sell a call) and a strangle (sell call and sell put - same exp date, same stock, but strike price of call > put. example: purchase call at 96 sold a call at 96.01 and buy put at 96, sold put at 95.99) Will move due to volotility.RIA will invest all funds.
Expect large gain (about 100 million) in first
allocation period followed by loss in 2nd allocation period.

Investor will borrow $100 million, 5 yr loan, libor + 50
Create grantor trust, contribute 109 million cash
Right before contr, NAV = .5 million
You'll receive large % interest
CTF will contribute $107 cash to guarantee fund established by Lehman
GF will pay fixed rate
Rest will be invested in forwards, futures and or option contracts
Investor will stay in for 5 yrs
Early w/d allowed in certain cases, but expected to stay
Fees in accord w/industry stds, will vary
Unreal loss recognized and allocated based on proportionate share
Investor will real ord or cap loss based on investment
MLTN fund will be CTF for FIT purposes
No gain or loss upon admission
Basis = cash contributed
Basis up/down based on gains/losses
Upon sale or disp, cap gain loss based on proceeds less basis
No step-trans, bus purpose, eco subst, sham trans, clear refl of income.
No 165, 183, 482, 465, 469,
988/1256
no penalties

Plus: LT horizon
    hedge fund return 87 to 3/2000, 16.6% w/6.7% std dev. (gross of fees)

KPMGZ12060406

       hedge fund fees normal (?)

Negative: LT investment w/manager/ no access to cash
    Mike
      AA - never met
       Trader (Andy Kreiger) seems like good guy, but who knows
      Audit support?
   recourse loan?

Trader - started with Bankers Trust in 80's ($300 million in one yr)
    then Soros chief currency trader
    Deerhurst mgt, own firm in '88
   wrote book: The Money Bazaar

KPMGZ12060407