# EXHIBIT O

|  |  |
|---|---|
| To: | Weems, Pamela D |
| CC: | |
| BCC: | |
| Date: | 10/09/2000 04:07:19 PM |
| From: | Warley, Carol G |
| Folder: | Inbox |
| Subject: | RE: New Idea and Update |
| Attachments: | |

The we will include you.

-----Original Message-----
**From:** Weems, Pamela D
**Sent:** Thursday, October 05, 2000 1:58 PM
**To:** Warley, Carol G
**Subject:** FW: New Idea and Update
**Importance:** High

Carol, does the 'we' in Gary's message mean the royal we or who was with him?

-----Original Message-----
**From:** Powell, Gary N
**Sent:** Thursday, October 05, 2000 11:43 AM
**To:** 'eric@kramerco.com'
**Subject:** New Idea and Update
**Importance:** High

Update

We are scheduled to meet with Larry Nemirow on Monday, October 9 at 2 PM in his offices in Denver.

New Idea

Thank you for the time you gave us on Tuesday afternoon.

Eric, we believe a second alternative may be available. This alternative may enhance the alternative we discussed on Tuesday because it accomplishes a number of your objectives:

- Spreads the risk of the proposed transaction to more than one solution

- Requires less upfront investment to enter the transaction

- Effectively integrates with the deferred compensation plan currently in place (document review required, see below)

- Allows for the current investment strategy and reporting to continue uninterrupted

We still believe the alternative we discussed on Tuesday can work for your environment, and we intend to discuss it with Larry on Monday. However, we would like to also propose a second alternative for your and Larry's review.

We need the plan document for the "deferred compensation" plan to discuss this alternative with Larry. Please fax the plan document to me at 303 939 8380 or email it to me, gpowell@kpmg.com.

Eric, if you have time in your schedule, I can take 30 minutes to review the second alternative at your

convenience. Should I arrange for 30 minutes with Barbie Farling to schedule a time?