# EXHIBIT R



303 Peachtree Street, N.E.  
Suite 2000  
Atlanta, GA 30308

Telephone 404 222 3000  
Fax 404 222 3050

June 30, 2000

**PRIVATE & CONFIDENTIAL**

Mr. Carlos E. Sala  
2424 Ginny Way  
Lafayette, Colorado 80026

Dear Mr. Sala:

We are pleased you have engaged KPMG LLP ("KPMG") to provide tax consulting services for Carlos E. Sala ("Client") with respect to participation in an investment program involving investments in foreign currency positions (the "Investment Program"). This letter confirms the scope and related terms of our engagement.

*Background*

KPMG understands that Client intends to engage Presidio Growth LLC ("Presidio"), a registered investment advisor, to provide Client with investment advisory services and trading strategies with respect to the foreign exchange contracts entered into pursuant to the Investment Program. We understand that Presidio has advised Client that the utilization of a high degree of leverage is integral to the Investment Program. We also understand that Presidio will assist Client in structuring the requisite financing package by advising Client as to the structure of the financing arrangement and suggesting alternative financial institutions to provide such financing.

We understand that Client and two limited liability companies owned or controlled by Presidio intend to invest in a newly created limited liability company (the "Investment Fund"). We further understand that Presidio will act as Investment Advisor to the Investment Fund and, in such capacity, will facilitate the purchase of foreign currency contracts and other foreign currency-based financial instruments. The purchase of such foreign currency contracts and other financial instruments will involve full economic risk to Client in the foreign currency markets with price movements (up or down) in the

KPMGZ12192986



KPMG LLP. KPMG LLP, a U.S. limited liability partnership, is a member of KPMG International, a Swiss association.



Page 2
Mr. Carlos E. Sala
June 30, 2000

purchased securities. Client may realize either profits or losses based upon the price movement of the foreign currency contracts and other financial instruments. Client has informed us that no one has provided Client with any assurances or guarantees that Client will make money in any of these transactions on a pre-tax or after-tax basis. Client acknowledges that it is at all times subject to market risks for both reward and loss. We have recommended to Client that Client seek independent advice concerning the investment aspects of the proposed transactions before agreeing to participate in the transactions. Client has independently determined that there is a reasonable opportunity for Client to earn a reasonable pre-tax profit from the Investment Program in excess of all associated fees and costs, and this determination has been confirmed by Presidio and/or other investment advisors.

### *KPMG's Role as Tax Advisor*

Pursuant to this engagement, KPMG will provide only the following services with respect to your participation in the Investment Program:

- Meet with you to discuss the U.S. federal income tax implications associated with participating in the Investment Program.

- Provide Client with an opinion letter that addresses the U.S. federal income tax consequences associated with participation in the Investment Program based upon your unique facts and circumstances.

The conclusions in our opinion letter will be based on the facts, representations and assumptions that you and Presidio submit to us and we will not independently gather, verify, audit or investigate the accuracy or completeness of this information. Inaccuracy or incompleteness of the information provided to us could have a material effect on our conclusions. In rendering our advice, we will consider the applicable provisions of the Internal Revenue Code of 1986, as amended, the regulations thereunder, and judicial and administrative interpretations thereof, all as in effect as of the date of the opinion letter. These authorities are subject to change, retroactively and/or prospectively, and any such changes could affect the nature or validity of our advice. Unless you specifically engage us to do so in writing, we will not update our advice for subsequent changes or modifications to the law and regulations, or to the judicial and administrative interpretations thereof.

Client acknowledges that any tax opinion issued by KPMG would not guarantee tax results, but would provide that with respect to the tax consequences described in the opinion, there is a greater than 50 percent likelihood (i.e., it is "more likely than not")

KPMGZ12192987



Page 3
Mr. Carlos E. Sala
June 30, 2000

that those consequences will be upheld if challenged by the Internal Revenue Service. Client further acknowledges that the Internal Revenue Service might challenge the intended results of the Investment Program and could prevail under any of various tax authorities. Client also acknowledges receipt of a memorandum that discusses certain penalties that might be asserted by the Internal Revenue Service should it challenge any tax deductions or tax losses that might be claimed by Client with respect to participation in the Investment Program.

Client recognizes that KPMG is not a registered broker-dealer and will not be providing services to Client as a broker-dealer or investment advisor. In the course of this engagement, all services provided by KPMG will be strictly as a tax advisor to Client and KPMG will not undertake any activity that would require registration as a broker-dealer or investment advisor under the federal securities laws.

### *Federal Confidential Communications Privilege*

A confidentiality privilege under Internal Revenue Code Section 7525 may pertain to certain communications between KPMG personnel and Client regarding federal tax advice provided pursuant to this engagement. By retaining KPMG, you agree that KPMG is instructed to claim the privilege on your behalf, with respect to any applicable communications, up and until such time as you may waive any such privilege in writing. As disclosure of any such confidential communications to the Internal Revenue Service or other third party may cause any confidentiality privilege to be waived, you should notify us if the Internal Revenue Service or other third party requests information about any tax advice or tax advice documents provided by us.

Client understands that KPMG makes no representation, warranty or promise, and offers no opinion with respect to the applicability of such confidentiality privilege to any communication and agrees to hold KPMG harmless should the privilege be determined not to apply to any or all communications. Client agrees to indemnify KPMG for any attorneys' fees and other costs and expenses incurred by KPMG in defending the confidential communications privilege on Client's behalf.

### *Professional Fees*

Our fees for this engagement will be based on the complexity of the issues and the value of the services provided, rather than directly on the time required of the individuals who will be performing the services. Client agrees to pay KPMG a fixed fee of $700,000 for the services described above. Client agrees, by accepting the terms of this letter, to pay all invoices to KPMG within 30 days of receipt.

KPMGZ12192988



Page 4
Mr. Carlos E. Sala
June 30, 2000

The amount of our fee is not dependent on the amount of Client's investment in the Investment Program, the investment results of the Investment Program, the tax opinion expressed, or on the amount of any tax savings projected or achieved by Client. You agree that all written or oral advice provided by KPMG to Client, including but not limited to the tax opinion, will be for Client's information and use only and will not be provided to any third party without the express advance written permission of KPMG.

### *Limitation on Liability and Indemnification*

By approving this arrangement, Client agrees to indemnify KPMG and its affiliates, partners, principals, directors, officers, employees, agents and controlling persons (collectively, the " Indemnified Parties") from and against all losses, claims, damages, and liabilities, including reasonable attorney's fees and other expenses or costs of litigation (collectively, "Damages"), to which the Indemnified Parties may become subject under any applicable federal or state law or other statutes, common law, or otherwise, and arising, directly or indirectly, from this engagement as the result of any assertion by Client (or any family member or creditor of Client). The Indemnified Parties shall not be indemnified to the extent such Damages result from KPMG's intentional misconduct or gross negligence.

KPMG shall have no liability to Client, under any circumstances, for any special, incidental or consequential damages, including without limitation loss of profits, even if KPMG has been advised of the possibility of such damages.

KPMG's maximum aggregate liability to Client, whether a claim be in contract, tort, or otherwise, for all claims arising out of or relating to this engagement letter or any services rendered under this letter, shall be limited to fifty thousand dollars ($50,000).

Client will not directly or indirectly refer to KPMG or any of its affiliates in any printed, audiovisual, on-line or other advertising or promotional material prepared or distributed by or for you without KPMG's specific advance review and prior written approval. The provisions of this paragraph shall survive the expiration of this Agreement.

All of the provisions of this Section, entitled Limitation on Liability and Indemnification, shall survive indefinitely any termination or expiration of this Agreement.

In the event that any term or provision of this Agreement shall be held to be invalid, void, or unenforceable, then the remainder of this Agreement shall not be affected,

KPMGZ12192989

KPMG

Page 5
Mr. Carlos E. Sala
June 30, 2000

impaired or invalidated, and each such term and provision of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

This Agreement is to be construed in accordance with the laws of the state of New York.

Please sign the enclosed copy of this letter to confirm your agreement with all of the terms expressed in this engagement letter and return it to us within 10 days. If you have any questions, please call me.

Very truly yours,

KPMG LLP

*Tracie K. Henderson*

Tracie K. Henderson
*Partner*

TKH:tst

KPMGZ12192990

KPMG

Page 6
Mr. Carlos E. Sala
June 30, 2000


ACCEPTED:

Carlos E. Sala

_____    _____
Signature                          Date

KPMGZ12192991

KPMG
Page 6
Mr. Carlos E. Sala