# EXHIBIT S

| Client | Project | BU | Project Name | Employee | Date | Hours | Time Comments | Standard Fee | Expenses | Expense Type | Expense Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Brady,Kevin Michael | 3/21/01 | 2 | -2000 TAX RETURN | 750 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Brady,Kevin Michael | 3/27/01 | 2 | -REVIEW OF 2000 TAX RETURN-W2 & DOUBLECLICK SALES | 750 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Brady,Kevin Michael | 3/29/01 | 2 | -REVIEW OF 2000 TAXES, DOUBLECLICK SALES | 750 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson,Tracie K. | 9/14/00 | 0 | | 0 | 39 | Meals | -Location: Benny's, Denver, Colorado Attendees: Henderson, Amman Business Purpose: Discuss Investments Per Diem Location: Per Diem Days: Per Diem Amount: |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson,Tracie K. | 10/6/00 | 1 | -Discuss new strategy | 450 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson,Tracie K. | 10/9/00 | 5 | -Read short option opinion, discuss w/ Carlos and Tony. Telephone call w/ R. J. Ruble, discuss w/ Carlos | 2250 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson,Tracie K. | 10/10/00 | 2 | -Telehone call w/ Beckett, etc. | 900 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson,Tracie K. | 10/11/00 | 2 | -Find attorney (Bruce) and investment help (Amir) | 900 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson,Tracie K. | 10/12/00 | 1 | -Telephone call w/ Amir and follow up | 450 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson,Tracie K. | 10/13/00 | 1.5 | -Telephone call w/ Bruce Lemmons | 675 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson,Tracie K. | 11/3/00 | 1 | -Discuss muni posture, etc. w/ Carlos; discuss POPs | 450 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson,Tracie K. | 11/8/00 | 1 | -Discuss 2000 tax projection and missing info w/ Carlos | 450 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson,Tracie K. | 12/6/00 | 0 | | 0 | 101 | Meals | -Location: Nonas Italian Kitchen Attendees: C. Sala, K. Brady, T. Henderson Business Purpose: Discuss PFP Per Diem Location: Per Diem Days: Per Diem Amount: |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson,Tracie K. | 12/22/00 | 0 | | 0 | 61 | Telephone: Sundry | - |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson,Tracie K. | 3/20/01 | 2 | -Strategy issues w/ Larry Nemirow | 950 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Lebo,Robert Earl | 3/25/01 | 3.5 | -Prepare 1040 for Carlos Sala | 875 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Napier,Tracey Angelisa | 6/5/00 | 0.5 | -Called Presidio regarding Draft documents for Carlos. | 100 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Napier,Tracey | 6/7/00 | 1 | -Engagement letter | 200 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Napier,Tracey Angelisa | 6/14/00 | 1 | -Spoke to Tracie regarding documents needed/ spoke to Jeff Mangieri and Steven Buss regarding account opening documents. | 200 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Napier,Tracey Angelisa | 6/28/00 | 0.5 | -Searched for engagement letter related to reduction in fees for possible audit. | 100 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Napier,Tracey Angelisa | 7/6/00 | 0.5 | -Emails regarding Carlos Sala; Called Steven Buss for update on Sala. | 112.5 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Napier,Tracey Angelisa | 7/7/00 | 0.5 | -Reviewed non-recourse language in the credit documents for Tracie. | 112.5 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Napier,Tracey Angelisa | 7/13/00 | 0.5 | -Take forms for Tracie to Bill Albaugh for approval | 112.5 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Napier,Tracey Angelisa | 7/26/00 | 0.5 | -Emails regarding Carlos Sala EIN package | 112.5 | 0 | | |

KPMGZ12192674