# EXHIBIT

# T



File Copy

April 17, 2001
Invoice: 40548340

BILLED TO:
MR. CARLOS SALA
2424 GINNY WAY
LAFAYETTE, CO 80026

PLEASE REMIT TO:

P O BOX 120001
DALLAS, TX 75312-0608

TIN: 13-5565207

Business Unit: US015    Client Number:    60066022
Project Number(s): 10358668

Billing for professional services rendered from December 1, 2000 through April 15, 2000
in connection with the following:

- Preparation of 2000 Federal and Colorado income tax projections, including discussions with Goldman Sachs and Morgan Stanely.

- Preparation of 2001 Federal and income tax projections for investments planning purpose and related consultations.

- Preparation of 2000 Federal and Colorado individual income tax returns.

- Form W-2 analysis and related discussions regarding stock option income

- Miscellaneous tax advice as requested.

**Total Due**                     $25,000.00

KPMGZ12192671

Please Pay By Invoice and          Payment Due
Enclose Remittance Copy            Upon Receipt