# EXHIBIT U



Client Copy

## PROFORMA - For Review Only

April 16, 2001
Invoice: 40548340

BILLED TO:
MR. CARLOS SALA
2424 GINNY WAY
LAFAYETTE, CO 80026

| PLEASE REMIT TO: |
| --- |
| KPMG LLP |
| DEPT 0608 |
| P O BOX 120001 |
| DALLAS, TX 75312-0608 |
| |
| TIN: 13-5565207 |

Business Unit:  US015  Client Number:  60066022
Project Number(s): 10358668

Billing for professional services rendered from December 1, 2000 through April 15, 2001 in connection with the following:

■ Preparation of 2000 Federal and Colorado income tax projections, including discussions with Goldman Sachs and Morgan Stanely.

■ Preparation of 2001 Federal and income tax projections for investments planning purpose and related consultations.

■ Preparation of 2000 Federal and Colorado individual income tax returns.

■ Double-click Form W-2 analysis and related discussions regarding stock option gain. income

■ Miscellaneous tax advice as requested.

**Total Due**          $25,000.00

OK
TWA

KPMGZ12192672

**Please Pay By Invoice and**          Payment Due
Enclose Remittance Copy          Upon Receipt

Project 50358668

#40548340

Mr. Carlos Sala
2424 Ginny Way
Lafayette, CO 80026

Billing for professional services rendered from June 1, 2000 through November 30, 2000 in connection with the following:

- Preparation of 2000 Federal and Colorado income tax projections, including discussions with Goldman Sachs and Morgan Stanley

- Preparation of 2001 Federal income tax projection for investment planning purposes and related consultations

- Preparation of 2000 Federal and Colorado individual income tax returns

- DoubleClick Form W-2 analysis and related discussions regarding stock option gain

- Miscellaneous tax advice as requested.

$25,000

Note: Set up new project
Please print WIP.

KPMGZ12192673