# EXHIBIT V

**To:** 'Carlos Sala'
**CC:**
**BCC:**
**Date:** 08/18/2000 01:04:01 PM
**From:** Henderson, Tracie K
**Folder:** Carlos Sala
**Subject:** Schedule
**Attachments:**

I think I promised you this awhile back. Sorry for the delay...

-----Original Message-----
**From:** Steven Buss [SMTP:sbuss@presidioadv.com]

The timing of the transaction is as follows:

1. Credit Documents will go to investor to arrive 6/15
2. Wire instructions will go to investor to arrive 6/15
3. Credit Documents returned by investor to Walter Conston on 6/16 to arrive at Walter Conston on 6/19.
3. Investor wires funds to HVB on 6/16 - the amount will be $3,500,000
4. Pre-closing takes place on 6/19.
5. Closing of the loan on 6/20
6. The loan funds on 6/21.
7. The second set of documents (the IP2 package) will be sent on 6/21 for delivery on 6/22
8. Investor should sign these and send them to Walter Conston on 6/23 to arrive 6/24.
9. Wire instructions to move the funds from the Borrower LLC to the Fund LLC will be sent on 6/21 via federal express.
10. If Investor decides to join the fund the wire instructions to move funds to the fund are to be faxed to the bank on the morning of 6/29. If investor can not send them early in the morning (prior to 10 A.M. eastern standard time) he should fax them to the bank on 6/28.

Please contact me immediately if there are any problems with the schedule above.

Regards,

Steven Buss

KPMGZ12060503