# EXHIBIT W

**To:** Henderson, Tracie K
**CC:**
**BCC:**
**Date:** 09/06/2000 09:20:42 PM
**From:** Gillis, Timothy H
**Folder:** Carlos Sala
**Subject:** RE:
**Attachments:**

You don't know how grateful I am to have a resource like you to recommend to Carlos. Thanks.

-----Original Message-----
**From:** Henderson, Tracie K
**Sent:** Wednesday, September 06, 2000 9:19 PM
**To:** Gillis, Timothy H
**Subject:** RE:

Thanks, Tim. I've been in touch with Carlos. I just got off the phone with him, in fact. He s: a transaction with us if we are able to do one. Otherwise, he will use us as an advisor on an transaction. We are hoping to be able to do a Jones Day transaction for Carlos. However, i that Jones Day may be getting cold feet; they are having second thoughts about writing the c letter. I will keep you posted.

Carlos leaves for 3 weeks in Europe tomorrow. He wants to make a decision about what to d as he returns. That should give us enough time to get to a good answer...I hope!

Tracie

504

-----Original Message-----
**From:** Gillis, Timothy H
**Sent:** Thursday, August 31, 2000 10:35 AM
**To:** Henderson, Tracie K
**Subject:**

I spoke to Carlos earlier this week. He still sings your praises, though he says they are rethinking what, if anything, they should do. I'm sure you're following up, but I thought it might be a good time for another follow-up if you get a chance. Best regards.

thg
(404)222-3240

Our conclusions are limited to the conclusions specifically set forth herein and are based on the completeness and accuracy of the above-stated facts, assumptions and representations. If any of the foregoing facts, assumptions or representations is not entirely complete or accurate, it is imperative that we be informed immediately, as the inaccuracy or incompleteness could have a material effect on our conclusions. We are relying upon the relevant provisions of the Internal Revenue Code of 1986, as amended, the regulations thereunder, and the judicial and administrative interpretations thereof. These authorities are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our conclusions. We will not update our advice for subsequent changes or modifications to the law and regulations or to the judicial and administrative interpretations thereof.

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this email are subject to the terms and conditions expressed in the governing KPMG client engagement letter.