# EXHIBIT X

| | |
|---|---|
| **Subject:** | 3:00-3:30 Called Dearhurst for int/dividends for Tony Sala/Carlos |
| **Start:** | 11/19/2001 3:00:00 PM |
| **End:** | 11/19/2001 3:30:00 PM |
| **Recurrence:** | (none) |

Page: 1 of 1

KPMGZ12060349