# EXHIBIT Z

To:
CC:
BCC:
Date:       10/10/2000 11:14:00 AM
From:
Folder:     Inbox
Subject:    FW: Phone Call to Review Tax Strategies
Attachments:

* There are 2 file(s) attached to this message on your Desktop.

FYI

-----Original Message-----
From: eric@kramerco.com [mailto:eric@kramerco.com] Sent: Monday, October 09, 2000 7:12 PM
To: Powell, Gary N
Cc: larry.nemirow@dgslaw.com
Subject: Re: Phone Call to Review Tax Strategies


I am not a fan of NDA's, and will need to seek Larry's counsel before I would even contemplate signing it.


"Powell, Gary N" <gpowell@kpmg.com>    To: "'larry.nemirow@dgslaw.com'" <larry.nemirow@dgslaw.com>
cc:  "'eric@kramerco.com'" <eric@kramerco.com>   Subject:   Phone Call to Review Tax Strategies
10/09/00 02:28 PM


Larry,

Our call to review the tax solutions will occur Wednesday, October 11 at 3 PM MST. I will provide you with a call-in number as soon as I receive one. Pamela Weems, Director, Personal Financial Planning and I plan on being at your offices to participate with you on the call.

The call will cover two alternative solutions, the first has been briefly discussed with Eric and the second alternative has not, even though we may meet before Wednesday to discuss the second alternative. We anticipate the call lasting two hours with an equal amount of time devoted to each alternative.

The agenda for the call will be to discuss the first alternative with the following parties:

   R. J. Ruble, Tax Attorney with Brown & Wood, New York

   Mary Heath, KPMG Tax Partner, Washington National Tax

Page: 1 of 2

Carol Warley, KPMG Tax Partner, Personal Financial Planning

Tracy Stone, KPMG Director, Washington National Tax

The second part of the call will be to discuss the second alternative with the following parties:

Carol Warley, KPMG Tax Partner

Pamela Weems, KPMG Director

Please reserve time on your calendar and confirm your participation by email to me.

Please find attached the non disclosure agreements for you and Eric which we discussed last week by phone.

<<NDA2_Kramer.doc>>  <<NDA2_Nemirow.doc>>

************************************************************************

The information in this email is confidential and may be legally privileged.
It is intended solely for the addressee. Access to this email by anyone else
is unauthorized.

If you are not the intended recipient, any disclosure, copying, distribution
or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When
addressed to our clients any opinions or advice contained in this email are subject to the terms and
conditions expressed in
the governing KPMG client engagement letter.
************************************************************************ (See attached file:
NDA2_Kramer.doc)
(See attached file: NDA2_Nemirow.doc)