# EXHIBIT AA

| | |
|---|---|
| **To:** | Weems, Pamela D |
| **CC:** | |
| **BCC:** | |
| **Date:** | 10/13/2000 12:17:28 AM |
| **From:** | Warley, Carol G |
| **Folder:** | Inbox |
| **Subject:** | FW: Summary of Our Meeting with Larry Nemirow |
| **Attachments:** | |

fyi

-----Original Message-----
| | |
|---|---|
| From: | Powell, Gary N |
| Sent: | Thursday, October 12, 2000 7:03 PM |
| To: | 'eric@kramerco.com' |
| Cc: | 'larry.nemirow@dgslaw.com' |
| Subject: | Summary of Our Meeting with Larry Nemirow |

Eric;

Thank you for the opportunity to share two alternatives with Larry on Wednesday.

Our intent was to discuss two alternatives, but as you know, we failed to reach an agreement on a non disclosure agreement for the first alternative. Should you want to craft your version of a NDA, we would be pleased to review it and initiate our conversation with Larry. The second alternative did not require a NDA.

With respect to the second alternative, we begin our discussion under two separate scenarios. The first scenario related to nonqualified stock options (NQSO). Before we completed the discussion, Larry graciously explained that he liked our structure better that a similar structure he had seen, but the auditors for Flex had killed the idea because of "pooling" concerns caused by changing the transferability of the NQSO. Rather than fight that battle over again, and I have been through that battle several times, we decided to table that idea.

The second scenario involved options on a mutual fund pool held in a Rabbi Trust by Flex. Larry stated that he thought that DII had evaluated such a program, but he was unsure if it had been implemented. Larry stated that he thought that the gain was generated solely from NQSO. Rather than take Larry's time discussing a scenario that may not fit the facts, we mutually decided that Larry would check with you on the facts, and we would reconvene, if necessary.

Larry, I hope that I have summarized our meeting to your satisfaction; please contact me if I have not.

P.S. Eric, I checked into that idea to solve your "real estate addiction" and confirmed that the leveraged real estate would not work. But your idea of the REIT acquisition first, may solve the problem.

Page: 1 of 1

0001710646-1

KPMGZ12220008