# EXHIBIT BB

| | |
|---|---|
| To: | Henderson, Tracie K |
| CC: | |
| BCC: | |
| Date: | 10/10/2000 08:08:27 AM |
| From: | Eischeid, Jeffrey A |
| Folder: | Sent Items 2000 |
| Subject: | RE: Beckett Cantley - Rachelson (sp?) and White - Atlanta firm |
| Attachments: | |

Beckett is the ocal attny who called us to see if we had any strategies for the "wealthy". His average deal size is about $5M. He was doing the Jenkins deal (I think) and was looking for an alternative to spread option.

-----Original Message-----
From: Henderson, Tracie K
Sent: Monday, October 09, 2000 11:05 PM
To: Eischeid, Jeffrey A
Subject: Beckett Cantley - Rachelson (sp?) and White - Atlanta firm

Do you know him? The name is familiar. Anyway, Carlos has talked to him about RJs option strategy and he likes it. He has seven clients doing the transaction. Carlos wants me to talk to him tomorrow at 1:00. Hopefully, I can talk to RJ first. Carlos doesn't seemed inclined to CTF. He must decide about this other transaction by Friday.

*Tracie K. Henderson*
*KPMG LLP*
*Personal Financial Planning*
*PH: 404-222-3134*
*Fax: 404-222-3435*
*tkhenderson@kpmg.com*

Our conclusions are limited to the conclusions specifically set forth herein and are based on the completeness and accuracy of the above-stated facts, assumptions and representations. If any of the foregoing facts, assumptions or representations is not entirely complete or accurate, it is imperative that we be informed immediately, as the inaccuracy or incompleteness could have a material effect on our conclusions. We are relying upon the relevant provisions of the Internal Revenue Code of 1986, as amended, the regulations thereunder, and the judicial and administrative interpretations thereof. These authorities are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our conclusions. We will not update our advice for subsequent changes or modifications to the law and regulations or to the judicial and administrative interpretations thereof.

KPMGZE-0007-00038902