# EXHIBIT CC

12-6-01

Nápica

Carlos                          He doesn't want to
                                lose but not worth
Professional fees               risk of linking it
$113,000                        to last yr.
    (75,000) B&W
    (25,000) KPMG
    (4,200) Holland & Hart    estate plan
    (4,000) Davis
    (3,000)  ⎤
    (1,300)  ⎦

≈ $200,000 Interest (fed & state)
    because they kept his refund
    of 14M for a few months.

33,401 Colorado
185,468 IRS

UBS  → ~~$999~~ Collar Has with UBS
     Freddie, New York
     Gross      212-574-3260

Sheila Ingarani (sp)

KPMGZ12210152