# EXHIBIT DD

**To:**  'Henderson, Tracie K'
**CC:**
**BCC:**
**Date:**  12/23/2000 04:50:10 PM
**From:**  Amman, Bruce
**Folder:**  Carlos Sala
**Subject:**  I hope the following will help you reconcile
**Attachments:** salaglsummary.xls; salareconciliation.xls; whitegainlosssummary.xls; whitereconciliation.xls

Hi there! First, the spreadsheets were projections from November 15th. Both spreadsheets did not include money market interest. Also, the Income Summary (yesterday's fax) did not include December income whereas the November projection includes December income. Plus, the November projections did not include interest from other accounts. Therefore, the following attachments should help you reconcile. Also, you should find the updated and attached gain/loss summaries of interest... A more detailed explanation of the g/l summaries will be sent via fax. Please, if you have any questions don't hesitate to call. Thanks     -Bruce

-----Original Message-----
From: Henderson, Tracie K [mailto:tkhenderson@kpmg.com]
Sent: Friday, December 22, 2000 6:31 PM
To: Amman, Bruce
Cc: Brady, Kevin- ATLANTA; 'Carlos Sala'
Subject: FW: One more thing - It's me again


Carlos' schedule doesn't quite foot.... Income from stock equals tax-exempt income? Even if I back out that amount, I'm off by $80.50.

Thanks.

> -----Original Message-----
> From:    Henderson, Tracie K
> Sent: Friday, December 22, 2000 6:22 PM
> To:   Bruce Amman (E-mail)
> Cc:   Brady, Kevin- ATLANTA
> Subject:   One more thing
>
> On your fax, I assume the money mkt interest s/b $38,014 vs. $438,014?
> Thanks.
>
> Tracie K. Henderson
> KPMG LLP
> Personal Financial Planning
> PH:  404-222-3134
> Fax:  404-222-3435
> tkhenderson@kpmg.com
>
>       Our conclusions are limited to the conclusions specifically
> set forth herein and are based on the completeness and accuracy of the
> above-stated facts, assumptions and representations. If any of the

KPMGZ12060609