# EXHIBIT FF

**To:** tkhenderson@kpmg.com
**CC:**
**BCC:**
**Date:** 04/09/2001 07:41:23 PM
**From:** Larry.Nemirow@dgslaw.com
**Folder:** Carlos Sala
**Subject:** FW: FW: Tax Opinions--Changes in Investor Reps
**Attachments:** MNSLLC-Nemerov version.doc

-----Original Message-----
From: R. J. Ruble [mailto:rruble@brownwoodlaw.com]
Sent: Thursday, March 29, 2001 1:42 PM
To: Larry.Nemirow@dgslaw.com
Cc: R. J. Ruble
Subject: Re: FW: Tax Opinions--Changes in Investor Reps

Since there seems to be some confusion on our part regarding your changes. Would
you please be so kind as to mark up the drafts the way you think they should
read so there will be no more confusion. We sent you the draft opinions on
March 23rd for your clients which we believe incorporated these changes -
did
you receive these?

Larry.Nemirow@dgslaw.com on 03/29/2001 02:39:14 PM

To:   R. J. Ruble/NY/BWLLP@BWLLP
cc:
Subject:  FW: Tax Opinions--Changes in Investor Reps

RJ: In the attached opinion, which was emailed to me on March 15, investor
rep. 10 was changed, at my request, from "Investor actively participates in
management..." to "Investor invests directly in marketable securities..."
However, in the most recent opinion and rep. letters that I received from
you and your secretary in the last few days, this change and a few others
were inadvertently reversed. Please re-reverse this change, and all other
changes that were previously made at my request that were subsequently
reversed, and resend everything. Thanks.

Larry Nemirow
(303) 892-7443
Davis Graham & Stubbs LLP

Page: 1 of 2

0000476400-1

KPMGZ12220016

-----Original Message-----
From: R. J. Ruble [mailto:rruble@brownwoodlaw.com]
Sent: Thursday, March 15, 2001 12:18 PM
To: Larry.Nemirow@dgslaw.com
Cc: mike@mnstrat.com; Susan L Sodano
Subject: Re: Tax Opinions

   I have made changes based on your mark up and phone message. With respect
to the phone message, the hedging rep was to address the fact that the parties
didn't hedge out any risk on the net exposure with each other and thereby
totally vitiate the economics of the trade. I have substantially revised the
Section 465 discussion. There is no definition of active participation in
management, so the words need to be taken at face value. Finally, the Rep16 is
the non-integration/step transaction that we use.
   Once you sign off on these changes we can turn the opinions and rep letters
around very quickly. (See attached file: MNSLLC-Nemerov version.doc)