# EXHIBIT II

To:         Eischeid, Jeffrey A
CC:
BCC:
Date:       08/21/2003 06:15:24 PM
From:       Henderson, Tracie K
Folder:     KPMG exam
Subject:    RE: Information Request
Attachments:

Additional names:

Jones Day
De Castro, West, Chodorow, Glickfeld & Nass
Arnold & Porter
Bricolage
Multi-National Strategies
Deerhurst
First Union
Deutche Bank
CSFB
BDO
Brown & Wood
Merrit & Tenney
Fine & Block
Mazursky & Dunaway
Marhall & Ilsley

I am working currently with Jones Day, Fine & Block, and Merrit & Tenney. I did not introduce my clients to all of those listed above. In many cases, clients found the advisor.

Tracie

-----Original Message-----
From:       Eischeid, Jeffrey A
Sent:       Monday, August 18, 2003 10:33 AM
To:         Baumann, Dale R; Branan, Carolyn B; Eischeid, Jeffrey A; Fuller, Diane D; Gibson, Robert G; Goldberg, William J; Hamilton, Randall A; Hasting, Carl D; Henderson, Tracie K; Hottle, Robert Y; Ito, Dennis A; Jackson, William M; Jandl, George P; Jones, Allan L (US/Minneapolis); Jordan, Robert M; Mahoney, Thomas J; Maughan, John F; Mccrimlisk, George H; O'Neal, Kenneth; Pace, Katherine A; Perez, Robert L; Rivkin, David; Slattery, Daniel M; Smolin, Jay M; Speiss, Timothy P; Swartz, Susan K; Tendler, Neil J; Warley, Carol G; Wise, Richard; Wolfson, Neil E; Wright, Glen A
Cc:         Chopack, John J; Gremminger, Steven L (US/NSS/OGC)
Subject:    Information Request
Importance: High

All -

John Chopack needs a list of the investment advisory firms, law firms, etc. that we have worked with that have provided tax advantaged strategies to our clients. Examples include Quadra, Presidio, Helios, Diversified, Jenkens & Gilchrest, Grammercy, Spectrum and Twenty-First Securities. If you can add to this list, send us a message by Wednesday. In addition, John needs to know whether you are still introducing clients to any of them.

KPMGZE-0029-00000536