# EXHIBIT JJ

# JUSTIN A. THORNTON
### Attorney at Law
1615 L Street, NW Suite 650
Washington, DC 20036

E-mail: JAT@ThorntonLaw.com

(202) 626-8224 Telephone                                                                 (202) 478-0427 Fax

December 5, 2005

David N. Geier, Esquire
U.S. Department of Justice
Tax Division, Civil Trial Western
Judiciary Center Building, Room 7919
555 4th Street, NW
Washington, DC 20001

Re: *Carlos & Tina Sala vs. United States*

Dear Mr. Geier:

Please be advised that my client, Tracie K. Henderson of Atlanta, Georgia, upon advice of counsel, intends to assert her Fifth Amendment privilege against self-incrimination should she be required to give deposition testimony in the civil case of *Carlos and Tina Sala vs. United States*, now pending in federal district court in Colorado.

Very truly yours,

Justin A. Thornton