# EXHIBIT KK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| Klamath Strategic Investment Fund by and through St. Croix Ventures, LLC (Managing Member),<br><br>Petitioner/Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Respondent/Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:04-cv-00278-TJW<br>) (consolidated with Civil Action No. 5-04-<br>)   cv-00278-TJW)<br>)<br>)<br>) |

### United States' Motion For Order Temporarily Postponing or Quashing Deposition of Bruce Lemons Until After the Court decides the United States' Motion for Stay Until Completion of Related Criminal Case

The United States moves the Court for an order temporarily postponing or quashing the deposition of Bruce Lemons which the Plaintiffs noticed for December 14, 2005, in Salt Lake City, until after the Court decides the United States' Motion for Stay Until Completion of Related Criminal Case (Motion for Stay). In support hereof, the United States would respectfully show the following:

1. On November 7, 2005, the United States informed Plaintiffs that it would be seeking a stay of all proceedings until the related criminal case was completed, and requested that the Plaintiffs state whether they would oppose the motion for a stay.

2. On November 11, 2005, despite having taken no depositions in this case to date, and despite not seeking agreeable dates from the United States in advance, Plaintiffs quickly noticed two depositions for December 7 and December 14. The deposition on the 7th of

December was for John Larson and has subsequently been rescinded by the Plaintiffs.[1] The deposition on the 14th of December is for Bruce Lemons, and Plaintiffs have declined to reschedule that deposition citing only unspecific concerns over the "schedules of witnesses and others."

3. On November 29, 2005, the United States filed its Motion for Stay of all Proceedings Until the Completion of the Related Criminal Case. In part, the United States Motion for Stay asserts that its attorneys in this civil case cannot take or defend depositions in this case without the risk of prejudicing the related criminal case. The grounds for postponing Mr. Lemons are based on the grounds stated in the United States' Motion for Stay, and the United States believes that the Motion for Stay applies to the Lemons deposition as well as others. Mr. Lemons authored a tax opinion for the Plaintiffs. That opinion contains factual representations allegedly made by the Plaintiffs and by Presidio Growth (whose owners - John Larson and Robert Pfaff- are defendants in the criminal case). Many of those factual representations are the same as the factual representations the prosecutors seek to prove were false and fraudulent statements in the related criminal case. Additionally, it appears that Mr. Lemons acted at an attorney for Presidio on various BLIPS tax shelter matters while he was at Holland and Hart and possibly later through his own firm. Accordingly, the prosecutors may have additional information which would be needed by the undersigned in order to adequately cross-examine Mr. Lemons, but which the prosecutors cannot share at this time without causing prejudice to the criminal case. Accordingly, allowing the deposition of Mr. Lemons to go forward before the Motion for Stay is decided would undermine the very relief sought by the Motion for Stay.

---

[1] Plaintiffs are likely to assert that their decision to rescind the Larson deposition notice was an accommodation to the United States, while the United States believes it is more likely that Plaintiffs learned John Larson would be asserting his Fifth Amendment right not to testify.

4. Delaying the Lemons deposition until the Motion for Stay is decided will either result in all depositions being stayed, or a short delay in the Lemons deposition. The Plaintiffs' Response to the Motion for Stay is due on December 14, 2005, and the United States will likely file a reply five days later. More importantly, delaying the Lemons deposition until the Court decides the Motion for Stay does not prejudice the Plaintiffs because a concern for the schedules of witnesses and others, while laudable, does not constitute prejudice to their case.

5. As additional grounds to postpone the Lemons deposition, counsel for the United States has another trial which is scheduled to begin in Dallas on December 19, 2005. It will be a considerable inconvenience, for him to spend three days during the week before that trial traveling to and from Salt Lake City for the Lemons deposition. Unfortunately, the Plaintiffs concern for the "schedules of the witnesses and others" apparently does not extend to the schedule of opposing counsel.

### Prayer

Accordingly, for the reasons stated above, the United States requests that the court enter an order temporarily delaying or quashing the December 14, 2005, deposition of Bruce Lemons until after the court decides the United States' Motion for Stay.

MATTHEW D. ORWIG
United States Attorney

*/s/ signed electronically*
ANDREW L. SOBOTKA
Texas State Bar No. 18819900
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9736
(214) 880-9741 (fax)
Attorneys for United States

Certificate of Conference

Between November 25, 2005 and December 6, 2005, I communicated several times with counsel for the Plaintiffs concerning the relief sought in the foregoing motion. Plaintiffs continue to oppose the relief sought.

*/s/ signed electronically*
Andrew L. Sobotka

Certificate of Service

It is hereby certified that service of the foregoing motion has been made by electronic means on December 6, 2005, to:

N. Jerold Cohen (Attorney in charge)
Thomas A. Cullinan
Kristin J. Balding
Sutherland Asbill & Brennan, LLP
999 Peachtree Street, NE
Atlanta, GA 30309

Kent Jones
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC 20004-2415
    Attorneys for Petitioner/Plaintiff

*/s/ signed electronically*
Andrew L. Sobotka