# EXHIBIT NN

Meeting date: April 8 - 9

Attendees:   Kerry Bratton
Deke Carbo
Jeff Eischeid
Tracie Henderson
John Larson
Bruce Lemons
Amir Makov
Bob Pfaff
R.J. Ruble
Mark Watson

| Action Step | By Whom | Due |
|---|---|---|
| Talk to Larry DeLap about domestic OPIS | Jeff Eischeid | 4/16 |
| Memo regarding hedge fund pricing (BLIPS) | Amir Makov | 4/23 |
| Model historical BLIPS returns and comment on future potential | Amir Makov | 4/23 |
| Memo explaining the purpose of the 7-year note and the amount borrowed (BLIPS) | Amir Makov | 4/23 |
| Discuss revised LSD (existing holding companies) with Joel Resnick and Lisa Kelloway | Mark Watson | 4/16 |
| Evaluate LSD for business assets and 1374 gain | Bob Pfaff and Tracie Henderson | 4/23 |
| Write-up and discussion of sec. 1374 Midco for KPMG area managing partners | Jeff Eischeid | 4/23 |
| Data mine Fast Tax for large 1374 gains | Jeff Eischeid | |
| Evaluate section 678 trust mixing bowl | Mark Watson and Tracie Henderson | 4/23 |

**Proprietary Material
Confidentiality Requested**

KPMG 0026309

PSI-3-002946