# EXHIBIT OO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and<br>TINA ZANOLINI SALA,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)  05-cv-00636-LTB-OES<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF MICHAEL A. HALPERT

I, Michael A. Halpert declare and state as follows:

1. I am a Tax Shelter Promoter Compliance Specialist with the Internal Revenue Service in Washington, D.C.

2. I am responsible for overseeing tax shelter promoter examinations to determine whether promoters of tax shelter have registered their shelter transactions and if they are subject to penalties.

3. On March 19, 2002, the Internal Revenue Service provided notice to KPMG that an ongoing promoter examination of KPMG shelters conducted pursuant to Internal Revenue Code 6700 had been extended to include the shelter transactions identified in IRS Notice 2000-44, which include the BLIPS and SOS shelters.

4. To the best of my knowledge I have not had access to, nor have I reviewed, material gathered in connection with the grand jury investigation that led to the indictments filed

in *United States v. Stein*, pending in the United States District for the Southern District of New York.

5. In my position as a tax Shelter Promoter Compliance Specialist, I have had communications with representatives of KPMG. I made an informal request to KPMG's counsel for information that might pertain to the above-captioned case.

6. In response to my request, KPMG, through their legal counsel Skadden, Arps, Slate, Meagher & Flom, LLP, produced documents. The documents produced include the following, identified by their bates-ranges:

KPMGZ12210152, KPMGZ12060408, KPMGZ12060834-47, KPMGZ12060478, KPMGZ12060404, KPMGZ12060479-80, KPMGZ12060406-07, KPMGZE-0007-00038902, KPMGZ12060505, KPMGZ122220001-2, KPMGZ12192674, KPMGZ12060504, KPMGZ12192986-991, KPMGZ12192671, KPMGZ12192672, KPMGZ12060503, KPMGZ12060504, KPMGZ12060349. KPMGZ12060506-14, KPMGZ1222003-4, KPMGZ12220008, KPMGZE-0007-00038902, KPMGZ12210152,KPMGZ12060609, KPMGZ12060117-230, KPMGZ12220016, KPMGZ12060001, and KPMGZE-0029-00000536.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2005 in Gaithersburg, Maryland.

MICHAEL A. HALPERT
Internal Revenue Service

2

1460714.1