**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00636-LTB-OES

CARLOS E. SALA, and
TINA ZANOLINI SALA,
      Plaintiffs,

v.

UNITED STATES OF AMERICA,
      Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


     Plaintiffs' Unopposed Motion to Extend Time to Reply to Defendant's Motion for Leave to Amend Answer to Assert Additional Defenses (Doc 43 - filed December 13, 2005) is **GRANTED up to and including January 17, 2006** to file a response.




Dated:  December 14, 2005
___