IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and <br> TINA ZANOLINI SALA, <br>       Plaintiffs, <br>   v. <br> UNITED STATES OF AMERICA, <br>       Defendant. | 05-cv-00636-LTB-OES |

_____

UNITED STATES' MOTION FOR STAY
PENDING RELATED CRIMINAL TRIAL
_____

Defendant, the United States of America ("United States") respectfully moves for relief under FED. R. CIV. P. 7(b)(1) and 26(c) for an order staying this case pending the trial of a related criminal proceeding, <u>United States v. Jeffrey Stein, et al.</u>, S1 05 Cr. 888 (S.D. N.Y.). This motion is based upon the matters set forth in the attached memorandum of law and in the exhibits appended thereto.

The undersigned certifies that pursuant to D.C.COLO.LCivR7.1(a), counsel for the United States attempted in good faith to reach an agreement with plaintiffs as to the matters raised in this motion, but was unable to do so.

1426457.1

|  |  |
|---|---|
| Dated this 15th day of December, 2005. | WILLIAM J. LEONE<br>Acting United States Attorney<br>MARK S. PESTAL<br>Assistant United States Attorney<br><br>s/ David N. Geier.<br>DAVID N. GEIER<br>PHILIP E. BLONDIN<br>ANTON L. JANIK, JR.  CO#35164<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044-0683<br>Telephone:    (202) 616-3448<br>                       (202) 305-2558<br>Facsimile:     (202) 307-0054<br>Email:David.N.Geier@usdoj.gov |
| Street Address: | Judiciary Center Building<br>555 Fourth Street, N.W.<br>Washington, D.C. 20001 |

1426457.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on December 15th, 2005, I electronically filed the foregoing Motion for Stay Pending Related Criminal Trial with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

      dhallett@chicoine-hallett.com

      jcolvin@chicoine-hallett.com

      s/ David N. Geier
      DAVID N. GEIER
      Attorney for Defendant
      United States of America
      Trial Attorney, Tax Division
      United States Department of Justice
      Ben Franklin Station
      P.O. Box 683
      Washington, D.C. 20044-0683
      Telephone:    (202) 616-3448
      Facsimile:    (202) 307-0054
      Email:David.N.Geier@usdoj.gov

Street Address:      Judiciary Center Building
      555 Fourth Street, N.W.
      Washington, D.C. 20001

1426457.1