IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-OES

CARLOS E. SALA and
TINA ZANOLINI SALA,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.
_____

ORDER GRANTING MOTION BY THE UNITED STATES
FOR A STAY PENDING CRIMINAL TRIAL
_____

        Upon motion of defendant United States of America, and for good cause shown, it is hereby ORDERED that:

1. The defendant's Motion to Stay is Granted;

2. This action is stayed.  All discovery related deadlines, all deadlines to respond to other pending motions and all hearing and trial dates are postponed pending further order of the Court; and

3. The United States shall submit quarterly status reports beginning on _____, 200_

1463579.1

setting forth any changes to the trial date in <u>United States v. Stein</u>.

Dated this \_\_\_\_ day of _____, 200\_.

BY THE COURT:

_____
LEWIS T. BABCOCK
Chief Judge

1463579.1