# EXHIBIT 4

480.1

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2  STUART D. GIBSON (MnSBN 34587)
   Senior Litigation Counsel
3  Stuart.D.Gibson@usdoj.gov
   BARRY E. REIFERSON (CTSBN 420974)
4  Trial Attorney
   Barry.E.Reiferson@usdoj.gov
5  JENNIFER K. BROWN (CSBN 224041)
   Trial Attorney
6  Jennifer.K.Brown@usdoj.gov
   Tax Division, U.S. Department of Justice
7  P.O. Box 403
   Washington, DC 20044
8  Tel: (202) 307-6586 (Mr. Gibson)
       (202) 514-6058 (Mr. Reiferson)
9      (202) 307-0401 (Ms. Brown)
   Fax: (202) 307-2504
10 Attorneys for United States of America

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15 SHASTA STRATEGIC INVESTMENT  )  Case No. C-04-4264-VRW
   FUND, LLC; AND PRESIDIO GROWTH )  Related Cases: C-04-4309, C-04-4310, C-
16 LLC (Tax Matters Partner),     )  04-4398, C-04-4399 and C-04-4064
                                  )
17                                )
                                  )  DECLARATION OF
18              Petitioners,      )  DAMON W.D. WRIGHT
                                  )
19       v.                       )
                                  )
20 UNITED STATES OF AMERICA,      )
                                  )  Date:  November 3, 2005
21                                )  Time:  2:00 p.m.
                Respondent.       )  Judge: Vaughn R. Walker, C.J.
22                                )

23       1.  I am an associate in the Washington, D.C. office of Venable, LLP, a national law
24
25 firm. My colleagues and I represent a number of individuals who have filed suit against KPMG
26
27                                                                          C-04-4264-VRW

1. LLP, Sidley Austin Brown & Wood LLP, Presidio Advisors LLC and/or QA Investments LLC, arising out of the development and sale of abusive tax shelters during 1997, 1998 and 1999.

2. As counsel for the plaintiffs in <u>Joseph Jacoboni v. KPMG LLP</u> (Circuit Court of the Ninth Judicial Circuit for Orange County, Florida, Case No. 04-CA003172, Division 32 Business Court), <u>William & Donna Eacho v. KPMG LLP et al.</u> (Superior Court for the District of Columbia, Civil Division, 04-005746), <u>Michael & Jill Sullivan v. KPMG LLP et al.</u> (Superior Court of New Jersey Law Division, Monmouth County, Docket No. MON-L-4279-04) and <u>Lawrence Gaslow v. KPMG LLP et al.</u> (Supreme Court of the State of New York, Index No. 600771/04, IAS Part 56), in 2004 and 2005, my colleagues and I deposed the following individuals formerly with KPMG LLP, concerning their role in the development, sale and implementation of various abusive tax shelters: Gregg Ritchie; Jeffrey Eischeid; Jeffrey Stein; Randy Bickham; Jeffrey Zysik and Steven Gremminger.

3. Except for Jeffrey Zysik, every one of these individuals has recently been indicted by a grand jury in New York on charges of tax evasion and conspiracy to defraud the United States and the Internal Revenue Service, in connection with the development, sale and implementation of illegal tax shelters. Each of the individuals listed in the preceding paragraph refused to answer any substantive questions at the depositions, relying in part on their Fifth Amendment privilege against self-incrimination.

4. In the <u>Sullivan</u>, <u>Gaslow</u> and <u>Eacho</u> cases, my colleagues and I have served notices to take the deposition of Ken Jones who remains employed by KPMG LLP. In the <u>Gaslow</u> and <u>Eacho</u> cases, my colleagues and I also served notices to take the deposition of Susan Sodano formerly of

1. Sidley Austin Brown & Wood LLP. In response, the United States Attorney for the Southern
2. District of New York moved for a limited stay to prohibit those depositions from occurring, arguing
3. that to take those depositions would interfere in the ongoing grand jury investigation of illegal tax
4. shelters. This motion is pending before the Supreme Court of the State of New York, and the
5. depositions have not yet occurred.
6. 
7.     I declare under penalty of perjury that the foregoing is true and correct.
8. Signed in Washington, D.C. this 24th day of October, 2005

*/s/ Damon W.D. Wright*

DAMON W.D. WRIGHT
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004-1601
(202) 344-4937 (direct)
(202) 344-8300 (facsimile)

C-04-4264-VRW

1     13.    On November 18, 2004, the Tax Court granted the Commissioner's motion to stay

2   *Meruelo v. Commissioner*, Docket No. 624-04 (U.S. Tax Court).

3     I declare under penalty of perjury that the foregoing is true and correct.

4   Executed at San Francisco, California on October 27, 2005.

5

6

7

8                                   PAUL R. ZAMOLO

9                                   Associate Area Counsel

                                    Internal Revenue Service

10                                 Office of Chief Counsel

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                5                           C-04-4264-VRW