**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00636-LTB-OES

CARLOS E. SALA, and
TINA ZANOLINI SALA,
      Plaintiffs,

v.

UNITED STATES OF AMERICA,
      Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Defendant has filed a Motion for Stay Pending Related Criminal Trial (Doc 46 - filed December 15, 2005).  Plaintiffs have **up to and including January 8, 2006** to file a response.  Defendant has **up to and including January 18, 2006** to file a reply.

Dated:  December 19, 2005