# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:05-cv-00636-LTB-OES

| | |
|---|---|
| CARLOS E. SALA, and | ) |
| TINA ZANOLINI-SALA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO UNITED STATES' MOTION TO STAY PENDING CRIMINAL TRIAL

Plaintiffs CARLOS E. SALA and TINA ZANOLINI-SALA, by and through their undersigned counsel, move the Court to extend the time to for Plaintiff to respond to Defendant's Motion to Stay Pending Criminal Trial and Defendant to file its Reply for the following reasons:

1. Defendant United States' Motion to Stay Pending Criminal Trial was filed on Thursday, December 15, 2005.

2. Earlier that week, Defendants filed (1) Motion for Leave to Amend to Assert Additional Defenses, and (2) Defendant's Reply to Plaintiff's Response to Motion for Relief, accompanied by 44 separately numbered exhibits. Additionally, approximately 3,500 pages of documents produced by Defendant's counsel as supplemental initial disclosures were received

Page 1

by Plaintiffs' counsel via express delivery on the morning of Monday, December 12, 2005. A third pleading, Defendant's Motion to Stay Pending Criminal Trial was received on Thursday, December 15, 2005.

3. By order dated December 19, 2005, the Court set January 8, 2006 as the date for Plaintiff to file its response and January 18, 2006 as the date for Defendant to file its reply.

4. Plaintiff's Counsel requires sufficient time to review these pleadings and documents and will not be able to prepare responses within the allotted time period.

5. Plaintiffs' lead attorney (Darrell D. Hallett) is out of the office on a scheduled vacation from December 19, 2005 through January 5, 2006. Moreover, the undersigned attorney (John Colvin) is unavailable from December 22, 2005 through January 3, 2006

6. Plaintiffs request an extension of time to respond to Defendant's Motion to Stay Pending Criminal Trial until Tuesday, January 24, 2006, so that they may review these documents and pleadings and prepare their response. Plaintiffs have not previously requested an extension of time in which to respond to this motion.

7. The undersigned counsel for Plaintiffs has conferred with David N. Geier, Esq., one of Defendant's counsel, who has indicated that he has no objection to the requested extension, provided that Defendant's Reply to Plaintiffs' Response were likewise extended to Tuesday, February 7, 2006.

WHEREFORE, Plaintiffs pray that the Court:

A. Extend the time to respond to Defendant's Motion to Stay Pending Criminal

Page 2

Trial until Tuesday, January 24, 2006 and Defendant's Reply to Plaintiffs' Motion Response until Tuesday, February 7, 2006.

    B.    Grant such other and further relief as is just and proper.

DATED this 20th day of December, 2005.

                             CHICOINE & HALLETT, P.S.

                             s/ John M. Colvin
John M. Colvin
Darrell D. Hallett
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
    and Tina Zanolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email: jcolvin@chicoine-hallett.com
Email: dhallett@chicoine-hallett.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2005, I electronically filed PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO UNITED STATES' MOTION TO STAY PENDING CRIMINAL TRIAL using the CM/ECF system, which will send notification to the following:

Philip Blondin:     Philip.Blondin@usdoj.gov

Anton. L. Janik, Jr.:   Anton.L.Janik@usdoj.gov, western.taxcivil@usdoj.gov

David Neil Geier:   david.n.geier@usdoj.gov, western.taxcivil@usdoj.gov

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 20th day of December, 2005.

> CHICOINE & HALLETT, P.S.
>
> s/ John M. Colvin
> John M. Colvin
> Darrell D. Hallett
> Chicoine & Hallett, P.S.
> Attorneys for the Plaintiffs Carlos E. Sala
>     and Tina Zanolini-Sala
> 1011 Western Ave. Suite 803
> Seattle WA, 98104
> Telephone: (206) 223-0800
> Facsimile: (206) 467-8170
> Email: jcolvin@chicoine-hallett.com
> Email: dhallett@chicoine-hallett.com

Page 4