# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 05-cv-00636-LTB-OES

CARLOS E. SALA, and
TINA ZANOLINI SALA,
        Plaintiffs,

v.

UNITED STATES OF AMERICA,
        Defendant.
_____

## MINUTE ORDER
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Plaintiffs' Unopposed Motion to Extend Time to Reply to United States' Motion to Stay Pending Criminal Trial (Doc 49 - filed December 20, 2005) is **GRANTED up to and including January 24, 2006** and Defendant's reply is due **on or before February 7, 2006**.

Dated: December 21, 2005
_____