IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-OES

CARLOS E. SALA and
TINA ZANOLINI SALA,

        Plaintiffs,

  v.

UNITED STATES OF AMERICA,

        Defendant.

_____

NOTICE OF FILING
SUBSTITUTE EXHIBIT A (PROPOSED AMENDED ANSWER)
TO MOTION BY UNITED STATES FOR LEAVE TO
AMEND ANSWER
_____

    The United States of America respectfully gives notice of filing a substitute EXHIBIT A

to its Motion to Amend Answer (Docket No. 40) originally submitted on December 12, 2005.

Dated this 21st day of December, 2005.

        WILLIAM J. LEONE
        Acting United State Attorney

        MARK S. PESTAL
        Asst. U.S. Attorney

        s/ DAVID N. GEIER
        DAVID N. GEIER
        ANTON L. JANIK, JR.
        Trial Attorneys, Tax Division

        U.S. Department of Justice
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C. 20044-0683
        Telephone: (202) 616-3448
                       (202) 305-2558
        Facsimile:   (202) 307-0054
        Email:david.n.geier@usdoj.gov

Street Address:        Judiciary Center Building
                                555 Fourth Street, N.W.
                                Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on December 21st, 2005, I electronically filed the foregoing Notice of Filing with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

    dhallett@chicoine-hallett.com

    jcolvin@chicoine-hallett.com

    s/ David N. Geier
    DAVID N. GEIER
    Attorney for Defendant
    United States of America
    Trial Attorney, Tax Division
    United States Department of Justice
    Ben Franklin Station
    P.O. Box 683
    Washington, D.C. 20044-0683
    Telephone: (202) 616-3448
    Facsimile: (202) 307-0054
    Email:david.n.geier@usdoj.gov

Street Address:    Judiciary Center Building
    555 Fourth Street, N.W.
    Washington, D.C. 20001