**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00636-LTB-OES

CARLOS E. SALA, and
TINA ZANOLINI SALA,
      Plaintiffs,

v.

UNITED STATES OF AMERICA,
      Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiffs' Motion to Defer Ruling on Defendant's Motion for Relief Under Fed.R.Civ.P. 56(f) (Doc 52 - filed January 6, 2006) is **GRANTED**.  The Court will defer ruling on Defendant's Motion for Relief pending its ruling on Defendant's Motion to Amend.

Dated:  January 9, 2006