# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Case No. 1:05-cv-00636-LTB-OES

| | |
|---|---|
| CARLOS E. SALA, and | ) |
| TINA ZANOLINI-SALA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' UNOPPOSED MOTION TO SET BRIEFING SCHEDULE REGARDING PENDING MOTIONS

Plaintiffs CARLOS E. SALA and TINA ZANOLINI-SALA, by and through their undersigned counsel move the Court to extend the time for the following: 1) Plaintiffs to respond to Defendant United States' Motion to Stay Pending Criminal Trial ("Motion to Stay"); 2) Defendant's Reply to Plaintiffs' Response to the Motion to Stay; and 3) Defendant's Reply to Plaintiffs' Response to Defendant's Motion for Leave to Amend to Assert Additional Defenses ("Motion to Amend") for the following reasons:

1.  Defendant United States' Motion to Stay was filed on Thursday, December 15, 2005. This pleading attached several exhibits.

1

2. Earlier that week, Defendants filed (1) the Motion to Amend, and (2) Defendant's Reply to Plaintiffs' Response to Motion for Relief ("Defendant's Reply"), accompanied by 44 separately numbered exhibits.  Additionally, approximately 3,500 pages of documents produced by Defendant's counsel as supplemental initial disclosures were received by Plaintiffs' counsel via express delivery on the morning of Monday, December 12, 2005.  Many of the documents received in the initial disclosures, as well as the exhibits attached to the Defendant's Reply, are potentially relevant to the resolution of the issues posed in the Defendant's Motion to Stay.

3. By order dated December 19, 2005, the Court set January 8, 2006 as the date for Plaintiff to file its response and January 18, 2006 as the date for Defendant to file its reply.

4. Plaintiffs requested an extension of time to respond to Defendant's Motion to Stay until Tuesday, January 24, 2006, so that they could review the documents and pleadings and prepare their response.  On December 21, 2005, pursuant to an unopposed motion, Plaintiffs were granted an extension until January 24, 2006 to respond to the Motion to Stay.

5. Plaintiffs are requesting a second extension of time to respond to Defendant's Motion to Stay Pending Criminal Trial until Friday, February 3, 2006 on or before 1:00 p.m. (MST).

6. Plaintiffs' Counsel requires sufficient time to review the pleadings and documents and will not be able to prepare adequate responses/replies within the allotted time period.  Plaintiffs need additional time to adequately respond to Defendant's Motion to Stay currently due on Tuesday, January 24, 2006.

7.  The undersigned counsel for Plaintiffs has conferred with David N. Geier, Esq., one of Defendant's counsel, who has indicated that he has no objection to the requested extension, provided that Defendant's Reply to Plaintiff's Response to Defendant's Motion to Amend is extended to February 8, 2006 and Defendant's Reply to Plaintiffs' Response to Defendant's Motion to Stay Pending Criminal Trial is likewise extended to Tuesday, February 28, 2006.

WHEREFORE, Plaintiffs pray that the Court:

A.  Extend the time for Plaintiffs to respond to Defendant's Motion to Stay until Friday, February 3, 2006, on or before 1:00 p.m. (MST), Defendants to Reply to Plaintiffs' Response to Motion to Stay to February 28, 2006 and Defendants to Reply to Plaintiffs' Response to Defendant's Motion to Amend to February 8, 2006.

B.  Grant such other and further relief as is just and proper.

DATED this 19th day of January, 2006.

> CHICOINE & HALLETT, P.S.
>
> s/ John M. Colvin
> John M. Colvin
> Darrell D. Hallett
> Chicoine & Hallett, P.S.
> Attorneys for the Plaintiffs Carlos E. Sala
>     and Tina Zanolini-Sala
> 1011 Western Ave. Suite 803
> Seattle WA, 98104
> Telephone: (206) 223-0800
> Facsimile: (206) 467-8170
> Email: jcolvin@chicoine-hallett.com
> Email: dhallett@chicoine-hallett.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2006, I electronically filed PLAINTIFFS' UNOPPOSED MOTION TO SET BRIEFING SCHEDULE REGARDING PENDING MOTIONS using the CM/ECF system, which will send notification to the following:

    Philip Blondin:        Philip.Blondin@usdoj.gov

    Anton. L. Janik, Jr.:  Anton.L.Janik@usdoj.gov, western.taxcivil@usdoj.gov

    David Neil Geier:    david.n.geier@usdoj.gov, western.taxcivil@usdoj.gov

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 19th day of January, 2006.

                                CHICOINE & HALLETT, P.S.

                                s/ John M. Colvin
                                John M. Colvin
                                Darrell D. Hallett
                                Chicoine & Hallett, P.S.
                                Attorneys for the Plaintiffs Carlos E. Sala
                                        and Tina Zanolini-Sala
                                1011 Western Ave. Suite 803
                                Seattle WA, 98104
                                Telephone: (206) 223-0800
                                Facsimile: (206) 467-8170
                                Email: jcolvin@chicoine-hallett.com
                                Email: dhallett@chicoine-hallett.com