# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  05-cv-00636-LTB-OES

CARLOS E. SALA, and
TINA ZANOLINI SALA,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      Plaintiffs have filed an Opposition to Defendant's Motion for Leave to Amend Answer to Assert Additional Defenses (Doc 54 - filed January 17, 2006).  Defendant has **up to and including January 30, 2006** to file a reply.


Dated:  January 20, 2006
_____