**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00636-LTB-OES

CARLOS E. SALA, and
TINA ZANOLINI SALA,

            Plaintiffs,

v.

UNITED STATES OF AMERICA,

            Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


        Plaintiffs' Unopposed Motion to Set Briefing Schedule Regarding Pending Motions (Doc
55 - filed January 19, 2006 is **GRANTED**.  Plaintiffs' response to Defendant's Motion to Stay
is due **February 3, 2006**; Defendant's reply to Plaintiffs' Response is due **February 28, 2006**;
and Defendant's Reply to Plaintiffs' Response to Defendant's Motion to Amend is due
**February 8, 2006**.




Dated:  January 23, 2006
_____