# EXHIBIT A

480.1

*MultiNational Strategies LLC*

**Foreign Exchange Trading Program**

Step 1: An investor is introduced to Deerhurst, a trading concern that specializes in foreign exchange transactions. Deerhurst is willing to enter into short-term arrangements with individuals on an introductory basis at levels lower than their normal minimum size of transactions. In addition, investors may want an understanding of the types of trades Deerhurst utilizes before committing funds for an extended period of time. Deerhurst will enter into a large number of contracts in foreign currencies that might include forwards, futures and option spreads. Deerhurst will also initially leverage the portfolio to trade at two times equity.

Step 2: After a one month trial period, in order to reach the normal minimum investment size as well as maximize the investment returns to the investors, Deerhurst can increase the leverage to 4-1. Due to the risk of this type of leverage, the investor may wish to obtain limited liability on his investment by contributing the portfolio to a Subchapter S Corporation. If the investor agrees to continue at this point, the Deerhurst agreement will stipulate that at Dec. 31, all similar type investments will roll-up into a Deerhurst managed fund, an LLC, if the returns are positive. If the returns are negative, the investors have the option of liquidating their investment or rolling it into the fund

The consolidation of the investments into a fund, besides reaching the Deerhurst minimum investment level, provides additional benefits to the investor via reduced commissions on the trades due to larger size transactions, and also significantly reduces the burden of administering a large number of accounts. The investment in the LLC will be held for a lengthy period of time and is expected to last for five (5) years. If the transactions occur in this manner, it is possible that significant tax benefits could be realized due to the contribution of the option spreads. At year end, there would be a large capital loss created upon the liquidation of the S

DHSala 00000234

Corp. or a large ordinary loss via a liquidation of the option spread out of a lower tier LLC to the Sub S Corporation prior to roll-up.

In order for an investor to proceed, it would require an investment of 10% of the expected capital loss or 15% of the expected ordinary loss. Based upon Deerhurst's past performance and the utilization of a 4-1 leveraging of these investments, these transactions would have returned profits over five years of $14.5 million and $21.7 million on investments of $1 million and $1.5 million respectively. Past performance is not an indicator of future returns however, we would note that Mr. Krieger has never lost money for his investors over the last nine years. Investors should be made aware of the economic risk of this amount of leverage. If a loss of 25% is incurred, the investor would be wiped out at 4-1 leverage. It should be noted that Deerhurst's worst drawdown (period of consecutive losses) over it's 9 year existence is 12%. As such, unless a drawdown that is twice as bad as the worst experience to date is incurred, the capital should be protected.

There will be no upfront fees charged on this transaction by Deerhurst. An ongoing management fee will be charged on a quarterly basis over the term of the transaction (2% of the leveraged asset basis), plus a 20% incentive fee charged against profits earned in the fund. This fee is the same fee charged to other clients of Deerhurst. To the extent someone introduces a client to us, a portion of the management fee will be paid for the introduction if so desired. A tax opinion fee will be separately charged.

If you have any questions concerning the above description, please call me at 212-868-9146.

Sincerely

Michael N. Schwartz
Multi National Strategies
LLC

DHSala 00000235