**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00636-LTB-OES

CARLOS E. SALA and
TINA ZANOLINII SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.
_____

**ORDER**
_____

Upon Defendant's Motion for Leave to Amend Answer to Assert Additional Defenses (Doc 40 - filed December 12, 2005), Plaintiff's response, and Defendant's reply, it is

ORDERED that Defendant's Motion is GRANTED. The tendered Amended Answer is accepted for filing.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                  Lewis T. Babcock, Chief Judge

DATED: February 15, 2006