**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00636-LTB-OES

CARLOS E. SALA and
TINA ZANOLINI SALA,

        Plaintiffs,

    v.

UNITED STATES OF AMERICA,

        Defendant.

_____

PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF RECENT
COURT DECISIONS DENYING GOVERNMENT MOTIONS TO STAY

_____

        Plaintiffs hereby submit this Motion for leave to file the accompanying Notice of Recent Court Decisions Denying a Motion to Stay ("Notice"). Plaintiffs only recently became aware of these decisions, which were entered by the Tax Court and the district court for the Eastern District of Texas.

        In its Memorandum in Support of its Motion to Stay (p. 30), the government indicated that it had sought stays in several civil cases that are "related to" the *United States v. Stein* case, and stated that the failure of this Court to enter a stay would necessarily undermine stay orders granted by other courts. In her declaration in support of the motion to stay, Ms. Shirah Neiman of the U.S. Attorneys Office indicated that all courts which had considered the stay issue had granted stays. (Exhibit

1

2 to Motion to Stay, ¶ 9). Ms. Neiman also stated that a failure to enter the stay would "create a substantial danger that the stays entered by the Court in the Northern District of California, the Tax Court and other courts will be circumvented and frustrated." (Exhibit 2 to Motion to Stay, ¶ 10).

On December 13, 2005, the Tax Court denied the government's motion to stay in *Tucker v. Commissioner*, Tax Court Docket Number 12307-04, an SOS case promoted by KPMG and Diversified (identified in pleadings by the *Stein* defendants as unindicted coconspirator "CC-10" in the Superseding Indictment in *Stein*). A copy of the Tax Court's order is attached as Exhibit A to the accompanying Notice. The government made most, if not all, of the same arguments in *Tucker* as it has made in this case. A copy of the government's Motion to Stay is attached as Exhibit B, and its Supplemental Memorandum in Support of Respondent's Motion to Stay Proceedings is attached as Exhibit C. The Tax Court denied the motion despite the government's assertion that several potential witnesses had claimed the Fifth Amendment in other cases, and at least one KPMG partner made clear that he would take the Fifth Amendment if compelled to testify in the *Tucker* case. As set out in the Tax Court's order, trial in the *Tucker* case is scheduled for September 6, 2006, a week prior to the trial date in the *Stein* criminal case.

On January 11, 2006, while it considered the matter a close case, the district court for the Eastern District of Texas entered an order conditionally granting the government's motion to stay in a BLIPS case, *Klamath Strategic Investment Fund, LLC v United States*, E.D. Tex, Docket No. 04-cv-00278. A copy of its initial ruling is set

2

out as Exhibit D to the accompanying Notice. On February 9, 2006, after it learned that the Tax Court was permitting *Tucker* and other KPMG-related cases to proceed, the district court reversed itself because one of the principal reasons underlying its grant of the stay (other courts had stayed similar cases) was no longer applicable, and denied the government's motion for stay. A copy of the *Klamath* court's February 9, 2006 ruling is attached is attached as Exhibit E to the accompanying Notice.

Pursuant to D.C.COLO.LCivR. 7.1(a), the undersigned counsel for Plaintiffs certifies that he attempted in good faith to reach agreement with counsel for Defendant United States regarding the matters raised in this Motion, but was unable to do so.

WHEREFORE, Plaintiffs respectfully request this Court grant their Motion for leave to file the accompanying Notice of Recent Court Decisions Denying a Motion to Stay.

DATED this 17th day of February, 2006.

CHICOINE & HALLETT, P.S.

s/ John M. Colvin
Darrell D. Hallett
John M. Colvin
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
    and Tina Zanolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email: dhallett@chicoine-hallett.com
       jcolvin@chicoine-hallett.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2006, I electronically filed PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF RECENT COURT DECISIONS DENYING GOVERNMENT MOTIONS TO STAY using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| David N. Geier | David.N.Geier@usdoj.gov |
| Philip Blondin: | Philip.Blondin@usdoj.gov |
| Anton. L. Janik, Jr.: | Anton.L.Janik@usdoj.gov |

I declare under the penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 17th day of February, 2006.

CHICOINE & HALLETT, P.S.

s/ John M. Colvin
John M. Colvin
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
      and Tina Zanolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email: dhallett@chicoine-hallett.com
            jcolvin@chicoine-hallett.com

4