**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00636-LTB-OES

CARLOS E. SALA and
TINA ZANOLINI SALA,

      Plaintiffs,

    v.

UNITED STATES OF AMERICA,

      Defendant.

_____

NOTICE OF RECENT COURT DECISIONS DENYING
GOVERNMENT MOTIONS TO STAY

_____

The following orders and pleadings relating to stay motions are attached for the court's reference:

A.    Order dated December 13, 2005 in *Keith A. and Laura B. Tucker v. Commissioner*, Tax Court Docket No. 12307-04, denying government's motion to stay.

B.    Respondent's Motion for Stay of Proceedings, dated May 31, 2005, in *Keith A. and Laura B. Tucker v. Commissioner*, Tax Court Docket No. 12307-04.

C.    Respondent's Supplemental Memorandum in Support of Respondent's Motion for Stay of Proceedings, dated October 21, 2005, in *Keith A. and Laura B. Tucker v. Commissioner*, Tax Court Docket No. 12307-04.

D. Memorandum Opinion and Order, dated January 10, 2006, in *Klamath Strategic Investment Fund, LLC v. United States*, E.D. Tex. 04-cv-278, conditionally granting the United States' Motion to Stay.

E. Order, dated February 9, 2006, in *Klamath Strategic Investment Fund, LLC v. United States*, E.D. Tex. 04-cv-278, vacating January 10, 2006 Order granting a stay, and denying the United States' Motion for Stay.

DATED this 17th day of February, 2006.

                                        CHICOINE & HALLETT, P.S.

                                        s/ John M. Colvin
                                        Darrell D. Hallett
                                        John M. Colvin
                                        Chicoine & Hallett, P.S.
                                        Attorneys for the Plaintiffs Carlos E. Sala
                                              and Tina Zanolini-Sala
                                        1011 Western Ave. Suite 803
                                        Seattle WA, 98104
                                        Telephone: (206) 223-0800
                                        Facsimile: (206) 467-8170
                                        Email: dhallett@chicoine-hallett.com
                                                      jcolvin@chicoine-hallett.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2006, I electronically filed PLAINTIFFS' NOTICE OF RECENT COURT DECISIONS DENYING GOVERNMENT MOTIONS TO STAY using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| David N. Geier | David.N.Geier@usdoj.gov |
| Philip Blondin: | Philip.Blondin@usdoj.gov |
| Anton. L. Janik, Jr.: | Anton.L.Janik@usdoj.gov |

I declare under the penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 17th day of February, 2006.

CHICOINE & HALLETT, P.S.

s/ John M. Colvin
John M. Colvin
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
       and Tina Zanolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email: dhallett@chicoine-hallett.com
           jcolvin@chicoine-hallett.com