# EXHIBIT A

# UNITED STATES TAX COURT

WASHINGTON, DC 20217

| | |
|---|---|
| KEITH A. AND LAURA B. TUCKER, ) | |
| ) | |
| Petitioners ) | |
| ) | |
| v. ) | Docket No. 12307-04. |
| ) | |
| COMMISSIONER OF INTERNAL REVENUE, ) | |
| ) | |
| Respondent ) | |

## O R D E R

On June 1, 2005, the Court filed respondent's Motion for Stay of Proceedings. Upon due consideration, it is

ORDERED that respondent's motion for stay of proceedings as supplemented is denied. It is further

ORDERED that this case is calendared for trial at a Special Trial Session of the Court beginning on September 6, 2006, at 10:00 a.m. in the Tax Court Electronic (North) Courtroom, Third Floor, 400 Second Street, Northwest, Washington, DC 20217. It is further

ORDERED that the parties and/or counsel who will be using the equipment in the Electronic (North) Courtroom shall complete a Technology Equipment Request Form, a copy of which is attached, and fully comply with all directions and deadlines specified on that form. Parties and/or counsel who fail to timely submit the Technology Equipment Request Form, and persons who fail to schedule and complete required training, will not be permitted to use the equipment.

(Signed) David Laro
David Laro
Judge

Dated: Washington, D.C.
December 13, 2005