# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

KLAMATH STRATEGIC INVESTMENT §
FUND, LLC, by and through ST. CROIX §
VENTURES, LLC, §
      Plaintiff, §
       § CIVIL ACTION NO. 5:04-CV-278 (TJW)
v. § (consolidated with Civil Action No. 5-04-CV-
       § 279)
UNITED STATED OF AMERICA, §
      Defendant.

## ORDER

On January 11, 2006, this Court granted a conditional stay in this case. Since that time, this Court has determined that Tax Courts have refused to grant stays in various cases that are more related to the criminal case, *United States v. Stein*, than this one. In fact, one un-stayed case, *Tucker v. Commissioner*, No. 12307-04, is set for trial one week before the related criminal case.

The government made many, if not all, of the same arguments in these Tax Court cases that it made before this Court in support of its motion to stay. The Tax Court denied the motions to stay despite the government's assertion that KPMG is directly involved in the *Tucker* and *Stein* cases, several participants had already claimed the protection of the Fifth Amendment in other cases, and at least one KPMG partner made clear that he would seek protection under the Fifth Amendment if forced to testify in the *Tucker* case.

The facts, and more importantly, the participants, are more attenuated from the *Stein* case here than they are in the *Tucker* case. Moreover, in light of the Tax Courts' decision to allow their cases to proceed, one of the principle reasons for granting a conditional stay in this case no

longer applies.  Accordingly, the Court vacates its order of January 11, 2006 (#42) and hereby

denies the Government's Motion for a Stay (#27) without prejudice to filing the same.