**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00636-LTB-OES

CARLOS E. SALA, and
TINA ZANOLINI SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiffs have filed a Motion for Leave to File Notice of Recent Court Decisions Denying Government Motions to Stay (Doc 68 - filed February 17, 2006). Defendant has **up to and including March 14, 2006** to file a response.

Dated: February 22, 2006
_____