IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-MEH

CARLOS E. SALA, and
TINA ZANOLINI SALA,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF RECUSAL

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

    Soon after the initiation of this lawsuit, this matter was referred to Magistrate Judge O. Edward Schlatter by Order of the District Court. Upon Magistrate Judge Schlatter's retirement, the case has been reassigned to me. Previous to my appointment to the federal bench, I was employed as the Chief of the Civil Division in the United States Attorney's Office. While attorneys working in the Civil Division of the office of the United States Attorney for the District of Colorado (USAO) are not listed as counsel of record herein, this matter was opened as a pending case in the USAO, and was assigned to a civil Assistant United States Attorney, and I had involvement in a supervisory capacity in providing a defense in this matter in my position as Chief of the Civil Division.

    Pursuant to 28 U.S.C. §455(b)(3), a Magistrate Judge shall disqualify himself under the following circumstances:

> Where he has served in governmental employment and in such
> capacity participated as counsel, adviser or material witness
> concerning the proceeding or expressed an opinion concerning the
> merits of the particular case in controversy.

Some case law has construed Section 455(b)(3) as requiring recusal of former supervisory

Assistant U.S. Attorneys for cases that were handled by such supervisors' subordinates while such supervisors held that office. Consistent with this case law, I hereby recuse myself from service in this matter. I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another Magistrate Judge.

DATED at Denver, Colorado, this 24th day of February, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge