

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

February 24, 2006

SEE NOTICE OF ELECTRONIC FILING

Re: Carlos E. Sala, et al. v. United States of America
Civil Action Number: 05-cv-00636-LTB-PAC

Dear Counsel:

Pursuant to the Order of Recusal of Magistrate Judge Michael E. Hegarty, the above referenced case has been reassigned to Magistrate Judge Patricia A. Coan.

All future pleadings should reference the new magistrate judge designated at the end of the civil action number as shown above.

Thank you for your cooperation in this matter.

Very truly yours,
GREGORY C. LANGHAM, CLERK

By: s/ Bonnie McCarty, Deputy Clerk

cc: Chief Judge Lewis T. Babcock
Magistrate Judge Patricia A. Coan

(Rev. 10/02)