# EXHIBIT A



REFCO CAPITAL MARKETS, LTD.  
SUITE 542  
48 PAR-LA-VILLE ROAD  
HAMILTON HM 11  
BERMUDA

TELEPHONE: (441) 295-6960  
TELEX: 421249

CARLOS SALA/ BECKENHAM  
2424 GINNY WAY  
LAFAYETTE CO  
80026

10/25/00

## CUSTOMER CONFIRMATION

COURTESY OF RCMISL

```
FOR ACCOUNT OF   : SALA, CARLOS/BECKENHAM
ACCOUNT NUMBER   : 004160-00000          PRICE       : 156.5425
SEQUENCE NUMBER  : 3444539
TRADE DATE       : 10/25/2000
VALUE DATE       : 10/27/2000
```

As principal we confirm having sold to you  
          2,078,101.69 Japanese Yen

In exchange for  
          13,275.00 Pound Sterling

On value date 10/27/2000  
We will receive             13,275.00 Pound Sterling

We will deliver             2,078,101.69 Japanese Yen

DHSala 00001437

THIS CONFIRMATION DOES NOT REQUIRE AN AUTHORIZED SIGNATURE. SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE. ANY ERROR OR DISCREPANCY MUST BE REPORTED TO REFCO CAPITAL MARKETS IN WRITING IMMEDIATELY. FAILURE TO SO REPORT IS DEEMED AN UNQUALIFIED ACCEPTANCE OF THIS CONFIRMATION.



REFCO CAPITAL MARKETS, LTD.  
SUITE 542  
48 PAR-LA-VILLE ROAD  
HAMILTON HM 11  
BERMUDA  

TELEPHONE: (441) 295-6960  
TELEX: 421249  

```
CARLOS SALA/ BECKENHAM                                    10/25/00
2424 GINNY WAY
LAFAYETTE CO
80026
```

### CUSTOMER CONFIRMATION

COURTESY OF RCMISL

```
FOR ACCOUNT OF   : SALA, CARLOS/BECKENHAM
ACCOUNT NUMBER   : 004160-00000        PRICE            : 156.4275
SEQUENCE NUMBER  : 3444477
TRADE DATE       : 10/25/2000
VALUE DATE       : 10/27/2000
```

As principal we confirm having bought from you  
    2,076,575.06 Japanese Yen

In exchange for  
    13,275.00 Pound Sterling

On value date 10/27/2000  
We will receive           2,076,575.06 Japanese Yen

We will deliver           13,275.00 Pound Sterling

DHSala 00001435

THIS CONFIRMATION DOES NOT REQUIRE AN AUTHORIZED SIGNATURE. SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.  
ANY ERROR OR DISCREPANCY MUST BE REPORTED TO REFCO CAPITAL MARKETS IN WRITING IMMEDIATELY.  
FAILURE TO SO REPORT IS DEEMED AN UNQUALIFIED ACCEPTANCE OF THIS CONFIRMATION.



REFCO CAPITAL MARKETS, LTD.  
SUITE 542  
48 PAR-LA-VILLE ROAD  
HAMILTON HM 11  
BERMUDA

TELEPHONE: (441) 295-6960  
TELEX: 421249

CARLOS SALA/ BECKENHAM  
2424 GINNY WAY  
LAFAYETTE CO  
80026

10/25/00

## CUSTOMER CONFIRMATION

COURTESY OF RCMISL

```
FOR ACCOUNT OF   : SALA, CARLOS/BECKENHAM
ACCOUNT NUMBER   : 004160-00000        TRADE DATE      : 10/25/2000
SEQUENCE NUMBER  : 3445858              SETTLEMENT DATE : 10/27/2000
```

We confirm having SOLD to you a EUROPEAN style CALL option on  
Swiss Franc AGAINST US Dollar, as follows:  
You have the right to BUY from us:  
    3,495,750.00 Swiss Franc  
In Exchange for:  
    2,212,500.00 US Dollar  
AT A STRIKE PRICE OF:    1.58  
OPTION EXPIRATION:       24Oct01  
SETTLEMENT OF EXERCISE:  2 BUSINESS DAYS AFTER EXERCISE  
You pay us a total Premium in our favor:         36,838.00  US Dollar

This transaction is confirmed according to the specifications below:  
THIS DEAL WAS DONE WITH REFCO CAPITAL MARKETS, LTD. ("FX"), AS PRINCIPAL. UNLESS  
OTHERWISE AGREED, UPON PAYMENT OF THE PREMIUM, OPTIONS SOLD DESCRIBED HEREIN  
WILL AUTOMATICALLY BE NETTED, IN WHOLE OR IN PART, AGAINST OPTIONS PURCHASED BY  
FX OR COUNTERPARTY, AS APPLICABLE, WHICH HAVE IDENTICAL CURRENCY, EXPIRATION  
DATE AND TIME, OPTION TYPE, STYLE, AND STRIKE PRICE; ONLY THE NETTED CURRENCY  
AMOUNTS SHALL BE OPEN FOR EXERCISE.  OPTIONS EXPIRATION SHALL BE AT 10:00 A.M.  
NEW YORK TIME UNLESS OTHERWISE AGREED.  YOUR FAILURE TO RETURN A CONFIRMATION  
DOES NOT ALTER THE VALIDITY OF THE OPTION DESCRIBED ABOVE; AND, IN THE EVENT YOU  
FAIL TO RETURN A CONFIRMATION WITHIN THREE BUSINESS DAYS, WE WILL CONSIDER THE  
ABOVE DETAILS TO BE ACCURATE. THIS SYSTEM GENERATED CONFIRMATION DOES NOT  
REQUIRE OUR SIGNATURE.  THIS TRADE IS SUBJECT TO ALL APPLICABLE LAWS AND  
REGULATIONS.  
PLEASE SIGN AND RETURN A COPY OF THIS CONFIRMATION: _____  
                                                                            AUTHORIZED SIGNATURE

DHSala 00001446

THIS CONFIRMATION DOES NOT REQUIRE AN AUTHORIZED SIGNATURE. SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.  
ANY ERROR OR DISCREPANCY MUST BE REPORTED TO REFCO CAPITAL MARKETS IN WRITING IMMEDIATELY.  
FAILURE TO SO REPORT IS DEEMED AN UNQUALIFIED ACCEPTANCE OF THIS CONFIRMATION.



**REFCO CAPITAL MARKETS, LTD.**
SUITE 542
48 PAR-LA-VILLE ROAD
HAMILTON HM 11
BERMUDA

TELEPHONE: (441) 295-6960
TELEX: 421249

```
CARLOS SALA/ BECKENHAM                           10/25/00
2424 GINNY WAY
LAFAYETTE CO
80026
```

### CUSTOMER CONFIRMATION

COURTESY OF RCMISL

```
FOR ACCOUNT OF   : SALA, CARLOS/BECKENHAM
ACCOUNT NUMBER   : 004160-00000       TRADE DATE      : 10/25/2000
SEQUENCE NUMBER  :  3445581           SETTLEMENT DATE : 10/26/2000
```

We confirm having BOUGHT from you a EUROPEAN style CALL option on
Swiss Franc AGAINST US Dollar, as follows:
We  have the right to BUY from you:
        3,495,750.00 Swiss Franc
In Exchange for:
        2,212,500.00 US Dollar
AT A STRIKE PRICE OF:       1.58
OPTION EXPIRATION:          24Oct01
SETTLEMENT OF EXERCISE:     2 BUSINESS DAYS AFTER EXERCISE
We pay you a total Premium in your favor:          41,595.00   US Dollar

This transaction is confirmed according to the specifications below:
THIS DEAL WAS DONE WITH REFCO CAPITAL MARKETS, LTD. ("FX"), AS PRINCIPAL. UNLESS
OTHERWISE AGREED, UPON PAYMENT OF THE PREMIUM, OPTIONS SOLD DESCRIBED HEREIN
WILL AUTOMATICALLY BE NETTED, IN WHOLE OR IN PART, AGAINST OPTIONS PURCHASED BY
FX OR COUNTERPARTY, AS APPLICABLE, WHICH HAVE IDENTICAL CURRENCY, EXPIRATION
DATE AND TIME, OPTION TYPE, STYLE, AND STRIKE PRICE; ONLY THE NETTED CURRENCY
AMOUNTS SHALL BE OPEN FOR EXERCISE.  OPTIONS EXPIRATION SHALL BE AT 10:00 A.M.
NEW YORK TIME UNLESS OTHERWISE AGREED.  YOUR FAILURE TO RETURN A CONFIRMATION
DOES NOT ALTER THE VALIDITY OF THE OPTION DESCRIBED ABOVE; AND, IN THE EVENT YOU
FAIL TO RETURN A CONFIRMATION WITHIN THREE BUSINESS DAYS, WE WILL CONSIDER THE
ABOVE DETAILS TO BE ACCURATE. THIS SYSTEM GENERATED CONFIRMATION DOES NOT
REQUIRE OUR SIGNATURE.  THIS TRADE IS SUBJECT TO ALL APPLICABLE LAWS AND
REGULATIONS.
PLEASE SIGN AND RETURN A COPY OF THIS CONFIRMATION: _____
                                                    AUTHORIZED SIGNATURE

DHSala 00001442

THIS CONFIRMATION DOES NOT REQUIRE AN AUTHORIZED SIGNATURE. SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.
ANY ERROR OR DISCREPANCY MUST BE REPORTED TO REFCO CAPITAL MARKETS IN WRITING IMMEDIATELY.
FAILURE TO SO REPORT IS DEEMED AN UNQUALIFIED ACCEPTANCE OF THIS CONFIRMATION.