# EXHIBIT

# E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

      -against-

S1 05 Crim. 0888 (LAK)

JEFFREY STEIN, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 2/1/06

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Defendants are advised that, subject to evidence suggesting a different result, the Court may be more inclined to find that a plea of guilty entered prior to June 15, 2006 would permit the government to avoid preparing for trial with respect to the pleading defendant and permit both the court and the government to allocate their resources efficiently, *see* U S S G. § 3E1.1(b), than a guilty plea entered subsequent to that date.

      SO ORDERED

Dated: February 1, 2006

Lewis A. Kaplan
United States District Judge