# EXHIBIT J

# In the United States Court of Federal Claims

No. 05-999T
(Filed: February 22, 2006)

```
*************************************
EPSOLON LIMITED,                    *
                                    *
            Plaintiff,              *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
*************************************
```

### ORDER

On January 13, 2006, Defendant filed a Motion to Suspend Proceedings in this case. The Motion is hereby **GRANTED**. Accordingly:

(i) This case is stayed until further notice of the Court, and;

(ii) No later than **May 22, 2006, and every 3 months thereafter**, Defendant shall file a status report regarding the progress of the ongoing criminal investigation and the criminal case in the Southern District of New York. On motion, any status report or portion thereof may be given *in camera* or filed under seal, if necessary.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge