# EXHIBIT K

480.1

FEB-10-2006 09:58                                                                P.07

Case 5:04-cv-00278-TJW   Document 56-10   Filed 02/24/2006   Page 1 of 1

# UNITED STATES TAX COURT

WASHINGTON, DC 20247

| | |
|---|---|
| BESICORP GROUP, INC. & SUBSIDIARIES, ) ) ) | |
| Petitioner ) ) ) | Docket No. 5785-05. |
| v. ) ) | |
| COMMISSIONER OF INTERNAL REVENUE, ) ) | |
| Respondent | |

## O R D E R

Upon due consideration of petitioner's Motion for Sealing of Papers Relating to Motion For Stay of Proceedings, filed December 29, 2005, it is

ORDERED that petitioner's Motion for Sealing of Papers Relating to Motion For Stay of Proceedings, filed December 29, 2005, is granted, in that the petitioner's Supplement to Petitioner's Motion for Stay of Proceedings, filed December 29, 2005, is sealed, and shall not be opened unless so directed by the Chief Judge or a Judge of this Court to whom this case may be assigned. It is further

ORDERED that the parties and their counsel are hereby directed to treat the sealed Supplement to Petitioner's Motion for Stay of Proceedings in a manner consonant with it being placed under seal, and any information obtained therefrom shall not be disseminated in any manner inconsistent with the intent of this Order. It is further

ORDERED that petitioner's Motion for Stay of Proceedings, as supplemented, is granted; all proceedings in this case are stayed. It is further

ORDERED that the petitioner shall, on or before June 27, 2006 file with the Court a written report on the then-present status of the proceedings in the Southern District of New York.

(Signed) Joel Gerber

Joel Gerber
Chief Judge

Dated: Washington, D.C.
       January 19, 2006

**Klamath v. US, 5:04-cv-278-TJW:**
**US Motion to Reconsider Order Denying Stay- Exhibit I**