IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00636-LTB-PAC

CARLOS E. SALA, and
TINA ZANOLINI SALA,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Final Pretrial Conference set for February 9, 2007 is *vacated and reset* to **February 8, 2007 at 9:00 a.m.**, in Courtroom A501.

    IT IS **FURTHER ORDERED** that on or before **March 17, 2006** each party shall submit a further Supplemental Confidential Settlement Statement advising the Court of any changes in the status of the case and of the party's current settlement position.  Upon receipt of the Supplemental Confidential Settlement Statements, the Court may enter further orders regarding the scheduling of a settlement conference.

Dated:  March 3, 2006