IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and<br>TINA ZANOLINI SALA,<br><br>   Plaintiffs,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | )<br>)<br>) 05-cv-00636-LTB-PAC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUPPLEMENTAL NOTICE OF DECISION

  The United States of America, by and through its undersigned attorneys, hereby submits a supplemental notice of decision related to a case discussed in the United States' response to plaintiffs' Motion for Leave to File Notice of Recent Court Decisions filed February 28, 2006.

  As noted in the United States' response at 15, the United States moved to reconsider the order denying stay in the case *Klamath v. United States*. On March 7, 2006, the Court issued a denial of that motion to reconsider, without a written opinion. That Order is attached hereto as Exhibit A.

/

/

/

/

/

/

1441990.1

Dated this 8th day of March, 2006.

WILLIAM J. LEONE
Acting United States Attorney
MARK S. PESTAL
Assistant United States Attorney

<u>/s/ Anton L. Janik, Jr.</u>
DAVID N. GEIER
ANTON L. JANIK, JR. CO#35164
PHILIP E. BLONDIN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 616-3448
Facsimile:   (202) 307-0054
Anton.L.Janik@usdoj.gov

Street Address:

Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20001

1441990.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 8, 2006, I electronically filed the foregoing Supplemental Notice of Decision with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com
jcolvin@chicoine-hallett.com
david.n.geier@usdoj.gov
anton.l.janik@usdoj.gov
philip.blondin@usdoj.gov

/s/ Anton L. Janik, Jr.
ANTON L. JANIK, JR.
U.S. Department of Justice
Tax Division

1441990.1