### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| KLAMATH STRATEGIC INVESTMENT FUND, LLC, by and through ST. CROIX VENTURES, LLC, | § § § |
| Plaintiff, | § |
| | § CIVIL ACTION NO. 5:04-CV-278 (TJW) |
| v. | § (consolidated with Civil Action No. 5-04-CV- |
| | § 279) |
| UNITED STATED OF AMERICA, | § |
| Defendant. | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Defendant's Motion for Reconsideration (#56).  The Court has

carefully considered the parties' written submissions and hereby denies Defendant's Motion.

SIGNED this  7th  day of March, 2006.

_T. John Ward_

T. JOHN WARD
UNITED STATES DISTRICT JUDGE

GOVERNMENT
EXHIBIT
A