IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-PAC

CARLOS E. SALA and
TINA ZANOLINI SALA,

       Plaintiffs,

  v.

UNITED STATES OF AMERICA,

       Defendant.
_____

PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S
FIRST AFFIRMATIVE DEFENSE
_____

Pursuant to Fed.R.Civ.P. 12(f), Plaintiffs hereby submit this Motion to strike Defendant's First Affirmative Defense in the Amended Answer on the grounds that the allegations of fraud fail to comply with the particularity requirement of Fed.R.Civ.P. 9(b) and that the requisite fraudulent intent has not been properly alleged. The accompanying legal memorandum more fully sets out the legal grounds in support of this motion.

Pursuant to D.C.Colo.LCivR. 7.1(A), the parties have conferred, and Defendant opposes this motion.

WHEREFORE, Plaintiffs respectfully request this Court Strike Defendant's First Affirmative Defense in the Amended Answer.

DATED this 8th day of March, 2006.

                                                CHICOINE & HALLETT, P.S.

                                                s/ John M. Colvin
                                                Darrell D. Hallett
                                                John M. Colvin
                                                Chicoine & Hallett, P.S.
                                                Attorneys for the Plaintiffs Carlos E. Sala
                                                     and Tina Zanolini-Sala
                                                1011 Western Ave. Suite 803
                                                Seattle WA, 98104
                                                Telephone: (206) 223-0800
                                                Facsimile: (206) 467-8170
                                                Email: dhallett@chicoine-hallett.com
                                                         jcolvin@chicoine-hallett.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2006, I electronically filed PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S FIRST AFFIRMATIVE DEFENSE using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| David N. Geier | David.N.Geier@usdoj.gov |
| Philip Blondin: | Philip.Blondin@usdoj.gov |
| Anton. L. Janik, Jr.: | Anton.L.Janik@usdoj.gov |

I declare under the penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 8th day of March, 2006.

CHICOINE & HALLETT, P.S.

s/ John M. Colvin
John M. Colvin
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
    and Tina Zanolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email: dhallett@chicoine-hallett.com
    jcolvin@chicoine-hallett.com