**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00636-LTB-PAC

CARLOS E. SALA, and
TINA ZANOLINI SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Plaintiffs have filed a Motion to Strike Defendant's First Affirmative Defense (Doc 76 - filed March 8, 2006).  Defendant has **up to and including March 29, 2006** to file a response. Plaintiffs have **up to and including April 8, 2006** to file a reply.

Dated:  March 9, 2006
_____