IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00636-LTB-PAC

CARLOS E. SALA, and
TINA ZANOLINI SALA,

      Plaintiff(s),

v.

UNITED STATES OF AMERICA,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
March 13, 2006

      IT IS HEREBY **ORDERED** that defendant the United States Motion for Relief under Fed. R. Civ. P. 56(f) with Respect to Plaintiff's Motion for Partial Summary Judgment, Doc. # 18 is granted.  Defendant's response to Plaintiffs' Motion for Partial Summary Judgment Doc. # 5 is to be filed no later than **November 1, 2006**.