IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS  T. BABCOCK, CHIEF JUDGE

Civil Action No. 05-cv-00636-LTB-PAC

CAROLS E. SALA and
TINA ZANOLINI SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

## ORDER
_____

      A hearing was held in Court today on a motion by defendant United States of America ("Government") to stay this civil proceeding pending the disposition of the criminal case *United States v. Stein,* Indictment No. S1 05 cr. 888 (LAK) (SDNY), currently pending in the Southern District of New York.

      I adopt the findings of fact and conclusions of law I stated during the hearing, and issue the following Order:

      1) The Government's Motion for Stay Pending Related Criminal Trial (Docket # 46) is DENIED;

      2) Document discovery shall continue in this case according to the Scheduling Order of October 21, 2005;

      3) Depositions of any party not a defendant in *Stein,* and of any party not invoking Fifth Amendment rights not to testify in *Stein,* shall proceed according to the Scheduling Order of

October 21, 2005;

    4) Depositions in this case are subject to a Protective Order, that there is no disclosure of deposition testimony to any defendant or defense counsel in *Stein,* or to any Government attorney in *Stein;* and

    5) In all other respects, discovery in this case shall adhere to the Scheduling Order of October 21, 2005, subject to reconsideration for good cause.

**DONE and ORDERED,** this   23rd   day of March, 2006 at Denver, Colorado.

                                                       s/Lewis T. Babcock
                                                United States District Chief Judge