IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE LEWIS T. BABCOCK

_____

| | | |
|---|---|---|
| Courtroom Deputy: | Deborah Hansen | Date:   March 23, 2006 |
| Court Reporter: | Gwen Daniel | |

_____

Civil Case No.  05-cv-00636-LTB-PAC                *Counsel:*

CARLOS E. SALA, and                                              Darrell D. Hallett
TINA ZANOLINA SALA,

Plaintiffs,

v.

UNITED STATES OF AMERICA,                             David N. Geier
                                                                              Anton L. Janik, Jr.
Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - MOTION TO STAY

09:43 a.m.     Court in Session

Appearances

Court's comments

09:44  Argument by Mr. Geier

10:33  Argument by Mr. Hallett

11:10  Court's findings and conclusions entered on the record

**ORDERED:   The Government's motion to stay pending related criminal trial (Doc 46) is DENIED.**

1

**ORDERED:** **Adhering to the Scheduling Order, document discovery, including interrogatories, requests for production and requests for admissions will proceed according to that schedule.**

**ORDERED:** **Depositions of any party not a defendant in *Stein* or pleading the Fifth Amendment privilege as a result of that case, can proceed, including the Plaintiff's deposition. The depositions are subject to a PROTECTIVE ORDER that there be no disclosure of any such deposition testimony to any defendant or defense counsel in *Stein* and no disclosure of any such discovery to the Government prosecutors in *Stein*.**

The Court will enter a written order which will incorporate by reference the Court's findings and conclusions entered upon the record.

11:27 a.m.   Court in Recess
             Hearing concluded
             Time: one hour and 39 minutes