IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-OES

CARLOS E. SALA and
TINA ZANOLINI SALA,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

---

ORDER GRANTING MOTION BY THE UNITED STATES
TO RECONSIDER ORDER DENYING STAY

---

Upon motion of defendant United States of America, and for good cause shown, it is hereby ORDERED that:

    1.    The defendant's Motion to Reconsider (Docket No. 46) the Court's March 23, 2006 Order Denying Stay Pending Related Criminal Trial (Docket No. 82) is Granted, subject only to the exceptions contained herein;

    2.    All discovery related deadlines and all hearing and trial dates are postponed pending further order of the Court;

    3.    The parties shall continue to conduct document discovery of parties and third parties; and

1463579.1

4. The United States shall submit quarterly status reports beginning on _____, 200\_ setting forth any changes or significant developments regarding the status of *United States v. Stein*.

Dated this \_\_\_\_ day of _____, 200\_.

BY THE COURT:

_____
LEWIS T. BABCOCK
Chief Judge

1463579.1