**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00636-LTB-PAC

CARLOS E. SALA, and
TINA ZANOLINI SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Defendant has filed a Motion to Reconsider Order Denying Stay and Entering a Protective Order (Doc 86 - filed May 11, 2006). Plaintiffs have **up to and including May 22, 2006** to file a response.

Dated: May 12, 2006
_____