# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-00636-LTB

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

## DECLARATION OF DARRELL D. HALLETT

I, Darrell D. Hallett, declare and state the following under penalty of perjury:

    1.    I am one of the attorneys representing Plaintiffs in the above-captioned matter. I am over 18 years of age and competent to make this declaration and do so from personal knowledge.

    2.    Prior to the filing of Defendant's Motion for Reconsideration, I had several discussions with Defendant's counsel, David Geier, via telephone and e-mail regarding discovery scheduling and issues.

    3.    I never had a discussion with Defendant's counsel regarding the intent to file a Motion for Reconsideration and the Motion was never mentioned in the communications I did have.

DECLARATION OF DARRELL D. HALLETT - 1

4. In the discussions referred to in paragraph 2, I indicated my willingness to cooperate with the government in obtaining key documents from witnesses. We have made every effort to cooperate with the government and expedite the scheduling of depositions. We have also encouraged the government to schedule the deposition of Plaintiff and other key witnesses.

5. The government served subpoenas for production of documents and testimony in June, 2006, on Michael Schwartz, Andrew Krieger, and their respective firms.

6. Mr. Schwartz and Mr. Krieger are key witnesses in this case in that they played the primary role in structuring and managing the transactions at issue.

7. I have spoken with Mr. Schwartz and Mr. Krieger's attorney, Alan Thomas, both of whom have indicated the witnesses will testify and produce documents. Neither indicated they intended to take the Fifth Amendment.

8. We had previously obtained Mr. Schwartz's documents related to the transactions at issue and have forwarded them to the government.

9. To date, I have not had any communication with any of the *Stein* defendants or their counsel, and I do not plan to do so. None have attempted to contact me.

DECLARATION OF DARRELL D. HALLETT - 2

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 22nd day of May 2006.

    _s/Darrell D. Hallett____
    Darrell D. Hallett

DECLARATION OF DARRELL D. HALLETT - 3