# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-00636-LTB

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

## DECLARATION OF JOHN M. COLVIN

I, John M. Colvin, declare and state the following under penalty of perjury:

    1.    I am one of the attorneys representing Plaintiffs in the above-captioned matter. I am over 18 years of age and competent to make this declaration and do so from personal knowledge.

    2.    I was out of the office on Friday, April 28, 2006, attending a CLE course in Boise, Idaho.

    3.    During a break in the CLE program, I was advised by Connie Tang, an administrative assistant in our office, that Defendant's counsel, David Geier, had called our offices

DECLARATION OF JOHN M. COLVIN - 1

on Friday, April 28, 2006 regarding the government's intent to file a Motion for Reconsideration, and had asked to speak to Darrell Hallett or me.

4. When I returned to the office on Monday, May 1, 2006, I returned Mr. Geier's call, and indicated that I was responding to his April 28, 2006 telephone call for Mr. Hallett or me. Mr. Geier indicated that he had already discussed the matter he had called about with Darrell Hallett, my co-counsel. He described the subject matter of his conversation with Mr. Hallett as having related to an extension of time to respond to certain written discovery.

5. I never had any other conversation with Defendant's counsel regarding the government's intent to file a Motion for Reconsideration.

6. To date, I have not had any communication with the *Stein* defendants or their counsel regarding the *Sala* case.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 22nd day of May 2006.

                                                ___s/ John M. Colvin__
                                                John M. Colvin

DECLARATION OF JOHN M. COLVIN - 2