# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-00636-LTB

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

## DECLARATION OF CONNIE J. TANG

I, Connie J. Tang, declare and state the following under penalty of perjury:

    1.    I am over 18 years of age and competent to make this declaration and do so from personal knowledge.

    2.    I am an administrative assistant for Plaintiffs' counsel's office, Chicoine & Hallett, P.S. I am the administrative assistant with primary responsibility for filing and other administrative matters with respect to the *Sala* case.

DECLARATION OF CONNIE J. TANG - 1

3. On Friday, April 28, 2006, David Geier, counsel for Defendant, called our office and requested to speak to either Darrell Hallett or John Colvin. Mr. Geier stated that the subject matter of the call was a proposed Motion for Reconsideration.

4. I informed Mr. Geier that both Darrell Hallett and John Colvin were out of the office, but I would give them the message regarding the government's intent to file a Motion for Reconsideration and its request to speak to Plaintiffs' counsel prior to filing the Motion.

5. I relayed the message to both Darrell Hallett and John Colvin, and John Colvin returned Mr. Geier's call the following Monday, May 1, 2006.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 22nd day of May 2006.

                                                        __s/ Connie J. Tang_____
                                                       Connie J. Tang