IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No. 05-cv-00636-LTB-PAC

CAROLS E. SALA and
TINA ZANOLINI SALA,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**ORDER**
_____

    Defendant United States of America ("United States") files this motion to reconsider this Court's Order denying the Government's Motion for a Stay and Entering a Protective Order, or in the alternative to lift the protective order imposed on March 23, 2006.

    Much of the United States' motion restates the arguments it has already made for a stay in this civil case pending the outcome of the criminal case, *U.S. v. Stein,* Indictment No. S1.05 cr 888 (LAK) (SDNY). I considered these arguments in the original briefings on the United States' motion and at the March 23, 2006 hearing, and the United States provides no new argument, information or authority that persuades me to change my ruling.

    The United States argues in the alternative that I should lift the protective order because it will not effectively prevent witnesses from sharing information with either side in the *Stein* case, and because it is inappropriate to prevent the Government from sharing information between its civil and criminal divisions absent good cause. Plaintiff Carlos Sala ("Sala"), while disputing some

of the Government's contentions, does not defend the protective order, or offer any argument as to why it protects any of interest of his in the civil case.

I therefore conclude that since the protective order does not serve the interest of any party in this case, it should be dissolved.

Therefore, it is so Ordered that the United States' Motion to Reconsider the Order Denying a Stay and Entering a Protective Order (Docket # 86) is GRANTED, in part and DENIED, in part in that:

1) The motion to reconsider the order denying a stay is DENIED;

2) The Protective Order established in the March 23, 2006 Order is LIFTED;

3) The parties have until no later than June 23, 2006 to file an objection to the lifting of the protective order, which will otherwise become effective June 26, 2006.

DONE and ORDERED, this __14th__ day of June, 2006 at Denver, Colorado.

                                                   s/Lewis T. Babcock
                                                   United States District Chief Judge