IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-PAC

CARLOS E. SALA and
TINA ZANOLINI SALA,

       Plaintiffs,

  v.

UNITED STATES OF AMERICA,

       Defendant.

_____

JOINT MOTION TO MODIFY SCHEDULING ORDER
FOR DISCLOSURE OF EXPERT WITNESS INFORMATION
_____

      The Plaintiffs, Carlos and Tina Sala, and the Defendant, United States of America, by and through their respective undersigned counsel, respectfully move this Court for an Order modifying the Scheduling Order (Docket No. 27) entered on October 24, 2005, only as it pertains to the disclosure of expert witness information identified in Fed. R. Civ. P. 26(a)(2). The parties request that the present deadlines for the disclosure of expert witness information and any rebuttal information, now August 1, 2006, and September 15, 2006, be extended to September 15, 2006, and October 6, 2006, respectively. This request, if granted, will extend by approximately three weeks the complete exchange of expert information. The granting of this motion will not delay the trial of this case presently scheduled for July 9, 2007, nor will it delay any other pretrial matter. Docket Nos. 27 and 37. In further support of this Joint Motion, the parties state as follows:

      1.     One of the issues in this case is whether the Plaintiffs are entitled to a tax loss of

1

$60,393,913 claimed by them for tax year 2000.  Plaintiffs request that the Court award them a refund of federal taxes in excess of $27,000,000.  In an attachment to their Complaint, Plaintiffs explain that the loss is attributable to positions in foreign currencies, including long and short foreign currency options.  The United States has requested that the Court disallow the claim for relief in its entirety and disputes the loss.

2.    The parties have timely prepared and issued subpoenas to third parties requesting certain financial information that they believe may shed light on the transaction at issue.  Several subpoenas were served by the United States in April 2006 and directed to Deerhurst Management Company and affiliated parties (collectively, "Deerhurst").   Deerhurst executed, or caused to be executed, foreign currency and other trades on Plaintiffs' behalf.  In connection with the Deerhurst subpoenas, Deerhurst has explained to the United States that due to staffing, it was unable to promptly comply with the subpoenas.  Deerhurst made its initial production to the United States on July 13, and 14, 2006, in Englewood Cliffs, New Jersey.  At that time, 56 boxes were produced and Deerhurst represented that more information was to follow.

3.    In July 2006, in a joint collaboration, a subpoena was issued to Refco Capital Markets, Ltd. ("Refco") requesting financial and other information about Deerhurst.  Deerhurst maintained brokerage accounts with Refco.  To date, Refco has not produced any information.  However, through its counsel, Refco has indicated its willingness to cooperate and produce information, but explained that it needed additional time to respond and that its ability to locate records is impacted by its having sought protection of the bankruptcy court.

4.    Because the information and documents requested have either not yet been received or only recently received, none of the information or documents have yet been reviewed by the

parties, let alone any experts retained by them.

     5.    The parties have conferred and expect that the revised deadlines proposed herein will allow them and any experts retained by them, time to review the information that has been made available to date.  Additional information, if relevant, can be addressed by the supplementation of expert information should the parties deem it necessary to do so.

     WHEREFORE the parties respectfully request that the Court's Scheduling Order be modified to reflect the disclosure of information identified in Fed. R. Civ. P. 26(a)(2) and any rebuttal information to be made available on September 15, 2006, and October 6, 2006, respectively.

|  |  |
|---|---|
|  | WILLIAM J. LEONE<br>Acting United States Attorney |
|  |  |
|  | MARK S. PESTAL<br>Assistant United States Attorney |
| <u>CHICONINE & HALLETT, P.S.</u> |  |
|  |  |
| s/ JOHN COLVIN | s/ DAVID N. GEIER |
| DARRELL HALLETT | DAVID N. GEIER |
| JOHN COLVIN | ANTON L. JANIK, JR. CO#35164 |
| Chicoine & Hallett, P.S. | AMY MATCHISON |
| Attorneys for the Plaintiffs | Trial Attorneys, Tax Division |
| 1011 Western Ave., Suite 803 | U.S. Department of Justice |
| Seattle, WA 98104 | P.O. Box 683 |
| Telephone: (206) 223-0800 | Washington, D.C. 20044-0683 |
| Facsimile:  (206) 467-8170 | Telephone: (202) 616-3448 |
| Email: dhallett@chicoine-hallett.com | Facsimile:   (202) 307-0054 |
|      jcolvin@chicoine-hallett.com | Email:david.n.geier@usdoj.gov |
|  |      anton.l.janik@usdoj.gov |
|  |  |
|  | Judiciary Center Building |
|  | 555 Fourth Street, N.W. |
|  | Washington, D.C. 20001 |

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 28, 2006, I electronically filed the foregoing Joint Motion with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com

jcolvin@chicoine-hallett.com

                              s/ DAVID N. GEIER
                              DAVID N. GEIER
                              Attorney for Defendant
                              United States of America
                              Trial Attorney, Tax Division
                              United States Department of Justice
                              Ben Franklin Station
                              P.O. Box 683
                              Washington, D.C. 20044-0683
                              Telephone: (202) 616-3448

Street Address:          Judiciary Center Building
                              555 Fourth Street, N.W.
                              Washington, D.C. 20001