IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-OES

CARLOS E. SALA and
TINA ZANOLINI SALA,

       Plaintiffs,

  v.

UNITED STATES OF AMERICA,

       Defendant.

_____

ORDER GRANTING JOINT MOTION
TO MODIFY SCHEDULING ORDER
_____

       Upon motion of the parties, and for good cause shown, it is hereby

ORDERED that:

       1.    The parties' Joint Motion to Modify Scheduling Order is Granted;

       2.    The Court's Scheduling Order (Docket No. 27) is modified as follows:

           A.    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2), on or before September 15, 2006.

   B. The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) with regard to such rebuttal experts, on or before October 6, 2006.

Dated this ____ day of _____, 2006.

          BY THE COURT:

          _____