IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-PAC

CARLOS E. SALA and
TINA ZANOLINI SALA,

        Plaintiffs,

  v.

UNITED STATES OF AMERICA,

        Defendant.

_____

SECOND JOINT MOTION TO MODIFY SCHEDULING ORDER
FOR DISCLOSURE OF EXPERT WITNESS INFORMATION
AND
JOINT MOTION TO WITHDRAW [FIRST] MOTION TO MODIFY SCHEDULING ORDER
FOR DISCLOSURE OF EXPERT WITNESS INFORMATION [DI #94]
_____

      The Plaintiffs, Carlos and Tina Sala, and the Defendant, United States of America, by and through their respective undersigned counsel, respectfully move this Court to withdraw the parties' earlier-filed joint motion for an order modifying the scheduling order (currently under advisement and docketed as DI #94), and instead jointly move this Court for an Order modifying the Scheduling Order (Docket No. 27) entered on October 24, 2005, as it pertains to:

      (1)     the disclosure of expert witness information identified in Fed. R. Civ. P. 26(a)(2);

      (2)     the date for the United States to respond to Plaintiffs' motion for partial summary judgment; and

      (3)     the dispositive motions deadline;

to the dates described below.

1

The parties request that:

(1) the present deadlines for the disclosure of expert witness information and any rebuttal information, now August 1, 2006, and September 15, 2006, be continued to November 13, 2006, and November 27, 2006, respectively;

(2) expert discovery depositions be permitted to conclude by December 15, 2006;

(3) the dispositive motions deadline be continued to January 5, 2007; and

(4) the date the United States must respond to Plaintiffs' motion for partial summary judgment be continued to January 5, 2007.

This request, if granted, will extend the complete exchange of expert information by approximately 90 days. The granting of this motion will not delay the trial of this case presently scheduled for July 9, 2007. *See* Docket Index Nos. 27 and 37. In further support of this Joint Motion, the parties state as follows:

1. One of the issues in this case is whether the Plaintiffs are entitled to a tax loss of $60,393,913 claimed by them for tax year 2000. Plaintiffs request that the Court award them a refund of federal taxes in excess of $27,000,000. In an attachment to their Complaint, Plaintiffs explain that the loss is attributable to positions in foreign currencies, including long and short foreign currency options. The United States has requested that the Court disallow the claim for relief in its entirety and disputes the loss. A second issue is whether Plaintiffs are entitled to a refund of certain interest. Plaintiffs have filed a motion for partial summary judgment upon the interest issue. The United States filed a Fed. R. Civ. P. 56(f) motion seeking additional time to respond to Plaintiffs' motion for partial summary judgment, asserting that if this is a case involving fraud no return of interest is necessary and requesting time to conduct discovery on the

fraud issue. In its March 13, 2006 Order, this Court granted the United States until November 1, 2006 to respond to Plaintiffs' motion for partial summary judgment.

2. The parties have timely prepared and issued subpoenas to third parties requesting certain financial information that they believe may shed light on the transaction at issue. Several subpoenas were served by the United States in April 2006 and directed to Deerhurst Management Company and affiliated parties (collectively, "Deerhurst"). Deerhurst executed, or caused to be executed, foreign currency and other trades on Plaintiffs' behalf. In connection with the Deerhurst subpoenas, Deerhurst has explained to the United States that due to staffing, it was unable to promptly comply with the subpoenas. Deerhurst made its initial production to the United States on July 13, and 14, 2006, in Englewood Cliffs, New Jersey. At that time, 56 boxes were produced and Deerhurst represented that more information was to follow. On Friday, August 18, 2006, Deerhurst produced further documents numbering in the thousands of pages.

3. Andrew Krieger headed Deerhurst at all relevant times and is an essential factual witness in this case. The United States contends that Mr. Krieger's deposition is also essential to its defense to Plaintiffs' motion for partial summary judgment on the interest issue. Therefore, Mr. Krieger's deposition must be taken before expert reports can be finalized, and before the United States can respond to the Plaintiffs' motion for partial summary judgment. Both parties intend to depose Mr. Krieger, and have set his deposition for two days. Mr. Krieger is now on an extended vacation in India, returning in September. Counsel have set numerous depositions throughout September and October, and are traveling weeks at a time to get these depositions done in an orderly fashion. Despite diligent efforts at obtaining an earlier deposition date, due to

the other depositions in this case as well as the time constraints imposed by counsels' other cases, the parties cannot depose Mr. Krieger before late October.

4. In July 2006, in a joint collaboration, a subpoena was issued to Refco Capital Markets, Ltd. ("Refco") requesting financial and other information about Deerhurst. Deerhurst maintained brokerage accounts with Refco. To date, Refco has not produced any information. However, through its counsel, Refco has indicated its willingness to cooperate and produce information, but explained that it needed additional time to respond and that its ability to locate records is impacted by its having sought protection of the bankruptcy court.

5. Because the information and documents requested have either not yet been completely received, or received at all, the entirety of this information and documentation has not yet been reviewed by the parties let alone any experts retained by them. Additionally, the sheer volume of the document production was unexpected.

6. The parties have conferred and expect that the revised deadlines proposed herein will allow them, and any experts retained by them, time to review the information that has been made available to date. Additional information, if relevant, can be addressed by the supplementation of expert information should the parties deem it necessary to do so.

WHEREFORE the parties respectfully request that the Court's Scheduling Order be modified to reflect that:

(1) the deadlines for the disclosure of expert witness information and any rebuttal information are continued to November 13, 2006, and November 27, 2006, respectively;

(2) expert discovery depositions shall conclude by December 15, 2006;

(3) the dispositive motions deadline is continued to January 5, 2007; and

(4) the date the United States shall respond to Plaintiffs' motion for partial summary judgment is continued to January 5, 2007.

                                                TROY A. EID
                                                United States Attorney

                                                MARK S. PESTAL
                                                Assistant United States Attorney

CHICONINE & HALLETT, P.S.

| | |
|---|---|
| s/ John Colvin | s/ Anton L. Janik, Jr. |
| DARRELL HALLETT | DAVID N. GEIER |
| JOHN COLVIN | ANTON L. JANIK, JR. CO#35164 |
| Chicoine & Hallett, P.S. | AMY MATCHISON |
| Attorneys for the Plaintiffs | Trial Attorneys, Tax Division |
| 1011 Western Ave., Suite 803 | U.S. Department of Justice |
| Seattle, WA 98104 | P.O. Box 683 |
| Telephone: (206) 223-0800 | Washington, D.C. 20044-0683 |
| Facsimile:  (206) 467-8170 | Telephone: (202) 616-3448 |
| Email: dhallett@chicoine-hallett.com | Facsimile:   (202) 307-0054 |
|        jcolvin@chicoine-hallett.com | Email: david.n.geier@usdoj.gov |
| |        anton.l.janik@usdoj.gov |

                                                Judiciary Center Building
                                                555 Fourth Street, N.W.
                                                Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 23, 2006, I electronically filed the foregoing Joint Motion with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com

jcolvin@chicoine-hallett.com

                    s/  Anton L. Janik, Jr.
                    ANTON L. JANIK, JR.
                    Attorney for Defendant
                    United States of America
                    Trial Attorney, Tax Division
                    United States Department of Justice
                    Ben Franklin Station
                    P.O. Box 683
                    Washington, D.C. 20044-0683
                    Telephone: (202) 616-3448

Street Address:        Judiciary Center Building
                    555 Fourth Street, N.W.
                    Washington, D.C. 20001