**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO**

Case No. 05-cv-00636-LTB-MEH

CARLOS E. SALA, *et al.,*

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

_____

**ORDER**
_____

        HAVING FULLY considered the Non-party Gary Jacob's Motion to Quash Subpoena,

        IT IS HEREBY ORDERED that the Motion is Granted.

Dated this      of August, 2006

                               _____

                               Lewis T. Babcock
                               Chief Judge