IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00636-LTB-PAC

CARLOS E. SALA, and
TINA ZANOLINI SALA,

     Plaintiff(s),

v.

UNITED STATES OF AMERICA,

     Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

     IT IS HEREBY **ORDERED** that the Second Joint Motion to Modify Scheduling Order for Disclosure of Expert Witness Information dated August 23, 2006 (doc. 95) is granted as follows:

     Parties' Rule 26(a)(2) Information: November 13, 2006.
     Parties' Rebuttal Rule 26(a)(2) Information: November 27, 2006.
     Expert depositions concluded: December 15, 2006.
     Dispositive Motions Deadline: January 5, 2007.
     Defendant's response to Plaintiffs' motion for partial summary judgment: January 5, 2007.

No further extension of the deadlines will be allowed.

     IT IS **FURTHER ORDERED** that the Joint Motion to Withdraw [First] Motion to Modify Scheduling Order for Disclosure of Expert Witness Information dated August 23, 2006 (doc. 95) is granted.  The Joint Motion to Modify Scheduling Order for Disclosure of Expert Witness Information (doc. 94) is withdrawn and therefore denied as mooted by the withdrawal.

Dated:  September 5, 2006