IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00636-LTB-PAC

CARLOS E. SALA, and
TINA ZANOLINI SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

### MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

      IT IS HEREBY **ORDERED** that Non-Party Gary Jacobs' Motion to Quash Subpoena, filed August 30, 2006 [doc. # 97] is **granted**.  Defendant has not responded to the motion.  The motion states that defendant failed to comply with FED.R.CIV.P. 45(c)(3)(A)(i) by not allowing a reasonable time to comply with the subpoena, and (iv) by subjecting Mr. Jacobs to undue burden.  The subpoena issued by defendant and served upon Mr. Jacobs on August 29, 2006 is accordingly **quashed**.

Dated:  September 6, 2006