bob

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 16 2006**

UNITED STATES DISTRICT COURT DISTRICT OF COLORADO
GREGORY C. LANGHAM
CLERK

| | |
|---|---|
| **CARLOS E. SALA; ET AL.,** | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO.<br>08-CV-00636-LTB-MEH |
| vs.<br>**UNITED STATES OF AMERICA** | |
| Defendant/Respondent | AFFIDAVIT OF SERVICE OF:<br>**SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION OF GARY JACOBS; ATTACHMENT TO FED. R.CIV. P 45 SUBPOENA DUCES TECUM WITNESS FEE CHECK** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **5th day of October, 2006, at 5:52 PM**, at the address of **525 HIGHLAND Avenue, BOULDER, Boulder County, CO**; this affiant served the above described documents upon **GARY JACOBS**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Gary Jacobs, Cau Male - 50ish**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _Colorado_ that the statement above is true and correct.

_____
Raven & Assoc. J. DuVall, Reg. # USO7905

SUBSCRIBED AND SWORN to before me this 5th day of October, 2006

_Renee Terry_ my Commission Expires 10/12/2009
NOTARY PUBLIC in and for the State of Colorado

ABC's Client Name  
**Chicoine & Hallett**  
**10627**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **4188145**

%AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Colorado

Carlos E. Sala, et al.

V.

United States of America

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-cv-00636-LTB-MEH (D.Colo.)

TO: Gary Jacobs, 525 Highland, Ave.
Boulder, CO 80302

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Davis Graham & Stubbs, LLP, 1550 Seventeenth Street, Suite 500, Denver, CO 80202 | 10/20/2006 10:00 am |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attached "Attachment to Fed. R. Civ. P. 45 Subpoena"

| PLACE | DATE AND TIME |
|---|---|
| Davis Graham & Stubbs, LLP, 1550 Seventeenth Street, Suite 500, Denver, CO 80202 | 10/16/2006 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Plaintiffs | 10/4/2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

John M. Colvin, Chicoine & Hallett, P.S., 1011 Western Ave., Suite 803, Seattle, WA 98104 (206) 223-0800

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

