**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00636-LTB-PAC

CARLOS E. SALA and
TINA ZANOLINI SALA,

      Plaintiffs,

      v.

UNITED STATES OF AMERICA,

      Defendant.

_____

**THIRD JOINT MOTION TO MODIFY SCHEDULING ORDER
AND FOR DISCLOSURE OF EXPERT WITNESS INFORMATION**
_____

      The Plaintiffs, Carlos and Tina Sala, and the Defendant, United States of America, by and through their respective undersigned counsel, jointly move this Court for an Order modifying the Scheduling Order (Docket No. 27) entered on October 24, 2005, as modified by the Court's Order of September 5, 2006 (Docket No. 99), as it pertains to the discovery cutoff deadline and certain related dates.

      The parties recognize that the Court's order of September 5, 2006 states that no further request for extensions will be granted. However, as detailed below, the parties have experienced problems beyond their control in dealing with obtaining certain critical information from third parties. In light of these problems, the parties are requesting an additional 30 days to complete discovery, and a similar delay in the related expert discovery deadlines. This request, if granted, will extend the complete exchange of

1

expert information by approximately 30 days. The granting of this motion will not delay the trial of this case presently scheduled for July 9, 2007.  *See* Docket Index Nos. 27 and 37.  The parties therefore request that the Court enter an order providing:

(1)    the present deadlines for the disclosure of expert witness information and any rebuttal information, now November 13, 2006, and November 27, 2006, be continued to December 13, 2006, and December 27, 2006, respectively;

(2)    expert discovery depositions be permitted to conclude by January 15, 2006;

(3)    the dispositive motions deadline be continued to February 5, 2007;

(4)    the date the United States must respond to Plaintiffs' motion for partial summary judgment be continued to February 5, 2007; and

(5)    the date for the Discovery Cutoff to be continued to November 27, 2006.

In support of this Joint Motion, the parties state as follows:

1.    One of the issues in this case is whether the Plaintiffs are entitled to a tax loss of $60,393,913 claimed by them for tax year 2000. Plaintiffs request that the Court award them a refund of federal taxes in excess of $27,000,000.  In their administrative claim for refund, which is an attachment to their Complaint, Plaintiffs explain that the loss is attributable to positions in foreign currencies, including long and short foreign currency options. The United States has requested that the Court disallow the claim for relief in its entirety and disputes the loss.  The parties have timely prepared and issued subpoenas to third parties requesting certain financial information that they believe may shed light on the transaction at issue.

2.    In July 2006, in collaboration with Defendant, Plaintiffs issued a subpoena on Refco Capital Markets, Ltd. ("RCM") requesting financial and other information about

2

Deerhurst which facilitated key transactions in this case. Deerhurst maintained brokerage accounts with RCM. The parties believe that expert analysis of the information contained in these brokerage accounts is important to the case. Through its counsel, RCM has indicated its willingness to cooperate and produce information, but explained that it needed additional time to respond and that its ability to locate records is impacted by its having sought protection of the Bankruptcy Court. (The bankruptcy of Refco and its subsidiaries and affiliates, including RCM, filed in the Southern District of New York, is one of the largest and most complex bankruptcy cases ever filed in this country.) As of this date, RCM has still not produced any documents. Once these materials are received, either party may seek to take the deposition of RCM's custodian of records or corporate designee.

3. Plaintiffs noted the accounting firm of KPMG for a 30(b)(6) deposition. Counsel for KPMG have indicated a willingness to cooperate, but have scheduling problems and cannot respond within the discovery period.

4. The United States timely noticed the deposition of Tracie Henderson pursuant to subpoena. In lieu of conducting her deposition on October 25, 2006, as scheduled, the parties are working on a stipulation that Ms. Henderson, on advice of counsel, would invoke her 5th Amendment privilege against self incrimination in response to all substantive questions if required to testify at this time. The parties have exchanged drafts of this stipulation and will continue to proceed in good faith towards resolution. If the parties cannot reach a mutually agreeable stipulation on this matter, the United States will proceed in conducting Ms. Henderson's deposition.

5. Because a significant volume of information and documents requested have

either not yet been completely received, or received at all, the entirety of this information and documentation has not yet been reviewed by the parties let alone any experts retained by them. Additionally, the volume of the document production was unexpected.

6. The parties have conferred and expect that the revised deadlines proposed herein will allow them, and any experts retained by them, time to review the information that has been made available to date. Additional information, if relevant, can be addressed by the supplementation of expert information should the parties deem it necessary to do so.

WHEREFORE the parties respectfully request that the Court's Scheduling Order be modified to reflect that:

(1) the deadlines for the disclosure of expert witness information and any rebuttal information are continued to December 13, 2006, and December 27, 2006, respectively;

(2) expert discovery depositions shall conclude by January 15, 2007;

(3) the dispositive motions deadline is continued to February 5, 2007; and

(4) the date the United States shall respond to Plaintiffs' motion for partial summary judgment is continued to February 5, 2007; and

(5) The date for the Discovery Cutoff to be continued to November 27, 2006.

|  |  |
|---|---|
|  | WILLIAM J. LEONE<br>Acting United States Attorney<br><br>MARK S. PESTAL<br>Assistant United States Attorney |
| CHICOINE & HALLETT. P.S.<br><br>s/ John Colvin<br>DARRELL HALLETT<br>JOHN COLVIN<br>Chicoine & Hallett, P.S.<br>Attorneys for the Plaintiffs<br>1011 Western Ave., Suite 803<br>Seattle, WA 98104 Telephone:<br>(206) 223-0800 Facsimile:<br>(206) 467-8170<br>Email:   dhallett@chicoine-hallett.com<br>              jcolvin@chicoine-hallett.com | s/ Anton L. Janik. Jr.<br>DAVID N. GEIER<br>ANTON L. JANIK, JR. CO#35164<br>AMY MATCHISON<br>Trial Attorneys, Tax Division U.S.<br>Department of Justice P.O. Box 683<br>Washington, D.C. 20044-0683<br>Telephone: (202) 616-3448<br>Facsimile: (202) 307-0054<br>Email:<br>david.n.geier@usdoj.gov<br>anton.l.janik@usdoj.gov<br><br>Judiciary Center Building 555<br>Fourth Street, N. W. Washington,<br>D.C. 20001 |

/s

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO CERTIFICATE OF
SERVICE (CM/ECF)

I hereby certify that on October 30, 2006, I electronically filed the foregoing THIRD JOINT MOTION TO MODIFY SCHEDULING ORDER AND FOR DISCLOSURE OF EXPERT WITNESS INFORMATION with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| David N. Geier | David.N.Geier@usdoj.gov |
| Philip Blondin: | Philip.Blondin@usdoj.gov |
| Anton. L. Janik, Jr.: | Anton.L.Janik@usdoj.gov |
| Darrell D. Hallett: | dhallett@chicoine-hallett.com |
| John M. Colvin: | jcolvin@chicoine-hallett.com |

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 30th day of October, 2006.

CHICOINE & HALLETT, P.S.

s/ John M. Colvin
John M. Colvin
Darrell D. Hallett
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
          and Tina Zanolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email: jcolvin@chicoine-hallett.com
Email: dhallett@chicoine-hallett.com