IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00636-LTB-PAC

CARLOS E. SALA, and
TINA ZANOLINI SALA,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that good cause having been shown, the Third Joint Motion to Modify Scheduling Order and for Disclosure of Expert Witness Information ]filed October 30, 2006; Doc. No. 103]  is **GRANTED** as follows:

    Parties' Rule 26(a)(2) Information: **December 13, 2006;**
    Parties' Rebuttal Rule 26(a)(2) Information: **December 26, 2006;**
    Expert depositions concluded: **January 15, 2007;**
    Dispositive Motions Deadline: **February 5, 2007;**
    Defendant's response to Plaintiffs' motion for partial summary judgment: **February 5, 2007;**
    Discovery cutoff is extended to **November 27, 2006.**

    **No further extensions shall be granted.**

Dated:  November 1, 2006