IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-PAC

CARLOS E. SALA and
TINA ZANOLINI SALA,

      Plaintiffs,

      v.

UNITED STATES OF AMERICA,

      Defendant.

_____

JOINT MOTION TO PERMIT EXPERT WITNESS DEPOSITION
OF ANDREW KRIEGER AFTER THE EXPERT
DISCOVERY CUTOFF DATE
_____

      The Plaintiffs, Carlos and Tina Sala, and the Defendant, United States of America, by and through their respective undersigned counsel, jointly move this Court for an Order modifying the Scheduling Order (Docket No. 27) entered on October 24, 2005, as modified by the Courts Orders of September 5, 2006 (Docket No. 99) and November 6, 2006 (Docket No. 105), to permit the deposition of Andrew Krieger after the close of expert discovery.

      Mr. Krieger is a currency trader and a fact witness in this case. Mr. Krieger has been deposed as a fact witness. At the time for expert disclosures, Plaintiffs provided notice to Defendant that they might offer Mr. Krieger testimony, consistent with the opinions he expressed during his deposition, as expert testimony at trial. Mr. Krieger is

1

not a retained expert.

Defendant wishes to depose Mr. Krieger with respect to the opinions he offered, and Plaintiffs have agreed that his deposition may be taken again with respect to his opinions. However, because of the holidays, Mr. Krieger's schedule, and the need on the part of both parties to depose the retained experts in this case, the parties were unable to schedule Mr. Krieger's deposition prior to the January 15, 2007 deadline for the completion of expert discovery.

The parties request an additional 30 days to complete Mr. Krieger's deposition. The granting of this motion will not delay the trial of this case presently scheduled for July 9, 2007. *See* Docket Index Nos. 27 and 37. The parties therefore request that the Court enter an order providing that the Court's Scheduling Order be modified to reflect that the Defendant be permitted to depose Mr. Krieger on or before February 17, 2007.

|  |  |
|---|---|
|  | WILLIAM J. LEONE<br>Acting United States Attorney |
|  | MARK S. PESTAL<br>Assistant United States Attorney |
| CHICOINE & HALLETT. P.S.<br>s/ John Colvin<br>DARRELL HALLETT<br>JOHN COLVIN<br>Chicoine & Hallett, P.S.<br>Attorneys for the Plaintiffs<br>1011 Western Ave., Suite 803<br>Seattle, WA 98104 Telephone:<br>(206) 223-0800 Facsimile:<br>(206) 467-8170<br>Email:   dhallett@chicoine-hallett.com<br>          jcolvin@chicoine-hallett.com | s/ Anton L. Janik. Jr.<br>DAVID N. GEIER<br>ANTON L. JANIK, JR. CO#35164<br>AMY MATCHISON<br>Trial Attorneys, Tax Division U.S.<br>Department of Justice P.O. Box 683<br>Washington, D.C. 20044-0683<br>Telephone: (202) 616-3448<br>Facsimile: (202) 307-0054<br>Email:<br>david.n.geier@usdoi.gov<br>anton.l.janik@usdoi.gov<br><br>Judiciary Center Building 555<br>Fourth Street, N. W. Washington,<br>D.C. 20001 |

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on January 9, 2007 I electronically filed the foregoing Joint Motion with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| David N. Geier | David.N.Geier@usdoj.gov |
| Philip Blondin: | Philip.Blondin@usdoj.gov |
| Anton. L. Janik, Jr.: | Anton.L.Janik@usdoj.gov |
| Darrell D. Hallett: | dhallett@chicoine-hallett.com |
| John M. Colvin: | jcolvin@chicoine-hallett.com |

s/ John M. Colvin.
JOHN M. COLVIN
Attorney for Plaintiffs

4