FOR PLAINTIFFS,
CHICOINE & HALLETT, P.S.

s/ John Colvin
DARRELL HALLETT
JOHN COLVIN
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs
1011 Western Ave., Suite
803 Seattle, WA 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email:
jcolvin@chicoine-hallett.com

FOR DEFENDANTS, UNITED
STATES OF AMERICA

WILLIAM J. LEONE
Acting United States Attorney

MARK S. PESTAL
Assistant United States Attorney

s/ Anton L. Janik, Jr.
DAVID N. GEIER
ANTON L. JANIK, JR. CO#35164
AMY MATCHISON
Trial Attorneys, Tax Division U.S.
Department of Justice P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 616-3448
Facsimile: (202) 307-0054
Email:
david.n.geier@usdoj.gov
anton.l.janik@usdoj.ov
Judiciary Center Building 555
Fourth Street, N. W. Washington,
D.C. 20001

FOR THE CHAPTER 11
TRUSTEE OF REFCO CAPITAL
MARKETS, LTD.

s/Joshua Dorchak
Joshua Dorchak (JD 1874)
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
Email:
Joshua.dorchak@bingham.com