IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00636-LTB-PAC

CARLOS E. SALA, and
TINA ZANOLINI SALA,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Joint Motion to Permit Expert Witness Deposition of Andrew Krieger After the Expert Discovery Cutoff Date (doc. #108), filed January 9, 2007, is **GRANTED** as follows:

    Defendant may depose Andrew Krieger **on or before February 16, 2007**.  It is

    **FURTHER ORDERED** that the Final Pretrial Conference set for February 8, 2007 at 9:00 a.m. is *vacated and reset* to **March 6, 2007 at 9:00 a.m. in Courtroom A501 of the Arraj Courthouse.**  The proposed Final Pretrial Order is due by **February 28, 2007.**

Dated:  January 11, 2007