# EXHIBIT 3

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

------------------------------x

CARLOS E. SALA and                :

TINA ZANOLINI SALA,               :

05-cv-00636-LTB-PAC,              :

       Plaintiffs,             :   05-cv-00636-LTB-PAC

vs.                               :

UNITED STATES OF AMERICA,         :

       Defendants.             :

------------------------------x

DEPOSITION OF TIMOTHY GILLIS

Washington, D.C.

October 23, 2006

ATKINSON-BAKER, INC.

COURT REPORTERS

1-800-288-3376

www.depo.com

REPORTED BY: GERCHA RICHARDS WHITE

FILE NUMBER: A009153

Page 34

1 strategies.

2    Q.  Was that part of the reason for the
3 introduction to Tracie Henderson?

4    A.  Introduction and my role in the
5 introduction was to introduce him to a person that
6 did individual work, which I did not do.

7    Q.  Okay.  So you understood that as part of
8 Tracie's practice she dealt with strategies, tax
9 strategies?

10       MR. COLVIN:  Objection, mischaracterizes
11 the testimony.

12       THE WITNESS:  I'm sorry.  Can you repeat
13    the question?

14       BY MS. MATCHISON:

15    Q.  Sure.

16        Did you understand part of Tracie's
17 practice at that time to involve tax-avoiding
18 strategies?

19    A.  I understood that Tracie's practice
20 involved at the time advising individuals on tax
21 matters.

1      Q.   If at any point you need a break, just let
2 me know and we can go off the record.

3      A.   It would be nice if we had water.

4      Q.   We can take a break.

5           (A break was taken.)

6           BY MS. MATCHISON:

7      Q.   I think right before the break you said
8 that you understood that Tracie Henderson's practice
9 involved advising individuals on tax matters.

10     A.   Correct.

11     Q.   Is that correct?

12          What does that mean tax matters?

13     A.   On -- she worked with individuals where
14 most of the practice works with corporations and I
15 don't -- I'm not using tax matters as a term of art.

16     Q.   Okay.  So it has no special meaning to you?

17     A.   No,.

18     Q.   And I'm sorry, I can't remember if you
19 testified to this earlier, but do you remember what
20 group she was in, at KPMG in Atlanta?

21     A.   Well, they worked with individuals.  You

1 mentioned the term PFP earlier.  I'm not sure if

2 that was the name of their group or not, but that

3 was -- she did work with individuals.  And PHP, I

4 assume, would be personal financial planning, but.

5     Q.  Okay.

6     A.  To clarify -- to clarify the acronyms and

7 firms our size, seems to change.  So I don't want to

8 testify that it was that acronym at that time.  I

9 don't know.

10    Q.  Okay.  Fair enough.

11        And you testified at the point, or not the

12 point, but rather your understanding is that you

13 were trying to arrange a meeting between you, Tracie

14 and Carlos in October 1999.

15        Why specifically with Tracie Henderson?

16 How did she get involved?

17    A.  I was a partner in the Atlanta office.

18 Tracie was -- my recollection was that she was a

19 young partner.  Which to be truthful, I mean I was a

20 young partner, it's easier to approach the young

21 partner than it is to approach none and Tracie was

1 always a very approachable person.

2    Q.  Okay.  So because she was approachable,
3 that's why you selected Tracie Henderson to meet
4 with Carlos?

5    A.  Yes.

6    Q.  And did you have any specific understanding
7 about her practice that made her suitable to meet
8 with Carlos?

9    A.  She worked with the individual -- she
10 worked with practice that dealt with individual
11 income taxation, which I did not do.

12   Q.  Okay.  And you knew that Sala -- Mr. Salsa
13 was possibly coming into a great deal of money in
14 the near future; is that correct?

15        MR. BARLOON:  Asked and answered.

16        THE WITNESS:  The -- I understood that in
17    the discussions with Carlos from time to time
18    that various matters would come to -- he'd
19    asked for assistance, whether it was with
20    ABACUS or in his own -- on his own and I'd also
21    understood that he was in a position where a