# EXHIBIT 6

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF COLORADO

 3                              - - -

 4
     CARLOS E. SALA and               )
 5   TINA ZANOLINI SALA,              )
                                      )   Case No:
 6             Plaintiffs,            )   05-CV-00636-LTB-OES
                                      )
 7   vs.                              )
                                      )
 8   UNITED STATES OF AMERICA         )
                                      )
 9             Defendant.             )
     ---------------------------------
10

11                      **CERTIFIED COPY**

12

13
                          THE DEPOSITION OF
14
                              JOHN RABY
15
                          DENVER, COLORADO
16
                        SEPTEMBER 13, 2006
17

18

19

20

21

22   ATKINSON-BAKER, INC.
     COURT REPORTERS
23   (800) 288-3376
     www.depo.com
24
     REPORTED BY:  MARTHA H. BENNETT
25   FILE NO.:  A007B15
```

1

```
 1   Approximately when in relation to the Deerhurst transaction
 2   did you come in contact with Mr. Sala?
 3            A.    I believe it was in the summer of 2000.
 4            Q.    Okay.
 5            MR. HALLETT:  I need clarification to the question.
 6   I'm sorry; I wasn't fast enough.  You say, In connection with
 7   the Deerhurst transaction?
 8            MR. GEIER:  "In relation."  I was just trying to
 9   give him a basis of reference, and I was going to --
10            MR. HALLETT:  As opposed to when he knew Mr. Sala
11   first?
12            MR. GEIER:  Right; right.  If the transaction
13   started in October of 2000, did he know him years before,
14   or --
15            MR. HALLETT:  Okay.
16            A.    Just in relation to this transaction.
17            Q.    (By Mr. Geier)  When did you first meet
18   Mr. Sala?
19            A.    When I first met Mr. Sala I believe was in
20   1998 -- fall.
21            Q.    And you were working for
22   PricewaterhouseCoopers?
23            A.    Yes, I was.
24            Q.    How is it that you came in contact with Mr.
25   Sala?
```

1   A.   After the merger, one of the managers at PWC
2   introduced me -- his name was Kevin Overburg (phonetic) --
3   and we went to Carlos Sala's place of business, Abacus
4   Direct, and I was introduced to him as someone who was going
5   to try to come in and provide?  For example, retaining us at
6   the company level to provide investment counseling on
7   401(k)s, investment-advisory services for upper management,
8   personal financial-planning services for upper management.
9   Those sorts of things.
10   Q.   Okay.  So this was for Abacus for the upper
11   managers?  That was the purpose of the meeting?
12   A.   That was the purpose, yeah.
13   Q.   Did you also discuss individual representation
14   as well?
15   A.   Carlos was already individually represented by
16   the firm, so we didn't need to discuss that.
17   Q.   What was the firm doing for Mr. Sala?
18   A.   Tax compliance and tax planning, and some
19   consulting services.
20   Q.   And did he have a primary accountant at the
21   firm?
22   A.   Yes, he did.
23   Q.   Who was that.
24   A.   Kevin Overburg.
25   Q.   Did Kevin ever leave the firm?

38

```
 1              A.    Yes, he did.
 2              Q.    When did he leave?
 3              A.    I don't know.  He left after I left.
 4              Q.    Did any business come of that meeting?
 5              A.    No.
 6              Q.    And when is the next time you had contact with
 7    Mr. Sala?
 8              A.    Continued contact -- I can't say the dates or
 9    times -- to try to increase the level of participation that
10    the company was already engaging the personal
11    financial-services practice.  And I think we were successful
12    in getting additional people to come on board, as I recall.
13              Q.    Okay.  I thought we were talking about
14    Mr. Sala specifically.
15              A.    That's for Abacus Direct.
16              Q.    So when you talked to him, you were able to
17    get some of the upper managers to come on board; is that what
18    you're saying?
19              A.    We were able to expand the services that we
20    were providing to the existing pool, and then new people
21    would come on board as new people were hired.
22              Q.    Was the firm managing or referring any of Mr.
23    Sala's assets to be managed?
24              A.    No, not at that point.
25              Q.    Okay.  How often would you be talking to Mr.
```

39

```
 1   Sala in connection with your work with PricewaterhouseCoopers
 2   and Abacus?
 3         A.    Once a quarter, maybe.
 4         Q.    Did there come a point where you talked to him
 5   more specifically about his own personal situation?
 6         A.    Yes.
 7         Q.    When was that?
 8         A.    At some point -- well, we were talking about
 9   his whole personal situation all the way along.
10         Q.    Okay.
11         A.    It's basically like any professional
12   relationship.  We were grooming Carlos to give us more work.
13         Q.    Okay.  And did there come a point where Abacus
14   was being sold?
15         A.    Yes.
16         Q.    And the upper managers were exercising stock
17   options that they had?
18         A.    Yes.
19         Q.    And upper managers were also receiving money
20   on account of the sale?
21         A.    Yeah.
22         Q.    And who were those people that you were
23   dealing with at Abacus, other than Mr. Sala?
24         A.    Tony White and one other person.  I can't
25   remember his name.
```

```
 1            Q.    Dice?
 2            A.    That is it, yes.
 3            Q.    And you were talking to all three of them?
 4            A.    I was talking to all three of them; mainly
 5    corresponding with Carlos.
 6            Q.    Did there come a point in time where Carlos
 7    advised you that he was going to be in receipt of a
 8    substantial amount of money in 2000?
 9            A.    Yeah, probably.
10            Q.    Do you recall when that was?  Was it before
11    2000?
12            A.    You know, I may have learned about Carlos's
13    transaction through Kevin before I learned about it through
14    Carlos.  I can't recall.
15            Q.    Okay.  Did there come a point where you sat
16    down to talk to Mr. Sala specifically about those funds that
17    he was receiving on account of his investment with Abacus?
18            A.    No, not really.  That's when Mike Schwartz got
19    involved.
20            Q.    Who referred Mr. Sala to Mr. Schwartz?
21            A.    I believe I did.
22            Q.    Did you sit down with Mr. Sala before making
23    that referral?
24            A.    We probably talked about it.  We probably had
25    conversations.
```

41

```
 1   between you and Mr. Schwartz?
 2              MR. HATCH:  Objection; lack of foundation.
 3              Q.   (By Mr. Geier)  Did you and Mr. Schwartz ever
 4   talk about the Deerhurst transaction?
 5              A.   I can't recall.
 6              Q.   Do you recall how you first heard of the
 7   transaction?
 8              A.   I knew that Michael Schwartz had left PWC, and
 9   I knew that PWC was out of the tax-strategies business -- tax
10   strategies with investments.  And I knew that he had
11   investment strategies with tax components, but I didn't know
12   exactly what the strategy was at the time.
13              Q.   Did there come a time when you learned about
14   what the strategy was?
15              A.   I learned mainly about the investment vehicles
16   with the tax strategy attached to them -- I learned about it
17   in -- my first time was probably in a meeting, and I was just
18   there as an observer -- sometime in the summer.
19              Q.   Of 2000?
20              A.   Yes.
21              Q.   Who was the meeting between?
22              A.   Carlos was there, Mike was there, and I was
23   there.  And I can't remember if Tony White was there.
24              Q.   Prior to the meeting, did you have a
25   conversation with Michael Schwartz about him coming up --
```

```
 1   where was the meeting?
 2          A.    I believe it was in New York.
 3          Q.    And so where were you based out of at that
 4   time?
 5          A.    I was based out of Denver.
 6          Q.    Did you talk to Mr. Schwartz prior to the
 7   meeting to set up the meeting?
 8          A.    To set up the meeting, yes.
 9          Q.    Did you set it up?
10          A.    I don't think I set it up.  I think it may
11   have been set up between Mike and Carlos.  And then I
12   participated, and we tried to coordinate all of our schedules
13   of when I could be in New York for other business.
14          Q.    Why were you attending that meeting?
15          A.    For informational purposes only.
16          Q.    Was Mr. Sala paying you a fee?
17          A.    No, he was not.
18          Q.    When I say "you," I'm referring to the firm.
19          A.    PricewaterhouseCoopers?
20          Q.    Correct.
21          A.    No, he was not.  PricewaterhouseCoopers didn't
22   know I was at this meeting; it was on my own time.
23          Q.    So you were working for them, but you were on
24   your own time?
25          A.    I was basically going for informational
```

| | |
|---|---|
| 1 | purposes, yeah. |
| 2 | Q. Not on company time? |
| 3 | A. Yeah. |
| 4 | Q. Did you bill the company for the trip? |
| 5 | A. No. I didn't bill Carlos; I didn't bill him |
| 6 | any time. I think I visited other clients, so it was |
| 7 | incidental in relation to my other business. I was in New |
| 8 | York City on other business. |
| 9 | Q. You arranged to be there for the meeting, |
| 10 | though, correct? |
| 11 | A. Yeah. |
| 12 | Q. And how long did the meeting last? |
| 13 | A. Maybe an hour. |
| 14 | Q. Where physically was the meeting? |
| 15 | A. It was at a lobby in a hotel. |
| 16 | Q. Okay. And what was the purpose of the |
| 17 | meeting, as you understood it? |
| 18 | A. To introduce Carlos to Mike, and to have them |
| 19 | have continued discussions regarding the transaction. |
| 20 | Q. And what was discussed during the meeting, Mr. |
| 21 | Raby? |
| 22 | A. Carlos was extremely diligent, an extremely |
| 23 | diligent individual. He was going to be investing a lot of |
| 24 | money, and he wanted to make sure that the investment was |
| 25 | going to be a sound investment. He was concerned with |

```
 1         A.    I think the next year they may have been
 2   involved in the Common Trust Fund, as well.
 3         Q.    In 2001 or 2002?
 4         A.    2001.
 5         Q.    And did you bring in any clients to that
 6   transaction?
 7         A.    Yes, I did.
 8         Q.    During 2000, when you worked at
 9   PricewaterhouseCoopers, did you have an office?
10         A.    Yes, I did.
11         Q.    Did you work there full-time?
12         A.    I was working full-time.  My job was to be out
13   in the community trying to get new clients, so I had
14   appointments away from the office quite often.
15         Q.    Okay.  But your office was at the place of
16   business of PricewaterhouseCoopers?
17         A.    Right.
18         Q.    And where was that?
19         A.    Here in Denver.
20         Q.    Were you -- other than this referral of
21   Mr. Sala to the Deerhurst transaction in 2000, were you
22   looking at other transactions with Mr. Sala?
23         A.    No, I was not.
24         Q.    Were you talking to other people on behalf of
25   Mr. Sala?
```