# EXHIBIT 7

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

------------------------------------------------X

CARLOS E. SALA and ZANOLINI SALA,

        Plaintiffs,

        Civil Action No: 05-cv-00636
                      LTB-PAC

vs

UNITED STATES OF AMERICA,

        Defendant.

------------------------------------------------X

DEPOSITION

OF

MICHAEL SCHWARTZ

NEW YORK, NEW YORK

JUNE 28, 2006

9:50 A.M.

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203-4725
(800) 288-3376

REPORTED BY: Nancy Anne Flynn, RPR
FILE NO.: A005571

Page 12

1                    Michael Schwartz

2  invested in.

3          Q     How would you describe that?  What
4  would you call that program?

5          A     The Deerhurst Diversified Investment                09:58
6  Fund.

7          Q     Did you -- was Mr. Sala, did he become
8  a client of yours?

9          A     He became a client of Deerhurst.
10 Indirectly, he became a client of mine.                           09:58

11         Q     And was he indirectly a client of
12 yours in connection with his participation in the
13 Deerhurst investment program?

14         A     Yes.

15         Q     Did you represent other clients in                  09:58
16 connection with that program?

17         A     I -- just to be specific, I was an
18 agent of Deerhurst, and on their behalf, I had
19 numerous discussions with many clients on --
20 regarding that program.                                           09:58

21         Q     Did -- do you recall when and under
22 what circumstances you came to meet Mr. Sala?

23         A     I was introduced while I was still at
24 Price Waterhouse Coopers by a colleague of mine in
25 the Denver office of Price Waterhouse Coopers, John               09:59

Page 13

1              Michael Schwartz

2 Raby.  And John arranged a meeting with Mr. Sala and

3 Mr. Anthony White.

4        Q     And do you recall approximately when

5 that meeting took place?                                    09:59

6        A     It was early 2000.  January, February

7 time frame.

8        Q     And who was present at the meeting?

9        A     Myself, Mr. Sala, and Mr. White.

10       Q     And this is a long time ago.  Do you          09:59

11 remember the substance of what was discussed at the

12 meeting?

13       A     Sure.  Generally, we talked about

14 opportunities to combine an investment strategy with

15 large tax deductions.                                      09:59

16       Q     Before you and your clients invested

17 in Deerhurst investment strategy, did you do any

18 investigation of Deerhurst or Mr. Krieger --Krieger,

19 I'm sorry?

20       A     I was -- as I mentioned, I had been           10:00

21 referred to Deerhurst by a Chuck Bolton.  And I

22 developed a relationship with Chuck Bolton in the

23 past, and was aware of his business acumen.  He was

24 very up-front in his discussions of Deerhurst's

25 capabilities as being a fund that while on the             10:00

1                    Michael Schwartz

2 including Deerhurst Trading changing, altering its

3 investment philosophy slightly, the movement into the

4 Lone Star investment program, there still just wasn't

5 a profitability.  So ultimately, it was an economic                 11:11

6 decision to leave the program.

7          Q    Okay.  I asked you, I believe earlier,

8 whether after 1997 you had any participation with

9 principals or employees of KPMG with respect to

10 investment or techs -- programs.  Specifically with              11:11

11 respect to Mr. Sala's participation in the Deerhurst

12 investment program that commenced in October of 2000,

13 according to your testimony through sometime in 2003,

14 did you -- strike that.

15              Let's say that during 2000, prior to                  11:12

16 the end of 2000, did you -- did you have any

17 discussions with any principals or employees of KPMG

18 regarding the structuring or implementation of the

19 program?

20         A    The only person I would have had --                  11:12

21         Q    Excuse me.  That would be a "yes" or

22 "no".  If you can, "yes" or "no", that's all right.

23         A    I am not sure of the time frame.

24         Q    Okay.  Go ahead and you can answer.

25 Did you at any time ever have any discussions with              11:12

Page 69

Michael Schwartz

1
2  anyone associated with KPMG relative to Mr. Sala's
3  investment in the Deerhurst program?
4      A    Yes.
5      Q    And with whom did those discussions                    11:12
6  take place?
7      A    Tracy Henderson.
8      Q    And what was your understanding of
9  Ms. Henderson's role with respect to Mr. Sala?
10     A    She was preparing his individual tax              11:13
11 return.
12     Q    And what do you recall of your
13 conversations with Ms. Henderson?
14     A    That she had questions about the
15 structuring of the transaction, just basically,              11:13
16 information necessary in order to prepare Mr. Sala's
17 tax return.
18     Q    When you testified of your
19 investigation of the Deerhurst program and your
20 evaluation of the proposed tax benefits associated           11:13
21 with the program, did you have any discussions with
22 any KPMG principals or employees concerning that
23 matter?
24     A    No.
25     Q    Did you make any -- did you take             11:13

Page 135

1           Michael Schwartz

2      Q    You never had a conversation with him
3 in which he told you he wanted both ordinary and
4 capital losses, Mr. Schwartz?

5      A    While, not having a specific                    14:38
6 recollection, that would not surprise me if it did
7 occur.

8      Q    Okay.  Mr. Sala wanted ordinary
9 losses, correct?

10          MR. HALLETT:  Just to clarify, I              14:39
11     object to it's ambiguous.  You are
12     talking about tax losses, I take it, as
13     opposed to economic losses?  Is that --
14          MR. GEIER:  Correct.
15          MR. HALLETT:  With that                       14:39
16     clarification.

17     Q    Does that change your answer, did you
18 understand we were talking about tax losses?

19     A    Yes, I did, I'm sure no one wants
20 economic losses.  But that would be a correct         14:39
21 presumption.

22     Q    And so, when did you first meet John
23 Raby?

24     A    1997 or 1998.

25     Q    And that was at Coopers?                     14:39

Page 136

1                    Michael Schwartz

2        A    Yeah, I believe it was still Coopers,
3   the merger with Price Waterhouse happened in '98, so
4   the more I think about it, I didn't meet him in '97,
5   I met him sometime in '98, so.                                14:40
6        Q    And he was involved in tax advantaged
7   strategies and investments, correct?
8        A    No, he was involved with high net
9   worth individuals.
10       Q    Doing what, for them?                               14:40
11       A    Preparing tax returns and other
12  financial planning.
13       Q    But his focus was on high net worth
14  individuals?
15       A    Yes.                                                14:40
16       Q    What was he doing just prior to coming
17  over to Multinational Strategies I believe you told
18  me in January of 2001?
19       A    He continued to work in the personal
20  financial planning group.                                     14:40
21       Q    So he was working at --
22       A    PWC.
23       Q    Up until the time he left to come join
24  you?
25       A    Yes.                                                14:41

Page 155

1                    Michael Schwartz

2         A    Yes, it was.

3         Q    So you were able to use all the losses
4    you generated out of the transaction, correct?

5         A    Yes.                                         15:01

6         Q    And it's correct your testimony was in
7    2000 you didn't know how many clients Mr. Krieger
8    had?

9         A    That's correct.

10        Q    But you believed it was more than one?       15:01

11        A    That's correct.

12        Q    And these would have been clients
13   apart from the Deerhurst transaction?

14        A    That's correct.

15        Q    Did Mr. Krieger ever explain to you          15:01
16   that his business was in such a state that he did
17   need the influx of new money to survive?

18        A    Mr. Krieger did explain to me that as
19   a result of that one client pulling out that yes, he
20   did need more clients, that he was in a position of   15:01
21   eagerly getting additional clients, but he did not
22   say to survive.

23        Q    There needed to be documents for this
24   transaction, correct, the Deerhurst transaction?

25        A    There was an offering transaction.          15:02

Page 156

1              Michael Schwartz
2      Q      General partnership agreement?
3      A      Yes.
4      Q      Incorporation documents?
5      A      Yes.                                              15:02
6      Q      Dissolution documents?
7      A      Yes.
8      Q      In fact the S corps were dissolved
9 differently depending upon whether there was a need
10 for an ordinary loss or --                                    15:02
11     A      No.
12     Q      Same dissolution procedure?
13     A      Yes.
14     Q      Same mechanism of transmitting the
15 interest in the S. corp over to the LLC?                      15:02
16     A      That was the same.
17     Q      Okay.  We'll talk about that a little
18 more when we look at documents.
19
20            What law firm drafted these                        15:02
21 organizational documents?
22     A      Rosenman & Colin.
23     Q      Did you have a relationship with them?
24     A      Yes.
25     Q      Did you contact them in order to do                15:02

Page 157

1              Michael Schwartz
2  this?
3       A    Andy contacted them to do it.
4       Q    Did he have a prior relationship with
5  them?                                                      15:03
6       A    Yes.
7       Q    What was his relationship?
8       A    They were his attorneys.
9       Q    For what?
10      A    At that point most of his business.               15:03
11      Q    So you each had worked with that law
12 firm?
13      A    Yes.
14      Q    Were they paid initially or did they
15 have to wait for their money?                              15:03
16      A    I didn't pay so I don't know.
17      Q    You don't know what the arrangement
18 was to pay their bills?
19      A    No.
20      Q    But you were talking with them at the            15:03
21 time that they were drafting the documents?  You were
22 involved in the transaction at that point?
23      A    I did speak with them, yes.
24      Q    You were part of the transaction at
25 that point?  You didn't come in and the documents          15:03

Page 158

1                Michael Schwartz
2  were already drafted.
3       A    No.
4       Q    You talked to them about what types of
5  documents you needed?                               15:03
6       A    They talked to me about what types of
7  documents.
8       Q    You told them what --
9       A    They told me what documents I would
10 need.                                               15:04
11      Q    You told them what your plan was?
12      A    They told -- well, yeah, it was them
13 telling me and me telling them.
14      Q    You came up with the tax idea?
15      A    No.                                       15:04
16      Q    They came up with the tax loss, that
17 was their idea?
18      A    Yes.
19      Q    That wasn't your idea?
20      A    No.                                       15:04
21      Q    So the idea of this transaction to
22 generate a tax loss wasn't you?
23      A    No.
24      Q    And they came up with it on their own
25 and they talked to you; is that how it worked?      15:04

Page 159

1                    Michael Schwartz

2         A     No, they came up with it and they
3    talked to Andy, and then Andy talked to me.
4         Q     Okay.
5         A     And then we all talked.  But Andy                    15:04
6    basically didn't understand tax law and asked me to
7    get involved.
8         Q     Did they make any more than an hourly
9    fee, the law firm, from this transaction?
10              MR. HARTIGAN:  Already asked and                     15:04
11        answered.  Objection.
12        A     You would have to ask them.
13              MR. HALLETT:  Don't suggest that.
14              THE WITNESS:  I'm sorry.
15              MR. HARTIGAN:  I don't want to                       15:05
16        come to New York again.  It's a great
17        city.
18        A     As far as I know, they charged what
19   they normally charge for an offering memorandum.
20   Whether that's at an hourly rate or whether there's a           15:05
21   premium, I don't know.
22        Q     So the first you heard of the
23   Deerhurst transaction was from who?  Was it a
24   discussion that you had?
25              MR. HALLETT:  Wait, let him                          15:05

Page 160

```
 1                    Michael Schwartz
 2            answer the question.
 3         A     Andy Krieger.
 4         Q     He came to you?
 5         A     Yes.                                          15:05
 6         Q     And he came to you after already
 7  creating these organizational documents or having
 8  them drafted?
 9         A     No.
10         Q     What stage was the transaction when          15:05
11  Andy came to you?
12         A     It was an idea on the pad.
13         Q     And he called you up?
14         A     Yes.
15         Q     And did he talk to you because he knew       15:05
16  you would know the tax angle?
17         A     We had been talking about other ways
18  of working together, which was not coming together
19  very easily.  So what Andy said was, Hey, I was
20  talking with Rosenman, and they said what about this     15:06
21  transaction, which ultimately became Deerhurst's
22  trading strategies.  And he said, if you think it has
23  merit, you should talk to Rosenman and let's flesh it
24  out.
25         Q     Was Rosenmann's initial idea only            15:06
```