# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

------------------------------X
CARLOS E. SALA and            )
TINA ZANOLINI SALA,           )
                              )
            Plaintiffs,       )
                              )
       vs.                    ) Civil Action No.
                              ) 05-CV-00636
UNITED STATES OF AMERICA,     ) LTB-PAC
                              )
            Defendant.        )
------------------------------X

June 29, 2006

10:16 a.m.

Continued Videotaped Deposition of MICHAEL SCHWARTZ, held at the offices of Morvillo, Abramowitz, Grand, Isaacson, New York, New York, pursuant to Adjournment, before Elisabeth F. Nason, a Notary Public of the State of New York.

ATKINSON-BAKER, INC.
COURT REPORTERS
Telephone 1-800-288-3376
www.depo.com

Reported by: ELISABETH F. NASON
FILE NO.: A00566E

Page 14

| | | | |
|---|---|---|---|
| | 1 | | Michael Schwartz |
| 10:27:48 | 2 | A. | At that time, that's right. |
| 10:27:50 | 3 | Q. | Did the banks give you a reason? |
| 10:28:00 | 4 | A. | Typically not.  More that they were |
| 10:28:10 | 5 | just not interested. | |
| 10:28:14 | 6 | Q. | Other than Mr. Krieger, did you talk |
| 10:28:16 | 7 | with any other trader or trading company about | |
| 10:28:22 | 8 | implementing a spread option strategy? | |
| 10:28:26 | 9 | A. | No. |
| 10:28:36 | 10 | Q. | The Deerhurst transaction was |
| 10:28:40 | 11 | started and formed in 2000, correct, with the | |
| 10:28:44 | 12 | test accounts? | |
| 10:28:46 | 13 | A. | Yes. |
| 10:28:48 | 14 | Q. | The partnership agreement, the |
| 10:28:50 | 15 | general partnership agreement was drawn up in | |
| 10:28:52 | 16 | 2000? | |
| 10:28:52 | 17 | A. | Yes. |
| 10:28:54 | 18 | Q. | The limited liability company |
| 10:28:56 | 19 | agreement was drawn up in 2000? | |
| 10:28:58 | 20 | A. | Yes. |
| 10:29:00 | 21 | Q. | Subscription documents were signed |
| 10:29:02 | 22 | in 2000? | |
| 10:29:02 | 23 | A. | Yes. |
| 10:29:08 | 24 | Q. | The law firm Rosenman & Colin |
| 10:29:10 | 25 | drafted the incorporation documents for the | |

Page 15

```
                    1              Michael Schwartz
10:29:12    2   various S Corporations?
10:29:14    3          A.     Yes.
10:29:16    4          Q.     They drafted the liquidation
10:29:18    5   documents at the same time, correct?
10:29:20    6          A.     During that year, I don't think it
10:29:22    7   was the same time they did the incorporations,
10:29:26    8   but --
10:29:26    9          Q.     But you are not sure they didn't
10:29:28   10   give it to you as a package is what I'm --
10:29:32   11          A.     No, no.
10:29:32   12          Q.     They drew up consents for the
10:29:36   13   S corps to do business?
10:29:36   14          A.     Yes.
10:29:42   15          Q.     They prepared an opinion letter?
10:29:44   16          A.     They did.
10:29:44   17          Q.     Maybe several drafts of an opinion
10:29:48   18   letter?
10:29:48   19          A.     Possibly.
10:29:54   20          Q.     All the organizational costs of the
10:30:02   21   Deerhurst transactions were incurred in 2000,
10:30:06   22   correct?
10:30:08   23          A.     All the activities were completed in
10:30:14   24   2000.
10:30:36   25                 MR. GEIER:   I would like to show
```

Page 134

| | | |
|---|---|---|
| | 1 | Michael Schwartz |
| 01:25:30 | 2 | I'm going to prove that wrong. I think |
| 01:25:34 | 3 | you asked this, I'm going to rephrase |
| 01:25:38 | 4 | it. |
| 01:25:40 | 5 | THE VIDEOGRAPHER: Give him the |
| 01:25:40 | 6 | microphone. Thank you. |
| 01:25:44 | 7 | EXAMINATION BY |
| 01:25:44 | 8 | MR. HARTIGAN: |
| 01:25:44 | 9 | **Q. With regard to the Deerhurst** |
| 01:25:46 | 10 | **transaction that is the discussion the last two** |
| 01:25:48 | 11 | **days for this lawsuit, did KPMG and/or any of** |
| 01:25:56 | 12 | **the publicly indicted KPMG or former partners or** |
| 01:26:00 | 13 | **principals, have any connection with the** |
| 01:26:02 | 14 | **Deerhurst strategy that we have been discussing** |
| 01:26:04 | 15 | **the last two days?** |
| 01:26:06 | 16 | **A. No, they did not.** |
| 01:26:08 | 17 | MR. HARTIGAN: Thank you. |
| 01:26:10 | 18 | THE VIDEOGRAPHER: This will end |
| 01:26:14 | 19 | videotape number five of the deposition |
| 01:26:16 | 20 | of Michael Schwartz and conclude the |
| 01:26:18 | 21 | recording of this deposition. We are |
| 01:26:20 | 22 | going off the record at 1:27 p.m., June |
| 01:26:22 | 23 | 29, 2006. |
| | 24 | (Time noted: 1:27 p.m.) |
| | 25 | |