# EXHIBIT 11

09/28/2006 15:47 FAX 303 295 8261          HOLLAND & HART LLP                                    ☒002

IRS EMPLOYER NO. 84-0382305

# Holland & Hart LLP
ATTORNEYS AT LAW

DENVER
DENVER TECH CENTER
COLORADO SPRINGS
ASPEN • BOULDER

PLEASE REMIT TO:
DEPT. 400
DENVER, CO 80291-0400
TELEPHONE (303) 295-8000
FACSIMILE (303) 295-8261

BILLINGS • BOISE
CHEYENNE
JACKSON HOLE
SALT LAKE CITY

## November 30, 2000

| Sala, Carlos E | Invoice No. | 460507 |
| 2424 Ginny Way | H&H Ref. No. | 328556 |
| Lafayette, CO 80026 | Client No. | 43797 |
| | Attorney: | BNLemons |

Regarding: Matter No. 0002 - Tax Advice

### *Invoice Summary*

Current fees                                                    $1,240.00

Current charges this invoice                                    $1,240.00

Thank you for your prompt payment. Questions regarding this invoice should be directed to the attorney responsible for your account, or Carla Norton, Billing Specialist for the Salt Lake City Office at (801) 595-7815.

Balance Due By December 31, 2000

Exhibit 136
Witness: Lemons
October 6, 2006
Elaine J. Cohen, CSR 2706

09/28/2006 15:48 FAX 303 295 8261    HOLLAND & HART LLP    @003

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

43797 Saiz, Carlos E

Invoice No.  460507
H&H Ref. No. 328856

For professional services rendered through October 31, 2000

### Itemized Fees

| Description of Work | Date | Tkpr | Hours |
|---|---|---|---|
| Review draft opinion/memorandum; | 10/12/00 | BNL | 3.50 |
| Telephone conference with client regarding draft opinion/memorandum; | 10/13/00 | BNL | 0.50 |
| Total Current Fees: | | | $1,240.00 |

### Timekeeper Summary

| Timekeeper | Tkpr ID | Rate | Hours | Amount |
|---|---|---|---|---|
| BNLemons | 0912 | 310.00 | 4.00 | 1,240.00 |
| | | | 4.00 | $1,240.00 |

### Outstanding Invoices as of 11/30/00

| Invoice No. | Date | Amount Billed | Payments | Balance Due |
|---|---|---|---|---|
| | | Total Outstanding Balance: | | $0.00 |

Page 2