# EXHIBIT 13

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLORADO

 3
                        CERTIFIED COPY
 4

 5
     CARLOS E. SALA AND                )
 6   TINA ZANOLINI SALA,                )
                                        )
 7                  Plaintiffs,         )
                                        )
 8                  -vs-                ) CIVIL ACTION NO.:
                                        ) 05-CV-00636-LTB-PAC
 9   UNITED STATES OF AMERICA,          )
                                        )
10                  Defendants.         )

11

12
                        DEPOSITION OF
13
                          KEVIN BRADY
14
                       ATLANTA, GEORGIA
15
                 WEDNESDAY, SEPTEMBER 27, 2006
16

17

18

19

20   ATKINSON-BAKER, INC.
     COURT REPORTERS
21   500 North Brand Boulevard, Third Floor
     Glendale, California  91203
22   (818)551-7300

23   REPORTED BY:   LINDA K. JACKSON, CCR NO.: B-995

24   FILE NO.:  A00842C

25
```



File Copy

April 17, 2001
Invoice  40548340

BILLED TO:
MR. CARLOS SALA
2424 GINNY WAY
LAFAYETTE, CO 80026

PLEASE REMIT TO

KPMG LLP
DEPT 0608
P O BOX 120001
DALLAS, TX 75312-0608

TIN  13-5565207

Business Unit: US015   Client Number   60066022
Project Number(s): 10358668

Billing for professional services rendered from December 1, 2000 through April 15, 2000 in connection with the following

- Preparation of 2000 Federal and Colorado income tax projections, including discussions with Goldman Sachs and Morgan Stanely.

- Preparation of 2001 Federal and income tax projections for investments planning purpose and related consultations

- Preparation of 2000 Federal and Colorado individual income tax returns

- Form W-2 analysis and related discussions regarding stock option income

- Miscellaneous tax advice as requested.

Total Due                           $25,000 00

KPMGZ12192671

Please Pay By Invoice and        Payment Due
Enclose Remittance Copy          Upon Receipt



EXHIBIT
RKG 131 9-27-04
BRADY



Client Copy

## PROFORMA - For Review Only

April 16, 2001
Invoice 40548340

BILLED TO:
MR. CARLOS SALA
2424 GINNY WAY
LAFAYETTE, CO 80026

PLEASE REMIT TO.

KPMG LLP
DEPT 0608
P O BOX 120001
DALLAS, TX 75312-0608

TIN 13-5565207

Business Unit. US015   Client Number: 60066022
Project Number(s). 10358668

Billing for professional services rendered from December 1, 2000 through April 15, 2001 in connection with the following:

- Preparation of 2000 Federal and Colorado income tax projections, including discussions with Goldman Sachs and Morgan Stanely.

- Preparation of 2001 Federal and income tax projections for investments planning purpose and related consultations.

- Preparation of 2000 Federal and Colorado individual income tax returns.

- Double-click Form W-2 analysis and related discussions regarding stock option ~~gain~~ income

- Miscellaneous tax advice as requested.

                    Total Due                    $25,000.00

OIL
TICA

KPMGZ12192672

Please Pay By Invoice and        Payment Due
Enclose Remittance Copy          Upon Receipt

Project 10358668

Mr. Carlos Sala
2424 Ginny Way            #4054834 0
Lafayette, CO 80026

Billing for professional services rendered from June 1, 2000 through November 30, 2000 in connection with the following:

- Preparation of 2000 Federal and Colorado income tax projections, including discussions with Goldman Sachs *and Morgan Stanley*

- Preparation of 2001 Federal income tax projection *for investment planning purposes and related consultations*

- *Preparation of 2000 Federal and Colorado individual income tax returns*

- *Doubleclick Form w-2 analysis and related discussions regarding stock option gain*      ~~$25,000~~

- *Miscellaneous tax advice as requested.*

$25,000

*Note: Set up new project*
*Please print WIP.*

KPMGZ12192673

| Client | Project | BU | Project Name | Employee | Date | Hours | Time Comments | Standard Fee | Expenses | Expense Type | Expense Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Brady, Kevin Michael | 3/21/01 | 2 | -3000 TAX RETURN -REVIEW OF 2000 TAX RETURN-W2 & DOUBLECLICK SALES | 750 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Brady, Kevin Michael | 3/27/01 | 2 | -REVIEW OF 2000 TAXES, DOUBLECLICK SALES | 750 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Brady, Kevin Michael | 3/28/01 | 2 | | 750 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 9/14/00 | 0 | -Discuss new strategy | 0 | 39 | Meals | -Location: Benny's, Denver, Colorado Attendees: Henderson, Amram Business Purpose: Discuss Investments Per Diem Location Per Diem Days Per Diem Amount |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 10/6/00 | 1 | -Read short option opinion, discuss w/ Carlos and Tony. Telephone call w/ R.J. Rubin, discuss w/ Carlos | 450 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 10/9/00 | 5 | -Telephone call w/ Beckett, etc | 2250 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 10/10/00 | 2 | -Find attorney (Bruce) and investment help | 900 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 10/11/00 | 2 | (Amr) | 900 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 10/12/00 | 1 | -Telephone call w/ Amir and follow up | 450 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 10/13/00 | 1.5 | -Telephone call w/ Bruce Lemmons | 675 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 11/3/00 | 1 | -Discuss must posture, etc w/ Carlos; discuss PGPs | 450 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 11/6/00 | 1 | -Discuss 2000 tax projection and missing info w/ Carlos | 450 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 12/6/00 | 0 | | 0 | 101 | Meals Telephone: | -Location: Nonas Italian Kitchen Attendees: C. Sala, K. Brady, T. Henderson Business Purpose: Discuss PFP Per Diem Location: Per Diem Dryer Per Diem Amount: |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K. | 12/22/00 | 0 | | 0 | 61 | Sundry | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K. | 3/20/01 | 2 | -Strategy issues w/ Larry Namirow | 850 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Lobo, Robert Earl | 3/25/01 | 3.5 | -Prepare 1040 for Carlos Sala | 875 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey | 8/5/00 | 0.5 | -Called Proskide regarding Draft documents | 100 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey | 8/7/00 | 1 | -Engagement letter | 200 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey | 8/14/00 | 1 | -Spoke to Tracie regarding documents needed; spoke to Jeff Mongled and Steven Burg regarding account opening documents. -Searched for engagement letter related to reduction in fees for possible audit | 200 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey | 6/28/00 | 0.5 | -Emails regarding Carlos Sala; Called Steven Burg for update on Sala | 100 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey | 7/6/00 | 0.5 | -Reviewed non-recourse language in the credit documents for Tracie | 112.5 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey | 7/7/00 | 0.5 | -Talk to forms for Tracie to fax Altaugh for approval | 112.5 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey | 7/13/00 | 0.5 | | 112.5 | 0 | | |
| SALA, CARLOS | 10358668 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey | 7/26/00 | 0.5 | -Emails regarding Carlos Sala EIN package | 112.5 | 0 | | |

KPMGZ12192674