# EXHIBIT 15

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

------------------------------------------------X

CARLOS E. SALA and
TINA ZANOLINI SALA,

        Plaintiffs,

              Case No: 05-cv-00636-LTB-OES

vs

UNITED STATES OF AMERICA,

        Defendant.

------------------------------------------------X

VIDEO DEPOSITION

OF

MARTIN A. WHITE

NEW YORK, NEW YORK

AUGUST 30, 2006

10:04 A.M.

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203-4725
(800) 288-3376

REPORTED BY:  Nancy Anne Flynn, RPR
FILE NO.:  A006FF4

```
                                                              Page 129
 1                     Martin A. White

 2   correct?                                                 14:35:12

 3          A     As it so happened, it did.                  14:35:13

 4          Q     So of all the transactions you looked       14:35:15

 5   at in 2000, only one of them had a big tax advantage,    14:35:18

 6   correct?                                                 14:35:21

 7          A     That's correct.                             14:35:23

 8          Q     And that's the one that you decided to      14:35:24

 9   enter, correct?                                          14:35:27

10          A     Well, it isn't the only investment in       14:35:28

11   2000.                                                    14:35:31

12          Q     Any of the conversations that you had       14:35:34

13   when you were looking for a transaction involve KPMG,    14:35:37

14   other than the Presidio that you mentioned to us?        14:35:45

15   That is, did KPMG participate or assist you?             14:35:49

16          A     No.                                         14:35:56

17          Q     And I'm sorry that I don't think I've       14:35:57

18   learned, what about your portfolio, it's fair to say     14:36:05

19   that -- I want to make sure this is absolutely           14:36:07

20   clear -- that you don't recall anyone telling you        14:36:07

21   that your portfolio was not in balance, you don't        14:36:16

22   recall who that was?                                     14:36:17

23          A     I don't remember who it was, but I          14:36:21

24   remember everybody was saying it.                        14:36:22

25          Q     All your investment advisers were           14:36:26
```