# EXHIBIT 18

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-00636-LTB

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

### DECLARATION OF CARLOS E. SALA

I, Carlos E. Sala, declare and state the following under penalty of perjury:

1. I am over 18 years of age and competent to make this declaration and do so from personal knowledge.

2. On November 18, 2003, I filed an amended federal income tax return for the tax year ending December 31, 2000 and enclosed a check in the amount of $26,179,875 which amounted to the additional tax shown due on the return, as well as interest computed through October 16, 2002.

DECLARATION OF CARLOS E. SALA - 1

EXHIBIT 1

3.  Prior to filing the amended return, I had not received any notification from the Internal Revenue Service regarding my federal income tax return for the year 2000.

4.  Thereafter, I received a notice, dated February 9, 2004, from the Internal Revenue Service, which notified me of additional interest assessed and due for the tax period ending December 31, 2000. This was the first notice I had received from the IRS regarding any additional amount due and the notice stated that "[w]e [the IRS] intend to levy on certain assets" and "[t]o prevent collection action, please pay the current balance now."

5.  After receiving the notice, I had my representative call and notify the IRS that the agency was incorrect with respect to its additional interest assessment. The IRS granted a 30-day extension before further collection efforts would be initiated.

6.  On March 9, 2004, prior to the end of the 30 day extension, IRS Revenue Officer, Ann Worth, came to my home and indicated that my wife and I owed back taxes and she was there to start collection efforts.

7.  On August 15, 2004, in order to prevent enforced collection, I mailed a check to the Internal Revenue Service in the amount of $1,571,088 for the additional interest asserted to be due by the IRS.

8.  On September 24, 2004, my representatives filed a Form 843, Claim for Refund and Request for Abatement, requesting a refund of the additional interest assessed by the IRS and subsequently paid, in the amount of $1,571,088. A true and correct copy of this Form 843 Claim for Refund and Request for Abatement is attached as Exhibit C to the Complaint in this case.

DECLARATION OF CARLOS E. SALA - 2

I declare under penalty of perjury under the laws of the United States and the State of Colorado that the foregoing is true and correct to the best of my knowledge.

DATED this 27 day of June 2005.

Carlos E. Sala
2424 Ginny Way
Lafayette, CO 80026

Attorneys for Plaintiffs Carlos E. Sala and Tina Zanolini-Sala,

s/ Darrell D. Hallett
Darrell D. Hallett

s/ John M. Colvin
John M Colvin
**Chicoine & Hallett, P.S.**
1011 Western Ave., Suite 803
Seattle, WA 98104
Telephone (206) 223-0800
Facsimile (206) 467-8170
Email: jcolvin@chicoine-hallett.com

DECLARATION OF CARLOS E. SALA - 3