# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

------------------------------------------------X

CARLOS E. SALA and
TINA ZANOLINI SALA,

      Plaintiffs,

        Case No: 05-cv-00636-LTB-OES

vs

UNITED STATES OF AMERICA,

      Defendant.

------------------------------------------------X

DEPOSITION

OF

CHRISTOPHER DICE

NEW YORK, NEW YORK

AUGUST 29, 2006

3:09 P.M.

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203-4725
(800) 288-3376

REPORTED BY:  Nancy Anne Flynn, RPR

FILE NO.:  A006FF3

Page 84

1              Christopher Dice

2        Q       But you concluded if you did it, then    16:46

3  you wouldn't be liable for penalties?               16:46

4                                                       16:46

5              MR. GEIER:  Objection.  Leading.         16:46

6        Objection.  Form.                              16:46

7        Q       Did you conclude that if you did it,    16:46

8  you would not be liable for penalties?              16:46

9              MR. GEIER:  Same objection.              16:46

10       A       That was my conclusion, yes.           16:46

11       Q       And did you proceed to file a          16:46

12 qualified amended return?                            16:46

13       A       Yes, I did.                            16:46

14       Q       And at that time, or shortly           16:46

15 thereafter, did you pay the tax?                     16:46

16       A       Yes.                                   16:46

17       Q       And did the IRS also, after you paid   16:46

18 the tax, assess you interest?                        16:46

19       A       Yes, they did.                         16:46

20       Q       And did they assess you interest from  16:46

21 the due date of the 2000 return all the way up until 16:46

22 the time you paid?                                   16:46

23       A       The original assessment, I'd say yes.  16:47

24 Ultimately -- yes, they did assess me the full       16:47

25 interest.  And ultimately, they calculated just the  16:47

Page 85

1                    Christopher Dice

2 first eighteen months of the past due interest and        16:47

3 refunded me the balance.                                   16:47

4          Q     And what was your understanding, if        16:47

5 any, as to why the IRS refunded you your interest          16:47

6 beyond eighteen months?                                    16:47

7               MR. GEIER:  Objection.  First --            16:47

8          A     I personally researched the statutes        16:47

9 and so on, and it just -- there was -- there was            16:47

10 Treasury regs that basically said in certain               16:47

11 conditions with amended returns, and so on and so          16:47

12 forth, that you were liable for only eighteen months 16:47

13 interest.                                                  16:47

14         Q     All right.  And did the IRS assert any16:47

15 penalties against you?                                     16:47

16         A     Not at that point.  But on the             16:47

17 settlement, yes, they did.  I think a 10 percent           16:47

18 penalty on a fairly small unpaid balance.  It was         16:47

19 minimal.                                                   16:47

20         Q     Okay.  But on the amount of tax shown 16:47

21 due and paid on the amended return, did the IRS            16:47

22 assert any penalties?                                      16:48

23         A     I don't believe so, no.                     16:48

24         Q     Did they assert a fraud penalty?            16:48

25         A     No.                                          16:48