# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.  05-cv-00636-LTB-PAC

CARLOS E. SALA and
TINA ZANOLINI SALA,

       Plaintiffs,

v.

UNITED STATES OF AMERICA,

       Defendant.

---

### UNITED STATES' UNOPPOSED MOTION TO REMOVE PHILIP E. BLONDIN FROM SERVICE LIST

---

       Plaintiff, the United States, by its undersigned counsel, moves the Court to remove Philip E. Blondin, Trial Attorney, Tax Division, United States Department of Justice, from the Court's service list in this case.  In support of this motion the United States submits the following:

       1.  Philip E. Blondin is no longer assigned to represent the United States in this matter.

       2. While he was still officially assigned to this matter, Mr. Blondin conferred with John Colvin, Esq., one of plaintiffs' counsel, and Mr. Colvin stated that plaintiffs' have no objection to this motion.

       WHEREFORE, the United States prays that the Court:

       A.  Order that Philip E. Blondin, be removed from the Court's service list; and

B. Grant such other relief as is just and proper.

Dated this 5th day of February, 2007

>TROY A. EID
>United States Attorney
>
>MARK S. PESTAL
>Assistant United States Attorney
>
>s/Anton L. Janik, Jr.
>DAVID N. GEIER
>ANTON L. JANIK, JR., CO#35164
>AMY MATCHISON
>Trial Attorneys, Tax Division
>U.S. Department of Justice
>P.O. Box 683, Ben Franklin Station
>Washington, D.C. 20044-0683
>Telephone: (202) 616-3448
>Facsimile: (202) 307-0054
>Email:
>david.n.geier@usdoj.gov
>anton.l.janik@usdoj.gov
>
>Judiciary Center Building
>555 Fourth Street, N.W.
>Washington, D.C. 20001

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 5, 2007, I electronically filed the foregoing with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

jcolvin@chicoine-hallet.com

dhallett@chicoine-hallet.com

david.n.geier@usdoj.gov

anton.l.janik@usdoj.gov

                                              s/Anton L. Janik, Jr.
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice