IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and ) <br> TINA ZANOLINI SALA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> Defendant. ) <br> ) | Civil No. 05-cv-00636-LTB-PAC |

NOTICE OF ENTRY OF APPEARANCE

Notification is hereby given that in addition to David N. Geier and Anton L. Janik, Jr., please enter the appearance of AMY MATCHISON as attorney for the United States in this matter and that each attorney should now be considered the attorneys of record for the United States. All pleadings and orders hereafter entered in this matter should be served on the undersigned counsel at the address below in addition to serving Messrs. Geier and Janik.

2203283.1

Dated this 5th day of February, 2007.	TROY A. EID
United States Attorney

MARK S. PESTAL
Assistant United States Attorney


s/ Amy Matchison
DAVID N. GEIER
ANTON L. JANIK, JR.  CO#35164
AMY MATCHISON
Trial Attorneys, Tax Division

U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:	(202) 616-3448
		(202) 305-2558
		(202) 307-6531
Facsimile:	(202) 307-0054
Email:Amy.T.Matchison@usdoj.gov

Street Address:	Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20001

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 5, 2007, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com

jcolvin@chicoine-hallett.com

and I hereby certify that I have mailed or served the document to the following non CM/ECF participants in the manner (mail, hand delivery, etc.)  indicated by the non-participants name:

Internal Revenue Service
Office of Associate Area Counsel
701 Market Street, Suite 2200
Philadelphia, PA 19106

                              s/ Amy Matchison
                              AMY MATCHISON
                              Attorney for Defendant
                              United States of America
                              Trial Attorney, Tax Division
                              United States Department of Justice
                              Ben Franklin Station
                              P.O. Box 683
                              Washington, D.C. 20044-0683
                              Telephone:     (202) 307-6531
                              Facsimile:     (202) 616-3448
                              Email:Amy.T.Matchison@usdoj.gov

Street Address:        Judiciary Center Building
                              555 Fourth Street, N.W.
                              Washington, D.C. 20001