IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLORADO

| | | |
|---|---|---|
| CARLOS E. SALA and | ) | |
| TINA ZANOLINI SALA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil No. 05-cv-00636-LTB-PAC |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF DAVID N. GEIER

I, David N. Geier, pursuant to 28 U.S.C. § 1746, declare and state to the best of my knowledge as follows:

1. I am employed as a trial attorney with the United States Department of Justice, Tax Division in Washington, D.C. I am assigned responsibility for representing the interests of the United States in the above-captioned case. I make this declaration in support of the United States' Response to Plaintiffs' Motion for Partial Summary Judgment.

2. Attached hereto as Exhibit A is a true and correct copy of the document titled FX Investor List, produced in the course of discovery of this matter.

3. Attached hereto as Exhibit B is a true and correct copy of the document titled $FX^2$ Trading Plan, produced in the course of discovery.

4. Attached hereto as Exhibit C is a true and correct copy of a document titled Foreign

2203068.1

Exchange Trading Program, produced in the course of discovery.

5. Attached hereto as Exhibit D is a true and correct copy of the relevant pages from the deposition of Michael Schwartz conducted on June 28, 2006.

6. Attached hereto as Exhibit E is a true and correct copy of the relevant pages from the deposition of plaintiff Carlos Sala conducted on September 15, 2006.

7. Attached hereto as Exhibit F is a true and correct copy of the relevant pages from the deposition of Martin White conducted on August 30, 2006.

8. Attached hereto as Exhibit G is a true and correct copy of the relevant pages from the deposition of Christopher Dice conducted on August 29, 2006.

9. Attached hereto as Exhibit H is a true and correct copy of the relevant pages from the deposition of Laurence Nemirow conducted on September 14, 2006.

10. Attached hereto as Exhibit I is a true and correct copy of the relevant pages of the Brown & Wood legal opinion letter dated April 16, 2001, produced in the course of discovery.

11. Attached hereto as Exhibit J is a true and correct copy of the resume of Carlos Sala, produced in the course of discovery.

12. Attached hereto as Exhibit K is a true and correct copy of the relevant pages from the deposition of plaintiff Carlos Sala conducted on October 24, 2006.

13. Attached hereto as Exhibit L is a true and correct copy of the relevant pages from the deposition of John Raby conducted on September 13, 2006.

14. Attached hereto as Exhibit M is a true and correct copy of the relevant pages and exhibits from the deposition of Timothy Gillis conducted on October 23, 2006.

15  Attached hereto as Exhibit N is a true and correct copy of Sala's projections produced

in the course of discovery.

16. Attached hereto as Exhibit O is a true and correct copy of a letter dated November 17, 2000, produced in the course of discovery.

17. Attached hereto as Exhibit P is a true and correct copy of a Deerhurst statement for October, produced in the course of discovery.

18. Attached hereto as Exhibit Q is a true and correct copy of the relevant pages from the deposition of Andrew Krieger conducted on October 26, 2006.

19. Attached hereto as Exhibit R is a true and correct copy of a Solid Currencies' Statement, produced in the course of discovery.

20. Attached hereto as Exhibit S is a true and correct copy of Assignment and Assumptions, produced in the course of discovery.

21. Attached hereto as Exhibit T is a true and correct copy of Certificate of Incorporation, produced in the course of discovery.

22. Attached hereto as Exhibit U is a composite exhibit consisting of true and correct copies of fee statements, produced in the course of discovery.

23. Attached hereto as Exhibit V is a true and correct copy of a Deerhurst Statement for November 2000 for the account of Carlos Sala and Solid Currencies, produced in the course of discovery.

24. Attached hereto as Exhibit W is a true and correct copy of a Deerhurst Statement for December 2000 for the account of Solid Currencies, produced in the course of discovery.

25. Attached hereto as Exhibit X is a true and correct copy of the relevant pages from the deposition of Robert W. Kolb conducted on January 12, 2007.

26. Attached hereto as Exhibit Y is a true and correct copy of a letter dated November 20, 2000, produced in the course of discovery.

27. Attached hereto as Exhibit Z is a true and correct copy of IRS Notice 2000-44.

28. Attached hereto as Exhibit AA is a true and correct copy of a letter dated November 17, 2006, addressed to John Colvin from Joseph L. Barloon, counsel for KPMG.

29. Attached hereto as Exhibit BB is a true and correct copy of a Refco Customer Statement dated December 31, 2000, for Carlos Sala's Solid Currencies, Inc. account, produced in the course of discovery.

30. Attached hereto as Exhibit CC is a true and correct copy of an e-mail dated June 2, 2000, produced in the course of discovery.

31. Attached hereto as Exhibit DD is a true and correct copy of a letter agreement dated February 1, 2001, produced in the course of discovery.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 5th day of February, 2007 in Washington D.C.

                                                  s/ David N. Geier
                                                  DAVID N. GEIER
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 5, 2007, I electronically filed the foregoing DECLARATION OF DAVID N. GEIER with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com

jcolvin@chicoine-hallett.com

and I hereby certify that I have mailed or served the document to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participants name:

Internal Revenue Service
Office of Associate Area Counsel
701 Market Street, Suite 2200
Philadelphia, PA 19106

              s/ Amy Matchison
              AMY MATCHISON
              Attorney for Defendant
              United States of America
              Trial Attorney, Tax Division
              United States Department of Justice
              Ben Franklin Station
              P.O. Box 683
              Washington, D.C. 20044-0683
              Telephone: (202) 307-6531
              Facsimile: (202) 616-3448
              Email:Amy.T.Matchison@usdoj.gov

Street Address:    Judiciary Center Building
              555 Fourth Street, N.W.
              Washington, D.C. 20001