# EXHIBIT A

# FX INVESTOR LIST

| NAME | ADDRESS | CITY | STATE | ZIP | CORPORATION | TITLE | EIN # | SS # | Date of Invest. | Amount Invested | CAP/OI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kathleen Aburrow | 74 Robinwood Drive | Little Rock | AR | 72227 | Astro Currencies Inc. | President | | 908 | 10/20/2000 | 500,000.00 | CAP |
| Paul C. Bagwell | 101 Turfway Drive | Lafayette | LA | 70503 | Balanced Currencies Inc. | President | | 261 | 10/3/2000 | 700,000.00 | CAP |
| Rodger D. Bagwell | 126 Shannon Road | Lafayette | LA | 70503 | Branded Currencies Inc. | President | | 199 | 10/3/2000 | 1,700,000.00 | CAP |
| Arthur Cuff | 71 Gateside Place | Marietta | GA | 30067 | Central Currencies Inc. | President | | 317 | 10/3/2000 | 500,000.00 | CAP |
| Dominic Dean | 123 Luckie St. NW. #1506 | Atlanta | GA | 30303 | Dual Currencies Inc. | President | | 164 | 10/3/2000 | 500,000.00 | OI |
| Christopher Dice | 2058 Navajo Trail | Lafayette | CO | 60026 | Draft Currencies Inc. | President | | 680 | 10/23/2000 | 900,000.00 | CAP |
| Pierre Panos | 660 Riverfalls Court | Roswell | GA | 30076 | Principle Currencies Inc. | President | | 546 | 10/3/2000 | 500,000.00 | OI |
| Greg Stringer | 1115 Admiral Crossing | Alpharetta | GA | 30005 | Standard Currencies Inc. | President | | 915 | 10/5/2000 | 675,000.00 | OI |
| Allen Born | 3773 Cherry Creek North Drive #575 | Boulder | CO | 80209 | Border Currencies Inc. | President | | 152 | 10/16/2000 | 900,000.00 | CAP |
| Mark Crossen | 3883 North 57th Street | Boulder | CO | 80301 | Cross Currencies Inc. | President | | 706 | 10/16/2000 | 800,000.00 | OI |
| Gary Jacobs | 525 Highland Ave. | Boulder | CO | 80302 | Joint Currencies Inc. | President | | 167 | 10/16/2000 | 1,200,000.00 | OI |
| Bob King | 4967 S Fillmore Court | Cherry Hills | CO | 80110 | Kensington Currencies Inc. | President | | 240 | 10/16/2000 | 2,000,000.00 | CAP |
| Ronald Budacz | 6273 Monarch Park Place | Niwot | CO | 80503 | Bundled Currencies Inc. | President | | 111 | 10/20/2000 | 1,000,000.00 | OI |
| Ronald Snyder | 7142 Old Post Road | Boulder | CO | 80301 | Secured Currencies Inc. | President | | 677 | 10/20/2000 | 500,000.00 | OI |
| Thomas Smach | 5740 Country Club PKY | San Jose | CA | 95138 | Stapled Currencies Inc. | President | | 563 | 10/20/2000 | 2,400,000.00 | OI |
| Carl Vertuca | 5400 Mt Meeker Road | Boulder | CO | 80301 | Virtual Currencies Inc. | President | | 435 | 10/20/2000 | 8,925,000.00 | CAP |
| Carlos Sala | 2424 Ginny Way | Lafayette | CO | 80026 | Solid Currencies Inc. | President | | 554 | 10/23/2000 | 2,700,000.00 | CAP |
| Martin White | 118 East 70th Street | New York | NY | 10021 | Wired Currencies Inc. | President | | 866 | 10/23/2000 | 5,450,000.00 | OI |
| Martin White | 118 East 70th Street | New York | NY | 10021 | Umbrella Currencies Inc. | President | | 866 | 23-Oct | 225,000.00 | CAP |
| Randy Henderson | 560 Menlo Oak Drive | Menlo Park | CA | 94025 | Hard Currencies Inc. | President | | 584 | 11/15/2000 | | |
| Michael Schwartz | 21 Navajo RD. | East Brunswick | NJ | 8816 | Multinational Currencies INC | | | 184 | 11/7/2000 | 60,000.00 | OI |
| Michael Hartigan | 50 Saddleridge Road | Milton | MA | 02186 | Multinational Currencies INC | | | 064 | 11/7/2000 | 135,000.00 | OI |
| Jim Ferrerra | 70 Long Meadow Road | Milton | MA | 02186 | Multinational Currencies INC | | | 077 | 11/7/2000 | 233,333.00 | OI |
| Paul McManus | 20 Rose Wharf PH4 | Boston | MA | 02110 | Multinational Currencies INC | | | 272 | 11/7/2000 | 400,000.00 | OI |
| Beckett Cantley | 3481 Lake Side Drive #1606 | Atlanta | GA | 30326 | Multinational Currencies INC | | | 796 | 11/7/2000 | 75,000.00 | OI |
| Ira Rachelson | 625 Mt. Vernon HWY | Atlanta | GA | 30327 | Multinational Currencies INC | | | 536 | 11/7/2000 | 70,000.00 | OI |
| Kevin Kops | 2 Wilpert Rd | Bridgewater | NJ | 08807 | Multinational Currencies INC | | | 316 | 11/7/2000 | 31,500.00 | OI |
| Ron Kops | 8 Petercooper Village | New York | NY | 10010 | Multinational Currencies INC | | | 604 | 11/7/2000 | 150,000.00 | OI |
| David Livingston | 9 Highlander Drive | Scotch Plains | NJ | 07076 | Multinational Currencies INC | | | 790 | 11/7/2000 | 22,000.00 | OI |
| Andy Krieger | One Bridge Plaza North, suite 890 | Fort Lee | NJ | 07024 | Multinational Currencies INC | President | | 382 | 11/7/2000 | 250,000.00 | OI |
| Randy Henderson | 560 Menlo Oak Drive | Menlo Park | CA | 94025 | Multinational Currencies INC | | | 584 | 11/7/2000 | 25,000.00 | OI |

EXHIBIT 10