# EXHIBIT B

# $FX^2$ TRADING PLAN ("$FX^2$")

## Outline of Proposed Plan

1. **Trading Advisor:** Deerhurst Management, Inc. ("Deerhurst") is an investment advisor owned and controlled by Andy Krieger, a well-established and well-reputed currency trader with more than a decade of performance for customer accounts, currently having more than $99 million under management. Although it has not done so in the past, Deerhurst on a going forward basis intends to execute all or substantially all of the trades for customer accounts with or through a newly-organized affiliated company.

2. **Trading Strategy:** Deerhurst will utilize its "diversified trading strategy" (the "Diversified Strategy"), a combination of technical trading systems with a discretionary overlay that is currently traded for 47 customers who have a notional investment with Deerhurst of approximately $66 million. The Diversified Strategy utilizes a combination of currency forwards and currency options to trade a broad category of currencies. Most trading is short-term to mid-term, though some positions are retained for periods of up to about 1 year. The account is extremely active, with high turnover and generally small profits generated on a majority of positions and small losses generated on a minority of positions, except for "core positions," which are taken infrequently and are designed to position the portfolio for major currency moves. Such "core positions" may be taken in forwards and/or options, depending on the specific market environment.

3. **Investors:** Investors have been solicited for the Diversified Strategy for eight months. Prior to this period, Deerhurst was managing assets exclusively for one large investor. Deerhurst is now in the process of building its asset base, as well as broadening its services and customers. Associated with this, Deerhurst has hired top traders from Wall Street, added support personnel, and purchased a new front/back office trading system. It is intended that several new selling agents (who are properly registered and will be compensated by Deerhurst by payment of a portion of its fees described below) will solicit a small, select group of wealthy individuals with whom they have a pre-existing relationship to invest in the Diversified Strategy. These investors will be advised that (i) the

|   |   |   |
|---|---|---|
|   |   | Diversified Strategy is speculative and volatile, (ii) in addition to the potential for gains (as well as losses), there may also be tax benefits available from the Deerhurst investment program, and (iii) they must first determine whether the Diversified Strategy fits within their portfolio before there can be any discussion of the potential tax benefits. They will be urged to open a "test account" to become comfortable with the asset class and with the Diversified Strategy. |
| 4. | Investment Minimum: | Deerhurst generally has an investment minimum of $5 million for its managed account program, requiring a cash commitment of not less than $1.25 million or 4:1 leverage (see "Leverage," below"). However, it is the preference for the leverage to be maintained at a 2:1 level to minimize the risk of an extreme drawdown. A $5 million minimum trading size is necessary in order to achieve efficiencies of brokerage commission cost and market diversification, although a $2.5 million account size is workable. The Diversified Strategy will be offered as a "test account" at a $2.5 million minimum (the "Investment Minimum"). The goal for Deerhurst is to develop new sources of investment capital through this promotional device. |
| 5. | Increasing Investments: | The Investment Minimum is designed to attract high-net worth investors to the Diversified Strategy. In essence, it is a temporary "discount." Pursuant to the terms of the Trading Advisory Agreement entered into between each investor and Deerhurst (the "Advisory Agreement"), the Investment Minimum must be increased to not less than $5 million generally within one month of the date on which the managed account is first opened (the "Test Period"). At the end of the Test Period, if the account is profitable, the expectation would be that the investor would increase his investment and commit to a longer-term investment with Deerhurst, though he would not be obligated to do so. If he does not so commit, Deerhurst ordinarily would terminate the account. If the account is unprofitable at the end of the Test Period, the investor generally either would terminate the account or would extend it for an additional test period. Alternatively, an unprofitable investor who was comfortable with Deerhurst's risk-averse approach (drawdowns have been extremely small) could elect to up-leverage in an effort to "trade" Deerhurst's performance (a not uncommon strategy among sophisticated investment professionals) – Deerhurst's performance has been flat to slightly negative for extended periods that |

have been punctuated by substantial up-spike months.

If the investor elects to utilize leverage in his trading account, he already would have been advised when he entered into the Advisory Agreement of the prudence of doing so through the use of a limited liability vehicle, which would require that the account name be changed from an individual one to that of a limited liability company or an S corporation (see #8 below) (the "Investor Entity").

Pursuant to the Advisory Agreement, if the investment leverage is increased, the Investor Entity (the Investor Entity together with its beneficial owner is sometimes referred to as the "Investor") will co-sign the existing Advisory Agreement, which provides that if the account is up-leveraged and if the trading account has been profitable from inception through year-end, the Investor agrees that all assets in the trading account at year-end will be contributed to Deerhurst Trading Strategies LLC, a newly-organized pooled investment vehicle (the "Deerhurst Fund"). The offering memorandum of the Deerhurst Fund will be attached as an exhibit to the Advisory Agreement and the Investor's commitment to the up-leveraging will constitute a contingent subscription to the Deerhurst Fund (necessitating the execution of the Deerhurst Fund subscription documentation upon the decision to up-leverage). The Advisory Agreement/subscription documentation provides that an investment in the Deerhurst Fund may not be redeemed for five (5) years from the date of contribution. The contribution of the trading account assets would be made by the Investor Entity which, should the Investor so determine, immediately thereafter be liquidated.

6. Leverage: The $2.5 million account is leveraged at 2:1; that is, a $1.25 million investment is required to fund a $2.5 million account. The $5 million account can be leveraged as high as 4:1; that is, a $1.25 million investment is required to fund a $5 million account. This will result in a significant economic risk as a 25% drawdown would result in a 100% loss of capital.

7. Fees: Deerhurst's compensation for managing the test account, the Investor Entity account, and the Investor's investment in the Deerhurst Fund will be the same as its usual rate (which is a 2% per annum management fee on the "notional account size" and

|   |   |   |
|---|---|---|
| 8. | Certain Tax Aspects: | 20% per quarter performance-based compensation). Deerhurst will, pursuant to its current practice, compensate appropriately registered persons who introduce investors out of its 2/20 fee structure. |

Each investor opening a test account is required, after the Test Period, either to increase his investment to $5 million (after seeing daily trading activity and having had a normal "introduction period" to FX trading) or to terminate his managed account.

Should the investor elect to "leverage-up" his investment, he will be advised of the prudence of doing so by use of a limited liability vehicle – the Investor Entity –, and also that the Investor Entity could facilitate certain tax advantages. At that time, the investor will be directed to consult with his own tax counsel.

At all times during the operation of the Diversified Strategy, there will continue to be long and short FX option positions in the Investor's portfolio (as well as in the portfolios of all investors participating in the Diversified Strategy) reflecting the same trading method that has been used by Deerhurst for over five years. Upon contribution of the investor's entire Diversified Strategy portfolio to the Investor Entity (consisting of the options positions (generally between 6 and 16 at any given time) and FX forward positions (there will be no futures)), tax basis will be generated in the long options positions, but the short options should not be treated as "liabilities" for purposes of Sections 357(c) and 752 creating tax basis in excess of value at the time of the contribution.

Should the Investor Entity be liquidated, the Investor ordinarily would be expected to realize a tax loss equal to the difference between his tax basis and the fair market value of the portfolio.

9. The Fund – Other Tax Aspects:   After a liquidation of the Investor Entity, the Investor would become the direct member in the Deerhurst Fund affording limited liability without the need for interposition of the special limited liability entity. Upon joining the Fund, whether by prior commitment or otherwise, the Investor will be required to maintain his position for at least five years during which time the trading strategy described above, consisting of a mix of FX forwards and FX long and short options, will be continued. The trading will generate either short-term gains or the 60%-40% regimen applicable to

FX2 Term Sheet 8.24.2000

**DHSala 00000231**

|  |  |  |
|---|---|---|
|  |  | Section 1256 contracts. The potential for gains over the period will be considerable, although losses may also be incurred. |
| 10. | Summary: | The FX$^2$ Trading Plan provides a test program to permit FX investors to try-out the Deerhurst Diversified Strategy in stages leading to a full five-year trading commitment; it presents a possible tax advantage and the opportunity, based on past trading results, to realize cumulative economic profits far in excess of any tax advantages. |