# EXHIBIT D

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

-------------------------------------------------X

CARLOS E. SALA and ZANOLINI SALA,

                Plaintiffs,

                     Civil Action No: 05-cv-00636
                                LTB-PAC

vs

UNITED STATES OF AMERICA,

                Defendant.

-------------------------------------------------X

                    DEPOSITION

                        OF

              MICHAEL SCHWARTZ

              NEW YORK, NEW YORK

              JUNE 28, 2006 2006

                9:50 A.M.

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203-4725
(800) 288-3376

REPORTED BY:  Nancy Anne Flynn, RPR

FILE NO.:  A005571

1                          Michael Schwartz

2        the participants in the Deerhurst Transaction follow

3        the same steps?

4                  A     No.

14:34    5                  Q     Did all the participants in the

6        Deerhurst transaction become members of the Deerhurst

7        investors general partnership?

8                  A     No.

9                  Q     Why not?

14:34   10                  A     They had a choice, they could either

11       go the route of becoming an investor in the Deerhurst

12       Investors, or they could just invest in an S

13       corporation, as long as that was leveraged four to

14       one, instead of the three to one that was the inside

14:35   15       leverage.

16                  Q     Did all of the investors in the

17       partnership, or the members of the partnership, did

18       they seek ordinary income, ordinary losses, out of

19       the transaction?

14:35   20                  A     Partnership?

21                  Q     Yes.

22                  A     Yes.

23                  Q     All Deerhurst investors general

24       partners?

14:35   25                  MR. HARTIGAN:  Can you repeat the

1          Michael Schwartz

2          question?  I'm confused.

3               MR. GEIER:  I'm going to -- I

4          will.  Thank you.

14:35    5          Q    Individuals participated in the

6     transaction to begin with, correct?

7               A    Correct.

8               Q    And then all the individuals formed an

9     S corporation or became members in an S corporation,

14:35   10    correct.

11              A    Correct.

12              Q    That was an S corporation that you

13    helped them form?

14              A    Correct.  There were many different S

14:35   15    corporations, but yes.

16              Q    You supervised the incorporation?

17              A    Yes.

18              Q    You filed the incorporation papers?

19              A    Rosenman did on our behalf.

14:36   20              Q    Okay.  The S corps, some of them, also

21    became partners in Deerhurst Investors General

22    Partnership?

23              A    Yes.

24              Q    And the S corps were all owned by

14:36   25    individuals, correct?

Page 133

1                       Michael Schwartz

2           A     Yes.

3           Q     And were those individuals who owned

4     the S corps who invested in the general partnership

14:36  5     or participated in the general partnership, were they

6     all seeking ordinary losses from the transaction?

7                 MR. HALLETT:  Objection.

8           A     You would have to ask them, but that

9     is my belief.

14:36  10          Q     And what is your belief based on?

11          A     The knowledge that under liquidation

12    of the partnership, which contained foreign

13    currencies, a resulting sale of those currencies,

14    because of the outside basis being attached to them,

14:36  15    would create an ordinary loss.

16          Q     And the people who were seeking

17    capital losses didn't need that step?

18          A     They didn't.

19          Q     Okay.  And for those individuals --

14:37  20    did any individual who invested in Deerhurst want

21    both an ordinary loss and a capital loss?

22                MR. HALLETT:  I'm sorry, could

23                you repeat that?

24                MR. GEIER:  Sure.

14:37  25          Q     Did anyone who invested in Deerhurst,

Page 134

1        Michael Schwartz

2     the Deerhurst strategy, who participated in the

3     Deerhurst Strategy, wanted, sought out, a capital

4     loss and an ordinary loss?

14:37   5              A     Yes.

6              Q     More than one?

7              A     I don't think so.

8              Q     Who was the one?

9              A     Tony White.

14:37   10             Q     So Mr. White would have had two S.

11    corps, correct?

12             A     Yes.

13             Q     One of them would have become the

14    general partner in Deerhurst Investors General

14:38   15    Partnerships, and one of them won't be; is that

16    correct?

17             A     It would be.  Also, maybe he wanted to

18    see some of his money at three to one leverage and

19    some of his money at four to one leverage.

14:38   20             Q     Maybe.  But he also wanted capital

21    losses and ordinary losses, correct?

22                  MR. HARTIGAN:  Objection.

23             Q     Is that correct?

24             A     You would have to ask them, but that

14:38   25    would be my belief.

Page 176

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | Michael Schwartz                                         |
|       | 2  | A     Yes.                                               |
|       | 3  | Q     And you haven't talked to him since?               |
|       | 4  | A     No.                                                |
| 15:38 | 5  | Q     Am I correct in stating that                       |
|       | 6  | regardless of whether a participant in a Deerhurst       |
|       | 7  | transaction in 2000 had economic gains or not,           |
|       | 8  | whether or not they did, they still generated a tax      |
|       | 9  | loss as a result of their participation in the           |
| 15:38 | 10 | transaction?                                             |
|       | 11 | MR. HARTIGAN:  State that again,                         |
|       | 12 | please.                                                  |
|       | 13 | Q     Whether or not an individual --                    |
|       | 14 | MR. GEIER:  Can you read that                            |
| 15:38 | 15 | back.                                                    |
|       | 16 | (The question was read.)                                 |
|       | 17 | A     That's really a two part question.                 |
|       | 18 | The first part is everybody in the Deerhurst             |
|       | 19 | transaction had an economic gain, and the second part    |
| 15:39 | 20 | is everyone in the Deerhurst transaction generated a     |
|       | 21 | tax loss.                                                |
|       | 22 | Q     And there is no dispute that the idea              |
|       | 23 | of generating these tax losses was a selling point       |
|       | 24 | that Multinational had for this transaction, correct?    |
| 15:39 | 25 | A     It is an element, but it was very                  |

36e62024-2418-4090-acf4-163dc10640bd

1          Michael Schwartz

2     else, Mr. Schwartz?

3          A     I told many people that Notice 2000-44

4     was not the same transaction as this transaction.

15:44   5          Q     And you could have told Mr. King and

6     Mr. Jacobs as well?

7          A     I could have.

8          Q     And you could have told -- fair

9     enough.

15:44   10               MR. GEIER:  I'll show you a

11               document that we can mark as Exhibit

12               10.

13               (Spreadsheet entitled Investors

14               List was marked as Exhibit Number 10

15:45   15               for identification.)

16     BY MR. GEIER:

17          Q     Do you recognize that document?

18          A     Yes, I do.

19          Q     Who prepared it?

15:45   20          A     I don't know.  It's not indicated.

21          Q     Did you prepare it?

22          A     No, I did not.

23          Q     Did your office prepare it?

24          A     It's very possible.

15:45   25          Q     Have you seen this document before?

36e62024-2418-4090-acf4-163dc10640bd

Page 183

1                          Michael Schwartz

2              A     I have.

3              Q     Okay.  Do you know what this document

4        is?

15:45    5              A     It is a list of the people that

6        invested in the Deerhurst trading strategy

7        transaction.

8              Q     Also gives the date of the investment?

9              A     Yes, it does.

15:45   10              Q     You see that nobody invested,

11        according to this record, prior to October 3, 2000?

12              A     It does indicate that.

13                    MR. HALLETT:  Can I ask counsel

14                    for the record, was this produced to us

15:45   15                    in the Government's production.

16                    MR. GEIER:  I believe this was

17                    produced by Mr. Schwartz.  It doesn't

18                    have a Bates number on it.  And we

19                    produced everything -- well, we sent

15:46   20                    you a letter saying we have a

21                    production from Mr. Schwartz, we assume

22                    you have everything he has turned over

23                    to us.  If not, let us know, is what we

24                    said.  So you should have it, if he has

15:46   25                    it.

Page 184

1               Michael Schwartz

2               MR. HALLETT:  I understand your

3       position.

4               MR. GEIER:  Okay.

15:46   5       Q       Does it identify the individuals by

6       the type of losses that they were seeking, the

7       character of the losses they were seeking?

8       A       It certainly identifies them by the

9       type of losses they derived.

15:46   10      Q       And how -- can you show me where that

11      is on this sheet?

12      A       In the last column "Cap" would be

13      capital, and "OI" would be ordinary income.

14      Q       Okay.  So where it says "Capital" the

15:46   15      investor would have derived, the participant would

16      have derived capital losses as a result of their

17      participation?

18      A       Yes.

19      Q       And when it says "OI" they would have

15:47   20      derived ordinary losses as a result of their

21      participation?

22      A       Yes.

23      Q       And under Amount Invested, is this

24      reflective, as far as you can tell, of the correct

15:47   25      amounts that these individuals invested, or deposited

36e62024-2418-4090-acf4-163dc10640bd

Page 185

1                         Michael Schwartz

2        into the transaction?

3                  A     Yes.

4                  Q     Mr. Sala, by far, is the highest

15:47   5        amount, correct?

6                  A     He is the largest amount.

7                  Q     And then next to him is Mr. White?

8                  A     Yes.

9                  Q     Do you know the relationship between

15:47   10       Mr. Sala and Mr. White?

11                 A     I know they both worked for the same

12       company at one point in time.

13                 Q     Do you know anything more about them,

14       in terms of their relationship?

15:47   15                 A     If my memory is correct, I believe

16       Tony was the CEO of the company and Carlos was the

17       CFO.

18                 Q     Do you know if Mr. White looked upon

19       Mr. Sala as his financial advisor?

15:47   20                 A     I do not know that.  I know Mr. White

21       relied on Carlos's expertise as Carlos was an

22       extremely knowledgeable and astute individual.

23                 Q     Who is Beckett Cantley on this sheet?

24                 A     Beckett Cantley was an attorney at the

15:48   25       time for Rachelson & White, and he referred a few