# EXHIBIT E

```
ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY:   MARTHA H. BENNETT
FILE NO.:   A007B16
```

1

```
 1         Q.    So you couldn't sell them?
 2         A.    No.
 3         Q.    Did you have a financial advisor?
 4         A.    No.
 5         Q.    You were your own financial advisor?
 6         A.    Yes.
 7         Q.    Did you have your own investments at the time?
 8         A.    Somewhat.  Much more limited than I do now.
 9         Q.    Can you describe them generally?  I'm not
10   asking what you were invested in.  But would it have been
11   stocks or --
12         A.    It would have been stocks and maybe some
13   bonds.  But frankly, I was too busy in my professional career
14   to spend much time on the investment side.
15         Q.    A couple more questions.  You mentioned
16   currency because part of the entity is not in the United
17   States.  So there was concern about protecting against swings
18   in the difference between the dollars and the pesos?
19         A.    Yes.
20         Q.    What was your role, if any, in handling that
21   part of the company?
22         A.    I was the primary person in managing that risk
23   of exposure.
24         Q.    Did you hedge?
25         A.    We hedged.
```

```
 1    experience up to this point that you have reviewed a large
 2    amount of financial data?
 3           A.    Yes.
 4           Q.    Sifted through it to learn what it means?
 5           A.    Yes.
 6           Q.    You've also created and reviewed financial
 7    forecasts?
 8           A.    Many, many, many times.
 9           Q.    Ever do a break-even analysis?
10           A.    Sure.
11           Q.    What is that?
12           A.    A break-even analysis would be where you would
13    quantify the cost of a project and try to quantify the
14    potential profits of that project, and determine when the
15    profits generated would cover your costs.  So that would be
16    break-even at that point.
17           Q.    That's something you were comfortable with?
18           A.    Yes.
19           Q.    Were part of your responsibilities, up to this
20    point in time -- did they involve computing the potential
21    returns on investments?
22           A.    Yes.
23           Q.    In your modeling and in your analysis, were
24    you taking into account before- and after-tax considerations?
25           A.    Yes.
```

```
 1            Q.    That is projecting returns before tax and
 2   after tax?
 3            A.    Yes.
 4            Q.    That's something you were doing yourself?
 5            A.    Yes.
 6            Q.    That was important to your job?
 7            A.    Yes.
 8            Q.    I know we spent a lot of time talking about
 9   your experience, which I've asked you to do; but let's go
10   ahead and put your resume in.
11            (Exhibit 113 marked for identification.)
12            Q.    I'm showing you Exhibit 113, which appears to
13   be a resume that you produced to the government in connection
14   with this case.  Do you recognize that?
15            A.    Yes, I do.
16            Q.    Is this a fair and accurate description of
17   your professional experience?
18            A.    Yes, it is.
19            Q.    And your education?
20            A.    Yes.
21            Q.    Okay.  Are there any additions to this?  Is
22   this the latest version?
23            A.    Yes.
24            Q.    You started with Abacus in 1997?
25            A.    Yes.
```

29

```
 1            A.     Yes.
 2            Q.     Who is Christopher Dice?
 3            A.     Christopher Dice is Abacus's chief operating
 4   officer.  Somewhere after I was hired, our chief operating
 5   officer relocated to New Hampshire.  He remained with the
 6   company, but we needed someone to replace him, and Tony White
 7   and I recruited Chris Dice.
 8            Q.     What was the line of authority between the
 9   three of you?
10            A.     Cris Dice and I both reported to Tony White,
11   independently.
12            Q.     And on the corporate ladder you were equals?
13            A.     Yes.
14            Q.     In terms of lines of authority?
15            A.     Yes.
16            Q.     Was Christopher Dice a friend of yours?
17            A.     Yes, he's a friend.  At the time, he wasn't,
18   but we became friends.
19            Q.     Do you still stay in touch with him?
20            A.     Yes.
21            Q.     How often do you talk to him?
22            A.     Well, my guess is we talk about once a month.
23   I was doing some strategy consulting for a New York-based
24   firm recently, and they needed a CEO, and I referred Chris to
25   the company.  So as a result of my consulting services, we
```

```
 1   touch base about once a month.
 2           Q.    Do you maintain a friendship, though?  Or is
 3   this a business relationship?
 4           A.    We maintain a friendship, but most of our
 5   discussions are about this business.
 6           Q.    And Mr. White -- is he a friend of yours?
 7           A.    Yes.
 8           Q.    Is he a close friend?
 9           A.    Absolutely.
10           Q.    When you were with Abacus, did there come a
11   point when you hired brokers or financial advisors for your
12   own personal needs?
13           A.    I used brokers to execute my transactions.  I
14   didn't really -- I didn't pay for their advice, actually.
15           Q.    Did you stay with the same brokers?
16           A.    No, I've changed.  I've done business with
17   Merrill Lynch; I've done business with Goldman and Morgan
18   Stanley.  I probably had a Charles Schwab account back then.
19           Q.    Did you?
20           A.    Yes, probably.
21           Q.    When did you first engage Goldman Sachs to do
22   work for you?
23           A.    Well, as a result of our merger with
24   DoubleClick, Goldman was representing DoubleClick.  And I
25   knew Goldman from a prior history.  At AEA Investors, the
```

33

1          A.    I thought about that.

2          Q.    When did you start working with Goldman Sachs?

3          A.    In 2000.

4          Q.    What percentage of your assets did you place

5    with Goldman Sachs?

6          A.    At some point I placed most of my assets

7    there.  I say that -- they exercised all of my stock options,

8    so they received the proceeds.

9                But I thought it would be wise -- there were

10   significant assets, so I thought it would be wise to use

11   another firm as well.  To keep them honest, frankly, and

12   mostly on fees.

13               Expertise, they had it.  But I wanted to make sure

14   that the fees I was being charged were reasonable relative to

15   other firms, and at that point I directed some of my money to

16   Morgan Stanley, after I had exercised.  Morgan Stanley never

17   exercised any shares for me.

18         Q.    At some point you shifted some money to Morgan

19   Stanley?  Assets?

20         A.    Yes.

21         Q.    When was that?

22         A.    It would have been somewhere between the

23   spring and summer of 2000.

24         Q.    At the point where you shifted your assets

25   between Goldman and Morgan Stanley, can you give a percentage

39

1  of who had what amount?
2        A.   Almost 50/50.
3        Q.   And you said "keep them honest."  In terms of
4  commissions?  What did you mean by that?
5        A.   What that meant is:  Commissions on trades can
6  be negotiated, whether they say it or not.  I was putting
7  most of my money in fixed income.
8        Q.   Is that bonds?
9        A.   Bonds, yes.  Transparency in that fixed-income
10 market -- which is the bond market -- as a buyer, especially
11 in the year 2000 -- it's changed somewhat since then -- and
12 when you're buying corporate bonds or municipal bonds,
13 transparency as to how much you're paying is (inaudible).
14        I would actually say it was impossible for the
15 average investor to actually know.  Trust me, because I've
16 tried extremely hard to get transparency.
17        So one way -- as much as I've tried, actually, I
18 don't think you can get 100 percent.  But one way to figure
19 out whether the price that's being quoted to you by a bond is
20 go somewhere else and see where it's quoted.
21        If somebody says, 110.50 on this bond, you don't
22 know the spread that the bank is keeping.  Aside from the
23 commission that they're charging -- you do know what the
24 commission is, and that's negotiated, as well.
25        But that's not where the money is many times for

1    these banks.  The money is in between the spread at which
2    they buy it and what they sell it to you.  It's very
3    difficult to know that.
4         Since then, there's been databases that record where
5    transactions are.  It's much easier on equities than it is on
6    fixed income.
7         Q.   So you have Morgan Stanley quote you and
8    Goldman Sachs quote you, and take the best deal?
9         A.   And sometimes on the bond.  I'll give you an
10   example.  One time I sold a bond where I said, Goldman, give
11   me the best price you can.  I made a phone call five minutes
12   later:  Morgan, give me the best price you can.  The
13   difference was $15,000 on this one bond.
14        That's what I mean by "keeping them honest."
15   "Keeping them competitive" is a better description.
16        Q.   Fair enough.  What about your accounting
17   situation in 1999?  Did you have an accountant?
18        A.   Yes.
19        Q.   Have we gone through all your investment
20   advisors in the 1999-2000 period?  Or are there other people
21   you worked with?
22        A.   No one else had any significance.
23        Q.   And what were the assets you claimed -- in the
24   summer of 2000, when you said it was 50/50, what's the total?
25        A.   Roughly 58- $60,000,000.

41

```
 1          Q.   So you split 30-and-30 in rough numbers?
 2          A.   Rough numbers.  Very rough.
 3          Q.   And who were the people at Morgan Stanley?
 4          A.   I started with a guy named Bruce Adam
 5   (phonetic), but quickly developed into a team, because we
 6   needed more expertise, especially in the fixed-income market.
 7   So I dealt with Kevin Crumb, who was a fixed-income
 8   specialist, and Chris O'Neal.
 9          Q.   Let's talk about your accountants first and
10   then go back.  Did you have an accountant in 1999?
11          A.   Pricewaterhouse.
12          Q.   How long had you been with them?
13          A.   Two years, maybe.  When I joined Abacus.
14          Q.   Any problems with them?
15          A.   No.
16          Q.   And were they working for Abacus, too?
17          A.   Yes.
18          Q.   Any problems with the relationship between
19   Abacus and Pricewaterhouse?
20          A.   No.
21          Q.   Who were your points of contact?
22          A.   John Raby was my most senior contact, and
23   underneath him was Kevin Overburg (phonetic).
24          Q.   Now, I didn't distinguish.  Was that a point
25   of contact personally or professionally?
```

42

```
 1              A.    Personally.  Professionally it was audit
 2   group, tax group.
 3              Q.    How did you get in touch with Mr. Raby?
 4              A.    He got in touch with me.  He would come visit
 5   once a quarter and say, Here's some estate-tax planning ideas
 6   that we might be able to help you with.  We can help you with
 7   investment -- I frankly didn't look at accounting firms as
 8   investment advisors, so I really didn't give it much weight.
 9              I started to have access to Goldman Sachs and
10   Pricewaterhouse to give me investment advice.  I didn't think
11   that was very (inaudible).  But he tried, to his credit.
12   Probably once a quarter, he could come in and try to have
13   discussions with me -- create a relationship.
14              Q.    He wasn't your accountant at Pricewaterhouse,
15   or was he?
16              A.    It's interesting, because I heard his
17   deposition a few days back, and I viewed him as part of "my
18   accountant."  I mean, he and Kevin sort of were -- I thought
19   Kevin reported to John Raby; maybe I'm wrong.  So I viewed
20   both of them as being on my account as a team, whose primary
21   responsibility was tax compliance, but could offer ideas for
22   tax and estate planning.
23              Q.    How were they compensated?
24              A.    On an hourly basis.
25              Q.    Kevin Overburg for his time?
```

```
 1              A.      Yes.
 2              Q.      And John Raby for his time?
 3              A.      Yes.
 4              Q.      What was the range of fees?
 5              A.      I can't recall.
 6              Q.      Are we over $300 an hour for these guys?
 7              A.      You know, Pricewaterhouse is a pretty
 8      expensive firm, so I can't recall.
 9              Q.      Not even a rough estimate?
10              A.      I know what rates are for firms of that size.
11      $300 might be a good idea.
12              Q.      Okay.  And did you have in your mind a
13      distinction between what Kevin was doing and what John was
14      doing?
15              A.      Somewhat.  I looked at Kevin more as strictly
16      compliance; strictly doing my return.  I looked at Raby as
17      supervising that function, but also more expansive in terms
18      of financial services.
19              Q.      What type of financial services did he provide
20      to you in 1999 and 2000?
21              A.      He was proposing to provide estate tax
22      planning services and investment-management services.
23              Q.      I'm not sure what that means.
24              A.      Meaning, if I wanted to have Pricewaterhouse
25      look at my portfolio and say, Hey, your asset allocation
```

1   seems right, or, You need change it.  Things like that.
2           Q.    Did they do that?
3           A.    No, I never hired him for it.  He would
4   propose that, but I never hired Pricewaterhouse to do that
5   work.  I just don't think that's really their core business.
6   They wanted it to be part of their business, but it wasn't
7   their core business.
8           Q.    In what context were you paying for John
9   Raby's time?
10          A.    In the context of supervising the compliance.
11  But, you know, I don't recall the bills that he would send
12  me, but if I had received a bill that said, "Kevin Overburg,
13  so many hours, tax-return preparation; John Raby, so many
14  hours, tax-return preparation," I would have thought that
15  he's supervising Kevin.  But I can't recall the bills.
16          Q.    So Kevin came to you with ideas -- ?
17          A.    No, John Raby did.
18          Q.    I'm sorry, John came to you with ideas.  Can
19  you recall any context in which you engaged his services
20  specifically?
21          A.    No, I never engaged him on any of his
22  services.  He would market them, but I never engaged him.
23          Q.    How much time would you estimate that he spent
24  with you in 1999 and 2000 pitching ideas?
25          A.    I would say an estimate would be an hour a

45

```
 1            A.    Blended cash?

 2            Q.    Blended cash currency and option strategy.

 3            A.    The answer is no.  You can make assumptions
 4    from the title what it is; but, no, I don't.

 5            Q.    Never asked anybody what it was?

 6            A.    No.

 7            Q.    And just hearing the name, you don't know what
 8    it is?

 9            A.    You know, it sounds familiar, like I've dealt
10    with it sometime in my career or whatever.  But I can't tell
11    you the specifics of it right now.

12            Q.    Where do you think you might have heard it?

13            A.    Maybe in my finance books, talking to people
14    who were pitching options.  I don't know.  It could be
15    anywhere.  Maybe reading.

16            You know, I've read a fair amount about options in
17    different publications; I've read the SEC.  There's actually
18    a publication called "Characteristics of Options" -- required
19    reading for option traders -- that banks give you.  I may
20    have heard about it there, too.

21            Q.    But aside from having heard about it, you're
22    not very familiar with it?

23            A.    No.

24            Q.    Is it fair to say, then, that as of the fall
25    of 2000, you were happy with Goldman Sachs?
```

```
 1            Q.    Are you saying that this is based on losing
 2   money in the options, or is this based upon the management
 3   fee?
 4            A.    I think it was three things.  It was that.
 5   And Tim Dolan, my primary contact, left; and his replacement
 6   introduced the idea of charging us -- my wife and I -- an
 7   asset-management fee.  I was so turned off about that that I
 8   said, Forget it; I'm not doing it.
 9            Q.    So you didn't pay the asset management fee?
10            A.    No.
11            Q.    And you stayed with Goldman Sachs, then?
12            A.    They backed away.  They saw the reaction.
13   Here's what happened.  I just bought a very significant
14   municipal-bond portfolio, where they just got a ton of
15   commissions in spreads -- hundreds of thousands of dollars,
16   I'm sure.
17            And they come in a few months later and say, Hey, we
18   want to manage that portfolio you just put in place, and we
19   want to start charging you an asset-management fee on trades
20   you already made money on.  No way.
21            Q.    You like managing your own portfolio?  You
22   didn't want to pay someone to manage the portfolio?
23            A.    That's correct.
24            Q.    Have you paid anyone to manage a portfolio for
25   you?
```

```
 1   They pull out in a slow way?
 2          A.    Could be.  At least give them the ability to
 3   do it if they need to.  When there's a very liquid marked,
 4   you can get out like that.
 5          Q.    Did there come a point in 2000, Mr. Sala, when
 6   you terminated your relationship with Pricewaterhouse?
 7          A.    Yes, I did.  Actually, you know what?  It
 8   wasn't --
 9          Q.    Let me back up; this may help.  Your 1999
10   return was prepared by Pricewaterhouse; correct?
11          A.    Correct.
12          Q.    And you would have been working with them into
13   2000 on the 1999 return?
14          A.    I did.
15          Q.    Did there come a point in 2000 when you
16   stopped working with them?
17          A.    I think it was 2001.  And the reason I say
18   that is because John Raby had left, and I received a call
19   from Kevin Overburg saying, Hey, you know, we've got to get
20   ready for the 2000 return.  At that point -- and John was
21   gone -- I had a much more complicated transaction.  Frankly,
22   I didn't think he had the expertise on these kinds of
23   transactions.
24          Q.    What kinds of transactions?
25          A.    The Deerhurst transaction, which was a large
```

55

```
 1   partner.  He seemed like a very solid tax accountant that
 2   would do a routine type of tax preparation.  That was my
 3   conclusion.  He was fairly young, too, by the way.  He's
 4   progressed now in his career.  But this was six years ago.
 5        Q.   And you didn't inquire within the firm about
 6   someone else who might be able to help?
 7        A.   No, because that would have been a new
 8   introduction to somebody brand-new, and I already felt
 9   comfortable that I had a relationship that could provide the
10   services.
11        Q.   When did you come into contact with Tracie
12   Henderson?
13        A.   I researched it when you did one of the
14   previous filings, so I tried to really peg it correctly.  And
15   it was in late November.
16        Q.   Of --
17        A.   Of 1999.
18        Q.   1999?
19        A.   Yes.
20        Q.   Pricewaterhouse was doing your return for 1999
21   during that time; correct?
22        A.   Correct.  That's right.
23        Q.   So at the same time that Pricewaterhouse was
24   doing your return, were you looking to find another
25   accountant at that time?
```