# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

--------------------------------------------------X

CARLOS E. SALA and
TINA ZANOLINI SALA,

CERTIFIED COPY

Plaintiffs,

Case No: 05-cv-00636-LTB-OES

vs

UNITED STATES OF AMERICA,

Defendant.

--------------------------------------------------X

VIDEO DEPOSITION

OF

MARTIN A. WHITE

NEW YORK, NEW YORK

AUGUST 30, 2006

10:04 A.M.

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203-4725
(800) 288-3376

REPORTED BY: Nancy Anne Flynn, RPR
FILE NO.: A006FF4

A Since 2002. 10:11:52

Q And what is it -- do you own a company? 10:11:53 10:11:54

A I own a vineyard. 10:11:55

Q A vineyard. And you own a vineyard in Tuscany? 10:11:57 10:11:58

A Uh-huh. 10:11:59

Q And do you have your own label of wines? 10:12:00 10:12:02

A Yes. 10:12:03

Q What is it? 10:12:04

A It's Festeggiata, F-e-s-t-e-g-g-i-a-t-a. 10:12:04 10:12:07

Q What type of grapes? 10:12:09

A Mostly San Giovese and some Merlot. 10:12:11

Q Prior to the vineyards -- the business involving the vineyard, what did you do? 10:12:15 10:12:18

A I was chairman and CEO of Abacus. 10:12:21

Q From what time to what time? 10:12:27

A I founded the company in January 1990 to -- I sold the company at the end of 1999. 10:12:30 10:12:33

Q The end of 1999? 10:12:39

A (Nod). 10:12:42

Q And what does that company do? 10:12:44

Martin A. White

A I did. 10:13:54

Q Did you receive funds from the sale of the company in 1999? 10:13:55 10:13:57

A Yes. 10:13:59

Q How much did you receive? 10:14:00

A It was actually -- the funds were actually received in 2000. 10:14:02 10:14:03

Q Were they reported by you in 2000? 10:14:05

A Yes. 10:14:08

Q And in 1999, were you aware that you were going to be receiving the funds in 2000? 10:14:08 10:14:11

A Yes. I mean, obviously things can go wrong, but yes. 10:14:14 10:14:18

Q Okay. And how much did you receive on account of the sale of your interest in Abacus? 10:14:18 10:14:20

A It was approximately sixty million. 10:14:23

Q Do you know -- I don't know -- was that income you reported as ordinary income? 10:14:36 10:14:39

A A lot of it was capital gain. It was what was founder stock. 10:14:42 10:14:47

Q All right. So you had capital gains, and did you also have employment income that year? 10:14:48 10:14:50

A Yes. Yes. 10:14:54

Q And how much? 10:14:55

Martin A. White

Q And how did you decide on that amount? 10:36:02

A It was an amount that I was comfortable with investing. And I relied on Michael Schwartz to give me a figure that would enable me to achieve the largest tax benefit that I could. 10:36:11 10:36:13 10:36:20 10:36:28

Q Okay. We are going to go back into your conversations with Mr. Schwartz. 10:36:34 10:36:37

Is it fair to say that your -- does 30 million or 36 million sound like a number in which you claimed a deduction or loss? 10:36:41 10:36:49 10:36:53

A I would say it was lower than that, but somewhere in the 30 range. 10:36:56 10:37:00

Q Okay. A significant amount of money? 10:37:07

A Yes. 10:37:09

Q What is the status of your claim for a refund? 10:37:14 10:37:17

A I have applied for the refund and I have not yet had a response from the Service. 10:37:20 10:37:23

Q Have you met with Mr. Sala in any discussions about filing a lawsuit? 10:37:28 10:37:31

MR. HALLETT: You can answer the question except -- to any discussions that you've had with Mr. Sala -- except for those discussions where I or anyone 10:37:35 10:37:36 10:37:40 10:37:43

Martin A. White

Q And do you recall how long the test period was? 12:10:20 12:10:23

A I don't. It was a short period, but I don't recall specifically. 12:10:24 12:10:27

Q It was a very short period, correct? 12:10:30

A I don't recall. 12:10:33

Q Do you recall if it was more or less than a month? 12:10:34 12:10:36

A I don't recall. 12:10:38

Q Do you recall what you did at the end of the test period in terms of reviewing the transaction? 12:10:39 12:10:41 12:10:44

A Took a look at the performance at that point, and -- 12:10:48 12:10:52

Q What was the performance at that point? 12:10:54 12:10:56

A My recollection is that we were in the money, not an awful lot of money, but certainly it was a positive. 12:11:00 12:11:12 12:11:17

Q Did you take into account the commissions? 12:11:18 12:11:20

A I don't recall. 12:11:24

Q Did you understand that the S corps would be liquidated at some point in December 2000? 12:11:32 12:11:34

Martin A. White

A Yes. 12:11:39

Q Did you understand that going into the transaction? 12:11:40 12:11:43

A Yes. 12:11:43

Q Who did you understand that from? 12:11:44

A Mike Schwartz. 12:11:46

Q And who did you understand designed the transaction, the Deerhurst transaction? 12:11:58 12:12:01

A Mike Schwartz. 12:12:26

Q What is your understanding of the role of Mike Schwartz versus the role of Andrew Krieger in the transaction? 12:12:27 12:12:30 12:12:36

A That Mike designed the transaction and that he was a vehicle for Deerhurst to get customers, that he would introduce people to Deerhurst. 12:12:37 12:12:44 12:12:54

Q How did you get in touch with Michael Schwartz? How did you come in contact with him? 12:13:09 12:13:12

A It was a meeting that he had arranged with Carlos Sala, that I attended. 12:13:17 12:13:24

Q Was anyone else present? 12:13:30

A No. 12:13:33

Q Michael Schwartz arranged the meeting? 12:13:34

A Yes. 12:13:39

Q Mr. Sala was present, you were 12:13:40

Martin A. White

illiquid at that point. And there was -- that's all I recall. 14:55:49 14:56:05

Q At that meeting did Mr. Schwartz say anything -- I'm sorry, did he say anything else about the transaction? 14:56:08 14:56:16 14:56:17

A You've all met Mike, he talks quite a lot. Mike talked about the transaction just as I related. 14:56:19 14:56:23 14:56:31

Q Okay. Was there anything else he said about the transaction? Let me ask you a question. Did he talk about the tax ramifications of the transaction? 14:56:32 14:56:36 14:56:40 14:56:44

A Not that I recall. 14:56:45

Q You don't recall asking him any questions about it? 14:56:47 14:56:50

A No. 14:56:53

Q Nothing? 14:56:54

A No. 14:56:55

Q Was that an important factor, main consideration for you, the tax aspects of this transaction? 14:56:56 14:56:58 14:57:03

A It was a -- it was a very nice, added benefit of the transaction. 14:57:05 14:57:10

Q But when you entered the transaction, 14:57:13

Martin A. White

Mike was able to tell you how much you needed to put into the transaction in order to get the benefits that you wanted? 14:57:15 14:57:21 14:57:23

A Correct. 14:57:24

Q So you went into the transaction wanting certain tax benefits, correct? 14:57:25 14:57:27

A I went into the transaction knowing that if I sort of structured it properly along lines that Mike was saying, that there would be tax benefits coming to me. 14:57:30 14:57:33 14:57:42 14:57:45

Q And that those benefits would come to you in 2000 when you needed them? 14:57:47 14:57:50

A That's correct. 14:57:54

Q And so did you have questions about that to Mr. Schwartz when you met with him? "How likely is it that I am going to have those; is there a concern?" Anything like that? 14:57:55 14:57:57 14:58:01 14:58:07

MR. HALLETT: Objection, that's a multiple question. 14:58:08 14:58:09

MR. GEIER: Correct. I'll rephrase it. 14:58:11 14:58:11

Q Did you raise any questions to him about the tax aspect of the transaction? 14:58:12 14:58:15

A I imagine I did, but I cannot 14:58:21

Martin A. White

BY MR. GEIER: 16:11:57

Q Take a look at that return. Do you see you're claiming on line 17 a loss of $36,617,928? 16:11:58 16:12:00

A Yes. 16:12:11

Q Part of that loss, at least, if not almost all of it, from Umbrella Currencies, which is Exhibit 68? 16:12:12 16:12:14 16:12:27

A Yes. 16:12:30

Q Okay. And stay with that return for me. You see on Schedule D -- 16:12:31 16:12:35

A Yes. 16:13:08

Q -- you show a net short-term capital loss on line seven of $27,448,077? 16:13:09 16:13:12

A Yes. 16:13:18

Q Is that a result of your Exhibit -- well, your involvement with Wired Currencies? 16:13:18 16:13:20

A Yes. 16:13:29

Q Okay. And you show $34 million in wages, $34,400,000 in wages on line seven? 16:13:33 16:13:38

MR. HALLETT: Front page. 16:13:45

MR. GEIER: Front page, sorry. thank you. 16:13:46 16:13:46

A Yes. 16:13:49

Q And 2,320,000 of taxable interest? 16:13:49

Martin A. White

A Yes. 16:13:57

Q And your total tax liability as reflected on line 57 is 112,642? 16:14:04 16:14:04

A Yes. 16:14:12

Q So you had over $36 million of income. Is the $34,000,000 of income -- well, you had over $36 million of income in 2000 and you paid taxes on -- you paid taxes of 112,642; is that correct? 16:14:17 16:14:22 16:14:26 16:14:36

MR. HALLETT: I object to the form of the question. 16:14:39 16:14:41

MR. GEIER: I will re-ask it. 16:14:43

Q You reported income of over $36 million, correct? 16:14:44 16:14:46

A That is correct. 16:14:48

Q And that's -- that income alone is just wages and taxable interest, total of over $36 million with wages and taxable interest combined? 16:14:50 16:14:52 16:14:56

A That's correct. 16:15:01

Q And you paid taxes of 112,000, correct? 16:15:02 16:15:05

A That is correct. 16:15:07

Q Did Tracy Henderson prepare this return? Take a look at page two. 16:15:09 16:15:14

A Yes, she did. 16:15:15

identification.) 17:38:52

THE VIDEOGRAPHER: We are back on the record. The time is 5:40 p.m. 17:40:28

BY MR. HALLETT: 17:40:31

Q Mr. White, I want to hand you what has been marked for identification as Exhibit 82 (handing). Can you identify that for us? 17:40:33 17:40:41 17:40:44

A Yes, I identify this document as a spreadsheet that Carlos Sala prepared for me. 17:40:52 17:40:55

Q And approximately when did you first see that document? 17:41:02 17:41:05

A I don't recall. I imagine that it was before I entered into the transaction. 17:41:08 17:41:13

Q The Deerhurst transaction? 17:41:15

A The Deerhurst transaction. 17:41:18

Q Did you review the document at the time that you first obtained it? 17:41:21 17:41:23

A I did. 17:41:25

Q What, if any, significance did the information contained in that document have to you? 17:41:26 17:41:29

A I think the two most important things, one was it looked at the historical performance of Deerhurst, and then that information was taken and projected forward, and it showed the reasonable -- a 17:41:33 17:41:36 17:41:41 17:41:45

Martin A. White

reasonable man could expect to make a lot of money in the Deerhurst transaction. And I see the number here as an after-tax profit after five years of 42 million, which I think I testified earlier to, that I thought the amount of money that I could potentially make was 40 million, so. 17:41:52 17:41:59 17:42:05 17:42:09 17:42:13 17:42:16

Q And you testified that those projections were prepared by Mr. Sala? 17:42:22 17:42:25

A Yes. 17:42:28

Q Do you know whether or not Mr. Sala had any experience in preparing financial projections prior to the time that he provided you with that document, Exhibit 82? 17:42:33 17:42:35 17:42:41 17:42:44

A Yes. He was -- 17:42:47

Q And what, if any, experience, to your knowledge and experience did he have in making projections? 17:42:49 17:42:53 17:42:56

A Mr. Sala was a very experienced chief financial officer, and this is something that he did all the time for our company, Abacus Direct. 17:42:57 17:43:01 17:43:04

Q And for what purpose did he do projections for Abacus Direct? 17:43:10 17:43:12

A Multiple purposes. Primarily to do with our strategic planning going forward, as to if 17:43:16 17:43:24

Martin A. White

we made certain investments, how those investments were likely to pay off in the future. 17:43:31 17:43:33

Q And did you review those projections? 17:43:38

A Yes. 17:43:41

Q Before and after the fact? 17:43:41

A Yes. 17:43:44

Q What, if any, conclusion did you reach as to Mr. Sala's ability and skill in making projections? 17:43:44 17:43:47 17:43:52

A He had great ability -- 17:43:54

MR. GEIER: Objection. 17:43:56

A -- in making projections and I had a great deal of confidence in his work. 17:43:59 17:44:04

Q After Abacus went public, were any projections supplied to Wall Street with respect to expected future earnings? 17:44:12 17:44:17 17:44:24

A Constantly. 17:44:28

Q How do you know that? 17:44:29

A We -- it was the -- on a quarterly basis, we would be asked by the Street to review how we had done in that quarter and to look forward for the rest of the year, the upcoming quarter and the rest of the year, and to make projections. 17:44:31 17:44:32 17:44:44 17:44:47 17:44:51

Q Were those projections that you just 17:44:54

testified ultimately under your responsibility? 17:44:58

A They were. 17:45:01

Q As head of the company? 17:45:02

A Yes. 17:45:04

Q And did you review those projections before and after the fact? 17:45:04 17:45:07

A I did. 17:45:09

Q And what, if any, conclusions did you reach as to the accuracy of those projections? 17:45:10 17:45:13

A They were extraordinarily accurate in the entire public life of the company. We never missed a quarter. 17:45:17 17:45:20 17:45:24

MR. HALLETT: No further questions. 17:45:28 17:45:28

EXAMINATION 17:45:28

BY MR. GEIER: 17:45:29

Q Do you recall in your line of work had you ever heard of the phrase "garbage in, garbage out"? 17:45:30 17:45:32 17:45:36

A Yes. 17:45:37

Q What does that mean? 17:45:37

A If you put in bad data, you are likely to get bad results. 17:45:39 17:45:41

MR. GEIER: I have no further 17:45:44