# EXHIBIT G

# CERTIFIED COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

-------------------------------------------------X

CARLOS E. SALA and
TINA ZANOLINI SALA,

      Plaintiffs,

        Case No: 05-cv-00636-LTB-OES

vs

UNITED STATES OF AMERICA,

      Defendant.

-------------------------------------------------X

DEPOSITION

OF

CHRISTOPHER DICE

NEW YORK, NEW YORK

AUGUST 29, 2006

3:09 P.M.

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203-4725
(800) 288-3376

REPORTED BY:  Nancy Anne Flynn, RPR

FILE NO.:  A006FF3

1

1                      Christopher Dice

2    it, yes.                                          15:18

3            Q      And did you discuss with Mr. Hallet    15:18

4    whether you or Mr. Sala were looking at other    15:19

5    potential opportunities to invest or reduce your tax    15:19

6    liability in 2000?                               15:19

7            A      Yes.  I would say that we talked about 15:19

8    Carlos's research in that area.                  15:19

9            Q      Okay.  And what your recollection was    15:19

10   of it?                                           15:19

11           A      Yes.                              15:19

12           Q      Did you -- you were a participant in    15:19

13   the same transaction that Mr. Sala participated in,    15:19

14   the Deerhurst transaction, correct?             15:19

15           A      Yes.                              15:19

16           Q      And that started in 2000?        15:19

17           A      Yes.                              15:19

18           Q      And you -- and we'll get into the    15:19

19   specifics -- but you claimed tax losses as a result    15:19

20   of your participation in the transaction?       15:19

21           A      Yes.                              15:19

22           Q      The tax losses were a factor for you    15:19

23   in entering into the transaction?              15:19

24           A      Yes.                              15:20

25           Q      And you knew going in that you would    15:20

```
 1                    Christopher Dice

 2  be able to generate tax losses for 2000, correct?    15:20

 3         A      Yes.                                    15:20

 4         Q      And who told you that?                  15:20

 5         A      John Raby would have been the first to  15:20

 6  tell me that.                                         15:20

 7         Q      And did you have discussions with       15:20

 8  anyone other than Mr. Raby -- and other than your     15:20

 9  counsel -- did you talk to Mr. Schwartz about tax     15:20

10  losses for 2000?                                      15:20

11         A      I don't know what -- I would have       15:20

12  talked to -- yes, I would have talked to Mike         15:20

13  Schwartz.  I don't know the timing.  I distinctly     15:20

14  recall that John Raby was the first person that       15:20

15  described the basic investment.                       15:20

16         Q      Okay.  So when you entered, you had     15:20

17  hoped to generate losses to offset some of the income 15:20

18  that you were going to be or received in 2000,        15:20

19  correct?                                              15:20

20         A      Yes.                                    15:20

21         Q      When did you receive that income,       15:20

22  approximately, during the course of the year?         15:20

23         A      Early in the year, actually traded the  15:20

24  stock in late January of 2000.                        15:20

25         Q      "Traded" meaning sold?                  15:20
```

```
1                        Christopher Dice
2            Q       Did that occur in 1999 or 2000, when      15:24
3     you started to look?                                     15:25
4            A       I don't recall.  I would say early        15:25
5     2000, but that's just a guess.                           15:25
6            Q       Could have been late 1999?                15:25
7            A       I doubt it, because no decision to        15:25
8     sell the stock at that point.                            15:25
9            Q       Sometime early 2000?                      15:25
10           A       That's my guess, yes.                     15:25
11           Q       January, February?                        15:25
12           A       Probably.                                 15:25
13           Q       And who did you talk to?                  15:25
14           A       Well, the first person I talked to was    15:25
15    Carlos Sala.                                             15:25
16           Q       Why was that?                             15:25
17           A       Well, we had both exercised our           15:25
18    options and sold the stock I think, literally, over      15:25
19    the same period of time, over a few days.  And           15:25
20    sometime subsequent to that or around that, Carlos       15:25
21    just mentioned he was researching investments that       15:25
22    had favorable tax treatment.                             15:25
23           Q       Okay.  Did he tell you anything about     15:25
24    the investments or who he -- did he tell you about       15:25
25    the investments -- what did he tell you about those      15:25
```

1                    Christopher Dice

2      investments?                                      15:25

3           A      At that point I'd say very little,    15:26

4      just that there could be favorable tax treatment, and 15:26

5      he was researching a number of alternatives.      15:26

6           Q      "Favorable tax treatment" meaning a   15:26

7      transaction which could generate tax losses to offset 15:26

8      the income that you had in 2000?                  15:26

9           A      That's what it proved to be.  I don't 15:26

10     know that I understood it at the time that we are  15:26

11     talking about that that's exactly how it worked.  15:26

12          Q      And do you recall at what point you   15:26

13     started having more specific conversations about  15:26

14     potential vehicles?                               15:26

15          A      I don't recall precisely, but I would 15:26

16     guess through the summer and fall of 2000, at some 15:26

17     point, I had lunch with John Raby, and I started to 15:26

18     learn more about it.                              15:26

19          Q      And Mr. Raby was the point person for 15:26

20     these -- for Mr. Sala at that point?              15:26

21          A      I'd say for Mike Schwartz at that     15:26

22     point.  I think John's job seemed to be to raise the 15:26

23     investment funds for the investment.             15:26

24          Q      For Mr. Schwartz?                     15:26

25          A      I believe so, yeah, and John was      15:26

Christopher Dice

1

2      A      I didn't consider others.  I know        15:28

3  Carlos -- or I believe Carlos was traveling around     15:28

4  the country and looking at different types of          15:28

5  transactions.                                          15:28

6      Q      But you were not?                           15:28

7      A      No.                                         15:28

8      Q      Okay.  So does the term "BLIPS" mean        15:28

9  anything to you?                                       15:28

10     A      I'm familiar with it now.                   15:28

11     Q      How so?                                      15:29

12     A      Newspaper articles and reading recent       15:29

13  treatment of BLIPS-type transactions.                 15:29

14     Q      So in 2000, you weren't looking at a        15:29

15  BLIP transaction?                                      15:29

16     A      I don't recall looking at any specific 15:29

17  transaction that was BLIPS.                            15:29

18     Q      Do you recall looking at any other          15:29

19  transaction other than the one that you ultimately     15:29

20  chose?                                                 15:29

21     A      No.                                         15:29

22     Q      Or obtaining information about the          15:29

23  transactions?                                          15:29

24     A      If I did, it was minimal.  It was           15:29

25  Carlos doing the heavy lifting.                        15:29

Christopher Dice

1

2      Q     How did that work that Carlos -- at      15:29

3  some point Carlos became the person you relied on to  15:29

4  do the investigation?      15:29

5      A     That's right.      15:29

6      Q     And is that sort of just stated      15:29

7  between you and him, he understood you were going to  15:29

8  potentially follow him into something that he thought 15:29

9  was good?      15:29

10     A     Yes, I think that's accurate.      15:29

11     Q     And at what point -- did you recall      15:29

12 when he first mentioned to you the Deerhurst      15:29

13 transaction or how it first came to your attention?   15:30

14     A     I don't recall precisely.  Again, it      15:30

15 would have been sometime after late January 2000,     15:30

16 once there was, you know, a large taxable income.     15:30

17     Q     Did you meet with Mr. Raby to discuss   15:30

18 these transactions -- the potential transactions?     15:30

19     A     Yes, I had one meeting with John Raby.  15:30

20     Q     Do you recall in the course of your     15:30

21 ultimate participation in Deerhurst, was it well      15:30

22 before that?  Was it right before?      15:30

23     A     I would say several months before.     15:30

24     Q     And what was the purpose of the      15:30

25 meeting?      15:30

```
 1                      Christopher Dice

 2          Q     And how did it surface?              15:38

 3          A     I would have guessed -- I think      15:38

 4   through a conversation or series of conversations 15:38

 5   with Carlos that he had done some research and this 15:38

 6   was this specific transaction.                    15:38

 7          Q     Did Mr. Sala tell you about any other 15:38

 8   transactions he was considering?                  15:38

 9          A     Perhaps tangentially.                15:38

10          Q     Are you aware that Mr. Sala was      15:38

11   looking at other transactions other than the      15:38

12   Deerhurst transaction?                            15:39

13          A     Yes.                                 15:39

14          Q     Do you know that from him telling you 15:39

15   that?                                             15:39

16          A     Yes.                                 15:39

17          Q     Do you know how many?                15:39

18          A     No.                                  15:39

19          Q     Were there a few?                    15:39

20          A     I would have -- one or two.  But I'm 15:39

21   not sure on that.                                 15:39

22          Q     Do you know if he was working with   15:39

23   Mr. Raby on those?                                15:39

24          A     I don't know that.                   15:39

25          Q     So Mr. Sala raised this again to you. 15:39
```

Christopher Dice

2      A      I honestly don't recall the details.      15:40

3  The substance would have been me asking questions      15:40

4  about the transaction and how is this treated and how  15:40

5  is that treated.  But not any of the details.      15:40

6      Q      Did you convey to Mr. Schwartz any      15:40

7  concern that the losses needed to be occurring in      15:40

8  2000 for them to benefit you?      15:40

9      A      I wouldn't have expressed concern but      15:40

10  that was understood.      15:40

11      Q      Did you talk to Mr. Schwartz about      15:40

12  that?      15:41

13      A      I don't recall.      15:41

14      Q      When you say it "was understood," can      15:41

15  you elaborate a little more for me?      15:41

16      A      Well, the reason I was going into this  15:41

17  particular investment and currency-trading program      15:41

18  and so on, was to (a) try to make some money on the      15:41

19  currency trading, and (b) because it had a -- it was  15:41

20  a tax advantage type of investment.  And so -- and      15:41

21  that was clearly -- I had the opportunity for a      15:41

22  tax-advantaged investment in 2000 because of the      15:41

23  large income.      15:41

24      Q      And you needed it in 2000?      15:41

25      A      Yes.      15:41

1              Christopher Dice

2        Q    Did you understand from talking to        15:41

3   Mr. Schwartz that the loss would occur in 2000?    15:41

4        A    Yes.                                       15:41

5        Q    Did he communicate that to you.           15:41

6        A    Yes.                                       15:41

7        Q    Did he communicate it to you prior to     15:41

8   you entering into the transaction?                 15:41

9        A    I would think so.  I believe so.          15:41

10       Q    I'm going to mention a couple of names    15:42

11  just to see if they ring a bell for you.          15:42

12            Do you know who Jeffrey Eischeid is?      15:42

13       A    No.                                        15:42

14       Q    Do you know who Bruce Lemons is?          15:42

15       A    No.                                        15:42

16       Q    Do you know who Beckett Cantley is?       15:42

17       A    No.                                        15:42

18       Q    Do you know who David Amir-Makou is?      15:42

19       A    No.                                        15:42

20       Q    Okay.  That was easy.                      15:42

21            How did you get in touch with Larry       15:42

22  Nemirow?  Who put you in touch with him?          15:42

23       A    Carlos Sala, again.                        15:42

24       Q    And how did that come about that he       15:42

25  would refer you to Mr. Nemirow?                    15:42

Christopher Dice

1

2    appeared that he was very thorough in his            15:46

3    investigation.  I know he flew around and met with   15:47

4    Andy Krieger and Schwartz and other attorneys        15:47

5    perhaps, I don't know exactly who.                   15:47

6         Q    Can you be more specific about            15:47

7    anything Mr. Sala did?                               15:47

8         A    I really can't.  It just seemed like a    15:47

9    very thorough investigation.                         15:47

10        Q    Okay.  And is it fair to say that you     15:47

11   basically relied on Mr. Sala's investigation?        15:47

12        A    At least 99 percent of it, yes, almost    15:47

13   totally.                                             15:47

14        Q    Okay.  And the other one percent?         15:47

15        A    Would be me asking Schwartz my own        15:47

16   questions before we actually entered into the        15:47

17   transaction.                                         15:47

18        Q    Do you recall what those questions        15:47

19   might be?                                            15:47

20        A    Oh, they would have been things like      15:47

21   validating that penalties wouldn't be involved and   15:47

22   that the opinion was, you know, valid, and questions 15:47

23   of that nature.                                      15:47

24        Q    Okay.  Did Mr. Sala ever give you any     15:47

25   documents as a result of his investigation?          15:48