# EXHIBIT J

# CARLOS E. SALA

---

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 1997 to 1999 | **ABACUS DIRECT CORPORATION.** <br> Broomfield, Colorado |

Database marketing firm with the largest consumer purchasing database in the U.S. containing over 3 billion transactions from 1,500 merchants on 90 million households.

<u>Chief Financial Officer, Secretary and Treasurer</u>

In addition to responsibility for all financial functions, primary role was to work closely with the CEO and the Board in developing the strategic direction of the Company. This consisted of developing growth strategies for our core businesses, identifying and implementing partnerships to create new products, developing and executing an Internet strategy which culminated in the sale of the Company to DoubleClick, Inc.

| | |
|---|---|
| 1990 to Present | **DAL-TILE INTERNATIONAL INC.** <br> Dallas, Texas |

World's largest ceramic tile manufacturer and distributor with sales of $725 million, 235 sales centers, 10 manufacturing facilities in North America and 7,000 employees. This NYSE publicly held company has a total market capitalization of approximately $1.5 billion.

1991 to Present

<u>Executive Vice President, Chief Financial Officer and Treasurer</u>

Responsible for all financial functions with oversight of approximately 170 employees. Functional responsibility for treasury, SEC / financial reporting, planning, investor relations, accounting, tax, credit, legal and audit. Additional responsibility for information systems group with 50 employees. Personally accountable for communicating financial results to senior management, Board of Directors, investment analysts, investors and lenders.

- Led company in raising approximately $850 million in capital; including $100 million initial public equity offering, $132 million public debt offering, $525 million in bank facilities, $25 million in sale leasebacks, $10 million private placement, and over $50 million through numerous operating leases and vendor financing arrangements.
- Led financial team in $250 million acquisition of largest competitor including financial and legal due diligence. Successfully integrated and consolidated all financial functions after acquisition realizing approximately $4 million in annual cost savings from synergies.

DHSala 00002300

**CARLOS E. SALA**
Page 2

|  |  |
|---|---|
|  | - Led company-wide restructuring in 1993; developed and communicated restructuring strategy to external parties regarding $267 million charge. Restructuring resulted in $70 million increase in Dal-Tile equity value.
- Transitioned financial management and reporting function from that of a family owned and operated business in 1989 to a professionally managed company reporting to professional investors and a Board of Directors comprised of mostly Fortune 500 CEO's.
- Principal interface with lenders holding approximately $500 million in debt and responsible for all communication with the Securities and Exchange Commission.
- Implemented company-wide planning process resulting in strategic plans and annual financial objectives submitted to Board of Directors and lenders.
- During tenure at Dal-Tile, Company has grown from $336 million in revenues and $68 million in operating income to revenues of $725 million and operating income of $119 million. Market share has increased from 13% to 27% and market capitalization has increased $850 million. |
| 1990 to 1991 | Vice President - International Operations

Joined Dal-Tile as VP - International Operations immediately following January, 1990 leveraged buyout. Initially responsible for integrating two acquired Mexican companies into the Dal-Tile Group. Mexican operations consisted of four manufacturing plants employing 3,000 with $110 million in revenues. Reported results to CEO, Board of Directors and controlling investor group.

- Acquisitions were two of the first 100% foreign owned acquisitions of any Mexican domiciled company.
- Established oversight and financial controls to align strategy and execution with overall corporate goals.
- Established planning and reporting processes in accordance with U.S. standards. |
| 1984 to 1990 | **ERNST & YOUNG**
New York, New York

International professional services firm providing accounting, auditing, tax, and consulting services. |
| 1987 to 1990 | Mergers and Acquisitions Manager

Performed due diligence on numerous acquisition candidates on behalf of financial and strategic buyers highlighting deteriorating trends in operating and financial performance and identifying overstated assets and unrecorded liabilities. Provided on call financial consulting services to financial buyers assisting in deal structure, credit agreements and generation of projections. Acquisitions ranged in size from $25 million to $3 billion. |
| 1984 to | Audit Senior |

DHSala 00002301

**CARLOS E. SALA**
Page 2

1987　　Managed numerous audit engagements for large and medium sized public and private companies with revenues ranging in size up to $12 billion. Extensive experience in SEC reporting.

**EDUCATION**

**UNIVERSITY OF GEORGIA,** J.M. Tull School of Accounting
Bachelor of Business Administration, 1984
Majors - Accounting and Finance

Certified Public Accountant

**PERSONAL**

Bilingual English/Spanish

DHSala 00002302