# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

-------------------------------x

CARLOS E. SALA and                    **CERTIFIED COPY**

TINA ZANOLINI SALA,                   :

05-cv-00636-LTB-PAC,                  :

      Plaintiffs,          :        05-cv-00636-LTB-PAC

vs.                                   :

UNITED STATES OF AMERICA,             :

      Defendants.          :

-------------------------------x

DEPOSITION OF TIMOTHY GILLIS

Washington, D.C.

October 23, 2006


ATKINSON-BAKER, INC.

COURT REPORTERS

1-800-288-3376

www.depo.com

REPORTED BY:  GERCHA RICHARDS WHITE

FILE NUMBER:  A009153

1

1    individual arena.

2         Q.  I want to have you look at another

3    document, if you would.

4              (Exhibit Number 153 was marked for

5              identification.)

6              (Discussion held off the record.)

7              THE WITNESS:  Okay.

8              BY MS. MATCHISON:

9         Q.  Do you recognize this document?

10        A.  I do.

11        Q.  What is it?

12        A.  It's an e-mail from Tracie Henderson to

13   Carlos Sala with a copy to me.

14        Q.  Do you recognize the contents of the

15   e-mail?

16             MR. BARLOON:  Objection, vague.

17             THE WITNESS:  I recognize this is the

18        e-mail I supplied for Mr. Barloon.

19             BY MS. MATCHISON:

20        Q.  You have no independent recollection of

21   this e-mail?

1           (Exhibit Number 155 was marked for

2           identification.)

3           (Witness reviews document)

4           THE WITNESS:  Okay.

5           BY MS. MATCHISON:

6     Q.  Do you recognize this document?

7     A.  I saw it Friday.

8     Q.  What is this document?

9     A.  It's an e-mail from me to Tracie indicating

10  that I'd spoken to Carlos earlier during the week of

11  August of 2000, with a reply from her and a reply

12  back from me to her.

13     Q.  Do you recall this conversation with

14  Carlos?

15        MR. BARLOON:  Can you clarify this

16     conversation with Carlos?

17        MS. MATCHISON:  Sure.

18        BY MS. MATCHISON:

19     Q.  In this e-mail you reference having a

20  conversation with Mr. Sala.  Do you recall that

21  conversation with Mr. Sala?

**Gillis, Timothy H**

| | |
|---|---|
| **From:** | Henderson, Tracie K |
| **Sent:** | Tuesday, November 02, 1999 6:43 PM |
| **To:** | 'Carlos Sala' |
| **Cc:** | Gillis, Timothy H |

Carlos -

I wanted to let you know where things stand on a few items.

I sent an email regarding your primary 280G questions to our expert in DC. He is out of town for a few days, but I will let you know as soon as I hear back from him.

I was on a conference call today about the option strategy. Our folks are still investigating the use of a note. There are several issues that may take awhile to work out, but we'll certainly know something before February.

Regarding OPIS, were you able to talk to your colleague to gauge his level of interest? I think KPMG will be willing to do a transaction. The biggest issue will be getting the bank to agree. The bank likes "big picture" planning rather than one off deals. I will have more luck on this front if I can tell the bank "I have a transaction" rather than "I may have a transaction." So, I thought I'd ask for your input.

It was great to meet you last week. Your accomplishments are quite impressive. I agree with Tim that our Firm could benefit greatly from your views and perspectives.

Tracie

**DEPOSITION EXHIBIT**
_153_
_10-23-D6_

KPMG-SALA-0003

| | |
|---|---|
| **To:** | Henderson, Tracie K |
| **CC:** | |
| **BCC:** | |
| **Date:** | 09/06/2000 09 20.42 PM |
| **From:** | Gillis, Timothy H |
| **Folder:** | Carlos Sala |
| **Subject:** | RE |
| **Attachments:** | |

You don't know how grateful I am to have a resource like you to recommend to Carlos   Thanks

-----Original Message-----
From:   Henderson, Tracie K
Sent:   Wednesday, September 06, 2000 9:19 PM
To:     Gillis, Timothy H
Subject:   RE:

Thanks, Tim   I've been in touch with Carlos. I just got off the phone with him, in fact   He says he will do a transaction with us if we are able to do one   Otherwise, he will use us as an advisor on another transaction.   We are hoping to be able to do a Jones Day transaction for Carlos   However, it appears that Jones Day may be getting cold feet; they are having second thoughts about writing the opinion letter.  I will keep you posted

Carlos leaves for 3 weeks in Europe tomorrow.  He wants to make a decision about what to do as soon as he returns   That should give us enough time to get to a good answer . I hope!

Tracie

-----Original Message-----
From:   Gillis, Timothy H
Sent:   Thursday, August 31, 2000 10:35 AM
To:     Henderson, Tracie K
Subject:

I spoke to Carlos earlier this week.  He still sings your praises, though he says they are rethinking what, if anything, they should do   I'm sure you're following up, but I thought it might be a good time for another follow-up if you get a chance.  Best regards

thg
(404)222-3240

Our conclusions are limited to the conclusions specifically set forth herein and are based on the completeness and accuracy of the above-stated facts, assumptions and representations. If any of the foregoing facts, assumptions or representations is not entirely complete or accurate, it is imperative that we be informed immediately, as the inaccuracy or incompleteness could have a material effect on our conclusions. We are relying upon the relevant provisions of the Internal Revenue Code of 1986, as amended, the regulations thereunder, and the judicial and administrative interpretations thereof. These authorities are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our conclusions. We will not update our advice for subsequent changes or modifications to the law and regulations or to the judicial and administrative interpretations thereof.

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this email are subject to the terms and conditions expressed in the governing KPMG client engagement letter

Page· 1 of 2

KPMGZ12060504



DEPOSITION
EXHIBIT
155
10-23-06