# EXHIBIT N

| Original Investment | $ 9,000,000 | | | | | |
|---|---|---|---|---|---|---|

**Unleveraged Returns**

| | | |
|---|---|---|
| Average Including Partial Years | 16.14% | |
| Avg. Excluding 1991,1999,2000 | 22.29% | |
| Annual Avg. Per Deerhurst (Excludes 2000) | 18.23% | |
| Avg. Last 5 Full Years | 19.02% | |

**Leveraged Returns**

| | | |
|---|---|---|
| Average Including Partial Years | 64.55% | |
| Avg. Excluding 1991,1999,2000 | 89.17% | |
| Annual Avg. Per Deerhurst | 72.92% | |
| Avg. Last 5 Full Years | 76.08% | |

| Scenario 1 (Annual Avg. Per Deerhurst) | End of Year 1 | End of Year 2 | End of Year 3 | End of Year 4 | End of Year 5 | Cumulative |
|---|---|---|---|---|---|---|
| Beginning of Yr. Investment | 9,000,000 | 12,609,760 | 17,667,339 | 24,753,433 | 34,681,650 | |
| Avg. Leveraged Returns | 72.92% | 72.92% | 72.92% | 72.92% | 72.92% | |
| Pre Tax End of Yr. Investment | 15,563,200 | 21,805,357 | 30,551,147 | 42,804,737 | 59,973,051 | |
| Pre Tax Profit | 6,563,200 | 9,195,597 | 12,883,809 | 18,051,304 | 25,291,401 | 71,985,310 |
| Federal & State Tax Rate | 0.45 | 0.45 | 0.45 | 0.45 | 0.45 | |
| Taxes Paid | 2,953,440 | 4,138,019 | 5,797,714 | 8,123,087 | 11,381,130 | 32,393,390 |
| After Tax End of Yr. Investment | 12,609,760 | 17,667,339 | 24,753,433 | 34,681,650 | 48,591,921 | |
| After Tax Profit | 3,609,760 | 5,057,579 | 7,086,095 | 9,928,217 | 13,910,270 | 39,591,921 |

| Scenario 2 (Avg. Excluding 1991,1999,2000) | End of Year 1 | End of Year 2 | End of Year 3 | End of Year 4 | End of Year 5 | Cumulative |
|---|---|---|---|---|---|---|
| Beginning of Yr. Investment | 9,000,000 | 13,413,986 | 19,992,779 | 29,798,095 | 44,412,358 | |
| Avg. Leveraged Returns | 89.17% | 89.17% | 89.17% | 89.17% | 89.17% | |
| Pre Tax End of Yr. Investment | 17,025,429 | 25,375,428 | 37,820,626 | 56,369,482 | 84,015,492 | |
| Pre Tax Profit | 8,025,429 | 11,961,443 | 17,827,847 | 26,571,387 | 39,603,134 | 103,989,239 |
| Federal & State Tax Rate | 45% | 45% | 45% | 45% | 45% | |
| Taxes Paid | 3,611,443 | 5,382,649 | 8,022,531 | 11,957,124 | 17,821,410 | 46,795,158 |
| After Tax End of Yr. Investment | 13,413,986 | 19,992,779 | 29,798,095 | 44,412,358 | 66,194,081 | |
| After Tax Profit | 4,413,986 | 6,578,793 | 9,805,316 | 14,614,263 | 21,781,724 | 57,194,081 |

DHSala 00000275

| | End of Year 1 | End of Year 2 | End of Year 3 | End of Year 4 | End of Year 5 | Cumulative |
|---|---|---|---|---|---|---|
| **Scenario 3** (Avg. Including Partial Years) | | | | | | |
| Beginning of Yr. Investment | 9,000,000 | 12,195,324 | 16,525,103 | 22,392,110 | 30,342,115 | |
| Avg. Leveraged Returns | 64.55% | 64.55% | 64.55% | 64.55% | 64.55% | |
| Pre Tax End of Yr. Investment | 14,809,680 | 20,067,650 | 27,192,388 | 36,846,664 | 49,928,556 | |
| Pre Tax Profit | 5,809,680 | 7,872,326 | 10,667,285 | 14,454,555 | 19,586,442 | 58,390,286 |
| Federal & State Tax Rate | 45% | 45% | 45% | 45% | 45% | |
| Taxes Paid | 2,614,356 | 3,542,546 | 4,800,278 | 6,504,550 | 8,813,899 | 26,275,629 |
| After Tax End of Yr. Investment | 12,195,324 | 16,525,103 | 22,392,110 | 30,342,115 | 41,114,658 | |
| After Tax Profit | 3,195,324 | 4,329,779 | 5,867,006 | 7,950,005 | 10,772,543 | 32,114,658 |
| **Scenario 4** (Avg. Last 5 Full Years) | End of Year 1 | End of Year 2 | End of Year 3 | End of Year 4 | End of Year 5 | Cumulative |
| Beginning of Yr. Investment | 9,000,000 | 12,765,960 | 18,107,748 | 25,684,755 | 36,432,283 | |
| Avg. Leveraged Returns | 76.08% | 76.08% | 76.08% | 76.08% | 76.08% | |
| Pre Tax End of Yr. Investment | 15,847,200 | 22,478,302 | 31,884,123 | 45,225,716 | 64,149,964 | |
| Pre Tax Profit | 6,847,200 | 9,712,342 | 13,776,375 | 19,540,961 | 27,717,681 | 77,594,560 |
| Federal & State Tax Rate | 45% | 45% | 45% | 45% | 45% | |
| Taxes Paid | 3,081,240 | 4,370,554 | 6,199,369 | 8,793,433 | 12,472,956 | 34,917,552 |
| After Tax End of Yr. Investment | 12,765,960 | 18,107,748 | 25,684,755 | 36,432,283 | 51,677,008 | |
| After Tax Profit | 3,765,960 | 5,341,788 | 7,577,006 | 10,747,529 | 15,244,725 | 42,677,008 |

DHSala 00000276

**Historical Results**

**Unleveraged**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Per Deerhurst Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1991 | n/a | n/a | 4.43% | 4.42% | -2.77% | 2.64% | -3.41% | -0.70% | -2.06% | 0.87% | -1.25% | 5.37% | 7.30% |
| 1992 | 7.31% | -3.03% | -3.73% | -3.11% | 1.85% | 3.68% | 5.49% | 0.64% | 4.50% | 3.52% | 0.92% | 0.58% | 18.11% |
| 1993 | -2.33% | 5.09% | 0.54% | 1.57% | -3.08% | -3.17% | -1.68% | 0.07% | 8.80% | -2.22% | 27.35% | 14.18% | 42.84% |
| 1994 | -0.78% | 1.62% | 6.32% | 2.04% | -0.46% | 2.94% | -4.55% | -3.86% | -0.17% | -2.15% | 0.44% | 0.30% | 1.22% |
| 1995 | -0.40% | 6.34% | 11.14% | 2.12% | -3.65% | -0.61% | 1.28% | 6.61% | 0.93% | 0.48% | 0.59% | -2.43% | 23.72% |
| 1996 | 4.66% | -3.01% | -1.24% | 2.02% | -0.36% | 2.12% | -7.56% | 0.45% | 0.73% | 11.72% | 5.28% | 1.51% | 16.22% |
| 1997 | 11.97% | 0.41% | -2.31% | 0.67% | -1.88% | 1.86% | 17.13% | 4.61% | -2.16% | 5.56% | 3.11% | -1.24% | 40.52% |
| 1998 | -3.80% | 1.92% | 3.39% | -2.71% | 11.04% | -3.91% | 7.51% | 0.19% | 0.44% | -0.15% | -0.12% | -0.12% | 13.42% |
| 1999 | 0.75% | -0.74% | n/a | n/a | n/a | n/a | n/a | n/a | 0.84% | 0.80% | -0.86% | -0.05% | 0.73% |
| 2000 | -0.98% | 0.58% | -0.90% | -0.37% | 1.77% | -1.16% | -1.63% | n/a | n/a | n/a | n/a | n/a | -2.70% |

Average Including Partial Years   16.14%
Avg. Excluding 1991,1999,2000   22.29%
Annual Avg. Per Deerhurst Mgt. (Excludes 2000)   18.23%
Avg. Last 5 Full Years   19.02%

**Leveraged 4x**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Per Deerhurst Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1991 | n/a | n/a | 17.72% | 17.68% | -11.08% | 10.56% | -13.64% | -2.80% | -8.24% | 3.48% | -5.00% | 21.48% | 29.20% |
| 1992 | 29.24% | -12.12% | -14.92% | -12.44% | 7.40% | 14.72% | 21.96% | 2.56% | 18.00% | 14.08% | 3.68% | 2.32% | 72.44% |
| 1993 | -9.32% | 20.36% | 2.16% | 6.28% | -12.32% | -12.68% | -6.72% | 0.28% | 35.20% | -8.88% | 109.40% | 56.72% | 171.36% |
| 1994 | -3.12% | 6.48% | 25.28% | 8.16% | -1.84% | 11.76% | -18.20% | -15.44% | -0.68% | -8.60% | 1.76% | 1.20% | 4.88% |
| 1995 | -1.60% | 25.36% | 44.56% | 8.48% | -14.60% | -2.44% | 5.12% | 26.44% | 3.72% | 1.92% | 2.36% | -9.72% | 94.88% |
| 1996 | 18.64% | -12.04% | -4.96% | 8.08% | -1.44% | 8.48% | -30.24% | 1.80% | 2.92% | 46.88% | 21.12% | 6.04% | 64.88% |
| 1997 | 47.88% | 1.64% | -9.24% | 2.68% | -7.52% | 7.44% | 68.52% | 18.44% | -8.64% | 22.24% | 12.44% | 4.96% | 162.08% |
| 1998 | -15.20% | 7.68% | 13.58% | -10.84% | 44.16% | -15.84% | 30.04% | 0.76% | 1.76% | -0.60% | -0.48% | -0.48% | 53.68% |
| 1999 | 3.00% | -2.96% | n/a | n/a | n/a | n/a | n/a | n/a | 3.36% | 3.20% | -3.44% | -0.20% | 2.92% |
| 2000 | -3.92% | 2.32% | -3.60% | -1.48% | 7.08% | -4.64% | -6.52% | n/a | n/a | n/a | n/a | n/a | -10.80% |

Average Including Partial Years   64.55%
Avg. Excluding 1991,1999,2000   89.17%
Annual Avg. Per Deerhurst   72.92%
Avg. Last 5 Full Years   76.08%

DHSala 00000277

**Theoretical Results**

Original Investment: 9,000,000

### Unleveraged

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Year | Taxes | End of Yr. After Tax Investment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1991 | n/a | n/a | 9,398,700 | 9,814,123 | 9,542,271 | 9,794,187 | 9,460,206 | 9,393,994 | 9,200,468 | 9,280,512 | 9,164,506 | 9,656,640 | 9,656,640 | 295,488 | 9,361,152 |
| 1992 | 10,045,452 | 9,741,075 | 9,377,733 | 9,086,085 | 9,254,178 | 9,594,732 | 10,121,482 | 10,186,260 | 10,644,841 | 11,019,333 | 11,120,711 | 11,185,211 | 11,185,211 | 820,827 | 10,364,384 |
| 1993 | 10,122,894 | 10,638,149 | 10,695,595 | 10,863,516 | 10,528,920 | 10,195,153 | 10,023,875 | 10,030,891 | 10,913,610 | 10,671,328 | 13,589,936 | 15,516,989 | 15,516,989 | 2,318,672 | 13,198,317 |
| 1994 | 13,095,370 | 13,307,515 | 14,148,550 | 14,437,180 | 14,370,769 | 14,793,270 | 14,120,176 | 13,575,137 | 13,552,059 | 13,260,690 | 13,319,037 | 13,358,994 | 13,358,994 | 72,305 | 13,286,689 |
| 1995 | 13,233,543 | 14,072,549 | 15,640,231 | 15,971,604 | 15,368,633 | 15,294,961 | 15,490,737 | 16,514,675 | 16,668,261 | 16,748,269 | 16,847,084 | 16,437,699 | 16,437,699 | 1,417,954 | 15,019,745 |
| 1996 | 15,719,666 | 15,246,503 | 15,057,446 | 15,361,607 | 15,306,305 | 15,630,799 | 14,449,110 | 14,514,131 | 14,620,085 | 16,333,558 | 17,195,970 | 17,455,629 | 17,455,629 | 1,096,148 | 16,359,481 |
| 1997 | 18,317,711 | 18,392,814 | 17,967,840 | 18,088,326 | 17,748,265 | 18,078,362 | 21,175,209 | 22,151,386 | 21,672,916 | 22,877,931 | 23,569,434 | 23,296,925 | 23,296,925 | 3,121,850 | 20,175,076 |
| 1998 | 19,408,423 | 19,781,064 | 20,451,642 | 19,897,403 | 22,094,076 | 21,230,198 | 22,824,596 | 22,867,952 | 22,968,571 | 22,834,119 | 22,906,598 | 22,879,110 | 22,879,110 | 1,216,815 | 21,662,294 |
| 1999 | 21,824,762 | 21,663,258 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 22,019,991 | 21,830,620 | 21,819,704 | 21,819,704 | 70,834 | 21,748,870 |
| 2000 | 21,535,731 | 21,660,638 | 21,465,692 | 21,386,269 | 21,784,806 | 21,512,335 | 21,161,683 | n/a | n/a | n/a | n/a | n/a | 21,161,683 | (264,234) | 21,425,917 |

### Leveraged 4x

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Year | Taxes | End of Yr. After Tax Investment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1991 | n/a | n/a | 10,594,800 | 12,467,961 | 11,086,511 | 12,257,246 | 10,565,358 | 10,286,968 | 9,441,157 | 9,769,709 | 9,281,224 | 11,274,830 | 11,274,830 | 1,023,674 | 10,251,157 |
| 1992 | 13,248,595 | 11,842,865 | 9,905,750 | 8,673,474 | 9,315,312 | 10,686,525 | 13,033,286 | 13,366,939 | 15,772,988 | 17,993,824 | 16,655,997 | 19,088,816 | 19,088,816 | 3,976,947 | 15,111,869 |
| 1993 | 13,703,443 | 16,493,464 | 16,848,723 | 17,907,886 | 15,701,634 | 13,710,667 | 12,789,310 | 12,825,120 | 17,339,562 | 15,799,809 | 33,084,801 | 51,850,500 | 51,850,500 | 16,532,384 | 35,318,116 |
| 1994 | 34,216,181 | 36,433,400 | 45,643,763 | 49,368,294 | 48,459,918 | 54,158,804 | 44,301,902 | 37,461,688 | 37,206,949 | 34,007,151 | 34,605,677 | 35,020,945 | 35,020,945 | (133,727) | 35,154,672 |
| 1995 | 34,592,197 | 43,364,778 | 62,688,124 | 68,004,077 | 58,075,481 | 56,656,440 | 59,558,352 | 75,308,844 | 78,108,259 | 78,607,938 | 81,486,685 | 73,566,179 | 73,566,179 | 17,285,178 | 56,281,001 |
| 1996 | 66,771,779 | 58,732,457 | 55,819,327 | 60,329,529 | 59,480,784 | 64,503,058 | 44,987,333 | 45,807,285 | 47,144,858 | 69,246,368 | 83,871,201 | 88,937,021 | 88,937,021 | 14,695,209 | 74,241,812 |
| 1997 | 109,788,792 | 111,589,328 | 101,278,474 | 103,992,737 | 96,172,483 | 103,327,718 | 174,127,867 | 206,237,046 | 188,418,185 | 230,322,365 | 258,974,467 | 246,129,333 | 246,129,333 | 77,349,385 | 168,779,949 |
| 1998 | 143,125,386 | 154,117,427 | 175,015,750 | 156,044,043 | 224,953,092 | 189,770,428 | 246,777,465 | 248,652,974 | 253,029,266 | 251,511,091 | 250,303,837 | 249,102,379 | 249,102,379 | 36,145,094 | 212,957,285 |
| 1999 | 219,346,004 | 212,853,362 | n/a | n/a | n/a | n/a | n/a | n/a | 220,005,235 | 227,045,403 | 219,235,041 | 218,796,571 | 218,796,571 | 2,627,678 | 216,168,892 |
| 2000 | 207,695,072 | 212,513,597 | 204,863,108 | 201,831,134 | 216,120,778 | 206,092,774 | 192,655,525 | n/a | n/a | n/a | n/a | n/a | 192,655,525 | (10,581,015) | 203,236,540 |

Note: The above analysis shows the theoretical results if $9,000,000 had been invested in March, 1991 using Deerhurst's historical results and paying taxes at the end of each year. The analysis assumes no cash withdrawals and that all profits are reinvested as earned.

DHSala 00000278