# EXHIBIT O

Carlos Sala
2424 Ginny way
Lafayette, CO 80026

November 17, 2000

Deerhurst Management Company, Inc.
One Bridge Plaza North
Suite 690
Fort Lee, New Jersey 07024
Attn: Andy Krieger

Michael N. Schwartz
243 West 30th Street
Suite 501
New York, New York 10001

RE: Foreign Exchange Trading Program

Dear Andy and Michael

This letter sets forth our understanding concerning terms of my investment with Deerhurst Management Company, Inc. ("Deerhurst"), and any follow-on investment with Deerhurst Trading Strategies LLC pursuant to the Private Placement Memorandum dated November 13, 2000.

I understand that either Deerhurst or Michael Schwartz ("Schwartz"), as specifically noted below, will provide, or cause to be provided, on a timely basis, the following services for no additional fees or costs (except as noted below):

(1) Schwartz will organize an S corporation that I will wholly own and which will invest in the "test account" (the "S Corporation").

(2) Schwartz will prepare and provide organizational documents and an appropriate partnership agreement for a general partnership to which the S corporation transfers its investment during the "test period" (the "General Partnership").

(3) When instructed to do so by me, Schwartz will arrange for the liquidation of the General Partnership and the S Corporation.

(4) Schwartz will administer the S Corporation and Deerhurst will administer the General Partnership and, respectively, maintain each of their books and records through the end of 2000.

DHSala 00000071

(5) Deerhurst will hire a reputable accounting firm to prepare the Form 1065 for the General Partnership for 2000, and Schwartz, on behalf of you, will hire a reputable accounting firm to prepare the Form 1120S for the S Corporation for 2000, in both cases on or before March 15, 2001, provided I agree to pay the reasonable fees charged by the accounting firm.

(6) At my request, Schwartz shall personally defend any IRS tax audit with respect to my position in this investment through IRS appeals. For this service, Schwartz will be paid a fee of $200 per hour, not to exceed $20,000 in the aggregate.

Deerhurst agrees that, if a tax opinion from Brown & Wood LLP (the "Tax Opinion") reasonably satisfactory to me, for a fee to Brown & Wood LLP not to exceed $75,000 is not forthcoming by March 8, 2001 with respect to the transactions that occur in the calendar year 2000, I will be entitled to withdraw the entire amount on account with Deerhurst free of any withdrawal fees or penalties or payment of unaccrued management fees, whether payable to Deerhurst or to any other party. The Tax Opinion generally will be in accordance with the offering materials provided in connection with my investment; will satisfy the requirements that would be imposed under the current provisions of Circular 230 if the Tax Opinion were a tax shelter opinion subject to the requirements of Circular 230; and will provide a favorable "more likely than not" opinion with respect to each material issue in connection with the investment and with respect to the material tax benefits associated with the investment in the aggregate. Deerhurst further agrees that, if the IRS challenges the tax treatment of the investment on audit, and if each material tax issue is not favorably resolved, I will be entitled to withdraw the entire amount on account with Deerhurst free of any withdrawal fees or penalties or payment of unaccrued management fees, whether payable to Deerhurst or to any other party. The right of withdrawal described in the preceding sentence shall arise upon my receipt of a statutory notice of deficiency or final partnership administrative adjustment in connection with the investments with Deerhurst.

The rights and obligations set forth herein are in addition to the rights and obligations otherwise set forth in any other documents executed in connection with the "foreign exchange trading program."

If this letter accurately sets forth our mutual understanding, please execute your copy of this letter and return a signed original to me.

Very truly yours,

Carlos Sala

DHSala 00000072

Michael Schwartz
Deerhurst Management Company Inc.
November 17, 2000
Page 3

_____
Michael Schwartz

Dated: 11/20/00


Deerhurst Management Company, Inc.

By: _____
Andy Krieger

DHSala 00000073

TOTAL P.07