# EXHIBIT P

DEERHURST MANAGEMENT

One Bridge Plaza North
Suite 690
Fort Lee, NJ 07024

November 2, 2000

Mr. Carlos Sala
2424 Ginny way
Lafayette, CO  80026

Dear Mr. Sala,

Enclosed is your Deerhurst statement for the month ending 10/31/00. We have also included supporting reports. Please note that the interest income and management fee calculations are based on the partial month of October. The incentive fee is accrued, but the actual fee paid is based on quarter-end performance.

Refco Capital Market, Ltd., the clearing broker, will also be mailing you their month-end statement.

Please feel free to call me at 201-461-1200 if you have any questions regarding the enclosed.

Sincerely,

Peter Molyneux
Managing Director



DHSala 00000569

DEERHURST MANAGEMENT
One Bridge Plaza North
Suite 690
Fort Lee, NJ 07024

**Deerhurst Management Company, Inc.**
**Refco Capital Markets, Ltd.**
Summary of Investment Activity
For the Period Ending: October 31, 2000

Mr. Carlos Sala

| | | |
|---|---:|---:|
| Beginning Cash Investment: | | 500,000 |
| Beginning Notional Investment: | | 1,000,000 |
| | | |
| Realized FX Gain/(Loss): | 1,353 | |
| Realized Options Gain/(Loss): | | |
| Gain/(Loss) on Open Positions: | 1,290 | |
| Net Trading Gain/(Loss): | | 2,643 |
| Interest Earned: | | 610 |
| Management Fee Due to Deerhurst: | | (223) |
| Incentive Fee Accrued: | | (909) |
| Total Account Gain/(Loss): | | 2,121 |
| Ending Account Value before Notional: | | 502,121 |
| Ending Account Value with Notional: | | 1,002,121 |

**DHSala 00000570**

TELE: 201.461.4400  FAX: 201.461.1153  deerhrst@ix.netcom.com