# EXHIBIT Q

1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

3

# CERTIFIED COPY

4

- - - - - - - - - - - - -

CARLOS E. SALA and                :No. 05-CV-00636-LTB-MEH
TINA ZANOLINI SALA,               :

5                                                 :
                                                  :
                        Plaintiffs:

6     -v-                                         :
                                                  :

7   UNITED STATES OF AMERICA,:
                                                  :

8                       Defendant :

- - - - - - - - - - - - -

9

10

11

12

13

14

VOLUME I
VIDEOTAPED DEPOSITION OF
ANDREW KRIEGER
LAW OFFICES OF FISCHER, PORTER & THOMAS, P.C.
440 SYLVAN AVENUE, SUITE 130
ENGLEWOOD CLIFFS, NEW JERSEY 07632
OCTOBER 26, 2006

15

16

17

18

19

20

21

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203
(800) 288-3376

22

23

REPORTED BY: SHAUNA DETTY

24

25

FILE NO.: A00921D

1

1    A.            Right; they would typically -- there

2    would be one trade done, typically, and then that

3    trade would then be on a percentage basis

4    allocated.  So, each person will have a certain

5    percentage of the total trade based on the amount

6    of money they had invested, the amount of capital

7    that they were having controlled through their

8    investment.

9    Q.            All right.  Let's take a look at

10   Mr. Sala's October -- actually, step back.

11                     The trades that were conducted

12   on the managed accounts, were those done through

13   Refco?

14   A.            I believe all the trades that were

15   done during that period through Refco.

16   Q.            Okay.

17                     Does that include when the

18   trades were done in Deerhurst G.P.?

19   A.            I believe all the trades were done

20   through Refco, yeah.

21   Q.            Through 2000?

22   A.            For that three-month period.  For

23   this -- more or less, an enemy related investors.

24   Q.            Okay.

25                     So, did that change at any

1    not G10, is it?

2        A.          It's not G10.

3        Q.          Okay.

4                    Is that illiquid then?

5        A.          Never traded it.

6        Q.          Okay.

7                    At the end of 2000, did you

8    have any volatility concerns regarding any of

9    those options?

10       A.          No; I was hoping to have volatility.

11       Q.          Okay.

12                   Do you know whether the market

13   was volatile at the end of 2000?

14       A.          Again, that's relative, depends

15   which part -- how you define the end.

16       Q.          December 31st, I guess.

17       A.          You mean really at the end?

18       Q.          Yeah, yeah, really, at the end of

19   December.

20       A.          Well, this is not the end of

21   December, so you want me to answer end of

22   December?

23       Q.          Yeah.

24       A.          End of December, I think, we were in

25   cash, so I probably wasn't that concerned about

1    it.

2        Q.        Okay.

3                  Why were you in cash at the end

4    of December?

5        A.        Because we were going to start a new

6    fund and it's easier to transfer cash than option

7    positions.

8        Q.        Was the new fund the Deerhurst

9    Trading Strategies, LLC; am I correct?

10       A.        Yes.

11       Q.        Am I correct that that was also

12   Deerhurst Trading Strategies, LLC was also going

13   to trade in foreign exchange?

14       A.        Correct.

15       Q.        How come -- why wouldn't you just

16   transfer the positions the over?

17       A.        It's a new entity, it's cleaner.

18       Q.        It's cleaner to close them out than

19   to transfer them?

20       A.        Cleaner to start fresh, absolutely.

21       Q.        Cleaner in what perspective, what

22   does that mean clearer?

23       A.        There's no question about

24   valuations, there's no questions about anything

25   that might have any kind of issues.  You're just

1  moving cash; that's the cleanliest way to start a

2  new entity, a new fund.

3      Q.      Okay.

4              So, it had nothing to do --

5  moving the cash at the end of 2000 had nothing to

6  do with liquidity or illiquidity of the market?

7      A.      Cash, no.

8      Q.      Okay.

9              Are you familiar with the

10  concept risk reward?

11     A.      I'm familiar with it.

12     Q.      Okay.

13             Now, in relation to options,

14  are you familiar with that?

15     A.      Familiar with it generally.

16     Q.      Okay.

17             What is risk reward?

18     A.      Risk reward is somewhat subjective,

19  but it typically refers to the likely expected

20  return that one hopes to receive in exchange for

21  a certain commensurate amount of risk or

22  volatility.

23     Q.      Okay.

24             In any -- in, I guess, looking

25  at the trades on Exhibit-11; is there any way to