# EXHIBIT R

Case No. 1:05-cv-00636-LTB-KLM   Document 119-19   filed 02/05/07   USDC Colorado   pg 1 of 2

## Attachment 1

DEERHURST PRODUCTI                    CALL DATE: NV 30,00    PREP: NV 30,00
                                                              TIME: 11:05:13
SOLID CURRENCIES INC
                                              Transaction AS OF: JA 01/99 - NV 17,00
                                              Maturity     AS OF: JA 01/99 - DC 31,49
                                                           PAGE N 13

TRANSACTION JOURNAL JA 01,99 - NV 29,00

PORT: Separate )  Trades: Open
BROK: ALL         TRADER: ALL
CPTY: Include (REFCO)
CURR: ALL / Refile
PURP: ALL

OTC OPTION TRANSACTIONS

| TRANS. DATE | TRANSACTION NUMBER | COUNTER PARTY | TYPE | CUR | FACE AMOUNT | COUNTER CUR | STRIKE | A/E | MATURITY DATE | USD VALUE | PURPOSE | BROKER | BROKER FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NV 24,00 | 63949.0 | REFCO | LEC | GBP | 1,402,000 | JPY | 162.000000 | A | FB 20,01 | -11,430.28 | BTC OPT | BTC | 0.00 |
| NV 24,00 | 63966.0 | REFCO | SEP | JPY | -241,168,000 | USD | 113.000000 | A | DC 01,00 | 2,136.00 | BTC OPT | BTC | 0.00 |
| NV 24,00 | 63998.0 | REFCO | LEP | JPY | 239,212,000 | USD | 112.000000 | E | DC 01,00 | -6,141.00 | BTC OPT | BTC | 0.00 |
| NV 27,00 | 64708.0 | REFCO | LEP | CHF | 437,302,980 | USD | 1.854000 | E | NV 27,01 | -6,156,207.00 | BTC OPT | BTC | 0.00 |
| NV 27,00 | 64744.0 | REFCO | SEC | CHF | -403,266,939 | USD | 1.769700 | E | NV 27,01 | 10,673,117.30 | BTC OPT | BTC | 0.00 |
| NV 27,00 | 64754.0 | REFCO | SEP | CHF | -437,774,720 | USD | 1.856000 | E | NV 27,01 | 6,085,446.00 | BTC OPT | BTC | 0.00 |
| NV 27,00 | 64770.0 | REFCO | LEC | CHF | 403,573,570 | USD | 1.711000 | E | NV 27,01 | -10,755,672.00 | BTC OPT | BTC | 0.00 |
| NV 27,00 | 64531.0 | REFCO | LEP | EUR | 117,935,000 | JPY | 90.100000 | A | NV 27,01 | -5,670,503.50 | BTC OPT | BTC | 0.00 |
| NV 27,00 | 64574.0 | REFCO | LEC | EUR | 117,935,000 | JPY | 97.700000 | A | NV 27,01 | -2,420,214.90 | BTC OPT | BTC | 0.00 |
| NV 27,00 | 64578.0 | REFCO | SEP | EUR | -117,935,000 | JPY | 89.980000 | A | NV 27,01 | 5,600,497.28 | BTC OPT | BTC | 0.00 |
| NV 27,00 | 64601.0 | REFCO | SEB | EUR | -117,935,000 | JPY | 97.900000 | A | NV 27,01 | 2,170,210.46 | BTG OPT | BTC | 0.00 |
| NV 27,00 | 64626.0 | REFCO | LEC | EUR | 117,935,000 | USD | 0.882000 | A | NV 27,01 | -4,340,385.39 | BTC OPT | BTC | 0.00 |
| NV 27,00 | 64647.0 | REFCO | SEC | EUR | -117,935,000 | USD | 0.884000 | A | NV 27,01 | 4,250,377.40 | BTC OPT | BTC | 0.00 |
| NV 27,00 | 64682.0 | REFCO | LEP | EUR | 117,935,000 | USD | 0.814000 | A | NV 27,01 | -3,090,274.39 | BTC OPT | BTC | 0.00 |
| NV 27,00 | 64738.0 | REFCO | SEP | EUR | -117,935,000 | USD | 0.812500 | A | NV 27,01 | 3,025,268.62 | BTC OPT | BTC | 0.00 |
| NV 27,00 | 64385.0 | REFCO | SEP | JPY | -13,609,699,000 | USD | 115.400000 | A | NV 27,01 | 1,480,084.23 | BTC OPT | BTC | 0.00 |
| NV 27,00 | 64406.0 | REFCO | LEP | JPY | 13,586,112,000 | USD | 115.200000 | E | NV 27,01 | -1,521,361.50 | BTC OPT | BTC | 0.00 |
| NV 27,00 | 64496.0 | REFCO | LEC | JPY | 12,453,936,000 | USD | 105.600000 | E | NV 27,01 | -5,936,027.25 | BTC OPT | BTC | 0.00 |
| NV 27,00 | 64535.0 | REFCO | SEC | JPY | -12,442,142,900 | USD | 105.500000 | A | NV 27,01 | 5,879,059.75 | BTC OPT | BTC | 0.00 |
| NV 28,00 | 65068.0 | REFCO | LEC | GBP | 200,489,500 | JPY | 163.100000 | A | NV 27,01 | -5,216,255.62 | BTC OPT | BTC | 0.00 |
| NV 28,00 | 65111.0 | REFCO | SEP | GBP | -200,489,500 | JPY | 150.390000 | A | NV 27,01 | 15,767,989.10 | BTC OPT | BTC | 0.00 |
| NV 28,00 | 65120.0 | REFCO | SEC | GBP | -200,489,500 | JPY | 163.300000 | A | NV 27,01 | 5,145,382.58 | BTC OPT | BTC | 0.00 |
| NV 28,00 | 65141.0 | REFCO | LEP | GBP | 200,489,500 | JPY | 150.500000 | A | NV 27,01 | -15,861,385.96 | BTC OPT | BTC | 0.00 |

Total Premiums Received = 60,259,568.94
Total Premiums Paid = 60,987,866.79
                     _____
                     (728,297.85)

Financial Software Systems Inc. - SPECTRUM FRONT-OFFICE:  Copyright 2000

DH MSN 00000042