# EXHIBIT S

Refco Capital Markets, Ltd.
Suite 542
48 PAR-LA-VELLE Road
Hamilton HM11, Bermuda

Re:   <u>Assignment of Account # 4160</u>

Ladies and Gentlemen:

   This letter will confirm that, on November 28nd, 2000, I request to assign the Account and all the assets therein to Solid Currencies Inc. (the "Entity") pursuant to an Assignment and Assumption, a copy of which is attached hereto. Deerhurst Management Company, Inc. ("Deerhurst") will continue to have investment authority over the Account pursuant to that certain Customer Agreement and Trading Authorization, dated 10/20/2000 (the "Customer Agreement") between me and Deerhurst, which I have also assigned to the Entity.

   If you need any further confirmation or information regarding the above-described assignment, please contact me.

Very truly yours,

Carlos Sala

DHSala 00001728

11078385.01

## ASSIGNMENT AND ASSUMPTION

Reference is made to that certain Customer Agreement and Trading Authorization (the "Customer Agreement"), dated 10/20/2000, between Deerhurst Management Company, Inc. ("Deerhurst") and Carlos Sala ("Customer"), who is the sole shareholder of Solid Currencies Inc., a Delaware corporation (the "Assignee Entity"). Capitalized terms used herein and not defined will have the meaning given to them in the Customer Agreement.

WHEREAS, Customer is authorized by the Customer Agreement to assign the Customer Agreement to an entity wholly-owned by Customer; and

WHEREAS, Assignee Entity is a corporation wholly-owned by Customer;

NOW, THEREFORE, the parties hereby agree as follows:

1. For good and valuable consideration, Customer hereby assigns to Assignee Entity all right, title and interest in and to the Customer Agreement and the Account, in each case free and clear of all liens and encumbrances whatsoever.

2. Assignee Entity hereby agrees to be bound by the Customer Agreement as a substitute customer, and assumes all of the obligations of Customer under the Customer Agreement; *provided, however*, Customer shall remain obligated to perform his/her obligations under Section 1(D) of the Customer Agreement.

3. Deerhurst hereby consents to the assignment by Customer to Assignee Entity, and agrees that it will look solely to Assignee Entity to fulfill the terms of the Customer Agreement, except that it may look to both of Customer and Assignee Entity to fulfill the terms of Section 1(D) of the Customer Agreement.

4. Notwithstanding the foregoing and Section 1(C) of the Customer Agreement, (a) Deerhurst hereby agrees that the "nominal account size" (as defined in the Customer Agreement) shall be increased to $16.715 million, (b) Assignee Entity agrees that it will become a partner in Deerhurst Investors, a New Jersey general partnership ("Deerhurst Investors") pursuant to the partnership agreement attached hereto and made a part hereof, and (c) Assignee Entity agrees to contribute the assets in the Account to Deerhurst Investors as Assignee Entity's capital contribution. Deerhurst will manage the trading and investment of Deerhurst Investors pursuant to the terms of the Customer Agreement and will be compensated therefor by Assignee Entity.

5. Sections 12 through 19 of the Customer Agreement are incorporated herein by reference.

11077323.01

DHSala 00001729

IN WITNESS WHEREOF, the parties have executed this Agreement as of the 28 day of November, 2000.

CUSTOMER:

DEERHURST MANAGEMENT COMPANY, INC.

Name: CARLOS SALA

By: _____
Andrew J. Krieger, Chairman

ASSIGNEE ENTITY:

NAME:

Name: SOLID CURRENCIES (BY CARLOS SALA)
Title: PRESIDENT

11077323.01

DHSala 00001730