# EXHIBIT T

## State of Delaware
## Office of the Secretary of State

PAGE 1

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "SOLID CURRENCIES INC.", FILED IN THIS OFFICE ON THE EIGHTH DAY OF NOVEMBER, A.D. 2000, AT 3 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

Edward J. Freel, Secretary of State

3313597   8100

001563650

AUTHENTICATION: 0787869

DATE: 11-13-00

DHSala 00001779

# CERTIFICATE OF INCORPORATION

## OF

## SOLID CURRENCIES INC.

(Pursuant to Section 101 and 102 of the
General Corporation Law of the State of Delaware)

---

       The undersigned, in order to form a corporation pursuant to Sections 101 and 102 of the General Corporation Law of the State of Delaware, does hereby certify as follows:

FIRST: The name of the corporation (the "Corporation") is

## SOLID CURRENCIES INC.

SECOND: The name of the Corporation's registered agent is The Corporation Trust Company, whose address is Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle County Delaware, 19801.

THIRD: The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of the State of Delaware.

FOURTH: The aggregate number of shares that the corporation shall have authority to issue is one hundred (100) shares of common stock which shall have no par value.

FIFTH: The Board of Directors of the Corporation shall have the power to adopt, amend and repeal the by-laws of the Corporation.

SIXTH: No director of the Corporation shall be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director; provided, however, that nothing in this Article SIXTH shall eliminate or limit the liability of any director (i) for breach of the director's duty of loyalty to the Corporation or its stockholders, (ii) for acts or omissions not in good faith or which involve intentional misconduct or knowing violation of law, (iii) under Section 174 of the General Corporation Law of the State of Delaware, or (iv) for any transaction from which the director derived an improper personal benefit.

1

11077741.01

DHSala 00001780

SEVENTH: The name and mailing address of the sole incorporator are as follows:

| Name | Address |
| --- | --- |
| Angela M. Floyd | c/o Rosenman & Colin LLP<br>575 Madison Avenue<br>New York, New York 10022 |

EIGHTH: Election of directors need not be by written ballot.

IN WITNESS WHEREOF, I have hereunto signed my name and affirm, under the penalties of perjury, that this Certificate is my act and deed and that the facts stated herein are true this 8th day of November, 2000.

/S/ Angela M. Floyd
Sole Incorporator

2

11077741.01

DHSala 00001781