# EXHIBIT U

# BROWN & WOOD LLP
One World Trade Center
New York, New York 10048-0557

Fed.I.D.No. 13-4990280

To:  Mr. Carlos Sala
2424 Ginny Way
Lafayette, CO  80026

Date                March 28, 2001
Invoice No.         12461.00001[Sala]

**Bill Submitted Pursuant to Pre-Arranged Agreement**

**FOR PROFESSIONAL SERVICES RENDERED** and disbursements incurred in connection with tax advice and opinion regarding investment transactions.                    $75,000.00

Total ..................................................................  **$75,000.00**

Please note our wire transfer instructions are as follows:

Brown & Wood, LLP
c/o Citibank, N.A.
120 Broadway, New York, N.Y.  10048
ABA# 021 000089
ACCT.#: 37035469
Ref: 12461.00001[Sala]

*[handwritten: Paid $75,000.00 4/12/01 Wire Transfer from Morgan Stanley Acct.]*

DH SALA 00004040

NYLIB1/808274/1

**Payable Upon Receipt**
Please Remit Payment to Address Shown Above

IRS EMPLOYER NO. 84-0382805

# HOLLAND & HART LLP
## ATTORNEYS AT LAW

DENVER
DENVER TECH CENTER
COLORADO SPRINGS
ASPEN · BOULDER

PLEASE REMIT TO:
DEPT. 400
DENVER, CO 80291-0400
TELEPHONE (303) 295-8000
FACSIMILE (303) 295-8261

BILLINGS · BOISE
CHEYENNE
JACKSON HOLE
SALT LAKE CITY

May 08, 2001

Sala, Carlos E

2424 Ginny Way
Lafayette, CO 80026
USA

Client: 43797
Matter: 0002  Tax Advice
Responsible Atty: Lemons, BN

## STATEMENT OF ACCOUNT

Following is an updated statement of your account. Please remit the past due portion of this balance. If payment has already been sent, thank you. If you have any questions regarding this statement, please contact Carla Norton at (801) 595-7815.

| Invoice Date | Invoice Number | Invoice Total | Payments | Balance Due |
|---|---|---|---|---|
| 11/30/2000 | 0460507 | $1,240.00 | $0.00 | $1,240.00 |
|  |  |  | Total Due | $1,240.00 |

Your last payment of $0.00 was received on.

DH SALA 00004041

*Paid 7/31/01*
*ck #2386*
*$1,240.00*

# DAVIS GRAHAM & STUBBS LLP
## ATTORNEYS AT LAW

MAILING ADDRESS
1550 SEVENTEENTH STREET, SUITE 500
DENVER, COLORADO 80202

TELEPHONE 303-892-9400
FACSIMILE 303-893-1379

FEDERAL ID 84-0421951

CARLOS SALA
2424 Ginny Way
Lafayette, CO  80026

December 6, 2000
Client/Matter No. 191757-0001
Invoice No. 512802

FOR PROFESSIONAL SERVICES RENDERED

Re:   SALA, CARLOS

Deerhurst

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 10/12/00 through 10/19/00 | Laurence Nemirow | Document review and negotiation of Deerhurst matter | 483.34 |

|   |   |
|---|---|
| TOTAL SERVICES | $ 483.34 |
| TOTAL SERVICES AND DISBURSEMENTS | $ 483.34 |
| **TOTAL DUE UPON RECEIPT** | $ 483.34 |

- Paid 7/31/01
ck.# 2384 for
$4,108.43
all invoices attached

DH SALA 00004042

PAYMENT OF THIS STATEMENT IS DUE UPON RECEIPT. AMOUNTS NOT PAID WITHIN 30 DAYS OF THE
DATE HEREOF ARE SUBJECT TO A LATE CHARGE OF 1½% PER MONTH UNTIL PAID IN FULL.

## DAVIS GRAHAM & STUBBS LLP
ATTORNEYS AT LAW

MAILING ADDRESS
1550 SEVENTEENTH STREET, SUITE 500
DENVER, COLORADO 80202

TELEPHONE 303-892-9400
FACSIMILE 303-893-1379

FEDERAL ID 84-0421951

December 6, 2000
Client/Matter No. 191757-0001
Invoice No. 512803

CARLOS SALA
2424 Ginny Way
Lafayette, CO 80026

FOR PROFESSIONAL SERVICES RENDERED

Re: SALA, CARLOS
    Deerhurst

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 11/03/00 through 11/22/00 | Laurence Nemirow | Document review and negotiation of Deerhurst matter | 1497.00 |

TOTAL SERVICES       $  1,497.00

| Date | Disbursements | | Amount |
|---|---|---|---|
| November | Long Distance, LEXIS, Faxes, Copies and Courier Charges | | 94.78 |

TOTAL DISBURSEMENTS       $     94.78

TOTAL SERVICES AND DISBURSEMENTS       $  1,591.78

TOTAL DUE UPON RECEIPT       $  1,591.78

DH SALA 00004043

PAYMENT OF THIS STATEMENT IS DUE UPON RECEIPT. AMOUNTS NOT PAID WITHIN 30 DAYS OF THE DATE HEREOF ARE SUBJECT TO A LATE CHARGE OF 1½% PER MONTH UNTIL PAID IN FULL.

# DAVIS GRAHAM & STUBBS LLP
### ATTORNEYS AT LAW

MAILING ADDRESS
1550 SEVENTEENTH STREET, SUITE 500
DENVER, COLORADO 80202

TELEPHONE 303-892-9400
FACSIMILE 303-893-1379

FEDERAL ID 84-0421951

January 17, 2001
Client/Matter No. 191757-0001
Invoice No. 513957

CARLOS SALA
2424 Ginny Way
Lafayette, CO 80026

FOR PROFESSIONAL SERVICES RENDERED

Re: SALA, CARLOS
    Deerhurst

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 12/29/00 | Laurence Nemirow | Organize closing documents | 83.34 |

TOTAL SERVICES                  $    83.34

| Date | Disbursements | Amount |
|---|---|---|
| 11/21/00 - 11/22/00 | Long Distance, LEXIS, Faxes, Copies and Courier Charges | 8.96 |

TOTAL DISBURSEMENTS              $    8.96

TOTAL SERVICES AND DISBURSEMENTS $   92.30

TOTAL DUE UPON RECEIPT           $   92.30

DH SALA 00004044

PAYMENT OF THIS STATEMENT IS DUE UPON RECEIPT. AMOUNTS NOT PAID WITHIN 30 DAYS OF THE DATE HEREOF ARE SUBJECT TO A LATE CHARGE OF 1½% PER MONTH UNTIL PAID IN FULL.

## DAVIS GRAHAM & STUBBS LLP
ATTORNEYS AT LAW

MAILING ADDRESS
1550 SEVENTEENTH STREET, SUITE 500
DENVER, COLORADO 80202

TELEPHONE 303-892-9400
FACSIMILE 303-893-1379

FEDERAL ID 84-0421951

CARLOS SALA
2424 Ginny Way
Lafayette, CO  80026

February 13, 2001
Client/Matter No. 191757-0001
Invoice No. 514816

### FOR PROFESSIONAL SERVICES RENDERED

**Re:** SALA, CARLOS

Deerhurst

| Date | Timekeeper | Description | Amount |
|------|------------|-------------|--------|
| 1/24/01 | Laurence Nemirow | Additional organization of closing documents | 94.17 |

TOTAL SERVICES    $    94.17

| Date | Disbursements | | Amount |
|------|---------------|--|--------|
| 1/25/01 | Copying Charges | | 168.00 |

TOTAL DISBURSEMENTS    $    168.00

TOTAL SERVICES AND DISBURSEMENTS    $    262.17

**TOTAL DUE UPON RECEIPT**    $    262.17

DH SALA 00004045

PAYMENT OF THIS STATEMENT IS DUE UPON RECEIPT. AMOUNTS NOT PAID WITHIN 30 DAYS OF THE DATE HEREOF ARE SUBJECT TO A LATE CHARGE OF 1½% PER MONTH UNTIL PAID IN FULL.

## DAVIS GRAHAM & STUBBS LLP
### ATTORNEYS AT LAW

MAILING ADDRESS
1550 SEVENTEENTH STREET, SUITE 500
DENVER, COLORADO 80202

TELEPHONE 303-892-9400
FACSIMILE 303-893-1379

FEDERAL ID 84-0421951

CARLOS SALA
2424 Ginny Way
Lafayette, CO 80026

February 13, 2001
Client/Matter No. 191757-0001
Invoice No. 515679.1

FOR PROFESSIONAL SERVICES RENDERED

Re:  SALA, CARLOS
     Deerhurst

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 2/01/01 to 2/28/01 | Laurence Nemirow | Review form of tax opinion and representations | 110.00 |

TOTAL SERVICES  $  110.00

| Date | Disbursements | Amount |
|---|---|---|
| 2/28/01 | Copying Charges; Faxes | 30.32 |

TOTAL DISBURSEMENTS  $  30.32

TOTAL SERVICES AND DISBURSEMENTS  $  140.32

TOTAL DUE UPON RECEIPT  $  140.32

DH SALA 00004046

PAYMENT OF THIS STATEMENT IS DUE UPON RECEIPT. AMOUNTS NOT PAID WITHIN 30 DAYS OF THE DATE HEREOF ARE SUBJECT TO A LATE CHARGE OF 1½% PER MONTH UNTIL PAID IN FULL.

## DAVIS GRAHAM & STUBBS LLP
ATTORNEYS AT LAW

MAILING ADDRESS
1550 SEVENTEENTH STREET, SUITE 500
DENVER, COLORADO 80202

TELEPHONE 303-892-9400
FACSIMILE 303-893-1379

FEDERAL ID 84-0421951

April 18, 2001
Client/Matter No. 191757-0001
Invoice No. 516639.1

CARLOS SALA
2424 Ginny Way
Lafayette, CO 80026

FOR PROFESSIONAL SERVICES RENDERED

Re: SALA, CARLOS
    Deerhurst

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 03/03/01 to 03/29/01 | Laurence Nemirow | Attention to form of tax opinion, representations and related matters | 1026.66 |
|  |  | TOTAL SERVICES | $ 1026.66 |

| Date | Disbursements | Amount |
|---|---|---|
| 03/27/01 | Federal Express, Courier, Fax, Long Distance and Copying Charges | 87.38 |
|  | TOTAL DISBURSEMENTS | $ 87.38 |
|  | TOTAL SERVICES AND DISBURSEMENTS | $ 1114.04 |
|  | TOTAL DUE UPON RECEIPT | $ 1114.04 |

DH SALA 00004047

# DAVIS GRAHAM & STUBBS LLP
### ATTORNEYS AT LAW

MAILING ADDRESS
1550 SEVENTEENTH STREET, SUITE 500
DENVER, COLORADO 80202

TELEPHONE 303-892-9400
FACSIMILE 303-893-1379

FEDERAL ID 84-0421951

May 8, 2001
Client/Matter No. 191757-0001
Invoice No. 517463.1

CARLOS SALA
2424 Ginny Way
Lafayette, CO 80026

FOR PROFESSIONAL SERVICES RENDERED

Re: SALA, CARLOS
Deerhurst

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 04/02/01 to 04/30/01 | Laurence Nemirow | Attention to form of tax opinion, representations and related matters | 385.00 |

TOTAL SERVICES $ 385.00

| Date | Disbursements | Amount |
|---|---|---|
| 04/30/01 | Courier, Fax, Long Distance and Copying Charges | 39.48 |

TOTAL DISBURSEMENTS $ 39.48

TOTAL SERVICES AND DISBURSEMENTS $ 424.48

TOTAL DUE UPON RECEIPT $ 424.48

DH SALA 00004048

PAYMENT OF THIS STATEMENT IS DUE UPON RECEIPT. AMOUNTS NOT PAID WITHIN 30 DAYS OF THE DATE HEREOF ARE SUBJECT TO A LATE CHARGE OF 1½% PER MONTH UNTIL PAID IN FULL.



File Copy

April 17, 2001
Invoice: 40548340

BILLED TO:
MR. CARLOS SALA
2424 GINNY WAY
LAFAYETTE, CO 80026

PLEASE REMIT TO:

P O BOX 120001
DALLAS, TX 75312-0608

TIN: 13-5565207

Business Unit:  US015    Client Number:  60066022
Project Number(s): 10358668

Billing for professional services rendered from December 1, 2000 through April 15, 2000 in connection with the following:

- Preparation of 2000 Federal and Colorado income tax projections, including discussions with Goldman Sachs and Morgan Stanely.

- Preparation of 2001 Federal and income tax projections for investments planning purpose and related consultations.

- Preparation of 2000 Federal and Colorado individual income tax returns.

- Form W-2 analysis and related discussions regarding stock option income

- Miscellaneous tax advice as requested.

Total Due         $25,000.00

KPMGZ12192671

Please Pay By Invoice and          Payment Due
Enclose Remittance Copy            Upon Receipt