# EXHIBIT V

DEERHURST MANAGEMENT

One Bridge Plaza North
Suite 690
Fort Lee, NJ 07024

December 7, 2000

Mr. Carlos Sala
Solid Currencies, Inc.
2424 Ginny way
Lafayette, CO 80026

Dear Mr. Sala,

Enclosed is your account statement for the month of November.

Please feel free to contact me at 201-461-1200 with any questions.

Sincerely,

Peter Molyneux
Managing Director

TELEPHONE: 201.461.4400   FAX: 201.461.1153

DHSala 00001737

DEERHURST MANAGEMENT

One Bridge Plaza North
Suite 690
Fort Lee, NJ 07024

Deerhurst Management Company, Inc.
Refco Capital Markets, Ltd.
Summary of Investment Activity
For the Month Ending: November 30, 2000

Solid Currencies, Inc.

| | | |
|---|---:|---:|
| 11/1/00 Beginning Investment Value: | | 0 |
| 11/28/00 Assignment from Managed Account: | | 8,936,516 |
| Realized FX Gain/(Loss): | (6,696) | |
| Realized Options Gain/(Loss): | 0 | |
| Gain/(Loss) on Open Positions: | 12,394 | |
| Fx Gain/(Loss) on Cash Balances | (50) | |
| Net Trading Gain/(Loss): | | 5,648 |
| Interest Earned: | | 15,052 |
| Management Fee Due to Deerhurst: | | (5,541) |
| Incentive Fee Accrued: | | (8,003) |
| Total Month Account Gain/(Loss): | | 7,157 |
| 11/30/00 Ending Account Value: | | 8,943,673 |



TELEPHONE: 201.461.4400   FAX: 201.461.1153

DHSala 00001738

## Solid Currencies

| 11/30/2000 Nav | Notional Amount | Total | Rate | Days | Amount |
|---|---|---|---|---|---|
| 532,216 | 500,000 | 1,032,216 | 1% | 30 | (860) |

| Addition Date | Notional Amount | Total | Rate | Days | Amount |
|---|---|---|---|---|---|
| 11/21/2000 | 8,425,000 | 16,850,000 | 1% | 10 | (4,681) |
| 8,425,000 | | | | | |
| | | Total Monthly Management fee | | | (5,541) |

DHSala 00001739

DEERHURST MANAGEMENT

One Bridge Plaza North
Suite 690
Fort Lee, NJ 07024

December 5, 2000

Mr. Carlos Sala
2424 Ginny way
Lafayette, CO 80026

Dear Mr. Sala,

Enclosed is our monthly statement for November 2000. Please note that this account was assigned to Solid Currencies Inc. as of 11/28/00, as per your request.

Please let me know if you have any questions regarding this information. You can contact me at 201-461-1200.

Sincerely,

Peter Molyneux
Managing Director

TELE: 201.461.4400   FAX: 201.461.1153   deerhrst@ix.netcom.com

**DHSala 00001740**

DEERHURST MANAGEMENT

One Bridge Plaza North
Suite 690
Fort Lee, NJ 07024

Deerhurst Management Company, Inc.
Refco Capital Markets, Ltd.
Summary of Investment Activity
For the Period Ending: November 28, 2000

Mr. Carlos Sala

| | | |
|---|---:|---:|
| Beginning Investment Value | | 502,121 |
| Period Additions/Withdrawls: | | 8,425,000 |
| | | |
| Realized FX Gain/(Loss): | 329 | |
| Realized Options Gain/(Loss): | 9,394 | |
| Gain/(Loss) on Open Positions: | (1,290) | |
| Fx Gain Loss on Cash Balances | (23) | |
| Net Trading Gain/(Loss): | | 8,410 |
| | | |
| Interest Earned: | | 76 |
| | | |
| Management Fee Due to Deerhurst: | | |
| Incentive Fee Accrued: | | 909 |
| | | |
| Total Account Gain/(Loss): | | 9,395 |
| | | |
| 11/28/00 Assignment to S-Corp: | | (8,936,516) |
| 11/28/00 Ending Account Value: | | 0 |

**DHSala 00001741**

TELE: 201.461.4400  FAX: 201.461.1153   deerhrst@ix.netcom.com