# EXHIBIT W

DEERHURST MANAGEMENT

One Bridge Plaza North
Suite 690
Fort Lee, NJ 07024

January 5, 2001

Mr. Carlos Sala
2424 Ginny way
Lafayette, CO  80026

Dear Mr. Sala:

Enclosed is your Deerhurst statement for the month of December.

Please be advised that your S-Corp was liquidated on 12/29/2000, and all proceeds were invested in the fund, Deerhurst Trading Strategy, LLC.

Please feel free to call me at 201-461-1200 if you have any questions regarding the enclosed.

Sincerely,

Peter Molyneux
Managing Director

TELEPHONE: 201.461.4400   FAX: 201.461.1153

DHSala 00001734

DEERHURST MANAGEMENT

One Bridge Plaza North
Suite 690
Fort Lee, NJ  07024

Deerhurst Management Company, Inc.
Refco Capital Markets, Ltd.
Summary of Investment Activity
For the Month Ending: December 31, 2000

Solid Currencies, Inc.

| | | |
|---|---:|---:|
| 12/01/00 Beginning Investment Value: | | 9,021,109 |
| Realized FX  Gain/(Loss): | 189256 | |
| Realized Options  Gain/(Loss): | (189829) | |
| Gain/(Loss) on Open Positions: | | |
| Fx Gain/(Loss) on Cash Balances | 13 | |
| Net Trading Gain/(Loss): | | (560) |
| Interest Earned: | | 12,474 |
| S-Corp Registration Fee: | | (50) |
| Management Fee Due to Deerhurst: | | (22,409) |
| Incentive Fee Accrued: | | (20,068) |
| Total  Month Account Gain/(Loss): | | (30,613) |
| 12/29/00 Ending Account Value: | | 8,990,496 |
| Liquidation of S-Corp/Wire to Deerhurst Trading Strategies, LLC. | | (8,990,496) |

DHSala 00001735

TELE: 201.461.4400  FAX: 201.461.1153  deerhrst@ix.netcom.com

DEERHURST MANAGEMENT

One Bridge Plaza North
Suite 690
Fort Lee, NJ 07024

Deerhurst Investors, G.P.
Summary of Investment Activity
For the Period Ending: December 31, 2000

Partner: Solid Currencies, Inc.

| | | |
|---|---|---|
| Period Opening Investment December 1, 2000: | | 8,943,673 |
| Period Contributions | | |
| Period Withdrawals | (December 21, 2000) | (9,021,108) |
| Period Income/(loss): | | 77,435 |
| Period Ending Net Asset Value December 31, 2000 | | 0 |
| Your Partner's Share Of This Year's Income/(Loss): | | 77,435 |

TELEPHONE: 201.461.4400   FAX: 201.461.1153

DHSala 00001736