# EXHIBIT X

1  Q   Yes.

2  A   I'm familiar with that.

3  Q   He could be up or down 60 percent over the
4  year 66 percent of the time or so, roughly?

5  A   That's a little different than what you
6  asked me before.

7  Q   I know.  I know.  I'm asking if you agree
8  that that's correct.

9  A   It's correct, according to the statistics,
10 yes.

11 Q   Now, if we were to assume that, given the
12 standard deviation of 4 and a standard deviation of 16
13 and leverage of 4, that Mr. Sala needed to make
14 40 percent a year, would it surprise you to learn that
15 the odds of Mr. Sala hitting 40 percent a year or more
16 for five years is less than a percent?

17 A   For five consecutive years?

18 Q   Yes.

19 A   And according to the statistical
20 properties you were talking about?

21 Q   Yeah.

22 A   No, it wouldn't surprise me.

23 Q   Would it surprise you to learn that it's
24 one-eighth of a percent?

25 A   I don't know that I'm very surprised.  It

ddf36883-20eb-42b0-bb92-75b64243af9a