# EXHIBIT BB

**REFCO**

REFCO CAPITAL MARKETS, LTD.
SUITE 542
48 PAR-LA-VILLE ROAD
HAMILTON  HM11,
BERMUDA

| | |
|---|---|
| Date | 12/31/2000 |
| Customer | SOLID CURRENCIES INC. |
| Account ID | ▮▮▮▮▮  01 |

## CUSTOMER STATEMENT

Enclosed please find the customer statement covering the period from 12/01/2000 thru 12/31/2000. Please advise within 10 business days if any portion of this statement is incorrect.

Equity Account Value & Table of Contents    (The figures here are the sum total of all currency equity calculations inclusive of collateral)

| Currency Account | Currency Value | Conv. Rate | Value in US Dollar | Page | Euro Rate | Value in Euros |
|---|---|---|---|---|---|---|
| European Monetary Unit | -1,979.20 | 0.942167 | -1,864.74 | 4 | 1.000000 | -1,979.20 |
| US Dollar | 1,839.03 | 1.000000 | 1,839.03 | 7 | | |
| Period ending balance | | | -25.71 | | Total Euro & Equiv: | -1,979.20 |

Mail To:
SOLID CURRENCIES INC.
2424 GINNY WAY
LAFAYETTE        CO 80026

DHSala 00000888

**REFCO**

REFCO CAPITAL MARKETS, LTD.
SUITE 542
48 PAR-LA-VILLE ROAD
HAMILTON HM11,
BERMUDA

SOLID CURRENCIES INC.
2424 GINNY WAY

LAFAYETTE                    CO 80026

Date        12/31/2000
Customer    SOLID CURRENCIES INC.
Account ID  ▓▓▓▓▓▓▓▓

01

Page   2

## CUSTOMER STATEMENT

Base currency Inf:Information

Dear Customer:

As part of our internal audit, we would like to confirm that your account with us currently operates within the framework of the following provisions:

1. That current account authorization documentation held on file remains in full force and effect. Any changes in such authorization should be advised to us promptly.

2. Refco maintains a general lien on, and in, any and all credit balances, securities, options, and all other property of whatsoever kind belonging to you (or any of your affiliates) or in which you (or any of your affiliates) may have an interest which is being held by Refco and/or its affiliates or carried for the account of you (or any of your affiliates), for discharge of obligations (including unmatured and contingent obligations) however arising and without regard to whether Refco has made advances with respect to such property. At any time and from time to time Refco, in its sole discretion and without notice, may apply and transfer any securities, contracts relating thereto, cash or any other property therein, interchangeably between accounts of you (or any of your affiliates) to cover margin deficiencies or debit balances in accounts maintained for you or any of your affiliates.

3. Funds or property which are transferred from any regulated futures accounts held at Refco, Inc. to accounts held at Refco, will be used to meet specific margin requirements or debit balances as they relate to specific foreign exchange trading activity.

4. Refco does not segregate any collateral or other property deposited with it. Refco's transactions with you are executed in the interbank foreign exchange market and these transactions are not subject to the U.S. Commodity Exchange Act. Accordingly, the segregation requirements of that Act are inapplicable, even with respect to funds or property transferred from Refco, Inc.

5. Refco Capital Markets, Ltd. acts as correspondent clearing broker for Refco Capital Markets International Services, Ltd., who executes all foreign exchange transactions as principal.

Please note; Refco F/X Associates, Ltd. has changed its name to Refco Capital Markets, Ltd. ("Refco"). This is a change in name only, the legal entity remains the same. As such, the contractual relationship maintained between Refco and its customers and counterparts remains unchanged.

We would like to take this opportunity to thank you for your ongoing support and look forward to a continuation of our mutually beneficial relationship in the coming months.

Sincerely,

REFCO

DHSala 00000889

**REFCO**

REFCO CAPITAL MARKETS, LTD.
SUITE 542
48 PAR-LA-VILLE ROAD
HAMILTON HM11,
BERMUDA

SOLID CURRENCIES INC.
2424 GINNY WAY
LAFAYETTE      CO 80026

Date       12/31/2000                01
Customer   SOLID CURRENCIES INC.
Account ID

## CUSTOMER STATEMENT

Base currency EUR:European Monetary Unit                Page    3

### TRADING ACCOUNT ACTIVITY

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/00 | | | | | Opening balance | | | | | 0.00 |
| 12/27/00 | | DR | | European Moneta | Currency Transfer | | | 10,401,612.00 | | 10,401,612.00 Dr |
| 12/28/00 | | CR | | European Moneta | Currency Transfer | | | | 10,401,612.00 | 0.00 |

### INTEREST ACTIVITY

| Date | Principal Balance | Commodity | Description | Int. Rate | Debit | Credit | Interest Balance |
|---|---|---|---|---|---|---|---|
| 12/27/00 | 10,401,612.00 DR | European Moneta | Interest accrued on DR balance | 6.850000 | 1,979.20 | | 1,979.20 Dr |

DHSala 00000890

**REFCO**®

REFCO CAPITAL MARKETS, LTD.
SUITE 542
48 PAR-LA-VILLE ROAD
HAMILTON HM11,
BERMUDA

SOLID CURRENCIES INC.
2424 GINNY WAY
LAFAYETTE          CO 80026

Date         12/31/2000
Customer     SOLID CURRENCIES INC.
Account ID   ████

Page   4

## CUSTOMER STATEMENT

Base currency EUR:European Monetary Unit

Account Summary for European Monetary Unit

| | |
|---|---|
| Beginning Cash Balance | 0.00 |
| Net Cash Deposits/Withdrawals | 0.00 |
| Net Settlements | 0.00 |
| Commission | 0.00 |
| Option Premium | 0.00 |
| Repo Interest | 0.00 |
| Deferred Interest & P/L on deferred positions | 0.00 |
| Ending Cash Balance | 0.00 |
| Ending Net Interest | 1,979.20 Dr |
| Value of Physical Inventory | 0.00 |
| Unrealized Gain/Loss on Deferred Position | 0.00 |
| Unrealized Gain/Loss on Open Forwards | 0.00 |
| Unrealized Gain/Loss on Derivatives | 0.00 |
| Market Value of Open OTC Options | 0.00 |
| Open Repo/Rev Agreements | 0.00 |
| Pending Settlement on OTC Options | 0.00 |
| Collateral Balance | 0.00 |
| Accrued Financing / Interest | 0.00 |

Total Account Value (European Monetary Unit )   1,979.20 Dr

DHSala 00000891

**REFCO**®

REFCO CAPITAL MARKETS, LTD.
SUITE 542
48 PAR-LA-VILLE ROAD
HAMILTON HM11,
BERMUDA

SOLID CURRENCIES INC.
2424 GINNY WAY

LAFAYETTE          CO 80026

Date          12/31/2000
Customer      SOLID CURRENCIES INC.
Account ID    ████

**CUSTOMER STATEMENT**

Base currency USD:US Dollar                         Page  5    01

## TRADING ACCOUNT ACTIVITY

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/00 | | | | | Opening balance | | | | | 0.00 |
| 12/22/00 | | CR | | US Dollar | TRANSFER OF FUNDS | | | | 8,084,301.65 | 8,084,301.65 Cr |
| 12/26/00 | 12/22/00 | BUY | 1.00 | | OTC Put Option-European Style 26,004,030.00 EUR Put 23,066,574.61 USD Call 60.887       Expires 12/20/01 | 0.039684 | 3585296 | 915,342.00 | | 7,168,959.65 Cr |
| 12/27/00 | 12/26/00 | SEL | 1.00 | | OTC Put Option-European Style 26,004,030.00 EUR Put 23,065,574.61 USD Call 60.887       Expires 12/20/01 | 0.031454 | 3586185 | | 725,512.00 | 7,894,471.65 Cr |
| 12/27/00 | 12/22/00 | BUY | 10,401,612.00 | European Moneta | Physical settlement | 0.906000 | 3585245 | 9,423,860.47 | | 1,529,388.82 Dr |
| 12/27/00 | 12/26/00 | SEL | 10,401,612.00 | European Moneta | Physical settlement (Rollover) | 0.924200 | 3585954 | | 9,613,169.81 | 8,083,780.99 Cr |
| 12/27/00 | 12/26/00 | SEL | 10,401,612.00 | European Moneta | Physical settlement | 0.924200 | 3586063 | | 9,613,169.81 | 17,696,950.80 Cr |
| 12/27/00 | | CR | 10,401,612.00 | European Moneta | Currency Transfer | | | | | 17,696,950.80 Cr |
| 12/27/00 | | CR | | US Dollar | TRANSFER OF FUNDS | | | | 945,268.00 | 18,642,218.80 Cr |
| 12/28/00 | 12/27/00 | BUY | 10,401,612.00 | European Moneta | Reversal       (Rollover) | 0.924200 | 3587051 | 9,613,169.81 | | 9,029,048.99 Cr |
| 12/28/00 | | DR | 10,401,612.00 | European Moneta | Currency Transfer | | | | | 9,029,048.99 Cr |
| 12/28/00 | 12/26/00 | SEL | 136,556,215.00 | Japanese Yen | Physical settlement | 113.607500 | 3586024 | | 1,202,000.00 | 10,231,048.99 Cr |
| 12/28/00 | 12/26/00 | BUY | 136,556,215.00 | Japanese Yen | Physical settlement | 113.602500 | 3586056 | 1,202,052.90 | | 9,028,996.09 Cr |
| 12/29/00 | | DR | | US Dollar | TO COVER 29TH SETTLEMENT | | | 443.95 | | 9,028,552.14 Cr |
| 12/29/00 | | DR | | US Dollar | DISOL OF SCORP + INVST IN DTS | | | 9,036,723.16 | | 8,171.02 Dr |
| 12/29/00 | | CR | | US Dollar | Int. applied against Principal | | | | 8,171.02 | 0.00 Cr |

DHSala 00000892

**REFCO**®

REFCO CAPITAL MARKETS, LTD.
SUITE 542
48 PAR-LA-VILLE ROAD
HAMILTON HM11,
BERMUDA

SOLID CURRENCIES INC.
2424 GINNY WAY

LAFAYETTE                CO 80026

Date      12/31/2000
Customer  SOLID CURRENCIES INC.
Account ID  ███████

## CUSTOMER STATEMENT

Base currency USD:US Dollar                     Page  6                                                        01

### INTEREST ACTIVITY

| Date     | Principal Balance |    | Commodity | Description                       | Int. Rate | Debit    | Credit   | Interest Balance |
|----------|-------------------|----|-----------|-----------------------------------|-----------|----------|----------|------------------|
| 12/22/00 | 8,084,301.65      | CR | US Dollar | Interest accrued on CR balance    | 5.170000  |          | 1,161.00 |  1,161.00 Cr     |
| 12/23/00 | 8,084,301.65      | CR | US Dollar | Interest accrued on CR balance    | 5.170000  |          | 1,161.00 |  2,322.00 Cr     |
| 12/24/00 | 8,084,301.65      | CR | US Dollar | Interest accrued on CR balance    | 5.170000  |          | 1,161.00 |  3,483.00 Cr     |
| 12/25/00 | 8,084,301.65      | CR | US Dollar | Interest accrued on CR balance    | 5.170000  |          | 1,161.00 |  4,644.00 Cr     |
| 12/26/00 | 7,168,959.65      | CR | US Dollar | Interest accrued on CR balance    | 5.100000  |          | 1,015.60 |  5,659.60 Cr     |
| 12/27/00 | 18,642,218.80     | CR | US Dollar | Interest accrued on CR balance    | 5.655000  |          | 2,928.38 |  8,587.98 Cr     |
| 12/28/00 | 9,028,996.09      | CR | US Dollar | Interest accrued on CR balance    | 5.670000  |          | 1,422.07 | 10,010.05 Cr     |
| 12/29/00 |                   |    | US Dollar | Int. applied against Principal    | N/A       | 8,171.02 |          |  1,839.03 Cr     |

### TRADES CANCELLED

| Value Dt | Trade Dt  | B/S | Units         | Commodity       | Description & Date Cancelled             | Price    | Sequence |
|----------|-----------|-----|---------------|-----------------|------------------------------------------|----------|----------|
| 12/27/00 | 12/26/00  | SEL | 10,401,612.00 | European Moneta | Cancelled 12/28/2000(Rollover)           | 0.924200 | 3585954  |

DHSala 00000893

**REFCO**

REFCO CAPITAL MARKETS, LTD.
SUITE 542
48 PAR-LA-VILLE ROAD
HAMILTON HM11,
BERMUDA

SOLID CURRENCIES INC.
2424 GINNY WAY

LAFAYETTE                CO 80026

Date              12/31/2000
Customer          SOLID CURRENCIES INC.
Account ID        ▮▮▮▮▮▮

Page    7
01

## CUSTOMER STATEMENT

Base currency USD:US Dollar

**Account Summary for US Dollar**

| | |
|---|---:|
| Beginning Cash Balance | 0.00 |
| Net Cash Deposits/Withdrawals | 573.56 Cr |
| Net Settlements | 189,256.44 Cr |
| Commission | 0.00 |
| Option Premium | 189,830.00 Dr |
| Repo Interest | 0.00 |
| Deferred Interest & P/L on deferred positions | 0.00 |
| Ending Cash Balance | 0.00 Cr |
| Ending Net Interest | 1,839.03 Cr |
| Value of Physical Inventory | 0.00 |
| Unrealized Gain/Loss on Deferred Position | 0.00 |
| Unrealized Gain/Loss on Open Forwards | 0.00 |
| Unrealized Gain/Loss on Derivatives | 0.00 |
| Market Value of Open OTC Options | 0.00 |
| Open Repo/Rev Agreements | 0.00 |
| Pending Settlement on OTC Options | 0.00 |
| Collateral Balance | 0.00 |
| Accrued Financing / Interest | 0.00 |
| Total Account Value (US Dollar) | 1,839.03 Cr |

DHSala 00000894

**REFCO**®

REFCO CAPITAL MARKETS, LTD.
SUITE 642
48 PAR-LA-VILLE ROAD
HAMILTON HM11,
BERMUDA

| | |
|---|---|
| Date | 12/31/2000 |
| Customer | SALA, CARLOS/BECKENHAM |
| Account ID | ▆▆▆▆ 01 |

## CUSTOMER STATEMENT

Enclosed please find the customer statement covering the period from 12/01/2000 thru 12/31/2000. Please advise within 10 business days if any portion of this statement is incorrect.

Equity Account Value & Table of Contents    (The figures here are the sum total of all currency equity calculations inclusive of collateral)

| Currency Account | Currency Value | Conv. Rate | Value In US Dollar Page | Euro Rate | Value in Euros |
|---|---|---|---|---|---|
| European Monetary Unit | 0.00 | 0.942167 | 0.00  4 | 1.000000 | 0.00 |
| Pound Sterling | -262.20 | 1.495990 | -392.25  6 | | |
| US Dollar | 0.00 | 1.000000 | 0.00  8 | | |
| Period ending balance | | | -392.25  Total Euro & Equiv: | | 0.00 |

Mail To:

CARLOS SALA/ BECKENHAM
2424 GINNY WAY

LAFAYETTE                CO 80026

DHSala 00000895

**REFCO**

REFCO CAPITAL MARKETS, LTD.
SUITE 542
48 PAR-LA-VILLE ROAD
HAMILTON HM11,
BERMUDA

CARLOS SALA/ BECKENHAM
2424 GINNY WAY

LAFAYETTE          CO 80026

Date          12/31/2000
Customer      SALA, CARLOS/BECKENHAM
Account ID

01

Page 2

## CUSTOMER STATEMENT

Base currency Inf:Information

Dear Customer:

As part of our internal audit, we would like to confirm that your account with us currently operates within the framework of the following provisions:

1. That current account authorization documentation held on file remains in full force and effect. Any changes in such authorization should be advised to us promptly.

2. Refco maintains a general lien on, and in, any and all credit balances, securities, options, and all other property of whatsoever kind belonging to you (or any of your affiliates) or in which you (or any of your affiliates) may have an interest which is being held by Refco and/or its affiliates or carried for the account of you (or any of your affiliates), for discharge of obligations (including unmatured and contingent obligations) however arising and without regard to whether Refco has made advances with respect to such property. At any time and from time to time Refco, in its sole discretion and without notice, may apply and transfer any securities, contracts relating thereto, cash or any other property therein, interchangeably between accounts of you (or any of your affiliates) to cover margin deficiencies or debit balances in accounts maintained for you or any of your affiliates.

3. Funds or property which are transferred from any regulated futures accounts held at Refco, Inc. to accounts held at Refco, will be used to meet specific margin requirements or debit balances as they relate to specific foreign exchange trading activity.

4. Refco does not segregate any collateral or other property deposited with it. Refco's transactions with you are executed in the interbank foreign exchange market and these transactions are not subject to the U.S. Commodity Exchange Act. Accordingly, the segregation requirements of that Act are inapplicable, even with respect to funds or property transferred from Refco, Inc.

5. Refco Capital Markets, Ltd. acts as correspondent clearing broker for Refco Capital Markets International Services, Ltd., who executes all foreign exchange transactions as principal.

Please note: Refco F/X Associates, Ltd. has changed its name to Refco Capital Markets, Ltd. ("Refco"). This is a change in name only, the legal entity remains the same. As such, the contractual relationship maintained between Refco and its customers and counterparts remains unchanged.

We would like to take this opportunity to thank you for your ongoing support and look forward to a continuation of our mutually beneficial relationship in the coming months.

Sincerely,

REFCO

DHSala 00000896

# REFCO

REFCO CAPITAL MARKETS, LTD.
SUITE 542
48 PAR-LA-VILLE ROAD
HAMILTON  HM11,
BERMUDA

CARLOS SALA/ BECKENHAM
2424 GINNY WAY

LAFAYETTE                CO 80026

Date       12/31/2000                                           01
Customer   SALA, CARLOS/BECKENHAM
Account ID ▓▓▓▓▓▓▓

## CUSTOMER STATEMENT

Base currency EUR:European Monetary Unit                Page    3

### TRADING ACCOUNT ACTIVITY

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/00 | | | | | Opening balance | | | | | 0.00 |
| 12/11/00 | 12/07/00 | SEL | 618,575.00 | Pound Sterling | Physical settlement | 0.618575 | 3556292 | | 1,000,000.00 | 1,000,000.00 Cr |
| 12/11/00 | | CR | 618,575.00 | Pound Sterling | Currency Transfer | | | | | 1,000,000.00 Cr |
| 12/13/00 | 12/12/00 | BUY | 618,575.00 | Pound Sterling | Reversal | 0.618575 | 3564850 | 1,000,000.00 | | 0.00 |
| 12/13/00 | | DR | 618,576.00 | Pound Sterling | Currency Transfer | | | | | 0.00 |

### TRADES CANCELLED

| Value Dt | Trade Dt | B/S | Units | Commodity | Description & Date Cancelled | Price | Sequence |
|---|---|---|---|---|---|---|---|
| 12/11/00 | 12/07/00 | SEL | 618,575.00 | Pound Sterling | Cancelled 12/13/2000 | 0.618575 | 3556292 |

DHSala 00000897

**REFCO**

REFCO CAPITAL MARKETS, LTD.
SUITE 542
48 PAR-LA-VILLE ROAD
HAMILTON HM11,
BERMUDA

CARLOS SALA/ BECKENHAM
2424 GINNY WAY

LAFAYETTE               CO 80026

| | |
|---|---|
| Date | 12/31/2000 |
| Customer | SALA, CARLOS/BECKENHAM |
| Account ID | ▮▮▮▮ |

Page   4     01

## CUSTOMER STATEMENT

Base currency EUR:European Monetary Unit

### Account Summary for European Monetary Unit

| | |
|---|---|
| Beginning Cash Balance | 0.00 |
| Net Cash Deposits/Withdrawals | 0.00 |
| Net Settlements | 0.00 |
| Commission | 0.00 |
| Option Premium | 0.00 |
| Repo Interest | 0.00 |
| Deferred Interest & P/L on deferred positions | 0.00 |
| Ending Cash Balance | 0.00 |
| Ending Net Interest | 0.00 |
| Value of Physical Inventory | 0.00 |
| Unrealized Gain/Loss on Deferred Position | 0.00 |
| Unrealized Gain/Loss on Open Forwards | 0.00 |
| Unrealized Gain/Loss on Derivatives | 0.00 |
| Market value of Open OTC Options | 0.00 |
| Open Repo/Rev Agreements | 0.00 |
| Pending Settlement on OTC Options | 0.00 |
| Collateral Balance | 0.00 |
| Accrued Financing / Interest | 0.00 |
| Total Account Value (European Monetary Unit) | 0.00 |

DHSala 00000898

**REFCO**

REFCO CAPITAL MARKETS, LTD.
SUITE 642
48 PAR-LA-VILLE ROAD
HAMILTON HM11,
BERMUDA

CARLOS SALA/ BECKENHAM
2424 GINNY WAY
LAFAYETTE           CO 80026

Date           12/31/2000                                01
Customer       SALA, CARLOS/BECKENHAM
Account ID     ███████

## CUSTOMER STATEMENT

Base currency GBP:Pound Sterling                          Page  5

### TRADING ACCOUNT ACTIVITY

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/00 | | | | | Opening balance | | | | | 0.00 |
| 12/11/00 | | DR | | Pound Sterling | Currency Transfer | | | 618,575.00 | | 618,575.00 Dr |
| 12/13/00 | | CR | | Pound Sterling | Currency Transfer | | | | 618,575.00 | 0.00 |

### INTEREST ACTIVITY

| Date | Principal Balance | | Commodity | Description | Int. Rate | Debit | Credit | Interest Balance |
|---|---|---|---|---|---|---|---|---|
| 12/11/00 | 618,575.00 | DR | Pound Sterling | Interest accrued on DR balance | 7.630000 | 131.10 | | 131.10 Dr |
| 12/12/00 | 618,575.00 | DR | Pound Sterling | Interest accrued on DR balance | 7.630000 | 131.10 | | 262.20 Dr |

DHSala 00000899

# REFCO®

REFCO CAPITAL MARKETS, LTD.
SUITE 542
48 PAR-LA-VILLE ROAD
HAMILTON HM11,
BERMUDA

CARLOS SALA/ BECKENHAM
2424 GINNY WAY

LAFAYETTE           CO 80026

Date        12/31/2000
Customer    SALA, CARLOS/BECKENHAM
Account ID  ▇▇▇▇▇

Page   6    01

## CUSTOMER STATEMENT

Base currency GBP:Pound Sterling

### Account Summary for Pound Sterling

| | |
|---|---:|
| Beginning Cash Balance | 0.00 |
| Net Cash Deposits/Withdrawals | 0.00 |
| Net Settlements | 0.00 |
| Commission | 0.00 |
| Option Premium | 0.00 |
| Repo Interest | 0.00 |
| Deferred Interest & P/L on deferred positions | 0.00 |
| Ending Cash Balance | 0.00 |
| Ending Net Interest | 262.20 Dr |
| Value of Physical Inventory | 0.00 |
| Unrealized Gain/Loss on Deferred Position | 0.00 |
| Unrealized Gain/Loss on Open Forwards | 0.00 |
| Unrealized Gain/Loss on Derivatives | 0.00 |
| Market Value of Open OTC Options | 0.00 |
| Open Repo/Rev Agreements | 0.00 |
| Pending Settlement on OTC Options | 0.00 |
| Collateral Balance | 0.00 |
| Accrued Financing / Interest | 0.00 |
| Total Account Value (Pound Sterling) | 262.20 Dr |

DHSala 00000900

# REFCO®

REFCO CAPITAL MARKETS, LTD.
SUITE 542
48 PAR-LA-VILLE ROAD
HAMILTON HM11,
BERMUDA

CARLOS SALA/ BECKENHAM
2424 GINNY WAY

LAFAYETTE          CO 80026

Date       12/31/2000                                01
Customer   SALA, CARLOS/BECKENHAM
Account ID

## CUSTOMER STATEMENT

Base currency USD:US Dollar                     Page    7

### TRADING ACCOUNT ACTIVITY

| Value Dt | Trade Dt | B/S | Units | Commodity | Description | Price/Yield | Sequence | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/00 | | | | | Opening balance | | | | | 0.00 |
| 12/20/00 | 12/04/00 | BUY | 19,651,867.50 | Japanese Yen | Physical settlement | 111.027500 | 3549620 | 177,000.00 | | 177,000.00 Dr |
| 12/20/00 | 12/06/00 | SEL | 19,651,867.50 | Japanese Yen | Reversal | 111.027500 | 3553844 | | 177,000.00 | 0.00 |

### TRADES CANCELLED

| Value Dt | Trade Dt | B/S | Units | Commodity | Description & Date Cancelled | Price | Sequence |
|---|---|---|---|---|---|---|---|
| 12/20/00 | 12/04/00 | BUY | 19,651,867.50 | Japanese Yen | Cancelled 12/20/2000 | 111.027500 | 3549620 |

DHSala 00000901

**REFCO**®

REFCO CAPITAL MARKETS, LTD.
SUITE 542
48 PAR-LA-VILLE ROAD
HAMILTON HM11,
BERMUDA

CARLOS SALA/ BECKENHAM
2424 GINNY WAY

LAFAYETTE    CO 80026

Date        12/31/2000                    01
Customer    SALA, CARLOS/BECKENHAM
Account ID  ▮▮▮▮▮▮▮

## CUSTOMER STATEMENT

Base currency USD:US Dollar                Page  8

Account Summary for US Dollar

| | |
|---|---:|
| Beginning Cash Balance | 0.00 |
| Net Cash Deposits/Withdrawals | 0.00 |
| Net Settlements | 0.00 |
| Commission | 0.00 |
| Option Premium | 0.00 |
| Repo Interest | 0.00 |
| Deferred Interest & P/L on deferred positions | 0.00 |
| Ending Cash Balance | 0.00 |
| Ending Net Interest | 0.00 |
| Value of Physical Inventory | 0.00 |
| Unrealized Gain/Loss on Deferred Position | 0.00 |
| Unrealized Gain/Loss on Open Forwards | 0.00 |
| Unrealized Gain/Loss on Derivatives | 0.00 |
| Market Value of Open OTC Options | 0.00 |
| Open Repo/Rev Agreements | 0.00 |
| Pending Settlement on OTC Options | 0.00 |
| Collateral Balance | 0.00 |
| Accrued Financing / Interest | 0.00 |
| Total Account Value (US Dollar) | 0.00 |

DHSala 00000902