# EXHIBIT CC

To: Napier, Angie
CC:
BCC:
Date: 06/02/2000 05:06:46 PM
From: Henderson, Tracie K
Folder: Sala, Carlos
Subject: RE Sala and White
Attachments:

Carlos Sala is an old friend of Tim Gillis  Tony White is a friend/colleague of Carlos  We've been talking to them for awhile. We're doing the rest of their work, too.

-----Original Message-----
From: Napier, Angie
Sent: Friday, June 02, 2000 5 01 PM
To: Henderson, Tracie K
Subject: RE: Sala and White

That is awesome!! Where did you find these guys?

-----Original Message-----
From: Henderson, Tracie K
Sent: Friday, June 02, 2000 5:00 PM
To: Napier, Angie
Subject: FW. Sala and White

FYI... good news!

-----Original Message-----
From: Henderson, Tracie K
Sent: Friday, June 02, 2000 4 59 PM
To: Mangieri, Jeffrey
Cc: Eischeid, Jeffrey A
Subject: Sala and White

Carlos Sala ($60 million) and Martin A. (Tony) White ($100 million) have agreed to do BLIPS 2000.  Please prepare engagement letters to each for $750,000 million and $1,250,000 respectively.

Also, prepare required powers of attorney.

Thanks,
Tracie

Page 1 of 1

KPMGZ12060408