# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Case No. 1:05-cv-00636-LTB-PAC

| | |
|---|---|
| CARLOS E. SALA, and | ) |
| TINA ZANOLINI-SALA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFFS' UNOPPOSED MOTION TO SET RESPONSE SCHEDULE REGARDING PENDING MOTIONS FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs CARLOS E. SALA and TINA ZANOLINI-SALA, by and through their undersigned counsel move the Court to extend the time for the parties to respond and reply to pending motions for partial summary that are before the Court. In support of this Motion, Plaintiff submits:

1. Plaintiffs filed their First Motion for Partial Summary Judgment on the interest issue on June 30, 2005 (Docket # 5) ("Motion re: Interest Issue"). After obtaining relief under Fed.R.Civ.P. 56(f) to conduct discovery and pursuant to the Minute Order regarding scheduling matters dated November 1, 2006, Defendant filed its Response to the Motion re: Interest Issue on February 5, 2007.

1

2. Plaintiffs filed a Motion for Partial Summary Judgment Re: Defendant's Offset Defense on February 5, 2007 (Docket # 114) ("Motion re: Offset Defense").

3. Both parties are requesting a final extension of time to file oppositions and replies to these pending motions for partial summary judgment.

4. Pursuant to Local Civil Rule 56.1, a reply brief may be filed within 15 days of the date of the filing of the opposing brief. Plaintiffs are requesting an extension of six (6) days to February 26, 2007 to reply to Defendant's opposing brief on the Motion re: Interest Issue.

5. Pursuant to Local Civil Rule 56.1, Defendant's opposing brief would be due within 20 days of the filing of the motion and opening brief. Defendant is requesting an extension of fifteen (15) days to March 12, 2007, to file an opposing brief with respect to the Motion re: Offset Defense.

6. Plaintiffs are requesting an additional six (6) days, over and above the 15 days set out in the Rule, to April 2, 2007, to reply to Defendant's opposing brief on the Motion re: Offset Defense.

7. The undersigned counsel for Plaintiffs has conferred with Amy T. Matchison, Esq. one of Defendant's counsel, who has indicated that she has not objection to the requested extensions.

WHEREFORE, Plaintiffs pray that the Court:

A. Extend the time for Plaintiffs to reply to the Defendant's opposing brief regarding the Motion re: Interest Issue to February 26, 2007;

B. Extend the time for Defendant to file an opposing brief with respect to the Motion Re: Offset Defense to March 12, 2007; and

2

C. Extend the time for the Plaintiffs to reply to the Defendant's opposing brief regarding the Motion re: Offset Defense to April 2, 2007.

DATED this 7th day of February, 2007.

CHICOINE & HALLETT, P.S.

s/ John M. Colvin
John M. Colvin
Darrell D. Hallett
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
 and Tina Zanolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2007, I electronically filed PLANTIFFS' UNOPPOSED MOTION TO SET RESPONSE SCHEDULE REGARDING PENDING MOTIONS FOR PARTIAL SUMMARY JUDGMENT using the CM/ECF system, which will send notification to the following:

    David N. Geier:        David.N.Geier@usdoj.gov

    Amy T. Matchison:        Amy.T.Matchison@usdoj.gov

    Anton. L. Janik, Jr.:        Anton.L.Janik@usdoj.gov

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 7th day of February, 2007.

    CHICOINE & HALLETT, P.S.

    s/ John M. Colvin
    John M. Colvin
    Darrell D. Hallett
    Chicoine & Hallett, P.S.
    Attorneys for the Plaintiffs Carlos E. Sala
        and Tina Zanolini-Sala
    1011 Western Ave. Suite 803
    Seattle WA, 98104
    Telephone: (206) 223-0800
    Facsimile: (206) 467-8170