# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Case No. 1:05-cv-00636-LTB-PAC

| | |
|---|---|
| CARLOS E. SALA, and | ) |
| TINA ZANOLINI-SALA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR STIPULATION
## FOR PROTECTIVE ORDER RE: REFCO DOCUMENTS

Plaintiffs CARLOS E. SALA and TINA ZANOLINI-SALA, by and through their undersigned counsel move the Court to approve the Stipulated Order (attached as Exhibit A) to protect certain information during the discovery phase of this litigation that non-party Refco Capital Markets Ltd. ("Refco Capital Markets") may be required to produce during the course of this action.

  1. The parties jointly prepared and served a subpoena for documents on non-party Refco Capital Markets.

  2. Non-party Refco Capital Markets has requested a confidentiality order to protect client information contained in the requested documents.

3.      The parties have agreed to and executed a stipulated protective order, which is filed herewith.

4.      The undersigned counsel for Plaintiffs has conferred with Defendant's counsel regarding the Order, and Defendant's counsel has no opposition to this motion.

WHEREFORE, Plaintiffs pray that the Court execute the attached Stipulated Order.

DATED this 7th day of February, 2007.

CHICOINE & HALLETT, P.S.

s/ John M. Colvin
John M. Colvin
Darrell D. Hallett
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
        and Tina Zanolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email: jcolvin@chicoine-hallett.com
Email: dhallett@chicoine-hallett.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2007, I electronically filed PLAINTIFFS'

UNOPPOSED MOTION FOR STIPULATION FOR PROTECTIVE ORDER RE: REFCO

DOCUMENTS using the CM/ECF system, which will send notification to the following:

David N. Geier                David.N.Geier@usdoj.gov

Amy Matchison:                Amy.T.Matchison@usdoj.gov

Anton. L. Janik, Jr.:         Anton.L.Janik@usdoj.gov

I declare under the penalty of perjury under the laws of the State of Washington that the

foregoing is true and correct.

DATED this 7th day of February, 2007.

CHICOINE & HALLETT, P.S.

s/ John M. Colvin
John M. Colvin
Darrell D. Hallett
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
        and Tina Zanolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email: jcolvin@chicoine-hallett.com
Email: dhallett@chicoine-hallett.com