IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 05-cv-00636-LTB-PAC

CARLOS E. SALA, and
TINA ZANOLINI SALA,

  Plaintiffs,

v.

UNITED STATES OF AMERICA,

  Defendant.

___

### MINUTE ORDER
___

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

  Plaintiffs' Unopposed Motion to Set Response Schedule Regarding Pending Motions for Partial Summary Judgment (Doc 122 - filed February 7, 2007) is **GRANTED** as follows:

  -Plaintiffs have **up to and including February 26, 2007** to reply to Defendant's opposing brief regarding the Motion re: Interest Issue

  -Defendant has **up to and including March 12, 2007** to file an opposing brief with respect to the Motion re: Offset Defense

  -Plaintiffs have **up to and including April 2, 2007** to reply to Defendant's opposing brief regarding the Motion re: Offset Defense

Dated: February 8, 2007
___