IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-PAC

CARLOS E. SALA, and
TINA ZANOLINI SALA,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion for Stipulation for Protective Order Re: Refco Documents [filed February 7, 2007; Doc. No. 123] is **GRANTED**. The Stipulated Protective Order is entered this date.

Dated: February 9, 2007