# EXHIBIT 2

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

------------------------------------------------X

CARLOS E. SALA and
TINA ZANOLINI SALA,

    Plaintiffs,

       Case No: 05-cv-00636-LTB-OES

vs

UNITED STATES OF AMERICA,

    Defendant.

------------------------------------------------X

DEPOSITION

OF

CHRISTOPHER DICE

NEW YORK, NEW YORK

AUGUST 29, 2006

3:09 P.M.

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203-4725
(800) 288-3376

REPORTED BY: Nancy Anne Flynn, RPR

FILE NO.: A006FF3

Page 84

1                    Christopher Dice

2        Q     But you concluded if you did it, then    16:46
3 you wouldn't be liable for penalties?                  16:46
4                                                        16:46
5              MR. GEIER:  Objection.  Leading.          16:46
6          Objection.  Form.                             16:46
7        Q     Did you conclude that if you did it,      16:46
8 you would not be liable for penalties?                 16:46
9              MR. GEIER:  Same objection.               16:46
10       A     That was my conclusion, yes.              16:46
11       Q     And did you proceed to file a             16:46
12 qualified amended return?                             16:46
13       A     Yes, I did.                               16:46
14       Q     And at that time, or shortly              16:46
15 thereafter, did you pay the tax?                      16:46
16       A     Yes.                                      16:46
17       Q     And did the IRS also, after you paid      16:46
18 the tax, assess you interest?                         16:46
19       A     Yes, they did.                            16:46
20       Q     And did they assess you interest from     16:46
21 the due date of the 2000 return all the way up until  16:46
22 the time you paid?                                    16:46
23       A     The original assessment, I'd say yes.     16:47
24 Ultimately -- yes, they did assess me the full        16:47
25 interest.  And ultimately, they calculated just the   16:47

Page 85

1                  Christopher Dice

2  first eighteen months of the past due interest and      16:47
3  refunded me the balance.                                 16:47
4         Q     And what was your understanding, if        16:47
5  any, as to why the IRS refunded you your interest       16:47
6  beyond eighteen months?                                  16:47
7               MR. GEIER:  Objection.  First --           16:47
8         A     I personally researched the statutes      16:47
9  and so on, and it just -- there was -- there was        16:47
10 Treasury regs that basically said in certain            16:47
11 conditions with amended returns, and so on and so       16:47
12 forth, that you were liable for only eighteen months    16:47
13 interest.                                                16:47
14        Q     All right.  And did the IRS assert any    16:47
15 penalties against you?                                   16:47
16        A     Not at that point.  But on the            16:47
17 settlement, yes, they did.  I think a 10 percent        16:47
18 penalty on a fairly small unpaid balance.  It was       16:47
19 minimal.                                                 16:47
20        Q     Okay.  But on the amount of tax shown     16:47
21 due and paid on the amended return, did the IRS         16:47
22 assert any penalties?                                    16:48
23        A     I don't believe so, no.                   16:48
24        Q     Did they assert a fraud penalty?          16:48
25        A     No.                                       16:48