# EXHIBIT 5

# Pt. II of III

Exhibit 1
Data on 24 Designated Options

| ID | OPTION TYPE | BUY/SELL | TRADE DATE | CURRENCY 1 | CURRENCY 2 | STRIKE PRICE | PREMIUM PER UNIT | TOTAL PREMIUM | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|
| A | EUR CALL/JPY PUT | SELL | 11/27/00 | EUR 117,935,000.00 | JPY 11,545,836,500.00 | 97.90000 | EUR 0.02370 | EUR 2,795,060 | 11/27/2001 |
| B | EUR CALL/JPY PUT | BUY | 11/27/00 | EUR 117,935,000.00 | JPY 11,522,249,500.00 | 97.70000 | EUR 0.02420 | EUR -2,854,027 | 11/27/2001 |
| C | EUR PUT/JPY CALL | SELL | 11/27/00 | EUR 117,935,000.00 | JPY 10,611,791,300.00 | 89.98000 | EUR 0.05600 | EUR 6,604,360 | 11/27/2001 |
| D | EUR PUT/JPY CALL | BUY | 11/27/00 | EUR 117,935,000.00 | JPY 10,625,943,500.00 | 90.10000 | EUR 0.05670 | EUR -6,686,915 | 11/27/2001 |
| G | GBP CALL/JPY PUT | SELL | 11/28/00 | GBP 200,489,500.00 | JPY 32,739,935,350.00 | 163.30000 | GBP 0.01815 | GBP 3,638,884 | 11/27/2001 |
| H | GBP CALL/JPY PUT | BUY | 11/28/00 | GBP 200,489,500.00 | JPY 32,699,837,450.00 | 163.10000 | GBP 0.01840 | GBP -3,689,007 | 11/27/2001 |
| I | GBP PUT/JPY CALL | SELL | 11/28/00 | GBP 200,489,500.00 | JPY 30,151,615,905.00 | 150.39000 | GBP 0.05555 | GBP 11,137,192 | 11/27/2001 |
| J | GBP PUT/JPY CALL | BUY | 11/28/00 | GBP 200,489,500.00 | JPY 30,173,669,750.00 | 150.50000 | GBP 0.05595 | GBP -11,217,388 | 11/27/2001 |
| K | CHF CALL/USD PUT | SELL | 11/27/00 | CHF 403,266,939.00 | USD 235,870,000.00 | 1.70970 | USD 0.04525 | USD 10,673,118 | 11/27/2001 |
| L | CHF CALL/USD PUT | BUY | 11/27/00 | CHF 403,573,570.00 | USD 235,870,000.00 | 1.71100 | USD 0.04560 | USD -10,755,672 | 11/27/2001 |
| M | CHF PUT/USD CALL | SELL | 11/27/00 | CHF 437,774,720.00 | USD 235,870,000.00 | 1.85600 | USD 0.02580 | USD 6,085,446 | 11/27/2001 |
| N | CHF PUT/USD CALL | BUY | 11/27/00 | CHF 437,302,980.00 | USD 235,870,000.00 | 1.85400 | USD 0.02610 | USD -6,156,207 | 11/27/2001 |
| O | EUR CALL/USD PUT | SELL | 11/27/00 | EUR 117,935,000.00 | USD 104,254,540.00 | 0.88400 | EUR 0.04250 | EUR 5,012,238 | 11/27/2001 |
| P | EUR CALL/USD PUT | BUY | 11/27/00 | EUR 117,935,000.00 | USD 104,018,670.00 | 0.88200 | EUR 0.04340 | EUR -5,118,379 | 11/27/2001 |
| Q | EUR PUT/USD CALL | SELL | 11/27/00 | EUR 117,935,000.00 | USD 95,822,187.50 | 0.81250 | EUR 0.03025 | EUR 3,567,534 | 11/27/2001 |
| R | EUR PUT/USD CALL | BUY | 11/27/00 | EUR 117,935,000.00 | USD 95,999,090.00 | 0.81400 | EUR 0.03090 | EUR -3,644,192 | 11/27/2001 |
| S | JPY CALL/USD PUT | SELL | 11/27/00 | JPY 12,442,142,500.00 | USD 117,935,000.00 | 105.50000 | USD 0.04985 | USD 5,879,060 | 11/27/2001 |
| T | JPY CALL/USD PUT | BUY | 11/27/00 | JPY 12,453,936,000.00 | USD 117,935,000.00 | 105.60000 | USD 0.05035 | USD -5,938,027 | 11/27/2001 |
| W | JPY PUT/USD CALL | SELL | 11/27/00 | JPY 13,609,699,000.00 | USD 117,935,000.00 | 115.40000 | USD 0.01255 | USD 1,480,084 | 11/27/2001 |
| X | JPY PUT/USD CALL | BUY | 11/27/00 | JPY 13,586,112,000.00 | USD 117,935,000.00 | 115.20000 | USD 0.01290 | USD -1,521,362 | 11/27/2001 |
| E | GBP CALL/JPY PUT | BUY | 11/20/00 | GBP 183,600.00 | JPY 29,743,200.00 | 162.00000 | GBP 0.00733 | GBP -1,345 | 2/20/2001 |
| F | GBP CALL/JPY PUT | BUY | 11/20/00 | GBP 1,418,400.00 | JPY 229,780,800.00 | 162.00000 | GBP 0.00510 | GBP -7,234 | 2/20/2001 |
| U | JPY PUT/USD CALL | SELL | 11/24/00 | JPY 241,368,000.00 | USD 2,136,000.00 | 113.00000 | USD 0.00100 | USD 2,136 | 12/1/2000 |
| V | JPY PUT/USD CALL | BUY | 11/24/00 | JPY 239,232,000.00 | USD 2,136,000.00 | 112.00000 | USD 0.00288 | USD -6,141 | 12/1/2000 |

Note: EUR = Euro; JPY = Japanese Yen; GBP = British Pound; CHF = Swiss Franc; USD = U.S. Dollar

Expert Report of Robert W. Kolb   December 12, 2006   Exhibits   1

**Exhibit 2**
**Profit Potential of Options E and F Considered Together**



Expert Report of Robert W. Kolb    December 12, 2006    Exhibits  2

**Exhibit 3**
**Profitability of Options U and V Considered Individually**



**Exhibit 4**
**Profitability of Options U and V Considered as a Portfolio (Spread)**



**Expert Report of Robert W. Kolb    December 12, 2006    Exhibits  4**

**Exhibit 5**
**Profitability of Options A and B Considered as a Portfolio (Spread)**



**Expert Report of Robert W. Kolb    December 12, 2006    Exhibits   5**

**Exhibit 6**
**Profitability of Options C and D Considered as a Portfolio**



Expert Report of Robert W. Kolb    December 12, 2006    Exhibits   6

# Exhibit 7
## Profitability of Options A-D Considered as a Portfolio



Expert Report of Robert W. Kolb    December 12, 2006    Exhibits   7

# Exhibit 8
## Profitability of Options G-J Considered as a Portfolio



**Exhibit 9**
**Profitability of Options K-H Considered as a Portfolio**



Expert Report of Robert W. Kolb    December 12, 2006    Exhibits   9

**Exhibit 10**
**Profitability of Options O-R Considered as a Portfolio**



Expert Report of Robert W. Kolb    December 12, 2006    Exhibits    10

**Exhibit 11**
**Profitability of Options S, T, W, and X Considered as a Portfolio**



Expert Report of Robert W. Kolb    December 12, 2006    Exhibits   11

| Option Portfolio | Currency Pair | Portfolio Cost | Spot FX Rate at Inception | Maximum Gain Strengthening | Maximum Gain Weakening |
|---|---|---|---|---|---|
| | | | | **Exhibit 12** <br> **Summary of Four-Option Portfolios: A-D, G-J, K-N, O-R, STWX** | |
| A-D | EUR/JPY | JPY 13,210,654 | EUR 1 = JPY 93.347 | EUR rises 4.88% to JPY 97.9 or higher; Maximum Gain = JPY 10,376,346 or 78.55% | EUR falls 3.61% to JPY 89.98 or lower; Maximum Gain = JPY 941,546 or 7.13% |
| G-J | GBP/JPY | JPY 20,450,961 | GBP 1 = JPY 156.93 | GBP rises 4.06% to JPY 163.30 or higher; Maximum Gain = JPY 19,649,939 or 96.08% | GBP falls 4.17% to JPY 150.39 or lower; Maximum Gain = JPY 1,602,884 or 7.84% |
| K-N | CHF/USD | CHF 277,720 | USD 1 = CHF 1.8085 | USD rises 2.63% to CHF 1.856 or higher; Maximum Gain = CHF 194,470 or 70.02% | USD falls 5.46% to 1.7097 or lower; Maximum Gain = CHF 29,361 or 10.57% |
| O-R | EUR/USD | USD 153,441 | EUR 1 = USD 0.8394 | EUR rises 5.31% to USD 0.8840 or higher; Maximum Gain = USD 82,429 or 53.72% | EUR falls 3.20% to USD 0.8125 or lower; Maximum Gain = USD 23,461 or 15.29% |
| STWX | JPY/USD | JPY 11,147,845 | USD 1 = JPY 111.206 | USD rises 3.77% to JPY 115.4 or higher; Maximum Gain = JPY 12,439,155 or 111.58% | USD falls 5.13% to JPY 105.50 or lower; Maximum Gain = JPY 645,655 or 5.79% |

**Expert Report of Robert W. Kolb    December 12, 2006    Exhibits   12**