# EXHIBIT 5

# Pt. III of III

| Exhibit 13 Maximum Possible Profits at Expiration for All Seven Portfolios ||||||
|---|---|---|---|---|---|
| Option Portfolio | Maximum Payoff | FX Rate | Maximum Payoff in USD | Cost in USD | Maximum Possible Profit in USD |
| A-D | EUR 240,930 | 0.8394 | 202,237 | 118,794 | 83,443 |
| G-J | GBP 245,547 | 1.4014 | 344,110 | 184,753 | 159,357 |
| K-N | USD 254,170 | 1.0 | 254,170 | 153,315 | 100,855 |
| O-R | EUR 266,821 | 0.8840 | 235,870 | 153,441 | 82,429 |
| STWX | USD 204,393 | 1.0 | 204,393 | 100,245 | 104,148 |
| E and F | GBP 1,602,000 | 1.4014 | 2,245,043 | 12,210 | 2,232,832 |
| U and V | USD 18,903 | 1.0 | 18,903 | 4,005 | 14,898 |
|  |  |  |  |  |  |
| Totals |  |  | 3,504,726 | 726,763 | 2,777,963 |
| Totals Excluding Options E and F ||| 1,259,683 | 714,553 | 545,130 |

Notes: Options E and F present a peculiar challenge in that a call option by itself has a virtually unlimited maximum payoff. The theoretical maximum for E and F occurs when the JPY becomes worthless. At that point, one can deliver worthless JPY and receive the promised GBP in the amount of GBP 1,602,000. But the practical possibility of this happening is nil.

For option portfolios not involving the USD as a currency, A-D, and G-J, the profit in the foreign currency was converted to USD at the spot rates prevailing on November 27, 2000, the day on which the vast bulk of positions were established. Choosing a different date would give a different answer.

Options U and V, K-N, and STWX all involve the USD as one of the two currencies, with the maximal payoff being reported in the other currency. The foreign currency value is converted to USD at the exchange rate that gave the maximal payoff in the foreign currency.

| Option Portfolio | Actual Cost (USD) | FX Rates at Expiration | USD Payoff at Expiration | USD Profit |
|---|---|---|---|---|
| E and F | 12,210 | GBP 1 = JPY 167.972; USD 1 = JPY 116.054 | 80,355 | 68,145 |
| U and V | 4,005 | USD 1 = JPY 110.406 | 0 | -4,005 |
| A-D | 118,794 | EUR 1 = JPY 109.22; USD 1 = JPY 124.04 | 190,195 | 71,401 |
| G-J | 184,753 | GBP 1 = JPY 174.96; USD 1 = JPY 124.04 | 323,332 | 138,579 |
| K-N | 153,315 | USD 1 = CHF 1.6635 | 184,329 | 31,014 |
| O-R | 153,441 | EUR 1 = USD 0.8807 | 0 | -153,441 |
| STWX | 100,245 | USD 1 = JPY 124.04 | 190,156 | 89,911 |
| Totals | 726,763 |  | 968,367 | 241,604 |

**Exhibit 14**
**Summary of All Seven Portfolios:**
**Trading Results in USD if Options Had Been Held to Expiration Date**

| Option Portfolio | Actual Cost (USD) | Disposition Date | Funds Realized | Profit/Loss |
|---|---|---|---|---|
| E and F | 12,210 | 12/14/2000 | 61,977 | 49,767 |
| U and V | 4,005 | 12/1/2000 | 0 | -4,005 |
| A-D | 118,794 | 12/4/2000 | 191,824 | 73,030 |
| G-J | 184,753 | 12/4/2000 | 187,710 | 2,957 |
| K-N | 153,315 | 12/5/2000 | 162,750 | 9,435 |
| O-R | 153,441 | 12/5/2000 | 157,443 | 4,002 |
| STWX | 100,245 | 12/12/2000 | 76,658 | -23,587 |
| Totals | 726,763 | | 838,362 | 111,599 |

Exhibit 15
Summary of All Seven Portfolios: Actual Trading Results in USD

Expert Report of Robert W. Kolb    December 12, 2006    Exhibits  15

**Exhibit 16**
**Simulation of Sala's Portfolio Value Based on Krieger's Historical Performance**
**–No Leverage, After Fees and Interest**



**Expert Report of Robert W. Kolb    December 12, 2006    Exhibits   16**

**Recent Activities and Publications**

Blackwell's *Companions in Finance* Series, Series Editor. Responsibilities include commissioning approximately 65 500-600 page volumes to cover every area of finance. For details please see: http://www.robertwkolb.com

*Futures, Options, and Swaps 5e*, forthcoming by Blackwell Publishing. This edition with James Overdahl.

Taught two courses on the Semester at Sea Summer 2006 voyage: "The Process of Globalization: Focus on Asia" and "Global Commerce and Human Values"

*Encyclopedia of Business, Ethics, and Society,* Senior editor of a five-volume, 1.5 million word encyclopedia, forthcoming by Sage Publishing Company. Articles forthcoming in the *Encyclopedia*: "Commodity Futures Trading Commission," "Executive Compensation," "Financial Derivatives," "Freedom and Liberty," and "Distributive Justice"

*The Ethics of Executive Compensation*, editor, a monograph volume forthcoming by Blackwell Publishing Company, Oxford, England, 2007.

*Understanding Futures Markets 6e*, just published by Blackwell Publishing. This edition with James Overdahl.

*Corporate Retirement Security: Social and Ethical Issues,* editor, a monograph volume forthcoming by Blackwell Publishing Company, Oxford, England, 2007.

Completed book-length manuscript, *From Papyrus to Posterity*–a history of how the Greek and Roman classics were transmitted from antiquity to the modern world.

*The Ethics of Genetic Commerce,* editor, a monograph volume forthcoming by Blackwell Publishing Company, Oxford, England, 2007.

**Publications–Articles**

"Naturalism and Value Language," *Ethics*, 1973, 83:2, pp. 168-172.

"The Impact and Value of Broker's Sell Recommendations," (with Clinton M. Bidwell, III), *Financial Review*, 1980, 15:3, pp. 58-68.

"Improving Hedging Performance Using Interest Rate Futures," (with Raymond C. Chiang), *Financial Management*, 1981, 10:4, pp. 72-79.

"Affiliated and Independent Banks: Two Behavioral Regimes," *Journal of Banking & Finance*, 1981, 5:4, pp. 523-537.

"Predicting Dividend Changes," *Journal of Economics and Business*, 1981, 33:3, pp. 218-230.

"Including Costs of Misclassification in Discriminant Analyses: A Practical Approach," *Financial Review*, 1981, 16:2, pp. 59-64.

"Duration, Immunization, and Hedging with Interest Rate Futures," (with Raymond C. Chiang), *Journal of Financial Research*, 1982, 5:2, pp. 161-170.

"Managing Foreign Interest Rate Risk," (with Gerald D. Gay and James V. Jordan), *Journal of Futures Markets*, 1982, 2:2, pp. 151-158.

"Are There Arbitrage Opportunities in the Treasury-Bond Futures Market?," (with Gerald D. Gay and James V. Jordan), *Journal of Futures Markets*, 1982, 2:3, pp. 217-230.

"Immunizing Bond Portfolios with Interest Rate Futures," (with Gerald D. Gay), *Financial Management*, 1982, 11:2, pp. 81-89.

"Futures Prices and Expected Future Spot Prices," (with Gerald D. Gay and James V. Jordan), *Review of Futures Markets*, 1983, 2:1, pp. 110-123.

"Regulation, Regulatory Lag, and the Use of Futures Markets," (with Roger A. Morin and Gerald D. Gay), *Journal of Finance*, 1983, 38:2, pp. 405-418.

"The Performance of Live Cattle Futures as Predictors of Subsequent Spot Prices," (with Gerald D. Gay), *Journal of Futures Markets*, 1983, 3:1, pp. 55-63.

"Interest Rate Hedging: An Empirical Test of Alternative Strategies," (with Raymond C. Chiang and Gerald D. Gay), *Journal of Financial Research*, 1983, 6:3, pp. 187-197.

"The Management of Interest Rate Risk," (with Gerald D. Gay), *Journal of Portfolio Management*, 1983, 9:2, pp. 65-70.

"Interest Rate Futures as a Tool for Immunization," (with Gerald D. Gay), *Journal of Portfolio Management*, 1983, 10:1, pp. 65-70.

"Removing Bias in Duration Based Hedging Models: A Note," (with Gerald D. Gay), *Journal of Futures Markets*, 1984, 4:2, pp. 225-228.

"Using Futures Market Predictions of Yield Spreads," (with Stanley D. Smith), *Magazine of Bank Administration*, 1984, 60:12, pp.66-68.

"Macro Versus Micro Futures Hedges at Commercial Banks," (with Gerald D. Gay and Stephen G. Timme), *Journal of Futures Markets*, 1984, 4:1, pp.47-54.

"Liquidity Requirements for Financial Futures Investments," (with Gerald D. Gay and William C. Hunter), *Financial Analysts Journal*, 1985, 41:3, pp. 60-68.

"Liquidity and Capital Requirements for Futures Market Hedges," (with Gerald D. Gay and William C. Hunter), *Review of Futures Markets*, 1985, 4:1, pp. 1-25.

"A Pricing Anomaly in Treasury Bill Futures," (with Gerald D. Gay), *Journal of Financial Research*, 1985, 8:2, pp. 157-167.

"The Structure of International Bond Risk Differentials," (with W. Brian Barrett), *Journal of International Business Studies*, 1986, 17:1, pp. 107-118.

"Inflation, Interest Rates and Property-Liability Insurer Risk,"(with David J. Nye), *Journal of Risk and Insurance*, 1986, 53:1, pp. 144-154.

"A Comparative Analysis of Futures Contract Margins," (with Gerald D. Gay and William C. Hunter), *Journal of Futures Markets*, 1986; 6:2, pp. 307-324.

"An Analytical Model of the Relationship Between Maturity and Bond Risk Differentials," (with Raymond C. Chiang), *Financial Review*, 1986, 21:2, pp. 191-209.

"The Effect of Three Mile Island on Utility Bond Risk Premia: A Note," (with W. Brian Barrett and Andrea J. Heuson), *Journal of Finance*, 1986, 4:1, pp.255-262.

"The Differential Effects of Sinking Funds on Bond Risk Premia," (with W. Brian Barrett and Andrea J. Heuson), *Journal of Financial Research*, 1986, 9:4, pp. 303-312.

"Friday the Thirteenth: 'Part VII': A Note," (with Ricardo J. Rodriguez), 1987, 42:5, pp. 1385-1387.

"The Adjustment of Stock Prices to Completely Unanticipated Events," (with W. Brian Barrett, Andrea J. Heuson, and Gabriele H. Schropp), *Financial Review*, 1987, 22:4, pp. 345-354.

"Commodity Exchange Seat Prices," (with Raymond C. Chiang and Gerald D. Gay), *Review of Futures Markets*, 1987, 6:1, pp. 1-10.

"The Regression Tendencies of Betas: A Reappraisal," (with Ricardo J. Rodriguez), *Financial Review*, 1989; 24:2, pp. 319-334.

"Trader Rationality in the Exercise of Futures Options," (with Gerald D. Gay and Kenneth Yung), *Journal of Financial Economics*, 1989, 12:2, pp. 177-186.

"Is the Distribution of Betas Stationary," (with Ricardo J. Rodriguez), *Journal of Financial Research*, 1990, 13:4, pp. 279-284.

"Markov Chains and Regression Toward the Mean," (with Ricardo J. Rodriguez), *Financial Review*, 1991, 26:1, pp. 115-125.

"An Empirical Evaluation of the Extended Mean-Gini Coefficient for Futures Hedging," (with John Okunev), *Journal Of Futures Markets*, 1992; 12:2, pp. 177-186.

"Is Normal Backwardation Normal?" *Journal of Futures Markets*, 1992, 12:1, pp. 75-92.

"Theory Succession, the CAPM, and the APT," *Managerial Finance*, 1993, 19:3,4, pp. 1-23.

"Utility Maximizing Hedge Ratios in the Extended Mean-Gini Framework," (with John Okunev), *Journal of Futures Markets*, 1993; 13:6, pp. 597-609.

"(Micro) Fads in Asset Prices: Evidence from the Futures Market," (with Gerald D. Gay, Jayant R. Kale, and Thomas H. Noe), *Journal Of Futures Markets*, 1994; 14:6, pp. 637-659.

"Regression to the Mean and Mean Reversion in Futures Markets," (with John Okunev and Ricardo J. Rodriguez), *Journal of Financial Engineering*, 1994, 3:2, pp. 159-175.

"Accuracy of Foreign Exchange Cross-Rate Predictions," (with Thomas F. Gosnell), *Multinational Business Review*, 1994; 2:1; pp. 45-54.

"Analysis of Spreads in Agricultural Futures," (with W. Brian Barrett), *Journal of Futures Markets*, 1995, 15:1, pp. 69-86.

"The Systematic Risk of Futures Contracts," *Journal of Futures Markets*, 1996, 16:6, pp. 631-654.
"Futures Prices and the Maturity Effect," (with Tina M. Galloway), *Journal of Futures Markets*, 1996, 16:7, pp. 809-828.

"Accuracy of International Interest Rate Forecasts," (with Thomas F Gosnell), *Financial Review*, 1997; 32:3, pp. 431-448.

**Publications--Books**

**Financial Derivatives**
*Interest Rate Futures: A Comprehensive Introduction*, Richmond, VA: Robert F. Dame, Inc., 1982.

*Interest Rate Futures: Concepts and Issues*, (with Gerald D. Gay), Richmond, VA: Robert F. Dame, Inc., 1982.

*Understanding Futures Markets*, Glenview, IL: Scott, Foresman, Inc., 1985; Second Edition, Glenview, IL: Scott, Foresman, Inc., 1988; Third Edition, Miami: Kolb Publishing Company, 1991 (also published under the same title as an imprint of the New York Institute of

Finance); Fourth Edition, Miami: Kolb Publishing Company, 1994; Fifth Edition, Malden, MA: Blackwell Publishers, Inc., 1997. Sixth Edition, Malden, MA: Blackwell Publishers, Inc, 2006.

*Options: An Introduction*, Miami: Kolb Publishing Company, 1991 (also published as *Options: The Investor's Complete Toolkit*, New York: New York Institute of Finance, 1991); Second Edition, re-titled as *Options* (also published as: *Understanding Options*, New York: John Wiley and Sons, 1995); Third Edition, Malden: MA: Blackwell Publishers, Inc., 1997.
*The Financial Derivatives Reader*, Miami: Kolb Publishing Company, 1992.

*Financial Derivatives*, Miami: Kolb Publishing Company, 1993 (also published as *Financial Derivatives*, New York: New York Institute of Finance, 1993); Second Edition, Malden: MA: Blackwell Publishers Inc., 1996; Third Edition, New York: John Wiley and Sons, 2003.

*Futures, Options, and Swaps*, Miami: Kolb Publishing Company, 1994; Second Edition, Malden, MA: Blackwell Publishers, 1997; Third Edition, Malden, MA: Blackwell Publishers, 2000; Fourth Edition, Malden, MA: Blackwell Publishers, 2003. Fifth Edition, Malden, MA: Blackwell Publishers, forthcoming 2007.

*The Financial Futures Primer*, Malden, MA: Blackwell Publishers, Inc., 1997.

*The Options Primer*, Malden, MA: Blackwell Publishers, Inc., 1997.

*Practical Readings in Financial Derivatives*, Oxford: Blackwell Publishers, 1998.

**Corporate Financial Management**
*Financial Management*, Glenview: IL, Scott, Foresman, Inc, 1987; Second Edition, (with Ricardo J. Rodriguez), Lexington, MA: D. C. Heath, 1992.

*Principles of Finance*, Chicago: Scott Foresman, Inc., 1988; Second Edition, (with Ricardo J. Rodriguez), Lexington, MA: D.C. Heath, 1992; Third Edition, (with Ricardo J. Rodriguez), Miami: Kolb Publishing Company, 1995.

*The Corporate Finance Reader*, Miami: Kolb Publishing Company, 1991; Second Edition, Malden, MA: Blackwell Publishers, Inc., 1995.

*Essential Financial Management*, (with Ricardo J. Rodriguez), Miami: Kolb Publishing Company, 1994.

**Investments and Portfolio Management**
*Investments*, Glenview, IL: Scott, Foresman and Co., 1986; Second Edition, Glenview, IL: Scott, Foresman and Co., 1989; Third Edition, Miami: Kolb Publishing Company, 1992; Fourth Edition, Miami: Kolb Publishing Company, 1995.

*The Investments Reader*, Miami: Kolb Publishing Company, 1991; Second Edition, Malden, MA: Blackwell Publishers, Inc., 1995.

*Introduction to Investments*, (with Rosemary Thomas Cunningham), Miami: Kolb Publishing Company, 1993.

**International Finance**

*International Finance: Concepts and Issues* (with Gerald D. Gay), Richmond, VA: Robert F. Dame, Inc., 1983.

*The International Finance Reader*, Miami: Kolb Publishing Company, 1991; Second Edition, Miami: Kolb Publishing Company, 1993; Third Edition, Miami: Kolb Publishing Company, 1995.

**Financial Institutions and Markets**

*The Financial Institutions and Markets Reader*, Miami: Kolb Publishing Company, 1991; Second Edition, Miami: Kolb Publishing Company, 1993; Third Edition, Malden, MA: Blackwell Publishers, 1996.

*The Commercial Bank Management Reader*, Miami: Kolb Publishing Company, 1992.

*Financial Institutions and Markets*, (with Ricardo J. Rodriguez), Miami: Kolb Publishing Company, 1993.