# EXHIBIT 10

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

- - - - - - - - - - - - -
CARLOS E. SALA and          :No. 05-CV-00636-LTB-MEH
TINA ZANOLINI SALA,         :
                            :
            Plaintiffs:
                            :
  -v-                       :
                            :
UNITED STATES OF AMERICA,   :
                            :
            Defendant       :
- - - - - - - - - - - - - -


VOLUME I
VIDEOTAPED DEPOSITION OF
ANDREW KRIEGER
LAW OFFICES OF FISCHER, PORTER & THOMAS, P.C.
440 SYLVAN AVENUE, SUITE 130
ENGLEWOOD CLIFFS, NEW JERSEY 07632
OCTOBER 26, 2006


ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203
(800) 288-3376


REPORTED BY: SHAUNA DETTY


FILE NO.: A00921D

Page 127

1   Q.        Okay.

2             So, what are the different

3   investments he made?

4   A.        After going through very extensive

5   and I would say tedious, due diligence process,

6   he decided to invest in our discretionary trading

7   program through the form of a managed account,

8   which was housed at Refco.

9             It started with a very modest

10  degree of leverage, if I recall, and then after

11  watching it a little bit, he chose to increase

12  the leverage, again, modestly.  As we -- I think

13  as he got comfortable with how we were doing, he

14  chose to, again, increase the leverage, and he

15  had also increased, during that period, the

16  capital allocation.

17  Q.        Okay.

18            When he did the first increase

19  in leverage, was that in his -- in an individual

20  managed account?

21  A.        I think the first -- I have to --

22  I'm not that familiar with all the steps, but I'm

23  not sure exactly the steps.

24  Q.        All right.

25  A.        I wouldn't have been focused on the