# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

- - - - - - - - - - - - -

CARLOS E. SALA and        :No. 05-CV-00636-LTB-MEH
TINA ZANOLINI SALA,       :
                          :
            Plaintiffs:   :
                          :
   -v-                    :
                          :
UNITED STATES OF AMERICA, :
                          :
            Defendant :
- - - - - - - - - - - - -

VOLUME II
VIDEOTAPE DEPOSITION OF
ANDREW KRIEGER
LAW OFFICES OF FISCHER, PORTER & THOMAS, P.C.
440 SYLVAN AVENUE, SUITE 130
ENGLEWOOD CLIFFS, NEW JERSEY 07632
OCTOBER 27, 2006

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203
(800) 288-3376

REPORTED BY: SHAUNA DETTY

FILE NO.: A00921E

1 roughly, did your involvement continue?

2    A.        I think it was until 2004.

3    Q.        So, was it throughout the life of

4 the program?

5    A.        Yes.

6    Q.        And the -- was there any significant

7 period of time where you were absent, you were

8 not involved in the program?

9    A.        No.

10    Q.        What would you say with respect to

11 your frequency -- from the time the dollars came

12 in in the first stage of the program to the end,

13 what would you say is -- was the frequency daily,

14 seven days a week; what kind of attention did you

15 give it?

16    A.        I think, perhaps, with maybe a one

17 day exception, I probably thought about it every

18 day and worked on it every day in some way.

19    Q.        Okay.

20              Did you ever have any

21 discussions with anyone associated with the

22 accounting firm of KPMG regarding the Deerhurst

23 Program?

24    A.        I don't believe so.

25    Q.        To your knowledge and observation,

1 did anyone associated with KPMG have anything to

2 do with the implementation of the program?

3     A.        I don't believe so.

4     Q.        Did anyone associated with KPMG have

5 anything to do with the management of the

6 program?

7     A.        The trading?

8     Q.        Yes.

9     A.        No, no way.

10    Q.        Okay.

11              Did you ever talk to anyone

12 associated -- yourself, associated with KPMG

13 about the Deerhurst Program?

14    A.        I don't think so.

15    Q.        Okay.  I wanted to ask a little bit

16 about your background.

17              As I understand your testimony,

18 other than your clerkship, your first job out of

19 school was with Salomon Brothers?

20    A.        Except for teaching tennis, yeah.

21    Q.        Okay.

22              And I believe you testified,

23 yes, most significant part of your life.

24              And I believe you testified

25 that within six months with Salomon Brothers, you

1 guess, does the math work out to about seven

2 percent a year?

3    A.        7.2.

4    Q.        Okay.

5              So, we take whatever the --

6    A.        But the only guess of it is how much

7 of the account was free in earning interest, and,

8 on average, we had about 20 percent of our money

9 in long options at a time.

10   Q.        All right.   Let's talk about

11 Mr. Sala for a moment.

12              Do you remember whether or not

13 you met Mr. Sala before he invested money into

14 the Deerhurst Program?

15   A.        Yes, I did.

16   Q.        Do you recall if you met him on more

17 than one occasion?

18   A.        I don't recall the number of times I

19 met or spoke on the phone, but I know that I

20 spoke with him, either personally or on the phone

21 more than once.

22   Q.        When you -- when you met with him

23 personally, do you recall where?

24   A.        It was in my office.

25   Q.        And where was your office at the

1 time?

2     A.          It was in Fort lee.

3     Q.          Okay.

4                 And at that time, there was --

5 your office, was that where your trading was

6 conducted?

7     A.          Yes.

8     Q.          And I want to go into the structure

9 of that office, but there were traders in the

10 office besides yourself?

11    A.          Yes.

12    Q.          There were persons involved in

13 administrative functions besides yourself?

14    A.          Yes.

15    Q.          Okay.

16                And when Mr. Sala came to the

17 office, did he -- to your observation, did he

18 view the operations?

19    A.          He definitely viewed the operations.

20    Q.          Did he talk to anyone other than

21 you?

22    A.          I believe you spoke with Peter

23 Molyneux.

24    Q.          And when he talked with you, what,

25 if anything, -- did he ask you any questions?

1    A.        He asked me, I think, almost

2 exclusively about trading.

3    Q.        And what do you remember, if

4 anything, that he asked you about trading?

5    A.        I don't remember the specifics, but

6 I remember being surprised at how annoyingly

7 thorough he was with his questioning; everything

8 about risk controls to processing of trades to

9 historical trade performance, what could go

10 right, what could go wrong, where did I make

11 money, where would I loss money, what

12 environments were good.  He asked a lot of

13 probing questions.

14    Q.        And you testified, I think, that

15 there were telephone conversations as well, and

16 I'm looking at a time frame before he entered

17 into the program, did he continue to do that, ask

18 probing questions?

19    A.        Yes.

20    Q.        To your recollection, did you and he

21 ever have a discussion about a tax loss?

22    A.        Never.

23    Q.        Did --

24    A.        Well, during that period?

25    Q.        During that period?

1    A.          The only time we'll answer which is

2 that we did speak about the fact that after he

3 withdrew and after he decided he was going to

4 file an action, he just informed me about that.

5    Q.          Okay.

6                And by file an action, you mean

7 this proceeding?

8    A.          This proceeding.

9    Q.          His case against the United States?

10   A.          Yes.

11   Q.          And so, roughly, when would that

12 conversation have occurred?

13   A.          I don't remember.

14   Q.          Sometime within the last couple of

15 three years?

16   A.          Yes.

17   Q.          But before that, you -- did you ever

18 have any conversation with him about a tax loss

19 or taxes at all?

20   A.          Never.

21   Q.          Okay.

22                And going forward from the time

23 that -- do you recall, roughly, how much money he

24 invested in the program?

25   A.          I recall better now having looked at

1 these documents the last couple days.

2    Q.      The documents refreshed your

3 recollection?

4    A.      Yes.

5    Q.      And what was -- with your refreshed

6 recollection, roughly, what was the amount?

7    A.      About $9 million.

8    Q.      All right.

9            And after he invested that sum

10 of money, did you -- did you -- did you continue

11 to have conversations with him?

12    A.      Yes.

13    Q.      And did you continue to have

14 conversations with him after the year 2000?

15    A.      Yes.

16    Q.      And could you tell us the frequency

17 if it varied by period that you had conversations

18 with him?

19            MR. JANIK:  Calls for

20       speculation.

21            THE WITNESS:  We had -- if I

22       recall, for quite a long period of time,

23       we had to schedule a weekly phone call.

24 BY MR. HALLETT:

25    Q.      And, approximately, when would that

1 be?

2 · A.        I would say from the middle of 2001,

3 almost to the end of his investment period.

4 Q.        Okay.

5                 And what, if anything, do you

6 recall was the -- did he say in those phone

7 calls?

8 A.        He wanted to understand what sorts

9 of trades we were doing, what sort of risks we

10 were taking or not.  At one point, I remember

11 speaking to him about diversifying into Lone Star

12 because I was disappointed in the performance of

13 Deerhurst and I wanted -- I thought that option

14 might make sense.  We -- I remember even sending

15 summaries of risk reports, and it was a very

16 detailed analysis of our trading.

17 Q.        Okay.

18                 And did that continue through

19 the time -- did there come a time when he

20 terminated his investment with the program?

21 A.        There was.

22 Q.        Okay.

23                 Do you recall, approximately,

24 when that was?

25 A.        I think it was 2004, I'm not sure

1 exactly when.

2    Q.        All right.

3              And did his regular telephone

4 conversations that you have described, did those

5 continue up until the time --

6    A.        Yeah.

7    Q.        -- at or about the time he

8 terminated his involvement?

9              What, if anything, do you

10 recall about -- did he tell you why he was

11 terminating his involvement?

12   A.        He was disappointed in the

13 performance; he -- he really had looked at this

14 as a very long-term investment that he wanted to

15 be a permanent part of his portfolio, and just

16 felt that the performance wasn't -- just wasn't

17 consistent with what he wanted to have in his

18 portfolio for a very long time.

19              MR. JANIK:  Move to strike,

20        foundation and speculation.

21 BY MR. HALLETT:

22   Q.        If you -- well, you're testifying as

23 to what he told you; is that right?

24   A.        Yes.

25   Q.        All right.

1          Did you -- at that point this

2 time, did you have any understanding as to

3 whether or not he was obligated to continue with

4 the program for a period of time?

5                    MR. JANIK:  Form.

6                    THE WITNESS:  He had agreed

7          initially to remain -- to have his

8          capital locked up for a five-year

9          period.

10 BY MR. HALLETT:

11    Q.         And do you recall whether or not he

12 withdrew prior to the end of that five-year

13 period?

14    A.         He did.

15    Q.         What, if anything, did you tell him

16 as to whether he was -- did you disagree with him

17 and tell him he was obligated to continue?

18    A.          I told him that he had been very

19 patient and that I was disappointed that we

20 hadn't performed better, and that, you know, I

21 wouldn't actually release him from any early

22 redemption penalties because he had been so

23 patient.

24    Q.         When his participation -- his

25 investment commenced in the last quarter of 2000

1 and up until you had those discussions, did he

2 ever indicate to you that he anticipated

3 withdrawing from the program in less than the

4 five years that he was committed to participate?

5    A.        No.

6    Q.        Did you expect, let's say in -- when

7 he went into the program, let's say, when he was

8 put into Deerhurst Strategies in early 2001; did

9 you expect him to continue with the program for

10 the five-year period?

11    A.        I expected him to continue and

12 beyond.

13    Q.        Okay.

14            Did he ever tell you whether or

15 not he expected to make money in the program?

16    A.        He was very explicit that he was

17 making the investment because he -- he expected

18 to generate good returns in his portfolio.

19    Q.        Did he ever tell you anything about

20 what he considered to be good returns?

21    A.        Actually, he did.  He told me he

22 would be happy if we could -- if we could even

23 come close to approximating our historic

24 performance.

25    Q.        Okay.

1              And did you believe he was

2 sincere when he made those statements?

3    A.        Yes.

4    Q.        And when he expressed -- strike

5 that.

6              Let me talk a little bit about

7 Beckenham.  Before I do that, let's go back to

8 our discussion about your interest in 2000 in

9 obtaining additional investment money.

10             Had you in the past had

11 other -- had other individuals assisted in

12 obtaining investors in invested money --

13 investment money?

14   A.        Yes.

15   Q.        Did you have any term that you

16 called those people?

17   A.        Finders.

18   Q.        Finders?

19   A.        Or introducers.

20   Q.        Or introducers.  And was -- what

21 arrangement, if any, had you had in the past --

22 or what -- strike that.

23             In the past, before

24 Mr. Schwartz, had you ever compensated any

25 introducers for bringing investment money into

1        you need to change the number.

2                    MR. HALLETT:  Okay.  225

3        will be Bates number 2C -- NCM131220.

4                    MR. JANIK:  All right.  So,

5        my continuing objection relates to 226.

6                    MS. FLANDERS:  And there's

7        one more.

8                    MR. HALLETT:  Okay.  This

9        will be 227.

10                    -   -  -

11                    (Whereupon, Exhibit-227 has

12        been marked for identification.)

13                    -   -   -

14                    MR. HALLETT:  Which will be

15        a document entitled --

16                    MR. THOMAS:  I want to go

17       off the record.  Let's mark these off the

18        record.

19                    MR. HALLETT:  Well, this is

20        the last one.

21                    THE VIDEOGRAPHER:  Okay.

22        We're going off the record at 2:35.

23                    -   -   -

24                    (Whereupon, an off-the-record

25        discussion was held.)

1                          -  -  -

2                    THE VIDEOGRAPHER:   We're

3          back on the record at 2:45

4  BY MR. HALLETT:

5    Q.          All right.

6                    Mr. Krieger, Counsel asked you

7  extensively about what's now been marked here as

8  226, which is a Refco statement with respect to

9  Solid Currencies beginning on date 12/1, 2000 and

10 going through 12/29, 2000, maybe you ought to

11 just put that one out in front of you, 226.

12                   Okay.  Now, what he didn't ask

13 you about is some documents that I want to ask

14 you about and see if you can shed any further

15 light on some of the these transactions that

16 purported to be reflected on Exhibit-226.

17                   First of all, Exhibit-223 is a

18 document that was produced from your files, your

19 firm's files.  Looking at that, can you identify

20 what that might be?

21   A.           Yes; this would -- this would be

22 a --

23                   MR. JANIK:  Objection;

24          speculation.

25 BY MR. HALLETT:

1    Q.        Go ahead.

2    A.         This would be a memo from our files

3 that, in all probability -- I didn't see him type

4 it, but in all probability, this is -- that Peter

5 wrote to the file.

6    Q.        Okay.

7             Upon what do you base that

8 conclusion -- well, let's go to general practice

9 first.

10             Did you observe -- when you

11 worked with Peter, did you observe that Peter

12 would write memorandums to the file summarizing a

13 series of transactions?

14    A.        He would --

15             MR. JANIK:  Form.

16             THE WITNESS:  It was my

17         experience that Peter -- well, I refer to

18         Peter as a squirrel, so Peter, both kept

19         data and kept finals, certainly as

20         required, but beyond being required; but

21         he was also very meticulous in keeping

22         notes just to jog his own memory as to

23         what might have occurred.

24 BY MR. HALLETT:

25    Q.        All right.

1                    And looking at Exhibit-223,

2 what, if anything, does that indicate to you with

3 respect to an acquisition and disposition of

4 positions by -- to and from Solid Currency?

5                    MR. JANIK:   Objection; form

6        foundation, speculation.

7 BY MR. HALLETT:

8    Q.        Go ahead.

9    A.        Well, based on this memo, it looks

10 like a depiction of the steps that would have

11 been followed at the close of business on

12 December 21st, 2000, which would have followed

13 the flow of funds from Deerhurst Investors into

14 Mr. Sala's sub S company.

15   Q.         Okay.

16                    Now, looking at the first

17 parenthesis -- or the first numbered paragraph,

18 again, on Exhibit-223, it says, a cash transfer

19 from number 4256 to number 4209 of $8,084,301?

20   A.        8 million.

21   Q.        8 million, I'm sorry; $8,084,301

22 (37.6866 percent of the fund cash amount of

23 $21,451,407).

24   A.        Uh-huh.

25   Q.        What, if anything, does that mean to

1  **you?**

2                    MR. THOMAS:  Again, 21

3           million, Counsel.

4  BY MR. HALLETT:

5    **Q.**        **I'm sorry, $21 million.**

6                    **What, if anything, does that**

7  **mean to you?**

8    **A.**        **It means that --**

9                    MR. JANIK:  Foundation,

10          speculation.

11                   THE WITNESS:  Since he --

12          well, if I'm only looking at this, I

13          would conclude that there's a transfer

14          from the -- from Deerhurst Investors,

15          which was the G.P. of $8 million odd

16          dollars to his -- to Mr. Sala's sub S

17          company, and that would have occurred at

18          the close of business on the 21st.

19 BY MR. HALLETT:

20   **Q.**        **Okay.**

21                   **And if you -- if you then**

22 **compare that, do you see any -- do you see any**

23 **information on Exhibit-225 that you think relates**

24 **to this cash transfer -- purported cash transfer**

25 **you just referred to?**

1    A.        On 225?

2    Q.        I'm sorry, 226, the Refco statement

3  that's out in front of you.

4                    MR. JANIK:  Objection; calls

5         for speculation, foundation.

6                    THE WITNESS:  The transfer

7         of funds has 8,084,301, so it seems to --

8         seems to be a match except for $.66.

9  BY MR. HALLETT:

10   Q.        Okay.

11                   The two -- the transaction

12 purported to be reflected on 223 seems to match

13 with the transaction on 226, the first one at the

14 top of the -- or the first one at the top of the

15 page?

16   A.        Assuming -- yeah, the close of

17 business meaning on the 22nd then, right.

18   Q.        Okay.

19                   Now, what about -- let's go to

20 Number 2 on Exhibit-223 says, trade 69359, I take

21 it, that's Euro/US dollar?

22   A.        Yes.

23   Q.        With face amount of Euro 10,401,612

24 and US dollar of $9,423,860; do you see that?

25   A.        Yes.

1    Q.          And what, if anything, does that

2 mean do you?

3                          MR. JANIK:   Calls for

4          speculation.

5                          THE WITNESS:   It's referring

6          to a transaction number that looks like

7          it would have been a spot or a forward

8          trade of 10.4 million Euros.

9 BY MR. HALLETT:

10   Q.          Okay.

11                         And looking backup at the

12 introductory sentence of that paragraph, it says,

13 as of 12/21/00, the G.P.'s interest, do you know

14 who the G.P. was?

15   A.          That would have been investors.

16   Q.          Deerhurst Investors?

17   A.          Yes.

18   Q.          A general partnership?

19   A.          Yes.

20   Q.          You're familiar with that entity?

21   A.          I am.

22   Q.          Were transferred back to individual

23 S Corps for Solid this included, and I want to

24 relate that down to two, so what would that say

25 mean to you occurred?

1                        MR. JANIK:  Objection;

2           foundation and speculation.

3                        THE WITNESS:  I think it's

4           noted that that was the -- that is his

5           percentage of the trade.

6 BY MR. HALLETT:

7    Q.          Okay.

8    A.          **That would have been allocated to**

9 **his account.**

10   Q.          Okay.

11                   **To his account, to Solid**

12 **Currencies account?**

13   A.          **Yes; out of the G.P.**

14   Q.          Okay.

15                   **And do you see anything on**

16 **Exhibit-226 that might shed any further light or**

17 **have any relationship to this Euro trade that's**

18 **referenced in Subparagraph 2 on 223.**

19                        MR. JANIK:  Objection;

20           foundation, calls for speculation, calls

21           for expert testimony.

22                        THE WITNESS:  Yes.  Well,

23           there's -- the same number is noted at

24           sequence 358 -- was is 4525, so, it's the

25           same size of transaction, which is 10.4

Page 493

1          million Euros showing that it got -- it

2          was bought or, in this case, assigned

3          into the account on the 22nd.

4  BY MR. HALLETT:

5      Q.          Okay.

6                  And the last paragraph on

7  Exhibit-223, says, again, with the preface on

8  12/21, 2000, the G.P.'s interests were

9  transferred back to individual S Corps for

10 Solid.  This included, and it states trade number

11 69371, Euro/US dollar put option.

12                 What, if anything, does that

13 mean to you?

14                 MR. JANIK:  Form,

15         foundation, speculation.

16                 THE WITNESS:  Well, I would

17         have to look in the transaction reports

18         to find that number, but that's referring

19         to a Euro dollar put, which should have

20         also been assigned in per his memo.

21 BY MR. HALLETT:

22     Q.          Okay.  Let's see if we can shed any

23 further light on that.

24                 Would you take a look at

25 Exhibit-225?

1    **A.**        Yes.

2    **Q.**        And do you -- first of all, what

3 does Exhibit-225 appear to be to you?

4    **A.**        This refers to put options -- well,

5 it refers to options that are going to be

6 assigned on the 22nd or as of the close of

7 business on the 21st; and it refers to a variety

8 of different subaccounts, which are all going to

9 get a slice of an option, that had a 69 million

10 face of Euro dollars, face amount.

11                    MR. JANIK:  Objection;

12       speculation.

13 BY MR. HALLETT:

14    **Q.**        Excuse me, was one of the -- what

15 you characterized subaccounts that would get a

16 slice, the third one up from the bottom, Solid

17 Currencies, Inc.?

18    **A.**        Yes; and there's a reference account

19 number at Refco, which I'm not sure what that

20 refers to, I haven't checked.  But it does refer

21 to an amount of roughly 26 million Euros as being

22 the face amount of the option.

23    **Q.**        Okay.

24                    Now, what, if anything, do you

25 see on Exhibit-226, the Refco statement for Solid

Page 495

1 **Currencies that, in any way, relates or sheds any**

2 **further light on this?**

3             MR. JANIK:   Objection;

4        foundation, speculation.

5             THE WITNESS:   There is a

6        sequence number 3585296, which refers to

7        an option that has the same amount of

8        Euros in it, which is 26 million odd

9        Euros.

10            And, in fact, the -- on 225,

11       the memo shows the backup for this

12       option, which shows the details of the

13       option before it was broken down,

14       including the strike of 8870, which seems

15       to be the same as the strike that's noted

16       on the Exhibit-226.

17 BY MR. HALLETT:

18   **Q.        Actually, I notice up there, I'm**

19 **looking at 225, over in the right-hand column**

20 **under trader, it says, Andy; what, if anything,**

21 **does that mean?**

22   **A.        It means that I was the one that,**

23 **actually, did the original trade.**

24   **Q.        Okay.**

25   **A.        And it looks like it was 6:30 in the**

Page 496

1 morning when this was done.

2   Q.        Okay.

3             Now, looking at 227, you see

4 Exhibit-227?

5   A.        Yes.

6   Q.        And directing your attention to the

7 first block of information Over The Counter

8 Options Trades Done and Outstanding, and the

9 third list in going down; what, if anything, does

10 that indicate to you?

11   A.        Well, it has the same quantity of

12 Euros.  It says, that this accounts buying a Euro

13 put, 26 million Euros, a strike price of 8870,

14 expiration is 12/21 -- or it should be 12/20/01.

15                 MR. JANIK:  Are you looking

16        at Exhibit-227, Counsel?

17                 MR. HALLETT:  Yes.

18                 MR. JANIK:  All right.  The

19        United States has a continuing objection

20        to this document, we only have Page 3, as

21        noted at the top here, the entire exhibit

22        should be shown to the Deponent before he

23        has the opportunity to give any informed

24        answer to any of your questions.

25 BY MR. HALLETT:

1   Q.        Okay.  You can continue.

2   A.        So, looking at Exhibit-227, it has

3  the same parameters for the option that's noted

4  on 225 and on 226.

5   Q.        Okay.

6             And do you see over there in

7  the column premium?

8   A.        Yes.

9   Q.        And what's the amount that shows up?

10  A.        The 915,342 -- or do you mean all

11 the way in the right where it has zero dollars?

12  Q.        No, no, that's the one I'm looking

13 at; 915,342?

14  A.        Yes.

15  Q.        And what would that indicate to you?

16  A.        That would indicate the -- that

17 would indicate the value of the option.

18  Q.        Okay.

19             And this Exhibit-227 that we've

20 been talking about indicates, up in the top, the

21 customer's name is Deerhurst Investors G.P.?

22  A.        Okay.

23  Q.        Do you see that?

24  A.        Yes.

25  Q.        So, what would -- who would -- what,

1 **if any, conclusion would you draw from that**

2 **designation and the other information as to what**

3 **entity acquired that put option?**

4                    MR. JANIK:  Objection;

5          foundation, form, speculation and calls

6          for expert opinion.

7                    THE WITNESS:  One would

8          conclude that if the report's accurate,

9          that this account with a customer name of

10         Deerhurst Investors purchased this option

11         on the 20th -- on the 21st of December

12         or, at least, owns it on the 21st of

13         December.

14 BY MR. HALLETT:

15   **Q.**        **Okay.**

16                **And going over to Exhibit-226,**

17 **do you see the same number 915,342 on Exhibit-226**

18 **that appears on Exhibit-227.**

19                    MR. JANIK:  Foundation.

20                    THE WITNESS:  Yes.

21 BY MR. HALLETT:

22   **Q.**        **And what, if anything, does that**

23 **indicate to you?**

24                    MR. JANIK:  Calls for

25         speculation.

Page 499

1                      THE WITNESS:  Well, it's

2          not -- it's not a -- the normal sort of

3          number that one wound find floating

4          around, so someone would think that there

5          is a relationship between those two

6          numbers, and it's probably the same

7          option that it's describing.

8  BY MR. HALLETT:

9     Q.        Okay.

10                   Now, back to at 227, looking

11 down in the -- the block open positions and I'm

12 looking for -- I'm looking at the fourth line up

13 from the bottom; do you see the figure

14 9,423,860,47; I'm on Exhibit-227.

15    A.        227?

16    Q.        Yes.

17    A.        Fourth line up from the bottom,

18 Singapore dollars.

19    Q.        Pardon me?

20    A.        Under open positions you said?

21    Q.        Under -- yeah, the next to the last

22 block, see the number 9,423,860.47?

23    A.        Yes, I do.

24    Q.        And, again, referencing what

25 purports to be the customer named Deerhurst

1 Investors G.P., what would the information

2 surrounding that 9,423,860.47 on Exhibit-227

3 indicate to you?

4    A.         That there's a position of 10.4

5 million Euros, that it's long at a rate of --

6 initially, at a rate of 90 -- I guess, 90/60.

7    Q.         Okay.

8               And rounding out the matter, do

9 you see over on Exhibit-226, the number -- the

10 number 9,423,860.47?

11   A.         Yes, I do.

12   Q.         And is that the same number that

13 appears over on Exhibit-227?

14   A.         Yes, it is.

15   Q.         Okay.

16              And what, if any, conclusion

17 can you draw from the fact that the same number

18 appears on 226 and on 227?

19              MR. JANIK:  Objection;

20     speculation.

21              THE WITNESS:  That they

22     refer to the same position.

23 BY MR. HALLETT:

24   Q.         Okay.

25              And, finally, if we go to

1 Exhibit-224, and I'm looking again at the same

2 item in a different report here, the third line

3 up from the bottom states, Deerhurst Investors

4 G.P., and you have information and then you have

5 an US dollar equivalent of 9,423,860.47; do you

6 see that?

7     A.          Yes.

8     Q.          And what do you see opposite the

9 column opposite 9,423,860.47?

10     A.          It refers to Solid Currencies.

11     Q.          Okay.

12                 And what do you see up at the

13 top of that column that states Solid Currencies?

14     A.          It says, assigned to S Corp on the

15 22nd of December.

16     Q.          And what, if any, conclusion would

17 you draw from that information?

18     A.          That this was a position that was

19 assigned to the S Corp on the 22nd of December.

20     Q.          Okay.

21                 And I'm sorry if I already

22 asked you that, sometimes we repeat things.  If

23 we go back to 225, which I do think we talked

24 about, do you see -- I'm going to the Euro dollar

25 face amount of $26,430,000?

1    **A.**          **Of Euros, yeah.**

2    **Q.**          **Of Euros, I'm sorry, with respect to**

3 **Solid Currencies, and then you find a column over**

4 **the right assigned to?**

5    **A.**          **Yes.**

6    **Q.**          **Assigned from and assigned to, and**

7 **what, if any, conclusions do you draw from that?**

8                    MR. JANIK:  Objection;

9           speculation, form, foundation.

10                    THE WITNESS:  Well, it says

11          that this position was assigned from one

12          account number 4256 to account number

13          4209.

14 BY MR. HALLETT:

15   **Q.**          **Okay.**

16                    **So, just looking at that, you**

17 **would conclude that it was assigned from the**

18 **partnership to Solid Currencies?**

19                    MR. JANIK:  Speculation,

20          foundation.

21                    THE WITNESS:  Based on

22          the -- based on the numbers that are

23          describing -- that are noting which

24          account is which, yes.

25 BY MR. HALLETT:

1 **trades?**

2                MR. JANIK:  Form,

3       foundation, speculation.

4                THE WITNESS:  Well, there

5       were -- the primary purpose was to try to

6       generate positive investment returns.

7       There were -- there was additional

8       subpurposes, which were to, Number 1,

9       make our life a bit easier by not having

10      as many individual accounts as we

11      originally had; we also had the provision

12      of limited liability protection for the

13      investors by being in a partnership, so

14      that in the event that some cataclysmic

15      event occurred in the world, there

16      couldn't be an open call on their

17      personal balance sheets.

18 BY MR. HALLETT:

19   Q.      Okay.

20           Now, was there any -- let's

21 **focussing on what the first thing you said there**

22 **was there -- and I'm focussing now upon the**

23 **reason, if any, for the existence of the**

24 **partnership versus individual trading, for**

25 **example, solid trading through his S Corporation**

1 or individual's trading trading them

2 individually, the reason for the partnership; did

3 you see any -- from your perspective, from

4 Deerhurst perspective, any impact upon cost

5 savings of the trades being connected through a

6 partnership?

7    A.        Well, there were roughly cost

8 savings for our firm.

9    Q.        And why?

10    A.        Because whether you're processing

11 and analyzing the transactions on the back office

12 side, for example, for one account whether it's

13 $30 million or four hundred or $500,000, it's the

14 same amount of work.  So, there's a tremendous

15 economies of scale here by consolidating a lot of

16 investors into one account.

17    Q.        Okay.

18              Now, do you have any

19 recollection as to whether or not you understood

20 that on or before December 31st, 2000, all of the

21 positions of Deerhurst Investors and the

22 individuals with an interest therein would be

23 liquidated and, thereafter, the money would be

24 put into Deerhurst strategies.

25              MR. JANIK:  Form,