# EXHIBIT 12

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

------------------------------------------------X

CARLOS E. SALA and ZANOLINI SALA,

        Plaintiffs,

        Civil Action No: 05-cv-00636
                         LTB-PAC

vs

UNITED STATES OF AMERICA,

        Defendant.

------------------------------------------------X

DEPOSITION

OF

MICHAEL SCHWARTZ

NEW YORK, NEW YORK

JUNE 28, 2006

9:50 A.M.

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203-4725
(800) 288-3376

REPORTED BY: Nancy Anne Flynn, RPR
FILE NO.: A005571

1                    Michael Schwartz

2  including Deerhurst Trading changing, altering its

3  investment philosophy slightly, the movement into the

4  Lone Star investment program, there still just wasn't

5  a profitability.  So ultimately, it was an economic        11:11

6  decision to leave the program.

7          Q     Okay.  I asked you, I believe earlier,

8  whether after 1997 you had any participation with

9  principals or employees of KPMG with respect to

10 investment or techs -- programs.  Specifically with        11:11

11 respect to Mr. Sala's participation in the Deerhurst

12 investment program that commenced in October of 2000,

13 according to your testimony through sometime in 2003,

14 did you -- strike that.

15              Let's say that during 2000, prior to          11:12

16 the end of 2000, did you -- did you have any

17 discussions with any principals or employees of KPMG

18 regarding the structuring or implementation of the

19 program?

20         A     The only person I would have had --          11:12

21         Q     Excuse me.  That would be a "yes" or

22 "no".  If you can, "yes" or "no", that's all right.

23         A     I am not sure of the time frame.

24         Q     Okay.  Go ahead and you can answer.

25 Did you at any time ever have any discussions with         11:12

Page 69

```
 1                    Michael Schwartz
 2  anyone associated with KPMG relative to Mr. Sala's
 3  investment in the Deerhurst program?
 4         A     Yes.
 5         Q     And with whom did those discussions          11:12
 6  take place?
 7         A     Tracy Henderson.
 8         Q     And what was your understanding of
 9  Ms. Henderson's role with respect to Mr. Sala?
10         A     She was preparing his individual tax        11:13
11  return.
12         Q     And what do you recall of your
13  conversations with Ms. Henderson?
14         A     That she had questions about the
15  structuring of the transaction, just basically,          11:13
16  information necessary in order to prepare Mr. Sala's
17  tax return.
18         Q     When you testified of your
19  investigation of the Deerhurst program and your
20  evaluation of the proposed tax benefits associated       11:13
21  with the program, did you have any discussions with
22  any KPMG principals or employees concerning that
23  matter?
24         A     No.
25         Q     Did you make any -- did you take            11:13
```

Page 193

Michael Schwartz

2  Q    And Mr. Sala was, was he charged a
3  management fee of 1 percent on his notional value?
4  A    Yes.
5  Q    That was different from what the other                15:58
6  individuals were charged?
7  A    Yes.
8  Q    Some were also charged 1 percent along
9  with Mr. Sala?
10 A    Tony also.                                             15:58
11 Q    Any other of Mr. Nemirow's client?
12 A    I don't believe so.
13 Q    Do you know how that came about that
14 Mr. Sala and Mr. White were treated differently?
15 A    Because Mr. Sala demanded it, and                      15:59
16 while we were not pleased with that demand, the fact
17 that he conceded a 30 percent profit incentive fee,
18 we thought it was worthwhile to do the transaction on
19 that basis.
20 Q    He gave up some of his future profits                  15:59
21 to you?
22 A    Yes.
23 Q    In exchange for a lower monthly fee
24 over five years?
25 A    Yes, his thought process being that if                 15:59

Page 194

1                Michael Schwartz

2 he's making money he's happy to share; and if he's

3 not making money he doesn't want to pay a big fee.

4        Q     He told you his thought process?

5        A     Yes.                                         15:59

6        Q     Are you using his words?

7        A     As near as I can recall.

8        Q     And when did he tell you this, was it

9 in person or over the phone.

10       A     It was over the phone.                       15:59

11       Q     And who else was on the phone call?

12       A     He and I.

13       Q     When was it?

14       A     I believe it was in November of 2000.

15       Q     Are you sure?                                15:59

16       A     I believe so.

17       Q     All right.  So the management fee

18 would have been based upon the notional investment?

19       A     Yes.

20       Q     The notional investment is a million         16:00

21 dollars?

22       A     It is.

23       Q     And is it fair to say that through

24 this test period everybody committed to pay either

25 1 percent management fee and 30 percent incentive fee    16:00