# NO

# EXHIBIT 13