# EXHIBIT 14

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

------------------------------x

CARLOS E. SALA and                :

TINA ZANOLINI SALA,               :

05-cv-00636-LTB-PAC,              :

       Plaintiffs,               :   05-cv-00636-LTB-PAC

vs.                               :

UNITED STATES OF AMERICA,         :

       Defendants.               :

------------------------------x

DEPOSITION OF TIMOTHY GILLIS

Washington, D.C.

October 23, 2006

ATKINSON-BAKER, INC.

COURT REPORTERS

1-800-288-3376

www.depo.com

REPORTED BY: GERCHA RICHARDS WHITE

FILE NUMBER: A009153

1 introducing Carlos to Tracie in Dallas.  The

2 reference on the -- on the calendar appears to

3 confirm that.

4    Q. Was this meeting in person or via -- this

5 introduction meeting, was it in person or via phone?

6    A. It was in person.

7    Q. Who was at that meeting?

8    A. As best I can recall, it was Tracie, Carlos

9 and me.

10    Q. And where was this meeting?

11    A. In Dallas and I believe our offices were at

12 the Crescent Court.

13    Q. So the KPMG offices in Dallas?

14    A. Our offices are no longer there.  So I'm

15 not sure if it's the Crescent Court, but I'm pretty

16 sure that the Crescent Court was the plaza in which

17 our offices were located in.

18    Q. Okay. How long did the meeting last?

19    A. I don't recall.

20    Q. Did Tracie come to Dallas just for the

21 meeting?

Page 44

1    A.   I don't know.

2    Q.   Do you remember what was discussed at the
3 meeting?

4    A.   I don't recall.

5    Q.   Do you recall introducing Tracie to Carlos?

6    A.   Yes.

7    Q.   Do you remember any specifics about that
8 introduction?

9    A.   I don't recall.

10   Q.   Do you remember discussing ABACUS in the
11 potential for a change of control in that meeting?

12   A.   It's possible, but I don't recall.

13   Q.   Okay.  Back to exhibit, if you'll take a
14 look.  In the second paragraph references a 280-G
15 question.  Do you recall what those questions were?

16   A.   I don't recall.

17   Q.   Do you have any understanding as to what
18 that means?

19   A.   I have not looked back at code section
20 280-G, but I believe that's maybe parachute
21 payments.

1      Q.   Do you have any recollection of discussing
2 parachute payments with Mr. Sala?
3      A.   I do not.
4      Q.   Beyond even just that meeting, you have no
5 recollection --
6      A.   It's not my area of expertise.  I don't
7 know.
8      Q.   Would it be an area of expertise for
9 Tracie?  Do you know?
10     A.   I don't know.
11     Q.   How about in the third paragraph here, it
12 starts:  I was on a conference call today, about the
13 option strategy?  Do you know what that means?
14     A.   I do not know.
15     Q.   You do not recall any discussions with
16 Mr. Sala regarding an options strategy?
17     A.   I don't recall what was discussed from the
18 meeting.  I -- and to be fair, it's outside my area
19 of expertise.  So I don't know -- I wouldn't
20 remember.  I mean I wouldn't be able to articulate
21 anything meaningful on that topic.

1    Q.  Would it have been within Tracie
2  Henderson's expertise, an option strategy within --
3         (Telephonic interruption.)
4         (Discussion held off the record.)
5         BY MS. MATCHISON:
6    Q.  Would it have been within Tracie
7  Henderson's expertise, an option strategy?
8    A.  Apparently, based on the e-mail; but I
9  don't know for sure what her exact level of
10 expertise on that was or not.  I don't know if
11 that -- I mean she indicates being on a conference
12 call, so I don't know if there were others that were
13 more position, better position to advise on that or
14 not.
15   Q.  Do you have any recollection as to who at
16 this meeting brought up the use of an option
17 strategy?
18   A.  I don't recall.
19   Q.  And, I'm sorry, I think you said that
20 you've -- do you recall ever speaking with Mr. Sala
21 regarding an option strategy at any point, even

1 beyond this meeting?

2    A.  As I mentioned before, it's outside my area
3 of expertise.  I don't recall.

4    Q.  In the same paragraph, there's a reference
5 to investigation regarding the use of a note.

6    Do you have an understanding as to what
7 that means?

8    A.  I don't -- I don't have any knowledge of
9 what that would be about.

10    Q.  Do you have any recollection at this
11 meeting, foreign currency options were discussed?

12    A.  I have no recollection of that.

13    Q.  In that same paragraph, there's a reference
14 to knowing something before February.

15    Did you have an understanding as to what
16 that meant?

17    A.  I don't know.

18    Q.  Do you know of any significance of February
19 in 2000, in regards to Mr. Sala?

20    A.  I don't know.

21    Q.  That same paragraph also references that

1 those -- there are several issues to be worked out
2 before February.
3          Do you have any recollection as to what
4 those issues were?
5     A.  I do not.
6     Q.  In the following paragraph, it starts
7 regarding OPIS.  It says, Were you able to talk to
8 your colleague to gauge his level of interest?
9          Do you have an understanding as to who the
10 colleague refers to?
11    A.  I don't know.  But it could be -- since
12 Tony White was mentioned earlier, it could be Tony.
13 I don't know though.
14    Q.  This reference to OPIS, do you recall
15 discussions about OPIS at this meeting?
16    A.  I don't recall.  But again, it was anything
17 in this area is outside of what my area of expertise
18 is, so I don't recall what that would have been
19 about.
20    Q.  Would OPIS have been a part of Tracie
21 Henderson's expertise?