# EXHIBIT 16

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CARLOS E. SALA AND )
TINA ZANOLINI SALA, )
 )
       Plaintiffs, )
 )
       -vs- ) CIVIL ACTION NO.:
 ) 05-CV-00636-LTB-PAC
UNITED STATES OF AMERICA, )
 )
       Defendants. )

DEPOSITION OF

KEVIN BRADY

ATLANTA, GEORGIA

WEDNESDAY, SEPTEMBER 27, 2006

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203
(818)551-7300

REPORTED BY:  LINDA K. JACKSON, CCR NO.: B-995

FILE NO.: A00842C

1        And so we spoke pretty often.

2  BY MS. MATCHISON:

3        Q    Once a week?

4        A    That would be too much.

5        Q    Once a month?

6        A    Once every two months would be a nice
7  estimate.  Which is quite a bit.

8        Q    Have you ever heard of Deerhurst?

9        A    Yes.

10       Q    In what regard?

11       A    I believe they are Carlos' investment
12  advisors.

13       Q    And from whom did you hear that?

14       A    I would have known that from doing his tax
15  work.  So I would have known that from Carlos himself.

16       Q    Do you know if Mr. Sala had any other
17  advisors?

18       A    He had other investment advisors but I think
19  Morgan Stanley, someone at Morgan Stanley.  And someone
20  at Goldman Sachs.

21       Q    Returning to Deerhurst, it is your
22  understanding it was Carlos' investment advisors?

23       A    Yes.

24       Q    And what do you know about the investment
25  Mr. Sala made with Deerhurst?

1	A	He would have made an investment into a
2 couple of partnerships or LLCs. I say a couple, I'm
3 not sure if it was more than one. But we got a Form
4 K-1 from an investment. But I believe Deerhurst would
5 have put Carlos in.
6	Q	Do you know any of the details of his
7 investment with Deerhurst?
8	A	No. I do not.
9	Q	Do you know when Mr. Sala invested with
10 Deerhurst, what year?
11	A	I don't know for sure. I assume it would
12 have been 2000.
13	Q	Did you have an understanding of whether or
14 not the investment in Deerhurst would provide Mr. Sala
15 with a tax loss in 2000?
16	A	I certainly recall that there was a tax loss
17 in 2000, yes.
18	Q	Was Mr. Sala looking for a tax loss in 2000,
19 to your knowledge?
20	A	To my knowledge, I do not know. To my
21 knowledge.
22	Q	Do you know how that tax loss was created?
23	A	No. I do not. It was reported on Form K-1.
24	Q	Have you ever spoken with a Michael Schwartz?
25		MR. HALLETT: Schwartz?