# EXHIBIT 17

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CARLOS E. SALA AND )
TINA ZANOLINI SALA, )
                            )
        Plaintiffs, )
                            )
        -vs- ) CIVIL ACTION NO.:
                            ) 05-CV-00636-LTB-PAC
UNITED STATES OF AMERICA, )
                            )
        Defendants. )

DEPOSITION OF

ANGIE NAPIER

ATLANTA, GEORGIA

TUESDAY, SEPTEMBER 26, 2006

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California  91203
(818)551-7300

REPORTED BY:   LINDA K. JACKSON, CCR NO.: B-995

FILE NO.:  A00842B

Page 158

1        MR. JANIK:  Objection.  Calls for
2     speculation.
3        THE WITNESS:  The statement that I saw, a
4     supplement to Schedule A, appeared to have these
5     deductions or similar numbers.
6        MR. HALLETT:  Just give me a couple of
7     minutes.
8                (Pause in proceedings.)
9  BY MR. HALLETT:
10     Q    I believe you testified that -- I don't want
11 to put words in your mouth so you just tell me if it is
12 wrong.  But counsel asked you if you were familiar with
13 the term 'Deerhurst'.  And I think you said you have
14 heard of that term?
15     A    Uh-huh.
16     Q    What does Deerhurst mean to you?
17     A    I just recall hearing it in regards to a
18 preparation of the tax return.
19     Q    Do you recall seeing any documents to
20 indicate at all that KPMG was involved in the promotion
21 of Deerhurst?
22        MR. JANIK:  Calls for speculation.
23     Objection.
24        THE WITNESS:  No.
25 ////

1  BY MR. HALLETT:

2    Q    Did you ever go to any meetings or have any

3  discussions with any individuals regarding a proposed

4  Deerhurst transaction?

5        MR. JANIK:  Objection.  Form.  Foundation.

6    Calls for speculation.

7        THE WITNESS:  No.

8        MR. HALLETT:  I have nothing further.

9        MR. FELDMAN:  Before you go, she needs

10    to -- she needs to elaborate on the answer to one

11    question that counsel for the government had asked

12    earlier.

13        THE WITNESS:  Right.

14        MR. JANIK:  Go ahead.

15        THE WITNESS:  I believe you asked if I knew

16    what Tracie Henderson was doing.  I'm not sure if

17    that's the exact question.

18                Further Examination

19  BY MR. JANIK:

20    Q    Are you talking about the current time

21  period?

22    A    Yes.

23    Q    Go ahead.

24    A    I am aware that she is working in a

25  partnership with Kevin Brady.