# EXHIBIT 19

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

------------------------------------------------X

CARLOS E. SALA and
TINA ZANOLINI SALA,

       Plaintiffs,

              Case No: 05-cv-00636-LTB-OES

vs

UNITED STATES OF AMERICA,

       Defendant.

------------------------------------------------X

VIDEO DEPOSITION

OF

MARTIN A. WHITE

NEW YORK, NEW YORK

AUGUST 30, 2006

10:04 A.M.

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203-4725
(800) 288-3376

REPORTED BY: Nancy Anne Flynn, RPR
FILE NO.: A006FF4

Page 122

1              Martin A. White

| | | | |
|---|---|---|---|
| 2 | A | I don't recall. | 14:24:50 |
| 3 | Q | Do you know if you or any of your S corps, Wired or Umbrella Currencies, were general partners in Deerhurst Investors General Partnership? | 14:24:52 14:24:56 14:24:58 |
| 6 | A | I don't recall. | 14:25:04 |
| 7 | Q | If I told you that only one of your S corps became a partner in the partnership, but not the other, were you aware of that? | 14:25:12 14:25:14 14:25:18 |
| 10 | A | That does sound familiar. | 14:25:23 |
| 11 | Q | Familiar, or you think that's accurate? | 14:25:28 14:25:30 |
| 13 | A | I believe that's accurate. | 14:25:32 |
| 14 | Q | Do you know why one of your S corps was in the partnership and the other was not? | 14:25:36 14:25:38 |
| 16 | A | Simply, it was the way that Mike Schwartz structured it. | 14:25:44 14:25:46 |
| 18 | Q | Okay. Did you set up one S corp in order to obtain the ordinary losses and another S corp to obtain the capital losses? | 14:25:51 14:25:56 14:26:00 |
| 21 | A | I believe that that's correct. | 14:26:08 |
| 22 | Q | In 2000, the year 2000, were you aware that Mr. Carlos Sala was traveling in the United States, traveling about looking for a transaction to participate in? | 14:26:14 14:26:20 14:26:26 14:26:26 |

Page 123

1              Martin A. White

2         MR. HALLETT: Objection. Assumes         14:26:26
3    facts not in evidence. Leading. No           14:26:26
4    foundation.                                  14:26:26
5    Q    Are you aware in 2000 -- was Mr. Sala   14:26:27
6    to the best of your knowledge, looking for a vehicle 14:26:27
7    to -- let me finish that -- to place funds? 14:26:43
8    A    If I could ask for clarification?      14:26:56
9    Q    Sure.                                  14:27:00
10   A    You say for tax purposes or an         14:27:01
11   investment?                                 14:27:07
12   Q    I wasn't limiting it to tax.           14:27:09
13   A    Oh, absolutely, because I was with him 14:27:14
14   a lot of the time.                          14:27:16
15   Q    Okay. Can you tell me about what you   14:27:18
16   and Mr. Sala did in 2000 in looking for a   14:27:20
17   transaction?                                14:27:24
18   A    And let me clarify.                    14:27:25
19   Q    Okay.                                  14:27:28
20   A    When I talk about -- I'm talking about 14:27:31
21   investment opportunities.                   14:27:38
22   Q    Okay.                                  14:27:38
23   A    As I testified earlier, I did not look 14:27:39
24   at any tax situation other than the Deerhurst one and 14:27:47
25   the one at Tracy Henderson's behalf. So all other 14:27:57

1              Martin A. White

2    meetings whether they were in person or on the          14:28:05

3    telephone or whether it was materials that were         14:28:08

4    received in the mail, whatever, would, maybe they had   14:28:11

5    potential tax consequences, but I was unaware of        14:28:16

6    them, and just purely looking at investment             14:28:23

7    opportunities and ways of diversifying our              14:28:29

8    portfolios.                                             14:28:32

9         Q    And is there any such opportunities           14:28:33

10   that you're aware that Mr. Sala traveled to             14:28:36

11   investigate or you traveled to investigate, other       14:28:39

12   than Deerhurst?                                         14:28:45

13        A    Again, you are asking about tax               14:28:47

14   advantage?                                              14:28:47

15        Q    No, I'm following up on your comments.        14:28:47

16        A    Yes.                                          14:28:53

17        Q    Okay.  Where, tell me about those.            14:28:53

18        A    Well, it would depend on where the            14:28:56

19   companies were, and we would go, we would have          14:29:01

20   meetings or we would have conference calls.             14:29:09

21   Sometimes if we received materials, we would review     14:29:11

22   them separately and then we would talk to each other    14:29:16

23   on the phone.                                           14:29:19

24        Q    Did you travel in 2000 to look at any         14:29:20

25   investment opportunities?                               14:29:22

```
                                                          Page 125
 1                    Martin A. White
 2          A    I'm sure we did.                         14:29:24
 3          Q    Can you name them, other than            14:29:26
 4  Deerhurst?                                            14:29:28
 5          A    I don't recall specifically.             14:29:48
 6          Q    But you do recall traveling with Mr.     14:29:50
 7  Sala --                                               14:29:53
 8          A    Yes.                                     14:29:53
 9          Q    -- and looking at investment             14:29:53
10  opportunities?                                        14:29:56
11          A    Yes.                                     14:29:58
12          Q    And other than Deerhurst in 2000?        14:29:58
13          A    Yes.                                     14:29:59
14          Q    Okay.  How -- what is Umbrella           14:30:03
15  Currencies?  What does that mean, Umbrella, did you   14:30:03
16  come up with that name or did Mr. Schwartz?  Well,    14:30:03
17  let me make it one question.                          14:30:13
18               Did you come up with the name Umbrella  14:30:14
19  Currencies?                                           14:30:18
20          A    No.                                      14:30:18
21          Q    Did you come up with the name of Wired  14:30:18
22  Currencies?  My guess was that Wired Currencies is    14:30:18
23  the "W" and your last name is White?  Is that right   14:30:21
24  or do you know?                                       14:30:24
25          A    I don't know.                            14:30:25
```