IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and <br> TINA ZANOLINI SALA, <br> <br> Plaintiffs, <br> <br> v. <br> <br> UNITED STATES OF AMERICA <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil No. 05-cv-00636-LTB-OES <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER TO RESET THE FINAL PRETRIAL CONFERENCE HEARING DATE

The Plaintiffs, Carlos and Tina Sala, and the Defendant, the United States of America, by and through their respective and undersigned counsel, jointly move this Court for an Order modifying the Scheduling Order (Docket No. 27) entered on October 24, 2005 as modified by the Court's Orders of September 5, 2006 (Docket No. 99), November 6, 2006 (Docket No. 105), and January 11, 2007 (Docket No. 112) to reset the final pretrial conference hearing date currently scheduled for March 6, 2007.  The parties request that this hearing be reset by at least 45 days and also that the submission of the proposed final pretrial order be likewise reset.  The granting of this motion will not delay the trial of this case presently scheduled for July 9, 2007 (Docket Nos. 27 and 37).  In further support of this Joint Motion, the parties state as follows:

1. Andrew Krieger is a currency trader and a participant in the transaction that is at issue in this case.  On October 26 and 27, 2006, Mr. Krieger was deposed by the United States as

a fact witness.  On December 13, 2006, Plaintiffs designated Mr. Krieger as someone who will render expert testimony, but who had not been retained or specially employed by them.  Fed. R. Civ. P. 26(a)(2)(B).  The United States notified Plaintiff that it intended to depose Mr. Krieger with respect to any expert opinions he may offer.  Plaintiffs have agreed to provide Mr. Krieger for such deposition.  However, because of Mr. Krieger's schedule and the schedules of counsel, the parties have been unable to schedule Mr Krieger's deposition before the date currently set for the final pretrial conference.

2.   Mr. Krieger is currently set for deposition on March 27, 2007.

3.    Moreover, in July 2006, in a joint collaboration, a subpoena was issued to Refco Capital Markets, Ltd. ("Refco") requesting financial and other information about maintained brokerage accounts with Refco.  On February 9, 2007, at the request of Refco, this Court issued a protective order with respect to information obtained in connection with that subpoena.   To date, Refco has not produced any information.  Refco has explained that its ability to locate records has been impacted by its having sought protection of the bankruptcy court.  A deposition of Refco can proceed expeditiously after the documents are made available for inspection.

4.   Because the information and documents requested from Refco have not yet been received or reviewed by the parties, and because the Krieger deposition will not take place until the end of March, the parties wish to have the final pretrial conference hearing after discovery has been completed as contemplated by the practice of this Court.

WHEREFORE the parties respectfully request that the Court's Scheduling Order be modified to reset the final pretrial conference date to a date at least 45 days beyond the currently scheduled date of March 6, 2007, and also reset the date for the submission of the proposed final

pretrial order accordingly.

|  |  |
|---|---|
|  | TROY A. EID<br>United States Attorney |
|  |  |
|  | MARK S. PESTAL<br>Assistant United States Attorney |
| CHICOINE & HALLETT, P.S. |  |
|  |  |
| s/ John Colvin | s/ Amy Matchison |
| DARRELL HALLETT | DAVID N. GEIER |
| JOHN COLVIN | ANTON L. JANIK, JR. CO#35164 |
| Chicoine & Hallett, P.S. | AMY MATCHISON |
| Attorneys for the Plaintiffs | Trial Attorneys, Tax Division |
| 1011 Western Ave., Suite 803 | U.S. Department of Justice |
| Seattle, WA 98104 | P.O. Box 683 |
| Telephone: (206) 223-0800 | Washington, D.C. 20044-0683 |
| Facsimile:  (206) 467-8170 | Telephone: (202) 307-6531 |
| Email: dhallett@chicoine-hallett.com | Facsimile:   (202) 307-0054 |
|         jcolvin@chicoine-hallett.com | Email: david.n.geier@usdoj.gov |
|  |         anton.l.janik@usdoj.gov |
|  |         amy.t.matchison@usdoj.gov |
|  |  |
|  | Judiciary Center Building |
|  | 555 Fourth Street, N.W. |
|  | Washington, D.C. 20001 |

2265549.1