IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00636-LTB-PAC

CARLOS E. SALA, and
TINA ZANOLINI SALA,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

_____

### MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    IT IS HEREBY **ORDERED** that the Joint Motion to Modify the Scheduling Order to Reset the Final Pretrial Conference Hearing Date [filed February 27, 2007; Doc. No. 130] is **GRANTED** as follows:

    The Final Pretrial Conference set for March 6, 2007 is *vacated and reset* to **April 24, 2007 at 9:00 a.m.**, Courtroom A501.  The proposed Pretrial Order is due on or before **April 18, 2007.**

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  February 28, 2007