IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLORADO

| | | |
|---|---|---|
| CARLOS E. SALA and <br> TINA ZANOLINI SALA, <br>            Plaintiffs, <br> v. <br> UNITED STATES OF AMERICA <br>            Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Civil No. 05-cv-00636-LTB-PAC |

UNITED STATES' MOTION FOR RELIEF UNDER FED. R. CIV. P. 56(F) WITH RESPECT TO PLAINTIFFS' SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DEFENDANT'S OFFSET DEFENSE

Defendant, the United States of America ("United States") respectfully moves for relief under FED. R. CIV. P. 56(f) with respect to plaintiffs' second motion for partial summary judgment re: defendant's offset defense served February 5, 2007 (Docket No. 114). Specifically, defendant requests that the Court postpone adjudication of plaintiffs' motion until after the United States has had the opportunity to procure the sworn testimony of Tracie Henderson or grant such other relief as necessary to provide defendant with an adequate opportunity to respond. A declaration of David N. Geier is offered in support of this motion.

The undersigned certifies that pursuant to D.C.COLO.LCivR7.1(a), counsel for the United States attempted in good faith to reach an agreement with plaintiffs as to the matters raised in this motion, but was unable to do so.

        TROY A. EID
        United States Attorney

        MARK S. PESTAL
        Assistant United States Attorney

        s/ David N. Geier
        DAVID N. GEIER
        ANTON L. JANIK, JR.  CO#35164
        AMY MATCHISON
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C. 20044-0683
        Telephone:   (202) 616-3448
                            (202) 305-2558
                            (202) 307-6531
        Facsimile:    (202) 307-0054
        Email:David.N.Geier@usdoj.gov

Street Address:        Judiciary Center Building
                              555 Fourth Street, N.W.
                              Washington, D.C. 20001

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 12, 2007, I electronically filed the foregoing UNITED STATES' MOTION FOR RELIEF UNDER FED. R. CIV. P. 56(F) WITH RESPECT TO PLAINTIFFS' SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DEFENDANT'S OFFSET DEFENSE with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com

jcolvin@chicoine-hallett.com

and I hereby certify that I have mailed or served the document to the following non CM/ECF participants in the manner (mail, hand delivery, etc.)  indicated by the non-participants name:

Internal Revenue Service
Office of Associate Area Counsel
701 Market Street, Suite 2200
Philadelphia, PA 19106
(Mail)

s/ David N. Geier
David N. Geier
Attorney for Defendant
United States of America
Trial Attorney, Tax Division
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, D.C. 20044-0683
Telephone:     (202) 307-6531
Facsimile:     (202) 307-0054

Street Address:           Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20001