**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00636-LTB-PAC

CARLOS E. SALA, and
TINA ZANOLINI SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Defendant has filed a Motion for Relief Under Fed. R. Civ. P. 56(F) with Respect to Plaintiffs' Second Motion for Partial Summary Judgment re: Defendant's Offset Defense (Doc 136 - filed March 12, 2007).  Plaintiffs' have **up to and including April 6, 2007** to file a response.  Defendant has **up to and including April 16, 2007** to file a reply.

Dated:  March 16, 2007
_____