# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-00636-PAC

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

       Plaintiffs,

v.

UNITED STATES OF AMERICA,

       Defendant.

## DECLARATION OF JOHN M. COLVIN

I, John M. Colvin, declare and state the following under penalty of perjury:

1.     I am one of the attorneys representing Plaintiffs in the above-captioned matter. I am over 18 years of age and competent to make this Declaration and do so from personal knowledge.

2.     Plaintiffs' counsel and the government sought the testimony of Tracie Henderson ("Henderson") several months ago while the discovery period was open. Henderson's counsel stated that his client would assert her Fifth Amendment rights with respect to all substantive questions. It was decided that we would not pursue Henderson's testimony in light of her counsel's representation.

DECLARATION OF JOHN M. COLVIN - 1

3. After receipt of the government current Motion for Relief under Fed.R.Civ.P. 56(f), I contacted Henderson's counsel to see if Henderson had changed her mind or would be willing to testify to questions that were limited in scope. Henderson's counsel reaffirmed her intent to assert her Fifth Amendment rights, based on the advice of counsel and was not willing to testify even as to a limited scope.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 6th day of April, 2007.

s/ John M. Colvin
_____
John M. Colvin

DECLARATION OF JOHN M. COLVIN - 2