# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Gudrun J. Rice

**Civil Action No.: 05-cv-00636-LTB-PAC**          **FTR** - Reporter Deck - Courtroom A-501
**Date:   April 12, 2007**                                        Courtroom Deputy, Ellen E. Miller

___

CARLOS E. SALA, and                               John M. Colvin     (by telephone)
TINA ZANOLINI-SALA,                               Cori Flanders      (by telephone)
    **Plaintiff(s),**
v.

UNITED STATES OF AMERICA,                         David N. Geier     (by telephone)
                                                  Anton L. Janik, Jr.   (by telephone)
                                                  Amy T. Matchison      (by telephone)
    **Defendant(s).**

___

## COURTROOM MINUTES / MINUTE ORDER
___

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:**     11:37 a.m.
Court calls case.   Telephonic appearance of counsel.
The parties have contacted the Court regarding various pretrial issues.

It is noted   a Trial Preparation Conference is set before Chief Judge Lewis T. Babcock June 12, 2007, with Trial set July 09, 2007.

Mr. Geier, with no objection from the Plaintiffs, requests that the Final Pretrial Conference be reset to allow the parties additional time to finalize various pretrial items *i.e.* stipulations of facts, witness lists, and exhibit lists.

**It is ORDERED:**          The FINAL PRETRIAL CONFERENCE
                              currently set **APRIL 24, 2007 at 9:00 a.m.** is **VACATED,** and
                              **RESET** to **MAY 03, 2007 at 3:00 p.m.**
                              Courtroom A-501, Fifth Floor, Alfred A. Arraj United States Courthouse,
                              901 19th Street,   Denver, Colorado.

                            The parties have  to and including **APRIL 30, 2007** within which to submit
                              a Proposed Final Pretrial Order.

HEARING CONCLUDES.     **Court in recess:** 11:55 a.m.     Total In-Court Time:     00:18