IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and<br>TINA ZANOLINI SALA,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | )<br>)<br>)          05-cv-00636-LTB-OES<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF ANTON L. JANIK, JR. IN SUPPORT OF UNITED STATES' MOTION FOR RELIEF UNDER FED. R. CIV. P. 56(F) WITH RESPECT TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DEFENDANT'S OFFSET DEFENSE

I, Anton L. Janik, Jr., declare and state as follows:

1. I am a Trial Attorney for the United States Department of Justice, Tax Division. I am a trial attorney of record and assigned responsibility for representing the interests of the United States in this case. I am in possession of the Department of Justice file and the Internal Revenue Service's file concerning this matter. I have reviewed the Department of Justice and Internal Revenue Service files in my possession in making the representations below.

2. Attached to this Declaration as Exhibit A is a true and correct copy of KPMG draft and final invoices to Carlos Sala.

3. Attached to this Declaration as Exhibit B is a true and correct copy of an April 12, 2001 Email from Tracie Henderson to Raymond J. Ruble, itself attached to an April 13, 2001 Email from Susan L. Sodano to Tracie Henderson.

1434372.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 16, 2007                                           s/ Anton L. Janik, Jr.
                                                                  ANTON L. JANIK, JR.
                                                                  Trial Attorney, Tax Division
                                                                  U.S. Department of Justice

1434372.1