# EXHIBIT A

Project 10358668

Mr. Carlos Sala
2424 Ginny Way
Lafayette, CO 80026

#40548340

Billing for professional services rendered from June 1, 2000 through November 30, 2000 in connection with the following:

- Preparation of 2000 Federal and Colorado income tax projections, including discussions with Goldman Sachs and Morgan Stanley

- Preparation of 2001 Federal income tax projection for investment planning purposes and related consultations

- Preparation of 2000 Federal and Colorado individual income tax returns

- DoubleClick Form w-2 analysis and related discussions regarding stock option gain 

- Miscellaneous tax advice as requested.                                        $ 25,000

Note: Set up new project
please print WIP.

KPMGZ12192673



Client Copy

## PROFORMA - For Review Only

April 16, 2001

Invoice  40548340

BILLED TO:
MR. CARLOS SALA
2424 GINNY WAY
LAFAYETTE, CO 80026

| PLEASE REMIT TO. |
| --- |
| KPMG LLP |
| DEPT 0608 |
| P O BOX 120001 |
| DALLAS, TX 75312-0608 |
| TIN  13-5565207 |

Business Unit.  US015   Client Number:  60066022
Project Number(s). 10358668

Billing for professional services rendered from December 1, 2000 through April 15, 2001
in connection with the following:

- Preparation of 2000 Federal and Colorado income tax projections, including discussions
  with Goldman Sachs and Morgan Stanely.

- Preparation of 2001 Federal and income tax projections for investments planning purpose
  and related consultations.

- Preparation of 2000 Federal and Colorado individual income tax returns.

- Double-click Form W-2 analysis and related discussions regarding stock option gain. income

- Miscellaneous tax advice as requested.

Total Due                          $25,000.00

KPMGZ12192672



File Copy

April 17, 2001
Invoice   40548340

BILLED TO:
MR. CARLOS SALA
2424 GINNY WAY
LAFAYETTE, CO 80026

| PLEASE REMIT TO |
| --- |
| KPMG LLP |
| DEPT 0608 |
| P O BOX 120001 |
| DALLAS, TX 75312-0608 |
| TIN   13-5565207 |

Business Unit   US015   Client Number   60066022
Project Number(s):  10358668

Billing for professional services rendered from December 1, 2000 through April 15, 2000
in connection with the following

- Preparation of 2000 Federal and Colorado income tax projections, including discussions with Goldman Sachs and Morgan Stanely.

- Preparation of 2001 Federal and income tax projections for investments planning purpose and related consultations

- Preparation of 2000 Federal and Colorado individual income tax returns

- Form W-2 analysis and related discussions regarding stock option income

- Miscellaneous tax advice as requested.

**Total Due**                    $25,000 00

KPMGZ12192671

Please Pay By Invoice and        Payment Due
Enclose Remittance Copy          Upon Receipt