# EXHIBIT B

To:         Henderson, Tracie K
CC:         R. J. Ruble
BCC:
Date:       04/13/2001 08:56.25 AM
From:       Susan L Sodano
Folder:     Carlos Sala
Subject:    Re: Follow-up to my voicemail
Attachments: Dice Opinion.doc; Sala Opinion.doc; White Opinion.doc

I tried, but your e-mail address came back as undeliverable twice. I am
attempting to do this once again now, hopefully this works.

(See attached file: Dice Opinion.doc)(See attached file: White Opinion.doc)
(See attached file: Sala Opinion.doc)



"Henderson, Tracie K" <tkhenderson@kpmg.com> on 04/12/2001 08:47:21 PM

To   R. J. Ruble/NY/BWLLP@BWLLP
cc
Subject: Follow-up to my voicemail


RJ -

Please re-email me the opinion letters for Dice, Sala and White. I didn't
receive them. Also, Larry would like an email from you stating that you
considered any developments from December 31 (the date of the opinion
letter) through the issue date.

Thanks, RJ.

Tracie K. Henderson
KPMG LLP
Personal Financial Planning
PH  404-222-3134
Fax. 404-222-3435
tkhenderson@kpmg.com

          Our conclusions are limited to the conclusions
specifically set forth herein and are based on the completeness and accuracy
of the above-stated facts, assumptions and representations. If any of the
foregoing facts, assumptions or representations is not entirely complete or
accurate, it is imperative that we be informed immediately, as the
inaccuracy or incompleteness could have a material affect on our
conclusions. We are relying upon the relevant provisions of the Internal
Revenue Code of 1986, as amended, the regulations thereunder, and the
judicial and administrative interpretations thereof. These authorities are
subject to change, retroactively and/or prospectively, and any such changes

Page 1 of 2

KPMGZ12060001

could affect the validity of our conclusions. We will not update our advice for subsequent changes or modifications to the law and regulations or to the judicial and administrative interpretations thereof.

---

The information in this email is confidential and may be legally privileged It is intended solely for the addressee  Access to this email by anyone else is unauthorized

If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful  When addressed to our clients any opinions or advice contained in this email are subject to the terms and conditions expressed in the governing KPMG client engagement letter.

---