IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and<br>TINA ZANOLINI SALA,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)  05-cv-00636-LTB-OES<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF ANTON L. JANIK, JR. IN SUPPORT OF UNITED STATES'
RENEWED MOTION FOR STAY

I, Anton L. Janik, Jr., declare and state as follows:

1. I am a Trial Attorney for the United States Department of Justice, Tax Division. I am a trial attorney of record and assigned responsibility for representing the interests of the United States in this case. I am in possession of the Department of Justice file and the Internal Revenue Service's file concerning this matter. I have reviewed the Department of Justice and Internal Revenue Service files in my possession in making the representations below.

2. Attached to this Declaration as Exhibit A is a true and correct copy of relevant portions of the September 15, 2006 deposition of Carlos Sala.

3. Attached to this Declaration as Exhibit B is a true and correct copy of a November 17, 2006 letter from Joseph L. Barloon to John Colvin.

4. Attached to this Declaration as Exhibit C is a true and correct copy of Plaintiffs' Initial Disclosures Pursuant to FED. R. CIV. P. 26(a)(1).

1434372.1

5. Attached to this Declaration as Exhibit D is a true and correct copy of relevant portions of the September 27, 2006 deposition of Kevin Brady.

6. Attached to this Declaration as Exhibit E is a true and correct copy of a November 2, 1999 email from Tracie Henderson to Carlos Sala.

7. Attached to this Declaration as Exhibit F is a true and correct copy of a KPMG Statement of Facts filed in *United States v. Stein, et al.*, S1 05 Cr. 888 (LAK) (S.D.N.Y. 2005).

8. Attached to this Declaration as Exhibit G is a true and correct copy of a June 2, 2000 email from Tracie Henderson to Angie Napier containing a June 2, 2000 email from Tracie Henderson to Jeffrey Mangieri with a copy to Jeffrey Eischeid.

9. Attached to this Declaration as Exhibit H is a true and correct copy of an October 3, 2000 email from Jeffrey Eischeid to Tracie Henderson.

10. Attached to this Declaration as Exhibit I is a true and correct copy of a June 6, 2000 KPMG Teamwork Revenue Credit Coversheet.

11. Attached to this Declaration as Exhibit J is a true and correct copy of relevant portions of KPMG Billing Records.

12. Attached to this Declaration as Exhibit K is a true and correct copy of an April 13, 2001 email from Tracie Henderson to Susan L. Sodano with a copy to Raymond J. Ruble, containing an April 12, 2001 email from Tracie Henderson to Raymond J. Ruble.

13. Attached to this Declaration as Exhibit L is a true and correct copy of relevant portions of the September 26, 2007 deposition of Angie Napier.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 16, 2007                              s/ Anton L. Janik, Jr.
                                                                                  ANTON L. JANIK, JR.
                                                                                  Trial Attorney, Tax Division
                                                                                  U.S. Department of Justice

1434372.1