# EXHIBIT C

1458101.11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA, and<br>TINA ZANOLINI-SALA,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)  Case No. 1:05-cv-00636-LTB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

PLAINTIFFS' INITIAL DISCLOSURES
PURSUANT TO FED.R.CIV.P. 26(a)(1)

---

Plaintiffs, Carlos E. Sala and Tina Zanolini-Sala, hereby submit their initial disclosures in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Page 1

ORIGINAL

## POTENTIAL WITNESSES

The following individuals may have discoverable information that Plaintiffs may use to support their claims or defenses:

1.  Carlos E. Sala

    2424 Ginny Way
    LaFayette, CO 80026
    Telephone: (303) 926-7431

    Subject of information will be: his review and analysis of the investment opportunity offered by Deerhurst, the transactions he entered into upon undertaking the investment, and his motivations for entering into the transactions.

2.  Andy Krieger- Deerhurst

    Northbridge Capital Management
    One Bridge Plaza North Ste. 690
    Fort Lee, NJ 07024-7102

    Subject of information may be: the investment program offered to Plaintiff Carlos E. Sala by Deerhurst, including the formation, the nature and structure of the specific assets bought and/or sold, the history of the investment opportunity and the future profit projections.

3.  Peter Molyneux

    Northbridge Capital Management
    One Bridge Plaza North Ste. 690
    Fort Lee, NJ 07024-7102
    Telephone: (201) 945-8591

    Subject of information may be: the investment program offered to Plaintiff Carlos E. Sala by Deerhurst, including the formation, the nature and structure of the specific assets bought and/or sold, the history of the investment opportunity and the future profit projections.

Page 2

4.     Deerhurst

    Northbridge Capital Management
    One Bridge Plaza North Ste. 690
    Fort Lee, NJ 07024-7102

    Subject of information may be: the investment program offered to the Plaintiff Carlos E. Sala by Deerhurst, including the formation, the nature and structure of the specific assets bought and/or sold, the history of the investment opportunity and the future profit projections.

5.     Lawrence Nemirow

    Davis Graham & Stubbs LLP
    1550 17th Street, Suite 500
    Denver, CO 80202-1500
    Telephone: (303) 892-9400

    Subject of information may be: his review and analysis of the investment opportunity offered by Deerhurst Management and the tax consequences of the transaction.

6.     Bruce Lemons

    Olson Lemons PC
    6925 South Union Park Center, Suite 190
    Midvale, UT 84047
    Telephone: (801) 984-0177

    Subject of information may be: his review and analysis of the investment opportunity offered by Deerhurst Management and the tax consequences of the transaction.

7.     Brown & Wood- R.J. Ruble

    787 Seventh Avenue
    New York, N.Y. 10019
    Telephone: (212) 839-5300

    Subject of information may be: his review and analysis of the investment opportunity offered by Deerhurst Management and the tax consequences of the transaction.

Page 3

8. Pamela Ciccotelli – Revenue Agent

   Internal Revenue Service
   4314 Old William Penn Highway, Suite 200
   Monroeville, PA 15146
   Telephone: (412) 856-1324 ext 143

   Subject of information may be: the conduct of the IRS audit.

9. Michael N. Schwartz
   243 West 30th Street, Suite 501
   New York, NY
   Telephone: (212) 868-8520

   Subject of information may be: the investment program offered to Plaintiff Carlos E. Sala by Deerhurst, including the formation, the nature and structure of the specific assets bought and/or sold, the history of the investment opportunity and the future profit projections.

10. Former KPMG employees - Tracie Henderson, Kevin Brady

    Suite 2000
    303 Peachtree Street, NE
    Atlanta GA 30308-3210
    Telephone: (404) 222 3000

    Subject of information may be: Return preparation, steps taken by Plaintiffs in their review of the Deerhurst transaction, the review and analysis of the investment opportunity offered by Deerhurst and the tax consequences of the transaction by KPMG in connection with the preparation of the tax return.

11. REFCO

    One World Financial Center
    200 Liberty Street
    New York, NY 10281-1094
    Telephone: (212) 693-7000

    Subject of information may be: foreign currency option purchases and sales, option record keeping and ownership of the options.

Page 4

Investigation, discovery, and analysis are continuing and Plaintiffs are preparing requests for production of documents and interrogatories and, thereafter, may take depositions. Plaintiffs reserve the right to supplement and amend this disclosure statement.

## DOCUMENTS

Plaintiffs have enclosed documents, data, compilations, and tangible things that are in the possession, custody, or control of Plaintiffs that Plaintiffs may use to support their claims or defenses.

## COMPUTATION OF DAMAGES

Plaintiffs request a refund of taxes, interest and penalties paid, interest on the total amount paid, plus allowable costs and attorneys' fees.

DATED this 11th day of October, 2005.

Darrell D. Hallett, WSBA #00562
John M. Colvin, WSBA #20930
CHICOINE & HALLETT, P.S.
1011 Western Avenue, Suite 803
Seattle, WA 98104
(206) 223-0800
jcolvin@chicoine-hallett.com
Attorneys for Plaintiffs Carlos E. Sala &
Tina Zanolini-Sala

Page 5

## CERTIFICATE OF SERVICE

I, Connie Tang, declares as follows:

1.　　I am over the age of majority and am competent to testify regarding the matters stated herein.

2.　　I hereby certify that on October 11, 2005, **PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(1), and this CERTIFICATE OF SERVICE** was sent to the counsel of record via Federal Express Delivery, tracking number 7924 0787 2978

Philip E. Blondin
Trial Attorney, Tax Division
U.S. Department of Justice Room 7907
555 Fourth Street N.W.
Washington D.C. 20001

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 11th day of October, 2005.

_____
Connie Tang

Page 6