# EXHIBIT E

1458101.11

**Gillis, Timothy H**
From: Henderson, Tracie K
Sent: Tuesday, November 02, 1999 6:43 PM
To: 'Carlos Sala'
Cc: Gillis, Timothy H

Carlos -

I wanted to let you know where things stand on a few items.

I sent an email regarding your primary 280G questions to our expert in DC. He is out of town for a few days, but I will let you know as soon as I hear back from him.

I was on a conference call today about the option strategy. Our folks are still investigating the use of a note. There are several issues that may take awhile to work out, but we'll certainly know something before February.

Regarding OPIS, were you able to talk to your colleague to gauge his level of interest? I think KPMG will be willing to do a transaction. The biggest issue will be getting the bank to agree. The bank likes "big picture" planning rather than one off deals. I will have more luck on this front if I can tell the bank "I have a transaction" rather than "I may have a transaction." So, I thought I'd ask for your input.

It was great to meet you last week. Your accomplishments are quite impressive. I agree with Tim that our Firm could benefit greatly from your views and perspectives.

Tracie

DEPOSITION EXHIBIT
153
10-23-06

KPMG-SALA-0003