# EXHIBIT H

| | |
|---|---|
| **To:** | Henderson, Tracie K |
| **CC:** | Gremminger, Steven L |
| **BCC:** | |
| **Date:** | 10/03/2000 03:09:50 PM |
| **From:** | Eischeid, Jeffrey A |
| **Folder:** | OPIS |
| **Subject:** | Scripts - Henderson |

**Attachments:** Tranche 1 Script.DOC; Tranche 2 Script.DOC; Tranche 5 Script.DOC; Tranche 6 Script.DOC

Tracie:

Attached are the scripts for your conversations with clients on the following deals:

Tranche 1 - '99 returns filed:
    Scott Adams
    Paul Zito
    John Mansour
    William Nesbitt
    Steve Umberger

Tranche 2 - '99 returns not filed:
    John McHale
    Mark Mansour

Tranche 5 - '00 opinion not delivered, investments incomplete
    Art Cahoon

Tranche 6 - trade not commenced
    Carlos Sala
    Martin White

Let me know if you have any questions or problems. Please forward me the memorandum of oral advice for each client when the client visit is complete.

Jeff

KPMGZ12060505