# EXHIBIT K

1458101.11

**Unknown**

| | |
|---|---|
| From: | Henderson, Tracie K  [tkhenderson@kpmg.com] |
| Sent: | Friday, April 13, 2001 1:16 PM |
| To: | Susan L Sodano |
| Cc: | R. J. Ruble |
| Subject: | RE: Follow-up to my voicemail |

I got it. Thanks.

-----Original Message-----
From: Susan L Sodano [mailto:ssodano@brownwoodlaw.com]
Sent: Friday, April 13, 2001 8:56 AM
To: Henderson, Tracie K
Cc: R. J. Ruble
Subject: Re: Follow-up to my voicemail

I tried, but your e-mail address came back as undeliverable twice. I am attempting to do this once again now, hopefully this works.

(See attached file: Dice Opinion.doc)(See attached file: White Opinion.doc)
(See attached file: Sala Opinion.doc)

"Henderson, Tracie K" <tkhenderson@kpmg.com> on 04/12/2001 08:47:21 PM

To: R. J. Ruble/NY/BWLLP@BWLLP
cc:
Subject: Follow-up to my voicemail

RJ -

Please re-email me the opinion letters for Dice, Sala and White. I didn't receive them. Also, Larry would like an email from you stating that you considered any developments from December 31 (the date of the opinion letter) through the issue date.

Thanks, RJ.

Tracie K. Henderson
KPMG LLP
Personal Financial Planning
PH: 404-222-3134
Fax: 404-222-3435
tkhenderson@kpmg.com

    Our conclusions are limited to the conclusions specifically set forth herein and are based on the completeness and accuracy of the above-stated facts, assumptions and representations. If any of the

1

CONFIDENTIAL

M371936
SIDL166503

foregoing facts, assumptions or representations is not entirely complete or accurate, it is imperative that we be informed immediately, as the inaccuracy or incompleteness could have a material effect on our conclusions. We are relying upon the relevant provisions of the Internal Revenue Code of 1986, as amended, the regulations thereunder, and the judicial and administrative interpretations thereof. These authorities are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our conclusions. We will not update our advice for subsequent changes or modifications to the law and regulations or to the judicial and administrative interpretations thereof.

*******************************************************************************
*
The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized.

If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this email are subject to the terms and conditions expressed in the governing KPMG client engagement letter.
*******************************************************************************
*

*******************************************************************************
The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized.

If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this email are subject to the terms and conditions expressed in the governing KPMG client engagement letter.
*******************************************************************************

CONFIDENTIAL

M371937
SIDL166504