# EXHIBIT L

```
               IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF COLORADO




CARLOS E. SALA AND              )
TINA ZANOLINI SALA,             )
                                )
            Plaintiffs,         )
                                )
            -vs-                ) CIVIL ACTION NO.:
                                ) 05-CV-00636-LTB-PAC
UNITED STATES OF AMERICA,       )
                                )
            Defendants.         )
```

        Deposition of Angie Napier, taken on behalf of the Defendants, at the United States Attorney's Office, 75 Spring Street, 600 U.S. Courthouse, Atlanta, Georgia, on the 26th day of September, 2006, commencing at the hour of 2:08 p.m., pursuant to the stipulations agreed to herein, before Linda K. Jackson, CSR NO: B-995.

```
 1   pushed down to managers and senior managers, who are to
 2   make sure that it gets done.  Who then push the work
 3   down to staffer people who do the work.
 4        Q    And in 2000 were you a manager?
 5        A    No.
 6        Q    Senior manager?
 7        A    No.
 8        Q    Staff person?
 9        A    Yes.
10        Q    Did have you a title?
11        A    Now?
12        Q    Then, in 2000?
13        A    It was either staff or senior staff.
14        Q    And that was when you were filling out the
15   tax opinion letters?
16        A    Yes.
17        Q    What about when you were doing compliance
18   work?
19        A    At some point I went from staff to senior
20   staff.
21        Q    Do you know whether Kevin Brady was involved
22   in anything you did with BLIPS?  Did you go to Kevin
23   Brady at any time?
24        A    No.
25        Q    What about FLIP?
```

45

1    A    Mike Terrell.

2    Q    Do you know how to spell Terrell?

3    A    T-E-R-R-E-L-L.

4    Q    Anyone else?

5    A    That's all I can remember.

6    Q    We talked about Jeff Mangerie; Shellie
7  Gregory; Ike Ikuko; and Mike Terrell. Do you recall
8  anyone else?

9    A    No.

10   Q    Can you look at the second page of Exhibit
11 116 and you see identified at the top it looks like
12 five columns. Do you see the handwriting above that?

13   A    Yes.

14   Q    From the 2000 joint return we have, two of
15 those columns one at the top identifies what appears to
16 be without loss. And another with loss. Do you have
17 any idea why that designation was made?

18        MR. HALLETT: Objection. No foundation and
19   it calls for speculation.

20 BY MR. JANIK:

21   Q    Go ahead. Do you know?

22   A    I don't know.

23   Q    In 2000 did you have -- to your knowledge for
24 tax 2000, did have you any involvement with Carlos
25 Sala's tax return?

```
 1              MR. HALLETT:  Objection.  It has been asked
 2      and answered.
 3              THE WITNESS:  Not that I recall.
 4  BY MR. JANIK:
 5      Q    Did you in 2000 work on any tax returns for
 6  work that was assigned by Mr. Brady, Kevin Brady?
 7      A    Not that I recall.
 8      Q    For the tax returns you did in 2000 or taxes
 9  for 2000, do you recall who assigned you that work?
10      A    I believe it was Jim Brennen.
11      Q    And is that the same for that same tax year,
12  do you know what types of returns you were working on,
13  be it individual, S-corp, partnership?  Can you
14  identify or recall any of that?
15      A    Mostly individuals.
16      Q    Earlier we were discussing that you had also
17  filled out engagement letters.  Do you recall when you
18  moved into compliance, did you fill out any engagement
19  letters?
20      A    I don't recall talking about engagement
21  letters earlier.
22      Q    We were talking about engagement -- you said
23  that one of the duties you did was filling out
24  engagement letters.
25      A    Do you mean representation letters?
```

```
1       A    No.
2       Q    Have you had occasion to see Kevin Brady's
3  handwriting?
4       A    It has been a long type.
5       Q    Do you know if any of the writing on either
6  Exhibit 119 or 120 is Kevin Brady's handwriting?
7       A    I don't know.
8       Q    Earlier you were discussing that you reviewed
9  some e-mail for the purpose of preparing yourself for
10 your deposition.  You said that you talked about you
11 had become aware that Mr. Sala had looked at a BLIPS
12 transaction based upon some work you had done.
13           Do you have any idea, were you ever
14 told, or do you know why Mr. Sala was looking at a
15 BLIPS transaction?
16           MR. HALLETT:  Objection.  Form of the
17      question.  It is vague and ambiguous and calls for
18      speculation.
19 BY MR. JANIK:
20      Q    Do you know?
21      A    I don't know.
22      Q    Did anyone ever explain to you why?
23      A    No.
24      Q    Do you know who Mr. Sala's engagement partner
25 at KPMG was?
```

92

```
 1   through it, do you recognize this document?
 2        A    No.
 3        Q    Let's look at Exhibit 125.  Take a look all
 4   the way through it again.
 5        A    (Witness complies.)
 6        Q    Have you ever seen this document before?
 7        A    I don't think so.
 8        Q    Do you recognize the name Multi-National
 9   Strategies?
10        A    No.
11        Q    Do you recognize the name Michael Schwartz?
12        A    I have heard the name.
13        Q    In what context have you heard his name?
14        A    I don't know.  It just sounds familiar.
15        Q    Have you ever met Mr. Schwartz?
16        A    No.
17        Q    Talked on the phone to him?
18        A    No.
19        Q    Have you ever e-mailed Mr. Schwartz?
20        A    Not that I know of.
21        Q    How about Andrew Kreger?  Do you recognize
22   that name?
23        A    No.  That name does not sound familiar.
24        Q    How about Peter Molineau?
25        A    No.
```

```
 1   BY MR. HALLETT:
 2       Q    Did you ever go to any meetings or have any
 3   discussions with any individuals regarding a proposed
 4   Deerhurst transaction?
 5            MR. JANIK:  Objection.  Form.  Foundation.
 6       Calls for speculation.
 7            THE WITNESS:  No.
 8            MR. HALLETT:  I have nothing further.
 9            MR. FELDMAN:  Before you go, she needs
10       to -- she needs to elaborate on the answer to one
11       question that counsel for the government had asked
12       earlier.
13            THE WITNESS:  Right.
14            MR. JANIK:  Go ahead.
15            THE WITNESS:  I believe you asked if I knew
16       what Tracie Henderson was doing.  I'm not sure if
17       that's the exact question.
18                      Further Examination
19   BY MR. JANIK:
20       Q    Are you talking about the current time
21   period?
22       A    Yes.
23       Q    Go ahead.
24       A    I am aware that she is working in a
25   partnership with Kevin Brady.
```

```
1   STATE OF GEORGIA            )

2   COUNTY OF WALTON            )       CERTIFICATE

3

4       I, Linda K. Jackson, a Certified Shorthand
    Reporter in and for the State of Georgia, do hereby certify:
5

6       That prior to being examined, the witness named in the
    foregoing deposition was by me duly sworn to testify to the
7   truth, the whole truth, and nothing but the truth.

8

9       That said deposition was taken before me at the time
    and place set forth and was taken down by me in shorthand
10  and thereafter reduced to computerized transcription under
    my direction and supervision, and I hereby certify the
11  foregoing deposition is a full, true and correct transcript
    of my shorthand notes so taken.
12

13      I further certify that I am neither counsel for nor
    related to any party to said action nor in anyway interested
14  in the outcome thereof.

15

16      IN WITNESS WHEREOF, I have hereunto subscribed my name
    this October 9, 2006
17

18

19  _____
    Linda K. Jackson
20  Certified Court Reporter B-995
    Registered Professional Reporter
21

22

23

24

25
```