**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00636-LTB-PAC

CARLOS E. SALA, and
TINA ZANOLINI SALA,

       Plaintiffs,

v.

UNITED STATES OF AMERICA,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Defendant has filed a Renewed Motion for Stay (Doc 147 - filed April 16, 2007). Plaintiffs' have **up to and including May 2, 2007** to file a response. Defendant has **up to and including May 12, 2007** to file a reply.

Dated:  April 17, 2007
_____