IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00636-LTB-PAC

CARLOS E. SALA, and
TINA ZANOLINI SALA,

      Plaintiff(s),

v.

UNITED STATES OF AMERICA,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

      Due to a conflict in the Court's calendar, IT IS HEREBY

      **ORDERED** that the Final Pretrial Conference set for May 3, 2007 at 3:00 p.m., shall be held **May 3, 2007 at 10:00 a.m.**, in Courtroom A501.

      In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  April 27, 2007