# United States District Court

**PLAINTIFFS' EXHIBIT AND WITNESS LIST**

**Sala v. United States**

**CASE NUMBER: 2:05-00636-LTB-OES**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Lewis T. Babcock | Darrell D. Hallett | David N Geier |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| July 9, 2007 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | Portfolio Managed by Andrew Krieger; Statement of Trading Performance for the period Aug. 1, 1995 through Feb. 28, 1999. DHSala 236-242. |
| 2 | | | | | Brochure:  Deerhurst Management. DHSala 1801-1816 |
| 3 | | | | | Deerhurst Disclosure Document. DHSala 1789-1800 |
| 4 | | | | | Deerhurst Private Placement Memorandum. DHSala 1627-1687 |
| 5 | | | | | E-mail to Mike from Andrew Krieger. DHSala 1817-1822 |
| 6 | | | | | Deerhurst Refco Capital Markets, Ltd.; Summary of Investment Activity – period ending Nov. 28, 2000 DHMSN 1 – 5. |
| 7 | | | | | 1120S Tax Return for S Corp. DHMSN 43-50 |
| 8 | | | | | Rosenman & Colin, LLP Memorandum (copy retrieved from electronic filing) |
| 9 | 36 | | | | Attachment 1 – Deerhurst – Solid Currencies, Inc. , DHMSN 42 - |
| 10 | | | | | Corr. Nov. 2, 2000 to Sala from Peter Molyneux re: encls. Statement month ending, DHSala 569-570. |
| 11 | | | | | Deerhurst Statement of Financial Condition, DHMSN 60-62. |
| 12 | | | | | Deerhurst 1065 Return of Partnership Income. |
| 13 | | | | | Attachment 1; Deerhurst Secured Currencies 1/99 – 11/00; corr. To R. Snyder from M. Schwartz; DHMSN 1217 – 1218. |
| 14 | | | | | 1065 Return 2001 for Deerhurst Strategies – 1 page only, DHSala 544. |
| 15 | | | | | FX Trading Plan – Outline of Proposed Plan, DHSala 228 -232. |
| 16 | | | | | E-mail to Larry Nemirow from M. Schwartz re: Side Deals, LN 1104. |
| 17 | | | | | Corr. To Carlos Sala from ?? re: opinion concerning US federal income tax consequences Not numbered (but also see MS 678 - ? in numbered set produced from the govt.) |
| 18 | 20 | | | | GP Agreement Deerhurst Ex # 32 |
| 19 | | | | | Ltr from Rosenman & Colin LLP to Sala Ex 38, DH MSN 00000007 |
| 20 | | | | | Engagement ltr. from L. Nemirow to C. Sala dated Nov. 28, 2000, NEM 1401 – NEM 1402 |
| 21 | | | | | Brown & Wood draft letter dated Sep. 15, 2000 re: investments in foreign currency, with handwritten notes |

2425152.11

| | | | | | |
|---|---|---|---|---|---|
| 22 | | | | | Invoices from Davis Graham and Stubbs for C. Sala<br>NEM 1280 – NEM 1283; ----; NEM 1286 – NEM 1287; ----; NEM 1277 – NEM 1278; NEM 1274 – NEM 1275; ----; NEM 1268 – NEM 1269; NEM 1265 – NEM 1266; ----; NEM 1262 – NEM 1263; ----; DICE 1014 – DICE 1016; NEM 1259 – NEM 1260; DICE 2640 – DICE 2642; NEM 1257 – NEM 1258; NEM 1254 – NEM 1255; DICE 2646 – DICE 2647; NEM 1237 – NEM 1238; NEM 1240 – NEM 1241; DICE 2676 – DICE 2678; DICE 2670 – DICE 2672; NEM 1243 – NEM 1244; DICE 2665 – DICE 2666; DICE 2658 – DICE 2661; DICE 2651 – DICE 2653; NEM 1233 – NEM 1235; NEM 1225 – NEM 1227; NEM 1229 – NEM 1231; NEM 1221 – NEM 1223; NEM 1218 – NEM 1219. |
| 23 | | | | | Opinion ltr. from Brown & Wood to C. Sala dated Apr. 16, 2001 re investments in foreign currency. |
| 24 | | | | | Email from L. Nemirow to C. Sala dated Jul. 7, 2003 re IRS developments in the Deerhurst transaction. |
| 25 | 97 | | | | C.V. of Carlos Sala, DHSala 00002300 – DHSala 00002302. |
| 26 | | | | | Invoice support for professional fees re: Deerhurst transaction for C. Sala<br>KPMGZ12210106 – KPMGZ12210117 |
| 27 | | | | | Deerhurst Management "The Discretionary Program" past performance<br>DHSala 00000274 – DHSala00000278 |
| 28 | 29 | | | | Certificate of Incorporation, dated 11/13/00, DHSala 1779 – 1781. |
| 29 | | | | | Letter to Deerhurst from Carlos re: withdrawal of Interest, dated Nov. 28, 2003 |
| 30 | | | | | FX Trading Program, DHSala 4088 |
| 31 | | | | | **NO EXHIBIT** |
| 32 | 23 | | | | REFCO Individual Account Application, DHSala 25 – 32. |
| 33 | 24 | | | | REFCO Account Application, DHSala 35 – 40. |
| 34 | 21 | | | | Deerhurst Customer Agreement and Trading Authorization, LN 948 – 956. |
| 35 | 26 | | | | Refco Capital Markets, Ltd., Third Party Full Trading Authorization, DHSala 41 – 42. |
| 36 | 25 | | | | Refco Capital Markets, Ltd. Third Party Full Trading Authorization, DHSala 33 -34 |
| 37 | 32 | | | | Foreign Exchange and Options Master Agreement, DHSala 48-70. |
| 38 | | | | | To Refco Capital Markets from Carlos Sala re: Assignment of Account #4160, DHSala 22-24 |
| 39 | 33 | | | | Letter dated November 20, 2000  to Carlos, DHSala 74 – 76. |
| 40 | | | | | Letter to Carlos from Andrew Krieger re: Deerhurst Trading Strategies, LLC, dated October 30, 2001 |
| 41 | 41 | | | | Corporate Dissolution or Liquidation Form 966  for Solid Currencies, Inc., DHSala 1758. |
| 42 | | | | | Letter to Carlos from Peter Molyneaux dated December 7, 2000, DHSala 1737 – 1739. |
| 43 | | | | | Letter to Carlos from Peter Molyneaux dated January 5, 2001, DHSala 1734 – 1736. |
| 44 | | | | | 2000 Income Tax Returns, DHSala 427 – DHSala 467. |
| 45 | | | | | 2001 Income Tax Returns, KPMGZ12190378 –KPMGZ12190402. |
| 46 | | | | | 10/31/00 Refco Customer Statement, DHSala 00000821 – DHSala 00000832. |
| 47 | | | | | Account Daily Equity of REFCO Capital Markets, Ltd.  – Deerhurst Investors, GP, 12/21/00 (run date). DHMoly 235-236. |
| 48 | | | | | Deerhurst Trading Strategies Financial Statements as of Dec. 31, 2001 together with auditor's report, NCM 035648 – 35697. |
| 49 | | | | | Ernst & Young Financial Statements for YE 12/31/02, NCM 35526 – NCM 35552. |
| 50 | | | | | Deerhurst Trading Strategies, LLC – Financial Statements – YE 12/31/03 – IBDO Accountants and Consultants NCM 35625 – NCM 35010. |
| 51 | | | | | Deerhurst Trading Strategies, LLC – General Ledger as of Dec. 31, 2001, NCM 035010 – NCM 035086. |
| 52 | | | | | Deerhurst Trading Strategies, LLC – General Ledger as of Dec. 31, 2000, NCM 035086 – NCM 035091. |
| 53 | | | | | Account Daily Equity; REFCO Capital Markets; Solid Currencies, Inc. – run date 11/30/00 NCM 19476 – 19493 |

| | | | | | |
|---|---|---|---|---|---|
| 54 | | | | | Unanimous Written Consent of the Sole Director of Solid Currencies, Inc., NCM 650 – 651. |
| 55 | | | | | Letter from Carlos to Deerhurst and M. Schwartz re: Foreign Exchange Trading Program dated November 17, 2000, NCM 658 – 660. |
| 56 | 1288 | | | | 12/31/00 Refco Statement re: Solid Currencies, Inc., DHSala 00000888 – DHSala 00000894 |
| 57 | | | | | 2000 Summary of Transactions, NCM 138440. |
| 58 | | | | | Records re: Disposition of Positions, NCM 131217. |
| 59 | | | | | Option Assignment on 12/22/00, NCM 131220. |
| 60 | | | | | Refco Solid Currency Statement, DHSala 00000892. |
| 61 | | | | | Refco Deerhust Investors, GP Statement. |
| 62 | | | | | Attachment to Claim for Refund of Carlos and Tina Sala |
| 63 | | | | | Deposition and Exhibits of Michael Schwartz |
| 64 | | | | | Deposition and Exhibits of Andrew Krieger (Vol. I and II) |
| 65 | | | | | Deposition and Exhibits of Kevin Brady |
| 66 | | | | | Deposition and Exhibits of Angie Napier |
| 67 | | | | | Deposition and Exhibits of Beckett Cantley |
| 68 | | | | | Deposition and Exhibits of Christopher Dice |
| 69 | 19 | | | | Deerhurst LLC Agreement:  DH Sala 117-148 |
| 70 | | | | | Deerhurst Transaction Journals and P&L Statements:  DHSala 571-593; |
| 70a | | | | | Deerhurst Transaction Journals and P&L Statements NCM 035383-35385, NCM 035100-035112; NCM 035099, NCM 036307, NCM 036310, NCM 036314, NCM 036317, NCM 036321, NCM 036323, NCM 035093-035098 |
| 71 | | | | | Trading Performance Charts: NCM 021828-021 832, NCM 021900, NCM 021901-021904, NCM 021945-121949, NCM 022043-022047, NCM 022673-022679, NCM 022847-022853, NCM 022862, NCM 022867-022869, NCM 022942-NCM 022948, NCM 022983-022989, NCM 023045-023050, NCM 023425-023426, NCM 023662-NCM 023671, NCM 023849-NCM 023855, NCM 024161-NCM 024166-NCM 024174, NCM 024210, NCM 024211-024216, NCM 024322-NCM 024326, NCM 024548-NCM 024552, NCM 024654-NCM 02170, NCM 024889-024893, NCM 012587-012589, NCM 012605-012608, NCM 012723-012731, NCM 036040-NCM036046, NCM 036196-NCM 036202, NCM 036343-036348, NCM 012725, NCM 036496-NCM 036502, NCM 036649-NCM 036655NCM 036823-036829. |
| 72 | | | | | **NO EXHIBIT** |
| 73 | | | | | Deerhurst Subscription Documents: DHSala 1668-DHSala 1687 |
| 74 | | | | | Deerhurst Trading Strategies, LLC Financial Statements As Of December 31, 2001. DHSala 977-996. |
| 75 | | | | | Customer Confirmation Tickets: DHSala 1127-1130, DHSala 1096-1099, 1140-1143, DHSala 1132, 1133, 1134-1135, 1126, 1122, 1120-1121. |
| 76 | | | | | Article titled "IRS Treasury Shared Views of Shelter Lawyers" by Crystal Tandon |
| 77 | | | | | Report of Robert W. Kolb |
| 78 | | | | | Rebuttal Report of Robert W. Kolb |
| 79 | | | | | Solid Currencies Stock Certificate, DHSala 00001777. |
| 80 | | | | | **NO EXHIBIT** |
| 81 | 22 | | | | Customer Confirmation Tickets:  DHSala 0000 DH1026-00001610. |
| 82 | | | | | Solid Currencies, Inc. S-Election Form, DHSala 1755-1756 |
| 83 | | | | | Deposition and Exhibits of William Natbony |
| 84 | | | | | Declaration of Michael Halpert |
| 85 | | | | | All Plaintiffs' Interrogatories, Requests for Production and Requests for Admissions and Government Responses. |
| 86 | | | | | Government's Answer and Amended Answer. |
| 87 | | | | | Plaintiffs' Complaint. |