# United States District Court

UNITED STATES' EXHIBIT AND WITNESS LIST

**Sala v. United States**

CASE NUMBER: 2:05-00636-LTB-OES

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Lewis T. Babcock | Darrell D. Hallett | David N Geier |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| July 7, 2007 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 1 | | | | Certificate of Official Record (2000) |
| | 2 | | | | Plaintiff's 2000 Fed. Inc. Tax Ret. (Form 1040) (DHSala 427-67) |
| | 3 | | | | Solid Currencies' 2000 Federal Income Tax Return (Form 1120S) |
| | 4 | | | | Deerhurst Investors 2000 Form 1065 (DHSala 539) (14) |
| | 5 | | | | Plaintiffs' 2000 Federal Income Tax Return (1040X) dated 8/25/04 |
| | 6 | | | | Plaintiffs' 2000 Amended Return (1040X) dated 10/19/03 (DHSala 394-413) |
| | 7 | | | | Plaintiffs' 2001 Federal Income Tax Return (as originally filed) |
| | 8 | | | | Plaintiffs' 2001 Federal Income Tax Return (as amended) |
| | 9 | | | | Form 1065 - 2001 for Multi National Strategies, LLC (26) |
| | 10 | | | | Form 1065 - 2002 for Multi National Strategies, LLC (27) |
| | 11 | | | | Letter dated Mar. 8, 2004 to IRS from Darrell D. Hallett |
| | 12 | | | | Letter dated Mar. 16, 2004 to IRS from John Colvin |
| | 13 | | | | Statutory Notice of Deficiency dated June 18, 2004 |
| | 14 | | | | Deerhurst Div. Strat. Disclosure Document (Aug. 1, 2000) (3) |
| | 15 | | | | FX Trading Plan - Outline of Proposed Plan (22) |
| | 16 | | | | Comm. M. Schwartz to L. Nemirow re: sample portfolio (106) |
| | 17 | | | | Multi National Strategies LLC Foreign Exchange Trading Program (6) |
| | 18 | | | | Deerhurst Trading Strategies LLC - Private Placement w/ subscription |
| | 19 | | | | Deerhurst Trading Strategies, LLC Agreement (DHSALA 117-148) |
| | 20 | | | | Deerhurst Inv. G.P. Agreement (32) (DHSala 168-193) |
| | 21 | | | | Deerhurst Cust. Agreement & Trading Auth. (LN 948-56) |
| | 22 | | | | Deerhurst Cust. Confirmation Tickets (DHSala 1026-1610) |
| | 23 | | | | Individual Account Application - C. Sala (DHSala 25-32) |

2425152.11

| | | | | |
|---|---|---|---|---|
| 24 | | | | Entity Account Application (Solid Currencies) (DHSala 35-40) |
| 25 | | | | Refco - Third Party Trading Auth. re: Sala (DHSala 33-34) |
| 26 | | | | Refco - Third Party Trading Auth. re: Solid Currencies (DHSala 41-42) |
| 27 | | | | Nov. 2, 2000 Letter enc. Oct. Statement (DHSala 569-588) (12) |
| 28 | | | | Nov. 7, 2000 Email from A. Krieger to M. Schwartz (NCM 4321) (206) |
| 29 | | | | Cert. of Inc. - Solid Currencies (DHSala 1179-81) |
| 30 | | | | Nov. 17, 2000 Letter to C. Sala w/ attach. (LN 255-265) |
| 31 | | | | Nov. 17, 2000 Letter from C. Sala to Deerhurst (DHSala 71-73) |
| 32 | | | | Foreign Exchange and Options Master Agreement (DHSala 48-70) |
| 33 | | | | Nov. 20, 2000 Letter to C. Sala from DTS, LLC (DHSala 74-76) |
| 34 | | | | Nov. 20, 2000 Letter to C. Sala from W. Natbony (38) |
| 35 | | | | Nov. 22, 2000 Letter to P. Molyneaux (LN384) |
| 36 | | | | Chart (DHMSN 42) (11) |
| 37 | | | | Assignment and Assumption dated Nov. 28, 2000 (DHSala 1729-1730) |
| 38 | | | | Undated Letter to Refco from C. Sala (DHSala 22) |
| 39 | | | | Dec. 5, 2000 Letter enc. Nov. Statement for C. Sala (DHSala 589-90) |
| 40 | | | | Dec. 7, 2000 Letter enc. Dec. Statement for Solid Currencies (DHSala 591-593) |
| 41 | | | | Corp. Dissolution or Liquidation (DHSala 1758) |
| 42 | | | | DHMolyneaux Documents 1-334 |
| 43 | | | | Jan. 5, 2001 Letter enc. Dec. Statements (DHSala 594-602) |
| 44 | | | | Feb. 1, 2001 Letter to M. Schwartz from Deerhurst (24) |
| 45 | | | | Aug. 6, 2001 Letter to C. Sala (DHSala 243-272) |
| 46 | | | | Aug. 6, 2001 Investor letter w/attach. (DHSala 194-212) |
| 47 | | | | Oct. 30, 2001 Letter to C. Sala (DHSala 213-217) |
| 48 | | | | Deerhurst Trading LLC Statement - Jan. 2001 (DHSala 600-602) |
| 49 | | | | Deerhurst Trading LLC Statement - Feb. 2001 (DHSala 603-606) |
| 50 | | | | Deerhurst Trading LLC Statement - Mar. 2001 (DHSala 608-612) |
| 51 | | | | Deerhurst Trading LLC Statement - Apr. 2001 (DHSala 613-617) |
| 52 | | | | Deerhurst Trading LLC Statement - May 2001 (DHSala 618-622) |
| 53 | | | | Deerhurst Trading LLC Statement - Jun. 2001 (DHSala 623-626) |
| 54 | | | | Deerhurst Trading LLC Statement - Jul. 2001 (DHSala 627-631) |
| 55 | | | | Deerhurst Trading LLC Statement - Aug. 2001 (DHSala 632-636) |

| | | | | |
|---|---|---|---|---|
| 56 | | | | Deerhurst Trading LLC Statement - Sep. 2001 (DHSala 637-641) |
| 57 | | | | Deerhurst Trading LLC Statement - Oct. 2001 (DHSala 642-646) |
| 58 | | | | Deerhurst Trading LLC Statement - Nov. 2002 (DHSala 647-654) 0       adfadf |
| 59 | | | | Deerhurst Trading LLC Statement - Jan. 2002 (DHSala 655-663) |
| 60 | | | | Deerhurst Trading LLC Statement - Feb. 2002 (DHSala 664-672) |
| 61 | | | | Deerhurst Trading LLC Statement - Mar. 2002 (DHSala 673-681) |
| 62 | | | | Deerhurst Trading LLC Statement - Apr. 2002 (DHSala 682-688) |
| 63 | | | | Deerhurst Trading LLC Statement - May 2002 (DHSala 689-697) |
| 64 | | | | Deerhurst Trading LLC Statement - Jun. 2002 (DHSala 698-706) |
| 65 | | | | Deerhurst Trading LLC Statement - Jul. 2002 (DHSala 707-713) |
| 66 | | | | Deerhurst Trading LLC Statement - Aug. 2002 (DHSala 714-722) |
| 67 | | | | Deerhurst Trading LLC Statement - Sep. 2002 (DHSala 723-731) |
| 68 | | | | Deerhurst Trading LLC Statement - Oct. 2002 (DHSala 732-738) |
| 69 | | | | Deerhurst Trading LLC Statement - Nov. 2002 (DHSala 739-747) |
| 70 | | | | Deerhurst Trading LLC Statement - Dec. 2002 (DHSala 748-752) |
| 71 | | | | Deerhurst Trading LLC Statement - Jan. 2003 (DHSala 753-760) |
| 72 | | | | Deerhurst Trading LLC Statement - Feb. 2003 (DHSala 761-764) |
| 73 | | | | Deerhurst Trading LLC Statement - Mar. 2003 (DHSala 765-768) |
| 74 | | | | Deerhurst Trading LLC Statement - Apr. 2003 (DHSala 769-772) |
| 75 | | | | Deerhurst Trading LLC Statement - May 2003 (DHSala 773-777) |
| 76 | | | | Deerhurst Trading LLC Statement - Jun. 2003 (DHSala 778-781) |
| 77 | | | | Deerhurst Trading LLC Statement - Jul. 2003 (DHSala 782-785) |
| 78 | | | | Deerhurst Trading LLC Statement - Aug. 2003 (DHSala 786-789) |
| 79 | | | | Deerhurst Trading LLC Statement - Sep. 2003 (DHSala 791-794) |
| 80 | | | | Deerhurst Trading LLC Statement - Oct. 2003 (DHSala 797-800) |
| 81 | | | | Deerhurst Trading LLC Statement - Nov. 2003 (DHSala 803-806) |
| 82 | | | | Deerhurst Trading LLC Statement - Dec. 2003 (DHSala 808-815) |
| 83 | | | | Deerhurst Trading LLC Statement - Jan. 2004 (DHSala 817-820) |
| 84 | | | | Deerhurst Trading LLC Statement - Feb. 2004 (DHSala 2306-2309) |
| 85 | | | | Deerhurst Trading LLC Statement - Mar. 2004 (DHSala 2311-2314) |
| 86 | | | | Deerhurst Trading LLC Statement - Apr. 2004 (DHSala 2316-2319) |
| 87 | | | | Deerhurst Trading LLC Statement - May 2004 (DHSala 2321-2324) |

| | | | | |
|---|---|---|---|---|
| 88 | | | | Deerhurst Trading LLC Statement - Jun. 2004 (DHSala 2326-2329) |
| 89 | | | | Deerhurst Trading LLC Statement - Jul. 2004 (DHSala 2331-2334) |
| 90 | | | | Deerhurst Trading LLC Statement - Aug. 2004 (DHSala 2336-2339) |
| 91 | | | | Deerhurst Trading LLC Statement - Sep. 2004 (DHSala 2341-2344) |
| 92 | | | | Deerhurst Trading Strategies, LLC - Financial Statements 2001 (207) |
| 93 | | | | Deerhurst Trading Strategies, LLC - Financial Statements 2002 (208) |
| 94 | | | | Deerhurst Trading Strategies, LLC - Financial Statements 2003 (209) |
| 95 | | | | NO EXHIBIT |
| 96 | | | | Morgan Stanley - Month Ending Dec. 2001 (KPMGZ12190749-53) |
| 97 | | | | Morgan Stanley - Financial Statements 2002 (KPMGZ12182805-14) |
| 98 | | | | Morgan Stanley - Financial Statements 2003 (MSGS00004764-67) |
| 99 | | | | Morgan Stanley - Financial Statements 2004 (MSGS00005817-18) |
| 100 | | | | Goldman Sachs Account Information - Dec. 2001 (KPMGZ12210020-42) |
| 101 | | | | Goldman Sachs Account Information - Dec. 2002 (KPMGZ12191288-92) |
| 102 | | | | Goldman Sachs Account Information - Dec. 2003 (KPMGZ12183143-47) |
| 103 | | | | Goldman Sachs Account Information - Dec. 2004 (MSGS00004114-32) |
| 104 | | | | C. Sala Chart (DHSala 275-278) |
| 105 | | | | C. Sala C.V. (DHSala 2300-2302) |
| 106 | | | | C. Sala Deposition Transcripts from Sep. 15, 2006 and Oct. 24, 2006 |
| 107 | | | | Undated Memorandum (DHSala 4085) |
| 108 | | | | Complaint (Gary Jacobs, et al. V. Multi National Strategies, LLC, et al. (40) |
| 109 | | | | FX Investor List (10) |
| 110 | | | | DTS, LLC - Client List (212) |
| 111 | | | | Nov. 28, 2003 Email to C. Sala (DHSala 2638) |
| 112 | | | | General Release dated Nov. 28, 2003 (DHSala 2635) |
| 113 | | | | Nov. 28, 2003 Letter from C. Sala (DHSala 2636-2637) |
| 114 | | | | Nov. 20, 2000 Letter to C. Dice from W. Natbony (39) |
| 115 | | | | Comp Ex. re: Draft Currencies (47) |
| 116 | | | | NO EXHIBIT |
| 117 | | | | Email from T. Henderson to T. Gillis, cc. C. Sala - Nov. 2, 1999 (153) |
| 118 | | | | Email to D.A. Makov re: C. Sala dated Feb. 10, 2000 (KPMGZ12060404) |
| 119 | | | | Outline re: Meeting Date - Apr. 8-9 (KPMG0026309) |
| 120 | | | | Email to K. McGrath dated May 23, 2000 (KPMGZ12060406-07) |

| | | | | |
|---|---|---|---|---|
| 121 | | | | Emails dated June 2, 2000 (KPMGZ12060408) (126) |
| 122 | | | | Email from A. Napier dated June 6, 2000 (127) |
| 123 | | | | Teamwork Revenue Credit Cover sheet - June 6, 2000 (KPMGZ12060478) |
| 124 | | | | Email to L. DeLap re: C. Sala (KPMGZ12060479-80) |
| 125 | | | | Letter to C. Sala dated June 30, 2000 (KPMGZ12192986-91) |
| 126 | | | | Emails dated July 6 and 7, 2000 (KPMGZ12060495) (123) |
| 127 | | | | Email to C. Sala dated Aug. 18, 2000 (KPMGZ12060503) |
| 128 | | | | Emails dated Aug. 31 and Sept. 6, 2000 (KPMGZ12060504) |
| 129 | | | | Emails - T. Henderson and T. Gillis (155) |
| 130 | | | | Email to T. Henderson dated Oct. 3, 2000 (KPMGZ12060505) |
| 131 1 | | | | Email to T. Henderson dated Oct. 6, 2000 (KPMGZ12060506) |
| 132 | | | | Emails - Oct. 9 and 10, 2000 (KPMGZE-0007-00038902) |
| 133 | | | | Refco Statement dated Oct. 31, 2000 for C. Sala (4160) ( DHSala 821-838) |
| 134 | | | | Refco Statement dated Nov. 30, 2000 for C. Sala (DHSala 839-887) |
| 135 | | | | KPMG Personal Financial Planning (KPMGZ12190683) (130) |
| 136 | | | | Refco Statement dated Dec. 31, 2000 for Solid Currencies (DHSala 888-894) |
| 137 | | | | KPMG Letter dated Jan. 23, 2001 to C. Sala (121) |
| 138 | | | | KPMG Billing Record for T. Henderson (KPMGZ12192674) |
| 139 | | | | Email to T. Henderson from L. Nemirow - Apr. 9, 2001 (KPMGZ12220016-17) |
| 140 | | | | Email to T. Henderson dated Apr. 9, 2001 (KPMGZ12220018) |
| 141 | | | | Emails - Apr. 13, 2001 (KPMGZ12060001) |
| 142 | | | | KPMG Invoice (draft) to C. Sala dated Apr. 16, 2001 (KPMGZ12192672-73) |
| 143 | | | | KPMG Invoice dated Apr. 17, 2001 (KPMGZ12192671) |
| 144 | | | | Handwritten Notes (129) |
| 145 | | | | Email from C. Sala to T. Henderson dated Oct. 6, 2002 w/attach. (KPMGZ12060506-606) |
| 146 | | | | Email from L. Nemirow to C. Sala dated July 7, 2003 (KPMGZ12060801-03) |
| 147 | | | | Opinion letter dated Sep. 15, 2000 |
| 148 | | | | Opinion letter dated Nov. 13, 2000 (LN 148-246) |
| 149 | | | | Opinion letter dated Apr. 16, 2001 to C. Sala |
| 150 | | | | Opinion letter dated Apr. 16, 2001 to M. White (59) |
| 151 | | | | Opinion letter dated Apr. 16, 2001 to C. Dice (58) |
| 152 | | | | C. Dice - 2000 Form 1040 (48) |

| | | | | |
|---|---|---|---|---|
| 153 | | | | C. Dice - Closing Agreement (50) |
| 154 | | | | C. Dice - Letter dated Nov. 17, 2000 to Deerhurst and M. Schwartz (51) No |
| 155 | | | | C. Dice - Foreign Exchange Trading Program (57) |
| 156 | | | | L. Nemirow - Email dated Oct. 13, 2000 re: Summary of our Meeting with Larry Nemirow (100) |
| 157 | | | | L. Nemirow - Letter to C. Sala dated Nov. 28, 2000 (101) |
| 158 | | | | L. Nemirow - Letter from M. Schwartz re: Foreign Exchange Trading Program (102) |
| 159 | | | | L. Nemirow - FX2 Trading Plan - Outline of Proposed Plan (103) |
| 160 | | | | L. Nemirow - Brown & Wood Memo. re: Investments in Foreign Currency (104) |
| 161 | | | | L. Nemirow - Memo. from W. Natbony to M. Schwartz dated Sep. 26, 2000 (105) |
| 162 | | | | L. Nemirow - Fax Cover Sheet from M. Schwartz to L. Nemirow (106) (106) |
| 163 | | | | L. Nemirow - C. Sala transaction records from Dec. 6, 2000 to Nov. 7, 2005 (107) |
| 164 | | | | L. Nemirow - Email from R. Attai to L. Nemirow, Oct. 10 2000 re: my review of the boss docs - w/attach. (108) |
| 165 | | | | L. Nemirow - Deerhurst telephone conference notes (109) |
| 166 | | | | L. Nemirow - Letter to C. Sala from Brown & Wood dated Apr. 16, 2001 (110) |
| 167 | | | | L. Nemirow - Emails between Nemirow, Ruble, and Sodano (111) |
| 168 | | | | L. Nemirow - Email from L. Nemirow to C. Sala from July 7, 2003 (112) |
| 169 | | | | A. Napier - Standardized Fax Cover (116) |
| 170 | | | | A. Napier - Engagement Letter (117) |
| 171 | | | | A. Napier - KPMG Engagement Letter (118) |
| 172 | | | | A. Napier - Bill (119) |
| 173 | | | | A. Napier - Bill (120) |
| 174 | | | | A. Napier - KPMG Engagement Letter (121) |
| 175 | | | | A. Napier - Printout from Billing System (122) |
| 176 | | | | A. Napier - Four Emails (123) |
| 177 | | | | A. Napier - Multi National Strategies Document (124) |
| 178 | | | | A. Napier - Multi National Strategies Document (125) |
| 179 | | | | A. Napier - Series of Emails (126) |
| 180 | | | | A. Napier - Notes Regarding Tasks (127) |
| 181 | | | | A. Napier - Handwritten Notes (128) |
| 182 | | | | A. Napier - Handwritten Notes from Dec. 1 (129) |
| 183 | | | | K. Brady - Input Page (130) |
| 184 | | | | K. Brady - Bill to C. Sala from KPMG (131) |
| 185 | | | | K. Brady - WIP Report (132) |

| | | | | | |
|---|---|---|---|---|---|
| | 186 | | | | K. Brady - Work of C. Sala's 2001 Tax Return (133) |
| | 187 | | | | K. Brady - Attachment to Colorado Amended Return (134) |
| | 188 | | | | DeRosa Report - Ex. 1 |
| | 189 | | | | DeRosa Report - Ex. 3 |
| | 190 | | | | DeRosa Report - Ex. 4 |
| | 191 | | | | DeRosa Report - Ex. 7 |
| | 192 | | | | KPMG Summonses issued Mar. 19, 2002 w/attach. |
| | 193 | | | | J. Bray Letter dated Feb. 5, 2002 |
| | 194 | | | | J. Barloon Letter dated Nov. 17, 2006 |
| | 195 | | | | Plaintiffs' Initial Disclosures |
| | 196 | | | | Declaration of Carlos Sala filed November 14, 2005 |
| | 197 | | | | Declaration of Carlos Sala filed February 3, 2006 |
| | 198 | | | | Declaration of Michael Schwartz filed February 3, 2006 |
| | 199 | | | | Plaintiffs' Response to Defendant's First Requests for Production |
| | 200 | | | | Plaintiffs' Response to Defendant's Second Requests for Production 's''s sdfad |
| | 201 | | | | Plaintiffs' Response to Defendant's First Interrogatories |
| | 202 | | | | Plaintiffs' Response to Defendant's Second Interrogatories |
| | 203 | | | | Complaint |
| | 204 | | | | John Raby Compensation Agreement |
| | 205 | | | | September 12, 2006 Letter from Josiah O. Hatch to Amy Matchison, with attachment "Addendum to Multinational Strategies LLC Shareholder Agreement Regarding Remittance of John Raby as Shareholder (96) |
| | 206 | | | | January 12, 2000 Letter from Donna M. Guerin to Carlos Sala and John Raby (98) |

2425152.11