# EXHIBIT 6

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

------------------------------------------------X

CARLOS E. SALA and ZANOLINI SALA,

         Plaintiffs,

         Civil Action No: 05-cv-00636
                       LTB-PAC

vs

UNITED STATES OF AMERICA,

         Defendant.

------------------------------------------------X

DEPOSITION

OF

MICHAEL SCHWARTZ

NEW YORK, NEW YORK

JUNE 28, 2006

9:50 A.M.

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203-4725
(800) 288-3376

REPORTED BY: Nancy Anne Flynn, RPR
FILE NO.: A005571

Page 12

1                 Michael Schwartz

2  invested in.

3        Q     How would you describe that? What
4  would you call that program?

5        A     The Deerhurst Diversified Investment                09:58
6  Fund.

7        Q     Did you -- was Mr. Sala, did he become
8  a client of yours?

9        A     He became a client of Deerhurst.
10 Indirectly, he became a client of mine.                         09:58

11       Q     And was he indirectly a client of
12 yours in connection with his participation in the
13 Deerhurst investment program?

14       A     Yes.

15       Q     Did you represent other clients in                  09:58
16 connection with that program?

17       A     I -- just to be specific, I was an
18 agent of Deerhurst, and on their behalf, I had
19 numerous discussions with many clients on --
20 regarding that program.                                         09:58

21       Q     Did -- do you recall when and under
22 what circumstances you came to meet Mr. Sala?

23       A     I was introduced while I was still at
24 Price Waterhouse Coopers by a colleague of mine in
25 the Denver office of Price Waterhouse Coopers, John             09:59

1                    Michael Schwartz
2  Raby.  And John arranged a meeting with Mr. Sala and
3  Mr. Anthony White.
4         Q     And do you recall approximately when
5  that meeting took place?                                     09:59
6         A     It was early 2000.  January, February
7  time frame.
8         Q     And who was present at the meeting?
9         A     Myself, Mr. Sala, and Mr. White.
10        Q     And this is a long time ago.  Do you            09:59
11 remember the substance of what was discussed at the
12 meeting?
13        A     Sure.  Generally, we talked about
14 opportunities to combine an investment strategy with
15 large tax deductions.                                        09:59
16        Q     Before you and your clients invested
17 in Deerhurst investment strategy, did you do any
18 investigation of Deerhurst or Mr. Krieger --Krieger,
19 I'm sorry?
20        A     I was -- as I mentioned, I had been            10:00
21 referred to Deerhurst by a Chuck Bolton.  And I
22 developed a relationship with Chuck Bolton in the
23 past, and was aware of his business acumen.  He was
24 very up-front in his discussions of Deerhurst's
25 capabilities as being a fund that while on the               10:00

Page 135

Michael Schwartz

2   Q    You never had a conversation with him
3   in which he told you he wanted both ordinary and
4   capital losses, Mr. Schwartz?
5   A    While, not having a specific                                14:38
6   recollection, that would not surprise me if it did
7   occur.
8   Q    Okay.  Mr. Sala wanted ordinary
9   losses, correct?
10              MR. HALLETT:  Just to clarify, I                     14:39
11         object to it's ambiguous.  You are
12         talking about tax losses, I take it, as
13         opposed to economic losses?  Is that --
14              MR. GEIER:  Correct.
15              MR. HALLETT:  With that                              14:39
16         clarification.
17   Q    Does that change your answer, did you
18   understand we were talking about tax losses?
19   A    Yes, I did, I'm sure no one wants
20   economic losses.  But that would be a correct        14:39
21   presumption.
22   Q    And so, when did you first meet John
23   Raby?
24   A    1997 or 1998.
25   Q    And that was at Coopers?                        14:39

1                    Michael Schwartz

2         A    Yeah, I believe it was still Coopers,
3  the merger with Price Waterhouse happened in '98, so
4  the more I think about it, I didn't meet him in '97,
5  I met him sometime in '98, so.                                          14:40
6         Q    And he was involved in tax advantaged
7  strategies and investments, correct?
8         A    No, he was involved with high net
9  worth individuals.
10        Q    Doing what, for them?                                       14:40
11        A    Preparing tax returns and other
12 financial planning.
13        Q    But his focus was on high net worth
14 individuals?
15        A    Yes.                                                        14:40
16        Q    What was he doing just prior to coming
17 over to Multinational Strategies I believe you told
18 me in January of 2001?
19        A    He continued to work in the personal
20 financial planning group.                                               14:40
21        Q    So he was working at --
22        A    PWC.
23        Q    Up until the time he left to come join
24 you?
25        A    Yes.                                                        14:41

Page 155

Michael Schwartz

2   A   Yes, it was.

3   Q   So you were able to use all the losses
4 you generated out of the transaction, correct?

5   A   Yes.                                                      15:01

6   Q   And it's correct your testimony was in
7 2000 you didn't know how many clients Mr. Krieger
8 had?

9   A   That's correct.

10  Q   But you believed it was more than one?      15:01

11  A   That's correct.

12  Q   And these would have been clients
13 apart from the Deerhurst transaction?

14  A   That's correct.

15  Q   Did Mr. Krieger ever explain to you       15:01
16 that his business was in such a state that he did
17 need the influx of new money to survive?

18  A   Mr. Krieger did explain to me that as
19 a result of that one client pulling out that yes, he
20 did need more clients, that he was in a position of    15:01
21 eagerly getting additional clients, but he did not
22 say to survive.

23  Q   There needed to be documents for this
24 transaction, correct, the Deerhurst transaction?

25  A   There was an offering transaction.         15:02

Page 156

```
                    Michael Schwartz
 1
 2      Q    General partnership agreement?
 3      A    Yes.
 4      Q    Incorporation documents?
 5      A    Yes.                                            15:02
 6      Q    Dissolution documents?
 7      A    Yes.
 8      Q    In fact the S corps were dissolved
 9 differently depending upon whether there was a need
10 for an ordinary loss or --                               15:02
11      A    No.
12      Q    Same dissolution procedure?
13      A    Yes.
14      Q    Same mechanism of transmitting the
15 interest in the S. corp over to the LLC?                 15:02
16      A    That was the same.
17      Q    Okay.  We'll talk about that a little
18 more when we look at documents.
19
20           What law firm drafted these                    15:02
21 organizational documents?
22      A    Rosenman & Colin.
23      Q    Did you have a relationship with them?
24      A    Yes.
25      Q    Did you contact them in order to do            15:02
```

Page 157

1                Michael Schwartz

2  this?

3        A    Andy contacted them to do it.

4        Q    Did he have a prior relationship with
5  them?                                                    15:03

6        A    Yes.

7        Q    What was his relationship?

8        A    They were his attorneys.

9        Q    For what?

10       A    At that point most of his business.           15:03

11       Q    So you each had worked with that law
12 firm?

13       A    Yes.

14       Q    Were they paid initially or did they
15 have to wait for their money?                            15:03

16       A    I didn't pay so I don't know.

17       Q    You don't know what the arrangement
18 was to pay their bills?

19       A    No.

20       Q    But you were talking with them at the         15:03
21 time that they were drafting the documents?  You were
22 involved in the transaction at that point?

23       A    I did speak with them, yes.

24       Q    You were part of the transaction at
25 that point?  You didn't come in and the documents        15:03

1                    Michael Schwartz

2    were already drafted.

3         A    No.

4         Q    You talked to them about what types of
5    documents you needed?                                    15:03

6         A    They talked to me about what types of
7    documents.

8         Q    You told them what --

9         A    They told me what documents I would
10   need.                                                    15:04

11        Q    You told them what your plan was?

12        A    They told -- well, yeah, it was them
13   telling me and me telling them.

14        Q    You came up with the tax idea?

15        A    No.                                            15:04

16        Q    They came up with the tax loss, that
17   was their idea?

18        A    Yes.

19        Q    That wasn't your idea?

20        A    No.                                            15:04

21        Q    So the idea of this transaction to
22   generate a tax loss wasn't you?

23        A    No.

24        Q    And they came up with it on their own
25   and they talked to you; is that how it worked?           15:04

```
                                                              Page 159
1              Michael Schwartz
2      A    No, they came up with it and they
3  talked to Andy, and then Andy talked to me.
4      Q    Okay.
5      A    And then we all talked. But Andy                  15:04
6  basically didn't understand tax law and asked me to
7  get involved.
8      Q    Did they make any more than an hourly
9  fee, the law firm, from this transaction?
10          MR. HARTIGAN: Already asked and                    15:04
11     answered. Objection.
12     A    You would have to ask them.
13          MR. HALLETT: Don't suggest that.
14          THE WITNESS: I'm sorry.
15          MR. HARTIGAN: I don't want to                     15:05
16     come to New York again. It's a great
17     city.
18     A    As far as I know, they charged what
19 they normally charge for an offering memorandum.
20 Whether that's at an hourly rate or whether there's a      15:05
21 premium, I don't know.
22     Q    So the first you heard of the
23 Deerhurst transaction was from who? Was it a
24 discussion that you had?
25          MR. HALLETT: Wait, let him                        15:05
```

```
 1                    Michael Schwartz
 2      answer the question.
 3      A     Andy Krieger.
 4      Q     He came to you?
 5      A     Yes.                                          15:05
 6      Q     And he came to you after already
 7 creating these organizational documents or having
 8 them drafted?
 9      A     No.
10      Q     What stage was the transaction when           15:05
11 Andy came to you?
12      A     It was an idea on the pad.
13      Q     And he called you up?
14      A     Yes.
15      Q     And did he talk to you because he knew        15:05
16 you would know the tax angle?
17      A     We had been talking about other ways
18 of working together, which was not coming together
19 very easily.  So what Andy said was, Hey, I was
20 talking with Rosenman, and they said what about this    15:06
21 transaction, which ultimately became Deerhurst's
22 trading strategies.  And he said, if you think it has
23 merit, you should talk to Rosenman and let's flesh it
24 out.
25      Q     Was Rosenmann's initial idea only             15:06
```