# EXHIBIT 7

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

---------------------------------X
CARLOS E. SALA and            )
TINA ZANOLINI SALA,           )
                              )
            Plaintiffs,       )
                              )
       vs.                    )Civil Action No.
                              ) 05-CV-00636
UNITED STATES OF AMERICA,     ) LTB-PAC
                              )
            Defendant.        )
---------------------------------X

June 29, 2006

10:16 a.m.

Continued Videotaped Deposition of MICHAEL SCHWARTZ, held at the offices of Morvillo, Abramowitz, Grand, Isaacson, New York, New York, pursuant to Adjournment, before Elisabeth F. Nason, a Notary Public of the State of New York.

ATKINSON-BAKER, INC.
COURT REPORTERS
Telephone 1-800-288-3376
www.depo.com

Reported by: ELISABETH F. NASON
FILE NO.: A00566E

Page 14

1          Michael Schwartz

10:27:48  2      A.   At that time, that's right.
10:27:50  3      Q.   Did the banks give you a reason?
10:28:00  4      A.   Typically not. More that they were
10:28:10  5 just not interested.
10:28:14  6      Q.   Other than Mr. Krieger, did you talk
10:28:16  7 with any other trader or trading company about
10:28:22  8 implementing a spread option strategy?
10:28:26  9      A.   No.
10:28:36 10      Q.   The Deerhurst transaction was
10:28:40 11 started and formed in 2000, correct, with the
10:28:44 12 test accounts?
10:28:46 13      A.   Yes.
10:28:48 14      Q.   The partnership agreement, the
10:28:50 15 general partnership agreement was drawn up in
10:28:52 16 2000?
10:28:52 17      A.   Yes.
10:28:54 18      Q.   The limited liability company
10:28:56 19 agreement was drawn up in 2000?
10:28:58 20      A.   Yes.
10:29:00 21      Q.   Subscription documents were signed
10:29:02 22 in 2000?
10:29:02 23      A.   Yes.
10:29:08 24      Q.   The law firm Rosenman & Colin
10:29:10 25 drafted the incorporation documents for the

Page 15

```
                 1              Michael Schwartz
10:29:12         2   various S Corporations?
10:29:14         3        A.   Yes.
10:29:16         4        Q.   They drafted the liquidation
10:29:18         5   documents at the same time, correct?
10:29:20         6        A.   During that year, I don't think it
10:29:22         7   was the same time they did the incorporations,
10:29:26         8   but --
10:29:26         9        Q.   But you are not sure they didn't
10:29:28        10   give it to you as a package is what I'm --
10:29:32        11        A.   No, no.
10:29:32        12        Q.   They drew up consents for the
10:29:36        13   S corps to do business?
10:29:36        14        A.   Yes.
10:29:42        15        Q.   They prepared an opinion letter?
10:29:44        16        A.   They did.
10:29:44        17        Q.   Maybe several drafts of an opinion
10:29:48        18   letter?
10:29:48        19        A.   Possibly.
10:29:54        20        Q.   All the organizational costs of the
10:30:02        21   Deerhurst transactions were incurred in 2000,
10:30:06        22   correct?
10:30:08        23        A.   All the activities were completed in
10:30:14        24   2000.
10:30:36        25             MR. GEIER:  I would like to show
```

Page 134

1          Michael Schwartz

01:25:30  2    I'm going to prove that wrong. I think

01:25:34  3    you asked this, I'm going to rephrase

01:25:38  4    it.

01:25:40  5        THE VIDEOGRAPHER: Give him the

01:25:40  6    microphone. Thank you.

01:25:44  7  EXAMINATION BY

01:25:44  8  MR. HARTIGAN:

01:25:44  9    **Q.  With regard to the Deerhurst**

01:25:46  10  **transaction that is the discussion the last two**

01:25:48  11  **days for this lawsuit, did KPMG and/or any of**

01:25:56  12  **the publicly indicted KPMG or former partners or**

01:26:00  13  **principals, have any connection with the**

01:26:02  14  **Deerhurst strategy that we have been discussing**

01:26:04  15  **the last two days?**

01:26:06  16    **A.  No, they did not.**

01:26:08  17    MR. HARTIGAN: Thank you.

01:26:10  18    THE VIDEOGRAPHER: This will end

01:26:14  19  videotape number five of the deposition

01:26:16  20  of Michael Schwartz and conclude the

01:26:18  21  recording of this deposition. We are

01:26:20  22  going off the record at 1:27 p.m., June

01:26:22  23  29, 2006.

24    (Time noted: 1:27 p.m.)

25