# EXHIBIT 8

Page 300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

- - - - - - - - - - - - -

CARLOS E. SALA and         : No. 05-CV-00636-LTB-MEH
TINA ZANOLINI SALA,        :
                           :
              Plaintiffs:  :
   -v-                     :
                           :
UNITED STATES OF AMERICA,  :
                           :
              Defendant    :

- - - - - - - - - - - - -

VOLUME II
VIDEOTAPE DEPOSITION OF
ANDREW KRIEGER
LAW OFFICES OF FISCHER, PORTER & THOMAS, P.C.
440 SYLVAN AVENUE, SUITE 130
ENGLEWOOD CLIFFS, NEW JERSEY 07632
OCTOBER 27, 2006

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203
(800) 288-3376

REPORTED BY: SHAUNA DETTY

FILE NO.: A00921E

Page 389

1 roughly, did your involvement continue?

2    A.    I think it was until 2004.

3    Q.    So, was it throughout the life of
4 the program?

5    A.    Yes.

6    Q.    And the -- was there any significant
7 period of time where you were absent, you were
8 not involved in the program?

9    A.    No.

10   Q.    What would you say with respect to
11 your frequency -- from the time the dollars came
12 in in the first stage of the program to the end,
13 what would you say is -- was the frequency daily,
14 seven days a week; what kind of attention did you
15 give it?

16   A.    I think, perhaps, with maybe a one
17 day exception, I probably thought about it every
18 day and worked on it every day in some way.

19   Q.    Okay.

20         Did you ever have any
21 discussions with anyone associated with the
22 accounting firm of KPMG regarding the Deerhurst
23 Program?

24   A.    I don't believe so.

25   Q.    To your knowledge and observation,

1 did anyone associated with KPMG have anything to
2 do with the implementation of the program?
3    A.        I don't believe so.
4    Q.        Did anyone associated with KPMG have
5 anything to do with the management of the
6 program?
7    A.        The trading?
8    Q.        Yes.
9    A.        No, no way.
10   Q.        Okay.
11            Did you ever talk to anyone
12 associated -- yourself, associated with KPMG
13 about the Deerhurst Program?
14   A.        I don't think so.
15   Q.        Okay. I wanted to ask a little bit
16 about your background.
17            As I understand your testimony,
18 other than your clerkship, your first job out of
19 school was with Salomon Brothers?
20   A.        Except for teaching tennis, yeah.
21   Q.        Okay.
22            And I believe you testified,
23 yes, most significant part of your life.
24            And I believe you testified
25 that within six months with Salomon Brothers, you

Page 438

1 guess, does the math work out to about seven
2 percent a year?
3    A.        7.2.
4    Q.        Okay.
5              So, we take whatever the --
6    A.        But the only guess of it is how much
7 of the account was free in earning interest, and,
8 on average, we had about 20 percent of our money
9 in long options at a time.
10   Q.        All right.  Let's talk about
11 Mr. Sala for a moment.
12             Do you remember whether or not
13 you met Mr. Sala before he invested money into
14 the Deerhurst Program?
15   A.        Yes, I did.
16   Q.        Do you recall if you met him on more
17 than one occasion?
18   A.        I don't recall the number of times I
19 met or spoke on the phone, but I know that I
20 spoke with him, either personally or on the phone
21 more than once.
22   Q.        When you -- when you met with him
23 personally, do you recall where?
24   A.        It was in my office.
25   Q.        And where was your office at the

Page 439

1  time?

2  A.        It was in Fort Lee.

3  Q.        Okay.

4            And at that time, there was --
5  your office, was that where your trading was
6  conducted?

7  A.        Yes.

8  Q.        And I want to go into the structure
9  of that office, but there were traders in the
10 office besides yourself?

11 A.        Yes.

12 Q.        There were persons involved in
13 administrative functions besides yourself?

14 A.        Yes.

15 Q.        Okay.

16           And when Mr. Sala came to the
17 office, did he -- to your observation, did he
18 view the operations?

19 A.        He definitely viewed the operations.

20 Q.        Did he talk to anyone other than
21 you?

22 A.        I believe you spoke with Peter
23 Molyneux.

24 Q.        And when he talked with you, what,
25 if anything, -- did he ask you any questions?

Page 440

```
 1    A.        He asked me, I think, almost
 2 exclusively about trading.
 3    Q.        And what do you remember, if
 4 anything, that he asked you about trading?
 5    A.        I don't remember the specifics, but
 6 I remember being surprised at how annoyingly
 7 thorough he was with his questioning; everything
 8 about risk controls to processing of trades to
 9 historical trade performance, what could go
10 right, what could go wrong, where did I make
11 money, where would I loss money, what
12 environments were good.  He asked a lot of
13 probing questions.
14    Q.        And you testified, I think, that
15 there were telephone conversations as well, and
16 I'm looking at a time frame before he entered
17 into the program, did he continue to do that, ask
18 probing questions?
19    A.        Yes.
20    Q.        To your recollection, did you and he
21 ever have a discussion about a tax loss?
22    A.        Never.
23    Q.        Did --
24    A.        Well, during that period?
25    Q.        During that period?
```

1   A.          The only time we'll answer which is
2   that we did speak about the fact that after he
3   withdrew and after he decided he was going to
4   file an action, he just informed me about that.
5   Q.          Okay.
6               And by file an action, you mean
7   this proceeding?
8   A.          This proceeding.
9   Q.          His case against the United States?
10  A.          Yes.
11  Q.          And so, roughly, when would that
12  conversation have occurred?
13  A.          I don't remember.
14  Q.          Sometime within the last couple of
15  three years?
16  A.          Yes.
17  Q.          But before that, you -- did you ever
18  have any conversation with him about a tax loss
19  or taxes at all?
20  A.          Never.
21  Q.          Okay.
22              And going forward from the time
23  that -- do you recall, roughly, how much money he
24  invested in the program?
25  A.          I recall better now having looked at