# EXHIBIT 12

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

- - -

CARLOS E. SALA and )
TINA ZANOLINI SALA, )
                    )
         Plaintiffs, )
                    )
   vs.              )   No. 05-CV-00636-LTB-PAC
                    )
UNITED STATES OF    )
AMERICA,            )
                    )
         Defendant. )
                    )

DEPOSITION OF

BECKETT CANTLEY

BEVERLY HILLS, CALIFORNIA

OCTOBER 11, 2006


ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY: JOSEPH R. LOMBARDI, CSR NO. 12641

FILE NO.: A0089AC

1 point.

2      MR. JANIK: All right. That's fine. I mean I
3 think you understand we're still talking background. So
4 I'm just trying to get an understanding of Mr. Cantley
5 and what his expertise is before we actually walk in to
6 that transaction, but I do appreciate your comment.

7   Q.  Okay. Now, Mr. Cantley, back to my initial
8 question, I'm just trying to identify whether or not you
9 held any of these licenses in 2000. Am I correct that
10 you're just not sure if you may have? Is that your
11 answer?

12   A.  I took --

13      MR. WELTY: I'm going to object and tell you not
14 to answer this question until they ask questions about
15 your interactions with Mr. Sala and tie it in more
16 directly. Once we get into that, I'll be glad to
17 entertain a question about a background material that may
18 or may not be relevant to what you agreed or didn't agree
19 to do for Mr. Sala.

20 BY MR. JANIK:

21   Q.  Okay. Mr. Cantley, this is Anton Janik again.
22 Mr. Cantley, am I correct that you offered to write an
23 opinion letter for Mr. Sala with regards to the Deerhurst
24 transaction?

25   A.  I stated that -- I believe I stated, and again

1  this is a conversation that happened a very long time ago
2  that was very brief, and so I don't remember the exact
3  words. I don't even remember if Mr. Sala was on the
4  line. I remember that Tracy Henderson was on the line,
5  and I believe she was talking about either Mr. Sala or
6  his partner or both. I do not remember who else was on
7  the line. So I don't even know if I'm talking about
8  Mr. Sala at all. But if I am, if my supposition is
9  correct and we were talking about Mr. Sala and not
10 whoever his partner was, I said that we were -- I believe
11 I said that we were favorably inclined to render an
12 opinion but that we needed to look deeper into Mr. Sala's
13 particular facts if it was, in fact, Mr. Sala we're
14 talking about in order to know which direct that opinion
15 would go.
16         MR. WELTY: I'm sorry. We had about three
17 people talking at the same time there.
18         THE WITNESS: Okay. How far did we get? I'll
19 have the court reporter read back what I said.
20         (Whereupon, the record was read by the
21         reporter.)
22 BY MR. JANIK:
23   Q.  So, Mr. Cantley, did you understand that that
24 transaction involved currency options?
25   A.  Yes.

1    A.    I know that Mr. Natbony represented
2 Mr. Schwartz's entity.
3    Q.    How did you come by that knowledge?
4    A.    From Mr. Schwartz.
5    Q.    All right. And had you ever had any contact
6 with Mr. Natbony with regard to Mr. Sala's Deerhurst
7 matter?
8    A.    I really doubt it.
9    Q.    How about a guy named John Raby? Are you
10 familiar with that name?
11    A.    I know John Raby, yes.
12    Q.    And how do you know Mr. Raby?
13    A.    From Mr. Schwartz.
14    Q.    And can you tell me how did Mr. Schwartz
15 identify him to you?
16    A.    He said he worked with John Raby.
17    Q.    Okay.
18    A.    I believe John Raby was either an employee or
19 independent contractor for Mr. Schwartz's firm.
20    Q.    Do you know whether Mr. Raby participated in the
21 Deerhurst transaction?
22    A.    I don't know. It would not surprise me, but I
23 don't know.
24    Q.    What was the outcome of the conversation you had
25 with Ms. Henderson?

Page 57

1     A.   Well, they never contacted me again, to my

2  knowledge.  So I guess the outcome is that they didn't

3  hire me.

4     Q.   All right.  At the end of the conversation, was

5  there any plan for a future meeting or a letter or

6  anything of that nature that you recall?

7     A.   I don't believe so.  I think it was an

8  informational call only, and they got whatever

9  information they wanted and moved on.

10    Q.   All right.  Have you had any conversations with

11 Bruce Lemons?

12    A.   Doesn't ring a bell.

13         THE REPORTER:  I'm sorry.  The name was

14 Ruth Lemons?

15 BY MR. JANIK:

16    Q.   Bruce.

17    A.   Bruce?  Like Bruce Wayne?

18    Q.   That's correct.  And Lemons like the fruit.

19         THE WITNESS:  Do you want to read back my

20 answer.

21         (Whereupon, the record was read by the

22         reporter.)

23 BY MR. JANIK:

24    Q.   And I'm correct that, Mr. Krieger, now having

25 had the name fully explained to you -- I'm sorry,