# EXHIBIT 13

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE DISTRICT OF COLORADO

**CERTIFIED COPY**

```
CARLOS E. SALA AND              )
TINA ZANOLINI SALA,             )
                                )
            Plaintiffs,         )
                                )
            -vs-                )   CIVIL ACTION NO.:
                                )   05-CV-00636-LTB-PAC
UNITED STATES OF AMERICA,       )
                                )
            Defendants.         )
```

DEPOSITION OF

KEVIN BRADY

ATLANTA, GEORGIA

WEDNESDAY, SEPTEMBER 27, 2006

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California  91203
(818)551-7300

REPORTED BY:  LINDA K. JACKSON, CCR NO.: B-995

FILE NO.:  A00842C



April 17, 2001
Invoice  40548340

**PLEASE REMIT TO**

KPMG LLP
DEPT 0601
P O BOX 120001
DALLAS, TX 75312-0601

TIN  13-5565207

BILLED TO:
MR. CARLOS SALA
2424 GINNY WAY
LAFAYETTE, CO 80026

Business Unit:  US015   Client Number   60066022
Project Number(s): 10338668

Billing for professional services rendered from December 1, 2000 through April 15, 2000 in connection with the following

- Preparation of 2000 Federal and Colorado income tax projections, including discussions with Goldman Sachs and Morgan Stanely.

- Preparation of 2001 Federal and income tax projections for investments planning purpose and related consultations

- Preparation of 2000 Federal and Colorado individual income tax returns

- Form W-2 analysis and related discussions regarding stock option income

- Miscellaneous tax advice as requested.

Total Due                     $25,000 00

KPMGZ12192671

Please Pay By Invoice and     Payment Due
Enclose Remittance Copy        Upon Receipt

EXHIBIT
PKG 131  9-27-04
BRADY

File Copy



Client Copy

## PROFORMA - For Review Only

April 16, 2001
Invoice 40548340

**BILLED TO:**
MR. CARLOS SALA
2424 GINNY WAY
LAFAYETTE, CO 80026

```
PLEASE REMIT TO.

KPMG LLP
DEPT 0508
P O BOX 120001
DALLAS, TX 75312-0508

TIN 13-5565207
```

Business Unit. US015   Client Number: 60066022
Project Number(s): 10358668

Billing for professional services rendered from December 1, 2000 through April 15, 2001 in connection with the following:

- Preparation of 2000 Federal and Colorado income tax projections, including discussions with Goldman Sachs and Morgan Stanely.

- Preparation of 2001 Federal and income tax projections for investments planning purpose and related consultations.

- Preparation of 2000 Federal and Colorado individual income tax returns.

- ~~Double-click~~ Form W-2 analysis and related discussions regarding stock option ~~gain~~ income

- Miscellaneous tax advice as requested.

Total Due     $25,000.00

OIL
TICA

KPMGZ12192672

Please Pay By Invoice and     Payment Due
Enclose Remittance Copy       Upon Receipt

( Project 40358668

Mr. Carlos Sala
2424 Ginny Way           #4054834-0
Lafayette, CO 80026

Billing for professional services rendered from June 1, 2000 through November 30, 2000 in connection with the following:

- Preparation of 2000 Federal and Colorado income tax projections, including discussions with Goldman Sachs and Morgan Stanley

- Preparation of 2001 Federal income tax projection for investment planning purposes and related consultations.

- Preparation of 2000 Federal and Colorado individual income tax returns

- ~~2000~~ Doubleclick Form w-2 analysis and related discussions regarding stock option gain    ~~$25,000~~

- Miscellaneous tax advice as requested.                    $25,000

Note: Set up new project
please print WIP.

KPMGZ12192673

| Client | Project | BU | Project Name | Employee | Date | Hours | Time Comments | Standard Fee | Expenses | Expense Type | Expense Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Brady, Kevin Michael | 3/21/01 | 2 | -2000 TAX RETURN -REVIEW OF 2000 TAX RETURN-WZ & | 750 | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Brady, Kevin Michael | 3/27/01 | 2 | DOUBLECLICK SALES -REVIEW OF 2000 TAXES; DOUBLECLICK | 750 | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Brady, Kevin Michael | 3/28/01 | 2 | SALES | 750 | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 3/1/00 | 1 | -Discuss new strategy | 450 | 0 | | -Location: Betty's, Denver, Colorado Attendees: Henderson, Anmo Business Purpose, Discuss Investments Per Diem Location, Per Diem Days Per Diem Amount |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 9/14/00 | | -Recd short option opinion, discuss w/ Carlos and Tony Telephone call w/ R J Ruble, | 0 | 35 Meals | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 10/10/00 | 5 | discuss w/ Carlos | 2250 | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 10/6/00 | 2 | -Telefone call w/ Becket, etc | 900 | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 10/11/00 | 2 | -Find attorney (Bruce) and investment help (Audit) | 900 | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 10/12/00 | 1 | -Telephone call w/ Amir and father up | 450 | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 10/13/00 | 1.5 | -Telephone call w/ Bruce Lorrence | 675 | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 11/3/00 | 1 | -Discuss email posture, etc w/ Carlos; discuss POPs | 450 | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 11/8/00 | 1 | -Discuss 2000 tax projection and missing info w/ Carlos | 450 | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K. | 12/8/00 | 0 | | 0 | 10 Meals Telephone: Sundry | | -Location: Norm's Italian Kitchen Attendees: C. Sala, K. Brady, T. Henderson Business Purpose: Discuss PFP Per Diem Location: Per Diem Days Per Diem Amount |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K | 3/2/01 | 2 | -Strategy issues w/ Lump Nemirow | 0 | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Lobo, Robert Earl | 3/26/01 | 3.5 | -Prepare 1040 for Carlos Sala | 850 | 81 Sundry | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey | 6/5/00 | 0.5 | -Called Precitite regarding Draft documents for Carlos | 875 | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey | 6/7/00 | 1 | -Engagement letter | 100 | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey Angelica | 6/14/00 | | -Spoke to Tracie regarding documents received / spoke to Jeff Mangled and Steven Buss regarding account opening documents | 200 | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey Angelica | 8/29/00 | 0.5 | -Searched for engagement letter related to Preduction in fees for permlble prod. | 100 | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey Angelica | 7/8/00 | 0.5 | -Emails regarding Carlos Solar Called Steven Beam for updates on Sala. | 112.5 | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey Angelica | 7/7/00 | | -Reviewed non-focused language in the | | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey Angelica | 7/13/00 | 0.5 | -credit documents for Tracie. -Late forms for Tracie to Sai Although for | 112.5 | 0 | | |
| SALA, CARLOS | 10358888 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey Angelica | 7/26/00 | 0.5 | approval -Emails regarding Carlos Sala E/M package | 112.5 | 0 | | |

KPMGZI2192674