# EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CARLOS E. SALA AND TINA ZANOLINI SALA,

Plaintiffs,

-vs-

UNITED STATES OF AMERICA,

Defendants.

CIVIL ACTION NO.: 05-CV-00636-LTB-PAC

DEPOSITION OF

ANGIE NAPIER

ATLANTA, GEORGIA

TUESDAY, SEPTEMBER 26, 2006

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203
(818)551-7300

REPORTED BY: LINDA K. JACKSON, CCR NO.: B-995

FILE NO.: A00842B

transaction to you?

A Not that I can recall.

Q Go ahead.

A I mean, my role was to fill in the facts. And so by the time I got the template, all of the legal analyses had been done.

Q Do you know who wrote the template?

A No.

Q For the BLIPS transactions, do you know who wrote the template?

A No. I don't know who wrote any of them.

Q All right. You said that one of the things you did between 1998 and 2000 was to work filling out these tax opinion templates. Did you do anything else besides work on tax opinion templates for FLIP, OPIS, and BLIPS during this time period?

A It was all related to those types of transactions.

Q So related to those types of transactions, was it as you were saying earlier, attending stock prices or doing a basis calculation for purposes of putting information into those tax opinion letters?

A Right. There was a lot of administrative work in filling out the template or preparing representation letters, which is basically the same

thing, filling out the facts and then making sure the representation letters got out to the engagement partners. Or tracking documents and there was a lot of administration or a lot of administrative matters that went along with the template process.

Q Do you know how many BLIPS opinion letters -- BLIPS representation letters you filled out between 1998 through 2000?

A As far as I recall, there was a rep letter for each opinion letter.

Q So we are talking about that you filled out around 200 opinion letters, do you know how many opinion letters you filled out for BLIPS?

A It was over 100.

Q Over 100 for BLIPS? Do you know how many BLIPS opinion letters you filled out?

A It was just a few. When I started in August of 1998, most of the FLIP opinion letters had already been finished and so the first task that I received was to -- well, they gave me the FLIP opinion letter template was to finish the ones that were not finished.

Q Do you recall how many that was?

A It was like 15 or so.

Q And then what about OPIS? Do you recall how many OPIS opinion letters you filled out?

A I worked on maybe 70.

Q Earlier we were talking that you have done over 200, filled out over 200, tax opinion letters.

A Uh-huh.

Q About 70 of them were OPIS, am I correct? About 15 of them were FLIPs. And then the rest were BLIPS. Is that correct?

A As best I can recall, yeah.

Q And earlier you were saying that you had gone into compliance in late 2000. Did you go directly from your role of filling out these tax opinion letters into compliance?

A As best I can remember.

Q And do you recall when in 2000 you went into compliance?

A No. It was either late 2000 or early 2001.

Q Did you do any compliance for Mr. Sala's returns?

A I did.

Q Do you recall which returns you did compliance work on?

A It was later. I think it was the last busy season that I worked in the PFP group. That would have been 2002 tax returns.

Q So before the 2002 tax return, you were not

MR. JANIK: Objection. Calls for speculation.

THE WITNESS: The statement that I saw, a supplement to Schedule A, appeared to have these deductions or similar numbers.

MR. HALLETT: Just give me a couple of minutes.

(Pause in proceedings.)

BY MR. HALLETT:

**Q I believe you testified that -- I don't want to put words in your mouth so you just tell me if it is wrong. But counsel asked you if you were familiar with the term 'Deerhurst'. And I think you said you have heard of that term?**

**A Uh-huh.**

**Q What does Deerhurst mean to you?**

**A I just recall hearing it in regards to a preparation of the tax return.**

**Q Do you recall seeing any documents to indicate at all that KPMG was involved in the promotion of Deerhurst?**

MR. JANIK: Calls for speculation. Objection.

THE WITNESS: No.

////