# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-00636-PAC

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

## DECLARATION OF JOHN M. COLVIN

---

I, John M. Colvin, declare and state the following under penalty of perjury:

1. I am one of the attorneys representing Plaintiffs in the above-captioned matter. I am over 18 years of age and competent to make this Declaration and do so from personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Memorandum and Order in *United States v. Stein*, No. 05-cr-0888 (S.D. N.Y.), dated April 23, 2007, denying defendants' motions for severance, and indicating that the government had estimated its case-in-chief would take approximately 17 weeks to present.

DECLARATION OF JOHN M. COLVIN - 1

3. Attached hereto as Exhibit 2 is a true and correct copy of an Information filed on or about February 14, 2006 against Bayerische Hypo-Und Vereinsbank, AG in the Southern District of New York.

4. Attached hereto as Exhibit 3 is a true and correct copy of an October 11, 2006 letter from David Geier to Michael Watkins, attaching a Notice of Deposition of Tracie Henderson ("Henderson"), which set a deposition on October 25, 2006.

5. Henderson's counsel stated that his client would assert her Fifth Amendment rights with respect to all substantive questions. Counsel for defendant agreed to cancel the scheduled deposition on the condition that counsel for Plaintiffs and counsel for Henderson would execute a stipulation, indicating that were Ms. Henderson required to testify, she would exercise her Fifth Amendment rights, and refuse to answer substantive questions.

6. Attached hereto as Exhibit 4 is a true and correct copy of Lee A. Sheppard's article, "What Does IRS BLIPS Victory Mean?", Tax Notes (February 12, 2007).

7. Attached hereto as Exhibit 5 is a true and correct copy of the Memorandum Opinion and Order on a motion for partial summary judgment in *Klamath Strategic Investment Fund v. United States*, No. 04-278 (E.D. Tex.), dated July 20, 2006, with respect to the application of section 752 of the Internal Revenue Code to certain contingent liabilities.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Memorandum Opinion and Order in *Klamath Strategic Investment Fund v. United States*, No. 04-278 (E.D. Tex.), dated January 31, 2007, holding that the arrangement lacked economic substance because of an undisclosed agreement between the promoters (Presidio) and a bank (NatWest) that the premium

DECLARATION OF JOHN M. COLVIN - 2

loan funds would never be available, but finding no accuracy-related penalties were warranted in part because of the legal opinion received by the taxpayers.

9.  Attached hereto as Exhibit 7 is a true and correct copy of the Memorandum Opinion and Order in *Klamath Strategic Investment Fund v. United States*, No. 04-278 (E.D. Tex.), dated April 3, 2007, denying the government's motion for reconsideration.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 2nd day of May, 2007.

s/ John M. Colvin
John M. Colvin

DECLARATION OF JOHN M. COLVIN - 3