# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge O. Edward Schlatter

| | |
|---|---|
| **Civil Action No.:** 05-cv-00636-LTB-PAC | **FTR** - Reporter Deck - Courtroom A-501 |
| **Date:** May 03, 2007 | Courtroom Deputy, Ellen E. Miller |

_____

| | |
|---|---|
| CARLOS E. SALA, and<br>TINA ZANOLINI-SALA, | Darrell D. Hallett |
| **Plaintiff(s),** | |
| v. | |
| UNITED STATES OF AMERICA, | David N. Geier<br>Anton L. Janik, Jr.<br>Amy T. Matchison   (by telephone) |
| **Defendant(s).** | |

_____
## COURTROOM   MINUTES / MINUTE   ORDER
_____

**HEARING: FINAL PRETRIAL CONFERENCE**
**Court in Session:**   12:30   p.m.
Court calls case.   Appearance of counsel.

Discussion is held regarding the Proposed Final Pretrial Order.


**It is ORDERED:**   The proposed FINAL PRETRIAL ORDER which was tendered to the court is entered and made an order of court.


The parties are directed to contact chambers **(303) 844-4892**   if there are issues that might be resolved in a conference call.

To order a transcript of this hearing,   please contact   Avery Woods Reporting   (303)825-6119

HEARING CONCLUDES.

**Court in recess:**   12:43   p.m.
Total In-Court Time:     00:13