**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00636-LTB-OES

CARLOS E. SALA and
TINA ZANOLINI SALA,

      Plaintiffs,

  v.

UNITED STATES OF AMERICA,

      Defendant.
_____

NOTICE OF ENTRY OF APPEARANCE
_____

      Notification is hereby given that in addition to Darrell D. Hallett and John M. Colvin, please enter the appearance of Ms. Cori E. Flanders also as attorney for the Plaintiffs in this matter and that each attorney should now be considered the attorneys of record for the Plaintiffs.  All pleadings and orders hereafter entered in this matter should be served on the undersigned counsel at the address below in addition to serving Messrs. Hallett and Colvin.

1

DATED this 8th day of May, 2007.

          CHICOINE & HALLETT, P.S.

          s/ Cori E. Flanders
          Cori E. Flanders
          Chicoine & Hallett, P.S.
          Attorneys for the Plaintiffs Carlos E. Sala
          and Tina Zanolini-Sala
          1011 Western Ave. Suite 803
          Seattle WA, 98104
          Telephone: (206) 223-0800
          Facsimile: (206) 467-8170
          Email:  cflanders@chicoine-hallett.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2007, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    David N. Geier        David.N.Geier@usdoj.gov

    Amy Matchison:       Amy.T.Matchison@usdoj.gov

    Anton. L. Janik, Jr.:     Anton.L.Janik@usdoj.gov

I declare under the penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 8th day of May, 2007.

        CHICOINE & HALLETT, P.S.

        s/ Cori E. Flanders
        Cori E. Flanders
        Chicoine & Hallett, P.S.
        Attorneys for the Plaintiffs Carlos E. Sala
        and Tina Zanolini-Sala
        1011 Western Ave. Suite 803
        Seattle WA, 98104
        Telephone: (206) 223-0800
        Facsimile: (206) 467-8170
        Email:  cflanders@chicoine-hallett.com