

**Party and Witness Communications**