**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CHIEF JUDGE LEWIS T. BABCOCK**
_____

Courtroom Deputy:    Deborah Hansen          Date: May 17, 2007
Court Reporter:      Gwen Daniel
_____

Case No. 05-cv-00636-LTB                     Counsel:

CARLOS E. SALA, et al.,                      Darrell D. Hallett

Plaintiffs,

v.

UNITED STATES OF AMERICA,                    David N. Geier
                                             Anton L. Janik (by telephone)
Defendant.
_____

**COURTROOM MINUTES**
_____

Hearing - Status

01:30 p.m.    Court in Session

Appearances

Court's comments

**ORDERED: The July 9, 2007 trial date and the June 12, 2007 Trial Preparation
         Conference date are VACATED.**

Once orders are entered on the two remaining critical pending motions, the court will set a further scheduling conference, resetting the trial date and trial preparation conference date at that time.

01:38 p.m.    Court in Recess
              Hearing concluded
              Time: /08

1