**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Case No. 05-cv-00636-LTB-PAC

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**Order**
_____

    The Government's response to Sala's Second Motion for Partial Summary Judgment on Defendant's Offset Defense (Docket # 114) shall be filed no later than June 19, 2007.

    Sala's reply shall be filed no later than June 29, 2007.

    **DONE and ORDERED,** this   30th   day of May, 2007 at Denver, Colorado.

                                            s/Lewis T. Babcock
                                            United States District Chief Judge