IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and<br>TINA ZANOLINI SALA,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)  05-cv-00636-LTB-OES<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF ANTON L. JANIK, JR. IN SUPPORT OF UNITED STATES'
OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING THE UNITED STATES' OFFSET DEFENSE

I, Anton L. Janik, Jr., declare and state as follows:

1. I am a Trial Attorney for the United States Department of Justice, Tax Division. I am a trial attorney of record and assigned responsibility for representing the interests of the United States in this case. I am in possession of the Department of Justice file and the Internal Revenue Service's file concerning this matter. I have reviewed the Department of Justice and Internal Revenue Service files in my possession in making the representations below.

2. Attached to this Declaration as Exhibit A is a true and correct copy of relevant portions of the deposition of Laurence Nemirow.

3. Attached to this Declaration as Exhibit B is a true and correct copy of a KPMG Billing Record.

4. Attached to this Declaration as Exhibit C is a true and correct copy of a November 17, 2006 Letter from Joseph Barloon to John Colvin.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 19, 2007                              s/ Anton L. Janik, Jr.
                                                    ANTON L. JANIK, JR.
                                                    Trial Attorney, Tax Division
                                                    U.S. Department of Justice