| Client | Project | BU | Project Name | Employee | Date | Hours | Time Comments | Standard Fee | Expenses | Expense Type | Expense Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Brady, Kevin Michael | 3/21/01 | 2 | 2000 TAX RETURN. | 750 | | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Brady, Kevin Michael | 3/27/01 | 2 | REVIEW OF 2000 TAX RETURN W/2 & DOUBLECLICK SALES | 750 | | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Brady, Kevin Michael | 3/29/01 | 2 | REVIEW OF 2000 TAXES, DOUBLECLICK & SALES. | 750 | | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K. | 9/14/00 | 0 | 1 Discuss new strategy | 0 | | Std Meals | Location: Berry's, Denver, Colorado. Attendees: Henderson, Amman. Business Purpose: Discuss Investments. Per Diem Location. Per Diem Days. Per Diem Amount. |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K. | 10/9/00 | 1 | Read short option opinion, discuss w/ Carlos and Tony. Telephone call w/ R.J. Ruble. | 450 | 0 | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K. | 10/10/00 | 2 | Telephone call w/ Beckett, etc. | 900 | 0 | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K. | 10/11/00 | (Amir) | Find attorney (Bruce) and investment help | 2250 | 0 | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K. | 10/12/00 | 1 | Telephone call w/ Amir and follow up | 900 | 0 | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K. | 10/12/00 | 1 | Telephone call w/ Bruce Lommens | 450 | 0 | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K. | 10/13/00 | 1.5 | Discuss return posture, etc. w/ Carlos | 675 | 0 | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K. | 11/13/00 | 1 | Discuss FDPs | 456 | 0 | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K. | 1/18/00 | 1 | Discuss 2000 tax projection and missing info w/ Carlos | 450 | 0 | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K. | 12/6/00 | 0 | | 450 | 0 | 101 Meals | Location: Kona's Italian Kitchen. Attendees: C. Sala, K. Brady, T. Henderson. Business Purpose: Discuss FDP. PFP Per Diem Location. Days, Per Diem Amount. Per Diem |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K. | 3/20/01 | 2 | Strategy issues w/ Larry Nemirow | 950 | 0 | Telephone | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Henderson, Tracie K. | 12/22/00 | | | 0 | 0 | 61 Survey | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Lako, Robert Earl | 3/24/01 | 3.5 | Prepare 1040 for Carlos Sala | 875 | 0 | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey | 6/5/00 | 0.5 | Star Carlos. Called Prendon regarding Draft documents. | 100 | 0 | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey | 6/7/00 | 1 | Engagement letter | 200 | 0 | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey Angelisa | 6/14/00 | 1 | Spoke to Tracer regarding documents received. Spoke to Jeff Manglani and Steven Buss regarding account opening documents | 200 | 0 | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey Angelisa | 6/28/00 | 0.5 | Searched for engagement letter needed to reduction in fees for possible audit | 100 | 0 | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey Angelisa | 7/6/00 | 0.5 | Emails regarding Carlos Sala. Called Steven Buss for update on Sala | 12.5 | 0 | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey Angelisa | 7/7/00 | 0.5 | Reviewed non-recourse language in the current documents for Tracie | 12.5 | 0 | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey Angelisa | 7/13/00 | 0.5 | Take forms for Tracer to Bill Ahlquist for approval | 12.5 | 0 | | |
| SALA, CARLOS | 10356968 | 15 | INNOVATIVE STRATEGIES | Napier, Tracey Angelisa | 7/25/00 | 0.5 | Emails regarding Carlos Sala EIN package | 12.5 | 0 | | |

DEFENDANT'S EXHIBIT B

KPMGZ12192674