

| Internal Revenue Service | Department of the Treasury |
|---|---|
| **Director of Field Operations** | 500 North Capitol Street, N.W.<br>Suite 2831<br>Washington, D.C. 20221 |
| Michael A. Halpert<br>(202) 874-0068<br>52-07253 | |

February 5, 2002

BY HAND

John M. Bray
King & Spalding
1730 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4706

Dear Mr. Bray:

    This is to notify you that we are conducting an examination to determine KPMG's liability with regard to all tax shelter activities from January 1, 1994 to the present.

    Please do not hesitate to contact me at (202) 874-0068 if you have any questions.

                             Sincerely,

                             Michael A. Halpert
                             Revenue Agent

MAH:/
cc: Ken Jones
    Steven Gremminger
    Jackie S. Levinson
    Kevin M. Dinan
    Patricia L. Maher
    Joseph E. Heintz, TMP
    Jerry Krum



DEFENDANT'S EXHIBIT A-1