Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

- - -

CARLOS E. SALA and           )
TINA ZANOLINI SALA,          )
                             )     Case No:
            Plaintiffs,      )     05-CV-00636-LTB-OES
                             )
vs.                          )
                             )
UNITED STATES OF AMERICA     )
                             )
            Defendant.       )
------------------------------

THE DEPOSITION OF

LAURENCE NEMIROW

DENVER, COLORADO

SEPTEMBER 14, 2006

ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY:  MARTHA H. BENNETT
FILE NO.:  A007B17

DEFENDANT'S
EXHIBIT
_A_

1        Q.    Why is that?

2        A.    Because I think it dealt with substantially

3  similar transactions.

4        Q.    Yet you still advised Mr. Sala to go forward

5  with the transaction?

6        A.    No.

7        Q.    You did not?

8        A.    I didn't advise him to go forward with the

9  transaction.

10       Q.    Did you advise Mr. Sala not to go forward with

11  the transaction?

12       A.    No.

13       Q.    Did you provide him any advice either way on

14  entering into this transaction?

15       A.    Quite possibly, but I don't remember.

16       Q.    Did you caution Mr. Sala that you believed the

17  Deerhurst transaction fell within Notice 2000-44?

18       A.    Yes.

19       Q.    What did you say to him?

20       A.    I said that the IRS would likely challenge the

21  transaction.

22       Q.    What was his response?

23       A.    I don't recall.

24       Q.    Did he seem concerned?

25       A.    I don't recall.

89658c56-fc21-4a33-92d5-4ab8db3a1554