IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and<br>TINA ZANOLINI SALA,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)  05-cv-00636-LTB-OES<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DIANE D. FULLER

I, Diane D. Fuller declare and state as follows:

1. I am a partner of KPMG LLP ("KPMG") and presently serve as Risk Management – Tax Partner in Charge – Policy and Procedure. I am making this declaration based upon my review of certain business records of KPMG, which records were kept in ordinary course of business and of which I have knowledge pursuant to my responsibilities, and based upon my discussion with other KPMG personnel or KPMG counsel.

2. On or about February 5, 2002, the Internal Revenue Service ("IRS") provided notice to KPMG that the IRS was conducting an examination to determine KPMG's liability with regard to all of its tax shelter promotion activities since January 1, 1994.

3. The IRS issued twenty-five administrative summons to KPMG in connection with such promoter examination seeking documents and testimony relating to numerous tax strategies with which KPMG may have been involved.

4.  In connection with such examination and administrative summonses, KPMG produced documents to the IRS relating to Carlos Sala's Deerhurst transaction, including documents that identified Carlos Sala as a participant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June  12 , 2007 in  New York, New York.

*Diane D. Fuller*
DIANE D. FULLER
KPMG LLP