IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-00636-LTB-OES

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

DECLARATION OF CARLOS E. SALA IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

---

I, Carlos E. Sala, declare and state the following under penalty of perjury:

    1.    I am over 18 years of age and competent to make this declaration and do so from personal knowledge.

    2.    Prior to the time I filed my amended 2000 tax return in November 2003, I had no knowledge or information that KPMG had been contacted by the IRS concerning an examination of Deerhurst.

DECLARATION OF CARLOS E. SALA - 1

3. Prior to the time I filed my amended 2000 tax return in November 2003, I had no knowledge or information that KPMG had been contacted by the IRS regarding any matter that had anything to do with me and/or Deerhurst. In fact, I had no knowledge or information that the IRS had made any contact with KPMG.

4. I filed my amended return in 2003 because I was advised in 2003 that, while I had no legal obligation to do so, if I did file my return, the IRS would be precluded from asserting penalties against me.

I declare under penalty of perjury under the laws of the United States and the State of Colorado that the foregoing is true and correct to the best of my knowledge.

DATED this 28th day of June 2007.

Carlos E. Sala
2424 Ginny Way
Lafayette, CO  80026

DECLARATION OF CARLOS E. SALA - 2