**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 05-cv-00636-LTB-PAC

CARLOS E. SALA, and
TINA ZANOLINI SALA,

       Plaintiffs,

v.

UNITED STATES OF AMERICA,

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

       Please be advised that a further scheduling/pretrial conference regarding this matter is set **Friday, September 7, 2007 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

       In light of the summary judgment orders issued in this matter, a proposed Amended Pretrial Order shall be filed with this Court **on or before September 4, 2007**.

Dated: July 3, 2007
_____