IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-KLM

CARLOS E. SALA and
TINA ZANOLINI SALA,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

---

PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE THE UNITED STATES FROM OFFERING TRIAL TESTIMONY OF UNDISCLOSED WITNESSES AND OFFERING EVIDENCE REGARDING THE OFFSET DEFENSE NOT DESCRIBED IN ITS RESPONSES TO INTERROGATORIES

---

Plaintiffs hereby move this court to preclude the United States from offering trial testimony of undisclosed witnesses Michael A. Halpert ("Halpert"), KPMG Representative - Diane D. Fuller ("Fuller") and a "corporate designee" of Refco Capital Markets.

Plaintiffs also move to preclude the United States from offering evidence regarding the offset defense not described in its responses to interrogatories.

The United States failed to identify Halpert, Fuller and a "corporate designee of Refco Capital Markets in its Initial Disclosures (as supplemented) or in its discovery responses and did not inform Plaintiffs that it would call such witnesses until the preparation of the final Pre-trial Order. The United States also failed to timely describe its evidence on the offset issue in its responses to interrogatories. The failures are neither justified nor harmless. Accordingly, the

1

government should be precluded from offering the undisclosed witnesses and evidence at trial.

Plaintiffs' counsel conferred with one of Defendant's counsel, David N. Geier regarding the filing of this Motion in compliance with D.C.Colo.LCivR 7.1(A). Defendant's counsel indicated that he neither agreed with nor opposed this Motion.

WHEREFORE, Plaintiffs respectfully request this Court enter an order to preclude the United States from offering trial testimony of undisclosed witnesses and from offering evidence regarding the offset defense not described in its responses to interrogatories

DATED this 10th day of August, 2007.

>                    CHICOINE & HALLETT, P.S.
>
>                    s/ John M. Colvin
>                    Darrell D. Hallett
>                    John M. Colvin
>                    Chicoine & Hallett, P.S.
>                    Attorneys for the Plaintiffs Carlos E. Sala
>                              and Tina Zanolini-Sala
>                    1011 Western Ave. Suite 803
>                    Seattle WA, 98104
>                    Telephone: (206) 223-0800
>                    Facsimile: (206) 467-8170
>                    Email: dhallett@chicoine-hallett.com
>                              jcolvin@chicoine-hallett.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2007, I electronically filed PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE THE UNITED STATES FROM OFFERING TRIAL TESTIMONY OF UNDISCLOSED WITNESSES AND OFFERING EVIDENCE REGARDING THE OFFSET DEFENSE NOT DESCRIBED ITS RESPONSES TO INTERROGATORIES, PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO PRECLUDE THE UNITED STATES FROM OFFERING TRIAL TESTIMONY OF UNDISCLOSED WITNESSES AND OFFERING EVIDENCE REGARDING THE OFFSET DEFENSE NOT DESCRIBED ITS RESPONSES TO INTERROGATORIES AND DECLARATION OF JOHN M. COLVIN using the CM/ECF system, which will send notification to the following:

David N. Geier:         David.N.Geier@usdoj.gov
Anton. L. Janik, Jr.:   Anton.L.Janik@usdoj.gov
Amy Matchison:          Any.Matchison@usdoj.gov

I declare under the penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 10th day of August, 2007.

CHICOINE & HALLETT, P.S.

s/ John M. Colvin
Darrell D. Hallett
John M. Colvin
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
    and Tina Zanolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email: dhallett@chicoine-hallett.com
       jcolvin@chicoine-hallett.com