IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-00636-LTB-KLM

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

DECLARATION OF JOHN M. COLVIN IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE THE UNITED STATES FROM OFFERING TRIAL TESTIMONY OF UNDISCLOSED WITNESSES AND OFFERING EVIDENCE REGARDING THE OFFSET DEFENSE NOT DESCRIBED IN ITS RESPONSES TO INTERROGATORIES

---

I, John M. Colvin, declare and state the following under penalty of perjury:

    1.    I am one of the attorneys representing Plaintiffs in the above-captioned matter. I am over 18 years of age and competent to make this Declaration and do so from personal knowledge.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of United States' Disclosures Pursuant to Fed. R. Civ. P. 26(a) dated October 11, 2005.

    3.    Attached hereto as Exhibit 2 is a true and correct copy of United States' Amended Fed. R. Civ. P. 26(a)(1)(A) Disclosures Pursuant to Fed. R. Civ. P. 26(e) dated December 9, 2005.

DECLARATION OF JOHN M. COLVIN - 1

4.      Attached hereto as Exhibit 3 is a true and correct copy of Fed. R. Civ. P. 30(b)(6) Subpoena and Notice of Deposition of KPMG dated September 29, 2006.

5.      Attached hereto as Exhibit 4 is a true and correct copy of Fed. R. Civ. P. 30(b)(6) Subpoena and Notice of Deposition of KPMG dated October 12, 2006.

6.      Attached hereto as Exhibit 5 is a true and correct copy of an October 20, 2006 letter from J. Barloon to John Colvin.

7.      Attached hereto as Exhibit 6 is a true and correct copy of November 17, 2006 letter from J. Barloon to J. Colvin.

8.      Attached hereto as Exhibit 7 is a true and correct copy of Plaintiffs' Subpoena issued to Refco Capital Markets, Ltd., dated June 20, 2006.

9.      Attached hereto as Exhibit 8 is a true and correct copy of United States' Response to Plaintiffs' Interrogatories dated November 30, 2006.

10.     Attached hereto as Exhibit 9 is a true and correct copy of Second Declaration of Internal Revenue Service Tax Shelter Promoter Compliance Specialist Michael A. Halpert dated June 19, 2007.

11.     Attached hereto as Exhibit 10 is a true and correct copy of Declaration of Michael A. Halpert dated December 13, 2005.

DECLARATION OF JOHN M. COLVIN - 2

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 10th day of August, 2007.

                                                           <u>s/ John M. Colvin</u>
                                                           John M. Colvin