# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-OES

CARLOS E. SALA and
TINA ZANOLINI SALA,

        Plaintiffs,

    v.

UNITED STATES OF AMERICA,

        Defendant.

---

UNITED STATES' DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)

---

Pursuant to Rules 26(a)(1) and 26(a)(4) of the Federal Rules of Civil Procedure, the defendant United States of America, by and through its undersigned attorneys, makes the following required disclosures of information as set forth in Rule 26(a)(1). The United States advises the plaintiffs that undersigned counsel do not have access to "matters occurring before the grand jury" in an investigation now underway in the Southern District of New York, or matters being developed in that investigation. Accordingly, the undersigned have not disclosed any matters protected from disclosure by Fed. R. Crim. P. 6(e). If and when the attorneys for defendant United States learn of and obtain access to such matters on which they reasonably intend to rely in this case, they will timely supplement these disclosures.

(A)    The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims and defenses:

1.    Carlos E. Sala and
       Tina Z. Sala
       c/o Chicoine & Hallett

       The Salas are believed to have information relating to the underlying transaction.

2.    Raymond J. Ruble
       65 Duck Pond Road
       P.O. Box 282
       Glen Cove, NY 11542

Mr. Ruble is believed to have knowledge or information relating to the tax opinion, the transaction structure, and the belief as to the validity of the tax shelter.

3.    Tracie Henderson, former employee of KPMG.

Ms. Henderson is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

4.    Lawrence E. Nemirow
       1550 Seventeenth Street, Suite 500
       Denver, Colorado 80202
       (303) 892-9400

Mr. Nemirow is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

5.    David Schwartz
       MultiNational Strategies LLC
       243 W.30th Street
       New York, NY 10001
       (212) 868-8520

Mr. Schwartz is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

6.    Michael Schwartz
       MultiNational Strategies LLC
       243 W.30th Street
       New York, NY 10001
       (212) 868-8520

Mr. Schwartz is believed to have knowledge or information relating to the transaction

development, structure, and parties to the transaction.

7.      Susan Sodano
        25 Sugar Loaf Mtn Rd
        Chester, NY 10918
        (possible address match)

Ms. Sodano is believed to have knowledge or information relating to the parties to the transaction.

(B)    A copy of, or description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that may be used to support its claims and defenses.

The undersigned counsel for the United States located at U.S. Department of Justice, Tax Division, Western Region, Judiciary Center Building, Room 7219, 555 4th Street, NW, Washington, DC 20001, has custody of the IRS administrative file.

The IRS administrative file for the plaintiffs includes the following documents which the United States may use to support its claims and defenses:

1.      Form 4549A Income Tax Examination Changes.

2.      Form 4340 for plaintiffs' tax year 2000.

3.      Form 870 Waivers of Restrictions on Assessment and Collection.

4.      IMF Tax Module.

5.      Form 4089-B Notice of Deficiency Waiver.

6.      Notice of Deficiency.

7.      Form 886-A Explanation of Items.

8.      Form 872-I Consent to Extend Time.

9.      Form 1040X 2000.

3

10.     Form 1040 2000.

11.     Form 843 with cover letter and exhibits.

12.     Form 2848 with cover letter and exhibits.

13.     Date and interest calculation.

14.     Correspondence between Chicoine & Hallett P.S. and IRS

15.     Payment Posting Voucher

16.     Deerhurst FPAA.

17.     Form 3363 Acceptance of Proposed Disallowance, with Exhibits.

        The IRS administrative file for Solid Currencies, Inc., includes the following documents

which the United States may use to support its claims and defenses:

1.      Printout of Solid Currencies' IDRS Transaction Record.

2.      Solid Currencies 2000 1120S.

3.      IRS correspondence to Solid Currencies including Notice of Beginning of Administrative

        Proceeding; Notice of Final Partnership Adjustment and requests for documents

4.      Deerhurst Trading Strategies, LLC, Private Placement Memorandum

5.      Subscription Documents for Deerhurst Trading Strategies, LLC

6.      Daily Equity Reports for Refco Capital Markets, Ltd.

7.      Financial Statements concerning Deerhurst.

8.      Form 2553 for Solid Currencies.

9.      Form 966 Corporate Dissolution of Liquidation for Solid Currencies.

10.     Unanimous Written Consent of the Sole Director of Solid Currencies, Inc.

11.     Stock Certificate reflecting Carlos Sala as owning 100 shares of Solid Currencies, Inc.

4

12. Certificate of Incorporation of Solid Currencies, Inc.

13. Minutes of Deerhurst Investor Meetings.

14. Letters from Deerhurst Management to Carlos Sala with  Statements for Investment Activity of Carlos Sala.

15. Statements for trading activity at REFCO for Carlos Sala/Deerhurst.

16. Financial Statements for Deerhurst Investors, G.P.

17. Financial Statements for Deerhurst Trading Strategies, LLC and Deerhurst Trading Strategic, Class B.

18. Customer Statement for Solid Currencies account at REFCO Capital Markets, Ltd.

Documents received from third parties which  United States may use to support its claims and defenses include:

1. Exhibit 116 to the Permanent Subcommittee on Investigations report "The Role of Professional Firms in the U.S. Tax Shelter Industry."

2. Several emails between, among, or authored by some or all of the following: David Schwartz, Michael Schwartz, R.J. Ruble, Larry Nemirow, the Salas, Tracie Henderson, Susan Sodano.

(C)   A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of the injuries suffered:

The United States does not seek damages in this matter.

(D)   For inspection and copying as under Rule 34 any insurance agreement under which

any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

Not applicable.

Dated this 11th day of October, 2005.

WILLIAM J. LEONE
UNITED STATES ATTORNEY

MARK S. PESTAL
Assistant United States Attorney

PHILIP E. BLONDIN
ANTON L. JANIK, JR.  CO#35164
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:      (202) 307-6322
                        (202) 305-2558
Facsimile:      (202) 307-0054

Email: Philip.Blondin@usjoj.gov
Anton.L.Janik@usdoj.gov

Street Address:              Judiciary Center Building
                             555 Fourth Street, N.W.
                             Washington, D.C. 20001

6

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES'

DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a) has been made this $\underline{11}$ day of

October, 2005, by placing a copy thereof in the United States' Mail, First Class postage prepaid,

addressed to the following:

> Darrel D. Hallett, Esq.
> John M. Colvin, Esq.
> CHICOINE & HALLETT
> 1011 Western Avenue
> Suite 803
> Seattle, Washington 98104

Philip E. Blondin
Trial Attorney, Tax Division
U.S. Department of Justice

7