# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CARLOS E. SALA and )
TINA ZANOLINI SALA, )
) 05-cv-00636-LTB-OES
Plaintiffs, )
)
v. )
)
UNITED STATES OF AMERICA, )
)
Defendant. )

---

UNITED STATES' AMENDED FED. R. CIV. P. 26(a)(1)(A) DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(e)

---

Pursuant to Rules 26(e) of the Federal Rules of Civil Procedure, the United States of America, by and through its undersigned attorneys, hereby makes the following amendment to its required disclosures of information previously set forth pursuant to Rule 26(a)(1):

In addition to the Fed. R. Civ. P. 26(a)(1)(A) names listed in the United States' initial disclosures, the United States names:

8.  Roger Bagwell

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

9.  Kerry Bratton

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

1415010 1

10. Ronald Budacz

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

11. Steven Buss
    333 Hayes Street
    Suite 111
    San Francisco, CA 94102

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

12. Allen Cuff

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

13. Larry DeLap
    Pacific Grove, CA 93950

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

14. Christopher Dice
    2058 Navajo Trail
    Lafayette, CO 80026

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

15. Evelyn Elgin

This person is believed to have knowledge about the BLIPS engagement letter.

16. Jeffrey Eischeid
    Marietta, GA 30067

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

17. Tom Gillis

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

18. Steven Gremminger
    Bethesda, MD 20817

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

19. Randy Henderson

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

20. Gary Jacobs

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

21. James Kane

This person is believed to have knowledge or information relating to the underlying transaction.

22. Robert King

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

23. Kevin Kopsa

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

24. Bruce Lemons
    Olson Lemons PC
    2825 East Cottonwood Parkway, Suite 500
    Salt Lake City, UT 84121

This person is believed to have knowledge or information relating to transactional advice given to plaintiff regarding this transaction.

25. David Amir Makov

1415010 1

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

26.   Jeffrey Mangieri

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

27.   Kevin McGrath

This person is believed to have knowledge of the Section 584 Common Trust Fund proposal KPMG considered offering to plaintiff.

28.   Peter Molyneux

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

29.   Angie Napier

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

30.   Gary Powell

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

31.   Thomas Smach
      2090 Fortune Dr.
      San Jose, CA  95131

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

32.   Richard Smith

This person is believed to have knowledge or information relating to the underlying opinion letter, as well as the marketing and implementation of this transaction.

33.   Ronald Snyder
      Flextronica Semiconductor
      169 Java Drive
      Sunnyvale, CA  94809

        408-542-8423

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

34. Greg Stringer

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

35. Theresa Taylor

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

36. Carl Vertuca
    The Vertuca Group
    54000 Mt. Meeker Rd.
    Boulder, CO  80301

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

37. Pamela Weems
    KPMG

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

38. Martin White
    118 East 70th Street
    New York, NY  10021

This person is believed to have knowledge or information relating to the transaction development, structure, and parties to the transaction.

39. A representative from Goldman Sachs

This person is believed to have knowledge or information relating to Mr. Sala's participation in the transaction.

40. A representative from Dean Whitter

1415010 1

This person is believed to have knowledge or information relating to Mr. Sala's participation in the transaction.

41.  Persons identified as O'Neil, Krum, Mill, Amm, and Rick.
     Morgan Stanley
     270 17th Street
     Suite 5100
     Denver, CO
     (303) 595-2000

These persons are believed to have knowledge or information relating to Mr. Sala's participation in the transaction.

Dated this 9th day of December, 2005.

        WILLIAM J. LEONE
        UNITED STATES ATTORNEY

        MARK S. PESTAL
        Assistant United States Attorney

        s/ Anton L. Janik, Jr.
        DAVID A. GEIER
        ANTON L. JANIK, JR.  CO#35164
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C. 20044-0683
        Telephone:  (202) 307-6322
                       (202) 305-2558
        Facsimile:  (202) 307-0054
        Email:Anton.L.Janik@usdoj.gov

Street Address:        Judiciary Center Building
                             555 Fourth Street, N.W., Room 7235
                             Washington, D.C. 20001