# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-00636-LTB-KLM

CARLOS E. SALA, and
TINA ZANOLINI SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiffs have filed a Motion in Limine to Preclude the United States from Offering Trial Testimony of Undisclosed Witnesses and Offering Evidence Regarding the Offset Defense Not Described in its Responses to Interrogatories (Doc 179 - filed August 10, 2007). Defendant has **up to and including September 4, 2007** to file a response. Plaintiffs have **up to and including September 14, 2007** to file a reply.

Dated: August 15, 2007
_____