IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 05-cv-00636-LTB-KLM

CARLOS E. SALA and
TINA ZANOLINI-SALA,

        Plaintiffs,

    v.

UNITED STATES OF AMERICA,

        Defendant.

_____

**NOTICE OF APPEARANCE OF COUNSEL OF RECORD**
_____

The United States hereby provides notice to the Court and all parties that JOSEPH A.

SERGI enters his appearance as a Counsel of Record for the United States, in addition to Mr.

David N. Geier and Amy T. Matchison.  Mr. Sergi's contact information appears below.  Mr.

Sergi is registered with this Court's ECF system in compliance with local ECF rule III(B)(1).

//

//

//

//

//

//

//

//

//

1

Dated this 4th day of September, 2007.       TROY A. EID
United State Attorney
MARK S. PESTAL
Asst. U.S. Attorney

s/ Joseph A. Sergi
DAVID N. GEIER
JOSEPH A. SERGI
AMY T. MATCHISON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:  (202) 305-0868
Facsimile:   (202) 307-0054
Email: Joseph.A.Sergi@usdoj.gov

Street Address:       Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 4, 2007, I electronically filed the foregoing Notice of Appearance of Counsel of Record with the Clerk of  Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com
jcolvin@chicoine-hallett.com
david.n.geier@usdoj.gov
joseph.a.sergi@usdoj.gov
amy.t.matchison@usdoj.gov

s/ Joseph A. Sergi
JOSEPH A. SERGI
U.S. Department of Justice
Tax Division