IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| CARLOS E. SALA and<br>TINA ZANOLINI SALA, | )<br>)<br>) | 05-cv-00636-LTB-KLM |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| UNITED STATES OF AMERICA, | )<br>) | |
| Defendant. | ) | |

_____

UNITED STATES' MOTION FOR TELEPHONIC APPEARANCE
_____

Defendant, the United States of America ("United States") hereby respectfully moves this Court to allow Joseph A. Sergi to appear at the pre-trial conference currently set for September 7, 2007, at 10:00 a.m. by telephone. Lead counsel for the United States David N. Geier and Amy Matchison will appear in person.

Mr. Sergi was recently substituted as counsel for the United States, pending Anton L. Janik, Jr.'s departure from the Department of Justice. Mr. Sergi is unable to attend the pre-trial conference in person because of other previously scheduled travel commitments. Mr. Sergi can be reached on September 7, 2007, by telephone at (202) 305-0868.

1

2716293.1

The undersigned certifies that pursuant to D.C.COLO.LCivR7.1(a), counsel for the United States contacted plaintiffs' counsel as to the matters raised in this motion and there was no objection.

Dated this 4th day of September, 2007.  TROY A. EID
United State Attorney
MARK S. PESTAL
Asst. U.S. Attorney

s/ Amy Matchison
DAVID N. GEIER
ANTON L. JANIK, JR. CO #35164
JOSEPH A. SERGI
AMY MATCHISON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:  (202) 305-2558
Facsimile:   (202) 307-0054

Street Address:    Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20001

2716293.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on September 4, 2007, I electronically filed the foregoing United States' Motion for Telephonic Appearance with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com
jcolvin@chicoine-hallett.com
david.n.geier@usdoj.gov
anton.l.janik@usdoj.gov
amy.t.matchison@usdoj.gov

                                      s/ Amy Matchison
                                      AMY MATCHISON
                                      U.S. Department of Justice
                                      Tax Division

2716293.1