# United States District Court

**ATTACHMENT A TO PRETRIAL ORDER**

**Sala v. United States**

**CASE NUMBER: 2:05-00636-LTB-KLM**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Lewis T. Babcock | Darrell D. Hallett | David N. Geier |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  |  |  |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  |  |  |  | J1 | Plaintiff's 2000 Fed. Inc. Tax Ret. (Form 1040) (DHSala 427-67) |
|  |  |  |  | J2 | Plaintiff's 2000 Amended Return (1040X) dated 10/19/03 (DHSala 3994-413) |
|  |  |  |  | J3 | Plaintiff's 2000 Federal Income Tax Return (1040X) dated 8/25/04 |
|  |  |  |  | J4 | Solid Currencies' 2000 Federal Income Tax Return (Form 1120S) |
|  |  |  |  | J5 | Deerhurst Investors 2000 Form 1065 (DHSala539) (14) |
|  |  |  |  | J6 | Statutory Notice of Deficiency for 2000, dated Jun. 18, 2004 |
|  |  |  |  | J8 | Certificate of Official Record (2000) |
|  |  |  |  | J9 | Deerhurst Div. Strat. Disclosure Document (Aug. 1, 2000) (3) |
|  |  |  |  | J10 | Cert. Of Inc. – Solid Currencies |
|  |  |  |  | J11 | Assignment from C. Sala to Solid Currencies (DHSala 22) |
|  |  |  |  | J12 | Assignment and Assumption from Solid Currencies to Deerhurst Investors, GP, dated Nov. 28, 2000  (DHSala 23-24) |
|  |  |  |  | J13 | Deerhurst Inv. G.P. Agreement (32) (DHSala 168-193) |
|  |  |  |  | J14 | Deerhurst Trading Strategies, LLC Private Placement Memorandum w/subscription |
|  |  |  |  | J15 | Deerhurst Trading Strategies, LLC Agreement (DHSALA 117-148) |
|  |  |  |  | J16 | Individual Account Application – C. Sala (DHSala 25-32) |
|  |  |  |  | J17 | Entity Account Application (Solid Currencies) (DHSala 35-40) |
|  |  |  |  | J18 | Refco – Third Party Trading Auth. Re: Solid Currencies (DHSala 41-42) |
|  |  |  |  | J19 | Refco – Third Party Trading Auth. Re: Sala (DHSala 33-34) |
|  |  |  |  | J20 | Foreign Exchange and Options Master Agreement (DHSala 48-70) |
|  |  |  |  | J21 | Nov. 20, 2000 Letter to C. Sala from DTS, LLC (DHSala 74-76) |
|  |  |  |  | J22 | Corp. Dissolution or Liquidation (DHSala 1748) |
|  |  |  |  | J23 | Nov. 28, 2003 Letter from C. Sala (DHSala 2636-2637) |
|  |  |  |  | J24 | Chart (DHMSN 42) (11) |
|  |  |  |  | J25 | Letter from Peter Molyneux to C. Sala enclosing Oct. 2000 account statement for C. Sala, dated Nov. 2, 2000  (DHSala 569-588) (12) |
|  |  |  |  | J26 | Dec. 5, 2000 Letter enc. Nov. Statement for C. Sala (DHSala 589-90) |
|  |  |  |  | J27 | Deerhurst Cust. Confirmation Tickets (DHSala 1026-1610) |

| | | | | | |
|---|---|---|---|---|---|
| | | | | J28 | Refco Statement dated Oct. 31, 2000 for C. Sala (4160) (DHSala 821-838) |
| | | | | J29 | DHMolyneaux Documents 1-334 |
| | | | | J30 | Refco Statement dated Nov. 30, 2000 for C. Sala (DHSala 839-887) |
| | | | | J31 | Refco Statement dated Dec. 31, 2000 for Solid Currencies (DHSala 888-894) |
| | | | | J33 | Deerhurst Trading LLC Statements– Jan. 2001 – Sept. 2004 (DHSala 600-602, 603-606,608-612,613-617, 618-622, 623-626, 627-631, 632-636, 637-641, 642-646, 647-789, 791-794, 797-800, 803-806, 808-815, 817-820, 2306-2309, 2311-2314, 2316-2319, 2321-2324, 2326-2329, 2331-2334, 2336-2339, 2341-2344) |
| | | | | J34 | Deerhurst Trading Strategies LLC – Financial Statements 2001 (207) |
| | | | | J35 | Deerhurst Trading Strategies LLC – Financial Statements 2002 (208) |
| | | | | J36 | Deerhurst Trading Strategies LLC – Financial Statements 2003 (209) |
| | | | | J37 | Aug. 6, 2001 Letter to C. Sala (DHSala 243-272) |
| | | | | J38 | L. Nemirow – Memo from W. Natbony to M. Schwartz dated Sep. 26, 2000 (105) |
| | | | | J39 | Nov. 20, 2000 Letter to C. Sala from W. Natbony (38) |
| | | | | J40 | L. Nemirow – Letter to C. Sala dated Nov. 28, 2000 (101) |
| | | | | J41 | L. Nemirow - C. Sala transaction records from Dec. 6, 2000 to Nov. 7, 2005 (Nemirow Ex. 107) |
| | | | | J43 | L. Nemirow – Brown & Wood Memo re: Investments in Foreign Currency (104), Opinion letter dated Sep. 15, 2000 |
| | | | | J44 | Brown & Wood opinion letter dated Apr. 16, 2001 to C. Sala  (Nemirow Ex. 110) |
| | | | | J45 | L. Nemirow – Email from L. Nemirow to C. Sala from July 7, 2003 (112) |
| | | | | J46 | C. Sala C. V. (DHSala 2300-2302) |
| | | | | J47 | L. Nemirow - Fax Cover Sheet from M. Schwartz to L. Nemirow (106) |
| | | | | J48 | C. Sala Chart (DHSala 275-278) |
| | | | | J49 | KMPG Invoice dated Apr. 17, 2001 (KMPGZ12192671) |
| | | | | J50 | Complaint |

ATTACHMENT A TO PRETRIAL ORDER - 2