# United States District Court

**PLAINTIFFS' EXHIBIT LIST**

**Sala v. United States**

**CASE NUMBER: 2:05-00636-LTB-KLM**

| PRESIDING JUDGE  The Honorable Lewis T. Babcock | PLAINTIFF'S ATTORNEY  Darrell D. Hallett | DEFENDANT'S ATTORNEY  David N. Geier |
|---|---|---|
| TRIAL DATE(S)  N/A | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | J1 | 2000 Form 1040 for Carlos Sala and Tina Zanolini-Sala (Sala Ex. 193; DHSala 427-467) |
| 2 | | | | J2 | 2000 Form 1040X for C. Sala and T. Zanolini-Sala, dated Oct. 19, 2003 (DHSala 394-426) |
| 3 | | | | J3 | 2000 Form 1040X for C. Sala and T. Zanolini-Sala, dated Aug. 25, 2004 (Sala 86-94) |
| 4 | | | | J4 | 2000 1120S Tax Return for Solid Currencies, Inc., with Schedule K-1 (Schwartz Ex. 8; DH MSN 43-50) |
| 5 | | | | J5 | 2000 Form 1065 Return of Partnership Income for Deerhurst Investors, with Schedules K-1 (Schwartz Ex. 14) |
| 6 | | | | | 2001 Form 1065 Return of Partnership Income for Deerhurst Trading Strategies (Schwartz Ex. 21; DHSala 544-550) |
| 7 | | | | | 2002 Form 1065 Return of Partnership Income for Deerhurst Trading Strategies (DHSala 551-557) |
| 8 | | | | | 2003 Form 1065 Return of Partnership Income for Deerhurst Trading Strategies (DICE 2019-2025) |
| 9 | | | | J6 | Statutory Notice of Deficiency for 2000, dated Jun. 18, 2004 (Sala 212-225) |
| 10 | | | | | Form 843 Claim for Refund of C. Sala and Tina Zanolini-Sala with attachments, filed Sep. 24, 2004 (Sala 269-277) |
| 11 | | | | | Copies of checks from C. Sala to IRS |
| 12 | | | | | Letter from K. Brady to IRS enclosing C. Sala and T. Zanolini-Sala's 2000 Form 1040X |
| 13 | | | | | Certified Mail receipt to IRS for mailing of C. Sala and T. Zanolini-Sala's 2000 Form 1040X |
| 14 | | | | J8 | IRS Certificate of Official Record, dated May 5, 2005 (Sala 286-294) |
| 15 | | | | J9 | The Deerhurst Diversified Strategy Disclosure Document, dated Aug. 1, 2000 (Schwartz Ex. 3; DHSala 1789-1800) |
| 16 | | | | J10 | Certificate of Incorporation of Solid Currencies, Inc., dated Nov. 8, 2000 (Sala Ex. 156; DHSala 1779 – 1781) |
| 17 | | | | | Solid Currencies Stock Certificate for 100 shares to C. Sala, dated Nov. 8, 2000 (DHSala 1777) |
| 18 | | | | | Solid Currencies, Inc. S-Election Form, dated Dec. 16, 2000 (DHSala 1755-1756) |
| 19 | | | | J11 | Assignment from C. Sala to Solid Currencies (DHSala 22) |
| 20 | | | | J12 | Assignment and Assumption from Solid Currencies to Deerhurst Investors, GP, dated Nov. 28, 2000 (DHSala 23-24) |
| 21 | | | | J13 | Deerhurst Investors General Partnership Agreement (DHSala 168-189) |
| 22 | | | | J14 | Deerhurst Trading Strategies, LLC Private Placement Memorandum (Schwartz Ex. 4; DHSala 1627-1687) |
| 23 | | | | | Deerhurst Trading Strategies LLC Subscription Documents of C. Sala (DHSala 1668-1687) |
| 24 | | | | J15 | Deerhurst Trading Strategies, LLC Limited Liability Company Agreement (DHSala 117-148) |

| | | | | | |
|---|---|---|---|---|---|
| 25 | | | | J16 | Refco Capital Markets, Ltd. Individual Account Application of C. Sala  (Sala Ex. 168; DHSala 25-32) |
| 26 | | | | J17 | Refco Capital Markets, Ltd. Account Application of Solid Currencies, Inc.  (Sala Ex. 169; DHSala 35-40) |
| 27 | | | | J18 | Refco Capital Markets, Ltd., Third Party Full Trading Authorization, authorizing Deerhurst Management Company and Beckenham Trading Company on behalf of Solid Currencies, Inc., dated Oct. 20, 2000  (Sala Ex. 171; DHSala 41-42) |
| 28 | | | | J19 | Refco Capital Markets, Ltd. Third Party Full Trading Authorization, authorizing Deerhurst Management Company on behalf of C. Sala, dated Oct. 20, 2000  (Sala Ex. 172; DHSala 33-34) |
| 29 | | | | J20 | Foreign Exchange and Options Master Agreement between REFCO Capital Markets, Ltd. and Solid Currencies, Inc., dated Nov. 20, 2000  (Sala Ex. 173; DHSala 48-70) |
| 30 | | | | | E-mail dated Nov. 16, 2000 from M. Schwartz to Larry Nemirow (Schwartz Ex. 23; LN 1104) |
| 31 | | | | J21 | Letter from Deerhurst Trading Strategies to C. Sala, dated Nov. 20, 2000  (Sala Ex. 180; DHSala 74-76) |
| 32 | | | | | Unanimous Written Consent of the Sole Director of Solid Currencies, Inc., dated Dec. 19, 2000  (Krieger Ex. 217; NCM 650-651) |
| 33 | | | | J22 | Corporate Dissolution or Liquidation Form 966 or Solid Currencies, Inc.  (Sala Ex. 182; DHSala 1758) |
| 34 | | | | J23 | Letter to Deerhurst from C. Sala re: withdrawal of Interest, dated Nov. 28, 2003  (Sala Ex. 158) |
| 35 | | | | | Deerhurst transaction journals for C. Sala for Oct. 2000  (DHSala 571-588) |
| 36 | | | | J24 | Deerhurst transaction journal for Solid Currencies, Inc. from Jan. 99 - Nov. 2000  (Schwartz Ex. 11; DH MSN 42) |
| 37 | | | | J25 | Letter from Peter Molyneux to C. Sala enclosing Oct. 2000 account statement for C. Sala, dated Nov. 2, 2000  (Schwartz Ex. 12; DHSala 569-570) |
| 38 | | | | J26 | Letter dated Dec. 5, 2000 from P. Molyneux to C. Sala enclosing Nov. 2000 account statement for C. Sala  (DHSala 589-590) |
| 39 | | | | | Letter from P. Molyneux to C. Sala enclosing Nov. 2000 account statement for Solid Currencies, Inc., dated Dec. 7, 2000  (Sala Ex. 187; DHSala 1737-1739) |
| 40 | | | | | Letter from P. Molyneux to C. Sala enclosing Dec. 2000 account statement for Solid Currencies, Inc., dated Jan. 5, 2001  (Sala Ex. 188; DHSala 1734-1736) |
| 41 | | | | J27 | Refco Capital Markets, Ltd. Customer Confirmation Tickets for C. Sala dated Oct. and Nov. 2000 (DHSala 1026-1610) |
| 42 | | | | | Refco Capital Markets, Ltd. Customer Confirmation Tickets for 23 key transactions for C. Sala dated Oct. and Nov. 2000  (DHSala 1127-1130, DHSala 1096-1099, 1140-1143, DHSala 1132, 1133, 1134-1136, 1126, 1122, 1120-1121) |
| 43 | | | | J28 | Refco Capital Markets, Ltd. Customer Statement of C. Sala, dated Oct. 31, 2000  (Sala Ex. 203; DHSala 821-838) |
| 44 | | | | | Refco Capital Markets, Ltd. Customer Statement of C. Sala, dated Dec. 31, 2000 (DHSala 895-902) |
| 45 | | | | J29 | Deerhurst transaction journals for Solid Currencies, Inc. for Nov. 2000 – Jan. 2001 (3 pgs) and Deerhurst transaction journal as of Dec. 22, 2000 for Solid Currencies (DHMoly 29 -33) |
| 46 | | | | J30 | Refco Capital Markets, Ltd. Customer Statement of Solid Currencies, Inc., dated Nov. 30, 2000  (DHSala 839-887) |
| 47 | | | | J31 | Refco Capital Markets, Ltd. Customer Statement of Solid Currencies, Inc., dated Dec. 31, 2000  (Krieger Ex. 221; DHSala 888-894) |
| 47a | | | | | Refco Customer Statement for Solid Currencies, Inc., dated 01/05/01 (DHSala 00000903–904) |
| 48 | | | | J29 | Refco Capital Markets, Ltd. account daily equity reports for Sala Solid Currencies and Deerhurst Investors, GP, for Nov. and  Dec. 2000 |
| 48a | | | | | Deerhurst transaction journal for Dec. 21 and 22, 2000 for Deerhurst Investors, GP |

| # | | | | | Description |
|---|---|---|---|---|---|
| 49 | | | | | 2000 Summary of Transactions between Solid Currencies, Inc. and Deerhurst Investors, G.P. (Krieger Ex. 223; NCM 138440) |
| 50 | | | | | Deerhurst Investors, G.P. Statements of Financial Condition and Profit & Loss statement for Dec. 2000  (Schwartz Ex. 13; DH MSN 60-62) |
| 51 | | | | | Assignment of Positions on Dec. 22, 2000  (Krieger Ex. 224; NCM 131217) |
| 51a | | | | | Option Assignment on Dec. 22, 2000  (Krieger Ex. 225; NCM 131220) |
| 52 | | | | | Meeting Minutes |
| 53 | | | | J33 | Deerhurst Trading Strategies, LLC Class A and Deerhurst Trading Strategies, LLC Profit & Loss Statements for 2001- 2003  (NCM 035383-35385, NCM 035100-035112; NCM 035099, NCM 036307, NCM 036310, NCM 036314, NCM 036317, NCM 036321, NCM 036323, NCM 035093-035098) |
| 54 | | | | J34 | Deerhurst Trading Strategies, LLC's Financial Statements and Auditor's Report by Arthur Andersen as of Dec. 31, 2001  (Krieger Ex. 207; NCM 35648-35697) |
| 55 | | | | J35 | Deerhurst Trading Strategies, LLC's Financial Statements and Auditor's Report by Ernst & Young as of Dec. 31, 2002  (Krieger Ex. 208; NCM 35526-35552) |
| 56 | | | | J36 | Deerhurst Trading Strategies, LLC's Financial Statements and Auditor's Report by BDO Seidman as of Dec. 31, 2003  (Krieger Ex. 209; NCM 35625-35650) |
| 57 | | | | J37 | Lone Star Strategy brochure (Krieger Ex. 202; DHSala 243-272) |
| 58 | | | | J38 | Rosenman & Colin, LLP memorandum dated Sep. 26, 2000 from William Natbony to M. Schwartz and A. Krieger re: foreign currency option transaction tax opinion (Schwartz Ex. 9) |
| 59 | | | | J39 | Rosenman & Colin letter dated Nov. 20, 2000 to C. Sala re: LLC opinion  (Natbony Ex. 38; DH MSN 7-8) |
| 60 | | | | J40 | Davis Graham & Stubbs engagement letter from L. Nemirow to C. Sala dated Nov. 28, 2000 (Nemirow Ex. 101; NEM 1401-1402) |
| 61 | | | | J41 | Davis Graham and Stubbs invoices for C. Sala (Nemirow Ex. 107) |
| 62 | | | | | Letter from Brown & Wood to C. Sala dated Oct. 18, 2001 |
| 63 | | | | J43 | Brown & Wood draft opinion letter dated Sep. 15, 2000, with handwritten notes |
| 64 | | | | J44 | Brown & Wood opinion letter dated Apr. 16, 2001 to C. Sala  (Nemirow Ex. 110) |
| 65 | | | | J45 | Email dated Jul. 7, 2003 from L. Nemirow to C. Sala re: IRS developments in the Deerhurst transaction  (Nemirow Ex. 112) |
| 66 | | | | J46 | C.V. of Carlos Sala  (Sala Ex. 113; DHSala 2300-2302) |
| 67 | | | | | FX Trading Program profits and economic substance test analysis  (Sala Ex. 163; DHSala 4088) |
| 68 | | | | | Summary of Portfolio Managed by Andrew Krieger; Statement of Trading Performance for the period Aug. 1, 1995 through Feb. 28, 1999  (Schwartz Ex. 1; DHSala 236-242) |
| 69 | | | | | Deerhurst Management Promotional Brochure  (Schwartz Ex. 2; DHSala 1801-1816) |
| 70 | | | | J47 | E-mail dated Oct. 5, 2000 from A. Krieger to Michael Schwartz with attached sample portfolio charts  (Schwartz Ex. 5; DHSala 1817-1822) |
| 71 | | | | J48 | Deerhurst Management "The Discretionary Program" past performance charts (Lemons Ex. 141; DHSala 274-278) |
| 72 | | | | | A. Krieger's profitability charts (Krieger Ex. 252) |
| 73 | | | | | Holland and Hart Invoice dated May 8, 2001 for C. Sala  (KPMGZ12210109) |
| 73a | | | | J49 | KPMG Invoice dated April 17, 2001 (KMPGZ012210119) |
| 74 | | | | | Deposition of Michael N. Schwartz (Vol. I and II) |
| 75 | | | | | Deposition of Andrew J. Krieger (Vol. I and II) |
| 76 | | | | | Deposition of William Natbony |
| 77 | | | | | Deposition of Kevin Brady |
| 78 | | | | | Deposition of Angie Napier |
| 79 | | | | | Deposition of Beckett Cantley |
| 80 | | | | | Deposition of Christopher Dice |
| 81 | | | | | Deposition transcript of Richard Starke in *Jade Trading, et al. v. United States*, 03-2164 Ct. Cl. |

| | | | | | |
|---|---|---|---|---|---|
| 82 | | | | | Exhibit 1 to deposition of Richard Starke |
| 83 | | | | | Exhibit 2 to deposition of Richard Starke |
| 84 | | | | | Exhibit 3 to deposition of Richard Starke |
| 85 | | | | | Exhibit 4 to deposition of Richard Starke |
| 86 | | | | | Exhibit 5 to deposition of Richard Starke |
| 87 | | | | | Trial testimony of Richard Starke in *Jade Trading, et al. v. United States*, 03-2164 Ct. Cl. |
| 88 | | | | | Article titled "IRS Treasury Shared Views of Shelter Lawyers" by Crystal Tandon, published in Tax Notes on Oct. 17, 2005 |
| 89 | | | | | Third Declaration of Michael A. Halpert in *United States v. KPMG LLP*, Misc. No. 02-295, District of D.C., dated Dec. 4, 2003 |
| 90 | | | | | IRS Information Document Requests #1 - 7 and C. Sala's responses |
| 91 | | | | | Plaintiffs' Interrogatories to Defendant and Defendant's Responses thereto |
| 92 | | | | | Plaintiffs' Requests for Admissions to Defendant and Defendant's Responses thereto |
| 93 | | | | | Plaintiffs' First Set of Requests for Production to Defendant and Defendant's Responses thereto |
| 94 | | | | | Plaintiffs' Second Set of Requests for Production to Defendant and Defendant's Responses thereto |
| 95 | | | | J50 | Plaintiffs C. Sala and T. Zanolini-Sala's Complaint with attachments |
| 96 | | | | | Defendant United States' Answer and Amended Answer |
| 97 | | | | | Report of Robert W. Kolb with exhibits, dated Dec. 13, 2006 |
| 98 | | | | | Rebuttal Report of Robert W. Kolb, dated Dec. 26, 2006 |