IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 05-cv-00636-LTB-KLM

CARLOS E. SALA and
TINA ZANOLINI-SALA,

       Plaintiffs,

  v.

UNITED STATES OF AMERICA,

       Defendant.

---

**NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD**

---

The United States hereby provides notice to the Court and all parties that ANTON L. JANIK, JR. withdraws his appearance as a Counsel of Record for the United States.

Dated this 4th day of September, 2007.

    TROY A. EID
    United State Attorney
    MARK S. PESTAL
    Asst. U.S. Attorney

    s/ Anton L. Janik, Jr.
    DAVID N. GEIER
    JOSEPH A. SERGI
    AMY T. MATCHISON
    Trial Attorneys, Tax Division
    U.S. Department of Justice
    P.O. Box 683
    Ben Franklin Station
    Washington, D.C. 20044-0683
    Telephone: (202) 616-3448
    Facsimile:  (202) 307-0054
    Email: David.N.Geier@usdoj.gov

Street Address:    Judiciary Center Building
    555 Fourth Street, N.W.
    Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on September 4, 2007, I electronically filed the foregoing Notice of Withdrawal of Counsel of Record with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com
jcolvin@chicoine-hallett.com
david.n.geier@usdoj.gov
joseph.a.sergi@usdoj.gov
amy.t.matchison@usdoj.gov

                                      s/ Anton L. Janik, Jr.
                                      ANTON L. JANIK, JR.
                                      U.S. Department of Justice
                                      Tax Division