### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-00636-LTB-KLM

CARLOS E. SALA, and
TINA ZANOLINI SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

### MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Motion for Telephonic Appearance (Doc 184 - filed September 4, 2007) is **GRANTED**. Joseph A. Sergi may appear at the September 7, 2007 further scheduling/pretrial conference by telephone.

Dated: September 5, 2007
_____