IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 05-cv-00636-LTB-KLM

CARLOS E. SALA and
TINA ZANOLINI-SALA,

      Plaintiffs,

  v.

UNITED STATES OF AMERICA,

      Defendant.

_____

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**
_____

The United States of America, by and through its undersigned counsel, hereby moves this Court to grant the withdrawal of ANTON L. JANIK, JR. as a Counsel of Record for the United States in the above-captioned case. Pursuant to D.C.Colo.LCivR 7.1, the undersigned counsel has conferred with the plaintiffs, and plaintiffs do not oppose this motion.

//

//

//

//

//

//

//

//

1

|  |  |
|---|---|
| Dated this 5th day of September, 2007. | TROY A. EID<br>United State Attorney<br>MARK S. PESTAL<br>Asst. U.S. Attorney |
|  | s/ Anton L. Janik, Jr.<br>DAVID N. GEIER<br>JOSEPH A. SERGI<br>AMY T. MATCHISON<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044-0683<br>Telephone:  (202) 616-3448<br>Facsimile:   (202) 307-0054<br>Email: David.N.Geier@usdoj.gov |
| Street Address: | Judiciary Center Building<br>555 Fourth Street, N.W.<br>Washington, D.C. 20001 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on September 5, 2007, I electronically filed the foregoing Motion to Withdraw as Counsel of Record with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com
jcolvin@chicoine-hallett.com
david.n.geier@usdoj.gov
joseph.a.sergi@usdoj.gov
amy.t.matchison@usdoj.gov

                                  s/ Anton L. Janik, Jr.
                                  ANTON L. JANIK, JR.
                                  U.S. Department of Justice
                                  Tax Division