IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 05-cv-00636-LTB-KLM

CARLOS E. SALA and
TINA ZANOLINI-SALA,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**
_____

This Court, being duly advised, hereby grants the United States' motion to withdraw ANTON L. JANIK, JR. as a Counsel of Record for the United States in the above-captioned case.

                                                                           _____
                                                                           UNITED STATES MAGISTRATE JUDGE