**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00636-LTB-KLM

CARLOS E. SALA and
TINA ZANOLINI SALA,

        Plaintiffs,

  v.

UNITED STATES OF AMERICA,

        Defendant.

---

**PLAINTIFFS' MOTION FOR TELEPHONIC APPEARANCE**

---

      Plaintiffs hereby respectfully move this Court to allow Cori Flanders-Palmer to appear at the pre-trial conference currently set for September 7, 2007, at 10:00 a.m. by telephone. Co-counsel for Plaintiffs, Darrell Hallett will appear at the pre-trial conference in person.

      Cori Flanders-Palmer is unable to travel and attend the pre-trial conference in person due to prior commitments earlier that day.

      The undersigned certifies that pursuant to D.C.COLO.LCivR7.1(a), counsel for Plaintiffs contacted United States' counsel as to the matters raised in this Motion and there was no objection.

1

Dated this 5th day of September, 2007.

s/John Colvin
JOHN COLVIN
DARRELL HALLETT
CORI FLANDERS-PALMER
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs
1011 Western Ave., Suite 803
Seattle, WA 98104 Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email:
dhallett@chicoine-hallett.com
jcolvin@chicoine-hallett.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2007, I electronically filed PLAINTIFFS' MOTION FOR TELEPHONIC APPEARANCE using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| David N. Geier: | David.N.Geier@usdoj.gov |
| Joseph A. Sergi: | Joseph.A.Sergi@usdoj.gov |
| Amy Matchison: | Any.Matchison@usdoj.gov |

I declare under the penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 5th day of September, 2007.

                        CHICOINE & HALLETT, P.S.

                        <u>s/ John M. Colvin</u>
                        John M. Colvin
                        Cori Flanders-Palmer
                        Darrell D. Hallett
                        Chicoine & Hallett, P.S.
                        Attorneys for the Plaintiffs Carlos E. Sala
                              and Tina Zanolini-Sala
                        1011 Western Ave. Suite 803
                        Seattle WA, 98104
                        Telephone: (206) 223-0800
                        Facsimile: (206) 467-8170
                        Email: cflanders@chicoine-hallett.com
                                dhallett@chicoine-hallett.com
                                jcolvin@chicoine-hallett.com