## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-00636-LTB-KLM

CARLOS E. SALA, and
TINA ZANOLINI SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

     The Unopposed Motion to Withdraw as Counsel of Record (Doc 190 - filed September 5, 2007) is **GRANTED**.  Anton L. Janik, Jr. is allowed to withdraw as counsel for Defendant.

Dated:  September 6, 2007
_____