# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-00636-LTB-KLM

CARLOS E. SALA, and
TINA ZANOLINI SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Plaintiff's Motion for Telephonic Appearance (Doc 191 - filed September 5, 2007) is **GRANTED**. Cori Flanders-Palmer may appear at the September 7, 2007 scheduling/pretrial conference by telephone. Counsel is directed to contact chambers (303-844-2527) with a land-line telephone number where she may be reached for the conference.


Dated: September 6, 2007
_____