IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK
_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:     Kara Spitler | Date:  September 7, 2007 |

_____

| | |
|---|---|
| Civil Case No.  05-cv-00636-LTB-KLM | Counsel: |
| CARLOS E. SALA, et al., | Darrell Hallett<br>Cori Flanders-Palmer |
|     Plaintiffs,<br>v. | |
| UNITED STATES OF AMERICA, | David Geier<br>Amy Matchison |
|     Defendant. | Joseph Sergi |

_____

### COURTROOM MINUTES
_____

HEARING - Further scheduling/pretrial conference

10:08 a.m.    Court in Session

Appearances

Court's comments

Discussion re Amended Pretrial Order

The Court signs the Amended Pretrial Order.

Discussion re length of trial

**ORDERED:  Trial is set Monday, January 7, 2008 for two weeks.**

**ORDERED:  A trial preparation hearing is set Friday, December 14, 2007 at
                    9:00 a.m.**

1

Counsel shall have an exhibit conference in advance of the trial preparation hearing and stipulate as many of the exhibits into the evidence as possible.

**ORDERED:** **At the Trial Preparation Conference counsel shall submit:**

**updated exhibits lists in the court's format, identifying the rule of exclusion when there is an objection to an exhibit;**

**updated witness lists, together with brief summary of their subject testimony and the anticipated duration of the testimony;**

**proposed findings and conclusions;**

**hard copies of the video-taped depositions, with designations and counter-designations, designating plaintiffs' portions of the depositions in yellow and defense designations in blue.**

**ORDERED:** **A hearing on the motion in limine is set Monday, October 1, 2007 at 9:00 a.m.**

10:30 a.m.   Court in Recess
             Hearing concluded
             Time: /22