## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.  05-cv-00636-LTB-KLM

CARLOS E. SALA, and
TINA ZANOLINI SALA,

       Plaintiffs,

v.

UNITED STATES OF AMERICA,

       Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that a hearing on the pending Motion in Limine is set **Monday, October 1, 2007 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Trial to the court for ten (10) days is set **Monday, January 7, 2008 at 8:30 a.m.**

    A trial preparation conference is set **Friday, December 14, 2007 at 9:00 a.m.**  Counsel shall submit the following at this conference:

       -updated exhibit lists in the Court's format, identifying the rule of exclusion when there is an objection to an exhibit;

       -updated witness lists, together with brief summary of their subject testimony and the anticipated duration of the testimony;

       -proposed findings and conclusions;

       -hard copies of the video-taped depositions, with designations and counter-designations, designating plaintiffs' portions of the depositions in yellow and defense designations in blue.

Dated:  September 12, 2007

_____