# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-00636-LTB-KLM

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

---

## SECOND DECLARATION OF JOHN M. COLVIN
IN SUPPORT OF PLAINTIFFS' REPLY TO MOTION IN LIMINE TO PRECLUDE THE UNITED STATES FROM OFFERING TRIAL TESTIMONY OF UNDISCLOSED WITNESSES AND OFFERING EVIDENCE REGARDING THE OFFSET DEFENSE NOT DESCRIBED IN ITS RESPONSES TO INTERROGATORIES

---

I, John M. Colvin, declare and state the following under penalty of perjury:

    1.    I am one of the attorneys representing Plaintiffs in the above-captioned matter. I am over 18 years of age and competent to make this Declaration and do so from personal knowledge.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the proceedings before Magistrate Judge, Edward Schlatter, United States District Court for the District of Colorado at 12:30 p.m., May 3, 2007 in the United States Courthouse in Denver, Colorado.

DECLARATION OF JOHN M. COLVIN - 1

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 14th day of September, 2007.

                                              s/ John M. Colvin
                                              John M. Colvin

DECLARATION OF JOHN M. COLVIN - 2