**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00636-LTB-PAC

CARLOS E. SALA and
TINA ZANOLINI SALA,

        Plaintiffs,

   v.

UNITED STATES OF AMERICA,

        Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

Notification is hereby given that in addition to Darrell D. Hallett, John M. Colvin and Cori E. Flanders-Palmer, please enter the appearance of Mr. Robert J. Chicoine as attorney for the Plaintiffs in this matter and that each attorney should now be considered the attorneys of record for the Plaintiffs.  All pleadings and orders hereafter entered in this matter should be served on the undersigned counsel at the address below in addition to serving Messrs. Hallett and Colvin and Ms. Flanders-Palmer.

1

DATED this 24th day of September, 2007.


                              CHICOINE & HALLETT, P.S.


                              s/ Robert J. Chicoine
                              Robert J. Chicoine
                              Chicoine & Hallett, P.S.
                              Attorneys for the Plaintiffs Carlos E. Sala and
                              Tina Zanolini-Sala
                              1011 Western Ave. Suite 803
                              Seattle WA, 98104
                              Telephone: (206) 223-0800
                              Facsimile: (206) 467-8170
                              Email:  rchicoine@chicoine-hallett.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2007, I electronically filed the foregoing

NOTICE OF ENTRY OF APPEARANCE with the Clerk of Court, using the CM/ECF

system, which will send notification of such filing to the following e-mail addresses:

David N. Geier:   david.n.geier@usdoj.gov

Amy T. Matchison:   amy.t.matchison@usdoj.gov

Joseph A. Sergi:   joseph.a.sergi@usdoj.gov

I declare under the penalty of perjury under the laws of the State of Washington and the

United States that the foregoing is true and correct.


DATED this 24th day of September, 2007.


CHICOINE & HALLETT, P.S.


s/ Robert J. Chicoine
Robert J. Chicoine
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala and
Tina Zanolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email:  rchicoine@chicoine-hallett.com