IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date:  October 1, 2007 |
| Court Reporter:     Gwen Daniel | |

_____

| | |
|---|---|
| Civil Case No.  05-cv-00636-LTB-KLM | Counsel: |
| CARLOS E. SALA, et al., | Darrell Hallett |
| | Robert J. Chicoine |
|     Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | David Geier |
| | Amy Matchison |
|     Defendant. | |

_____

COURTROOM MINUTES
_____

HEARING - Motion in Limine

09:00 a.m.    Court in Session

Appearances

Court's comments

09:00  Argument by Mr. Hallett

**ORDERED:  Plaintiff's motion in limine to preclude the United States from offering trial testimony of undisclosed witnesses and offering evidence regarding the offset defense not described in its responses to interrogatories  (Doc No. 179) is DENIED as to Refco Capital Markets.**

09:02  Argument continued by Mr. Hallett

1

09:24  Reply Argument by Ms. Matchison

09:38  Rebuttal by Mr. Hallett

The Court enters findings and conclusions on the record.

The Court finds and concludes that the Government has not met its burden of establishing harmlessness and substantial justification for failure to comply with the Federal Rules of Discovery.

**ORDERED:    Plaintiff's motion in limine to preclude the United States from offering trial testimony of undisclosed witnesses and offering evidence regarding the offset defense not described in its responses to interrogatories  (Doc No. 179) is GRANTED as to Michael Halpert and Diane Fuller.**

The Court will issue a written order incorporating the findings and conclusions entered on the record.

10:09 a.m.    Court in Recess
              Hearing concluded
              Time: 01/09