IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-KLM

CARLOS E. SALA and
TINA ZANOLINI SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

## PLAINTIFFS' UPDATED EXHIBIT LIST

The exhibit list remains as set forth in the Amended Pre-trial Order. In accordance with the Court's Order of September 12, 2007 Plaintiffs object to the following government's exhibits:

| Gov. Ex. Number | Basis for objection |
| --- | --- |
| 108 | Hearsay and relevancy |
| 114 | Relevancy |
| 115 | Relevancy |
| 117 | Hearsay, foundation and relevancy |
| 118 | Hearsay, foundation and relevancy |
| 119 | Hearsay, foundation and relevancy |
| 120 | Hearsay, foundation and relevancy |
| 121 | Hearsay, foundation and relevancy |
| 122 | Hearsay, foundation and relevancy |
| 123 | Hearsay, foundation and relevancy |
| 124 | Hearsay, foundation and relevancy |
| 126 | Hearsay, foundation and relevancy |
| 127 | Hearsay, foundation and relevancy |
| 128 | Hearsay, foundation and relevancy |
| 129 | Hearsay, foundation and relevancy |

1

| | |
|---|---|
| 130 | Hearsay, foundation and relevancy |
| 132 | Hearsay, foundation and relevancy |
| 138 | Hearsay and foundation |
| 141 | Hearsay, foundation and relevancy |
| 144 | Hearsay, foundation and relevancy |
| 146 | Relevancy |
| 150 | Relevancy |
| 151 | Relevancy |
| 152 | Relevancy |
| 153 | Relevancy |
| 154 | Relevancy |
| 155 | Relevancy |
| 156 | Relevancy |
| 164 | Relevancy |
| 165 | Relevancy and Hearsay |
| 171 | Hearsay, foundation and relevancy |
| 172 | Hearsay, foundation and relevancy |
| 175 | Hearsay, foundation and relevancy |
| 176 | Hearsay, foundation and relevancy |
| 179 | Hearsay, foundation and relevancy |
| 181 | Hearsay, foundation and relevancy |
| 182 | Hearsay, foundation and relevancy |
| 184 | Hearsay, foundation and relevancy |
| 185 | Hearsay, foundation and relevancy |
| 194 | Hearsay and foundation |
| 204 | Relevancy and foundation |
| 206 | Relevancy and foundation |

Dated this 13th day of December, 2007.

s/
ROBERT CHICOINE
JOHN COLVIN
DARRELL HALLETT
CORI FLANDERS-PALMER
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs
1011 Western Ave., Suite 803
Seattle, WA 98104 Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email:
dhallett@chicoine-hallett.com
jcolvin@chicoine-hallett.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2007, I electronically filed PLAINTIFFS' UPDATED EXHIBIT LIST using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| David N. Geier: | David.N.Geier@usdoj.gov |
| Joseph A. Sergi: | Joseph.A.Sergi@usdoj.gov |
| Amy Matchison: | Any.Matchison@usdoj.gov |

I declare under the penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 13th day of December, 2007.

CHICOINE & HALLETT, P.S.

s/ John M. Colvin
John M. Colvin
Cori Flanders-Palmer
Darrell D. Hallett
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
 and Tina Zanolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email: cflanders@chicoine-hallett.com
 dhallett@chicoine-hallett.com
 jcolvin@chicoine-hallett.com

3