EXHIBIT LIST

CASE NUMBER: <u>05-cv-00636-LTB-KLM</u>          PLAINTIFF'S LIST_____          DEFENDANT'S LIST <u> X </u>          THIRD PARTY LIST ____

CASE CAPTION: <u>Carlos E. Sala and Tina Zanolini Sala VS. United States of America</u>          DATE: <u>December 14, 2007</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, ETC.) and DEFENDANT'S EXHIBIT BY LETTER (A, B, C, A1, A2, A3, B1, B2,  B3, ETC.)

| EXHIBIT NO./LTR. | WITNESS | DESCRIPTION | STIP. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 1 / J1 | | Plaintiff's 2000 Fed. Inc. Tax Ret. (Form 1040) (DHSala 427-67) | | | | | | |
| 2 / J2 | | Plaintiffs' 2000 Amended Return (1040X) dated 10/19/03 (DHSala 394-413) | | | | | | |
| 3 / J3 | | Plaintiffs' 2000 Federal Income Tax Return (1040X) dated 8/25/04 | | | | | | |
| 4 / J4 | | Solid Currencies' 2000 Federal Income Tax Return (Form 1120S) | | | | | | |
| 5 / J5 | | Deerhurst Investors 2000 Form 1065 (DHSala 539) (14) | | | | | | |
| 6 | | 2001 Form 1065 Return of Partnership Income for Deerhurst Trading Strategies (Schwartz Ex. 21; DHSala 544-550) | | | | | | |
| 7 | | 2002 Form 1065 Return of Partnership Income for Deerhurst Trading Strategies (DHSala 551-557) | | | | | | |
| 8 | | 2003 Form 1065 Return of Partnership Income for Deerhurst Trading Strategies (DICE 2019-2025) | | | | | | |
| 9 / J6 | | Statutory Notice of Deficiency dated June 18, 2004 | | | | | | |
| 10 | | Form 843 Claim for Refund of C. Sala and Tina Zanolini-Sala with attachments, filed Sep. 24, 2004 (Sala 269-277) | | | | | | |

2921494.3

| 11 | | Copies of checks from C. Sala to IRS | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12 | | Letter from K. Brady to IRS enclosing C. Sala and T. Zanolini-Sala's 2000 Form 1040X | | | | | | |
| 13 | | Certified mail receipt to IRS for mailing of C. Sala and T. Zanolini-Sala's 2000 Form 1040X | | | | | | |
| 14 / J8 | | Certificate of Official Record (2000) | | | | | | |
| 15 / J9 | | Deerhurst Div. Strat. Disclosure Document (Aug. 1, 2000) (3) | | | | | | |
| 16 / J10 | | Certificate of Incorporation - Solid Currencies | | | | | | |
| 17 | | Solid Currencies Stock Certificate for 100 shares to C. Sala, dated Nov. 8, 2000 (DHSala 1777) | | | | | | |
| 18 | | Solid Currencies, Inc. S-Election Form, dated Dec. 16, 2000 (DHSala 1755-1756) | | | | | | |
| 19 / J11 | | Assignment from C. Sala to Solid Currencies (DHSala 22) | | | | | | |
| 20 / J12 | | Assignment and Assumption dated Nov. 28, 2000 (DHSala 1729-1730) | | | | | | |
| 21 / J13 | | Deerhurst Inv. G.P. Agreement (32) (DHSala 168-193) | | | | | | |
| 22 / J14 | | Deerhurst Trading Strategies LLC - Private Placement w/ subscription | | | | | | |
| 23 | | Deerhurst Trading Strategies LLC Subscription Documents of C. Sala (DHSala 1668-1687) | | | | | | United States' objection: incomplete. |
| 24 / J15 | | Deerhurst Trading Strategies, LLC Agreement (DHSALA 117-148) | | | | | | |
| 25 / J16 | | Individual Account Application - C. Sala (DHSala 25-32) | | | | | | |

2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 26 / J17 | | Entity Account Application (Solid Currencies) (DHSala 35-40) | | | | | | |
| 27 / J18 | | Refco - Third Party Trading Auth. re: Solid Currencies (DHSala 41-42) | | | | | | |
| 28 / J19 | | Refco - Third Party Trading Auth. re: Sala (DHSala 33-34) | | | | | | |
| 29 / J20 | | Foreign Exchange and Options Master Agreement (DHSala 48-70) | | | | | | |
| 30 | | E-mail dated Nov. 16, 2000 from M. Schwartz to Larry Nemirow (Schwartz Ex. 23; LN 1104 | | | | | | |
| 31 / J21 | | Nov. 20, 2000 Letter to C. Sala from DTS, LLC (DHSala 74-76) | | | | | | |
| 32 | | Unanimous Written Consent of the Sole Director of Solid Currencies, Inc., dated Dec. 19, 2000 (Krieger Ex. 217; NC M 650-651) | | | | | | |
| 33 / J22 | | Corp. Dissolution or Liquidation (DHSala 1758) | | | | | | |
| 34 / J23 | | Nov. 28, 2003 Letter from C. Sala (DHSala 2636-2637) | | | | | | |
| 35 | | Deerhurst transaction journals for C. Sala for Oct. 2000 (DHSala 571-588) | | | | | | United States' objection: incomplete. |
| 36 / J24 | | Chart (DHMSN 42) (11) | | | | | | |
| 37 / J25 | | Nov. 2, 2000 Letter enc. Oct. Statement (DHSala 569-588) (12) | | | | | | |
| 38 / J26 | | Dec. 5, 2000 Letter enc. Nov. Statement for C. Sala (DHSala 589-90) | | | | | | |

2921494.3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 39 | | Letter from P. Molyneux to C. Sala enclosing Nov. 2000 account statement for Solid Currencies, Inc., dated Dec. 7, 2000 (Sala Ex. 187; DHSala 1737-1739) | | | | | |
| 40 | | Letter from P. Molyneux to C. Sala enclosing Dec. 2000 account statement for Solid Currencies, Inc., dated Jan. 5, 2001 (Sala Ex. 188; DHSala 1734-1736) | | | | | |
| 41 / J27 | | Deerhurst Cust. Confirmation Tickets (DHSala 1026-1610) | | | | | |
| 42 | | Refco Capital Markets, Ltd. Customer Confirmation Tickets for 23 key transactions for C. Sala dated Oct. and Nov. 2000 (DHSala 1127-1130, DHSala 1096-1099, 1140-1143, DHSala 1132, 1133, 1134-1136, 1126, 1122, 1120-1121) | | | | | |
| 43 / J28 | | Refco Statement dated Oct. 31, 2000 for C. Sala (4160) ( DHSala 821-838) | | | | | |
| 44 | | Refco Capital Markets, Ltd. Customer Statement of C. Sala, dated Dec. 31, 2000 (DHSala 895-902) | | | | | |
| 45 / J29 | | DHMolyneaux Documents 1-334 | | | | | |
| 46 / J30 | | Refco Statement dated Nov. 30, 2000 for C. Sala (DHSala 839-887) | | | | | |
| 47 / J31 | | Refco Statement dated Dec. 31, 2000 for Solid Currencies (DHSala 888-894) | | | | | |
| 47a | | Refco Customer Statement for Solid Currencies, Inc., dated 01/05/01 (DHSala 00000903-904) | | | | | |
| 48 / J29 | | DHMolyneaux Documents 1-334 | | | | | |

2921494.3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 48a | | Deerhurst transaction journal for Dec. 21 and 22, 2000 for Deerhurst Investors, GP | | | | | |
| 49 | | 2000 Summary of Transactions between Solid Currencies, Inc. and Deerhurst Investors, G.P. (Krieger Ex. 223; NCM 138440) | | | | | |
| 50 | | Deerhurst Investors, G.P. Statements of Financial Condition and Profit & Loss statement for Dec. 2000 (Schwartz Ex. 13; DH MSN 60-62) | | | | | |
| 51 | | Assignment of Positions on Dec. 22, 2000 (Krieger Ex. 224; NCM 131217) | | | | | |
| 51a | | Option assignment on Dec. 22, 2000 (Krieger Ex. 225; NCM 131220) | | | | | |
| 52 | | Meeting Minutes | | | | | |
| 53 / J33 | | Deerhurst Trading Strategies, LLC Class A and Deerhurst Trading Strategies, LLC Profit & Loss Statements for 2001-2003 (NCM 035383-35385, NCM 035100-035112; NCM 035099, NCM 036307-036310, NCM 036314-036317, NCM 036321-036323, NCM 035093-035098) | | | | | |
| 54 / J34 | | Deerhurst Trading Strategies, LLC - Financial Statements 2001 (207) | | | | | |
| 55 / J35 | | Deerhurst Trading Strategies, LLC - Financial Statements 2002 (208) | | | | | |
| 56 / J36 | | Deerhurst Trading Strategies, LLC - Financial Statements 2003 (209) | | | | | |
| 57 / J37 | | Aug. 6, 2001 Letter to C. Sala (DHSala 243-272) | | | | | |

5

| 58 / J38 | | L. Nemirow - Memo. from W. Natbony to M. Schwartz dated Sep. 26, 2000 (105) | | | | | |
|---|---|---|---|---|---|---|---|
| 59 / J39 | | Nov. 20, 2000 Letter to C. Sala from W. Natbony (38) | | | | | |
| 60 / J40 | | L. Nemirow - Letter to C. Sala dated Nov. 28, 2000 (101) | | | | | |
| 61 / J41 | | L. Nemirow - C. Sala transaction records from Dec. 6, 2000 to Nov. 7, 2005 (107) | | | | | |
| 62 | | Letter from Brown & Wood to C. Sala dated Oct. 18, 2001 | | | | | |
| 63 / J43 | | L. Nemirow - Brown & Wood Memo. re: Investments in Foreign Currency (104) | | | | | |
| 64 / J44 | | L. Nemirow - Letter to C. Sala from Brown & Wood dated Apr. 16, 2001 (110) | | | | | |
| 65 / J45 | | L. Nemirow - Email from L. Nemirow to C. Sala from July 7, 2003 (112) | | | | | |
| 66 / J46 | | C. Sala C.V. (DHSala 2300-2302) | | | | | |
| 67 | | FX Trading Program profits and economic substance test analysis (Sala Ex. 163; DHSala 4088) | | | | | |
| 68 | | Summary of Portfolio Managed by Andrew Krieger; Statement of Trading Performance for the period Aug. 1, 1995 through Feb. 28, 1999 (Schwartz Ex. 1; DHSala 236-242) | | | | | |
| 69 | | Deerhurst Management Promotional Brochure (Schwartz Ex. 2; DHSala 1801-1816) | | | | | |
| 70 / J47 | | L. Nemirow - Fax Cover Sheet from M. Schwartz to L. Nemirow (106) | | | | | |

2921494.3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 71 / J48 | | C. Sala Chart (DHSala 275-278) | | | | | |
| 72 | | A. Krieger's profitability charts (Krieger Ex. 252) | | | | | United States' objection: FRE 401, 801, 802, and foundation. |
| 73 | | Holland and Hart Invoice dated May 8, 2001 for C. Sala (KPMGZ12210109) | | | | | |
| 73a / J49 | | KPMG Invoice dated Apr. 17, 2001 (KPMGZ12192671) | | | | | |
| 74 | | Deposition of Michael N. Schwartz (Vol. I and II) | | | | | United States' objection: FRE 801, 802, and all objections made therein. |
| 75 | | Deposition of Andrew J. Krieger (Vol. I and II) | | | | | United States' objection: FRE 801, 802, and all objections made therein. |
| 76 | | Deposition of William Natbony | | | | | United States' objection: FRE 801, 802, and all objections made therein. |
| 77 | | Deposition of Kevin Brady | | | | | United States' objection: FRE 801, 802, and all objections made therein. |
| 78 | | Deposition of Angie Napier | | | | | United States' objection: FRE 801, 802, and all objections made therein. |
| 79 | | Deposition of Beckett Cantley | | | | | United States' objection: FRE 801, 802, and all objections made therein. |
| 80 | | Deposition of Christopher Dice | | | | | United States' objection: FRE 801, 802, and all objections made therein. |
| 81 | | Deposition transcript of Richard Starke in *Jade Trading, et al. v. United States*, 03-2164 Ct. Cl. | | | | | United States' objection: FRE 401. |
| 82 | | Exhibit 1 to deposition of Richard Starke | | | | | United States' objection: FRE 401. |

2921494.3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 83 | | Exhibit 2 to deposition of Richard Starke | | | | | United States' objection: FRE 401. |
| 84 | | Exhibit 3 to deposition of Richard Starke | | | | | United States' objection: FRE 401. |
| 85 | | Exhibit 4 to deposition of Richard Starke | | | | | United States' objection: FRE 401. |
| 86 | | Exhibit 5 to deposition of Richard Starke | | | | | United States' objection: FRE 401. |
| 87 | | Trial testimony of Richard Starke in *Jade Trading, et al. v. United States*, 03-2164 Ct. Cl. | | | | | United States' objection: FRE 401. |
| 88 | | Article titled "IRS Treasury Shared View of Shelter Lawyers" by Crystal Tandon, published in Tax Notes on Oct. 17, 2005 | | | | | United States' objection: FRE 401. |
| 89 | | Third Declaration of Michael A. Halpert in *United States v. KPMG LLP*, Misc. No. 02-295, District of D.C., dated Dec. 4, 2003 | | | | | United States' objection: FRE 801 and 802. |
| 90 | | IRS Information Document Requests #1 - 7 and C. Sala's responses | | | | | |
| 91 | | Plaintiff's Interrogatories to Defendant and Defendant's Responses thereto | | | | | |
| 92 | | Plaintiff's Requests for Admissions to Defendant and Defendant's Responses thereto | | | | | |
| 93 | | Plaintiff's First Set of Requests for Production to Defendant and Defendant's Responses thereto | | | | | |
| 94 | | Plaintiff's Second Set of Requests for Production to Defendant and Defendant's Responses thereto | | | | | |
| 95 / J50 | | Complaint | | | | | |

2921494.3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 96 | | Defendant United States' Answer and Amended Answer | | | | | | |
| 97 | | Report of Robert W. Kolb with exhibits, dated Dec. 13, 2006 | | | | | | United States' objection: FRE 801 and 802. |
| 98 | | Rebuttal Report of Robert W. Kolb, dated Dec. 26, 2006 | | | | | | United States' objection: FRE 801 and 802. |
| A / J8 | | Certificate of Official Record (2000) | | | | | | |
| B / J1 | | Plaintiff's 2000 Fed. Inc. Tax Ret. (Form 1040) (DHSala 427-67) | | | | | | |
| C / J4 | | Solid Currencies' 2000 Federal Income Tax Return (Form 1120S) | | | | | | |
| D / J5 | | Deerhurst Investors 2000 Form 1065 (DHSala 539) (14) | | | | | | |
| E / J3 | | Plaintiffs' 2000 Federal Income Tax Return (1040X) dated 8/25/04 | | | | | | |
| F / J2 | | Plaintiffs' 2000 Amended Return (1040X) dated 10/19/03 (DHSala 394-413) | | | | | | |
| G | | Plaintiffs' 2001 Federal Income Tax Return (as originally filed) | | | | | | |
| H | | *NO EXHIBIT* | | | | | | |
| I | | Form 1065 - 2001 for Multi National Strategies, LLC (26) | | | | | | |
| J | | Form 1065 - 2002 for Multi National Strategies, LLC (27) | | | | | | |
| K | | Letter dated Mar. 8, 2004 to IRS from Darrell D. Hallett | | | | | | |
| L | | Letter dated Mar. 16, 2004 to IRS from John Colvin | | | | | | |
| M / J6 | | Statutory Notice of Deficiency dated June 18, 2004 | | | | | | |

2921494.3

| N / J9 | | Deerhurst Div. Strat. Disclosure Document (Aug. 1, 2000) (3) | | | | | |
|---|---|---|---|---|---|---|---|
| O | | FX Trading Plan - Outline of Proposed Plan (22) | | | | | |
| P | | Comm. M. Schwartz to L. Nemirow re: sample portfolio (106) | | | | | |
| Q | | Multi National Strategies LLC Foreign Exchange Trading Program (6) | | | | | |
| R / J14 | | Deerhurst Trading Strategies LLC - Private Placement w/ subscription | | | | | |
| S / J15 | | Deerhurst Trading Strategies, LLC Agreement (DHSALA 117-148) | | | | | |
| T / J13 | | Deerhurst Inv. G.P. Agreement (32) (DHSala 168-193) | | | | | |
| U | | Deerhurst Cust. Agreement & Trading Auth. (LN 948-56) | | | | | |
| V / J27 | | Deerhurst Cust. Confirmation Tickets (DHSala 1026-1610) | | | | | |
| W / J16 | | Individual Account Application - C. Sala (DHSala 25-32) | | | | | |
| X / J17 | | Entity Account Application (Solid Currencies) (DHSala 35-40) | | | | | |
| Y / J19 | | Refco - Third Party Trading Auth. re: Sala (DHSala 33-34) | | | | | |
| Z / J18 | | Refco - Third Party Trading Auth. re: Solid Currencies (DHSala 41-42) | | | | | |
| A1 / J25 | | Nov. 2, 2000 Letter enc. Oct. Statement (DHSala 569-588) (12) | | | | | |
| B1 | | Nov. 7, 2000 Email from A. Krieger to M. Schwartz (NCM 4321) (206) | | | | | |
| C1 / J10 | | Cert. of Inc. - Solid Currencies | | | | | |

2921494.3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D1 | | Nov. 17, 2000 Letter to C. Sala w/ attach. (LN 255-265) | | | | | |
| E1 | | Nov. 17, 2000 Letter from C. Sala to Deerhurst (DHSala 71-73) | | | | | |
| F1 / J20 | | Foreign Exchange and Options Master Agreement (DHSala 48-70) | | | | | |
| G1 / J21 | | Nov. 20, 2000 Letter to C. Sala from DTS, LLC (DHSala 74-76) | | | | | |
| H1 / J39 | | Nov. 20, 2000 Letter to C. Sala from W. Natbony (38) | | | | | |
| I1 | | Nov. 22, 2000 Letter to P. Molyneaux (LN384-393) | | | | | |
| J1 / J24 | | Chart (DHMSN 42) (11) | | | | | |
| K1 / J12 | | Assignment and Assumption dated Nov. 28, 2000 (DHSala 1729-1730) | | | | | |
| L1 / J11 | | Assignment from C. Sala to Solid Currencies (DHSala 22) | | | | | |
| M1 / J26 | | Dec. 5, 2000 Letter enc. Nov. Statement for C. Sala (DHSala 589-90) | | | | | |
| N1 | | Dec. 7, 2000 Letter enc. Dec. Statement for Solid Currencies (DHSala 591-593) | | | | | |
| O1 / J22 | | Corp. Dissolution or Liquidation (DHSala 1758) | | | | | |
| P1 / J29 | | DHMolyneaux Documents 1-334 | | | | | |
| Q1 | | Jan. 5, 2001 Letter enc. Dec. Statements (DHSala 594-602) | | | | | |
| R1 | | Feb. 1, 2001 Letter to M. Schwartz from Deerhurst (24) | | | | | |
| S1 / J37 | | Aug. 6, 2001 Letter to C. Sala (DHSala 243-272) | | | | | |

2921494.3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| T1 | | Aug. 6, 2001 Investor letter w/attach. (DHSala 194-212) | | | | | |
| U1 | | Oct. 30, 2001 Letter to C. Sala (DHSala 213-217) | | | | | |
| V1 / J33 | | Deerhurst Trading LLC Statement - Jan. 2001 (DHSala 600-602) | | | | | |
| W1 / J33 | | Deerhurst Trading LLC Statement - Feb. 2001 (DHSala 603-606) | | | | | |
| X1 / J33 | | Deerhurst Trading LLC Statement - Mar. 2001 (DHSala 608-612) | | | | | |
| Y1 / J33 | | Deerhurst Trading LLC Statement - Apr. 2001 (DHSala 613-617) | | | | | |
| Z1 / J33 | | Deerhurst Trading LLC Statement - May 2001 (DHSala 618-622) | | | | | |
| A2 / J33 | | Deerhurst Trading LLC Statement - Jun. 2001 (DHSala 623-626) | | | | | |
| B2 / J33 | | Deerhurst Trading LLC Statement - Jul. 2001 (DHSala 627-631) | | | | | |
| C2 / J33 | | Deerhurst Trading LLC Statement - Aug. 2001 (DHSala 632-636) | | | | | |
| D2 / J33 | | Deerhurst Trading LLC Statement - Sep. 2001 (DHSala 637-641) | | | | | |
| E2 / J33 | | Deerhurst Trading LLC Statement - Oct. 2001 (DHSala 642-646) | | | | | |
| F2 / J33 | | Deerhurst Trading LLC Statement - Nov. 2001 (DHSala 647-654) | | | | | |
| G2 / J33 | | Deerhurst Trading LLC Statement - Jan. 2002 (DHSala 655-663) | | | | | |
| H2 / J33 | | Deerhurst Trading LLC Statement - Feb. 2002 (DHSala 664-672) | | | | | |
| I2 / J33 | | Deerhurst Trading LLC Statement - Mar. 2002 (DHSala 673-681) | | | | | |

2921494.3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J2 / J33 | | Deerhurst Trading LLC Statement - Apr. 2002 (DHSala 682-688) | | | | | |
| K2 / J33 | | Deerhurst Trading LLC Statement - May 2002 (DHSala 689-697) | | | | | |
| L2 / J33 | | Deerhurst Trading LLC Statement - Jun. 2002 (DHSala 698-706) | | | | | |
| M2 / J33 | | Deerhurst Trading LLC Statement - Jul. 2002 (DHSala 707-713) | | | | | |
| N2 / J33 | | Deerhurst Trading LLC Statement - Aug. 2002 (DHSala 714-722) | | | | | |
| O2 / J33 | | Deerhurst Trading LLC Statement - Sep. 2002 (DHSala 723-731) | | | | | |
| P2 / J33 | | Deerhurst Trading LLC Statement - Oct. 2002 (DHSala 732-738) | | | | | |
| Q2 / J33 | | Deerhurst Trading LLC Statement - Nov. 2002 (DHSala 739-747) | | | | | |
| R2 / J33 | | Deerhurst Trading LLC Statement - Dec. 2002 (DHSala 748-752) | | | | | |
| S2 / J33 | | Deerhurst Trading LLC Statement - Jan. 2003 (DHSala 753-760) | | | | | |
| T2 / J33 | | Deerhurst Trading LLC Statement - Feb. 2003 (DHSala 761-764) | | | | | |
| U2 / J33 | | Deerhurst Trading LLC Statement - Mar. 2003 (DHSala 765-768) | | | | | |
| V2 / J33 | | Deerhurst Trading LLC Statement - Apr. 2003 (DHSala 769-772) | | | | | |
| W2 / J33 | | Deerhurst Trading LLC Statement - May 2003 (DHSala 773-777) | | | | | |
| X2 / J33 | | Deerhurst Trading LLC Statement - Jun. 2003 (DHSala 778-781) | | | | | |
| Y2 / J33 | | Deerhurst Trading LLC Statement - Jul. 2003 (DHSala 782-785) | | | | | |
| Z2 / J33 | | Deerhurst Trading LLC Statement - Aug. 2003 (DHSala 786-789) | | | | | |

2921494.3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A3 / J33 | | Deerhurst Trading LLC Statement - Sep. 2003 (DHSala 791-794) | | | | | |
| B3 / J33 | | Deerhurst Trading LLC Statement - Oct. 2003 (DHSala 797-800) | | | | | |
| C3 / J33 | | Deerhurst Trading LLC Statement - Nov. 2003 (DHSala 803-806) | | | | | |
| D3 / J33 | | Deerhurst Trading LLC Statement - Dec. 2003 (DHSala 808-815) | | | | | |
| E3 / J33 | | Deerhurst Trading LLC Statement - Jan. 2004 (DHSala 817-820) | | | | | |
| F3 / J33 | | Deerhurst Trading LLC Statement - Feb. 2004 (DHSala 2306-2309) | | | | | |
| G3 / J33 | | Deerhurst Trading LLC Statement - Mar. 2004 (DHSala 2311-2314) | | | | | |
| H3 / J33 | | Deerhurst Trading LLC Statement - Apr. 2004 (DHSala 2316-2319) | | | | | |
| I3 / J33 | | Deerhurst Trading LLC Statement - May 2004 (DHSala 2321-2324) | | | | | |
| J3 / J33 | | Deerhurst Trading LLC Statement - Jun. 2004 (DHSala 2326-2329) | | | | | |
| K3 / J33 | | Deerhurst Trading LLC Statement - Jul. 2004 (DHSala 2331-2334) | | | | | |
| L3 / J33 | | Deerhurst Trading LLC Statement - Aug. 2004 (DHSala 2336-2339) | | | | | |
| M3 / J33 | | Deerhurst Trading LLC Statement - Sep. 2004 (DHSala 2341-2344) | | | | | |
| N3 / J34 | | Deerhurst Trading Strategies, LLC - Financial Statements 2001 (207) | | | | | |
| O3 / J35 | | Deerhurst Trading Strategies, LLC - Financial Statements 2002 (208) | | | | | |
| P3 / J36 | | Deerhurst Trading Strategies, LLC - Financial Statements 2003 (209) | | | | | |
| Q3 | | *NO EXHIBIT* | | | | | |

14

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| R3 | | Morgan Stanley - Financial Statements 2001 (KPMGZ12210051-69) | | | | | | |
| S3 | | Morgan Stanley - Financial Statements 2002 (KPMGZ12190749-53) | | | | | | |
| T3 | | Morgan Stanley - Financial Statements 2003 (KPMGZ12182805-14) | | | | | | |
| U3 | | Morgan Stanley - Financial Statements 2004 (MSGS00004764-67) | | | | | | |
| V3 | | Goldman Sachs Account Information - Dec. 2001 (KPMGZ12210020-42) | | | | | | |
| W3 | | Goldman Sachs Account Information - Dec. 2002 (KPMGZ12191288-92) | | | | | | |
| X3 | | Goldman Sachs Account Information - Dec. 2003 (KPMGZ12183143-47) | | | | | | |
| Y3 | | Goldman Sachs Account Information - Dec. 2004 (MSGS00004114-32) | | | | | | |
| Z3 / J48 | | C. Sala Chart (DHSala 275-278) | | | | | | |
| A4 / J46 | | C. Sala C.V. (DHSala 2300-2302) | | | | | | |
| B4 | | C. Sala Deposition Transcripts from Sep. 15, 2006 and Oct. 24, 2006 | | | | | | |
| C4 | | Undated Memorandum (DHSala 1817) | | | | | | |
| D4 | | Complaint (Gary Jacobs, et al. V. Multi National Strategies, LLC, et al. (40) | | | | | | |
| E4 | | FX Investor List (10) | | | | | | |

2921494.3

| F4 | | DTS, LLC - Client List (212) | | | | | |
| G4 | | Nov. 28, 2003 Email to C. Sala (DHSala 2638) | | | | | |
| H4 | | General Release dated Nov. 28, 2003 (DHSala 2635) | | | | | |
| I4 / J23 | | Nov. 28, 2003 Letter from C. Sala (DHSala 2636-2637) | | | | | |
| J4 | | Nov. 20, 2000 Letter to C. Dice from W. Natbony (39) | | | | | |
| K4 | | Comp Ex. re: Draft Currencies (47) | | | | | |
| L4 | | *NO EXHIBIT* | | | | | |
| M4 | | Email from T. Henderson to C. Sala, cc. T. Gillis - Nov. 2, 1999 (153) | | | | | |
| N4 | | Email to D.A. Makov re: C. Sala dated Feb. 10, 2000 (KPMGZ12060404) | | | | | |
| O4 | | Outline re: Meeting Date - Apr. 8-9 (KPMG0026309) | | | | | |
| P4 | | Email to K. McGrath dated May 23, 2000 (KPMGZ12060406-07) | | | | | |
| Q4 | | Emails dated June 2, 2000 (KPMGZ12060408) (126) | | | | | |
| R4 | | Email from A. Napier dated June 6, 2000 (127) | | | | | |
| S4 | | Teamwork Revenue Credit Cover sheet - June 6, 2000 (KPMGZ12060478) | | | | | |
| T4 | | Email to L. DeLap re: C. Sala (KPMGZ12060479-80) | | | | | |
| U4 | | Letter to C. Sala dated June 30, 2000 (KPMGZ12192986-91) | | | | | |

2921494.3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| V4 | | Emails dated July 6 and 7, 2000 (KPMGZ12060495) (123) | | | | | |
| W4 | | Email to C. Sala dated Aug. 18, 2000 (KPMGZ12060503) | | | | | |
| X4 | | Emails dated Aug. 31 and Sept. 6, 2000 (KPMGZ12060504) | | | | | |
| Y4 | | Emails - T. Henderson and T. Gillis (155) | | | | | |
| Z4 | | Email to T. Henderson dated Oct. 3, 2000 (KPMGZ12060505) | | | | | |
| A5 | | Email to T. Henderson dated Oct. 6, 2000 (KPMGZ12060506) | | | | | |
| B5 | | Emails - Oct. 9 and 10, 2000 (KPMGZE-0007-00038902) | | | | | |
| C5 / J28 | | Refco Statement dated Oct. 31, 2000 for C. Sala (4160) ( DHSala 821-838) | | | | | |
| D5 / J30 | | Refco Statement dated Nov. 30, 2000 for C. Sala (DHSala 839-887) | | | | | |
| E5 | | KPMG Personal Financial Planning (KPMGZ12190683-684) (130) | | | | | |
| F5 / J31 | | Refco Statement dated Dec. 31, 2000 for Solid Currencies (DHSala 888-894) | | | | | |
| G5 | | KPMG Letter dated Jan. 23, 2001 to C. Sala (121) | | | | | |
| H5 | | KPMG Billing Record for T. Henderson (KPMGZ12192674) | | | | | |
| I5 | | Email to T. Henderson from L. Nemirow - Apr. 9, 2001 (KPMGZ12220016-17) | | | | | |
| J5 | | Email to T. Henderson dated Apr. 9, 2001 (KPMGZ12220018) | | | | | |
| K5 | | Emails - Apr. 13, 2001 (KPMGZ12060001) | | | | | |

17

2921494.3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L5 | | KPMG Invoice (draft) to C. Sala dated Apr. 16, 2001 (KPMGZ12192672-73) | | | | | |
| M5 / J49 | | KPMG Invoice dated Apr. 17, 2001 (KPMGZ12192671) | | | | | |
| N5 | | Handwritten Notes (129) | | | | | |
| O5 | | Email from C. Sala to T. Henderson dated Oct. 6, 2002 w/attach. (KPMGZ12060506-606) | | | | | |
| P5 | | Email from L. Nemirow to C. Sala dated July 7, 2003 (KPMGZ12060801-03) | | | | | |
| Q5 | | Opinion letter dated Sep. 15, 2000 | | | | | |
| R5 | | Opinion letter dated Nov. 13, 2000 (LN 148-246) | | | | | |
| S5 | | Opinion letter dated Apr. 16, 2001 to C. Sala | | | | | |
| T5 | | Opinion letter dated Apr. 16, 2001 to M. White (59) | | | | | |
| U5 | | Opinion letter dated Apr. 16, 2001 to C. Dice (58) | | | | | |
| V5 | | C. Dice - 2000 Form 1040 (48) | | | | | |
| W5 | | C. Dice - Closing Agreement (50) | | | | | |
| X5 | | C. Dice - Letter dated Nov. 17, 2000 to Deerhurst and M. Schwartz (51) | | | | | |
| Y5 | | C. Dice - Foreign Exchange Trading Program (57) | | | | | |
| Z5 | | L. Nemirow - Email dated Oct. 13, 2000 re: Summary of our Meeting with Larry Nemirow (100) | | | | | |

2921494.3

| A6 / J40 | | L. Nemirow - Letter to C. Sala dated Nov. 28, 2000 (101) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| B6 | | L. Nemirow - Letter from M. Schwartz re: Foreign Exchange Trading Program (102) | | | | | | |
| C6 | | L. Nemirow - FX2 Trading Plan - Outline of Proposed Plan (103) | | | | | | |
| D6 / J43 | | L. Nemirow - Brown & Wood Memo. re: Investments in Foreign Currency (104) | | | | | | |
| E6 / J38 | | L. Nemirow - Memo. from W. Natbony to M. Schwartz dated Sep. 26, 2000 (105) | | | | | | |
| F6 / J47 | | L. Nemirow - Fax Cover Sheet from M. Schwartz to L. Nemirow (106) | | | | | | |
| G6 / J41 | | L. Nemirow - C. Sala transaction records from Dec. 6, 2000 to Nov. 7, 2005 (107) | | | | | | |
| H6 | | L. Nemirow - Email from R. Attai to L. Nemirow, Oct. 10 2000 re: my review of the boss docs - w/attach. (108) | | | | | | |
| I6 | | L. Nemirow - Deerhurst telephone conference notes (109) | | | | | | |
| J6 / J44 | | L. Nemirow - Letter to C. Sala from Brown & Wood dated Apr. 16, 2001 (110) | | | | | | |
| K6 | | L. Nemirow - Emails between Nemirow, Ruble, and Sodano (111) | | | | | | |
| L6 / J45 | | L. Nemirow - Email from L. Nemirow to C. Sala from July 7, 2003 (112) | | | | | | |
| M6 | | A. Napier - Standardized Fax Cover (116) | | | | | | |
| N6 | | A. Napier - Engagement Letter (117) | | | | | | |

2921494.3

| O6 | | A. Napier - KPMG Engagement Letter (118) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| P6 | | A. Napier - Bill (119) | | | | | | |
| Q6 | | A. Napier - Bill (120) | | | | | | |
| R6 | | A. Napier - KPMG Engagement Letter (121) | | | | | | |
| S6 | | A. Napier - Printout from Billing System (122) | | | | | | |
| T6 | | A. Napier - Four Emails (123) | | | | | | |
| U6 | | A. Napier - Multi National Strategies Document (124) | | | | | | |
| V6 | | A. Napier - Multi National Strategies Document (125) | | | | | | |
| W6 | | A. Napier - Series of Emails (126) | | | | | | |
| X6 | | A. Napier - Notes Regarding Tasks (127) | | | | | | |
| Y6 | | A. Napier - Handwritten Notes (128) | | | | | | |
| Z6 | | A. Napier - Handwritten Notes from Dec. 1 (129) | | | | | | |
| A7 | | K. Brady - Input Page (130) | | | | | | |
| B7 | | K. Brady - Bill to C. Sala from KPMG (131) | | | | | | |
| C7 | | K. Brady - WIP Report (132) | | | | | | |
| D7 | | K. Brady - Work of C. Sala's 2001 Tax Return (133) | | | | | | |
| E7 | | K. Brady - Attachment to Colorado Amended Return (134) | | | | | | |

2921494.3

| F7 | | DeRosa Report - Ex. 1 | | | | | |
|---|---|---|---|---|---|---|---|
| G7 | | DeRosa Report - Ex. 3 | | | | | |
| H7 | | DeRosa Report - Ex. 4 | | | | | |
| I7 | | DeRosa Report - Ex. 7 | | | | | |
| J7 | | KPMG Summonses issued Mar. 19, 2002 w/attach. | | | | | |
| K7 | | J. Bray Letter dated Feb. 5, 2002 | | | | | |
| L7 | | J. Barloon Letter dated Nov. 17, 2006 | | | | | |
| M7 | | Plaintiffs' Initial Disclosures | | | | | |
| N7 | | Declaration of Carlos Sala filed November 14, 2005 | | | | | |
| O7 | | Declaration of Carlos Sala filed February 3, 2006 | | | | | |
| P7 | | Declaration of Michael Schwartz filed February 3, 2006 | | | | | |
| Q7 | | Plaintiffs' Response to Defendant's First Requests for Production | | | | | |
| R7 | | Plaintiffs' Response to Defendant's Second Requests for Production | | | | | |
| S7 | | Plaintiffs' Response to Defendant's First Interrogatories | | | | | |
| T7 | | Plaintiffs' Response to Defendant's Second Interrogatories | | | | | |
| U7 / J50 | | Complaint | | | | | |
| V7 | | John Raby Compensation Agreement | | | | | |

2921494.3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| W7 | | September 12, 2006 Letter from Josiah O. Hatch to Amy Matchison, with attachment "Addendum to Multinational Strategies LLC Shareholder Agreement Regarding Remittance of John Raby as Shareholder (96) | | | | | | |
| X7 | | Jan. 12, 2000 Letter from D. Guerin to C. Sala and J. Raby (98) | | | | | | |
| Y7 | | Dec. 1, 2003 Letter from K. Brady | | | | | | |
| Z7 | | Jun. 30, 2004 Letter from J. Colvin to IRS | | | | | | |
| A8 | | IRS Statement of Account to C. Sala (KPMGZ12192539-41) | | | | | | |

2921494.3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on December 14, 2007, I electronically filed the foregoing United States' Updated Exhibit List with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

**dhallett@chicoine-hallett.com**
**jcolvin@chicoine-hallett.com**
**david.n.geier@usdoj.gov**
**joseph.a.sergi@usdoj.gov**
**amy.t.matchison@usdoj.gov**

s/ Amy Matchison
AMY MATCHISON
U.S. Department of Justice
Tax Division

2921494.3