# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Lewis T. Babcock, Judge

Case No.:  05-cv-00636-LTB-KLM          Date: December 14, 2007

Case Title:  <u>Carlos E. Sala and Tina Zanolini Sala v. United States of America</u>

**DEFENDANT'S WITNESS LIST**

| WITNESS | DATE(S) TESTIFIED |
|---|---|
| *Carlos Sala*. Mr. Sala is expected to testify about his financial and investment history, his work experience, the events leading up to his decision to participate in the tax shelter, communications regarding the shelter, and events both during and after the shelter transaction. The witness may also testify about any other matter addressed in his deposition or raised by counsel. Estimated duration: 8 hours. | |
| *Martin White*. Mr. White is expected to testify about his relationship with Carlos Sala, events leading up to his participation in the tax shelter transaction, the tax shelter transaction, and communications with third parties and Carlos Sala regarding these matters. The witness may also testify about any other matter addressed in his deposition or raised by counsel. Estimated duration: 4 hours. | |

2921496.1

| | |
|---|---|
| *Christopher Dice*. Mr. Dice is expected to testify about his relationship with Carlos Sala, events leading up to his participation in the tax shelter transaction, the tax shelter transaction, and communications with third parties and Carlos Sala regarding these matters. The witness may also testify about any other matter addressed in his deposition or raised by counsel. Estimated duration: 4 hours. | |
| *Michael Schwartz*. Mr. Schwartz will testify about his background, his work on tax shelter matters, his role in the shelter transaction, his compensation and loans regarding this transaction, and his communications with Carlos Sala and others regarding the shelter. The witness may also testify about any other matter addressed in his deposition. Mr. Schwartz's testimony is expected to be presented via his deposition. | |
| *Laurence Nemirow*. Mr. Nemirow is expected testify about his research and investigation regarding the shelter transaction and his communications with Carlos Sala and others about the transaction. The witness may also testify about any other matter addressed in his deposition or raised by counsel. Estimated duration: 4 hours. | |
| *Andrew Krieger*. Mr. Krieger will testify about his role in connection with the shelter, his communications with Carlos Sala and others regarding the shelter transaction and the materials provided to the participants. The witness may also testify about any other matter addressed in his deposition. Mr. Krieger's testimony is expected to be presented via his deposition. | |

| | |
|---|---|
| *William Natbony*.  Mr. Natbony will testify about the legal work he provided in connection with the transaction, the work his law firm performed, and his communications with Carlos Sala and others in connection with transaction.  The witness may also testify about any other matter addressed in his deposition.  Mr. Natbony's testimony is expected to be presented via his deposition. | |
| *John Raby*.  Mr. Raby is expected to testify about his work at PricewaterhouseCoopers, his work with Carlos Sala, his communications with Michael Schwartz and others in connection with the shelter transaction, the reasons he left PricewaterhouseCoopers, and his work for Multinational Strategies including his compensation agreement.  The witness may also testify about any other matter addressed in his deposition or raised by counsel.  Estimated duration: 4 hours. | |
| *Tim Gillis*.  Mr. Gillis will testify about communications with Carlos Sala regarding Tracie Henderson and will authenticate documents.  The witness may also testify about any other matter addressed in his deposition.  Mr. Gillis's testimony is expected to be presented via his deposition. | |
| *Angie Napier*.  Ms. Napier will authenticate documents, testify regarding her work at KPMG, communications with Carlos Sala, Tracie Henderson and others, regarding Carlos Sala and/or the shelter transaction.  The witness may also testify about any other matter addressed in her deposition.  Ms. Napier's testimony is expected to be presented via her deposition. | |

2921496.1

| | |
|---|---|
| *Carl Vertuca*.  Mr. Vertuca will testify about the shelter transaction and his communications with Michael Schwartz, Andrew Krieger, and others regarding the transactions.  The witness may also testify about any other matter addressed in his deposition.  Mr. Vertuca's testimony is expected to be presented via his deposition. | |
| *Kevin Brady*.  Mr. Brady will testify regarding his work at KPMG, communications with  Carlos Sala, Tracie Henderson, and others regarding Carlos Sala and/or the shelter transaction.  The witness may also testify about any other matter addressed in his deposition.   Mr. Brady's testimony is expected to be presented via his deposition | |
| *Bruce Lemmons*.  Mr. Lemmons will testify regarding his communications with Carlos Sala and his involvement with this and other shelter transactions.  The witness may also testify about any other matter addressed in his deposition.  Mr. Lemmons's testimony is expected to be presented via deposition. | |
| *Beckett Cantley*.  Mr. Cantley will testify regarding his communications with Carlos Sala, his compensation from this shelter transaction, and his involvement with this and other shelter transactions.  The witness may also testify about any other matter addressed in his deposition.  Mr. Cantley's testimony is expected to be presented via his deposition. | |

2921496.1

| | |
|---|---|
| *David DeRosa*. Dr. DeRosa is expected to testify concerning the matters addressed in his expert and rebuttal reports and will testify about matters presented at trial. Estimated duration: 6 hours. | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on December 14, 2007, I electronically filed the foregoing United States' Updated Witness List with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

**dhallett@chicoine-hallett.com**
**jcolvin@chicoine-hallett.com**
**david.n.geier@usdoj.gov**
**joseph.a.sergi@usdoj.gov**
**amy.t.matchison@usdoj.gov**

                                             s/ Amy Matchison
                                             AMY MATCHISON
                                             U.S. Department of Justice
                                             Tax Division