# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-KLM

CARLOS E. SALA and
TINA ZANOLINI SALA,

      Plaintiffs,

  v.

UNITED STATES OF AMERICA,

      Defendant.

---

## PLAINTIFFS' AMENDED UPDATED WITNESS LIST

In accordance with the Court's Order of September 12, 2007, Plaintiffs submit the following updated Witness list:

1.    *Carlos Sala.*  Mr. Sala will testify about his review and analysis of the investment opportunity offered by Deerhurst Management ("Deerhurst"), the transactions he entered into upon undertaking the Deerhurst investment, his motivations for entering into the transactions, and the documents and information produced to the IRS during the examination of his 2000 tax return. Mr. Sala may also testify about any other matter addressed in his deposition or raised by counsel. Mr. Sala's direct examination is estimated to take three hours.

2.    *Laurence Nemirow.*  Mr. Nemirow will testify regarding his review and analysis of the tax opinion prepared by the law firm of Brown and Wood, and, aside from tax issues, his review and advice concerning legal issues involved in the Deerhurst transaction. Mr. Nemirow may testify about any other matter addressed in his deposition or raised by counsel. Mr.

1

Nemirow's direct examination is estimated to take two hours.

3.      *Martin (Tony) White.*  Mr. White will testify about his review and analysis of the investment opportunity offered by Deerhurst, his discussions with Mr. Sala concerning the investment, the transactions he entered into upon undertaking the investment, and about any other matter addressed in his deposition or raised by counsel.  Mr. White's direct examination is estimated to take two hours.

4.      *Andrew Krieger.*  Mr. Krieger will testify regarding the investment program offered by Deerhurst, including the events leading up to the formation and the formation of the program, the nature and structure of the foreign currency contracts acquired and disposed of by him on behalf of Deerhurst investors, including Sala, the history of his investment performance, particularly as a foreign currency and option trader, and his dealings with Mr. Sala.  Mr. Kreiger may testify about any other matter addressed in his deposition or raised by counsel.  If Mr. Krieger declines to voluntarily appear at trial, his videotaped deposition will be submitted.  Mr. Krieger's direct examination is estimated to take three to four hours.

5.      *Kevin Brady.*  Mr. Brady will testify by deposition regarding his involvement in the preparation of Plaintiffs' 2000 tax return.  Mr. Brady may also testify about any other matter addressed in his deposition or raised by counsel.  Mr. Brady's direct examination is estimated to take one hour.

6.      *Michael Schwartz.*  Will testify regarding the investment program offered by Deerhurst, including the formation, the nature and structure of the specific foreign currency contracts bought and sold, the history of the investment opportunity, the profit projections, and the Deerhurst financial statements.  Mr. Schwartz may also testify about any other matter addressed in his deposition or raised by counsel.  Mr. Schwartz's direct examination is estimated

to take two hours.

7.    *William Natbony.*  Mr. Natbony will testify by deposition regarding his legal services in connection with the formation of Deerhurst.  His direct examination is estimated to take one hour.

8.    *Connie Tang.*  Ms. Tang may testify regarding documents produced by the government and documents produced to the IRS during the examination of Plaintiffs' 2000 tax return.  Ms. Tang may also testify about any other matter raised by counsel.  Ms. Tang's direct examination is estimated to take 30 minutes.

9.    *Dr. Robert W. Kolb Ph.D.*  Dr. Kolb will testify as Plaintiffs' expert regarding matters covered by and related to his Expert Report dated December 12, 2006 and his Rebuttal Report dated December 26, 2006 and the testimony and reports provided by the Defendant's expert, Dr. DeRosa.

Dated this 14th day of December, 2007.

s/
_____
ROBERT CHICOINE
JOHN COLVIN
DARRELL HALLETT
CORI FLANDERS-PALMER
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs
1011 Western Ave., Suite 803
Seattle, WA 98104 Telephone:
(206) 223-0800
Facsimile: (206) 467-8170
Email:
dhallett@chicoine-hallett.com
jcolvin@chicoine-hallett.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I electronically filed PLAINTIFFS' AMENDED UPDATED WITNESS LIST using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| David N. Geier: | David.N.Geier@usdoj.gov |
| Joseph A. Sergi: | Joseph.A.Sergi@usdoj.gov |
| Amy Matchison: | Any.Matchison@usdoj.gov |

I declare under the penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 14th day of December, 2007.

CHICOINE & HALLETT, P.S.

s/ John M. Colvin
John M. Colvin
Cori Flanders-Palmer
Darrell D. Hallett
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
        and Tina Zanolini-Sala
1011 Western Ave. Suite 803
Seattle WA, 98104
Telephone: (206) 223-0800Facsimile: (206) 467-8170
Email: cflanders@chicoine-hallett.com
        dhallett@chicoine-hallett.com
        jcolvin@chicoine-hallett.com

H:\S\Sala-White-03-10627\Pleadings - CO\Trial Briefs\Plaintiffs' Updated Witness List 12.12.07.DOC