# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-00636-LTB

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

       Plaintiffs,

v.

UNITED STATES OF AMERICA,

       Defendant.
_____

# **ORDER**
_____

       As set forth on the record at the hearing held on December 14, 2007, IT IS HEREBY ORDERED as follows:

       1. The January 7, 2008, trial date in this matter is vacated.

       2. Trial in this matter is scheduled to begin March 10, 2008, at 8:30 a.m.

       3. All outstanding subpoenas are continued to accommodate the March 10, 2008, trial date.

       4. Parties shall file status reports with this Court every twenty days.

       5. Parties shall file pretrial memoranda highlighting contested evidentiary issues no later than ten days before trial.

       6. Witnesses—with the exception of Plaintiffs and expert witnesses—shall be excluded at trial under FED. R. EVID. 615.

Dated: December   14  , 2007.

                              BY THE COURT:


                                 s/Lewis T. Babcock
                              Lewis T. Babcock, Judge