IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:    Gwen Daniel | Date:  December 14, 2007 |

_____

| | |
|---|---|
| Civil Case No.  05-cv-00636-LTB-KLM | Counsel: |
| CARLOS E. SALA, et al., | Darrell Hallett<br>Robert J. Chicoine |
| Plaintiffs,<br>v. | |
| UNITED STATES OF AMERICA, | David Geier<br>Joseph Sergi |
| Defendant. | |

_____

COURTROOM MINUTES
_____

TRIAL PREPARATION CONFERENCE

09:04 a.m.    Court in Session

Appearances

A trial to the court is scheduled for January 7, 2008.

Court's comments

Mr. Hallett's comments

Mr. Geier's comments

Mr. Hallett advises the Court, and Mr. Geier confirms, that the parties have been working on a settlement; and request that the Court schedule a date further out.

**ORDERED:   The trial date of January 7, 2008 is VACATED AND RESET to
              Monday, March 10, 2008 for two weeks.  All outstanding subpoenas**

1

                       **are continued.**
Court's further comments

**ORDERED:   The exclusionary Rule 615 will be INVOKED.**

Court's further comments

Mr. Hallett confirms that they are stipulating to exhibits 139, 140, 142, 145, 147, 148 149, 158, 159, 167, 169, 170, 173, 174, 177, 178, 180, 183, 186 through 193, and 195 through 202, 205, 207, 208 and 209.

Discussion re: witnesses appearing by deposition

**ORDERED:   A couple of weeks before trial, the parties shall submit a hard copy of the depositions with the proffering party's designations highlighted in blue and counter-designations highlighted in yellow; and any objections that have to be resolved, highlighted in red.**

**ORDERED:   Counsel shall file 20-day status reports**.

09:39 a.m.     Court in Recess
                   Hearing concluded
                   Time: /35

2