IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| CARLOS E. SALA and | ) | |
| TINA ZANOLINI SALA, | ) | |
| | ) | 05-cv-00636-LTB-KLM |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

_____

JOINT SETTLEMENT STATUS REPORT
_____

Plaintiffs, Carlos E. Sala and Tina Zanolini Sala and the United States of America, by and through their respective undersigned counsel, file this Joint Settlement Status Report and respectfully state as follows:

The parties have not yet reached a settlement in this case.

The Plaintiffs submitted an amended settlement offer to the United States on December 17, 2007, that is consistent with the parties' discussions prior to the hearing dated December 14, 2007. On December 18, 2007, the United States acknowledged this amended offer and began processing it in accordance with its usual procedures. As of this date, the amended offer has been submitted for consideration to the Department of Justice's Office of Review.

2967012.1

Dated this 3rd day of January, 2008.

            CHICOINE & HALLETT, P.S.

            s/ John Colvin
            DARRELL D. HALLETT
            ROBERT J. CHICOINE
            JOHN M. COLVIN
            CORI FLANDERS-PALMER
            Chicoine & Hallett, P.S.
            Attorneys for the Plaintiffs
            719 Second Avenue, Suite 425
            Seattle, WA 98104
            Telephone: (206) 223-0800
            Facsimile: (206) 467-8170
            Email: dhallett@chicoine-hallett.com
               jcolvin@chicoine-hallett.com


            TROY A. EID
            United State Attorney
            MARK S. PESTAL
            Asst. U.S. Attorney

            s/ Amy Matchison
            DAVID N. GEIER
            JOSEPH A. SERGI
            AMY MATCHISON
            Trial Attorneys, Tax Division
            U.S. Department of Justice
            P.O. Box 683
            Ben Franklin Station
            Washington, D.C. 20044-0683
            Telephone:  (202) 307-6531
            Facsimile:   (202) 307-0054

Street Address:     Judiciary Center Building
            555 Fourth Street, N.W.
            Washington, D.C. 20001

2967012.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on January 3, 2008, I electronically filed the foregoing Joint Settlement Status Report with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com
jcolvin@chicoine-hallett.com
david.n.geier@usdoj.gov
amy.t.matchison@usdoj.gov

                                    s/ Amy Matchison
                                    AMY MATCHISON
                                    U.S. Department of Justice
                                    Tax Division

2967012.1