IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and <br> TINA ZANOLINI SALA, <br>         Plaintiffs, <br> v. <br> UNITED STATES OF AMERICA, <br>         Defendant. | ) <br> ) <br> )   05-cv-00636-LTB-KLM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

_____

### JOINT SETTLEMENT STATUS REPORT
_____

Plaintiffs, Carlos E. Sala and Tina Zanolini Sala and the United States of America, by and through their respective undersigned counsel, file this Joint Settlement Status Report and respectfully state as follows:

The parties have not yet reached a settlement in this case. As of this date, the offer is still under consideration by the Department of Justice's Office of Review.

3003950.1

2

Dated this 23rd day of January, 2008.

                CHICOINE & HALLETT, P.S.

                s/ John Colvin
                DARRELL D. HALLETT
                ROBERT J. CHICOINE
                JOHN M. COLVIN
                CORI FLANDERS-PALMER
                Chicoine & Hallett, P.S.
                Attorneys for the Plaintiffs
                719 Second Avenue, Suite 425
                Seattle, WA 98104
                Telephone: (206) 223-0800
                Facsimile: (206) 467-8170
                Email: dhallett@chicoine-hallett.com
                          jcolvin@chicoine-hallett.com


                TROY A. EID
                United State Attorney
                MARK S. PESTAL
                Asst. U.S. Attorney

                s/ Amy Matchison
                DAVID N. GEIER
                JOSEPH A. SERGI
                AMY MATCHISON
                Trial Attorneys, Tax Division
                U.S. Department of Justice
                P.O. Box 683
                Ben Franklin Station
                Washington, D.C. 20044-0683
                Telephone:  (202) 307-6531
                Facsimile:   (202) 307-0054

Street Address:        Judiciary Center Building
                              555 Fourth Street, N.W.
                              Washington, D.C. 20001

3003950.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on January 23, 2008, I electronically filed the foregoing Joint Settlement Status Report with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com
jcolvin@chicoine-hallett.com
david.n.geier@usdoj.gov
amy.t.matchison@usdoj.gov

                                              s/ Amy Matchison
                                              AMY MATCHISON
                                              U.S. Department of Justice
                                              Tax Division

3003950.1