IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and<br>TINA ZANOLINI SALA,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)  05-cv-00636-LTB-KLM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

### JOINT SETTLEMENT STATUS REPORT
_____

Plaintiffs, Carlos E. Sala and Tina Zanolini Sala and the United States of America, by and through their respective undersigned counsel, file this Joint Settlement Status Report and respectfully state as follows:

The parties have not yet reached a settlement in this case. As of this date, the offer remains under consideration with the Tax Division's Office of Review. Undersigned counsel for the United States has been informed that a favorable recommendation from the Office of Review is unlikely in light of the recent decisions in *Cemco Investors, LLC v. United States*, ___F.3d___, 2008 WL 321270 (7th Cir. Feb. 7, 2008) (C.J. Easterbrook) and *Jade Trading, LLC v. United States*, 80 Fed. Cl. 11 (Dec. 21, 2007). However, no final determination has been made.

Dated this 12th day of February, 2008

                CHICOINE & HALLETT, P.S.

                s/ John Colvin
                DARRELL D. HALLETT
                ROBERT J. CHICOINE
                JOHN M. COLVIN
                CORI FLANDERS-PALMER
                Chicoine & Hallett, P.S.
                Attorneys for the Plaintiffs
                719 Second Avenue, Suite 425
                Seattle, WA 98104
                Telephone: (206) 223-0800
                Facsimile: (206) 467-8170
                Email: dhallett@chicoine-hallett.com
                        jcolvin@chicoine-hallett.com


                TROY A. EID
                United State Attorney
                MARK S. PESTAL
                Asst. U.S. Attorney

                s/ Amy Matchison
                DAVID N. GEIER
                JOSEPH A. SERGI
                AMY MATCHISON
                Trial Attorneys, Tax Division
                U.S. Department of Justice
                P.O. Box 683
                Ben Franklin Station
                Washington, D.C. 20044-0683
                Telephone:  (202) 307-6531
                Facsimile:   (202) 307-0054

Street Address:        Judiciary Center Building
                555 Fourth Street, N.W.
                Washington, D.C. 20001

3059489.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on February 12, 2008, I electronically filed the foregoing Joint Settlement Status Report with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com
jcolvin@chicoine-hallett.com
david.n.geier@usdoj.gov
amy.t.matchison@usdoj.gov

                                    s/ Amy Matchison
                                    AMY MATCHISON
                                    U.S. Department of Justice
                                    Tax Division