IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy: Deborah Hansen          Date:  February 14, 2008
Court Reporter:    Gwen Daniel

_____

Civil Case No.  05-cv-00636-LTB-KLM       Counsel:

CARLOS E. SALA, et al.,                   Darrell Hallett
                                          Robert Chicoine
        Plaintiffs,
v.

UNITED STATES OF AMERICA,                 David Geier
                                          Joseph Sergi
        Defendant.                        Amy Matchison

_____

COURTROOM MINUTES
_____

TELEPHONE HEARING - Status of Settlement

09:58 a.m. Court in Session

Appearances

All counsel appear by telephone.

Court's comments concerning the Joint Settlement Status Report.

Trial is set March 10, 2008, and will start at 8:30.

The Court refers counsel to the Order entered on December 14, 2007, (Doc No. 212), setting forth certain matters to accomplish before the trial begins.

**ORDERED: 1)** **A final trial preparation conference is set Wednesday, March 5, 2008 at 3:00 p.m. For this hearing the parties shall submit the materials referenced in the December 14, 2007th Order (Doc No. 212).**

1

      **2)**      **The parties shall also submit for this hearing a hard copy of the depositions with the proffering party's designations highlighted in blue, counter-designations highlighted in yellow, and any objections highlighted in red.**

      **3)**      **The parties shall also submit for this hearing an updated witness list and updated exhibit lists indicating stipulations concerning admissibility and authentication.**

10:04 a.m.    Court in Recess
                    Hearing concluded
                      Time: /06