**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  05-cv-00636-LTB-KLM

CARLOS E. SALA, and
TINA ZANOLINI SALA,

       Plaintiffs,

v.

UNITED STATES OF AMERICA,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

       This will confirm that trial in this matter will commence at **8:30 a.m. on March 10, 2008** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  A final trial preparation conference is set **Wednesday, March 5, 2008 at 3:00 p.m.**

       For the March 5 hearing, the parties shall submit the following:

          -The materials referenced in the December 14, 2007 Order.

          -A hard copy of the depositions with the proffering party's designations highlighted in blue, counter-designations highlighted in yellow, and any objections highlighted in red.

          -An updated witness list and updated exhibit lists including stipulations concerning admissibility and authentication.

Dated:  February 19, 2008
_____