**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00636-LTB-

CARLOS E. SALA and
TINA ZANOLINI SALA,

       Plaintiffs,

  v.

UNITED STATES OF AMERICA,

       Defendant.

---

**PLAINTIFFS' (REVISED) SECOND AMENDED WITNESS LIST**

---

In accordance with the Court's Minutes of February 14, 2008, Plaintiffs submit the following updated Witness list with attachment[1]:

1.   *Carlos Sala.* Mr. Sala will testify about his review and analysis of the investment opportunity offered by Deerhurst Management ("Deerhurst"), the transactions he entered into upon undertaking the Deerhurst investment, his motivations for entering into the transactions, and the documents and information produced to the IRS during the examination of his 2000 tax return. Mr. Sala may also testify about any other matter addressed in his deposition or raised by counsel. Mr. Sala's direct examination is estimated to take five hours.

2.   *Andrew Krieger.* Mr. Krieger will testify regarding the investment program offered by Deerhurst, including the events leading up to the formation and the formation of the program, the nature and structure of the foreign currency contracts acquired and disposed of by

---

[1] Attached as Exhibit A is a witness list detailing each witnesses' contact and deposition information.

1

him on behalf of Deerhurst investors, including Sala, the history of his investment performance, particularly as a foreign currency and option trader, and his dealings with Mr. Sala.  Mr. Krieger may testify about any other matter addressed in his deposition or raised by counsel.  Mr. Krieger's testimony will be offered via video deposition testimony and is estimated to take 10.5 hours.

   3. *Michael Schwartz.*  Mr. Schwartz will testify regarding the investment program offered by Deerhurst, including the formation, the nature and structure of the specific foreign currency contracts bought and sold, the history of the investment opportunity, the profit projections, and the Deerhurst financial statements.  Mr. Schwartz may also testify about any other matter addressed in his deposition or raised by counsel.  Mr. Schwartz's testimony will be offered via video deposition testimony and is estimated to take five hours.

   4. *Dr. Robert W. Kolb Ph.D.*  Dr. Kolb will testify as Plaintiffs' expert regarding matters covered by and related to his Expert Report dated December 12, 2006 and his Rebuttal Report dated December 26, 2006 and the testimony and reports provided by the Defendant's expert, Dr. DeRosa.  Mr. Kolb's direct examination is estimated to take two to three hours.

   5. *Laurence Nemirow*.  Mr. Nemirow will testify regarding his review and analysis of the tax opinion prepared by the law firm of Brown and Wood, and, aside from tax issues, his review and advice concerning legal issues involved in the Deerhurst transaction.  Mr. Nemirow may testify about any other matter addressed in his deposition or raised by counsel.  Mr. Nemirow's direct examination is estimated to take two hours.

   4. *Kevin Brady*.  Mr. Brady will testify by deposition regarding his involvement in the preparation of Plaintiffs' 2000 tax return.  Mr. Brady may also testify about any other matter addressed in his deposition or raised by counsel.  Mr. Brady's direct examination is estimated to

2

take one hour.

Dated this 5th day of March, 2008.

s/Cori Flanders-Palmer
CORI FLANDERS-PALMER
ROBERT CHICOINE
JOHN COLVIN
DARRELL HALLETT
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs
719 Second Avenue, Suite 425
Seattle, WA 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email:
dhallett@chicoine-hallett.com
jcolvin@chicoine-hallett.com
cflanders@chicoine-hallett.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2008, I electronically filed PLAINTIFFS' SECOND AMENDED UPDATED WITNESS LIST using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| David N. Geier: | David.N.Geier@usdoj.gov |
| Joseph A. Sergi: | Joseph.A.Sergi@usdoj.gov |
| Amy Matchison: | Any.Matchison@usdoj.gov |

I declare under the penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 5th day of March, 2008.

CHICOINE & HALLETT, P.S.

s/ Cori Flanders-Palmer
Cori Flanders-Palmer
John M. Colvin
Darrell D. Hallett
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs Carlos E. Sala
    and Tina Zanolini-Sala
719 Second Avenue, Suite 425
Seattle WA, 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email: cflanders@chicoine-hallett.com
       dhallett@chicoine-hallett.com
       jcolvin@chicoine-hallett.com