# WITNESS LIST

| Tab | Date | Deponent | Videotaped | Residence | |
|---|---|---|---|---|---|
| 1. | 9/27/06 | Kevin Brady | No | 4671 Lee High Drive Marietta, GA 30068 (from dep) | Chamber Witness |
| 2. | 10/11/06 | Beckett Cantley | Telephonic | 101 20th St., No. 1801 Miami Beach, FL 33139 | Chamber Witness |
| 3. | 1/11/07 | David DeRosa | N/A | 495 White Oak Shade Road New Canaan, CT 06840 Ph: 203-801-4340 | Subpoenaed |
| 4. | 8/29/06 | Christopher Dice | N/A | 2058 Navajo Trail Lafayette, CO 80026 Bus: 914-798-7797 (?) Cell: 303-887-0984 (?) | Subpoenaed |
| 5. | 10/23/06 | Anthony Gillis | Telephonic | 6608 Brawner Street McLean, Virginia | Chamber Witness |
| 6. | 1/12/07 | Robert Kolb | N/A | 540 North State Street Apt.3711E Chicago, Illinois 60610 312-670-9011 303-818-9125 (BEST) | Live Witness |
| 7. | 10/26/06 & 10/27/06  4/17/07 | Andrew Krieger | Yes | Attorneys: Jay Fischer/ Alan Thomas Fischer Porter & Thomas, P.C. 440 Sylvan Avenue, Suite 130, Englewood Cliffs, New Jersey 07632-2707 (201) 569-5959 | Video Deposition |

## WITNESS LIST

| Tab | Date | Deponent | Videotaped | Residence | |
|---|---|---|---|---|---|
| 9. | 10/06/06 | Bruce Lemons | Telephonic | -- In the process of moving from Salt Lake City, Utah to Las Vegas, Nevada; Utah address is #7 Northridge Lane, Sandy, Utah 84092; Nevada business address is Suite #135, 3753 Howard Hughes Parkway, Las Vegas, Nevada, 89169; name of the business is a family partnership Lemons runs called BNL Partner (from dep)<br>Former Firm:<br>Olson Lemons P.C.<br>11576 South State, Suite 301<br>Draper, UT 84020<br>Wk: 801-495-4060<br>blemons@olsonlemons.com | Chamber Witness |
| 10. | 9/26/06 | Angie Napier | No | KPMG<br>Atlanta, Georgia | Chamber Witness |
| 11. | 8/29/06 & 8/30/06 | William Natbony | Yes | Atty: Michael Verde<br>KattenMunchin Rosenman, LLP<br>575 Madison Ave.<br>New York, NY<br>Wk: 212-940-8800<br>William.natbony@kattenlaw.com | Video deposition |
| 12. | 9/14/06 | Lawrence Nemirow | N/A | Jon Bergman<br>Davis, Graham & Stubbs, LLP, 1550 Seventeenth Street, Ste. 500, Denver, CO 80202<br>Wk: (303) 892-9400<br>Cell: (303) 588-0013 | Subpoenaed |
| 13. | 9/13/06 | John Raby | N/A | 15705 W. 67th Pl<br>Arvada, CO 80007<br>Atty: Ilona L. Dutlerrer<br>Ducker, Montgomery, Aronstein, Bess, P.C.<br>One Civic Center Plaza<br>1560 Broadway, Suite 1400, Denver, CO 80202<br>Wk: (303) 499-3815<br>Cell: (303) 589-3815 | Subpoenaed |

## WITNESS LIST

| Tab | Date | Deponent | Videotaped | Residence | |
|---|---|---|---|---|---|
| 14. | 9/15/06 & 10/25/06 | Carlos Sala | N/A | 2424 Ginny Way Lafayette, CO 80026 Cell: 303-885-3830 Hm: 303-926-0832 (Hm Off): 303-926-0837 Fax: 303-926-0837 | Live Witness |
| 15. | 6/28/06 & 6/29/06 | Michael Schwartz | Yes | 109 South Nashville Ave., Ventnor, New Jersey 08406 Wk: 212-868-8520 Cell: 732-239-3131 michaelnsch@aol.com Atty in Boston: Mike Hartigan 617-922-9800 | Video Deposition |
| 16. | 9/12/06 | Carl Vertuca | No | The Vertuca Group 54000 Mt. Meeker Rd Boulder, CO 80301 | Chamber Witness |
| 17. | 8/30/06 | Martin A. White | Yes | 125 East 70th St. New York, NY Hm (use first): 917-455-7549 Wk: 212-861-5379 Cell: 917-294-5573 Fax: 212-879-8227 | |