IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:    Gwen Daniel | Date:  March 5, 2008 |

_____

| | |
|---|---|
| Civil Case No.  05-cv-00636-LTB-KLM | Counsel: |
| CARLOS E. SALA, et al., | Darrell Hallett<br>Robert Chicoine |
| Plaintiffs,<br>v. | Cori Flanders-Palmer |
| UNITED STATES OF AMERICA, | David Geier<br>Joseph Sergi |
| Defendant. | Amy Matchison |

_____

COURTROOM MINUTES
_____

HEARING - TRIAL PREPARATION CONFERENCE

03:00 p.m.     Court in Session

Appearances

Court's comments

Discussion - Witness Lists

Argument/Discussion concerning Witness Mr. Krieger

Mr. Geier hands the Court the United States' Motion to Vacate Trial that they will file today.

ORDERED:   The Motion to Vacate Trial will be denied.

Discussion - Exhibit Lists

Plaintiff has agreed that all but one exhibit will be admissible (by Ms. Flanders).

The Government withdraws Exhibit B70 (by Mr. Geier).

**ORDERED:** **Defendant's exhibits designated in its March 5, 2008 Exhibit List are ADMITTED.**

**ORDERED:** **Before Monday the plaintiff shall submit a revised exhibit list in the format as the Government's March 5th Exhibit List, reflecting their stipulations and the objections**.

Ms. Flanders advises the Court that on Page 3 of the Plaintiff's Pretrial Memorandum the last issues have been resolved.

04:00 p.m.   Court in Recess
             Hearing concluded
             Time: /60