**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 05-cv-00636-LTB

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

**ORDER**

---

    For the reasons stated on the record at the hearing held on March 5, 2008, the United

States' Motion to Vacate Trial (Doc 229) is DENIED.

Dated: March ___6___, 2008.

                    BY THE COURT:


                    ___s/Lewis T. Babcock_____
                    Lewis T. Babcock, Judge