IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy: Deborah Hansen           Date:  March 10, 2008
Court Reporter:      Gwen Daniel

_____

Civil Case No.  05-cv-00636-LTB-KLM         Counsel:

CARLOS E. SALA, and                         Darrell Hallett
TINA ZANOLINI SALA,                         Robert Chicoine
                                            Cori Flanders-Palmer
        Plaintiffs,
v.

UNITED STATES OF AMERICA,                   David Geier
                                            Joseph Sergi
        Defendant.                          Amy Matchison

_____

COURTROOM MINUTES
_____

BENCH TRIAL - DAY ONE

08:35 a.m.    Court in Session

Appearances

Court's comments

Discussion concerning exhibits

The Joint Exhibits, Plaintiffs' Exhibits and Defendant's Exhibits are all in one Exhibit List, the Defendant's List, which is dated March 5, 2008.

The Government continues to object to Plaintiffs' Exhibit Nos. 72, 82, 87 and 88 (by Mr. Geier).

**ORDERED:  The Plaintiffs' Exhibits are admitted, other than 72, 82, 87 and 88.**

1

05-cv-00636-LTB-KLM                                                                 Bench Trial - Day One

        **The Government's Exhibits are admitted**.

Defendant withdraws Exhibit No. 88 (by Ms. Flanders).

**ORDERED:  The hard copies of the depositions are admitted as exhibits.**

Government's request to submit the entirety of the depositions of Martin White, John Raby and Christopher Dice (by Mr. Geier).

Plaintiffs have no objection to submitting the depositions of Martin White, John Raby and Christopher Dice in lieu of their live testimony (by Mr. Hallett).

**ORDERED:  The request of the Government to submit the entirety of the depositions of Martin White, John Raby and Christopher Dice in lieu of live testimony is granted.**

08:44  Plaintiffs' Opening Statement (by Mr. Hallett)

09:29  Government's Opening Statement (by Mr. Sergi)

10:09  Court in Recess
10:29  Court in Session

**PLAINTIFFS' WITNESS CARLOS E. SALA**
10:29  Direct (by Mr. Hallett)

10:54  Court

10:54  Direct

11:46  Court

11:46  Direct

Exhibits referred: 49, A96, B1, A92, A95, B4, B82, 68, 69

12:00  Court in Recess
01:30  Court in Session

**PLAINTIFFS' WITNESS CARLOS E. SALA**
01:30  Direct continued (by Mr. Hallett)

05-cv-00636-LTB-KLM Bench Trial - Day One

02:36  Court

02:39  Direct

02:43  Court

02:43  Direct

Exhibits referred: J48, J9, O, U, J14, J15, 85, J44, J43, J39, J23

02:53  Court in Recess
03:13  Court in Session

### PLAINTIFFS' WITNESS CARLOS E. SALA
03:13  Direct continued (by Mr. Hallett)

03:28  Court

03:28  Direct

Exhibits Referred: J31, J29, 90, J45

03:30  Cross (by Mr. Geier)

Exhibits Referred: J43, J31, J1, J4, A92, Q, J44 , J14

05:00 p.m. Court in Recess
 Trial continued
 Time: 4/10