IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

---

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:    Gwen Daniel | Date:  March 11, 2008 |

---

| | |
|---|---|
| Civil Case No.  05-cv-00636-LTB-KLM | Counsel: |
| CARLOS E. SALA, and<br>TINA ZANOLINI SALA,<br><br>         Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | Darrell Hallett<br>Robert Chicoine<br>Cori Flanders-Palmer<br><br><br><br>David Geier<br>Joseph Sergi<br>Amy Matchison |

---

## COURTROOM MINUTES
---

BENCH TRIAL - DAY TWO

08:40 a.m.    Court in Session

**PLAINTIFFS' WITNESS CARLOS E. SALA**
08:40  Cross continued (by Mr. Geier)

09:28  Court

09:32  Cross

09:48  Court

09:49  Cross

Exhibits Referred: B73, U, J31, P40, J14, J25

1

05-cv-00636-LTB-KLM                                                                 Bench Trial - Day Two

10:01  Court

Exhibit Referred: J48

10:02  Cross

10:09  Court in Recess
10:30  Court in Session

**PLAINTIFFS' WITNESS CARLOS E. SALA**
10:30  Cross continued (by Mr. Geier)

Exhibits Referred: J17, J34, J44

11:20  Redirect (by Mr. Hallett)

Exhibits Referred: J44, U, J31, P49

11:40  Court in Recess
01:15  Court in Session

01:15  Argument by Mr. Sergi concerning Exhibit B88

01:33  Response Argument by Mr. Chicoine

                            **Defendant's Exhibit No. B88 is offered, tendered and REFUSED.**

**PLAINTIFFS' WITNESS ANDREW KRIEGER**
01:55  Testimony by videotaped deposition

03:00  Court in Recess
03:20  Court in Session

**PLAINTIFFS' WITNESS ANDREW KRIEGER**
03:20  Continued testimony by videotaped deposition

04:55 p.m.    Court in Recess
              Trial Continued
              Time: 5/59

2