IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date:  March 12, 2008 |
| Court Reporter:     Gwen Daniel | |

_____

| | |
|---|---|
| Civil Case No.  05-cv-00636-LTB-KLM | Counsel: |
| CARLOS E. SALA, and | Darrell Hallett |
| TINA ZANOLINI SALA, | Robert Chicoine |
| | Cori Flanders-Palmer |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | David Geier |
| | Joseph Sergi |
| Defendant. | Amy Matchison |

_____

COURTROOM MINUTES
_____

BENCH TRIAL - DAY THREE

08:40 a.m.    Court in Session

**PLAINTIFFS' WITNESS ANDREW KRIEGER**
08:40  Continued testimony by videotaped deposition

10:17  Court in Recess
10:34  Court in Session

Mr. Hallett is not present.

**PLAINTIFFS' WITNESS ANDREW KRIEGER**
10:34  Continued testimony by videotaped deposition

11:55  Court in Recess
01:34  Court in Session

1

05-cv-00636-LTB-KLM                                                                                 Bench Trial - Day Three

**PLAINTIFFS' WITNESS ANDREW KRIEGER**
01:34  Continued testimony by videotaped deposition

02:49  Court in Recess
03:05  Court in Session

**PLAINTIFFS' WITNESS ANDREW KRIEGER**
03:05  Continued testimony by videotaped deposition

04:02  Court in Recess
04:12  Court in Session

**PLAINTIFFS' WITNESS ANDREW KRIEGER**
04:12  Continued testimony by videotaped deposition

05:00  p.m.    Court in Recess
                Trial continued
                Time: 5/58