IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

---

Courtroom Deputy: Deborah Hansen                Date: March 13, 2008
Court Reporter:   Gwen Daniel

---

Civil Case No. 05-cv-00636-LTB-KLM             Counsel:

CARLOS E. SALA, and                            Darrell Hallett
TINA ZANOLINI SALA,                            Robert Chicoine
                                               Cori Flanders-Palmer
        Plaintiffs,
v.

UNITED STATES OF AMERICA,                      David Geier
                                               Joseph Sergi
        Defendant.                             Amy Matchison

---

COURTROOM MINUTES

---

BENCH TRIAL - DAY FOUR

08:30 a.m.   Court in Session

Mr. Chicoine not present.

**PLAINTIFFS' WITNESS ANDREW KRIEGER**
08:30  Continued testimony by videotaped deposition

10:04  Court in Recess
10:24  Court in Session

**PLAINTIFFS' WITNESS ANDREW KRIEGER**
10:24  Continued testimony by videotaped deposition

11:55  Court in Recess
01:21  Court in Session

05-cv-00636-LTB-KLM                                                    Bench Trial - Day Four

### PLAINTIFFS' WITNESS ANDREW KRIEGER
01:21  Continued testimony by videotaped deposition

A clip of the videotape is missing, and the Court is handed a hard copy of transcript pages 307 through 330 of the videotaped deposition of Andrew Krieger.

The videotaped deposition of Andrew Krieger is stopped so that the Court may read the transcript pages.  (These pages are Attachment 1 to these minutes.)

The Court instructs that these pages shall be attached to the video so that the video is complete.

### PLAINTIFFS' WITNESS ANDREW KRIEGER
01:53  Continued testimony by videotaped deposition

02:36  Court in Recess
02:46  Court in Session

### PLAINTIFFS' WITNESS MICHAEL SCHWARTZ
02:46  Testimony by videotaped deposition

04:01  Court in Recess
04:20  Court in Session

### PLAINTIFFS' WITNESS MICHAEL SCHWARTZ
04:20  Continued testimony by videotaped deposition

05:00 p.m.     Court in Recess
               Trail continued
               Time: 6/15

2