Krieger 10 27 06

Group: VAK2
ID:        AK2 Clip 001a

```
307: 6    Q.          Good morning, Mr. Krieger.  Thanks
307: 7 for taking the time to come back this morning and
307: 8 continue talking to me.
307: 9    A.          My pleasure.
307:10    Q.          All right.
307:11                Let's talk about value dates;
307:12 isn't it true that a value date normally occurs
307:13 two days after the trade date; is that correct?
307:14    A.          It depends what instrument, I think.
307:15    Q.          All right.
307:16                Before an option trade, foreign
307:17 currency option trade; normally would occur two
307:18 days after the value date -- after the trade
307:19 date?
307:20    A.          I'd have to check.  Again, I think
307:21 it depends on the instrument.
307:22    Q.          Okay.
307:23                Do you know for any particular
307:24 instruments what the value dates would normally
307:25 be?
308: Page 308
308: 1    A.          I know for -- if we're talking about
308: 2 spot currencies, it's often two days, except for
308: 3 Canada, it's one.
308: 4    Q.          For what?
308: 5    A.          Canadian dollar versus US dollar is
308: 6 one day.
308: 7    Q.          I see.  Okay.
308: 8    A.          I don't know about the settlements
308: 9 for options -- settlement dates for options.
308:10    Q.          Okay.  Fair enough.
308:11                Now, are you aware that you can
308:12 move out a settlement date or bring closer a
308:13 settlement date by doing a rollover; is that
308:14 correct?
308:15    A.          Not for a spot trade.  You can only
308:16 do a rollover after the trade's been transacted.
308:17    Q.          Okay.
308:18                So, wait, if you do a spot
308:19 trade for -- a spot trade today, you'd have a
308:20 value date of today?
308:21    A.          No.
308:22    Q.          Okay.
308:23                You have a value date --
308:24    A.          If you did a spot trade today in
308:25 Canada, for example, it would be next day   .
309: Page 309
309: 1 settlement.
309: 2    Q.          Okay.
309: 3                Let's talk dollar --
309: 4    A.          See, you can't roll that forward --
309: 5 or you can't roll that back, okay.  You can roll
309: 6 it forward -- you can only roll it forward after
309: 7 the trade is already done.
309: 8    Q.          Meaning -- what do you mean when you
309: 9 said the trade is already done?
309:10    A.          Let's say, for example, that I
309:11 wanted to put on a hedge one month from today
309:12 where I wanted to buy Euro dollars because I'm a
```

Page 1

```
                         Krieger 10 27 06
309:13 corporate and I have a Euro dollar liability and
309:14 I want to cover; so I want to buy Euro dollars
309:15 forward one month.
309:16                Now, let's pick a day.
309:17 November 29th -- I don't know if that's a good
309:18 date or not, but let's pretend it's a good day.
309:19 There are several ways I can do it; one, I can
309:20 just do an outright toward transaction to that
309:21 date or I can do a spot trade, which would be two
309:22 days -- two business days settlement from today,
309:23 which would be Tuesday, and then, I can then roll
309:24 from Tuesday out to the 29th of November.
309:25    Q.        Okay.
310: Page 310
310: 1    A.        And -- which is doing the swap.
310: 2    Q.        Okay.
310: 3                On Tuesday, would you be
310: 4 receiving the currency into the account, what you
310: 5 purchased on the --
310: 6    A.        If I go to delivery, I would -- but
310: 7 once I go to delivery, I have cash.  I have to
310: 8 have a facility setup where I'm actually taking
310: 9 and delivering currency, but most traders don't
310:10 take delivery of currencies.
310:11    Q.        Okay.
310:12                If you're doing a forward then;
310:13 is it correct, if you're doing a forward, you've
310:14 got it for Monday settlement and you roll it
310:15 forward -- roll it out that forward, that on
310:16 Monday, you're not actually settling the trade,
310:17 you're going to settle it at a further point out?
310:18    A.        No; you have to settle the trade for
310:19 Monday, now you have to enter a new trade.
310:20 They're separate trades, they're not -- it's not
310:21 as if one didn't happen.
310:22    Q.        Okay.
310:23                So, if you did a forward for $1
310:24 million of Yen forward from --
310:25    A.        Against what currency?
311: Page 311
311: 1    Q.        Sorry, a dollar Yen; Friday, you buy
311: 2 Friday to a forward, $1 million dollar Yen to
311: 3 settle on Monday.
311: 4    A.        Well, you couldn't.
311: 5    Q.        Why is that?
311: 6    A.        You can't settle next day.
311: 7    Q.        Okay.
311: 8                So, two days out, correct; two
311: 9 business days out you said?
311:10    A.        You wouldn't do a spot trade.
311:11    Q.        Okay.
311:12    A.        A spot transaction would have a
311:13 two-day settlement, two business day settlement.
311:14    Q.        Okay.
311:15    A.        Now, the normal practice for -- at
311:16 least, from our experience, is that we don't
311:17 actually -- we actually don't -- for example, if
311:18 we were to sell dollars and buy Yen, we actually
311:19 don't want to take the Yen into an account in
311:20 Japan somewhere, so we would either offset that
311:21 trade or roll the trade.  We would do something
311:22 at some point so we don't have to take the Yen
311:23 into an account.
```

```
                          Krieger 10 27 06
311:24    Q.         Okay.
311:25                     So, if you do a rollover,
312: Page 312
312: 1 you're not, actually, taking the Yen into the
312: 2 account?
312: 3    A.         It depends when you've done it.
312: 4    Q.         Okay.
312: 5                     If you do the rollover before
312: 6 the settlement date; am I correct then you would
312: 7 not take Yen into the account?
312: 8    A.         I wouldn't take the delivery, but
312: 9 I'm not sure about the technicality of what
312:10 happens behind the scenes. There actually might
312:11 be Yen delivered and then rolled back out, I
312:12 don't know the technicalities.
312:13    Q.         Okay. All right.
312:14                     When assets are deposited in a
312:15 brokerage account; am I correct that it would be
312:16 reflected as a credit to that account?
312:17    A.         From the perspective of whom?
312:18    Q.         From the person -- the account
312:19 holder; so, if the account holder puts in $1
312:20 million and someone puts $1 million into the
312:21 account, the account will reflect the credit of
312:22 $1 million dollars; is that correct?
312:23    A.         I presume so; I'm not sure exactly
312:24 how -- if all the shops do it the same way.
312:25    Q.         All right.
313: Page 313
313: 1                     But, as far as you know, I
313: 2 mean, you wouldn't -- it wouldn't appear as a
313: 3 debit in the account if money was put into the
313: 4 account; is that correct?
313: 5    A.         I'm going to stick to what I just
313: 6 said, I don't know how all the banks present
313: 7 credits and debits.
313: 8    Q.         Okay.
313: 9                     Do you know how -- in your
313:10 experience with your account at Refco, how it
313:11 was?
313:12    A.         I never looked at the Refco
313:13 statements.
313:14    Q.         Okay.
313:15                     Are you --
313:16    A.         Until you showed me some statements
313:17 yesterday.
313:18    Q.         Okay.
313:19                     But you had a personal account
313:20 with Refco; am I correct?
313:21    A.         Yes; but I never looked at the
313:22 statements.
313:23    Q.         Okay.
313:24                     But you put money into the
313:25 account; am I correct?
314: Page 314
314: 1    A.         Money was transferred to Refco.
314: 2    Q.         Okay.
314: 3                     And am I correct that if money
314: 4 is transferred in, we would expect to see there's
314: 5 a credit in the account?
314: 6    A.         I would hope that I would get credit
314: 7 for that money.
314: 8    Q.         All right.
```

Page 3

```
                              Krieger 10 27 06
314: 9                   And if money was taken out, we
314:10 would expect to see a debit; is that correct?
314:11    A.        Yes.
314:12    Q.        All right.
314:13    A.        But I want to also reiterate what I
314:14 said yesterday, that Refco's reporting was less
314:15 than stellar.
314:16    Q.        I'm sorry, I don't think you said
314:17 that yesterday.
314:18    A.        I did; I was very clear about that
314:19 yesterday.
314:20    Q.        Okay.
314:21                   And what do you mean when you
314:22 say it's less than stellar?
314:23    A.        It's a polite way of saying that we
314:24 had frequent problems with things being entered
314:25 backwards in Refco reports; inaccuracies, money
315: Page 315
315: 1 is getting credited to the wrong accounts, trades
315: 2 going in backwards or not going in at all.
315: 3    Q.        All right.  That's fine.
315: 4    A.        So, therefore --
315: 5    Q.        With regards to -- let's just finish
315: 6 this up.
315: 7                   With regards to a monthly
315: 8 statement, brokerage statement, we'd expect then
315: 9 to see if interest was granted -- was -- was
315:10 earned in that account, we'd expect to see that
315:11 in a monthly statement?
315:12    A.        We would hope to.
315:13    Q.        Okay.
315:14                   And if trades were conducted in
315:15 that month, we'd expect to see them in the -- the
315:16 trading in the monthly statement; is that
315:17 correct?
315:18    A.        Again, we would hope to.  I wouldn't
315:19 use the word expect with Refco reports
315:20 necessarily.
315:21    Q.        Okay.
315:22                   Now, if money was withdrawn
315:23 from the account, we'd expect to see it withdrawn
315:24 from -- we'd expect to see a brokerage statement
315:25 to show the debit; is that correct?
316: Page 316
316: 1    A.        I'll use the same word again, I
316: 2 would hope so.  I wouldn't -- I actually wouldn't
316: 3 necessarily expect it from what I've been told by
316: 4 my back office people.
316: 5    Q.        Okay.
316: 6                   And if you conduct a rollover,
316: 7 am I correct that there's a cost associated with
316: 8 that?
316: 9    A.        Well, rollover meaning a swap of one
316:10 currency closure to a forward date?
316:11    Q.        Yes, that's correct.
316:12    A.        And the cost is absolutely trivial.
316:13    Q.        Okay.
316:14                   But there is a cost associated
316:15 with that, am I correct?
316:16    A.        But it -- and it's built into the
316:17 price of the transaction; but it's absolutely
316:18 trivial, but not always is there a cost.
316:19    Q.        Okay.
```

```
                         Krieger 10 27 06
316:20                   If you're doing -- is it true
316:21 then if you do a forward rollover or a reverse
316:22 rollover, they both have a cost; it doesn't
316:23 matter whether you're doing a rollover or a
316:24 reverse rollover the fact to have a cost
316:25 associated with it?
317: Page 317
317: 1     A.        You mean you're swapping back?
317: 2 Actually, no, there's no cost, per se. All it is
317: 3 is there -- there might be some interest rate
317: 4 component, but there's not actually a cost.
317: 5 They're going to charge you commissions for the
317: 6 trade.
317: 7     Q.        Okay.
317: 8                   But you may see an interest
317: 9 rate charge if there's -- if a rollover's done?
317:10     A.        Or earning.
317:11     Q.        Right; depending on -- okay. All
317:12 right.
317:13                           -  -  -
317:14                   (Whereupon, EXHIBIT-221 has
317:15          been marked for identification.)
317:16                           -  -  -
317:17 BY MR. JANIK:
317:18     Q.        We're going to give you what's been
317:19 marked as Exhibit-221. Okay.
317:20                   This is a document that has --
317:21 did you not get it?
317:22                   MR. THOMAS: I gave it to
317:23          the witness.
317:24 BY MR. JANIK:
317:25     Q.        He gave it to you to review. Go
318: Page 318
318: 1 ahead and take a second. Here you go.
318: 2     A.        (Witness complies.)
318: 3     Q.        All right. This is a document
318: 4 that's been produced to us from Mr. Sala, either
318: 5 pursuant to discovery request or to a subpoena or
318: 6 something. We -- as discussed yesterday, the
318: 7 DHSala Bates ranges from Mr. Hallett's firm.
318: 8                   Okay. Can I have you look
318: 9 at -- have you ever seen this document before?
318:10                   Can you look through the entire
318:11 document?
318:12     A.        I may have.
318:13     Q.        Did you see it today before this
318:14 deposition?
318:15     A.        I saw a lot of documents this
318:16 morning before the deposition. I'm not sure if
318:17 this was one of them, it may have been.
318:18     Q.        Did you recall seeing any page of
318:19 this document today?
318:20     A.        Well, I have to have the same answer
318:21 I just gave.
318:22     Q.        Okay.
318:23                   Where did you get those
318:24 documents from, the documents you reviewed this
318:25 morning?
319: Page 319
319: 1     A.        Actually, I have -- I have seen this
319: 2 in the last several days.
319: 3     Q.        Okay.
319: 4                   Do you know who gave you the
```

```
                              Krieger 10 27 06
319: 5 documents?
319: 6    A.           I don't recall exactly.
319: 7    Q.           Do you recall generally?
319: 8    A.           Someone in this room, but I don't
319: 9 recall specifically.
319:10    Q.           Did you get it from your Counsel?
319:11    A.           I don't remember if I got it from my
319:12 Counsel or if I saw it yesterday or if I -- I
319:13 don't know.
319:14    Q.           Did you get it from Mr. Hallett?
319:15    A.           I really don't recall, but you can
319:16 keep asking.
319:17    Q.           All right.  That's fine.
319:18                 Did you get it from his
319:19 associate, Cori?
319:20    A.           If I recall, I will let you know.
319:21    Q.           Thank you.  All right.  Let's go
319:22 ahead and look at -- there's a Bates number on
319:23 the bottom of the page, DHSala.
319:24                 Can you go to -- flip to Page
319:25 892.
320: Page 320
320: 1    A.           (Witness complies.)  Okay.
320: 2    Q.           Okay.
320: 3                 Do you see that?
320: 4    A.           Yes.
320: 5    Q.           Okay.
320: 6                 Now, am I correct that this
320: 7 statement is showing on December 1st of 2000 an
320: 8 opening balance of zero; do you see that?
320: 9    A.           Yes, that's what it says.
320:10    Q.           Okay.
320:11                 And do you see on December
320:12 22nd, a transfer of US dollars into the fund in
320:13 the amount $8,084,301.65?
320:14    A.           Yes.
320:15    Q.           Okay.
320:16                 And do you see another transfer
320:17 on December 27th of US dollars into this account
320:18 in the amount of $945,268; it's a bit further
320:19 down that document, about two-thirds?
320:20    A.           I'm sorry?
320:21    Q.           Sure, can I just direct you to it?
320:22    A.           Yes, please.
320:23                 On the 27th of December?
320:24    Q.           You see that?
320:25    A.           Right.
321: Page 321
321: 1    Q.           All right.
321: 2                 Now, on the 22nd of December,
321: 3 do you see an option trade there?

Group: VAK2
ID:        AK2 Clip 001b

321: 5                 MR. JANIK:  22d of December,
321: 6             trade?
321: 7                 THE WITNESS:  No; well, show
321: 8             me, please.
321: 9                 MR. JANIK:  Sure,
321:10             absolutely.
321:11                 MR. THOMAS:  Oh, looking at
```

```
                         Krieger 10 27 06
321:12            the trade column.
321:13                      MR. JANIK:  Yeah, trade date
321:14            column.
321:15 BY MR. JANIK:
321:16    Q.        All right.
321:17                      Do you see that?
321:18    A.        Yes.
321:19    Q.        Okay.
321:20                      So, it's about three lines down
321:21 or so?
321:22    A.        Right.
321:23    Q.        All right.
321:24                      And that's a -- well, can you
321:25 just tell me what that is; you're a better
322: Page 322
322: 1 describer of these kind of things.
322: 2    A.        It looks like it's describing a
322: 3 purchase.  But what I don't know is whether it's
322: 4 the customer purchasing or whether it's Refco
322: 5 purchasing because some firms give them
322: 6 differently.  They give different perspectives of
322: 7 Euro style put, which would be a Euro put dollar
322: 8 call.
322: 9    Q.        Okay.
322:10                      And am I correct there was a
322:11 cost associated with that and it appears in the
322:12 debit column in the amount of $915,342; is that
322:13 correct?
322:14                      Am I correct?
322:15    A.        That's what it's showing here.
322:16    Q.        Okay.  That's fine.
322:17                      And am I correct looking down
322:18 underneath those option trades the next line, so
322:19 it's one, two, three, four, five date rows down,
322:20 there's a hedge on that; we've got a Euro trade
322:21 for 10,401,000 Euro 612; do you see that?
322:22    A.        Which line?
322:23    Q.        Sure.
322:24                      Buying Euros for 10 million --
322:25 buying 10,401,612 Euros; do you see that?
323: Page 323
323: 1    A.        Yes, I do.
323: 2    Q.        Okay.  All right.
323: 3                      And you see that the cost of
323: 4 that --
323: 5    A.        Although I'm not sure -- it says
323: 6 that it's a hedge, but it's -- I see a Euro
323: 7 dollar trade.
323: 8    Q.        Okay.
323: 9                      Well, do you see the -- am I
323:10 correct -- or am I incorrect, actually, that the
323:11 option trade that was done on December 22nd is
323:12 not hedged by the Euro purchase on the same date,
323:13 10,401,612?
323:14    A.        Well, I'm not sure -- I've never
323:15 looked at these reports before this week.  I'm
323:16 not sure what this physical settlement refers to.
323:17    Q.        Okay.  All right.
323:18                      Do you see that in the debit
323:19 column there's a cost of $9,423,860.47; do you
323:20 see that?
323:21    A.        Yes, I do.
323:22    Q.        Am I to understand that that's the
                              Page 7
```

```
                         Krieger 10 27 06
323:23 cost of that Euro purchase?
323:24    A.           No.
323:25    Q.           What does that mean?
324: Page 324
324: 1    A.           I think that's probably the dollar
324: 2 equivalent, I don't think that's the cost.
324: 3    Q.           Okay.
324: 4                 You think that's the dollar
324: 5 equivalent of the Euros?
324: 6    A.           Yes, I do.
324: 7    Q.           But it's in the debit column?
324: 8    A.           I can't comment why things are in
324: 9 different columns; yes, it is in the debit
324:10 column.
324:11    Q.           Okay.
324:12                 And earlier we were looking at
324:13 the same December 22nd option, the Euro -- the
324:14 dollar Euro option, we saw a debit of 915,342 and
324:15 we identified that as the cost of purchasing that
324:16 option?
324:17    A.           That's right.
324:18    Q.           You see that; and then down here,
324:19 we're looking at the Euro purchase on December
324:20 22nd and we also show in the debit column,
324:21 $9,423,860.47; you're saying that's not the cost
324:22 of that purchase?
324:23    A.           No, it's the cost -- it's the dollar
324:24 equivalent. What I don't see is the asset side,
324:25 I see the debit side; but what doesn't make sense
325: Page 325
325: 1 to me why they would show -- why they would show
325: 2 it in this way; I mean, I just don't understand
325: 3 their statements.
325: 4                 In other words, the Euro dollar
325: 5 -- if they bought Euro dollars and they sold
325: 6 dollars; the Euro dollars an asset, so I'm not
325: 7 sure why that's not showing up on the credit
325: 8 side.
325: 9    Q.           Okay.
325:10                 But then -- but we're also
325:11 looking at -- we haven't yet reached the value
325:12 date of December 27th; is that correct?
325:13    A.           It doesn't make a difference.
325:14    Q.           Why is that?
325:15    A.           Because you can't just isolate one
325:16 side versus the other in a currency transaction,
325:17 it doesn't seem to be.
325:18    Q.           Where else in this statement would I
325:19 expect to see that occur?
325:20    A.           I don't know where I'd -- I don't
325:21 look at these statements.
325:22    Q.           That's fine.
325:23    A.           But I would think logically, if I'm
325:24 going to show a liability, I should show the
325:25 asset.
326: Page 326
326: 1    Q.           Okay.
326: 2                 And we're still on the US
326: 3 dollar base, do you see base currency right next
326: 4 to the big bold customer statement at the top,
326: 5 center of the page?
326: 6    A.           Yes.
326: 7    Q.           Would we expect to see that in the
```

```
                         Krieger 10 27 06
326: 8  US dollar account?
326: 9     A.         I'm not sure why it would be -- I
326:10  don't understand why this would be in the debit
326:11  side.
326:12     Q.         That's fine.
326:13                But if we were also to see on
326:14  the asset side, would we expect to see it on this
326:15  page, the base currency page; sorry, the US
326:16  dollar base currency page?
326:17     A.         You're asking me to analyze the
326:18  report and what I would expect to see?
326:19     Q.         Yes.
326:20     A.         I'm not sure what I expect to see.
326:21     Q.         Okay.
326:22                But you said you're still
326:23  sticking that you think that you'd expect to
326:24  see --
326:25     A.         I would expect to see an offsetting
327: Page 327
327: 1  asset.
327: 2     Q.         An offsetting asset, okay.
327: 3     A.         That's all I would expect to see.  I
327: 4  don't know where it would show up or when or why.
327: 5     Q.         And where would that offsetting
327: 6  asset be?
327: 7     A.         The dollar equivalent of -- in other
327: 8  words, if this is going to be -- if this 9
327: 9  million 423 is a liability, then I would expect
327:10  to see an offsetting asset, which in this case
327:11  would be the Euro.  Right, which is showing up as
327:12  the number of Euros.
327:13     Q.         Okay.
327:14     A.         I'm not sure about this credit/debit
327:15  stuff.  I just -- I'm not sure where they're
327:16  going with it.
327:17     Q.         All right.
327:18                So, am I correct then, at
327:19  least, we see a buy order for 10,401,612 Euros on
327:20  December 22nd; is that correct?
327:21     A.         I'm not sure if it's an order.
327:22     Q.         A purchase of -- is this a spot or
327:23  is this a forward, what is this; that particular
327:24  line, that trade?
327:25     A.         It was probably a spot trade.
328: Page 328
328: 1     Q.         Okay.
328: 2                For settlement on the 27th,
328: 3  correct?
328: 4     A.         I think it went through the
328: 5  holidays, it's probably two business days
328: 6  forward.
328: 7     Q.         That's right.  I can represent to
328: 8  you that December 22nd was a Friday, two business
328: 9  days.
328:10     A.         It's probably a spot trade.
328:11     Q.         All right.  And --
328:12     A.         I'd be much happier going through an
328:13  option report that I'd actually understand.
328:14     Q.         All right.  Now, let's keep walking
328:15  through this, so I can understand what's going on
328:16  here.
328:17                Then the next line down, we've
328:18  have got a sale of 10,401,612 Euros and in that
```

Page 9

```
                              Krieger 10 27 06
328:19 line with a trade date of December 26th; do you
328:20 see that?
328:21     A.         Right.
328:22     Q.         Okay.
328:23                And it says, statement
328:24 rollover, do you know what that means; what does
328:25 that mean for that particular trade?
329: Page 329
329: 1     A.         I would be expecting that they would
329: 2 be rolling that from the 26th to the 27th.
329: 3     Q.         Okay.
329: 4                And we already had -- so, would
329: 5 I expect to see another sale order for the
329: 6 10,401,612 that was being rolled over?
329: 7     A.         Wow, I'm sorry, repeat the
329: 8 questions.
329: 9     Q.         Sure.
329:10                We've got a rollover there for
329:11 10,401,612 Euros, okay, with a trade a date of
329:12 December 26th; do you see that?
329:13     A.         Right.
329:14     Q.         Would I also expect to see the
329:15 underlying trade that was being rolled over?
329:16     A.         I don't know what that means.
329:17     Q.         Well, you got to roll something
329:18 over, right; where would I find what is being
329:19 rolled over there?
329:20     A.         Well, let's -- let's not use the
329:21 term rollover, let's be specific about the
329:22 transaction.  The transaction, according to this,
329:23 looks like they're -- they bought currencies,
329:24 they bought Euros for the 26th; it then looks
329:25 like they, in turn, sold the Euros from the 26th
330: Page 330
330: 1 for settlement the 27th.
330: 2     Q.         All right.
330: 3     A.         And then, in turn, did it again,
330: 4 27th to 28th; that's what I think this is saying,
330: 5 but I'm not sure.
330: 6     Q.         Okay.  All right.  Now, take a look
330: 7 at Page 893.  All right.  It's the next page
330: 8 over.
330: 9                Do you see that -- the trades
330:10 cancelled section of the page?


Group: VAK2
ID:       AK2 Clip 001c

330:14                THE WITNESS:  Yes.
330:15 BY MR. JANIK:
330:16     Q.         Okay.
330:17                And you see there that it's
330:18 showing a trade date of December 26th with a
330:19 cancelled rollover; do you see that?
330:20     A.         I do.
330:21     Q.         All right.
330:22                And do you see the sequence
330:23 number is 3585954?
330:24     A.         Yes, I do.
330:25     Q.         Okay.
331: Page 331
331: 1                And am I correct then that is
```