IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: March 14, 2008 |
| Court Reporter:     Gwen Daniel | |

_____

| | |
|---|---|
| Civil Case No.  05-cv-00636-LTB-KLM | Counsel: |
| CARLOS E. SALA, and | Darrell Hallett |
| TINA ZANOLINI SALA, | Robert Chicoine |
| | Cori Flanders-Palmer |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | David Geier |
| | Joseph Sergi |
| Defendant. | Amy Matchison |

_____

COURTROOM MINUTES
_____

BENCH TRIAL - DAY FIVE

10:04 a.m.    Court in Session

**PLAINTIFFS' WITNESS MICHAEL SCHWARTZ**
10:04  Continued testimony by videotaped deposition

11:54  Court in Recess
01:00  Court in Session

**PLAINTIFFS' WITNESS MICHAEL SCHWARTZ**
01:00  Continued testimony by videotaped deposition

02:56  Court in Recess
03:16  Court in Session

**PLAINTIFFS' WITNESS MICHAEL SCHWARTZ**

1

05-cv-00636-LTB                                                                                    Bench Trial - Day Five

03:16  Continued testimony by videotaped deposition

03:42  The rest of the videotaped deposition of Michael Schwartz will be edited over the weekend.

**PLAINTIFFS' WITNESS LAURENCE NEMIROW**
03:44  Direct (by Mr. Hallett)

Exhibits Referred: J40, J41, J14, J15, J39, B40, J43, J44, B41, J23, J45

04:46  p.m.    Court in Recess
                Trial continued
                Time: 5/20