IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: March 17, 2008 |
| Court Reporter: Gwen Daniel | |

_____

| | |
|---|---|
| Civil Case No.  05-cv-00636-LTB-KLM | Counsel: |
| | |
| CARLOS E. SALA, and | Darrell Hallett |
| TINA ZANOLINI SALA, | Robert Chicoine |
| | Cori Flanders-Palmer |
| Plaintiffs, | |
| v. | |
| | |
| UNITED STATES OF AMERICA, | David Geier |
| | Joseph Sergi |
| Defendant. | Amy Matchison |

_____

COURTROOM MINUTES
_____

BENCH TRIAL - DAY SIX

08:30 a.m.    Court in Session

**PLAINTIFFS' WITNESS LAURENCE NEMIROW**
08:30  Cross (by Ms. Matchison)

Exhibits referred: B40, J30, B41

09:12  Redirect (by Mr. Hallett)

Mr. Geier's comments concerning the videotaped deposition of Michael Schwartz -- he was going to tell the Court how much more they need to play of the deposition, and they have nothing.

**PLAINTIFFS' WITNESS DR. ROBERT W. KOLB**
09:20 Direct (by Mr. Chicoine)

1

05-cv-00636-LTB                                                           Bench Trial - Day Six

09:28  Court
09:30  Direct

10:03  Court in Recess
10:23  Court in Session

**PLAINTIFFS' WITNESS DR. ROBERT W. KOLB**
10:23 Direct continued (by Mr. Chicoine)

11:17  Court

11:18  Direct

11:32  Court

11:33  Direct

Exhibits Referred: 97, J27

11:43  Cross (by Mr. Geier)

Exhibits Referred: J27, J44

11:57  Court in Recess
01:30  Court in Session

**PLAINTIFFS' WITNESS DR. ROBERT W. KOLB**
01:30 Cross continued (by Mr. Geier)

01:55  Court

01:55  Cross

02:05  Court

02:17  Cross

02:27  Redirect (by Mr. Chicoine)

02:35  Plaintiffs Rest.

05-cv-00636-LTB                                                                                          Bench Trial - Day Six

**DEFENDANT'S WITNESS WILLIAM NATBONY**
02:37  Testimony by videotaped deposition

03:12  Court in Recess
03:32  Court in Session

**DEFENDANT'S WITNESS WILLIAM NATBONY**
03:32  Testimony continued by videotaped deposition

**DEFENDANT'S WITNESS DAVID DeROSA**
03:58  Direct (by Mr. Sergi)

04:17  Court

04:18  Direct

04:22  Court

04:22  Direct

04:29  Court

04:29  Direct

04:35  Court

04:36  Direct

04:38  Voir Dire (by Mr. Chicoine)

04:38  Direct

04:40 p.m.     Court in Recess
               Trial continued
               Time: 5/57