IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy: Deborah Hansen                    Date:  March 18, 2008
Court Reporter:      Gwen Daniel

_____

Civil Case No.  05-cv-00636-LTB-KLM              Counsel:

CARLOS E. SALA, and                                        Darrell Hallett
TINA ZANOLINI SALA,                                        Robert Chicoine
                                                                      Cori Flanders-Palmer

        Plaintiffs,
v.

UNITED STATES OF AMERICA,                            David Geier
                                                                      Joseph Sergi
        Defendant.                                            Amy Matchison

_____

COURTROOM MINUTES
_____

BENCH TRIAL - DAY SEVEN

08:30 a.m.    Court in Session

Court's comments

Argument/Discussion concerning demonstrative slides

**DEFENDANT'S WITNESS DR. DAVID DeROSA**
08:49 Direct continued (by Mr. Sergi)

09:14  Court

09:16  Direct

09:35  Court

1

05-cv-00636-LTB-KLM                                      Bench Trial - Day Seven

09:36  Direct

09:56  Court

09:56  Direct

Exhibits Referred: J24, B86, J27, J31, 49

10:06  Court in Recess
10:24  Court in Session

10:24  Court

10:29  Direct

Exhibits Referred: J31, A82, B86, B87, 97, 67, 69, J44, J14, B87

**DEFENDANT'S WITNESS DR. DAVID DeROSA**
11:24  Cross (by Mr. Chicoine)

11:54  Court in Recess
01:00  Court in Session

**DEFENDANT'S WITNESS DR. DAVID DeROSA**
01:00  Cross continued (by Mr. Chicoine)

Exhibits Referred: B86, J48, 97

02:42  Court in Recess
03:00  Court in Session

**DEFENDANT'S WITNESS DR. DAVID DeROSA**
03:00  Cross continued (by Mr. Chicoine)

03:18  Court

03:20  Cross

03:27  Redirect (by Mr. Sergi)

Exhibits Referred: B86

2

05-cv-00636-LTB-KLM                                    Bench Trial - Day Seven

03:31  Defense Rests.


**PLAINTIFFS' REBUTTAL WITNESS DR. ROBERT KOLB**
03:32 Direct (by Mr. Chicoine)

Exhibits Referred: B86

03:39  Court

03:40  Direct

03:44  Court

03:44  Direct

03:49  Cross (by Mr. Geier)

Exhibits Referred: J27, 40

04:01  The evidence is closed.

04:04 a.m.     Court in Recess until 9:30 tomorrow
               Trial continued
               Time: 5/8