IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:     Gwen Daniel | Date:  March 10, 2008 |

_____

| | |
|---|---|
| Civil Case No.  05-cv-00636-LTB-KLM | Counsel: |
| CARLOS E. SALA, and<br>TINA ZANOLINI SALA, | Darrell Hallett<br>Robert Chicoine<br>Cori Flanders-Palmer |
|         Plaintiffs,<br>v. | |
| UNITED STATES OF AMERICA, | David Geier<br>Joseph Sergi |
|         Defendant. | Amy Matchison |

_____

### *AMENDED* COURTROOM MINUTES
_____

BENCH TRIAL - DAY ONE

08:35 a.m.     Court in Session

Appearances

Court's comments

Discussion concerning exhibits

The Joint Exhibits, Plaintiffs' Exhibits and Defendant's Exhibits are all in one Exhibit List, the Defendant's List, which is dated March 5, 2008.

The Government continues to object to Plaintiffs' Exhibit Nos. 72, 82, 87 and 88 (by Mr. Geier).

1

05-cv-00636-LTB-KLM                                                      Bench Trial - Day One

**ORDERED:   The Plaintiffs' Exhibits are admitted, other than 72, 82, 87 and 88. The Government's Exhibits are admitted**.

*Plaintiffs withdraw* Exhibit No. 88 (by Ms. Flanders).

**ORDERED:   The hard copies of the depositions are admitted as exhibits.**

Government's request to submit the entirety of the depositions of Martin White, John Raby and Christopher Dice (by Mr. Geier).

Plaintiffs have no objection to submitting the depositions of Martin White, John Raby and Christopher Dice in lieu of their live testimony (by Mr. Hallett).

**ORDERED:   The request of the Government to submit the entirety of the depositions of Martin White, John Raby and Christopher Dice in lieu of live testimony is granted.**

08:44  Plaintiffs' Opening Statement (by Mr. Hallett)

09:29  Government's Opening Statement (by Mr. Sergi)

10:09  Court in Recess
10:29  Court in Session

**PLAINTIFFS' WITNESS CARLOS E. SALA**
10:29  Direct (by Mr. Hallett)

10:54  Court

10:54  Direct

11:46  Court

11:46  Direct

Exhibits referred: 49, A96, B1, A92, A95, B4, B82, 68, 69

12:00  Court in Recess
01:30  Court in Session

2

05-cv-00636-LTB-KLM                                                                                     Bench Trial - Day One

**PLAINTIFFS' WITNESS CARLOS E. SALA**
01:30  Direct continued (by Mr. Hallett)

02:36  Court

02:39  Direct

02:43  Court

02:43  Direct

Exhibits referred: J48, J9, O, U, J14, J15, 85, J44, J43, J39, J23

02:53  Court in Recess
03:13  Court in Session

**PLAINTIFFS' WITNESS CARLOS E. SALA**
03:13  Direct continued (by Mr. Hallett)

03:28  Court

03:28  Direct

Exhibits Referred: J31, J29, 90, J45

03:30  Cross (by Mr. Geier)

Exhibits Referred: J43, J31, J1, J4, A92, Q, J44 , J14

05:00 p.m.    Court in Recess
              Trial continued
              Time: 4/10