IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:    Terri Lindblom | Date:  March 19, 2008 |

_____

| | |
|---|---|
| Civil Case No.  05-cv-00636-LTB-KLM | Counsel: |
| CARLOS E. SALA, and<br>TINA ZANOLINI SALA, | Darrell Hallett<br>Robert Chicoine<br>Cori Flanders-Palmer |
| Plaintiffs,<br>v. | |
| UNITED STATES OF AMERICA, | David Geier<br>Joseph Sergi |
| Defendant. | Amy Matchison |

_____

COURTROOM MINUTES
_____

BENCH TRIAL - DAY EIGHT

09:32 a.m.    Court in Session

09:32  Closing Argument (by Mr. Hallett)

10:28  Closing Argument (by Mr. Sergi)

11:20  Rebuttal Argument (by Mr. Hallett)

ORDERED:    Case taken under advisement.

11:30 a.m.    Court in Recess
              Trial concluded
              Time: 1/59

1