# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-00636-LTB

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

## ORDER

---

As stated on the record on March 19, 2008, during closing arguments in this trial to the Court, the parties are each invited to submit an additional brief of twenty or fewer double-spaced pages—not including exhibits—addressing whether this Court is bound by 26 C.F.R. § 1.752-6 in light of the following three questions:

1.     Whether the Treasury acted under a specific grant of legislative authority when it issued 26 C.F.R. § 1.752-6;

2.     Whether Section 309(c) of the Community Renewal Tax Relief Act of 2000 directly speaks to the precise question of whether expanding the definition of liability for the purposes of 26 U.S.C. § 752 to include "any fixed or contingent obligation to make payment without regard to whether the obligation is otherwise taken into account for purposes of the Internal Revenue Code" may be done retroactively;

3.     Whether the Treasury's interpretation of Section 309(c) of the Community Renewal Tax Relief Act of 2000 should be given controlling weight under *Chevron U.S.A., Inc. v. Natural Resources Defense Council, Inc.*, 467 U.S. 837 (1984).

The parties are granted up through and including April 2, 2008, to file their briefs.  Parties may attach as exhibits any legislative history or scholarly commentary referenced in their briefs.

Dated: March __19__, 2008.

BY THE COURT:

___s/Lewis T. Babcock_____
Lewis T. Babcock, Judge