IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Civil Action No. 05-cv-00636-LTB-KLM

CARLOS E. SALA, and
TINA ZONOLINI SALA,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS**

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this _19th_ day of March 2008.

BY THE COURT:

_____
Lewis T. Babcock, Judge

_____
ATTORNEY FOR PLAINTIFFS
Cori Flanders-Palmer

_____
ATTORNEY FOR DEFENDANT

Matchison
Joint Exhibits and
Defendant's Exhibits
returned by the Government.