IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| CARLOS E. SALA and<br>TINA ZANOLINI SALA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 05-cv-00636-LTB |

---

JOINT STIPULATION REGARING TAX, INTEREST,
AND TAXABLE COSTS

---

Plaintiffs, Carlos E. Sala and Tina Zanolini Sala and the United States of America, by and through their respective undersigned counsel, file this Joint Stipulation and respectfully state as follows:

1. Pursuant to the Court's Order of April 22, 2008, the Court should enter judgment in favor of Plaintiffs and against Defendant in the amount of $37,049,146.99 in tax and interest computed through May 22, 2008, plus interest subsequent to that date as provided by law.

2. Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, the clerk should tax costs against Defendant and in favor of Plaintiffs in the amount of $68,538.72 as follows:

a. Fees of the Clerk: $ 250.00

b. Fees for Service of Summons and Complaint: $ 0.00

c. Fees for transcripts $ 21,596.93

| | | |
|---|---|---|
| d. | Fees and disbursements for printing: | $ 0.00 |
| e. | Fees for witnesses: | $1,669.16 |
| f. | Fees for exemplification and copies: | $43,768.51 |
| g. | Docket Fees under 28 U.S.C. § 1923: | $50.00 |
| h. | Costs Incident to taking of depositions: | $1,204.12 |

Dated this 22nd day of May, 2008.

CHICOINE & HALLETT, P.S.

s/ Cori Flanders-Palmer____
DARRELL D. HALLETT
ROBERT J. CHICOINE
JOHN M. COLVIN
CORI FLANDERS-PALMER
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs
719 Second Avenue, Suite 425
Seattle, WA 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170

s/Joseph A. Sergi____
DAVID N. GEIER
JOSEPH A. SERGI
AMY MATCHISON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6531
Facsimile: (202) 307-0054

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 22, 2008, I electronically filed the foregoing Joint Stipulation with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@ c-hlaw.com
jcolvin@ c-hlaw.com
david.n.geier@usdoj.gov
amy.t.matchison@ usdoj.gov
joseph.a.sergi@ usdoj.gov

Dated this 22nd day of May, 2008.

s/ Cori Flanders-Palmer
CORI FLANDERS-PALMER
Attorneys for the Plaintiffs