IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and<br>TINA ZANOLINI SALA,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>) 05-cv-00636-LTB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

DECLARATION OF JOHN M. COLVIN IN SUPPORT OF
JOINT STIPULATION
REGARDING TAX, INTEREST,
AND TAXABLE COSTS
_____

I, John M. Colvin, declare and state the following under penalty of perjury:

    1.    I am over 18 years of age and competent to make this declaration and do so from personal knowledge.

    2.    I have knowledge of the facts set forth in the Joint Stipulation Regarding Tax, Interest, and Taxable Costs ("Joint Stipulation").

    3.    The costs set forth in the Joint Stipulation are correct, have been necessarily incurred in the case, and the services for which fees have been charged were actually and necessarily performed and in accordance with 28 U.S.C. Section 1924.

DECL. OF JOHN M. COLVIN        1
IN SUPPORT OF JOINT
STIPULATION REGARDING
TAX, INTEREST, AND TAXABLE
COSTS

3298909.1

I declare under penalty of perjury under the laws of the United States and the State of Colorado that the foregoing is true and correct to the best of my knowledge.

DATED this 22nd day of May 2008.

s/John M. Colvin  
John M. Colvin

DECL. OF JOHN M. COLVIN     2  
IN SUPPORT OF JOINT  
STIPULATION REGARDING  
TAX, INTEREST, AND TAXABLE  
COSTS

3298909.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 22, 2008, I electronically filed the foregoing DECLARATION OF JOHN M. COLVIN IN SUPPORT OF JOINT STIPULATION REGARDING TAXABLE JOINT STIPULATION REGARDING TAX, INTEREST, AND TAXABLE COSTS Joint Stipulation with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

>  dhallett@ c-hlaw.com
>  jcolvin@ c-hlaw.com
>  david.n.geier@usdoj.gov
>  amy.t.matchison@ usdoj.gov
>  joseph.a.sergi@ usdoj.gov

Dated this 22nd day of May, 2008.

>  s/ John M. Colvin
>  JOHN M. COLVIN
>  Attorneys for the Plaintiffs

CERTIFICATE OF SERVICE           3

3298909.1