IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-00636-LTB-KLM

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

# JUDGMENT
_____

PURSUANT TO and in accordance with the Memorandum Opinion and Order entered May 1, 2007 by the Honorable Lewis T. Babcock, United States District Judge, it is

ORDERED that Plaintiffs' motion for partial summary judgment on the interest suspension issue is granted.

This matter came on for a bench trial before the Court on March 10, 2008, the Honorable Lewis T. Babcock, United States District Judge, presiding.

PURSUANT TO and in accordance with the Findings of Fact, Conclusions of Law and Order entered by the Honorable Lewis T. Babcock, United States District Judge on April 22, 2008, it is

ORDERED that judgment is entered in favor of Plaintiffs Carlos Sala and Tina Zanolini-Sala and against the Defendant United States of America on all claims and

counterclaims.

PURSUANT TO and in accordance with the Joint Stipulation Regarding Tax, Interest, and Taxable Costs, filed on May 22, 2008,

Judgment is entered in favor of Plaintiffs Carlos Sala and Tina Zanolini-Sala and against the Defendant United States of America in the amount of $37,049,146.99 in tax and interest computed through May 22, 2008, plus interest subsequent to that date as provided by law. It is

FURTHER ORDERED that Costs are awarded as set forth in the Joint Stipulation Regarding Tax, Interest, And Taxable Costs, filed May 22, 2008.

Dated at Denver, Colorado this   27th   day of May 2008.


APPROVED:                           FOR THE COURT:

                                    GREGORY C. LANGHAM, CLERK


   s/Lewis T. Babcock              By   s/Edward P. Butler
Lewis T. Babcock, Judge             Edward P. Butler,
United States District Court        Deputy Clerk