IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 05-cv-00636-LTB-KLM

CARLOS E. SALA and
TINA ZANOLINI-SALA,

      Plaintiffs,

  v.

UNITED STATES OF AMERICA,

      Defendant.

---

## UNITED STATES' MOTION FOR A NEW TRIAL

---

Defendant, the United States of America, moves the Court, pursuant to Federal Rules of Civil Procedure 59(a), for a new trial.[1] A final judgment was entered on May 28, 2008 (Dkt. # 256) and this motion is timely filed. As grounds for this relief, the United States has obtained material evidence that was not available during the trial of this case. A Memorandum of points and authorities and Declarations of Andrew Krieger and David N. Geier are being filed in support.

Pursuant to Local Rule 7.1, counsel for the Government contacted counsel for Plaintiffs on June 9, 2008 to advise them of its intention to file this Motion. Counsel for Plaintiffs requested information about the Motion and were provided with a sworn statement reflecting the material evidence (Exhibit 3) and citations to the factual record relied upon by the Government.

---

[1] Alternatively, the Government seeks relief under Rules 52(b) and 59(e) for amending findings and conclusions consistent with this motion.

Counsel for the United States also provided relevant citations to the Court's Findings of Fact, Conclusions of Law.  Additional information was requested and provided on June 10, 2008. Plaintiffs have not advised Defendants whether this Motion is opposed.

Dated this 10th day of June, 2008.

>TROY A. EID
>United States Attorney
>MARK S. PESTAL
>Assistant U.S. Attorney
>
>s/ David Geier
>DAVID N. GEIER
>JOSEPH A. SERGI
>AMY MATCHISON
>Trial Attorneys, Tax Division
>U.S. Department of Justice
>P.O. Box 683
>Ben Franklin Station
>Washington, D.C. 20044-0683
>Telephone:  (202) 616-3448
>Facsimile:   (202) 307-0054
>Email: David.N.Geier@usdoj.gov

Street Address:         Judiciary Center Building
                        555 Fourth Street, N.W.
                        Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on June __10__, 2008, I electronically filed the foregoing **UNITED STATES' MOTION FOR A NEW TRIAL** with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com
jcolvin@chicoine-hallett.com
david.n.geier@usdoj.gov
joseph.a.sergi@usdoj.gov
amy.t.matchison@usdoj.gov

                            s/ David Geier
                            DAVID N. GEIER
                            U.S. Department of Justice
                            Tax Division

3341912.2