IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and | ) |
| TINA ZANOLINI SALA, | ) |
| | )   05-cv-00636-LTB-KLM |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

_____

## DECLARATION OF DAVID N. GEIER

_____

I, David N. Geier, pursuant to 28 U.S.C. § 1746, declare and state to the best of my

knowledge as follows:

1.  I am an attorney employed with the United States Department of Justice, Tax Division

in Washington, D.C.  I am assigned responsibility for representing the interests of the United

States in the above-captioned case.  I make this declaration in support of the United States'

Motion for a New Trial.

2.  Attached hereto as Exhibit 1 is a copy of excerpts from the deposition of Andrew

Krieger conducted in connection with this case and offered into evidence by Plaintiffs.

3.  Attached hereto as Exhibit 2 is a copy of an excerpt from the trial (March 11, 2008) of

this case.

3341935.1

4.  Attached hereto as Exhibit 3 is the declaration of Andrew Krieger.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 10th day of June, 2008, in Denver, Colorado

       s/ David N. Geier_____
DAVID N. GEIER
Trial Attorney, Tax Division
U.S. Department of Justice

3341935.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on June 10th, 2008, I electronically filed the foregoing
DECLARATION OF DAVID N. GEIER with the Clerk of Court using the EFC system which
will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com
jcolvin@chicoine-hallett.com
david.n.geier@usdoj.gov
joseph.a.sergi@usdoj.gov
amy.t.matchison@usdoj.gov

/s/ David N. Geier
DAVID N. GEIER
U.S. Department of Justice
Tax Division

3341935.1