# EXHIBIT 1

Case No. 1:05-cv-00636-LTB-KLM   Document 260-1   filed 06/10/08   USDC Colorado   pg 1 of 16

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

- - - - - - - - - - - - -
CARLOS E. SALA and         :No. 05-CV-00636-LTB-MEH
TINA ZANOLINI SALA,        :
                           :
            Plaintiffs:
 -v-                       :
                           :
UNITED STATES OF AMERICA,  :
                           :
            Defendant  :
- - - - - - - - - - - - -

VOLUME I
VIDEOTAPED DEPOSITION OF
ANDREW KRIEGER
LAW OFFICES OF FISCHER, PORTER & THOMAS, P.C.
440 SYLVAN AVENUE, SUITE 130
ENGLEWOOD CLIFFS, NEW JERSEY 07632
OCTOBER 26, 2006


ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203
(800) 288-3376


REPORTED BY: SHAUNA DETTY


FILE NO.: A00921D

PLAINTIFF'S EXHIBIT
75
05-636

```
 1    Q.         All right.
 2               Did you get a tax loss for your
 3 participation in the Deerhurst transaction?
 4    A.         I presume I did.
 5    Q.         You don't know?
 6    A.         My CPA would have put all the papers
 7 together, told me he done everything properly and
 8 checked and I would have looked generally, but I
 9 don't recall, I assume so.
10    Q.         Okay.
11               Who was your CPA in 2000?
12    A.         Or 2001?
13    Q.         I'm sorry, 2001, for tax year 2000.
14    A.         It would have been Bruce Steinthal.
15    Q.         And which firm is he with?
16    A.         He was with Julius Farber.
17    Q.         Okay.
18               Do you know when you got that
19 tax loss?
20    A.         I just said I'm not even sure that I
21 got it, I think got it; so I, therefore, couldn't
22 know when I got it.
23    Q.         Okay.
24               Are you aware if any investors
25 in the transaction, besides you, if they did, I
```

```
 1    Q.        Okay.
 2              Do you know when those tax
 3 losses would be generated?
 4    A.        No.
 5    Q.        Did anybody ever tell you when those
 6 tax losses would be generated?
 7    A.        Probably people from Julius Farber
 8 said this is when you're going to get your tax
 9 loss.
10    Q.        Okay.
11              Did Molyneux -- all right,
12 sorry, did Michael Schwartz ever tell you tax
13 losses would be generated in year 2000?
14    A.        He might have.
15    Q.        Okay.
16              Do you know whether anyone else
17 did -- told you that?
18    A.        Besides Michael Schwartz?
19    Q.        Sure.
20    A.        And besides my CPA?
21    Q.        Sure.
22    A.        Very unlikely.
23    Q.        Peter Molyneux wouldn't have?
24    A.        Very unlikely.
25    Q.        Okay.
```

Page 300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

- - - - - - - - - - - - - -
CARLOS E. SALA and            :No. 05-CV-00636-LTB-MEH
TINA ZANOLINI SALA,           :
                              :
            Plaintiffs:
  -v-                         :
                              :
UNITED STATES OF AMERICA,     :
                              :
            Defendant :
- - - - - - - - - - - - - -

VOLUME II
VIDEOTAPE DEPOSITION OF
ANDREW KRIEGER
LAW OFFICES OF FISCHER, PORTER & THOMAS, P.C.
440 SYLVAN AVENUE, SUITE 130
ENGLEWOOD CLIFFS, NEW JERSEY 07632
OCTOBER 27, 2006

ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203
(800) 288-3376

REPORTED BY: SHAUNA DETTY

FILE NO.: A00921E

1 understood or you recall that there was an

2 initial term test period, I think was your words;

3 and then at some point, you really didn't recall

4 just when that there was a longer period of time?

5             MR. JANIK:  That misstates

6       his testimony.

7 BY MR. HALLETT:

8    Q.        Do you recall what, if any,

9 arrangement there was with respect to investors

10 from the time they initially went into the

11 program being committed to pursue it -- to

12 continue it over a period of years?

13            MR. JANIK:  I'm sorry, can

14      we get that question again, can I just

15      hear that; can you read that back?

16            MR. HALLETT:  Let's try it

17      again.

18 BY MR. HALLETT:

19   Q.        Do you recall, let's say, at the

20 time the first money hit, your words, I think?

21   A.        Uh-huh, yes.

22   Q.        Do you recall what arrangement, if

23 any, there was that would commit investors to

24 leave their money invested in the discretionary

25 program over a period of years?

1          MR. JANIK:  Speculation,
2    form.
3          THE WITNESS:  I recall that
4    the investors were testing the waters and
5    that they wanted to watch the trading,
6    have a chance to get to experience the
7    strategy for a few months.
8          And, at which point, they would
9    then either have the option to go in
10   voluntarily into the longer term program,
11   which would be five years or they would
12   automatically be required to, if they
13   went through the entire test period and
14   we showed substantial or reasonable
15   profits; is what I understood.
16 BY MR. HALLETT:
17   Q.     All right.
18          Did -- I think you testified
19 you recollected that one person in a test period
20 decided not to pursue it any further?
21   A.     Yeah; and I recall that he was
22 profitable when he exited.
23   Q.     Did he ever tell you why he didn't
24 want to continue?
25   A.     No.

1   Q.          All right.

2               And did you -- to your
knowledge, anyone else make any effort to
preclude him from not continuing?

5   A.          He wasn't a direct relationship, I
assume -- it would be an assumption, I don't know
what happened.

8   Q.          Okay.

9               To what extent, if any, was --
10  to use government Counsel's word -- achieving a
11  tax loss, a goal in your mind with respect to the
12  discretionary program.

13              MR. JANIK:  Wait, are we
14       talking against the program itself or as
15       to his entering into the program?
16              MR. HALLETT:  As to the
17       program itself.
18              MR. JANIK:  Objection,
19       misstates the testimony.
20              THE WITNESS:  With regards
21       to the program itself, achieving the tax
22       loss was completely irrelevant.  Our
23       purpose was to make money.
24              MR. HALLETT:  Now, Counsel's
25       objection is well taken.  I don't want

1          you to look in anybody else's mind.

2 BY MR. HALLETT:

3    Q.         But as far as your view was, your

4 view -- what extent, if any, was achieving a tax

5 loss on behalf of the program and the

6 participants a factor?

7                   MR. JANIK: Objection, calls

8      for speculation.

9                   MR. HALLETT: A goal.

10                  MR. JANIK: Same objection.

11                  THE WITNESS: For me, I --

12      the question again, please.

13 BY MR. HALLETT:

14   Q.         In your mind, at the time that the

15 program was implemented; to what extent, if any,

16 was achieving a tax loss, a goal that you had

17 with respect to the operation of the program?

18   A.         It wasn't.

19   Q.         What was the goal?

20   A.         The goal is simply to generate good

21 returns because we wanted to manage money.

22   Q.         Okay.

23                  Back to Exhibit-201, you've

24 reviewed the exhibit?

25   A.         Yes.

1          Did you view at the time -- and
2 I want what was in your mind at the time, if
3 anything.
4          Did you view Mr. Sala's amount
5 invested into the program as a purchase price of
6 a tax loss?
7               MR. JANIK:  What time period
8     are you talking about?
9               MR. HALLETT:  At the time he
10    invested the money.
11              MR. JANIK:  You're asking
12    him what he knew at the time?
13              MR. HALLETT:  No, I'm asking
14    how he viewed it, if at all.
15 BY MR. HALLETT:
16   Q.        Did you view the amount he invested
17 in the program as a payment for a tax loss?
18   A.        Absolutely not.
19              MR. JANIK:  Wait, wait, I
20    still not -- I'm unclear on the question.
21    You're asking what his impression is now
22    or back on the date he made it, what was
23    in his mind at the --
24              MR. HALLETT:  The question
25    stands.  I asked him what was in his mind

```
 1      at the time.
 2              MR. JANIK:  Objection; form
 3      and foundation.
 4              MR. HALLETT:  Okay.  You can
 5      answer.
 6              THE WITNESS:  I absolutely
 7      did not view it that way.
 8 BY MR. HALLETT:
 9      Q.      Why?
10      A.      Because everything that Mr. Sala
11 stated, as well as my own view for my own
12 investment, was that this was an investment
13 program that was designed and geared to make
14 money.
15              I had been trading
16 professionally for a long time and, historically,
17 we made money over time.  And that I understood
18 there might be incidental tax benefits, but they
19 were exactly that; they were incidental and not
20 the primary reason for investing.
21      Q.      Okay.
22              Now, let me ask you -- I asked
23 you about whether you had any discussions with
24 Mr. Sala about tax loss; did you have any
25 discussions with anyone else, let's go, before
```

```
 1  to execute trades -- executing trades or
 2  overseeing other persons that did?
 3  A.      Yes.
 4  Q.      Throughout that period of time?
 5  A.      Yes.
 6  Q.      Okay.
 7               Looking at your purpose with
 8  respect to those transactions, and if it's
 9  different with respect to different transactions,
10  please tell me on Exhibit-11, what was the
11  purpose for entering into those transactions.
12               MR. JANIK:  Foundation,
13       form.
14               THE WITNESS:  The purpose
15       was to earn profits.
16  BY MR. HALLETT:
17  Q.      And, at the time that -- if you
18  recall, at the time that those transactions were
19  entered into, did you have an objective and
20  intent to earn a profit?
21  A.      Yes, that was the purpose.
22  Q.      Okay.
23               Can you -- looking at those
24  transactions, can you recollect any estimate you
25  may have had as to what, if any, profit potential
```

1 this, which were, you know, things went very well
2 a couple hundred thousand dollars or so; but,
3 again, that was only a very small slice and it
4 was over what I anticipated would be a five-year
5 investment period.
6   Q.      Okay.
7           Did you -- looking back at your
8 mind set at the time, if you can, do you believe
9 you would have entered into any transactions with
10 respect to the Deerhurst Program if you didn't
11 think they were, at least, part of a strategy to
12 generate profits?
13          MR. JANIK: Foundation.
14          THE WITNESS: No. I would
15     like to note, by the way, that the --
16     almost all of these currency pairs did
17     have very sharp movements over the
18     following weeks after these trades were
19     put on.
20     So, to that extent, some
21     profitability would have been expected
22     and reasonable given the market's
23     behavior.
24 BY MR. HALLETT:
25   Q.      Okay.

Page 513

1   not as important as the delta component.

2   We also did start with small delta hedges

3   to have them all relatively delta neutral

4   at the time of this trade, so -- and then

5   beyond that, we just ran the report up or

6   down 10 percent.

7 BY MR. HALLETT:

8   Q.   Okay.

9        We've talked about Deerhurst

10 Investors General Partnership, which I think the

11 record reflects existed for a period of time in

12 the last quarter of 2000, and you are familiar

13 with that entity?

14   A.   Yes.

15   Q.   Did you -- did you contact trades on

16 behalf of that entity?

17   A.   Deerhurst Investors?

18   Q.   Yes.

19   A.   Yes.

20   Q.   And did you oversee others that

21 conducted trades on behalf of that entity?

22   A.   Yes.

23   Q.   And what, if any, view did you have

24 as to the purpose, if any, of that entity; of

25 that entity existing and that entity conducting

Page 514

1  trades?

2             MR. JANIK: Form,

3        foundation, speculation.

4             THE WITNESS: Well, there

5        were -- the primary purpose was to try to

6        generate positive investment returns.

7        There were -- there was additional

8        subpurposes, which were to, Number 1,

9        make our life a bit easier by not having

10       as many individual accounts as we

11       originally had; we also had the provision

12       of limited liability protection for the

13       investors by being in a partnership, so

14       that in the event that some cataclysmic

15       event occurred in the world, there

16       couldn't be an open call on their

17       personal balance sheets.

18  BY MR. HALLETT:

19    Q.       Okay.

20             Now, was there any -- let's

21  focussing on what the first thing you said there

22  was there -- and I'm focussing now upon the

23  reason, if any, for the existence of the

24  partnership versus individual trading, for

25  example, solid trading through his S Corporation

Page 516

```
 1       foundation.
 2                THE WITNESS:  I remember we
 3       were supposed to be flat by the end of
 4       the year.
 5  BY MR. HALLETT:
 6   Q.        Okay.
 7                Do you remember why you were
 8  supposed to be flat by the end of the year.
 9                MR. JANIK:  Asked and
10       answered.
11                THE WITNESS:  At the time, I
12       probably would have had a fresher
13       recollection, but -- I mean, I looked at
14       it from the perspective of the investor,
15       I would think he would want to be into a
16       -- he would want to invest in a new
17       structure with cash rather than with
18       trying to assign options; it's not quite
19       as clean when you start your asset
20       evaluation.  But I think there was also
21       some tax component as to why we'd want to
22       have them flat.
23  BY MR. HALLETT:
24   Q.        Okay.
25                I'll just ask you to make the
```