**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No. 05-cv-00636-LTB-KLM

CARLOS E. SALA, and
TINA ZANOLINI SALA,

       Plaintiffs,

v.

UNITED STATES OF AMERICA,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant has filed a Motion for a New Trial (Doc 258 - filed June 10, 2008). Plaintiffs have **up to and including July 1, 2008** to file a response. Defendant has **up to and including July 10, 2008** to file a reply.

Dated: June 11, 2008
_____