IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and<br>TINA ZANOLINI SALA,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)  05-cv-00636-LTB-KLM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

### AMENDED DECLARATION OF DAVID N. GEIER
_____

I, David N. Geier, pursuant to 28 U.S.C. § 1746, declare and state to the best of my knowledge as follows:

1. I am an attorney employed with the United States Department of Justice, Tax Division in Washington, D.C. I am assigned responsibility for representing the interests of the United States in the above-captioned case. I make this declaration in support of the United States' Motion for a New Trial.

2. Attached as Exhibit 1 to the Declaration of David N. Geier filed on June 10, 2008 (Dkt. # 260), is a copy of excerpts from the deposition of Andrew Krieger conducted in connection with this case and offered into evidence by Plaintiffs.

3. Attached as Exhibit 2 to the Declaration of David N. Geier filed on June 10, 2008 (Dkt. # 260), is a copy of an excerpt from the trial (March 11, 2008) of this case.

3341935.1

4. Attached as Exhibit 3 to the Declaration of David N. Geier filed on June 10, 2008 (Dkt. # 260), is the Declaration of Andrew Krieger.

5. This Amended Declaration is filed to correct that the Declaration filed on June 10, 2008 (Dkt. # 260) reflecting execution in Denver, Colorado, was in fact executed in Washington, D.C.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 11th day of June, 2008, in Washington, D.C.

                                     s/ David N. Geier_____
                                     DAVID N. GEIER
                                     Trial Attorney, Tax Division
                                     U.S. Department of Justice

3341935.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on June 11th, 2008, I electronically filed the foregoing AMENDED DECLARATION OF DAVID N. GEIER with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com
jcolvin@chicoine-hallett.com
david.n.geier@usdoj.gov
joseph.a.sergi@usdoj.gov
amy.t.matchison@usdoj.gov

        /s/ David N. Geier
        DAVID N. GEIER
        U.S. Department of Justice
        Tax Division

3341935.1