IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00636-LTB-KLM

CARLOS E. SALA and
TINA ZANOLINI-SALA,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

DECLARATION OF CONNIE TANG IN SUPPORT OF
PLAINTIFF'S RESPONSE TO THE UNITED STATES'
MOTION FOR A NEW TRIAL

---

I, Connie J. Tang, declare and state the following under penalty of perjury:

    1.    I am over 18 years of age and competent to make this declaration and do so from personal knowledge.

    2.    I am a paralegal for Plaintiff's counsel, Chicoine & Hallett, P.S. and assist Mr. Darrell Hallett ("Mr. Hallett") as his primary legal assistant. All of Mr. Hallett's business correspondence, including email letters and legal papers, goes through my desk. Mr. Hallett does not personally use email or computers, although he has an email address at the law firm. I check Mr. Hallett's email on a regular basis as part of my responsibilities. I am also the legal assistant at C&H with primary responsibility for court filings and other administrative matters relating to the *Sala* case.

    3.    From March 7, 2008 through March 18, 2008, I was present at the *Sala* trial in Denver, Colorado for the purpose of assisting the Chicoine & Hallett trial lawyers and coordinating

1

exhibits with government counsel. During the trial, I regularly checked my and Mr. Hallett's office email at various times during the day: in the morning, during breaks and in the evening and I frequently corresponded with the government via our office email address and theirs. So did attorneys of the firm including Ms. Flanders and Mr. Chicoine.

4. On February 27, 2008 at 1:35 p.m., I received an email from Amy Matchison informing me and other attorneys at Chicoine & Hallett that the government had just received by email communication a letter of the same date from Mr. Jay Fisher. Ms. Matchison wanted to make sure Chicoine & Hallett had received the letter as well, which was addressed to dhallett@c-hlaw.com. *See* a copy of Ms. Matchison's email attached as Exhibit A. Mr. Fischer's email was never received in Mr. Hallett's email inbox. The law firm did receive a copy of Mr. Fischer's letter from the government which was sent to my office email address, conniet@chicoine-hallett.com.

5. Mr. Andrew Krieger's post-trial declaration states he authorized his counsel to advise counsel for the parties in Mr. Sala's case of further specific inconsistencies and possible inconsistencies and that his counsel did so by letter dated March 12, 2008. Neither Mr. Hallett nor any one else at Chicoine & Hallett received Mr. Fischer's March 12, 2008 from Mr. Fischer or anyone at his law firm. The letter indicates it was sent via electronic mail to dhallett@c-hlaw.com. I checked Mr. Hallett's email on March 12, 2008 and subsequently throughout the trial and the Fischer letter was neither received by Mr. Hallett electronically, nor was this letter received by any other method of delivery to Chicoine & Hallett.

6. The first time that Plaintiff's counsel became aware of this letter was the day before the motion was filed. John Colvin of Chicoine & Hallett questioned government's counsel as to when they received a copy of the March 12, 2008 Fisher letter and if they knew why Chicoine & Hallett did not. In a responsive email, Mr. Geier confirmed that he received the Fischer letter on or

about March 12, 2008 and had no explanation why Chicoine & Hallett did not. *See* copy of Mr. Geier's email attached as Exhibit B.

7. On September 7, 2007, I sent an email to Mr. Andrew Krieger at his work email address of akrieger@northbridgecapital.com and to Mr. Krieger's counsel, Mr. Alan Thomas and his assistant, Ms. Breare, at Fisher Porter and Thomas to inform them of a new trial date and requesting Mr. Krieger to block out January 7th until the 18th for trial. I did not receive a reply to my email until September 21, 2007. Mr. Thomas informed me that Mr. Krieger was now living in Dubai and would not be attending the trial. *See* a copy of Mr. Thomas' email attached as Exhibit C.

8. When lawyers at Chicoine & Hallett received the government's motion for a new trial and first became aware of the existence of the March 12, 2008 Fischer letter, I was asked to search the firm's email to determine if the letter was received at any time from Mr. Fisher. I did so and searched the inbox, spam filter and deleted email files for Mr. Hallett and myself. I found no email from Mr. Fisher transmitting the March 12, 2008 letter. I am aware that other members of the firm checked their email files as well without discovering the Fischer March 12, 2008 letter. As part of the search, I also asked our receptionist who has responsibility for receiving all fax communications to check to see if the firm received any faxes from Mr. Fisher or someone else at his firm transmitting the March 12, 2008 letter. She found no such confirmations of fax transmittals received by or from the Fisher law firm on March 12, 2008.

3

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 1st day of July, 2008.

_____
CONNIE J. TANG

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, I electronically filed PLAINTIFFS' RESPONSE TO THE UNITED STATES' MOTION FOR A NEW TRIAL and DECLARATION OF CONNIE J. TANG IN SUPPORT OF PLAINTIFF'S RESPONSE TO UNITED STATES' MOTION FOR A NEW TRIAL using the CM/ECF system, which will send notification to the following:

    David N. Geier

    Joseph A. Sergi

    Amy Matchison

I declare under the penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 1st day of July, 2008.

                                        CHICOINE & HALLETT, P.S.

                                        s/Robert J. Chicoine
                                        Robert J. Chicoine
                                        John M. Colvin
                                        Darrell D. Hallett
                                        Cori Flanders-Palmer
                                        Chicoine & Hallett, P.S.
                                        Attorneys for the Plaintiffs Carlos E. Sala
                                             and Tina Zanolini-Sala
                                        719 Second Avenue, Suite 425
                                        Seattle WA, 98104
                                        Telephone: (206) 223-0800
                                        Facsimile: (206) 467-8170