# EXHIBIT A

# TO DECLARATION OF CONNIE TANG

# Connie Tang

| | |
|---|---|
| **From:** | Matchison, Amy T. (TAX) [Amy.T.Matchison@usdoj.gov] |
| **Sent:** | Wednesday, February 27, 2008 1:35 PM |
| **To:** | Connie Tang; Cori Flanders; John Colvin; rchicoine@msn.com; Robert Chicoine |
| **Subject:** | FW: Sala v. United States |
| **Attachments:** | Hallett & Geier Letter of Advice.pdf |

We just received this attachment ten minutes ago and wanted to make sure you had received it as well.

6/30/2008

JAY D. FISCHER
ARTHUR L. PORTER, JR.
ALAN C. THOMAS **
JOEL J. REINFELD †
DONALD H. LARSEN **

DOMINICK MINERVINI ▪
AARON E. ALBERT

OF COUNSEL

EDDIE RAYNORD HADDEN **
HOWARD P. DAVIS
REENA FORST ◻
PETER H. TILEM ✦
BART J. EAGLE *

\* N.Y. BAR ONLY
\*\* N.J. BAR ONLY
◻ N.Y., N.J. & D.C. BARS
▪ N.J. & PA. BARS
† N.J., N.Y. & AZ. BARS
✦ N.Y. & C.T. BARS

**FISCHER PORTER & THOMAS, P.C.**
ATTORNEYS AT LAW
440 SYLVAN AVENUE, SUITE 130
ENGLEWOOD CLIFFS, NJ 07632-2700
TELEPHONE: (201) 569-5959
TELECOPIER: (201) 871-4544
WWW.FPMTLAW.COM

SENDER'S E-MAIL ADDRESS:
jfischer@fpmtlaw.com

February 27, 2008

250 WEST 57TH ST., SUITE 1619,
NEW YORK, NY 10107-1606
TELEPHONE: (212) 545-1921
TELECOPIER: (212) 545-9102

155 NORTH MAIN ST.
NEW CITY, NY 10956-3850
TELEPHONE: (845) 708-0501
TELECOPIER: (845) 639-3202

2065 BOSTON POST RD.
LARCHMONT, NY 10538-3944
TELEPHONE: (914) 833-9785
FACSIMILE: (914) 833-9788

70 BLOOMFIELD AVENUE
PINE BROOK, NJ 07058-9737

PLEASE RESPOND TO
ENGLEWOOD CLIFFS, NJ OFFICE

**VIA ELECTRONIC MAIL**

dhallett@c-hlaw.com
Darrell D. Hallett, Esq.
Chicoine & Hallett
Waterfront Place One, Suite 803
1011 Western Avenue
Seattle, WA 98104

david.n.geier@usdoj.gov
David N. Geier, Esq.
United States Department of Justice
Tax Division
Civil Trial Section, Western Region
PO Box 683 - Ben Franklin Station
Washington, DC 20044

Re: **Sala v. United States**
Case No. 05-cv-00636-LTB-PAC

Gentlemen:

    As you know, we represent Andrew Krieger whose deposition was taken in the above matter. We wish to advise you that subsequent to the deposition, Mr. Krieger was questioned extensively by the United States Attorney who is investigating the Ernst and Young tax shelter matter. We have learned recently that the trial of the above matter is scheduled to begin on or about March 11th.

    Having had some time to consider questions raised in the *Sala* deposition, it appears Mr. Krieger provided information to the United States government that may be inconsistent with information provided in the depositions. For example, it is now Mr. Krieger's view, based upon his review and reevaluation of the circumstances, that the programs in which Mr. Sala was involved were essentially tax driven as opposed to profit driven. This, of course, does not change any of Mr. Krieger's testimony as to what Mr. Sala told Mr. Krieger regarding his (Sala's) motivation nor does it affect any testimony provided in the deposition as to the lack of any knowledge on Mr. Krieger's part as to the

FISCHER PORTER & THOMAS, P.C.

Darrell D. Hallett, Esq.
John M. Colvin, Esq.
February 27, 2008
Page 2

ultimate utilization by Sala of any gains and/or losses in the preparation of any tax returns.

We are in the process of making a more detailed review of Mr. Krieger's deposition and subsequent information provided by Mr. Krieger and, to the extent that there are other specific areas in which there are material inconsistencies and/or modifications in Mr. Krieger's deposition testimony, we shall advise you at the earliest possible date.

Very truly yours,

Jay D. Fischer

JDF:ll