# EXHIBIT B

# TO DECLARATION OF CONNIE TANG

-----Original Message-----
**From:** Geier, David N. (TAX) [mailto:David.N.Geier@usdoj.gov]
**Sent:** Tuesday, June 10, 2008 11:00 AM
**To:** John Colvin
**Cc:** Sergi, Joseph A. (TAX); Matchison, Amy T. (TAX)
**Subject:** RE: Sala -

John -

We received the letter on or about the date of the letter. The letter is also addressed to your office. We have no explanation as to why you did not have a copy.


**From:** John Colvin [mailto:jcolvin@c-hlaw.com]
**Sent:** Tuesday, June 10, 2008 1:44 PM
**To:** Geier, David N. (TAX)
**Cc:** Sergi, Joseph A. (TAX); Matchison, Amy T. (TAX)
**Subject:** RE: Sala -

David,

With respect to Exhibit B to the Krieger Declaration (letter from Fisher to Hallett and Geier, dated March 12, 2008), when did you receive a copy of this letter? This is the first time we have seen it.

If you did receive a copy on or about March 12, 2008 (or later during the trial), why did you not disclose the existence of this letter to the Court? The Krieger testimony was presented to the Court by videotape March 11 through March 13. Fisher's March 12, 2008 letter appears to have been prepared in response to Judge Babcock's comments on March 11, 2008 regarding the lack of specificity in the earlier Fisher letter that you attempted to introduce as an exhibit prior to Krieger's testimony.
Yours truly,
John M. Colvin
Chicoine & Hallett, P.S.
719 Second Avenue, Suite 425
Seattle, WA 98104
Ph: (206) 223-0800
Fax: (206) 467-8170
Email: jcolvin@chicoine-hallett.com

Unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments, may not be relied upon for the purposes of (i) avoiding federal tax penalties or (ii) promoting, marketing, or recommending any tax-related matters to another party. The information contained in this transmittal and any attachments may be privileged and is intended only for the recipient(s) named above. If the reader is not the intended recipient, or an agent responsible for delivery of this

information to the intended recipient, any disclosure, dissemination, distribution, copying or action taken in reliance on the content of this information is prohibited. If you have received this transmission in error, please call me at (206) 223-0800 or email me and delete the message and all attachments. I appreciate your attention, and apologize for any inconvenience this may have caused you.

-----Original Message-----
**From:** Geier, David N. (TAX) [mailto:David.N.Geier@usdoj.gov]
**Sent:** Monday, June 09, 2008 1:11 PM
**To:** Cori Flanders
**Cc:** John Colvin; Connie Tang; Darrell D. Hallett; Sergi, Joseph A. (TAX); Matchison, Amy T. (TAX)
**Subject:** RE: Sala -

Cori -

In response to your inquiries, we believe that testimony provided by Krieger, including the testimony at deposition pages 263:2-4, 426:22-427:15, 428:8-429:21, 452:16-453:20, 505:6-15, 510.7-23, 513:9-514:17 and 516.7-22 is false. To the extent that the Court's findings are not consistent, we are seeking a new trial or the ability to present new evidence. We are addressing the Court's factual findings regarding the intent of the trading program and test period, the role of profits, the purpose of the structure of the trading program, the purpose of the trades, the reasons for the liquidation, and the relationship of the long and short positions. The relevant findings are in the opinion at pp. 20-29 and 38-39. These findings impact the Court's conclusions on economic substance, 165 (c) and 6404(g). Attached is a declaration of Andrew Krieger we intend to submit with our motion.

Again, please let me know if, based upon this, you believe that a call will be helpful.


David

---

**From:** Cori Flanders [mailto:cflanders@c-hlaw.com]
**Sent:** Monday, June 09, 2008 3:10 PM
**To:** Geier, David N. (TAX); Matchison, Amy T. (TAX); Sergi, Joseph A. (TAX)
**Cc:** John Colvin; Connie Tang; Darrell D. Hallett
**Subject:** RE: Sala -

We need more information regarding your proposed motion, including: 1) what testimony of Andrew Krieger are you referring to; 2) do you now have, by affidavit or otherwise, testimony of Andrew Krieger which you would be utilizing in connection with your motion. If so, please provide us with a copy; and 3) what relief are you seeking under Rule 59? Specifically, are you requesting: i) the opportunity to seek additional testimony. If so from whom; and/or ii) to amend the findings and facts and conclusions of law or make new findings of fact and conclusions of law? If so, what findings and conclusions do you propose to amend, and what are your new proposed findings and conclusions. Additionally, what do you plan to submit with your motion in support of your proposal?

We want the opportunity to confer with you regarding your proposed motion, but we cannot have a meaningful discussion based upon your three sentence email of June 9. Please respond at your earliest convenience.

Thank you,
Darrell Hallett
Cori Flanders
CHICOINE & HALLETT, P.S.
Attorneys at Law
719 Second Ave., Suite 425
Millennium Tower

6/30/2008