# EXHIBIT C

# TO DECLARATION OF CONNIE TANG

**From:** Alan Thomas [mailto:athomas@fpmtlaw.com]
**Sent:** Friday, September 21, 2007 9:56 AM
**To:** Connie Tang
**Cc:** 'Tammy Mondoro'
**Subject:** Northbridge/Sala v. USA: New Trial Date

Connie:

Thank you for the information. Please take note:

1. Mr. Krieger now lives in Dubai and will not be attending the trial.

2. Laura is no longer with our firm; my new assistant is Tammy Mondoro; she is copied on this e-mail.

Regards,

Alan


*******An E-Mail From************************

Alan C. Thomas, Esq.
athomas@fpmtlaw.com
Fischer Porter & Thomas, P.C.
www.fpmtlaw.com
Attorneys at Law
440 Sylvan Avenue, Suite 130
Englewood Cliffs, NJ 07632-2707
201-569-5959 ext. 130
FAX: 201-871-4544

CELL: 201-280-0370
HOME: 973-667-7731
AlanThomas81@alumni.upenn.edu

*************************************************
Confidentiality Notice
The information contained in this Electronic mail message is attorney privileged and Confidential information intended only for he use of the intended recipient. Such information also is intended to be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.
*************************************************

6/17/2008

**From:** Connie Tang [mailto:Conniet@Chicoine-Hallett.com]
**Sent:** Friday, September 21, 2007 12:31 PM
**To:** akrieger@northbridgecapital.com
**Cc:** athomas@fpmtlaw.com; lbreare@fpmtlaw.com
**Subject:** RE: New Trial Date

**From:** Connie Tang
**Sent:** Friday, September 07, 2007 3:12 PM
**To:** 'akrieger@northbridgecapital.com'
**Cc:** Alan Thomas (athomas@fpmtlaw.com); 'lbreare@fpmtlaw.com'
**Subject:** New Trial Date

Dear Andrew, Alan and Laura:

A new trial date has been scheduled today:

January 7th. Please block out January 7th until the 18th for trial.

We will let you know more exact times and scheduling when the time draws near.

Thank you. Hope you are enjoying your summer!

Connie

CONNIE J. TANG
Legal Assistant
CHICOINE & HALLETT, P.S.
1011 Western Avenue, Ste. 803
Seattle, WA 98104
Ph: (206) 223-0800
Fax: (206) 467-8170
Email: conniet@chicoine-hallett.com
http://www.chicoine-hallett.com

The Information contained in this electronic transmittal and any attachments may be confidential and/or subject to the attorney-client privilege, work-product doctrine, or other legal privilege, and is intended only for the use of the recipient named above. If the reader is not the intended recipient, or an employee or agent responsible for delivery of this information to the intended recipient, any disclosure, dissemination, distribution, copying, or action taken in reliance on the content of this information is prohibited. The Information herein may also be protected by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If you have received this transmission in error, please call me at (206) 223-0800 or email me to let me know and delete the message and all attachments. I appreciate your cooperation and attention, and apologize for any inconvenience this may have caused you.

6/17/2008