# EXHIBIT 1

# TO PLAINTIFF'S RESPONSE TO US'
# MOTION FOR A NEW TRIAL

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


- - - - - - - - - - - - -
CARLOS E. SALA and        :No. 05-CV-00636-LTB-MEH
TINA ZANOLINI SALA,       :
                          :
            Plaintiffs:
  -v-                     :
                          :
UNITED STATES OF AMERICA,:
                          :
            Defendant :
- - - - - - - - - - - - -


VOLUME I
VIDEOTAPED DEPOSITION OF
ANDREW KRIEGER
LAW OFFICES OF FISCHER, PORTER & THOMAS, P.C.
440 SYLVAN AVENUE, SUITE 130
ENGLEWOOD CLIFFS, NEW JERSEY 07632
OCTOBER 26, 2006


ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203
(800) 288-3376


REPORTED BY: SHAUNA DETTY


FILE NO.: A00921D

1    **A.**          **That would be consistent with my**

2 **market people and consistent with the risk**

3 **parameters we wanted to take for our clients.**

4    Q.          Understood.

5                Were you told that they had to

6 be long and short options?

7    **A.**          **I didn't say that I was told that.**

8    Q.          Okay.  Let's step back.

9                You said that you were told the

10 amount of premium that you had to arrive at; am I

11 correct?

12   **A.**          **Right.**

13   Q.          Okay.

14                Were you told what type of

15 trades had to compose that premium?

16   **A.**          **No; but I did know that I had**

17 **certain constraints in terms of the amount of**

18 **cash available.  So, because of that constraint,**

19 **I, therefore, would have been restricted from**

20 **doing certain types of trades that would, for**

21 **example, would not have sales against these long**

22 **options.**

23   Q.          Okay.

24                Did you understand that they

25 needed to be long options?

166

1    **A.**          I was told that we had to do -- we
2  had to spend a certain amount of premium.

3    Q.          Okay.

4                But were you told you had of
5  long and short options to get -- that those
6  premiums had to be for long and short options?

7    **A.**          I don't know remember whether they
8  were long and short, I just remember there were a
9  certain amount of premium that had to be spent.
10 I don't remember the specifics of it.

11   Q.          Okay.  That's fine.

12                Were you also told that you had
13 to -- I'm sorry?

14   **A.**          You keep saying also.

15   Q.          Well, you stated that you were given
16 a certain premium you had to arrive at, okay.
17 And were you also told a certain premium for
18 options you had to sell?

19   **A.**          I don't recall.

20   Q.          Okay.

21   **A.**          But I did know that I had to do some
22 selling because I didn't have $60 million to
23 spend, they didn't have to tell me that.

24   Q.          All right.  Okay.

25                Do you recognize the

1  handwriting on that document?

2    **A.**        **I'm not sure if that's Peters, I**

3  **don't know.**

4    Q.        Okay.

5              It's not your handwriting?

6    **A.**        **Definitely not my handwriting.**

7    Q.        Okay.

8              And you had occasion to see

9  Peter's handwriting?

10   **A.**        **Right here (indicating).**

11   Q.        Right; so, you recognize the

12 signature, but have you seen, you know, script

13 writing or, you know, handwriting other than his

14 signature for Peter?

15   **A.**        **It tends to be more of -- yeah, I've**

16 **seen it.**

17   Q.        Okay.

18              And do you recognize that as

19 Peter's handwriting?

20   **A.**        **I don't recall.**

21   Q.        Not sure, okay.

22              Are you aware that the S Corps

23 joined a partnership and contributed the assets

24 they held into a general partnership?

25   **A.**        **Again, please.**

300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


- - - - - - - - - - - -
CARLOS E. SALA and        :No. 05-CV-00636-LTB-MEH
TINA ZANOLINI SALA,       :
                          :
              Plaintiffs: 
  -v-                     :
                          :
UNITED STATES OF AMERICA,:
                          :
              Defendant : 
- - - - - - - - - - - - -



VOLUME II
VIDEOTAPE DEPOSITION OF
ANDREW KRIEGER
LAW OFFICES OF FISCHER, PORTER & THOMAS, P.C.
440 SYLVAN AVENUE, SUITE 130
ENGLEWOOD CLIFFS, NEW JERSEY 07632
OCTOBER 27, 2006




ATKINSON-BAKER, INC.
COURT REPORTERS
500 North Brand Boulevard, Third Floor
Glendale, California 91203
(800) 288-3376

REPORTED BY: SHAUNA DETTY

FILE NO.: A00921E

503

1    Q.          Okay.  All right.  I want to direct

2 your attention to what's been previously marked

3 as Exhibit-11.  And I think we've referred before

4 this was a document produced by Mr. Schwartz.

5                Do you know what, if -- it

6 shows a number of transactions -- purports to

7 show a number of transactions occurring in trades

8 between November 24 and November 28; do you know

9 just looking at this document and whatever

10 knowledge you have, the recollection you have; do

11 you know what, if anything, the significance of

12 these particular transactions?

13                MR. JANIK:  Form,

14          foundation, speculation.

15                THE WITNESS:  I know part of

16          the significance is that they were

17          intended to make profits.

18 BY MR. HALLETT:

19    Q.          All right.

20                What else -- I don't want to

21 pursue that, but what else -- what, if anything,

22 do you know or understand is the significance of

23 these particular transactions, particularly, in

24 relation to the writing on here 60 million 259

25 premium received in total premiums paid

504

1  60,987,866.79?

2                    MR. JANIK:   Same objections.

3                    THE WITNESS:   Yeah; I

4        understand that there was some

5        relationship between premiums and the

6        anticipated tax benefit.

7  BY MR. HALLETT:

8    Q.        Okay.

9                    Did you understand that at the

10 time?

11   **A.        In a general sense.**

12   Q.        Okay.

13                    So, it's your recollection now

14 is, and correct me if I'm wrong, that the --

15 these transactions indicated on Exhibit-11 bare

16 some relationship to the tax consequence?

17   **A.        Yes.**

18                    MR. JANIK:   Objection; form,

19       leading, speculation, foundation.

20 BY MR. HALLETT:

21   Q.        And now let me pursue the other.

22 You were -- at the time these transactions were

23 undertaking -- these transactions, being the ones

24 that are reflected on Exhibit-11, November 24 to

25 November 28, were you either making the decision

505

1 to execute trades -- executing trades or

2 overseeing other persons that did?

3    **A.**        **Yes.**

4    Q.        Throughout that period of time?

5    **A.**        **Yes.**

6    Q.        Okay.

7            Looking at your purpose with

8 respect to those transactions, and if it's

9 different with respect to different transactions,

10 please tell me on Exhibit-11, what was the

11 purpose for entering into those transactions.

12            MR. JANIK:  Foundation,

13      form.

14            THE WITNESS:  The purpose

15      was to earn profits.

16 BY MR. HALLETT:

17    Q.        And, at the time that -- if you

18 recall, at the time that those transactions were

19 entered into, did you have an objective and

20 intent to earn a profit?

21    **A.**        **Yes, that was the purpose.**

22    Q.        Okay.

23            Can you -- looking at those

24 transactions, can you recollect any estimate you

25 may have had as to what, if any, profit potential

506

1 was in those transactions?

2                    MR. JANIK:  Speculation;

3      calls for expert opinion.

4                    THE WITNESS:  Yes.

5 BY MR. HALLETT:

6    Q.        All right.

7    **A.        The maximum premium amount right**

8 **here, in terms of the premium at risk, would have**

9 **been the differential between premiums paid and**

10 **premiums received, which was roughly $730,000.**

11 **But having looked at these positions over the**

12 **last couple of days, it's pretty clear that what**

13 **I was looking to do was to take a longer term bet**

14 **that we were going to have a reasonably sized**

15 **move in one direction or another in each of these**

16 **different currency pairs, which are specified**

17 **here in the spreads as -- we have dollar Yen, we**

18 **Euro Yen, we have Euro dollar, Yen, and dollar**

19 **Swiss.**

20    Q.        Okay.

21                    And can you from -- you've

22 looked at this and you thought about it in the

23 last few days and attempted to refresh your

24 recollection as to what, if any, expectation you

25 would have had back at the time the trades were

1  executed as to profitability; can you recall

2  anything further what you've done -- if I may

3  complete the question, please -- as a result of

4  what you've done as to what you expected, if

5  anything, with respect to profit?

6                    MR. JANIK:  Form,

7        speculation, foundation.

8                    THE WITNESS:  Yes; I did

9        more than just think about it.  In fact,

10       I instructed my guys in the office to

11       replicate in a very sort of informal way

12       what these bets might have looked like at

13       the time, more or less.

14                    Now, what I didn't do was

15       specifically put on the identical

16       volatility levels at the time, but I

17       did -- I did get a ball park reasonable

18       estimate just, again, to get a

19       sensitivity of how these positions would

20       have performed under large movements,

21       which was the basic underlying bet.

22                    And I've also looked at

23       historical price patterns of the

24       currencies during this period and I've,

25       actually, printed out graphs and charts

508

1          of each to get a better sense of what

2          kind of profitability they might have

3          generated.

4 BY MR. HALLETT:

5    Q.        Okay.

6              And what, if any -- what's your

7 recollection of having done all that as to what

8 you anticipated the profit they might have

9 generated?

10              MR. JANIK:  Form,

11          foundation, calls for expert opinion.

12          This Witness has not been qualified as an

13          expert.

14 BY MR. HALLETT:

15    Q.        You can continue.

16    **A.        Having looked at the -- at what I**

17 **thought were healthy moves of, roughly, 10**

18 **percent in each direction, reached these**

19 **different currency pairs, I did -- the extent**

20 **that there were slight mismatches in terms of the**

21 **delta exposure, the spot exposure of these**

22 **positions, I did also make the assumption that**

23 **the -- we started with a neutral position; that**

24 **is, there was no net dollar exposure or currency**

25 **exposure, we started with a neutral bet.**

509

1                    I then looked at these

2 positions with which had varying degrees of

3 profit potential, assuming a 10 percent movement,

4 and the profitability ranged from, roughly, 15 to

5 $30,000 on the low side up to about 80 to

6 $100,000 on the high side for each of those five

7 pairs.

8    Q.        Okay.

9                    Now, I believe you testified

10 that, in addition to those transactions on

11 Exhibit-11, it's your recollection there was many

12 other transactions in 2000?

13    A.        Yeah; this would have been just one

14 slice of a broader portfolio.

15    Q.        Okay.

16                    And what was your objective

17 with respect to all of those transactions that

18 were entered into?

19    A.        They were all part of the basic

20 strategy, which was to, as much as possible,

21 create a basket of diversified ideas, differing

22 time horizons, different strategies to generate

23 profits.

24                    So, this -- again, this was one

25 small slice, the magnitude of the profits from

1 **this, which were, you know, things went very well**

2 **a couple hundred thousand dollars or so; but,**

3 **again, that was only a very small slice and it**

4 **was over what I anticipated would be a five-year**

5 **investment period.**

6    Q.        Okay.

7               Did you -- looking back at your

8 mind set at the time, if you can, do you believe

9 you would have entered into any transactions with

10 respect to the Deerhurst Program if you didn't

11 think they were, at least, part of a strategy to

12 generate profits?

13               MR. JANIK:   Foundation.

14               THE WITNESS:   No.   I would

15       like to note, by the way, that the --

16       almost all of these currency pairs did

17       have very sharp movements over the

18       following weeks after these trades were

19       put on.

20               So, to that extent, some

21       profitability would have been expected

22       and reasonable given the market's

23       behavior.

24 BY MR. HALLETT:

25    Q.        Okay.