IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 05-cv-00636-LTB-KLM

CARLOS E. SALA and
TINA ZANOLINI-SALA,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

DECLARATION

State of New York  )
                        :
County of New York )

        DEBORAH E. LANDIS, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

        1.     I am an Assistant United States Attorney in the office of Michael J. Garcia, the United States Attorney for the Southern District of New York. For several years, I had primary responsibility for the investigation of individuals and entities involved in marketing and implementing fraudulent tax shelters in association with the accounting firm of Ernst & Young ("E&Y"). In May 2007, that investigation led to the indictment of four former and current E&Y partners in a case captioned *United States v. Robert Coplan, et al*, 07 Cr. 453 (SHS) ("the *Coplan* indictment"). The investigation continued thereafter, and in February 2008 resulted in the filing of a superseding indictment naming two additional individuals who had implemented tax shelters on behalf of E&Y's clients. The criminal investigation is continuing.

2.      In connection with the criminal investigation, Andrew Krieger provided information. In relation to certain information provided by Mr. Krieger, I consulted with a supervisor, and was advised that because disclosure of that information to the Tax Division of the Department of Justice for use in the *Sala* civil litigation might be construed by a court as violating the grand jury secrecy rules embodied in Rule 6(e) of the Federal Rules of Criminal Procedure, we should not make such disclosure.

3.      Prior to the *Sala* trial, I expressed to counsel for Mr. Krieger the concern of my Office that if Mr. Krieger's deposition were used in the *Sala* trial, a fraud would be perpetrated upon the Court in that case. Counsel for Mr. Krieger indicated that he had already recognized this problem, and would inform the parties to the *Sala* case of discrepancies between Mr. Krieger's deposition testimony and information Mr. Krieger was providing to this Office.

Dated:  New York, New York
        July 9, 2008

Deborah E. Landis
Assistant United States Attorney