IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and<br>TINA ZANOLINI SALA,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)  05-cv-00636-LTB-KLM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

### DECLARATION OF DAVID N. GEIER
_____

I, David N. Geier, pursuant to 28 U.S.C. § 1746, declare and state to the best of my knowledge as follows:

1. I am an attorney employed with the United States Department of Justice, Tax Division in Washington, D.C. I am assigned responsibility for representing the interests of the United States in the above-captioned case. I make this declaration in support of the Reply in Support of United States' Motion for a New Trial.

2. Attached hereto as Exhibit 1 is a true and accurate copy of excerpts of the trial transcript (March 11, 2008) of this case.

3. Attached hereto as Exhibit 2 is a true and accurate copy of the complete transcript from the Final Trial Preparation Conference (March 5, 2008) of this case.

1

3420510.1

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 10th day of July, 2008, in Washington, D.C.

                                     s/ David N. Geier_____
                                     DAVID N. GEIER
                                     Trial Attorney, Tax Division
                                     U.S. Department of Justice

3420510.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

    I hereby certify that on July 10th, 2008, I electronically filed the foregoing DECLARATION OF DAVID N. GEIER with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com
jcolvin@chicoine-hallett.com
david.n.geier@usdoj.gov
joseph.a.sergi@usdoj.gov
amy.t.matchison@usdoj.gov

    /s/ David N. Geier
    DAVID N. GEIER
    U.S. Department of Justice
    Tax Division

3420510.1