IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 05-cv-00636-LTB-KLM

CARLOS E. SALA and
TINA ZANOLINI-SALA,

       Plaintiffs,

  v.

UNITED STATES OF AMERICA,

       Defendant.

_____

**NOTICE OF APPEAL**
_____

Notice is hereby given that the United States of America, defendant herein, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the judgment entered in

3578827.1

this action on May 28, 2008 (Dkt. # 256) and the Order denying Motion for New Trial entered on July 17, 2008 (Dkt. # 270).

Dated this 12th day of September, 2008.

                                           TROY A. EID
                                           United States Attorney
                                           MARK S. PESTAL
                                           Assistant U.S. Attorney

                                           s/ David Geier
                                           DAVID N. GEIER
                                           JOSEPH A. SERGI
                                           AMY MATCHISON
                                           Trial Attorneys, Tax Division
                                           U.S. Department of Justice
                                           P.O. Box 683
                                           Washington, D.C. 20044-0683
                                           Telephone:  (202) 616-3448
                                           Facsimile:   (202) 307-0054
                                           Email: David.N.Geier@usdoj.gov

Street Address:            Judiciary Center Building
                                           555 Fourth Street, N.W.
                                           Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on September 12, 2008, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

dhallett@chicoine-hallett.com
cflanders@chicoine-hallett.com
jcolvin@chicoine-hallett.com
rchicoine@chicoine-hallett.com

                        s/ David Geier
                        DAVID N. GEIER
                        U.S. Department of Justice
                        Tax Division

3578827.1