UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

September 18, 2008

Clerk of Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   Sala et al v. USA**

Court of Appeals Case No. 08-1333
District Court Case No. 05-cv-00636-LTB-KLM

Dear Clerk of Court:

    Please be advised that the record in the above referenced matter is now complete.

    A transcript order form has been filed by the appellant stating that the necessary transcript is already on file in the district court.

Sincerely,
GREGORY C. LANGHAM, Clerk

by s/ B. Reed
    Deputy Clerk

cc: SEE NOTICE OF ELECTRONIC FILING