**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 23, 2010**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

CARLOS E. SALA; TINA ZANOLINI-SALA,

    Plaintiffs - Appellees,

v.

UNITED STATES OF AMERICA,

    Defendant - Appellant.

No. 08-1333
(D.C. No. 1:05-CV-00636-LTB-KLM)

---

**JUDGMENT**

---

Before **MURPHY**, **HOLMES**, Circuit Judges, and **ARMIJO**[*], District Judge.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is reversed. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk

---

[*]Honorable M. Christina Armijo, U.S. District Judge, District of New Mexico, sitting by designation.