# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　November 29, 2010　　　　　Douglas E. Cressler
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**　　08-1333, Sala v. United States
　　　　　　Dist/Ag docket: 1:05-cv-00636-LTB-KLM

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

cc:       Philip E. Blondin
           Arthur Thomas Catterall
           Robert J. Chicoine
           John M. Colvin
           Richard Farber
           Cori E Flanders-Palmer
           David Neil Geier
           Darrell D. Hallett
           Anton L Janik Jr.
           Amy T. Matchison
           Joseph Andrew Sergi


EAS/ad