# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-00636-LTB

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

       Plaintiffs,

v.

UNITED STATES OF AMERICA,

       Defendant.
_____

# ORDER
_____

THIS MATTER is before the Court on the Order from the Tenth Circuit Court of Appeals for the Tenth Circuit (Doc 277) and Mandate (Doc 278) wherein the Court Reversed and Remanded this matter with instructions to vacate its judgment and enter judgment in favor of the United States. Accordingly

IT IS ORDERED that the Judgment previously entered by this Court (Doc 256) is VACATED.

IT IS FURTHER ORDERED that judgment be entered in favor of the Defendant United States of America with costs to be awarded to Defendant.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED: January 27, 2011