IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-00636-LTB-KLM

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

## JUDGMENT
_____

    PURSUANT TO and in accordance with the Order entered January 27, 2011 by the Honorable Lewis T. Babcock, United States District Judge,

    IT IS ORDERED that the Judgment previously entered by the Court (Doc No. 256) is VACATED.

    IT IS FURTHER ORDERED that judgment is entered in favor of Defendant United States of America and against the Plaintiffs Carlos E. Sala and Tina Zanolina-Sala.

    IT IS FURTHER ORDERED that Defendant United States of America is awarded costs upon the filing of a Bill of Costs with the Clerk of Court within 14 days of entry of this Judgment.

    Dated at Denver, Colorado this   28th   day of January, 2011.

                                   FOR THE COURT:

                                   GREGORY C. LANGHAM, CLERK

                                   By: s/ Edward P. Butler
                                      Edward P. Butler, Deputy Clerk