IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and ) | |
| TINA ZANOLINI SALA, ) | |
| ) | 05-cv-00636-LTB-KLM |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

_____

JOINT MOTION FOR ENTRY OF AMENDED JUDGMENT AND
FOR AN ORDER TAXING COSTS

_____

Plaintiffs, Carlos E. Sala and Tina Zanolini Sala and the United States of America, by and through their respective undersigned counsel, file this Joint Motion pursuant to Rules 59 and 60, Fed.R.Civ.P. and respectfully state as follows:

(1).   On May 22, 2008, this Court entered its Findings of Fact and Conclusions of Law determining that judgment should be entered in favor of the Plaintiffs and against the United States on Plaintiffs' claims for refund. On May 28, 2008, judgment was entered in favor of the Plaintiffs and against the United States in the amount of $37,049,146.99. The Government timely appealed.

(2).   On July 23, 2010, the Court of Appeals for the Tenth Circuit issued its Opinion and reversed and remanded the case to this Court with instructions to enter judgment in favor of the United States.

(3). On November 19, 2010, the Court of Appeals amended its Opinion by including footnote five. The footnote provided:

> On May 1, 2007, the district court ruled Sala was entitled to a refund of more than $1.5 million in interest payments he made relating to his 2000 taxes and the Government represents to this court that it does not appeal this ruling. Neither does the Government seek to overturn the district court's ruling that it may not offset this refund with an accuracy related penalty. Accordingly, our decision has no affect on either of these aspects of the district court's judgment.

(4). On January 27, 2011, this Court vacated its prior judgment. On January 28, 2011, the Court entered judgment in favor of the United States. The Court also awarded costs to the United States and requested that the United States submit a bill of costs.

(5). The parties now request that Court amend the judgment entered on January 28, 2011 and enter a new or revised judgment consistent with footnote 5 of the Tenth Circuit's amended Opinion and award the United States its costs as agreed by the parties.

(6). Specifically, the parties request that an amended or revised judgment be entered as follows: (i) in favor of the United States and against the Plaintiffs on Plaintiffs' claim for a refund of tax and statutory interest (except statutory interest under 26 U.S.C. § 6404(g)) attributable to Carlos Sala's participation in the Deerhurst Program; and (ii) in favor of the Plaintiffs and against the United States on Plaintiffs' claim under 26 U.S.C. § 6404(g) for a refund of interest in the amount of $ 2,242,253.71 as of August 15, 2010, plus interest thereon as may be provided by 26 U.S.C. §§ 6611, 6621 and 28 U.S.C. § 1961(c).

(7). The parties agree that the United States is entitled to its costs in the amount of $30,000.

2

WHEREFORE, the parties respectfully request the Court amend or revise the final judgment entered on January 28, 2011 consistent with the terms herein and enter a separate order determining the Government is entitled to recover costs of $30,000.

Dated this 11th day of February, 2011.

                                         CHICOINE & HALLETT, P.S.

                                         s/Robert J. Chicoine_____
                                         ROBERT J. CHICOINE
                                         DARRELL D. HALLETT
                                         JOHN M. COLVIN
                                         CORI FLANDERS-PALMER
                                         Chicoine & Hallett, P.S.
                                         Attorneys for the Plaintiffs
                                         719 Second Avenue, Suite 425
                                         Seattle, WA 98104
                                         Telephone: (206) 223-0800
                                         Facsimile: (206) 467-8170
                                         Email: rchicoine@c-hlaw.com
                                                        dhallett@c-hlaw.com

                                         JOHN WALSH
                                         United States Attorney

                                         s/David N. Geier_____
                                         DAVID N. GEIER
                                         JOSEPH A. SERGI
                                         Trial Attorneys, Tax Division
                                         U.S. Department of Justice
                                         P.O. Box 683
                                         Ben Franklin Station
                                         Washington, D.C. 20044-0683
                                         Telephone:  (202) 616-3448
                                         Facsimile:   (202) 307-0054

            Street Address:             555 Fourth Street, N.W.
                                         Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 11, 2011, I electronically filed the foregoing JOINT MOTION FOR ENTRY OF AMENDED JUDGMENT AND FOR AN ORDER TAXING COSTS with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| DAVID N. GEIER | David.N.Geier@usdoj.gov |
| JOSEPH A. SERGI | Joseph.A.Sergi@usdoj.gov |
| DARRELL D. HALLETT | Darrellh@c-hlaw.com |
| JOHN M. COLVIN | johnc@c-hlaw.com |
| CORI FLANDERS-PALMER | corif@c-hlaw.com |

                                                s/Robert J. Chicoine_____
                                                Robert J. Chicoine