# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-00636-LTB

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.
_____

## ORDER
_____

THIS MATTER is before the Court on the Joint Motion for Entry of Amended Judgment and for an Order Taxing Costs (Doc 281 - filed February 11, 2011). Upon review of the motion, the file, and being fully advised in the premises, it is

ORDERED that the motion is GRANTED and an amended and revised judgment shall be entered as follows:

1.     In favor of the United States and against the Plaintiffs on Plaintiffs' claim for a refund of tax and statutory interest (except statutory interest under 26 U.S.C. § 6404(g) attributable to Carlos Sala's participation in the Deerhurst program; and

2.     In favor of the Plaintiffs and against the United States on Plaintiffs' claim under 26 U.S.C. § 6404(g) for a refund of interest in the amount of $2,242,253.71 as of August 15, 2010, plus interest thereon as may be provided by 26 U.S.C. §§ 6611, 6621, and 28 U.S.C. § 1961(c).

IT IS FURTHER ORDERED that the United States is entitled to its costs in the amount of $30,000.00.

BY THE COURT:

   s/Lewis T. Babcock     
Lewis T. Babcock, Judge

DATED: February 16, 2011