IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-00636-LTB

CARLOS E. SALA, and
TINA ZANOLINI-SALA,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

AMENDED AND REVISED JUDGMENT
_____

    PURSUANT TO and in accordance with the Order entered February 16, 2011 by the Honorable Lewis T. Babcock, United States District Judge,

    IT IS ORDERED that judgment is entered in favor of the United States and against the Plaintiffs on Plaintiffs' claim for a refund of tax and statutory interest (except statutory interest under 26 U.S.C. § 6404(g) attributable to Carlos Sala's participation in the Deerhurst program.

    IT IS FURTHER ORDERED that judgment is entered in favor of the Plaintiffs and against the United States on Plaintiffs' claim under 26 U.S.C. § 6404(g) for a refund of interest in the amount of $2,242,253.71 as of August 15, 2010, plus interest thereon as may be provided by 26 U.S.C. §§ 6611, 6621, and 28 U.S.C. § 1961(c).

    IT IS FURTHER ORDERED that the United States is entitled to its costs in the amount of $30,000.00.

Dated this __18th__ day of February, 2011.

                                      FOR THE COURT:
                                      Gregory C. Langham, Clerk


                                      By: __s/ Edward P. Butler__
                                                Edward P. Butler, Deputy Clerk