# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

February 22, 2011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 2011

GREGORY C. LANGHAM
CLERK

Re:   Carlos E. Sala, et ux.
      v. United States
      No. 10-1047
      (Your No. 08-1333)

05cv636 -LTB

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 17, 2011 and placed on the docket February 22, 2011 as No. 10-1047.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst