# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

October 3, 2011

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 11 2011

GREGORY C. LANGHAM
CLERK

Re: Carlos E. Sala, et ux.
v. United States
No. 10-1047
(Your No. 08-1333)

05cv 636 - LTB

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk