IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS E. SALA and ) <br> TINA ZANOLINI SALA, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> UNITED STATES OF AMERICA, ) <br>  ) <br> Defendant. ) | 05-cv-00636-LTB <br><br> Honorable Lewis T. Babcock |

_____

## SATISFACTION OF JUDGMENT
_____

The Judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the District of Colorado is hereby authorized and empowered to satisfy and cancel said Judgment of record.

Dated this 18th day of May, 2012.

/s/John M. Colvin
JOHN M. COLVIN
Chicoine & Hallett, P.S.
Attorneys for the Plaintiffs
719 Second Avenue, Suite 425
Seattle, WA 98104
Telephone: (206) 223-0800
Facsimile: (206) 467-8170
Email: jcolvin@c-hlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 18, 2012, I electronically filed the foregoing SATISFACTION OF JUDGMENT with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| DAVID N. GEIER | David.N.Geier@usdoj.gov |
| JOSEPH A. SERGI | Joseph.A.Sergi@usdoj.gov |
| DARRELL D. HALLETT | dhallett@c-hlaw.com |
| ROBERT J. CHICOINE | rchicoine@c-hlaw.com |
| CORI FLANDERS-PALMER | cflanders@c-hlaw.com |

/s/John M. Colvin_____
JOHN M. COLVIN